
the **Driscoll** firm p.c.

April 9, 2019

**VIA ECF and FedEx**

Office of the Clerk
**Attn: Angela D. Caesar**
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

*Re: Diane Pennington, et al. v. Islamic Republic of Iran*
   *Case Number: 1:19-cv-00796-JEB*

Dear Ms. Caesar:

We write in connection with the above captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendant, Islamic Republic of Iran.

In accordance with 28 U.S.C. § 1608(a)(3), I have enclosed: 1) two copies of the Complaint with two translations into Farsi; 2) two copies of the summons with two translations into Farsi; 3) two copies of the Notice of Suit with two translations into Farsi; and 4) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi.

Please take the necessary steps to dispatch these materials to effect service on Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. § 1608(a)(3), by using the enclosed DHL package and waybill.

The below address should be used to dispatch the above documents to the Minister of Foreign Affairs at the Ministry of Foreign Affairs of Iran:

> **Dr. Mohammad Javad Zarif**
> **Minister of Foreign Affairs**
> Ministry of Foreign Affairs
> Imam Khomeini Avenue
> Tehran, Iran
> P.O. Box 1136914811

211 N. Broadway, 40th Floor,
St. Louis, Missouri 63102
(p) 314-932-3232 (f) 314-932-3233

1 South Church Street, Ste. 300,
Belleville, Illinois 62220
(p) 888-559-3232 (f) 314-932-3233

www.thedriscollfirm.com
*Licensed in Illinois  ^Licensed in Missouri  †Licensed in Minnesota

John J. Driscoll^*†
Christopher J. Quinn^*
Gregory J. Pals^*
Paul W. Johnson^*
Kimberly S. Morr^*

If you have any questions or require additional information for this process, please contact my paralegal, Tiffany Kelly, at (314) 328-2223.

Very truly yours,

John J. Driscoll
The Driscoll Firm, P.C.

JJD/tlk
Enc.