

December 19, 2019

**VIA ECF and FedEx**

Office of the Clerk
**Attn: Angela D. Caesar**
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

*Re: Diane Pennington, et al. v. Islamic Republic of Iran*
  *Case Number: 1:19-cv-00796-JEB*

Dear Ms. Caesar:

We write in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. §1608(a)(3), to effect service in this matter on the Defendant, Islamic Republic of Iran. Such law provides that "a copy of the summons and complaint and a notice of suit, taken with translation into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk to the head of the ministry of foreign affairs of the foreign state concerned."

In accordance with 28 U.S.C. § 1608(a)(3), I have enclosed: 1) two copies of the Complaint in the Farsi language; 2) two copies of the summons in in Farsi language; 3) two copies of the Notice of Suit in the Farsi language; and 4) two copies of the Foreign Sovereign Immunities Act in the Farsi language. You will also find enclosed our Affidavit Requesting Mailing on the Defendant.

Earlier on in this case, we attempted service of process on the Defendant through DHL Courier, however, we were notified that it no longer performs courier package deliveries to Iran and, in any event, the package our Firm attempted to send via DHL earlier this year apparently never left the United States.

Please find a United States Postal Service ("USPS") package containing the above-referenced materials. The USPS package is pre-addressed for you to send it via registered mail, with return receipt requested, to the appropriate Minister of Foreign Affairs at the Ministry of Foreign Affairs of Iran:

  **Dr. Mohammad Javad Zarif**
  **Minister of Foreign Affairs**
  Ministry of Foreign Affairs
  Imam Khomeini Avenue

211 N. Broadway, 40th Floor,
St. Louis, Missouri 63102
(p) 314-932-3232 (f) 314-932-3233

1 South Church Street, Ste. 300,
Belleville, Illinois 62220
(p) 888-559-3232 (f) 314-932-3233

John J. Driscoll^*†
Christopher J. Quinn^*
Gregory J. Pals^*
Paul W. Johnson^*
Kimberly S. Morr^*

www.thedriscollfirm.com
*Licensed in Illinois  ^Licensed in Missouri  †Licensed in Minnesota

Tehran, Iran
P.O. Box 1136914811

If you have any questions or require additional information for this process, please contact my paralegal, Tiffany Kelly, at (314) 328-2223.

Very truly yours,

John J. Driscoll
The Driscoll Firm, P.C.

JJD/tlk
Enc.