UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE PENNINGTON, et al. ) | |
| ) | Case 1:19-cv-00796-JEB |
| Plaintiffs, ) | |
| ) | Judge James E. Boasberg |
| v. ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' STATUS REPORT IN RESPONSE TO THE COURT'S ORDER
DATED JANUARY 7, 2021**

COME NOW Plaintiffs, by and through their undersigned attorneys, and for their Status Report to the Court, state as follows:

1.  On March 21, 2019, Plaintiffs filed their Federal Sovereign Immunities Act ("FSIAO") lawsuit against the singular Defendant, the Islamic Republic of Iran.

2.  Plaintiffs are U.S. Soldiers and the Estates of deceased U.S. Soldiers, along with supporting family members (known in the FSIA parlance as "solatium plaintiffs"), who were either very seriously injured or killed by roadside bombs known as "Explosively Formed Penetrators" ("EFPS") or Improvised Explosive Devices ("IEDs") which were allegedly provided, financed, supplied, and supported by Iran.

3.  On October 1, 2020, Plaintiffs' attorneys received written confirmation from the U.S. State Department that service of process had been achieved on the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) on September 2, 2020.

4.  On or about October 23, 2019, Plaintiffs served a subpoena duces tecum on the Department of Defense ("DOD"); the Joint Improvised-Threat Defeat Organization; and the Defense Threat Reduction Agency to compel the production of attack specific documentation

1

concerning each of the 20 subject roadside attacks that are the subject matter of the lawsuit, including various types of Military investigation reports. Plaintiffs provided the date and grid coordinates for each such attack.

5. On December 11, 2019, the U.S. Department of Justice responded to Plaintiffs' subpoena on behalf of the DOD, objecting on a variety of grounds.

6. Subsequently, Plaintiffs and the DOD resolved the objections, and the DOD agreed to produce a narrower subset of the documents sought by the subpoena.

7. However, despite Plaintiffs 'continuing efforts to obtain DOD's compliance with the subpoena and the agreement reached between the parties, as well as the DOD's repeated promises to produce documents, no documents have been forthcoming in response to Plaintiffs' subpoena duces tecum.

8. On or about December 14, 2020, Plaintiffs made one last effort to obtain DOD's compliance with their subpoena without seeking judicial intervention. At that time, Plaintiffs reached yet another agreement with the DOD to produce the documents previously agreed upon. DOD agreed then to a rolling production, with the first tranche of documents to be produced in February 2021.

9. On January 13, 2021, the DOD represented that although they could not project the volume of actual documents in their anticipated production, they committed that the first tranche of documents would be produced no later than February 26, 2021.

10. With all this in mind, Plaintiffs plan on filing their Affidavit in Support of Default on or about March 1, 2021, along with the Attorney Affidavit regarding same.

11. Thereafter, and in significant part depending on the actual receipt of investigative reports and related documents from the DOD, Plaintiffs would anticipate filing their Motion for

Default Judgment as to Liability and Subject Matter Jurisdiction at some reasonable time frame after substantive production from the DOD.

Dated this 13th day of January 2021.                    Respectfully Submitted,

*/s/ Paul W. Johnson*
THE DRISCOLL FIRM, P.C.

Paul W. Johnson
Christopher J. Quinn
211 N. Broadway, 40th Floor
St. Louis, MO 63102
(314) 932-3232 telephone
(314) 932-3233 facsimile
paul@thedriscollfirm.com
chris@thedriscollfirm.com

THE DRISCOLL FIRM, LLC

John J. Driscoll, DC# MO0003
1311 Avenida Juan Ponce de Leon
6th Floor
San Juan, PR 00907
(618) 444-6049 telephone
(314) 932-3233 facsimile
john@jjlegal.com


BARON & BUDD, P.C.

Daniel Alberstone
Elizabeth Smiley
Peter Klausner
15910 Ventura Boulevard
Suite 1600 Floor
Encino, CA 91436
(818) 839-2333 telephone
(214) 520-1181 facsimile
dalberstone@baronbudd.com
esmiley@baronbudd.com
pklausner@baronbudd.com

BARON & BUDD, P.C.

Russell W. Budd
3102 Oak Lawn Avenue
Suite 1100

Dallas, TX 75219<br>
(214) 521-3605 telephone<br>
(214) 520-1181 facsimile<br>
rbudd@baronbudd.com

*Attorney for Plaintiffs*