UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE PENNINGTON, et al. ) | |
| ) | Case 1:19-cv-00796-JEB |
| Plaintiffs, ) | |
| ) | Judge James E. Boasberg |
| v. ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF ADAM EGLI'S MOTION TO RECONSIDER AND AMEND THE COURT'S JUNE 24, 2021 ORDER ENTERING DEFAULT JUDGMENT AS TO LIABILITY AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff Sergeant Adam Egli ("Sergeant Egli") respectfully submits this memorandum of law in support of his motion to reconsider and amend the Court's Order entered on June 24, 2021 [ECF 49], pursuant to Fed. R. Civ. P. 59.[1]

On June 24, 2021, this Court entered an Order granting Default Judgment as to liability against the singular Defendant, the Islamic Republic of Iran. In this motion, Sergeant Egli asks this Court to amend or alter only one section of the June 24 Order in order to allow his personal injury claims to move forward to the damages phase.

Page eight of the June 24 Order it states:

> While Plaintiffs also put forth a personal-injury theory of liability, as the Complaint *does not include the injured soldiers themselves among the list of Plaintiffs*, the Court need not address this issue. It therefore considers only the claims made by the estates and family members of the victims.

---

[1] The Court's July 13, 2021 Minute Order stated, in part, that "[i]f Plaintiffs seek to have the Court amend its prior ruling on liability, they must do so via a motion to reconsider." However, since the Federal Rules of Civil Procedure do not recognize a motion to reconsider, *Van Skiver v. United States* 952 F.2d 1241, 1243 (10th Cir. 1991), Plaintiffs bring this motion to alter the Court's judgment pursuant to Fed. R. Civ. P. 59.

(Emphasis added). Sergeant Egli reads this section of the Order to mean that his personal injury claims cannot move forward as his claims are based on a personal injury theory of liability.

Accompanying Plaintiffs' Motion for Default Judgement as to Liability [ECF 40], Sergeant Egli submitted evidence supporting his claims including: (1) facts alleged in paragraphs 214-221 of the Complaint, (2) the Declaration of Adam Egli which describes the attack itself, as well as the injuries sustained by Sergeant Egli as a result of the attack [ECF 40-1, Alberstone Declaration, Exhibit 8(a)], and (3) an analysis by Plaintiffs' expert Mike Pregent of the attack injuring Sergeant Egli, in which Mr. Pregent concludes that the attack on Sergeant Egli used an "Explosively Formed Penetrator" ("EFP") and was "perpetrated by the IRGC-QF proxy Militia AAH receiving direct material and resources from Iran's IRGC-QF and Lebanese Hezbollah." [ECF 40-1, Alberstone Declaration, Exhibit 2(a) at 16].

In light of this evidence, Sergeant Egli asks this Court to amend or alter its June 24 Order on Plaintiffs' Motion for Default Judgment as to Liability and enter default as to liability on Sergeant Egli's personal injury claims as alleged in the Complaint.

Dated this 19th day of July 2021.                Respectfully Submitted,

/s/ Daniel Alberstone
BARON & BUDD, P.C.

Daniel Alberstone
Elizabeth Smiley
Peter Klausner
15910 Ventura Boulevard
Suite 1600 Floor
Encino, CA 91436
(818) 839-2333 telephone
(214) 520-1181 facsimile
dalberstone@baronbudd.com
esmiley@baronbudd.com
pklausner@baronbudd.com

BARON & BUDD, P.C.

Russell W. Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605 telephone
(214) 520-1181 facsimile
rbudd@baronbudd.com

THE DRISCOLL FIRM, P.C.

Christopher Quinn
Paul W. Johnson
211 N. Broadway, 40th Floor
St. Louis, MO 63102
(314) 932-3232 telephone
(314) 932-3233 facsimile
paul@thedriscollfirm.com
chris@thedriscollfirm.com

*/s/ John J. Driscoll*
THE DRISCOLL FIRM, LLC

John J. Driscoll, DC# MO0003
1311 Avenida Juan Ponce de Leon
6th Floor
San Juan, PR 00907
(618) 444-6049 telephone
(314) 932-3233 facsimile
john@jjlegal.com

*Attorneys for Plaintiffs*