**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DIANE PENNINGTON, et al.,           )
                                    )
          Plaintiffs,               )
                                    )
v.                                  )          No.: 1:19-cv-00796-JEB
                                    )
ISLAMIC REPUBLIC OF IRAN,           )
                                    )
          Defendant.                )

**DECLARATION OF DANIEL ALBERSTONE**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO**
**DAMAGES PURSUANT TO FRCP 55(B)(2)1**

I, Daniel Alberstone, hereby state and declare as follows:

1.      I am an attorney at Baron & Budd, P.C., and am counsel of record for all

Plaintiffs in the above-captioned action.  I make this declaration in support of Plaintiffs' Motion

for Default Judgment as to Damages Pursuant to FRCP 55(B)(2)1.  If called upon to testify as to

the facts set forth herein, I could and would competently testify thereto because the facts set forth

herein are personally known to me to be true.

2.      Attached as **Exhibit 1(a)** is a summary table of the requested damages in this case

for each Plaintiff including economic loss damages, non-economic loss damages (solatium

and/or pain and suffering awards), and prejudgment interest on the non-economic damages.

Attached as **Exhibit 1(b)** is a true and correct copy of the expert report of Plaintiffs' expert

Donald L. Frankenfeld, dated November 4, 2021, prepared in connection with this litigation.

**Exhibit 1(c)** is a true and correct copy of Plaintiffs' expert Donald L. Frankenfeld's curriculum

vitae, current as of November 4, 2021.

3.      Attached as **Exhibit 2(a)** is a true and correct copy of the expert report of Plaintiffs' expert Dr. Sarah Kleiman, dated October 22, 2021, prepared in connection with this litigation regarding her analysis of Plaintiff Adam Egli. Attached as **Exhibit 2(b)** is a true and correct copy of Plaintiffs' expert Dr. Sarah Kleiman's curriculum vitae, current as of November 8, 2021. Attached as **Exhibit 2(c)** is a true and correct copy of the expert report of Plaintiffs' expert Dr. Scott Beveridge, dated November 7, 2021, prepared in connection with this litigation regarding his analysis of Plaintiff Adam Egli. Attached as **Exhibit 2(d)** is a true and correct copy of Plaintiffs' expert Dr. Scott Beveridge's curriculum vitae, current as of November 7, 2021.

4.      Attached as **Exhibit 3(a)** is a true and correct copy of the expert report of Plaintiffs' expert Dr. Francis McGuigan, dated November 1, 2021, prepared in connection with this litigation regarding his analysis of Plaintiff Adam Egli. Attached as **Exhibit 3(b)** is a true and correct copy of the expert report of Plaintiffs' expert Dr. Francis McGuigan prepared in connection with this litigation regarding his analysis of decedents Jason l. Merrill and Joseph Richard (III).  Attached as **Exhibit 3(c)** is a true and correct copy of Plaintiffs' expert Dr. Francis McGuigan's curriculum vitae, current as of November 2, 2021.

5.      Attached as **Exhibit 4(a)** is a true and correct copy of the Declaration of Diane Pennington (sister of Howard Allen), individually and on behalf of minor D.A. (child of Howard Allen), signed January 2, 2019, prepared in connection with this litigation. Attached as **Exhibit 4(b)** is a true and correct copy of the Letters of Personal Representative, as issued by the Superior Court of Arizona, Maricopa County on February 25, 2019, declaring Ms. Pennington as the personal representative of the Estate of Howard Paul Allen.

6.      Attached as **Exhibit 5(a)** is a true and correct copy of the Declaration of Taylor Brown, son of Scott Brown, signed December 21, 2018, prepared in connection with this

litigation. Attached as **Exhibit 5(b)** is a true and correct copy of the Letters of Special Administration, as issued by the State of Wisconsin, Circuit Court, Waukesha County on December 18, 2018, declaring Taylor Brown as the personal representative of the Estate of Scott James Brown. All personal identifying information not relevant to this case (such as plaintiff's address, etc.) has been redacted from this exhibit.

7.      Attached as **Exhibit 6(a)** is a true and correct copy of the Declaration of Melissa Cuka, widow of Daniel Cuka, signed April 24, 2021, prepared in connection with this litigation. Attached as **Exhibit 6(b)** is a true and correct copy of the Declaration of Abigail Cuka, daughter of Daniel Cuka, signed April 24, 2021, prepared in connection with this litigation. Attached as **Exhibit 6(c)** is a true and correct copy of the Declaration of Alexander Cuka, son of Daniel Cuka, signed April 24, 2021, prepared in connection with this litigation. Attached as **Exhibit 6(d)** is a true and correct copy of the Letters of Personal Representative, as issued by the State of South Dakota, Circuit Court, County of Yankton on December 4, 2018, declaring Melissa Kay Cuka as the personal representative of the Estate of Daniel Michael Cuka. All personal identifying information not relevant to this case (such as plaintiff's address, etc.) has been redacted from this exhibit.

8.      Attached as **Exhibit 7(a)** is a true and correct copy of the Declaration of Laura Russell Kennedy, widow of Johnathan W. Edds, signed December 25, 2021, prepared in connection with this litigation. Attached as **Exhibit 7(b)** is a true and correct copy of the Letters of Authority for Personal Representative, as issued by the State of Michigan, Probate Court, County of St. Joseph on December 4, 2018, declaring Ms. Kennedy as the personal representative of the Estate of Scott James Brown. All personal identifying information not relevant to this case (such as plaintiff's address, etc.) has been redacted from this exhibit.

9.      Attached as **Exhibit 8(a)** is a true and correct copy of the Declaration of Adam

Egli, signed March 31, 2021, prepared in connection with this litigation. Attached as **Exhibit**

**8(b)** is a true and correct copy of the Declaration of Danielle Egli (wife of Adam Egli),

individually and on behalf of minors K.E. and B.E. (children of Adam Egli), signed March 31,

2021, prepared in connection with this litigation.

10.      Attached as **Exhibit 9(a)** is a true and correct copy of the Declaration of Jerral

Hancock, signed January 4, 2019. This declaration was prepared in the litigation for Jerral

Hancock's own claims in a matter called *Martinez v. Islamic Republic of Iran*, 1:16-cv-02193,

which also pursued claims under the FSIA against Iran for the same conduct at issue in this

litigation. This declaration was relied upon by expert Michael Pregent to form his conclusions

related to the attack on Jerral Hancock. Rachel Lambright is asserting solatium claims in this

action as a result of Jerral Hancock's injuries. Attached as **Exhibit 9(b)** is a true and correct copy

of the Declaration of Rachel Lambright, the former spouse of Jerral Hancock (married to Jerral

Hancock at the time and after his injury), signed December 16, 2020, prepared in connection

with this litigation.

11.      Attached as **Exhibit 10(a)** is a true and correct copy of the Declaration of LaNita

Herlem, widow of Bryant Herlem, signed March 23, 2021, prepared in connection with this

litigation. Attached as **Exhibit 10(b)** is a true and correct copy of the Letters of Administration,

as issued by the Court Clerk of Bell County, Texas on December 28, 2018, declaring Ms. Herlem

as the administrator of the Estate of Bryant Anthony Herlem. All personal identifying

information not relevant to this case (such as plaintiff's address, etc.) has been redacted from this

exhibit.

12.      Attached as **Exhibit 11(a)** is a true and correct copy of the Declaration of Tim

Merrill, father of decedent Jason Merrill, signed August 18, 2018, prepared in connection with

this litigation. Attached as **Exhibit 11(b)** is a true and correct copy of the Declaration of Amber

Piraneo, sister of decedent Jason Merrill, signed August 18, 2018,  prepared in connection with

this litigation. Attached as **Exhibit 11(c)** is a true and correct copy of the Declaration of Alyssa

Merrill, sister of decedent Jason Merrill, signed August 18, 2018, prepared in connection with

this litigation. Attached as **Exhibit 11(d)** is a true and correct copy of the Declaration of

Declaration of Ashlea Lewis, sister of decedent Jason Merrill, signed August 18, 2018, prepared

in connection with this litigation. Attached as **Exhibit 11(e)** is a true and correct copy of the

Declaration of Sue Merrill, mother of decedent Jason Merrill, signed August 18, 2018, prepared

in connection with this litigation. Attached as **Exhibit 11(f)** is a true and correct copy of the

Letters of Personal Representative as issued by Superior Court of Arizona, Maricopa County on

December 27, 2018, declaring Tim Merrill as the personal representative of the Estate of Jason

Lynn Merrill. All personal identifying information not relevant to this case (such as plaintiff's

address, decedent's social security number, etc.) has been redacted from this exhibit.

13.      Attached as **Exhibit 12(a)** is a true and correct copy of the Declaration of Luis

Aguilar, son of decedent Rudy Mesa, signed September 12, 2020, prepared in connection with

this litigation. Attached as **Exhibit 12(b)** is a true and correct copy of the Declaration of Velia

Fabela Mesa, widow of decedent Rudy Mesa, signed November 13, 2018,  prepared in

connection with this litigation. Attached as **Exhibit 12(c)** is a true and correct copy of the

Declaration of Lucy Anne Mesa Rigby, daughter of decedent Rudy Mesa, signed November 14,

2018, prepared in connection with this litigation. Attached as **Exhibit 12(d)** is a true and correct

copy of the Declaration of Declaration of Velia Anita Mesa, daughter of decedent Rudy Mesa,

signed November 28, 2018, prepared in connection with this litigation. Attached as **Exhibit 12(e)** is a true and correct copy of the Declaration of Manuel Fabela Aguilar, son of decedent Rudy Mesa, signed November 27, 2018, prepared in connection with this litigation. Attached as **Exhibit 12(f)** is a true and correct copy of the Letters of Administration, as issued by the Court Clerk of Caldwell County, Texas on February 5, 2019, declaring Velia Fabela Mesa as the administrator of the Estate of Rudy Gurrero Mesa. All personal identifying information not relevant to this case (such as plaintiff's address, decedent's social security number, etc.) has been redacted from this exhibit.

14.     Attached as **Exhibit 13(a)** is a true and correct copy of the Declaration of Monique Richard, widow of Joseph Richard, III, signed January 13, 2021, prepared in connection with this litigation. Attached as **Exhibit 13(b)** is a true and correct copy of the Judgement of Possession, as issued by the State of Louisiana, 36th Judicial District Court, Parish of Beauregard on August 20, 2008, declaring Ms. Richard as the beneficiary of the Estate of Joseph Avie Richard, III. All personal identifying information not relevant to this case (such as plaintiff's address, decedent's social security number, etc.) has been redacted from this exhibit.

15.     Attached as **Exhibit 14(a)** is a true and correct copy of the Declaration of Brooks Schild, signed December 26, 2018. This declaration was prepared in the litigation for Brooks Schild's own claims in a matter called *Martinez v. Islamic Republic of Iran*, 1:16-cv-02193, which also pursued claims under the FSIA against Iran for the same conduct at issue in this litigation. This declaration was relied upon by expert Michael Pregent to form his conclusions related to the attack on Richard Schild, to which Brooks Schild was a witness. Colleen Schild is asserting solatium claims in this action as a result of Richard Schild's death. Attached as **Exhibit**

**14(b)** is a true and correct copy of the Declaration of Colleen Schild, mother of Richard Schild, signed December 26, 2018, prepared in connection with this litigation.

16.      Attached as **Exhibit 15(a)** is a true and correct copy of the Joint Declaration of Tamara Stout and William Stout, signed September 12, 2020, prepared in connection with this litigation. Tamara Stout was the step-parent of Brandon Stout. Attached as **Exhibit 15(b)** is a true and correct copy of the Supplemental Declaration of Tamara Stout, signed October 23, 2021, prepared in connection with this litigation.

17.      Attached as **Exhibit 16(a)** is a true and correct copy of the Declaration of Corey Schlenker, widow of William Thorne, signed December 29, 2018, prepared in connection with this litigation. Attached as **Exhibit 16(b)** is a true and correct copy of the Order for Small Estate Administration and Appointing Personal Representative, as issued by the Iowa District Court for Sioux County on December 7, 2018, declaring Ms. Schlenker as the Representative of the Estate of William E. Thorne. All personal identifying information not relevant to this case (such as plaintiff's address, etc.) has been redacted from this exhibit.

18.      Attached as **Exhibit 17(a)** is a true and correct copy of the Declaration of Michelle Wager, signed October 9, 2018. This declaration was prepared in the litigation for Michelle Wager's own claims in a matter called *Martinez v. Islamic Republic of Iran*, 1:16-cv-02193, which also pursued claims under the FSIA against Iran for the same conduct at issue in this litigation. This declaration was relied upon by expert Michael Pregent to form his conclusions related to the attack on Michelle Wager. Alicia Igo, Ashley Lewis, and Devin Igo are asserting solatium claims in this action as a result of Michelle Wager's injuries. Attached as **Exhibit 17(b)** is a true and correct copy of the Declaration of Alicia Igo, sister of Michelle Wager, signed January 20, 2020, prepared in connection with this litigation. Attached as **Exhibit**

**17(c)** is a true and correct copy of the Declaration of Ashley Lewis, sister of Michelle Wager, signed January 20, 2020, prepared in connection with this litigation. Attached as **Exhibit 17(d)** is a true and correct copy of the Declaration of Devin Igo, brother of Michelle Wager, signed January 20, 2020, prepared in connection with this litigation. Attached as **Exhibit 17(e)** is a true and correct copy of the Declaration of Melinda Igo, mother of Michelle Wager, signed January 20, 2020, prepared in connection with this litigation.

19.     Attached as **Exhibit 18** is a true and correct copy of the Joint Declaration of Lyle Brooks and Julia Brooks, parents of Lucas White, signed March 17, 2021, prepared in connection with this litigation.

20.     Attached as **Exhibit 19** is a true and correct copy of the Declaration of Gina Wright, mother of Christopher Young, signed October 1, 2021, prepared in connection with this litigation.

21.     Attached as **Exhibit 20** is a true and correct copy of the Declaration of Kimberly Yarbrough, mother of Barry Mayo, signed October 7, 2021, prepared in connection with this litigation.

22.     Attached as **Exhibit 21(a)** is a true and correct copy of excerpted pages from a list of the names of fallen servicemembers during Operation Iraqi Freedom ("OIF"), which is publicly available from a webpage run by the Department of Defense called the "Defense Casualty Analysis System Operation Iraqi Freedom (OIF) Names of Fallen" (located at https://dcas.dmdc.osd.mil/dcas/pages/report_oif_namesalp.xhtml). A PDF file of this list was downloaded on February 4, 2021. This list includes all of the names of those killed during OIF as well as other information regarding those service members (including, service branch, rank, home state/city of record, date/place of death, etc.). This list was quite voluminous, so the

attachment for Exhibit 3(a) includes only those pages on which one of the servicemembers from this case are named. To aid the Court's review, highlighting has been added to identify the information related to the servicemembers relevant to this case. Attached as **Exhibit 21(b)** is a fair and accurate screen capture of the webpage from which Exhibit 3(a) was downloaded on February 4, 2021. As shown in the screen capture, the website displays the seal of the U.S. Department of Defense and is a ".mil" web address signifying that it is a website run by the U.S. Military.

23.     Attached as **Exhibit 22** is a true and correct copy of the Explosive Ordinance Disposal ("EOD") Investigation Report, which also includes a SIGACT Report, relating to Joseph Richard III's death on April 14, 2008.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated this 15th day of November 2021                    Respectfully Submitted,

                                                              */s/ Daniel Alberstone*
                                                              Daniel Alberstone
                                                              BARON & BUDD, P.C.
                                                              15910 Ventura Boulevard
                                                              Suite 1600 Floor
                                                              Encino, California  91436
                                                              (818) 839-2333 telephone
                                                              (214) 520-1181 facsimile
                                                              dalberstone@baronbudd.com

# Exhibit 1(a)

Alberstone Declaration

## ALL PLAINTIFFS – TOTAL REQUEST FOR DAMAGES

| Plaintiff Name | Relationship | Economic Loss | Non-Economic Loss | Interest on Non-Economic Loss | Total Award Requested |
|---|---|---|---|---|---|
| Dianne Pennington | Sibling | - | $3,000,000 | $2,090,176 | $5,090,176 |
| D. Allen | Son | - | $3,500,000 | $2,438,538 | $5,938,538 |
| Estate of Sargent Howard Allen | Estate | $1,461,647 | - | - | $1,461,647 |
| Taylor Brown | Son | - | $4,000,000 | $2,271,117 | $6,271,117 |
| Estate of Sergeant First Class Scott Brown | Estate | $2,381,790 | - | - | $2,381,790 |
| Melissa Kay Cuka | Spouse | - | $8,000,000 | $5,975,464 | $13,975,464 |
| Abigail Rose Cuka | Daughter | - | $3,000,000 | $2,240,799 | $5,240,799 |
| A.M. Cuka | Son | - | $3,000,000 | $2,240,799 | $5,240,799 |
| Estate of Staff Sargent Daniel Cuka | Estate | $2,110,301 | - | - | $2,110,301 |
| Laura Russell Kennedy | Spouse | - | $8,000,000 | $4,383,022 | $12,383,022 |
| Estate of Jonathan Edds | Estate | $2,516,046 | - | - | $2,516,046 |
| Danielle Egli | Spouse | - | $4,000,000 | $2,206,717 | $6,206,717 |
| K. Egli | Daughter | - | $1,500,000 | $827,519 | $2,327,519 |
| B. Egli | Daughter | - | $1,500,000 | $827,519 | $2,327,519 |
| Adam Egli | Self | $1,463,428 | $30,000,000 | $16,560,000 | $48,023,428 |
| Rachel Lambright | Spouse | - | $5,000,000 | $2,826,597 | $7,826,597 |
| LaNita Herlem | Spouse | - | $10,000,000 | $6,522,589 | $16,522,589 |
| Estate of Staff Sargent Herlem | Estate | $1,965,609 | - | - | $1,965,609 |
| Kimberly Yarbarough | Parent | - | $5,500,000 | $3,212,565 | $8,712,565 |
| Timothy Merrill | Parent | - | $5,000,000 | $3,123,100 | $8,123,100 |
| Wanda Sue Merrill | Parent | - | $5,000,000 | $3,123,100 | $8,123,100 |
| Alyssa Merrill | Sibling | - | $2,500,000 | $1,561,550 | $4,061,550 |
| Amber Piraneo | Sibling | - | $2,500,000 | $1,561,550 | $4,061,550 |
| Ashlea Lewis | Sibling | - | $2,500,000 | $1,561,550 | $4,061,550 |
| Estate of Jason Merrill | Estate | $787,809 | $18,000,000 | $11,243,160 | $30,030,969 |
| Velia F. Mesa | Spouse | - | $8,000,000 | $5,081,118 | $13,081,118 |

| Plaintiff Name | Relationship | Economic Loss | Non-Economic Loss | Interest on Non-Economic Loss | Total Award Requested |
|---|---|---|---|---|---|
| Velia A. Mesa | Daughter | - | $3,000,000 | $1,905,419 | $4,905,419 |
| Lucy Rigby | Daughter | - | $3,000,000 | $1,905,419 | $4,905,419 |
| Luis Aguilar | Step-son | - | $3,000,000 | $1,905,419 | $4,905,419 |
| Manuel Aguilar | Step-son | - | $3,000,000 | $1,905,419 | $4,905,419 |
| Estate of Rudy Guerrero Mesa | Estate | $789,416 | - | - | $789,416 |
| Monique Shantel Green Richard | Spouse | - | $10,000,000 | $5,071,331 | $15,071,331 |
| Estate of Joseph Richard III | Estate | $1,488,745 | $18,000,000 | $9,128,395 | $28,617,140 |
| Colleen Schlid | Parent | - | $5,000,000 | $3,734,665 | $8,734,665 |
| Tamara Stout | Step-Parent | - | $5,000,000 | $2,968,590 | $7,968,590 |
| Corey Schlenker | Spouse | - | $10,000,000 | $6,266,100 | $16,266,100 |
| Estate of William Thorne | Estate | $1,150,063 | - | - | $1,150,063 |
| Melinda Igo | Parent | - | $2,500,000 | $1,484,295 | $3,984,295 |
| Alicia Igo | Sibling | - | $1,250,000 | $742,148 | $1,992,148 |
| Ashley Lewis | Sibling | - | $1,250,000 | $742,148 | $1,992,148 |
| Devin Igo | Sibling | - | $1,250,000 | $742,148 | $1,992,148 |
| Lyle Brooks | Parent | - | $5,000,000 | $3,053,450 | $8,053,450 |
| Gina Wright | Parent | - | $5,000,000 | $2,923,868 | $7,923,868 |

Total Economic and Non-Economic Damages for All Plaintiffs:     $352,222,217

# Exhibit 1(b)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE PENNINGTON, et al. | ) | |
| | ) | Case 1:19-cv-00796-JEB |
| Plaintiffs, | ) | |
| | ) | Judge James E. Boasberg |
| v. | ) | |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## EXPERT REPORT OF DONALD L. FRANKENFELD

I, DONALD L. FRANKENFELD, declare that I have personal knowledge of the facts and circumstances described herein, and I declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

**I.   Scope of Engagement and Conclusions**

1.      I have been asked to complete two analyses in this case: (1) to determine the economic loss damages arising as a result of alleged actions of the Defendant as to the estates and living servicemember asserting claims in this matter; (2) calculate the prejudgment interest that may be awarded as to all solatium plaintiffs and any awards of pain and suffering in this matter. To accomplish my economic loss damages assignment, I have carefully reviewed appropriate legal filings, as well as individual information pertaining to plaintiffs who are members of the United States Military, and one civilian defense contractor. The information I obtained regarding each estate was provided in the declarations of each estate representative. For the analysis of Adam Egli's economic losses, I reviewed the information provided in his

declaration.1 The amount of each plaintiff's requested solatium award amount, as well as requests for pain and suffering, were provided to me by counsel. As I understand it, those awards are calculated based on a number of legal factors and factual circumstances. I do not provide any analysis regarding how much should or should not be awarded for either of those calculations. My analysis regarding those awards is limited only to the amount of prejudgment interest owed for each award.

2.     I have applied appropriate analytical techniques based upon my education, training and experience. I have followed well-established methodologies, commonly used by economists and financial analysts in conducting such engagements. Likewise, in estimating pre-judgment interest, I have examined statistical documents provided by the Federal Reserve Bank, to determine average annual prime interest rates extending from the first date of injury or death to the present. All opinions expressed in this report are to a reasonable degree of economic and mathematical certainty and were developed based on by review of the available evidence and the methodologies commonly applied in my field.

3.     My ultimate conclusions as to the economic losses to the estates and living servicemember, in summary form, appear in the below table:

---

[1] I do not cite to each particular declaration. However, it is my understanding that all declarations that I relied upon are attached to the declaration of Daniel Alberstone and shall be filed with the court along with my report.

| Name | Date of Injury | Prior Damages to Report Date | Future Damages | Total Damages |
|---|---|---|---|---|
| Estate of Sergeant Howard Allen | 9/26/2005 | $ 728,209 | $ 733,438 | $ 1,461,647 |
| Estate of Staff Sergeant Daniel Cuka | 12/4/2005 | $ 812,685 | $ 1,297,616 | $ 2,110,301 |
| Estate of Staff Sergeant Bryant Anthony Herlem | 4/28/2006 | $ 905,984 | $ 1,059,625 | $ 1,965,609 |
| Estate of Rudy Guerrero Mesa | 5/8/2006 | $ 667,886 | $ 121,529 | $ 789,416 |
| Estate of Private First Class William Thorne | 8/24/2006 | $ 385,478 | $ 764,585 | $ 1,150,063 |
| Estate of Sergeant Jason L. Merrill | 9/3/2006 | $ 240,183 | $ 547,626 | $ 787,809 |
| Estate of Sergeant First Class Scott Brown | 5/18/2007 | $ 872,464 | $ 1,509,326 | $ 2,381,790 |
| Estate of First Lieutenant Jonathan Edds | 8/17/2007 | $ 732,334 | $ 1,783,712 | $ 2,516,046 |
| Estate of Sergeant Joseph Richard III | 4/14/2008 | $ 468,991 | $ 1,019,754 | $ 1,488,745 |
| Sergeant Adam Egli | 7/31/2007 | $ 643,513 | $ 819,915 | $ 1,463,428 |

4.     My conclusions regarding prejudgment interest for each of the solatium plaintiffs and the pain and suffering awards are available as Appendices K and L to this report.

**II.     Qualifications**

5.     I am a graduate of Yale University (AB 1970) and Harvard Business School (MBA 1975). In 1987 I became a Bush Foundation Fellow and returned to Harvard, where I studied at Harvard Law School, Harvard Business School, and the Kennedy School of Government, earning an MPA degree in 1988.

6.     I have worked over the years as a securities analyst, portfolio manager, investment economist, brokerage firm branch office manager, accountant, state senator, and securities arbitrator. Since 1984 I have accepted testimonial or consulting engagements as a forensic economist and financial expert. I have testified more than 80 times in state and federal courts and in securities arbitrations throughout the United States.

7.     I have particular expertise in computer modeling of economic damages. In 2002, I developed a damage calculation model, available online at no charge to claimants before the federal September 11th Victim Compensation Fund (VCF). The model became the most widely used economic tool for claimants, employed in the evaluation of approximately 1,000 claims. In

addition, I appeared before the Victim Compensation Fund as a testimonial expert approximately 70 times. My experience in developing models as well as my testimonial experience before the VCF, which involved multiple victims with distinctive individual characteristics, yet subject to a consistent damages methodology, has been vital to my current engagement.

8.     Initially, my forensic engagements were exclusively on behalf of defendants. In recent years, my engagements have been proportioned about one-third to defense cases and two-thirds to plaintiff.

9.     My billing rate for this case is $250 an hour.

### III.   Economic Loss Analysis

10.     I have calculated damages using a standard and commonly applied methodology, subject to the jurisdictional requirements of this case. Authoritative statistical sources were used to determine such factors as worklife expectancy and life expectancy. To the extent possible, the individual characteristics of each plaintiff were employed to estimate earnings, military retirement income, and other elements of pecuniary loss. Some elements of loss, such as "Additional Misc Pay," are a function of factors such as the duration of future deployment and amount of combat pay, which depend in turn on global decisions by military and political leaders. For these, I have made estimates which are reasonable and where possible, consistent with actual experience.

### A.  Methodological Framework

11.     My methodological framework is neither novel nor unusual,.  Although economists are likely to differ as to methodological nuances, the accepted general method is uniform: First, determine earning capacity; usually this is based upon the plaintiff's actual historical earnings, or demonstrated ability to earn. Second, identify and calculate additional

elements of potential loss, including estimated fringe benefits. Third, calculate the duration of expected future losses, generally according to statistical tables for worklife expectancy, based on government data.  Fourth, project changes in anticipated future losses from year to year; usually these future losses are expected to grow as a function of inflation, productivity or career, based upon age/income trajectories, again derived from government statistics. Fifth, reduce future losses, year by year, to present value, using a discount mechanism that reflects the "best and safest" securities available. Finally, add together the cumulative present value calculations to reach the present value of future losses, and add also any past losses that have occurred from the time when losses began until the report date.

12.     While the method outlined above is consistently employed by me, and employed almost universally by other forensic economists, each economist may rely upon different studies, sources and arguments, differently in ways that influence each assumption and conclusion along the methodological path.

**B. Point by Point Discussion of Analysis Employed for Each Estate and Plaintiff Egli**

13.     <u>Chart I, "Annual Elements of Earnings,"</u> is merely a snapshot of the earnings, year-by-year, embodied in my core analysis.  The columns are analogs of the columns on page 3 entitled, "Military Earnings," "Fringes," "Military Retirement," "Additional Military Pay," Non-Military Earnings," and "Non-Military Fringes." The elements are stacked one on the other to demonstrate aggregate undiscounted earnings losses for a particular year. Each military plaintiff is assumed have been on a twenty-year career track, thus eligible for military retirement pay. Upon military retirement, each plaintiff is assumed to maintain comparable earning capacity in a post-military career for the duration of statistical worklife expectancy.

14.     <u>Chart II, "Lump Sum Exhaustion Pattern,"</u> displays the mechanism by which discounted present value operates, based upon detailed information appearing on page 3 of the report. The small columns at the bottom of the chart represent estimated net losses sustained year by year by the plaintiff.  Ashurst. The large area of the chart represents a lump sum necessary to fund the future loss. This amount, together with a small sliver of interest at the top, will, when invested in government securities, gradually decline until the entire amount is exhausted contemporaneously with the end of the loss period.

15.     <u>Chart III, which I term a sensitivity matrix,</u> allows the finder of fact to examine how different assumptions for worklife or average discount rate would affect the ultimate loss calculation. This Chart, together with Tables II, III and IV, is intended to help the finder of fact confirm the validity and reasonableness of the ultimate damage calculation by seeing how changing certain assumptions, or certain combinations of assumptions, would affect the outcome.

16.     <u>Table I, "Summary,"</u> shows each element of loss, past and future. Future losses have been reduced to present value. Past losses should be adjusted to reflect pre-judgement interest, according to the method described below.

17.     <u>Table II: "Assumptions"</u> lists all critical variables employed to reach the ultimate loss calculation.

18.     <u>Table III: "Lump Sum Value for Various Measures of Worklife and Discount Rate"</u> shows, numerically, the same information as is displayed graphically in Chart III. It reflects the results of running the damages model shown in detail in Table VI twenty-five times with different combinations of the identified assumptions.

19.     <u>Table IV, "Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth"</u> similarly reflects the results of employing different identified assumptions.

20.     Table V, "Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption,"  demonstrates how changes in these two variables would affect the results.

21.     Table VI is a spreadsheet showing in detail the damages model year-by-year, extending from the first year following the report date to the end of the plaintiff's life expectancy. While most economists will use government securities as a discount proxy, my particular choice is zero-coupon bonds. When zero-coupon bonds are not available, I use term bonds of like maturity, which are close cousins. Of note, the "Current Rate" column displays, year-by-year, the interest rate of Treasury securities corresponding with a particular year's loss. The adjoining column, "Discount Factor," shows the combined effect of duration and interest rate on present value. For example, looking, arbitrarily at Year 10 shows that Treasury securities maturing in that year yield 1.24%, resulting in a discount factor of .8841. In other words, investing $88.41 in a ten-year Treasury security would produce of value of $100 at maturity. Aggregate losses appear at the bottom of each column.

## IV.   Pre-Judgement Interest

22.     I understand that courts generally recognize as an acceptable calculation method the use of simple interest, as contrasted with compound interest; and that the prime rate, as published in documents created by the Federal Reserve Bank, is an appropriate interest rate proxy. Other interest rate measures, such as the ten-year Treasury rate, might likewise be appropriate, and in most cases would not vary materially from the prime rate. Historically, the prime rate has changed during the course of a particular interval, so I have adjusted using arithmetic averages where appropriate. The figures for 2020 and 2021 are based upon extrapolations of monthly averages.

23. Calculations based on simple interest are themselves fairly simple. They require only the sequential addition of each successive interest rate for a particular period. The historical schedule of prime rates appears below:

| Year | Average Prime Rate |
|------|-------------------:|
| 2005 | 6.19 |
| 2006 | 7.96 |
| 2007 | 8.05 |
| 2008 | 5.09 |
| 2009 | 3.25 |
| 2010 | 3.25 |
| 2011 | 3.25 |
| 2012 | 3.25 |
| 2013 | 3.25 |
| 2014 | 3.25 |
| 2015 | 3.26 |
| 2016 | 3.51 |
| 2017 | 4.1 |
| 2018 | 4.91 |
| 2019 | 5.28 |
| 2020 | 3.52 |
| 2021 | 3.65 |

24. As an example, to find the appropriate multiplier for the five-year period from 2005 through 2009, one would simply add 6.19%, 7.96%, 8.05%, 5.09%, and 3.25%, for a total of 30.54%. If the finder of fact wished to apply the five-year-multiplier to a base amount of, say, $100, the prejudgment interest over this interval would be $30.54, and the aggregate award amount would therefore be $130.54. Thus, if the court should find that a solation plaintiff award is different from what appears in the schedule below, the court could easily apply the appropriate multiplier to determine the amount of prejudgment interest.

25. The tables containing the prejudgment interest totals for each requested solatium plaintiff award and each requested pain and suffering award are available in Appendices K and L, respectively.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


Donald L. Frankenfeld

11/4/21
Date



**Estate of Sergeant
Howard Allen**

**September 26, 2005**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-5 Sergeant Howard Allen, who was killed in military action on September 26, 2005. Mr. Allen was 31 years old at the time of his death, with a statistical worklife expectancy to age 62.6. I estimate Mr. Allen's civilian earning capacity, based on his age and education, at $38,376, and his regular (domestic) National Guard earnings at $5,975. After an adjustment to account for Mr. Allen's personal consumption. I estimate the present value of his lost earnings, totaling $44,351 annually, at $1,461,647. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Earnings | $713,259 | $718,381 | $1,431,640 |
| Fringes | $142,652 | $143,676 | $286,328 |
| Personal Consumption | ($127,702) | ($128,619) | ($256,321) |
| Total | $728,209 | $733,438 | $1,461,647 |



Chart III: Sensitivity Based on Earnings Capacity and Personal Consumption

Appendix A

### Table II: Assumptions

| | | | |
|---|---|---|---|
| Date of Report | 10/26/2021 | Civilian Earnings | $38,376 |
| Date of Death | 9/26/2005 | National Guard Earnings | $5,975 |
| Name | Howard Allen | Earning Capacity | $44,351 |
| Labor Force Status | Active | Fringe Benefits | 20.00% |
| DOB | 4/3/1974 | Growth Rate | 2.50% |
| Gender | Male | Personal Consumption | 14.92% |
| Age at Death | 31.48 | Personal Consumption | $6,617 |
| Age as of Report | 47.56 | Inflation | 2.00% |
| Life Expectancy | 79.0 | Time to Present | 16.08 |
| Worklife Expectancy | 62.6 | Yield Curve | 10/25/2021 |
| Minimum Zero Rate | 0.11% | Fixed Rate Equivalent | 1.52% |
| Maximum Zero Rate | 2.08% | | |

### Table III: Lump Sum Value for Various Measures of Earnings Capacity and Personal Consumption

| Earnings Capacity | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | $40,000 | $42,000 | $44,351 | $47,000 | $50,000 |
| **Personal Consumption** 0.00% | $1,549,429 | $1,626,900 | $1,717,968 | $1,820,579 | $1,936,786 |
| 11.10% | $1,377,442 | $1,446,314 | $1,527,273 | $1,618,494 | $1,721,803 |
| 14.92% | $1,318,254 | $1,384,167 | $1,461,647 | $1,548,948 | $1,647,817 |
| 50.00% | $774,714 | $813,450 | $858,984 | $910,289 | $968,393 |
| 64.44% | $550,977 | $578,526 | $610,909 | $647,398 | $688,721 |

### Table IV: Lump Sum Value for Various Measures of Earnings Growth and Worklife Expectancy

| Earnings Capacity | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | $40,000 | $42,000 | $44,351 | $47,000 | $50,000 |
| **Worklife Expectancy** 60.6 | $1,229,206 | $1,290,667 | $1,362,913 | $1,444,317 | $1,536,508 |
| 61.6 | $1,274,662 | $1,338,395 | $1,413,313 | $1,497,727 | $1,593,327 |
| 62.6 | $1,318,254 | $1,384,167 | $1,461,647 | $1,548,948 | $1,647,817 |
| 63.6 | $1,366,120 | $1,434,426 | $1,514,720 | $1,605,191 | $1,707,650 |
| 64.6 | $1,412,086 | $1,482,691 | $1,565,686 | $1,659,201 | $1,765,108 |

### Table V: Lump Sum Value for Various Measures of Growth Rate and Personal Consumption

| Growth Rate | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | 0.00% | 2.00% | 2.50% | 3.00% | 3.50% |
| **Personal Consumption** 0.00% | $1,229,206 | $1,290,667 | $1,362,913 | $1,444,317 | $1,536,508 |
| 11.10% | $1,274,662 | $1,338,395 | $1,413,313 | $1,497,727 | $1,593,327 |
| 14.92% | $1,318,254 | $1,384,167 | $1,461,647 | $1,548,948 | $1,647,817 |
| 50.00% | $1,366,120 | $1,434,426 | $1,514,720 | $1,605,191 | $1,707,650 |
| 64.44% | $1,412,086 | $1,482,691 | $1,565,686 | $1,659,201 | $1,765,108 |

**Sources:**

1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

*Table VI: Estate of Sergeant Howard Allen Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Earning Capacity | Fringe Benefits | Personal Consumption |
|------|------|------|--------|---------|---------|---------|----------|-----------|
| 1 | 48.6 | 0.11% | 0.9989 | $46,413 | $46,362 | $45,460 | $9,092 | ($8,139) |
| 2 | 49.6 | 0.43% | 0.9915 | $47,573 | $47,166 | $46,596 | $9,319 | ($8,343) |
| 3 | 50.6 | 0.68% | 0.9799 | $48,762 | $47,781 | $47,761 | $9,552 | ($8,551) |
| 4 | 51.6 | 0.92% | 0.9640 | $49,981 | $48,184 | $48,955 | $9,791 | ($8,765) |
| 5 | 52.6 | 1.17% | 0.9435 | $51,231 | $48,336 | $50,179 | $10,036 | ($8,984) |
| 6 | 53.6 | 1.26% | 0.9276 | $52,512 | $48,711 | $51,434 | $10,287 | ($9,209) |
| 7 | 54.6 | 1.35% | 0.9104 | $53,824 | $49,002 | $52,719 | $10,544 | ($9,439) |
| 8 | 55.6 | 1.45% | 0.8912 | $55,170 | $49,168 | $54,037 | $10,807 | ($9,675) |
| 9 | 56.6 | 1.54% | 0.8715 | $56,549 | $49,282 | $55,388 | $11,078 | ($9,917) |
| 10 | 57.6 | 1.63% | 0.8507 | $57,963 | $49,310 | $56,773 | $11,355 | ($10,165) |
| 11 | 58.6 | 1.65% | 0.8353 | $59,412 | $49,624 | $58,192 | $11,638 | ($10,419) |
| 12 | 59.6 | 1.68% | 0.8188 | $60,897 | $49,862 | $59,647 | $11,929 | ($10,679) |
| 13 | 60.6 | 1.70% | 0.8032 | $62,420 | $50,136 | $61,138 | $12,228 | ($10,946) |
| 14 | 61.6 | 1.72% | 0.7876 | $63,980 | $50,392 | $62,667 | $12,533 | ($11,220) |
| 15 | 62.6 | 1.74% | 0.7720 | $64,924 | $50,122 | $63,591 | $12,718 | ($11,385) |
| | | | Total | $831,612 | $733,438 | $814,539 | $162,908 | ($145,835) |



**Estate of Staff Sergeant
Daniel Cuka**

**December 4, 2005**





This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-6 Staff Sergeant Daniel Cuka, who was killed in military action on December 4, 2005. Mr. Cuka was 28 years old at the time of his death, with a statistical worklife expectancy to age 61.8. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $2,110,301. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



### Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $657,666 | $470,559 | $1,128,225 |
| Military Fringes (ex retirement) | $157,840 | $112,934 | $270,774 |
| Additional Military Pay | $98,650 | $70,584 | $169,234 |
| Non Military Earning Capacity | $0 | $321,708 | $321,708 |
| Non Military Fringes | $0 | $48,256 | $48,256 |
| Military Retirement | $0 | $435,595 | $435,595 |
| Less: Personal Consumption | ($101,471) | ($162,020) | ($263,491) |
| Subtotal | $812,685 | $1,297,616 | $2,110,301 |

*Table II: Assumptions*

| Name | Daniel Cuka | Basic Earnings | $41,466 |
|---|---|---|---|
| Report Date as of | 10/14/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 12/4/2005 | Additional Misc Pay $ | $6,220 |
| Interval to Present | 15.86 | Retirement Pay | $20,733 |
| DOB | 6/30/1977 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 28.43 | Earnings Growth Rate | 2.50% |
| Age as of Report | 44.29 | Retirement Growth Rate | 1.5% |
| Date of Death | 12/4/2005 | Inflation | 2.00% |
| Rank | E-6 | Minimum Zero Rate | 0.09% |
| Military Entry Date | 6/30/1996 | Maximum Zero Rate | 2.16% |
| Military Exit Date | 12/4/2005 | Fixed Rate Equivalent | 1.78% |
| Time in Service | 9.428 | Yield Curve | 10/8/2021 |
| 20 Year Retirement Date | 6/30/2016 | Pers. Consumption | 11.10% |
| Years to Retirement | 10.572 | Life Expectancy | 78.3 |
| | | Worklife Expectancy | 61.8 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

*Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate*

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.50% | 1.78% | 4.00% | 6.00% |
| Worklife 59.8 | $2,340,133 | $2,056,183 | $2,012,682 | $1,733,849 | $1,561,174 |
| 60.8 | $2,403,834 | $2,106,014 | $2,060,332 | $1,767,212 | $1,585,547 |
| 61.8 | $2,471,846 | $2,158,416 | $2,110,301 | $1,801,435 | $1,610,068 |
| 65.0 | $2,660,728 | $2,299,881 | $2,244,506 | $1,889,672 | $1,671,065 |
| 68.0 | $2,881,301 | $2,458,127 | $2,393,459 | $1,981,679 | $1,731,267 |

*Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth*

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $1,957,139 | $1,976,081 | $1,995,529 | $2,078,679 | $2,221,246 |
| 1.00% | $2,029,139 | $2,048,081 | $2,067,529 | $2,150,679 | $2,293,246 |
| 1.50% | $2,071,911 | $2,090,853 | $2,110,301 | $2,193,451 | $2,336,018 |
| 2.50% | $2,174,008 | $2,192,949 | $2,212,398 | $2,295,548 | $2,438,115 |
| 3.00% | $2,234,776 | $2,253,718 | $2,273,166 | $2,356,316 | $2,498,884 |

*Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption*

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $32,000 | $35,000 | $41,466 | $43,000 | $45,000 |
| Personal Consumption 0.00% | $1,831,895 | $2,003,635 | $2,373,792 | $2,461,608 | $2,576,102 |
| 8.83% | $1,670,138 | $1,826,714 | $2,164,186 | $2,244,248 | $2,348,632 |
| 11.10% | $1,628,554 | $1,781,231 | $2,110,301 | $2,188,370 | $2,290,154 |
| 13.53% | $1,584,039 | $1,732,543 | $2,052,618 | $2,128,553 | $2,227,555 |
| 50.00% | $915,947 | $1,001,817 | $1,186,896 | $1,230,804 | $1,288,051 |

Appendix B

*Table VI: Estate of Staff Sergeant Daniel Cuka Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 45.3 | 0.09% | 0.9991 | $52,521 | $52,474 | $42,503 | $6,375 | $10,201 | $0 | $0 | $0 | ($6,558) |
| 2 | 46.3 | 0.32% | 0.9936 | $53,834 | $53,491 | $43,565 | $6,535 | $10,456 | $0 | $0 | $0 | ($6,722) |
| 3 | 47.3 | 0.56% | 0.9834 | $55,180 | $54,263 | $44,654 | $6,698 | $10,717 | $0 | $0 | $0 | ($6,890) |
| 4 | 48.3 | 0.80% | 0.9686 | $56,559 | $54,785 | $45,771 | $6,866 | $10,985 | $0 | $0 | $0 | ($7,062) |
| 5 | 49.3 | 1.04% | 0.9496 | $57,973 | $55,051 | $46,915 | $7,037 | $11,260 | $0 | $0 | $0 | ($7,239) |
| 6 | 50.3 | 1.15% | 0.9337 | $59,423 | $55,483 | $48,088 | $7,213 | $11,541 | $0 | $0 | $0 | ($7,419) |
| 7 | 51.3 | 1.26% | 0.9161 | $60,908 | $55,797 | $49,290 | $7,394 | $11,830 | $0 | $0 | $0 | ($7,605) |
| 8 | 52.3 | 1.38% | 0.8962 | $62,431 | $55,948 | $50,522 | $7,578 | $12,125 | $0 | $0 | $0 | ($7,795) |
| 9 | 53.3 | 1.49% | 0.8754 | $63,992 | $56,016 | $51,785 | $7,768 | $12,428 | $0 | $0 | $0 | ($7,990) |
| 10 | 54.3 | 1.60% | 0.8532 | $65,591 | $55,964 | $53,080 | $7,962 | $12,739 | $0 | $0 | $0 | ($8,190) |
| 11 | 55.3 | 1.63% | 0.8371 | $71,553 | $59,895 | $31,133 | $4,670 | $7,472 | $23,274 | $3,491 | $10,447 | ($8,934) |
| 12 | 56.3 | 1.66% | 0.8207 | $79,051 | $64,879 | $0 | $0 | $0 | $55,767 | $8,365 | $24,789 | ($9,870) |
| 13 | 57.3 | 1.68% | 0.8053 | $80,807 | $65,071 | $0 | $0 | $0 | $57,161 | $8,574 | $25,161 | ($10,089) |
| 14 | 58.3 | 1.71% | 0.7887 | $82,603 | $65,149 | $0 | $0 | $0 | $58,590 | $8,789 | $25,538 | ($10,314) |
| 15 | 59.3 | 1.74% | 0.7720 | $84,441 | $65,190 | $0 | $0 | $0 | $60,055 | $9,008 | $25,921 | ($10,543) |
| 16 | 60.3 | 1.77% | 0.7552 | $86,322 | $65,193 | $0 | $0 | $0 | $61,557 | $9,233 | $26,310 | ($10,778) |
| 17 | 61.3 | 1.80% | 0.7384 | $88,246 | $65,160 | $0 | $0 | $0 | $63,095 | $9,464 | $26,705 | ($11,018) |
| 18 | 62.3 | 1.82% | 0.7228 | $59,139 | $42,744 | $0 | $0 | $0 | $34,277 | $5,141 | $27,105 | ($7,384) |
| 19 | 63.3 | 1.85% | 0.7059 | $24,458 | $17,265 | $0 | $0 | $0 | $0 | $0 | $27,512 | ($3,054) |
| 20 | 64.3 | 1.88% | 0.6890 | $24,825 | $17,104 | $0 | $0 | $0 | $0 | $0 | $27,924 | ($3,100) |
| 21 | 65.3 | 1.91% | 0.6721 | $25,197 | $16,935 | $0 | $0 | $0 | $0 | $0 | $28,343 | ($3,146) |
| 22 | 66.3 | 1.94% | 0.6553 | $25,575 | $16,758 | $0 | $0 | $0 | $0 | $0 | $28,768 | ($3,193) |
| 23 | 67.3 | 1.96% | 0.6399 | $25,959 | $16,611 | $0 | $0 | $0 | $0 | $0 | $29,200 | ($3,241) |
| 24 | 68.3 | 1.99% | 0.6232 | $26,348 | $16,420 | $0 | $0 | $0 | $0 | $0 | $29,638 | ($3,290) |
| 25 | 69.3 | 2.02% | 0.6066 | $26,743 | $16,221 | $0 | $0 | $0 | $0 | $0 | $30,082 | ($3,339) |
| 26 | 70.3 | 2.05% | 0.5900 | $27,144 | $16,016 | $0 | $0 | $0 | $0 | $0 | $30,534 | ($3,389) |
| 27 | 71.3 | 2.08% | 0.5736 | $27,552 | $15,803 | $0 | $0 | $0 | $0 | $0 | $30,992 | ($3,440) |
| 28 | 72.3 | 2.10% | 0.5588 | $27,965 | $15,628 | $0 | $0 | $0 | $0 | $0 | $31,457 | ($3,492) |
| 29 | 73.3 | 2.13% | 0.5427 | $28,384 | $15,404 | $0 | $0 | $0 | $0 | $0 | $31,928 | ($3,544) |
| 30 | 74.3 | 2.16% | 0.5267 | $28,810 | $15,175 | $0 | $0 | $0 | $0 | $0 | $32,407 | ($3,597) |
| 31 | 75.3 | 2.16% | 0.5156 | $29,242 | $15,077 | $0 | $0 | $0 | $0 | $0 | $32,893 | ($3,651) |
| 32 | 76.3 | 2.16% | 0.5047 | $29,681 | $14,979 | $0 | $0 | $0 | $0 | $0 | $33,387 | ($3,706) |
| 33 | 77.3 | 2.16% | 0.4940 | $30,126 | $14,882 | $0 | $0 | $0 | $0 | $0 | $33,888 | ($3,762) |
| 34 | 78.3 | 2.16% | 0.4836 | $30,578 | $14,786 | $0 | $0 | $0 | $0 | $0 | $34,396 | ($3,818) |
| | | | Total | $1,659,162 | $1,297,616 | $507,306 | $76,096 | $121,754 | $413,777 | $62,066 | $685,325 | ($207,162) |



**Estate of Staff Sergeant Bryant Anthony Herlem**

**April 28, 2006**





This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-6 Staff Sergeant Bryant Anthony Herlem, who was killed in military action on April 28, 2006. Mr. Herlem was 37 years old at the time of his death, with a statistical worklife expectancy to age 63.2. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $1,965,609. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



## Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $797,391 | $10,268 | $807,659 |
| Military Fringes (ex retirement) | $191,374 | $2,464 | $193,838 |
| Additional Military Pay | $119,609 | $1,540 | $121,149 |
| Non Military Earning Capacity | $0 | $542,502 | $542,502 |
| Non Military Fringes | $0 | $81,375 | $81,375 |
| Military Retirement | $0 | $658,186 | $658,186 |
| Less: Personal Consumption | ($202,389) | ($236,711) | ($439,100) |
| Subtotal | $905,984 | $1,059,625 | $1,965,609 |

Appendix C

*Table II: Assumptions*

| Name | Bryant Anthony Herlem | Basic Earnings | $51,566 |
|---|---|---|---|
| Report Date as of | 10/14/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 4/28/2006 | Additional Misc Pay $ | $7,735 |
| Interval to Present | 15.46 | Retirement Pay | $25,783 |
| DOB | 8/6/1968 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 37.73 | Earnings Growth Rate | 2.50% |
| Age as of Report | 53.19 | Retirement Growth Rate | 1.5% |
| Date of Death | 4/28/2006 | Inflation | 2.00% |
| Rank | E-6 | Minimum Zero Rate | 0.09% |
| Military Entry Date | 7/8/1986 | Maximum Zero Rate | 2.08% |
| Military Exit Date | 4/28/2006 | Fixed Rate Equivalent | 1.62% |
| Time in Service | 19.806 | Yield Curve | 10/8/2021 |
| 20 Year Retirement Date | 7/8/2006 | Pers. Consumption | 18.26% |
| Years to Retirement | 0.194 | Life Expectancy | 79.5 |
| | | Worklife Expectancy | 63.2 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

*Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate*

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.50% | 1.62% | 4.00% | 6.00% |
| Worklife 61.2 | $2,093,934 | $1,924,313 | $1,912,204 | $1,718,213 | $1,599,840 |
| 62.2 | $2,155,966 | $1,977,774 | $1,965,023 | $1,760,138 | $1,634,501 |
| 63.2 | $2,156,656 | $1,978,368 | $1,965,609 | $1,760,604 | $1,634,886 |
| 67.0 | $2,301,604 | $2,098,457 | $2,083,879 | $1,848,923 | $1,704,334 |
| 68.0 | $2,370,419 | $2,154,165 | $2,138,639 | $1,888,367 | $1,734,438 |

*Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth*

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $1,852,361 | $1,859,122 | $1,865,983 | $1,894,463 | $1,940,459 |
| 1.00% | $1,915,972 | $1,922,733 | $1,929,594 | $1,958,074 | $2,004,071 |
| 1.50% | $1,951,987 | $1,958,748 | $1,965,609 | $1,994,089 | $2,040,086 |
| 2.50% | $2,033,818 | $2,040,579 | $2,047,441 | $2,075,921 | $2,121,917 |
| 3.00% | $2,080,269 | $2,087,030 | $2,093,891 | $2,122,371 | $2,168,368 |

*Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption*

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $30,000 | $32,000 | $51,566 | $37,000 | $40,000 |
| Personal Consumption 0.00% | $1,398,998 | $1,492,264 | $2,404,709 | $1,725,431 | $1,865,330 |
| 12.37% | $1,225,942 | $1,307,671 | $2,107,247 | $1,511,995 | $1,634,589 |
| 18.26% | $1,143,541 | $1,219,777 | $1,965,609 | $1,410,367 | $1,524,721 |
| 50.00% | $699,499 | $746,132 | $1,202,355 | $862,715 | $932,665 |
| 62.64% | $522,666 | $557,510 | $898,399 | $644,621 | $696,887 |

Appendix C

*Table VI: Estate of Staff Sergeant Bryant Anthony Herlem Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|------|------|--------|--------|-----------|-----------|---------|--------|--------|---------|--------|---------|-----------|
| 1 | 54.2 | 0.09% | 0.9991 | $68,933 | $68,871 | $10,277 | $1,542 | $2,467 | $42,578 | $6,387 | $21,081 | ($15,399) |
| 2 | 55.2 | 0.32% | 0.9936 | $72,639 | $72,176 | $0 | $0 | $0 | $54,177 | $8,127 | $26,562 | ($16,227) |
| 3 | 56.2 | 0.56% | 0.9834 | $74,238 | $73,005 | $0 | $0 | $0 | $55,531 | $8,330 | $26,961 | ($16,584) |
| 4 | 57.2 | 0.80% | 0.9686 | $75,873 | $73,493 | $0 | $0 | $0 | $56,920 | $8,538 | $27,365 | ($16,949) |
| 5 | 58.2 | 1.04% | 0.9496 | $77,547 | $73,637 | $0 | $0 | $0 | $58,343 | $8,751 | $27,776 | ($17,323) |
| 6 | 59.2 | 1.15% | 0.9337 | $79,258 | $74,003 | $0 | $0 | $0 | $59,801 | $8,970 | $28,192 | ($17,706) |
| 7 | 60.2 | 1.26% | 0.9161 | $81,009 | $74,211 | $0 | $0 | $0 | $61,296 | $9,194 | $28,615 | ($18,097) |
| 8 | 61.2 | 1.38% | 0.8962 | $82,801 | $74,202 | $0 | $0 | $0 | $62,829 | $9,424 | $29,045 | ($18,497) |
| 9 | 62.2 | 1.49% | 0.8754 | $84,633 | $74,085 | $0 | $0 | $0 | $64,399 | $9,660 | $29,480 | ($18,906) |
| 10 | 63.2 | 1.60% | 0.8532 | $86,508 | $73,811 | $0 | $0 | $0 | $66,009 | $9,901 | $29,922 | ($19,325) |
| 11 | 64.2 | 1.63% | 0.8371 | $24,825 | $20,781 | $0 | $0 | $0 | $0 | $0 | $30,371 | ($5,546) |
| 12 | 65.2 | 1.66% | 0.8207 | $25,198 | $20,681 | $0 | $0 | $0 | $0 | $0 | $30,827 | ($5,629) |
| 13 | 66.2 | 1.68% | 0.8053 | $25,576 | $20,595 | $0 | $0 | $0 | $0 | $0 | $31,289 | ($5,713) |
| 14 | 67.2 | 1.71% | 0.7887 | $25,959 | $20,474 | $0 | $0 | $0 | $0 | $0 | $31,759 | ($5,799) |
| 15 | 68.2 | 1.74% | 0.7720 | $26,349 | $20,342 | $0 | $0 | $0 | $0 | $0 | $32,235 | ($5,886) |
| 16 | 69.2 | 1.77% | 0.7552 | $26,744 | $20,198 | $0 | $0 | $0 | $0 | $0 | $32,719 | ($5,974) |
| 17 | 70.2 | 1.80% | 0.7384 | $27,145 | $20,044 | $0 | $0 | $0 | $0 | $0 | $33,209 | ($6,064) |
| 18 | 71.2 | 1.82% | 0.7228 | $27,552 | $19,914 | $0 | $0 | $0 | $0 | $0 | $33,707 | ($6,155) |
| 19 | 72.2 | 1.85% | 0.7059 | $27,966 | $19,741 | $0 | $0 | $0 | $0 | $0 | $34,213 | ($6,247) |
| 20 | 73.2 | 1.88% | 0.6890 | $28,385 | $19,558 | $0 | $0 | $0 | $0 | $0 | $34,726 | ($6,341) |
| 21 | 74.2 | 1.91% | 0.6721 | $28,811 | $19,364 | $0 | $0 | $0 | $0 | $0 | $35,247 | ($6,436) |
| 22 | 75.2 | 1.94% | 0.6553 | $29,243 | $19,162 | $0 | $0 | $0 | $0 | $0 | $35,776 | ($6,533) |
| 23 | 76.2 | 1.96% | 0.6399 | $29,682 | $18,993 | $0 | $0 | $0 | $0 | $0 | $36,312 | ($6,631) |
| 24 | 77.2 | 1.99% | 0.6232 | $30,127 | $18,775 | $0 | $0 | $0 | $0 | $0 | $36,857 | ($6,730) |
| 25 | 78.2 | 2.02% | 0.6066 | $30,579 | $18,548 | $0 | $0 | $0 | $0 | $0 | $37,410 | ($6,831) |
| 26 | 79.2 | 2.05% | 0.5900 | $31,038 | $18,313 | $0 | $0 | $0 | $0 | $0 | $37,971 | ($6,934) |
| 27 | 80.2 | 2.08% | 0.5736 | $22,052 | $12,649 | $0 | $0 | $0 | $0 | $0 | $26,979 | ($4,926) |
| | | | Total | $1,250,672 | $1,059,625 | $10,277 | $1,542 | $2,467 | $581,884 | $87,283 | $846,609 | ($279,389) |



**Estate of
Rudy Guerrero Mesa**

**May 8, 2006**



Chart I: Projected Elements of Loss

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of Rudy Guerrero Mesa, a civilian who was killed in action on May 8, 2006. Mr. Mesa was 56.7 years old at the time of his death, with a statistical worklife expectancy to age 74.9, and a life expectancy to age 84.5. Losses to his estate are largely a function of diminished pension payments to his surviving widow, which in turn depends upon which payment option Mr. Mesa choose prior to his death. My calculations are based upon a reasonable estimate, to be updated if more information becomes available.



Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Earnings | $700,267 | $127,421 | $827,688 |
| Fringes | $140,053 | $25,484 | $165,538 |
| Personal Consumption | ($172,434) | ($31,376) | ($203,810) |
| Total | $667,886 | $121,529 | $789,416 |



Chart II: Lump Sum Exhaustion Pattern



Chart III: Sensitivity Based on Earnings Capacity and Personal Consumption

Appendix D

*Table II: Assumptions*

| | | | |
|---|---|---|---|
| Date of Report | 10/26/2021 | TX Municipal Retirement | $20,964 |
| Date of Death | 5/8/2006 | Military Retirement | $24,305 |
| Name | Rudy Guerrero Mesa | Earning Capacity | $45,269 |
| Labor Force Status | Active | Fringe Benefits | 20.00% |
| DOB | 8/12/1949 | Growth Rate | 2.50% |
| Gender | Male | Personal Consumption | 20.52% |
| Age at Death | 56.74 | Personal Consumption | $9,289 |
| Age as of Report | 72.21 | Inflation | 2.00% |
| Life Expectancy | 84.5 | Time to Present | 15.47 |
| Worklife Expectancy | 74.9 | Yield Curve | 10/25/2021 |
| Minimum Zero Rate | 0.11% | Fixed Rate Equivalent | 0.47% |
| Maximum Zero Rate | 2.08% | | |

**Sources:**

1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

*Table III: Lump Sum Value for Various Measures of Earnings Capacity and Personal Consumption*

| Earnings Capacity | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | $40,000 | $42,000 | $45,269 | $47,000 | $50,000 |
| 0.00% | $877,612 | $921,493 | $993,225 | $1,031,194 | $1,097,015 |
| 6.81% | $817,847 | $858,739 | $925,587 | $960,970 | $1,022,308 |
| 20.52% | $697,526 | $732,402 | $789,416 | $819,593 | $871,907 |
| 50.00% | $438,806 | $460,746 | $496,613 | $515,597 | $548,507 |
| 63.54% | $319,977 | $335,976 | $362,130 | $375,973 | $399,972 |

(Personal Consumption)

*Table IV: Lump Sum Value for Various Measures of Earnings Growth and Worklife Expectancy*

| Earnings Capacity | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | $40,000 | $42,000 | $45,269 | $47,000 | $50,000 |
| 72.9 | $617,277 | $648,141 | $698,595 | $725,301 | $771,597 |
| 73.9 | $656,810 | $689,650 | $743,335 | $771,751 | $821,012 |
| 74.9 | $697,526 | $732,402 | $789,416 | $819,593 | $871,907 |
| 75.9 | $737,401 | $774,271 | $834,544 | $866,446 | $921,751 |
| 76.9 | $778,087 | $816,991 | $880,589 | $914,252 | $972,608 |

(Worklife Expectancy)

*Table V: Lump Sum Value for Various Measures of Growth Rate and Personal Consumption*

| Growth Rate | Low | | Best Estimate | | High |
|---|---|---|---|---|---|
| | 0.00% | 2.00% | 2.50% | 3.00% | 3.50% |
| 0.00% | $986,236 | $991,811 | $993,225 | $994,649 | $996,080 |
| 6.81% | $919,074 | $924,268 | $925,587 | $926,913 | $928,247 |
| 20.52% | $783,861 | $788,291 | $789,416 | $790,547 | $791,685 |
| 50.00% | $493,118 | $495,905 | $496,613 | $497,324 | $498,040 |
| 63.54% | $359,582 | $361,614 | $362,130 | $362,649 | $363,171 |

(Personal Consumption)

*Table VI: Estate of Rudy Guerrero Mesa Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Earning Capacity | Fringe Benefits | Personal Consumption |
|------|------|------|--------|----------|----------|----------|---------|-------------|
| 1 | 73.2 | 0.11% | 0.9989 | $44,256 | $44,207 | $46,401 | $9,280 | ($11,426) |
| 2 | 74.2 | 0.43% | 0.9915 | $45,362 | $44,974 | $47,561 | $9,512 | ($11,711) |
| 3 | 75.2 | 0.68% | 0.9799 | $33,012 | $32,348 | $34,613 | $6,923 | ($8,523) |
| | | | Total | $122,630 | $121,529 | $128,575 | $25,715 | ($31,660) |



**Estate of Private First Class William Thorne**

**August 24, 2006**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-3 Private First Class William Thorne, who was killed in military action on August 24, 2006. Mr. Thorne was 26 years old at the time of his death, with a statistical worklife expectancy to age 61.6. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $1,150,063. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Chart III: Sensitivity Based on Worklife and Discount Rate

### Table I: Summary



|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $378,235 | $105,200 | $483,436 |
| Military Fringes (ex retirement) | $90,777 | $25,248 | $116,025 |
| Additional Military Pay | $56,735 | $15,780 | $72,515 |
| Non Military Earning Capacity | $0 | $436,732 | $436,732 |
| Non Military Fringes | $0 | $65,510 | $65,510 |
| Military Retirement | $0 | $394,336 | $394,336 |
| Less: Personal Consumption | ($140,269) | ($278,221) | ($418,490) |
| Subtotal | $385,478 | $764,585 | $1,150,063 |

*Table II: Assumptions*

| Name | William Thorne | Basic Earnings | $25,247 |
|---|---|---|---|
| Report Date as of | 8/17/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 8/24/2006 | Additional Misc Pay $ | $3,787 |
| Interval to Present | 14.98 | Retirement Pay | $12,623 |
| DOB | 12/21/1979 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 26.68 | Earnings Growth Rate | 2.50% |
| Age as of Report | 41.66 | Retirement Growth Rate | 1.50% |
| Date of Death | 8/24/2006 | Inflation | 2.00% |
| Rank | E-3 | Minimum Zero Rate | 0.07% |
| Military Entry Date | 8/1/2005 | Maximum Zero Rate | 1.90% |
| Military Exit Date | 8/24/2006 | Fixed Rate Equivalent | 1.50% |
| Time in Service | 1.064 | Yield Curve | 8/16/2021 |
| 20 Year Retirement Date | 8/1/2025 | Pers. Consumption | 26.68% |
| Years to Retirement | 3.956 | Life Expectancy | 78.4 |
| | | Worklife Expectancy | 61.6 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

*Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate*

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| Worklife | 0.00% | 1.20% | 1.50% | 4.00% | 6.00% |
| 59.0 | $1,292,144 | $1,146,252 | $1,115,399 | $917,442 | $813,040 |
| 60.0 | $1,325,890 | $1,173,263 | $1,140,967 | $933,676 | $824,420 |
| 61.6 | $1,337,961 | $1,182,883 | $1,150,063 | $939,399 | $828,403 |
| 63.0 | $1,432,273 | $1,256,398 | $1,219,196 | $980,987 | $856,355 |
| 65.0 | $1,507,702 | $1,313,616 | $1,272,644 | $1,011,402 | $875,926 |

*Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth*

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| Retirement Growth | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| 0.00% | $1,055,073 | $1,066,105 | $1,077,465 | $1,126,402 | $1,211,597 |
| 1.00% | $1,100,680 | $1,111,712 | $1,123,072 | $1,172,010 | $1,257,204 |
| 1.50% | $1,127,672 | $1,138,703 | $1,150,063 | $1,199,001 | $1,284,195 |
| 2.50% | $1,191,967 | $1,202,998 | $1,214,358 | $1,263,296 | $1,348,491 |
| 3.00% | $1,230,211 | $1,241,242 | $1,252,602 | $1,301,540 | $1,386,735 |

*Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption*

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| Personal Consumption | $22,000 | $23,000 | $25,247 | $30,000 | $35,000 |
| 0.00% | $1,366,833 | $1,428,962 | $1,568,553 | $1,863,864 | $2,174,508 |
| 16.94% | $1,135,292 | $1,186,896 | $1,302,840 | $1,548,125 | $1,806,146 |
| 26.68% | $1,002,162 | $1,047,715 | $1,150,063 | $1,366,585 | $1,594,349 |
| 50.00% | $683,417 | $714,481 | $784,277 | $931,932 | $1,087,254 |
| 73.55% | $361,527 | $377,960 | $414,882 | $492,992 | $575,157 |

*Table VI: Estate of Private First Class William Thorne Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Cumulative | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|------|-----|--------------|-----------------|------|---------------|------------|-------------------|------------------------------|---------|----------------------|---------------------|--------------------|----------------------------|
| 1 | 42.7 | 0.07% | 0.9993 | $26,373 | $26,355 | 3.4% | $25,878 | $3,882 | $6,211 | $0 | $0 | $0 | ($9,597) |
| 2 | 43.7 | 0.20% | 0.9960 | $27,033 | $26,925 | 7.0% | $26,525 | $3,979 | $6,366 | $0 | $0 | $0 | ($9,837) |
| 3 | 44.7 | 0.38% | 0.9887 | $27,709 | $27,395 | 10.6% | $27,188 | $4,078 | $6,525 | $0 | $0 | $0 | ($10,083) |
| 4 | 45.7 | 0.56% | 0.9779 | $28,620 | $27,988 | 14.2% | $26,629 | $3,994 | $6,391 | $1,239 | $186 | $595 | ($10,414) |
| 5 | 46.7 | 0.74% | 0.9638 | $34,056 | $32,823 | 18.5% | $0 | $0 | $0 | $28,564 | $4,285 | $13,599 | ($12,392) |
| 6 | 47.7 | 0.84% | 0.9510 | $34,807 | $33,104 | 22.8% | $0 | $0 | $0 | $29,279 | $4,392 | $13,803 | ($12,666) |
| 7 | 48.7 | 0.94% | 0.9366 | $35,576 | $33,321 | 27.2% | $0 | $0 | $0 | $30,011 | $4,502 | $14,010 | ($12,946) |
| 8 | 49.7 | 1.04% | 0.9206 | $36,363 | $33,475 | 31.6% | $0 | $0 | $0 | $30,761 | $4,614 | $14,220 | ($13,232) |
| 9 | 50.7 | 1.14% | 0.9030 | $37,168 | $33,563 | 36.0% | $0 | $0 | $0 | $31,530 | $4,729 | $14,433 | ($13,525) |
| 10 | 51.7 | 1.24% | 0.8841 | $37,991 | $33,586 | 40.4% | $0 | $0 | $0 | $32,318 | $4,848 | $14,650 | ($13,824) |
| 11 | 52.7 | 1.27% | 0.8704 | $38,834 | $33,800 | 44.8% | $0 | $0 | $0 | $33,126 | $4,969 | $14,870 | ($14,131) |
| 12 | 53.7 | 1.31% | 0.8554 | $39,695 | $33,956 | 49.2% | $0 | $0 | $0 | $33,954 | $5,093 | $15,093 | ($14,445) |
| 13 | 54.7 | 1.34% | 0.8411 | $40,577 | $34,130 | 53.7% | $0 | $0 | $0 | $34,803 | $5,220 | $15,319 | ($14,765) |
| 14 | 55.7 | 1.37% | 0.8265 | $41,479 | $34,285 | 58.2% | $0 | $0 | $0 | $35,673 | $5,351 | $15,549 | ($15,094) |
| 15 | 56.7 | 1.41% | 0.8106 | $42,402 | $34,370 | 62.7% | $0 | $0 | $0 | $36,565 | $5,485 | $15,782 | ($15,430) |
| 16 | 57.7 | 1.44% | 0.7955 | $43,347 | $34,483 | 67.2% | $0 | $0 | $0 | $37,479 | $5,622 | $16,019 | ($15,773) |
| 17 | 58.7 | 1.47% | 0.7803 | $44,313 | $34,577 | 71.7% | $0 | $0 | $0 | $38,416 | $5,762 | $16,259 | ($16,125) |
| 18 | 59.7 | 1.50% | 0.7649 | $45,301 | $34,652 | 76.2% | $0 | $0 | $0 | $39,376 | $5,906 | $16,503 | ($16,484) |
| 19 | 60.7 | 1.54% | 0.7480 | $46,313 | $34,642 | 80.8% | $0 | $0 | $0 | $40,361 | $6,054 | $16,751 | ($16,853) |
| 20 | 61.7 | 1.57% | 0.7323 | $12,815 | $9,384 | 82.0% | $0 | $0 | $0 | $414 | $62 | $17,002 | ($4,663) |
| 21 | 62.7 | 1.60% | 0.7165 | $12,653 | $9,066 | 83.2% | $0 | $0 | $0 | $0 | $0 | $17,257 | ($4,604) |
| 22 | 63.7 | 1.64% | 0.6992 | $12,843 | $8,979 | 84.3% | $0 | $0 | $0 | $0 | $0 | $17,516 | ($4,673) |
| 23 | 64.7 | 1.67% | 0.6832 | $13,035 | $8,906 | 85.5% | $0 | $0 | $0 | $0 | $0 | $17,779 | ($4,743) |
| 24 | 65.7 | 1.70% | 0.6673 | $13,231 | $8,828 | 86.7% | $0 | $0 | $0 | $0 | $0 | $18,045 | ($4,814) |
| 25 | 66.7 | 1.74% | 0.6497 | $13,429 | $8,725 | 87.8% | $0 | $0 | $0 | $0 | $0 | $18,316 | ($4,887) |
| 26 | 67.7 | 1.77% | 0.6337 | $13,631 | $8,638 | 88.9% | $0 | $0 | $0 | $0 | $0 | $18,591 | ($4,960) |
| 27 | 68.7 | 1.80% | 0.6177 | $13,835 | $8,547 | 90.0% | $0 | $0 | $0 | $0 | $0 | $18,869 | ($5,034) |
| 28 | 69.7 | 1.83% | 0.6018 | $14,043 | $8,451 | 91.2% | $0 | $0 | $0 | $0 | $0 | $19,153 | ($5,110) |
| 29 | 70.7 | 1.87% | 0.5843 | $14,253 | $8,329 | 92.2% | $0 | $0 | $0 | $0 | $0 | $19,440 | ($5,187) |
| 30 | 71.7 | 1.90% | 0.5686 | $14,467 | $8,225 | 93.3% | $0 | $0 | $0 | $0 | $0 | $19,731 | ($5,264) |
| 31 | 72.7 | 1.90% | 0.5580 | $14,684 | $8,193 | 94.4% | $0 | $0 | $0 | $0 | $0 | $20,027 | ($5,343) |
| 32 | 73.7 | 1.90% | 0.5476 | $14,904 | $8,161 | 95.5% | $0 | $0 | $0 | $0 | $0 | $20,328 | ($5,423) |
| 33 | 74.7 | 1.90% | 0.5373 | $15,128 | $8,129 | 96.5% | $0 | $0 | $0 | $0 | $0 | $20,633 | ($5,505) |
| 34 | 75.7 | 1.90% | 0.5273 | $15,355 | $8,097 | 97.6% | $0 | $0 | $0 | $0 | $0 | $20,942 | ($5,587) |
| 35 | 76.7 | 1.90% | 0.5175 | $15,585 | $8,065 | 98.6% | $0 | $0 | $0 | $0 | $0 | $21,256 | ($5,671) |
| 36 | 77.7 | 1.90% | 0.5078 | $15,819 | $8,034 | 99.7% | $0 | $0 | $0 | $0 | $0 | $21,575 | ($5,756) |
| 37 | 78.7 | 1.90% | 0.4984 | $4,817 | $2,401 | 100.0% | $0 | $0 | $0 | $0 | $0 | $6,570 | ($1,753) |
| | | | Total | $952,484 | $764,585 | 100.0% | $106,220 | $15,933 | $25,493 | $513,868 | $77,080 | $560,485 | ($346,594) |



**Estate of Sergeant
Jason L. Merrill**

**September 3, 2006**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-5 Sergeant Jason L. Merrill, who was killed in military action on September 3, 2006. Mr. Merrill was 22 years old at the time of his death, with a statistical worklife expectancy to age 60.8. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $787,809. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $540,485 | $34,869 | $575,355 |
| Military Fringes (ex retirement) | $129,716 | $8,369 | $138,085 |
| Additional Military Pay | $81,073 | $5,230 | $86,303 |
| Non Military Earning Capacity | $0 | $889,106 | $889,106 |
| Non Military Fringes | $0 | $133,366 | $133,366 |
| Military Retirement | $0 | $641,997 | $641,997 |
| Less: Personal Consumption | ($511,092) | ($1,165,312) | ($1,676,404) |
| Subtotal | $240,183 | $547,626 | $787,809 |



Chart III: Sensitivity Based on Worklife and Discount Rate

Appendix F

### Table II: Assumptions

| | | | |
|---|---|---|---|
| Name | Jason L Merrill | Basic Earnings | $35,737 |
| Report Date as of | 10/18/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 9/3/2006 | Additional Misc Pay $ | $5,361 |
| Interval to Present | 15.12 | Retirement Pay | $17,869 |
| DOB | 6/30/1984 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 22.18 | Earnings Growth Rate | 2.50% |
| Age as of Report | 37.30 | Retirement Growth Rate | 1.5% |
| Date of Death | 9/3/2006 | Inflation | 2.00% |
| Rank | E-5 | Minimum Zero Rate | 0.09% |
| Military Entry Date | 10/1/2002 | Maximum Zero Rate | 2.16% |
| Military Exit Date | 8/17/2007 | Fixed Rate Equivalent | 1.85% |
| Time in Service | 4.878 | Yield Curve | 10/8/2021 |
| 20 Year Retirement Date | 10/1/2022 | Pers. Consumption | 68.03% |
| Years to Retirement | 0.953 | Life Expectancy | 77.7 |
| | | Worklife Expectancy | 60.8 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

### Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.50% | 1.85% | 4.00% | 6.00% |
| Worklife 58.0 | $908,949 | $765,889 | $739,159 | $612,307 | $534,336 |
| 59.0 | $931,182 | $782,080 | $754,208 | $621,949 | $540,763 |
| 60.8 | $982,321 | $818,432 | $787,809 | $642,765 | $554,221 |
| 62.0 | $1,001,274 | $831,614 | $799,933 | $650,049 | $558,799 |
| 65.0 | $1,076,754 | $882,627 | $846,540 | $676,951 | $575,107 |

### Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $714,131 | $723,821 | $733,876 | $778,054 | $858,096 |
| 1.00% | $747,773 | $757,463 | $767,518 | $811,696 | $891,737 |
| 1.50% | $768,064 | $777,754 | $787,809 | $831,987 | $912,029 |
| 2.50% | $817,429 | $827,119 | $837,174 | $881,353 | $961,394 |
| 3.00% | $847,422 | $857,112 | $867,167 | $911,345 | $991,386 |

### Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $30,000 | $32,000 | $35,737 | $40,000 | $43,000 |
| Personal Consumption 0.00% | $2,068,611 | $2,206,519 | $2,464,213 | $2,758,149 | $2,965,010 |
| 24.73% | $1,557,044 | $1,660,847 | $1,854,813 | $2,076,058 | $2,231,763 |
| 68.03% | $661,335 | $705,424 | $787,809 | $881,780 | $947,914 |
| 70.00% | $620,583 | $661,956 | $739,264 | $827,445 | $889,503 |
| 75.00% | $517,153 | $551,630 | $616,053 | $689,537 | $741,252 |

*Table VI: Estate of Sergeant Jason L. Merrill Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 38.3 | 0.09% | 0.9991 | $16,419 | $16,404 | $34,901 | $5,235 | $8,376 | $1,730 | $259 | $856 | ($34,939) |
| 2 | 39.3 | 0.32% | 0.9936 | $19,689 | $19,564 | $0 | $0 | $0 | $37,546 | $5,632 | $18,409 | ($41,898) |
| 3 | 40.3 | 0.56% | 0.9834 | $20,123 | $19,788 | $0 | $0 | $0 | $38,485 | $5,773 | $18,685 | ($42,820) |
| 4 | 41.3 | 0.80% | 0.9686 | $20,566 | $19,921 | $0 | $0 | $0 | $39,447 | $5,917 | $18,965 | ($43,763) |
| 5 | 42.3 | 1.04% | 0.9496 | $21,020 | $19,960 | $0 | $0 | $0 | $40,433 | $6,065 | $19,250 | ($44,728) |
| 6 | 43.3 | 1.15% | 0.9337 | $21,484 | $20,059 | $0 | $0 | $0 | $41,444 | $6,217 | $19,538 | ($45,716) |
| 7 | 44.3 | 1.26% | 0.9161 | $21,958 | $20,116 | $0 | $0 | $0 | $42,480 | $6,372 | $19,831 | ($46,726) |
| 8 | 45.3 | 1.38% | 0.8962 | $22,444 | $20,113 | $0 | $0 | $0 | $43,542 | $6,531 | $20,129 | ($47,759) |
| 9 | 46.3 | 1.49% | 0.8754 | $22,940 | $20,081 | $0 | $0 | $0 | $44,631 | $6,695 | $20,431 | ($48,816) |
| 10 | 47.3 | 1.60% | 0.8532 | $23,449 | $20,007 | $0 | $0 | $0 | $45,747 | $6,862 | $20,737 | ($49,897) |
| 11 | 48.3 | 1.63% | 0.8371 | $23,969 | $20,063 | $0 | $0 | $0 | $46,890 | $7,034 | $21,048 | ($51,004) |
| 12 | 49.3 | 1.66% | 0.8207 | $24,501 | $20,108 | $0 | $0 | $0 | $48,063 | $7,209 | $21,364 | ($52,135) |
| 13 | 50.3 | 1.68% | 0.8053 | $25,045 | $20,168 | $0 | $0 | $0 | $49,264 | $7,390 | $21,684 | ($53,293) |
| 14 | 51.3 | 1.71% | 0.7887 | $25,602 | $20,192 | $0 | $0 | $0 | $50,496 | $7,574 | $22,010 | ($54,478) |
| 15 | 52.3 | 1.74% | 0.7720 | $26,171 | $20,204 | $0 | $0 | $0 | $51,758 | $7,764 | $22,340 | ($55,691) |
| 16 | 53.3 | 1.77% | 0.7552 | $26,754 | $20,206 | $0 | $0 | $0 | $53,052 | $7,958 | $22,675 | ($56,931) |
| 17 | 54.3 | 1.80% | 0.7384 | $27,350 | $20,195 | $0 | $0 | $0 | $54,378 | $8,157 | $23,015 | ($58,200) |
| 18 | 55.3 | 1.82% | 0.7228 | $27,961 | $20,209 | $0 | $0 | $0 | $55,738 | $8,361 | $23,360 | ($59,498) |
| 19 | 56.3 | 1.85% | 0.7059 | $28,585 | $20,178 | $0 | $0 | $0 | $57,131 | $8,570 | $23,711 | ($60,827) |
| 20 | 57.3 | 1.88% | 0.6890 | $29,224 | $20,135 | $0 | $0 | $0 | $58,560 | $8,784 | $24,066 | ($62,186) |
| 21 | 58.3 | 1.91% | 0.6721 | $29,877 | $20,081 | $0 | $0 | $0 | $60,024 | $9,004 | $24,427 | ($63,577) |
| 22 | 59.3 | 1.94% | 0.6553 | $30,546 | $20,016 | $0 | $0 | $0 | $61,524 | $9,229 | $24,794 | ($65,000) |
| 23 | 60.3 | 1.96% | 0.6399 | $31,231 | $19,985 | $0 | $0 | $0 | $63,062 | $9,459 | $25,166 | ($66,457) |
| 24 | 61.3 | 1.99% | 0.6232 | $20,286 | $12,642 | $0 | $0 | $0 | $32,966 | $4,945 | $25,543 | ($43,168) |
| 25 | 62.3 | 2.02% | 0.6066 | $8,289 | $5,027 | $0 | $0 | $0 | $0 | $0 | $25,926 | ($17,638) |
| 26 | 63.3 | 2.05% | 0.5900 | $8,413 | $4,964 | $0 | $0 | $0 | $0 | $0 | $26,315 | ($17,902) |
| 27 | 64.3 | 2.08% | 0.5736 | $8,539 | $4,898 | $0 | $0 | $0 | $0 | $0 | $26,710 | ($18,171) |
| 28 | 65.3 | 2.10% | 0.5588 | $8,667 | $4,844 | $0 | $0 | $0 | $0 | $0 | $27,111 | ($18,443) |
| 29 | 66.3 | 2.13% | 0.5427 | $8,797 | $4,774 | $0 | $0 | $0 | $0 | $0 | $27,517 | ($18,720) |
| 30 | 67.3 | 2.16% | 0.5267 | $8,929 | $4,703 | $0 | $0 | $0 | $0 | $0 | $27,930 | ($19,001) |
| 31 | 68.3 | 2.16% | 0.5156 | $9,063 | $4,673 | $0 | $0 | $0 | $0 | $0 | $28,349 | ($19,286) |
| 32 | 69.3 | 2.16% | 0.5047 | $9,199 | $4,643 | $0 | $0 | $0 | $0 | $0 | $28,774 | ($19,575) |
| 33 | 70.3 | 2.16% | 0.4940 | $9,337 | $4,613 | $0 | $0 | $0 | $0 | $0 | $29,206 | ($19,869) |
| 34 | 71.3 | 2.16% | 0.4836 | $9,477 | $4,583 | $0 | $0 | $0 | $0 | $0 | $29,644 | ($20,167) |
| 35 | 72.3 | 2.16% | 0.4733 | $9,619 | $4,553 | $0 | $0 | $0 | $0 | $0 | $30,089 | ($20,469) |
| 36 | 73.3 | 2.16% | 0.4633 | $9,764 | $4,524 | $0 | $0 | $0 | $0 | $0 | $30,540 | ($20,776) |
| 37 | 74.3 | 2.16% | 0.4535 | $9,910 | $4,495 | $0 | $0 | $0 | $0 | $0 | $30,998 | ($21,088) |
| 38 | 75.3 | 2.16% | 0.4439 | $10,059 | $4,465 | $0 | $0 | $0 | $0 | $0 | $31,463 | ($21,404) |
| 39 | 76.3 | 2.16% | 0.4346 | $10,210 | $4,437 | $0 | $0 | $0 | $0 | $0 | $31,935 | ($21,725) |
| 40 | 77.3 | 2.16% | 0.4254 | $10,363 | $4,408 | $0 | $0 | $0 | $0 | $0 | $32,414 | ($22,051) |
| 41 | 78.3 | 2.16% | 0.4164 | $6,311 | $2,628 | $0 | $0 | $0 | $0 | $0 | $19,740 | ($13,429) |
| | | | Total | $742,139 | $547,626 | $34,901 | $5,235 | $8,376 | $1,118,392 | $167,759 | $986,697 | ($1,579,221) |



**Estate of Sergeant First Class Scott Brown**

**May 18, 2007**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-7 Sergeant First Class Scott Brown, who was killed in military action on May 18, 2007. Mr. Brown was 33 years old at the time of his death, with a statistical worklife expectancy to age 61.7. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $2,381,790. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Chart III: Sensitivity Based on Worklife and Discount Rate

### Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $716,276 | $0 | $716,276 |
| Military Fringes (ex retirement) | $171,906 | $0 | $171,906 |
| Additional Military Pay | $107,441 | $0 | $107,441 |
| Non Military Earning Capacity | $0 | $815,764 | $815,764 |
| Non Military Fringes | $0 | $122,365 | $122,365 |
| Military Retirement | $0 | $784,256 | $784,256 |
| Less: Personal Consumption | ($123,159) | ($213,059) | ($336,218) |
| Subtotal | $872,464 | $1,509,326 | $2,381,790 |

Appendix G

### Table II: Assumptions

| | | | |
|---|---|---|---|
| Name | Scott Brown | Basic Earnings | $50,273 |
| Report Date as of | 8/16/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 5/18/2007 | Additional Misc Pay $ | $7,541 |
| Interval to Present | 14.25 | Retirement Pay | $25,136 |
| DOB | 4/16/1974 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 33.09 | Earnings Growth Rate | 2.50% |
| Age as of Report | 47.33 | Retirement Growth Rate | 1.50% |
| Date of Death | 5/18/2007 | Inflation | 2.00% |
| Rank | E-7 | Minimum Zero Rate | 0.07% |
| Military Entry Date | 3/1/1998 | Maximum Zero Rate | 1.90% |
| Military Exit Date | 5/18/2007 | Fixed Rate Equivalent | 1.42% |
| Time in Service | 9.214 | Yield Curve | 8/16/2021 |
| 20 Year Retirement Date | 3/1/2018 | Pers. Consumption | 12.37% |
| Years to Retirement | 0.000 | Life Expectancy | 78.7 |
| | | Worklife Expectancy | 61.7 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

### Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.20% | 1.42% | 4.00% | 6.00% |
| Worklife 59.0 | $2,438,922 | $2,225,013 | $2,190,903 | $1,877,691 | $1,712,583 |
| 60.0 | $2,507,625 | $2,284,314 | $2,248,637 | $1,920,043 | $1,746,071 |
| 61.7 | $2,669,792 | $2,421,571 | $2,381,790 | $2,013,789 | $1,817,931 |
| 63.0 | $2,724,211 | $2,466,825 | $2,425,551 | $2,043,470 | $1,840,046 |
| 65.0 | $2,877,776 | $2,592,441 | $2,546,656 | $2,122,816 | $1,897,639 |

### Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $2,210,773 | $2,226,221 | $2,242,019 | $2,308,876 | $2,421,145 |
| 1.00% | $2,299,351 | $2,314,799 | $2,330,597 | $2,397,454 | $2,509,723 |
| 1.50% | $2,350,544 | $2,365,992 | $2,381,790 | $2,448,647 | $2,560,917 |
| 2.50% | $2,469,457 | $2,484,905 | $2,500,703 | $2,567,560 | $2,679,829 |
| 3.00% | $2,538,460 | $2,553,908 | $2,569,706 | $2,636,563 | $2,748,832 |

### Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $45,000 | $48,000 | $50,273 | $55,000 | $60,000 |
| Personal Consumption 0.00% | $2,432,933 | $2,595,128 | $2,718,008 | $2,973,585 | $3,243,911 |
| 9.36% | $2,205,210 | $2,352,224 | $2,463,602 | $2,695,257 | $2,940,281 |
| 12.37% | $2,131,979 | $2,274,111 | $2,381,790 | $2,605,752 | $2,842,639 |
| 18.36% | $1,986,246 | $2,118,663 | $2,218,982 | $2,427,635 | $2,648,329 |
| 50.00% | $1,216,466 | $1,297,564 | $1,359,004 | $1,486,792 | $1,621,955 |

Appendix G

*Table VI: Estate of Sergeant First Class Scott Brown Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Cumulative | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 48.3 | 0.07% | 0.9993 | $74,286 | $74,234 | 4.9% | $0 | $0 | $0 | $51,530 | $7,729 | $25,513 | ($10,486) |
| 2 | 49.3 | 0.20% | 0.9960 | $75,920 | $75,617 | 9.9% | $0 | $0 | $0 | $52,818 | $7,923 | $25,896 | ($10,717) |
| 3 | 50.3 | 0.38% | 0.9887 | $77,591 | $76,713 | 15.0% | $0 | $0 | $0 | $54,138 | $8,121 | $26,285 | ($10,953) |
| 4 | 51.3 | 0.56% | 0.9779 | $79,300 | $77,548 | 20.1% | $0 | $0 | $0 | $55,492 | $8,324 | $26,679 | ($11,194) |
| 5 | 52.3 | 0.74% | 0.9638 | $81,049 | $78,116 | 25.3% | $0 | $0 | $0 | $56,879 | $8,532 | $27,079 | ($11,441) |
| 6 | 53.3 | 0.84% | 0.9510 | $82,838 | $78,783 | 30.5% | $0 | $0 | $0 | $58,301 | $8,745 | $27,485 | ($11,694) |
| 7 | 54.3 | 0.94% | 0.9366 | $84,668 | $79,301 | 35.8% | $0 | $0 | $0 | $59,759 | $8,964 | $27,898 | ($11,952) |
| 8 | 55.3 | 1.04% | 0.9206 | $86,540 | $79,666 | 41.1% | $0 | $0 | $0 | $61,253 | $9,188 | $28,316 | ($12,216) |
| 9 | 56.3 | 1.14% | 0.9030 | $88,456 | $79,876 | 46.4% | $0 | $0 | $0 | $62,784 | $9,418 | $28,741 | ($12,487) |
| 10 | 57.3 | 1.24% | 0.8841 | $90,415 | $79,932 | 51.7% | $0 | $0 | $0 | $64,353 | $9,653 | $29,172 | ($12,763) |
| 11 | 58.3 | 1.27% | 0.8704 | $92,420 | $80,441 | 57.0% | $0 | $0 | $0 | $65,962 | $9,894 | $29,609 | ($13,046) |
| 12 | 59.3 | 1.31% | 0.8554 | $94,471 | $80,811 | 62.3% | $0 | $0 | $0 | $67,611 | $10,142 | $30,054 | ($13,336) |
| 13 | 60.3 | 1.34% | 0.8411 | $96,569 | $81,225 | 67.7% | $0 | $0 | $0 | $69,302 | $10,395 | $30,504 | ($13,632) |
| 14 | 61.3 | 1.37% | 0.8265 | $98,716 | $81,594 | 73.1% | $0 | $0 | $0 | $71,034 | $10,655 | $30,962 | ($13,935) |
| 15 | 62.3 | 1.41% | 0.8106 | $71,563 | $58,007 | 77.0% | $0 | $0 | $0 | $43,686 | $6,553 | $31,426 | ($10,102) |
| 16 | 63.3 | 1.44% | 0.7955 | $27,952 | $22,236 | 78.5% | $0 | $0 | $0 | $0 | $0 | $31,898 | ($3,946) |
| 17 | 64.3 | 1.47% | 0.7803 | $28,371 | $22,138 | 79.9% | $0 | $0 | $0 | $0 | $0 | $32,376 | ($4,005) |
| 18 | 65.3 | 1.50% | 0.7649 | $28,797 | $22,027 | 81.4% | $0 | $0 | $0 | $0 | $0 | $32,862 | ($4,065) |
| 19 | 66.3 | 1.54% | 0.7480 | $29,229 | $21,863 | 82.8% | $0 | $0 | $0 | $0 | $0 | $33,355 | ($4,126) |
| 20 | 67.3 | 1.57% | 0.7323 | $29,667 | $21,725 | 84.3% | $0 | $0 | $0 | $0 | $0 | $33,855 | ($4,188) |
| 21 | 68.3 | 1.60% | 0.7165 | $30,112 | $21,576 | 85.7% | $0 | $0 | $0 | $0 | $0 | $34,363 | ($4,251) |
| 22 | 69.3 | 1.64% | 0.6992 | $30,564 | $21,369 | 87.1% | $0 | $0 | $0 | $0 | $0 | $34,878 | ($4,314) |
| 23 | 70.3 | 1.67% | 0.6832 | $31,022 | $21,195 | 88.5% | $0 | $0 | $0 | $0 | $0 | $35,402 | ($4,379) |
| 24 | 71.3 | 1.70% | 0.6673 | $31,488 | $21,011 | 89.9% | $0 | $0 | $0 | $0 | $0 | $35,933 | ($4,445) |
| 25 | 72.3 | 1.74% | 0.6497 | $31,960 | $20,764 | 91.3% | $0 | $0 | $0 | $0 | $0 | $36,472 | ($4,512) |
| 26 | 73.3 | 1.77% | 0.6337 | $32,439 | $20,557 | 92.6% | $0 | $0 | $0 | $0 | $0 | $37,019 | ($4,579) |
| 27 | 74.3 | 1.80% | 0.6177 | $32,926 | $20,340 | 94.0% | $0 | $0 | $0 | $0 | $0 | $37,574 | ($4,648) |
| 28 | 75.3 | 1.83% | 0.6018 | $33,420 | $20,113 | 95.3% | $0 | $0 | $0 | $0 | $0 | $38,138 | ($4,718) |
| 29 | 76.3 | 1.87% | 0.5843 | $33,921 | $19,821 | 96.6% | $0 | $0 | $0 | $0 | $0 | $38,710 | ($4,788) |
| 30 | 77.3 | 1.90% | 0.5686 | $34,430 | $19,575 | 97.9% | $0 | $0 | $0 | $0 | $0 | $39,290 | ($4,860) |
| 31 | 78.3 | 1.90% | 0.5580 | $34,946 | $19,499 | 99.2% | $0 | $0 | $0 | $0 | $0 | $39,880 | ($4,933) |
| 32 | 79.3 | 1.90% | 0.5476 | $21,282 | $11,653 | 100.0% | $0 | $0 | $0 | $0 | $0 | $24,287 | ($3,004) |
| | | | Total | $1,797,330 | $1,509,326 | 100.0% | $0 | $0 | $0 | $894,901 | $134,235 | $1,021,907 | ($253,714) |



**Estate of First Lieutenant Jonathan Edds**

**August 17, 2007**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of O-2 First Lieutenant Jonathan Edds, who was killed in military action on August 17, 2007. Mr. Edds was 24 years old at the time of his death, with a statistical worklife expectancy to age 63.3. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $2,516,046. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Chart III: Sensitivity Based on Worklife and Discount Rate

### Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $662,883 | $190,320 | $853,203 |
| Military Fringes (ex retirement) | $159,092 | $45,677 | $204,769 |
| Additional Military Pay | $99,432 | $28,548 | $127,980 |
| Non Military Earning Capacity | $0 | $1,066,935 | $1,066,935 |
| Non Military Fringes | $0 | $160,040 | $160,040 |
| Military Retirement | $0 | $752,706 | $752,706 |
| Less: Personal Consumption | ($189,073) | ($460,515) | ($649,588) |
| Subtotal | $732,334 | $1,783,712 | $2,516,046 |

Appendix H

### Table II: Assumptions

| Name | Jonathan Edds | Basic Earnings | $46,813 |
|---|---|---|---|
| Report Date as of | 10/14/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 8/17/2007 | Additional Misc Pay $ | $7,022 |
| Interval to Present | 14.16 | Retirement Pay | $23,407 |
| DOB | 1/18/1983 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 24.58 | Earnings Growth Rate | 2.50% |
| Age as of Report | 38.74 | Retirement Growth Rate | 1.5% |
| Date of Death | 8/17/2007 | Inflation | 2.00% |
| Rank | O-2 | Minimum Zero Rate | 0.09% |
| Military Entry Date | 8/31/2005 | Maximum Zero Rate | 2.16% |
| Military Exit Date | 8/17/2007 | Fixed Rate Equivalent | 1.85% |
| Time in Service | 1.964 | Yield Curve | 10/8/2021 |
| 20 Year Retirement Date | 8/31/2025 | Pers. Consumption | 20.52% |
| Years to Retirement | 3.878 | Life Expectancy | 78.1 |
| | | Worklife Expectancy | 63.3 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

### Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.50% | 1.85% | 4.00% | 6.00% |
| Worklife 60.0 | $2,952,155 | $2,474,232 | $2,383,807 | $1,956,652 | $1,692,701 |
| 61.0 | $3,027,178 | $2,527,706 | $2,433,235 | $1,987,403 | $1,712,645 |
| 63.3 | $3,156,016 | $2,617,713 | $2,516,046 | $2,037,497 | $1,744,313 |
| 65.0 | $3,346,504 | $2,746,925 | $2,634,116 | $2,106,036 | $1,786,046 |
| 68.0 | $3,607,570 | $2,917,073 | $2,788,158 | $2,190,595 | $1,834,977 |

### Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $2,280,489 | $2,314,654 | $2,350,152 | $2,506,647 | $2,792,160 |
| 1.00% | $2,384,057 | $2,418,222 | $2,453,720 | $2,610,215 | $2,895,728 |
| 1.50% | $2,446,382 | $2,480,547 | $2,516,046 | $2,672,540 | $2,958,053 |
| 2.50% | $2,597,558 | $2,631,723 | $2,667,221 | $2,823,716 | $3,109,229 |
| 3.00% | $2,689,104 | $2,723,269 | $2,758,767 | $2,915,262 | $3,200,775 |

### Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $40,000 | $43,000 | $46,813 | $48,000 | $52,000 |
| Personal Consumption 0.00% | $2,704,907 | $2,907,775 | $3,165,634 | $3,245,888 | $3,516,379 |
| 13.65% | $2,335,687 | $2,510,864 | $2,733,525 | $2,802,825 | $3,036,393 |
| 20.52% | $2,149,860 | $2,311,100 | $2,516,046 | $2,579,832 | $2,794,818 |
| 50.00% | $1,352,453 | $1,453,887 | $1,582,817 | $1,622,944 | $1,758,190 |
| 63.54% | $986,209 | $1,060,175 | $1,154,190 | $1,183,451 | $1,282,072 |

*Table VI: Estate of First Lieutenant Jonathan Edds Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 39.7 | 0.09% | 0.9991 | $53,011 | $52,963 | $47,984 | $7,198 | $11,516 | $0 | $0 | $0 | ($13,686) |
| 2 | 40.7 | 0.32% | 0.9936 | $54,336 | $53,990 | $49,183 | $7,377 | $11,804 | $0 | $0 | $0 | ($14,028) |
| 3 | 41.7 | 0.56% | 0.9834 | $55,695 | $54,769 | $50,413 | $7,562 | $12,099 | $0 | $0 | $0 | ($14,379) |
| 4 | 42.7 | 0.80% | 0.9686 | $58,295 | $56,467 | $45,357 | $6,804 | $10,886 | $6,316 | $947 | $3,036 | ($15,051) |
| 5 | 43.7 | 1.04% | 0.9496 | $68,452 | $65,001 | $0 | $0 | $0 | $52,965 | $7,945 | $25,216 | ($17,673) |
| 6 | 44.7 | 1.15% | 0.9337 | $69,963 | $65,324 | $0 | $0 | $0 | $54,289 | $8,143 | $25,594 | ($18,063) |
| 7 | 45.7 | 1.26% | 0.9161 | $71,509 | $65,508 | $0 | $0 | $0 | $55,646 | $8,347 | $25,978 | ($18,462) |
| 8 | 46.7 | 1.38% | 0.8962 | $73,090 | $65,500 | $0 | $0 | $0 | $57,037 | $8,556 | $26,367 | ($18,870) |
| 9 | 47.7 | 1.49% | 0.8754 | $74,708 | $65,397 | $0 | $0 | $0 | $58,463 | $8,769 | $26,763 | ($19,288) |
| 10 | 48.7 | 1.60% | 0.8532 | $76,363 | $65,154 | $0 | $0 | $0 | $59,925 | $8,989 | $27,164 | ($19,715) |
| 11 | 49.7 | 1.63% | 0.8371 | $78,056 | $65,338 | $0 | $0 | $0 | $61,423 | $9,213 | $27,572 | ($20,152) |
| 12 | 50.7 | 1.66% | 0.8207 | $79,788 | $65,484 | $0 | $0 | $0 | $62,959 | $9,444 | $27,985 | ($20,602) |
| 13 | 51.7 | 1.68% | 0.8053 | $81,560 | $65,678 | $0 | $0 | $0 | $64,533 | $9,680 | $28,405 | ($21,057) |
| 14 | 52.7 | 1.71% | 0.7887 | $83,374 | $65,756 | $0 | $0 | $0 | $66,146 | $9,922 | $28,831 | ($21,525) |
| 15 | 53.7 | 1.74% | 0.7720 | $85,229 | $65,798 | $0 | $0 | $0 | $67,799 | $10,170 | $29,264 | ($22,004) |
| 16 | 54.7 | 1.77% | 0.7552 | $87,127 | $65,802 | $0 | $0 | $0 | $69,494 | $10,424 | $29,703 | ($22,494) |
| 17 | 55.7 | 1.80% | 0.7384 | $89,069 | $65,768 | $0 | $0 | $0 | $71,232 | $10,685 | $30,148 | ($22,996) |
| 18 | 56.7 | 1.82% | 0.7228 | $91,056 | $65,813 | $0 | $0 | $0 | $73,013 | $10,952 | $30,600 | ($23,509) |
| 19 | 57.7 | 1.85% | 0.7059 | $93,089 | $65,711 | $0 | $0 | $0 | $74,838 | $11,226 | $31,059 | ($24,034) |
| 20 | 58.7 | 1.88% | 0.6890 | $95,170 | $65,572 | $0 | $0 | $0 | $76,709 | $11,506 | $31,525 | ($24,571) |
| 21 | 59.7 | 1.91% | 0.6721 | $97,298 | $65,396 | $0 | $0 | $0 | $78,627 | $11,794 | $31,998 | ($25,120) |
| 22 | 60.7 | 1.94% | 0.6553 | $99,477 | $65,184 | $0 | $0 | $0 | $80,592 | $12,089 | $32,478 | ($25,683) |
| 23 | 61.7 | 1.96% | 0.6399 | $101,705 | $65,082 | $0 | $0 | $0 | $82,607 | $12,391 | $32,965 | ($26,258) |
| 24 | 62.7 | 1.99% | 0.6232 | $103,986 | $64,803 | $0 | $0 | $0 | $84,672 | $12,701 | $33,460 | ($26,847) |
| 25 | 63.7 | 2.02% | 0.6066 | $58,724 | $35,619 | $0 | $0 | $0 | $34,716 | $5,207 | $33,962 | ($15,161) |
| 26 | 64.7 | 2.05% | 0.5900 | $27,398 | $16,165 | $0 | $0 | $0 | $0 | $0 | $34,471 | ($7,073) |
| 27 | 65.7 | 2.08% | 0.5736 | $27,809 | $15,951 | $0 | $0 | $0 | $0 | $0 | $34,988 | ($7,180) |
| 28 | 66.7 | 2.10% | 0.5588 | $28,226 | $15,773 | $0 | $0 | $0 | $0 | $0 | $35,513 | ($7,287) |
| 29 | 67.7 | 2.13% | 0.5427 | $28,649 | $15,548 | $0 | $0 | $0 | $0 | $0 | $36,046 | ($7,397) |
| 30 | 68.7 | 2.16% | 0.5267 | $29,079 | $15,316 | $0 | $0 | $0 | $0 | $0 | $36,586 | ($7,508) |
| 31 | 69.7 | 2.16% | 0.5156 | $29,515 | $15,217 | $0 | $0 | $0 | $0 | $0 | $37,135 | ($7,620) |
| 32 | 70.7 | 2.16% | 0.5047 | $29,958 | $15,119 | $0 | $0 | $0 | $0 | $0 | $37,692 | ($7,734) |
| 33 | 71.7 | 2.16% | 0.4940 | $30,407 | $15,021 | $0 | $0 | $0 | $0 | $0 | $38,258 | ($7,850) |
| 34 | 72.7 | 2.16% | 0.4836 | $30,863 | $14,924 | $0 | $0 | $0 | $0 | $0 | $38,831 | ($7,968) |
| 35 | 73.7 | 2.16% | 0.4733 | $31,326 | $14,828 | $0 | $0 | $0 | $0 | $0 | $39,414 | ($8,088) |
| 36 | 74.7 | 2.16% | 0.4633 | $31,796 | $14,732 | $0 | $0 | $0 | $0 | $0 | $40,005 | ($8,209) |
| 37 | 75.7 | 2.16% | 0.4535 | $32,273 | $14,637 | $0 | $0 | $0 | $0 | $0 | $40,605 | ($8,332) |
| 38 | 76.7 | 2.16% | 0.4439 | $32,757 | $14,542 | $0 | $0 | $0 | $0 | $0 | $41,214 | ($8,457) |
| 39 | 77.7 | 2.16% | 0.4346 | $33,248 | $14,448 | $0 | $0 | $0 | $0 | $0 | $41,833 | ($8,584) |
| 40 | 78.7 | 2.16% | 0.4254 | $20,248 | $8,613 | $0 | $0 | $0 | $0 | $0 | $25,476 | ($5,228) |
| | | | Total | $2,423,682 | $1,783,712 | $192,937 | $28,941 | $46,305 | $1,394,000 | $209,100 | $1,178,142 | ($625,742) |

Appendix H



**Estate of Sergeant
Joseph Richard III**

**April 14, 2008**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-5 Sergeant Joseph Richard III, who was killed in military action on April 14, 2008. Mr. Richard was 27 years old at the time of his death, with a statistical worklife expectancy to age 60.7. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $1,488,745. Tables III, IV and V below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Chart III: Sensitivity Based on Worklife and Discount Rate

### Table I: Summary

|  | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $460,179 | $43,164 | $503,343 |
| Military Fringes (ex retirement) | $110,443 | $10,359 | $120,802 |
| Additional Military Pay | $69,027 | $6,475 | $75,501 |
| Non Military Earning Capacity | $0 | $669,733 | $669,733 |
| Non Military Fringes | $0 | $100,460 | $100,460 |
| Military Retirement | $0 | $560,637 | $560,637 |
| Less: Personal Consumption | ($170,658) | ($371,073) | ($541,731) |
| Subtotal | $468,991 | $1,019,754 | $1,488,745 |

Appendix I

### Table II: Assumptions

| | | | |
|---|---|---|---|
| Name | Joseph Richard III | Basic Earnings | $34,128 |
| Report Date as of | 10/8/2021 | Additional Misc Pay % | 15% |
| Date Damages Commence | 4/14/2008 | Additional Misc Pay $ | $5,119 |
| Interval to Present | 13.48 | Retirement Pay | $17,064 |
| DOB | 1/1/1981 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 27.29 | Earnings Growth Rate | 2.50% |
| Age as of Report | 40.77 | Retirement Growth Rate | 1.5% |
| Date of Death | 4/14/2008 | Inflation | 2.00% |
| Rank | E-5 | Minimum Zero Rate | 0.09% |
| Military Entry Date | 1/1/2003 | Maximum Zero Rate | 2.16% |
| Military Exit Date | 8/24/2006 | Fixed Rate Equivalent | 1.50% |
| Time in Service | 3.647 | Yield Curve | 10/8/2021 |
| 20 Year Retirement Date | 1/1/2023 | Pers. Consumption | 26.68% |
| Years to Retirement | 1.231 | Life Expectancy | 78.4 |
| | | Worklife Expectancy | 60.7 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook
6. Personal Consumption Table, Sept. 11th Victim Compensation Fund

### Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 1.20% | 1.50% | 4.00% | 6.00% |
| **Worklife** 58.0 | $1,445,219 | $1,445,219 | $1,445,219 | $1,445,219 | $1,445,219 |
| 59.0 | $1,477,684 | $1,477,684 | $1,477,684 | $1,477,684 | $1,477,684 |
| 60.7 | $1,488,745 | $1,488,745 | $1,488,745 | $1,488,745 | $1,488,745 |
| 62.0 | $1,575,122 | $1,575,122 | $1,575,122 | $1,575,122 | $1,575,122 |
| 63.0 | $1,607,608 | $1,607,608 | $1,607,608 | $1,607,608 | $1,607,608 |

### Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| **Retirement Growth** 0.00% | $1,363,312 | $1,377,631 | $1,392,379 | $1,455,947 | $1,566,731 |
| 1.00% | $1,423,863 | $1,438,182 | $1,452,930 | $1,516,498 | $1,627,282 |
| 1.50% | $1,459,679 | $1,473,997 | $1,488,745 | $1,552,313 | $1,663,097 |
| 2.50% | $1,544,990 | $1,559,308 | $1,574,056 | $1,637,625 | $1,748,409 |
| 3.00% | $1,595,754 | $1,610,072 | $1,624,820 | $1,688,388 | $1,799,172 |

### Table V: Lump Sum Value for Various Measures of Additional Miscellaneous Pay and Personal Consumption

| Base Income | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | $30,000 | $32,000 | $34,128 | $37,000 | $40,000 |
| **Personal Consumption** 0.00% | $1,784,877 | $1,903,869 | $2,030,476 | $2,201,348 | $2,379,836 |
| 16.94% | $1,482,519 | $1,581,353 | $1,686,513 | $1,828,440 | $1,976,692 |
| 26.68% | $1,308,672 | $1,395,917 | $1,488,745 | $1,614,029 | $1,744,896 |
| 50.00% | $892,438 | $951,934 | $1,015,238 | $1,100,674 | $1,189,918 |
| 73.55% | $472,100 | $503,573 | $537,061 | $582,257 | $629,467 |

Appendix I

*Table VI: Estate of Sergeant Joseph Richard III Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Cumulative | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes | Military Retirement | Less: Personal Consumption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 41.8 | 0.09% | 0.9991 | $35,651 | $35,619 | 3.5% | $34,981 | $5,247 | $8,395 | $0 | $0 | $0 | ($12,973) |
| 2 | 42.8 | 0.32% | 0.9936 | $41,605 | $41,340 | 7.5% | $8,267 | $1,240 | $1,984 | $27,589 | $4,138 | $13,527 | ($15,140) |
| 3 | 43.8 | 0.56% | 0.9834 | $44,071 | $43,339 | 11.8% | $0 | $0 | $0 | $36,752 | $5,513 | $17,843 | ($16,037) |
| 4 | 44.8 | 0.80% | 0.9686 | $45,042 | $43,629 | 16.1% | $0 | $0 | $0 | $37,671 | $5,651 | $18,111 | ($16,390) |
| 5 | 45.8 | 1.04% | 0.9496 | $46,036 | $43,715 | 20.4% | $0 | $0 | $0 | $38,613 | $5,792 | $18,383 | ($16,752) |
| 6 | 46.8 | 1.15% | 0.9337 | $47,052 | $43,932 | 24.7% | $0 | $0 | $0 | $39,578 | $5,937 | $18,659 | ($17,121) |
| 7 | 47.8 | 1.26% | 0.9161 | $48,091 | $44,056 | 29.0% | $0 | $0 | $0 | $40,567 | $6,085 | $18,938 | ($17,500) |
| 8 | 48.8 | 1.38% | 0.8962 | $49,155 | $44,050 | 33.3% | $0 | $0 | $0 | $41,582 | $6,237 | $19,222 | ($17,887) |
| 9 | 49.8 | 1.49% | 0.8754 | $50,243 | $43,981 | 37.6% | $0 | $0 | $0 | $42,621 | $6,393 | $19,511 | ($18,283) |
| 10 | 50.8 | 1.60% | 0.8532 | $51,356 | $43,818 | 41.9% | $0 | $0 | $0 | $43,687 | $6,553 | $19,803 | ($18,688) |
| 11 | 51.8 | 1.63% | 0.8371 | $52,494 | $43,941 | 46.2% | $0 | $0 | $0 | $44,779 | $6,717 | $20,101 | ($19,102) |
| 12 | 52.8 | 1.66% | 0.8207 | $53,659 | $44,040 | 50.5% | $0 | $0 | $0 | $45,898 | $6,885 | $20,402 | ($19,526) |
| 13 | 53.8 | 1.68% | 0.8053 | $54,851 | $44,170 | 54.9% | $0 | $0 | $0 | $47,046 | $7,057 | $20,708 | ($19,960) |
| 14 | 54.8 | 1.71% | 0.7887 | $56,071 | $44,223 | 59.2% | $0 | $0 | $0 | $48,222 | $7,233 | $21,019 | ($20,403) |
| 15 | 55.8 | 1.74% | 0.7720 | $57,318 | $44,250 | 63.6% | $0 | $0 | $0 | $49,428 | $7,414 | $21,334 | ($20,857) |
| 16 | 56.8 | 1.77% | 0.7552 | $58,595 | $44,253 | 67.9% | $0 | $0 | $0 | $50,663 | $7,599 | $21,654 | ($21,322) |
| 17 | 57.8 | 1.80% | 0.7384 | $59,901 | $44,230 | 72.2% | $0 | $0 | $0 | $51,930 | $7,789 | $21,979 | ($21,797) |
| 18 | 58.8 | 1.82% | 0.7228 | $61,237 | $44,261 | 76.6% | $0 | $0 | $0 | $53,228 | $7,984 | $22,308 | ($22,283) |
| 19 | 59.8 | 1.85% | 0.7059 | $62,605 | $44,192 | 80.9% | $0 | $0 | $0 | $54,559 | $8,184 | $22,643 | ($22,781) |
| 20 | 60.8 | 1.88% | 0.6890 | $22,038 | $15,184 | 82.4% | $0 | $0 | $0 | $6,151 | $923 | $22,983 | ($8,019) |
| 21 | 61.8 | 1.91% | 0.6721 | $17,104 | $11,496 | 83.5% | $0 | $0 | $0 | $0 | $0 | $23,327 | ($6,224) |
| 22 | 62.8 | 1.94% | 0.6553 | $17,360 | $11,376 | 84.6% | $0 | $0 | $0 | $0 | $0 | $23,677 | ($6,317) |
| 23 | 63.8 | 1.96% | 0.6399 | $17,621 | $11,276 | 85.7% | $0 | $0 | $0 | $0 | $0 | $24,033 | ($6,412) |
| 24 | 64.8 | 1.99% | 0.6232 | $17,885 | $11,146 | 86.8% | $0 | $0 | $0 | $0 | $0 | $24,393 | ($6,508) |
| 25 | 65.8 | 2.02% | 0.6066 | $18,153 | $11,011 | 87.9% | $0 | $0 | $0 | $0 | $0 | $24,759 | ($6,606) |
| 26 | 66.8 | 2.05% | 0.5900 | $18,426 | $10,871 | 89.0% | $0 | $0 | $0 | $0 | $0 | $25,130 | ($6,705) |
| 27 | 67.8 | 2.08% | 0.5736 | $18,702 | $10,727 | 90.0% | $0 | $0 | $0 | $0 | $0 | $25,507 | ($6,805) |
| 28 | 68.8 | 2.10% | 0.5588 | $18,982 | $10,608 | 91.1% | $0 | $0 | $0 | $0 | $0 | $25,890 | ($6,907) |
| 29 | 69.8 | 2.13% | 0.5427 | $19,267 | $10,456 | 92.1% | $0 | $0 | $0 | $0 | $0 | $26,278 | ($7,011) |
| 30 | 70.8 | 2.16% | 0.5267 | $19,556 | $10,300 | 93.1% | $0 | $0 | $0 | $0 | $0 | $26,672 | ($7,116) |
| 31 | 71.8 | 2.16% | 0.5156 | $19,850 | $10,234 | 94.1% | $0 | $0 | $0 | $0 | $0 | $27,072 | ($7,223) |
| 32 | 72.8 | 2.16% | 0.5047 | $20,147 | $10,168 | 95.1% | $0 | $0 | $0 | $0 | $0 | $27,479 | ($7,331) |
| 33 | 73.8 | 2.16% | 0.4940 | $20,449 | $10,102 | 96.1% | $0 | $0 | $0 | $0 | $0 | $27,891 | ($7,441) |
| 34 | 74.8 | 2.16% | 0.4836 | $20,756 | $10,037 | 97.1% | $0 | $0 | $0 | $0 | $0 | $28,309 | ($7,553) |
| 35 | 75.8 | 2.16% | 0.4733 | $21,068 | $9,972 | 98.1% | $0 | $0 | $0 | $0 | $0 | $28,734 | ($7,666) |
| 36 | 76.8 | 2.16% | 0.4633 | $21,384 | $9,908 | 99.0% | $0 | $0 | $0 | $0 | $0 | $29,165 | ($7,781) |
| 37 | 77.8 | 2.16% | 0.4535 | $21,704 | $9,844 | 100.0% | $0 | $0 | $0 | $0 | $0 | $29,602 | ($7,898) |
| | | | Total | $1,325,486 | $1,019,754 | 100.0% | $43,248 | $6,487 | $10,380 | $800,564 | $120,085 | $827,047 | ($482,324) |



**Sergeant Adam Egli**

**July 31, 2007**



Chart I: Projected Elements of Loss



Chart II: Lump Sum Exhaustion Pattern

This analysis states my opinions and the basis and reasons therefore, based upon authoritative government statistical sources, as well as upon the individual circumstances of E-5 Sergeant Adam Egli, who was wounded in military action on July 31, 2007. Mr. Egli was 21 years old at the time of his injury, with a statistical worklife expectancy to age 59.8. I estimate the present value of his losses, based on 20 years of military service, a post-military career, and military retirement benefits for life, is $1,463,428. Tables III and IV below illustrate the dollar loss associated with different key assumptions. This report may be updated if and as additional information becomes available.



Chart III: Sensitivity Based on Worklife and Discount Rate

Table I: Summary

| | Past | Future | Total |
|---|---|---|---|
| Military Earning Capacity | $462,959 | $94,567 | $557,526 |
| Military Fringes (ex retirement) | $111,110 | $22,696 | $133,806 |
| Additional Military Pay | $69,444 | $14,185 | $83,629 |
| Non Military Earning Capacity | $0 | $2,188,718 | $2,188,718 |
| Non Military Fringes | $0 | $328,308 | $328,308 |
| Military Retirement | $0 | $618,681 | $618,681 |
| Mitigation Capacity | $0 | ($2,447,239) | ($2,447,239) |
| Subtotal | $643,513 | $819,915 | $1,463,428 |

*Table II: Assumptions*

| Name | Adam Egli | Basic Earnings | $32,556 |
|---|---|---|---|
| Report Date as of | 10/19/2021 | Additional Misc Pay % | 15% |
| Date of Injury | 7/31/2007 | Additional Misc Pay $ | $4,883 |
| Interval to Present | 14.22 | Retirement Pay | $16,278 |
| DOB | 12/22/1985 | Military Fringes | 24% |
| Gender | Male | Non Military Fringes | 15% |
| Age Damages Commence | 21.61 | Mitigation Capacity | $89,000 |
| Age as of Report | 35.83 | Earnings Growth Rate | 2.50% |
| Date of Injury | 7/31/2007 | Retirement Growth Rate | 1.50% |
| Rank | E-5 | Inflation | 2.00% |
| Military Entry Date | 8/1/2004 | Minimum Zero Rate | 0.07% |
| Military Exit Date | 7/31/2007 | Maximum Zero Rate | 1.90% |
| Time in Service | 2.997 | Fixed Rate Equivalent | 1.67% |
| 20 Year Retirement Date | 8/1/2024 | Life Expectancy | 78.0 |
| Years to Retirement | 2.78 | Worklife Expectancy | 59.8 |
| | | Yield Curve | 10/8/2021 |

*Table III: Lump Sum Value for Various Measures of Worklife and Discount Rate*

| Discount Rate | No Discount | | Laddered Treasury Securities | | Equity Return |
|---|---|---|---|---|---|
| | 0.00% | 2.50% | 1.67% | 4.00% | 6.00% |
| Worklife 58.0 | $1,811,000 | $1,302,369 | $1,433,627 | $1,124,567 | $967,831 |
| 59.0 | $1,834,661 | $1,315,719 | $1,449,729 | $1,134,100 | $973,963 |
| 59.8 | $1,855,076 | $1,327,000 | $1,463,428 | $1,142,058 | $978,998 |
| 61.0 | $1,883,771 | $1,342,419 | $1,482,325 | $1,152,757 | $985,625 |
| 62.0 | $1,909,251 | $1,355,769 | $1,498,822 | $1,161,885 | $991,169 |

*Table IV: Lump Sum Value for Various Measures of Earnings Growth and Retirement Growth*

| Earnings Growth | Low Range | | Best Estimate | | High Range |
|---|---|---|---|---|---|
| | 2.00% | 2.25% | 2.50% | 3.50% | 5.00% |
| Retirement Growth 0.00% | $1,273,529 | $1,283,601 | $1,294,088 | $1,340,544 | $1,425,974 |
| 1.00% | $1,378,819 | $1,388,890 | $1,399,377 | $1,445,833 | $1,531,264 |
| 1.50% | $1,442,869 | $1,452,941 | $1,463,428 | $1,509,884 | $1,595,315 |
| 2.50% | $1,600,171 | $1,610,243 | $1,620,730 | $1,667,186 | $1,752,616 |
| 3.00% | $1,696,642 | $1,706,714 | $1,717,201 | $1,763,657 | $1,849,087 |

**Sources:**
1. "United States Life Tables, 2013," National Vital Statistics Reports, Vol. 66, No. 3, Revised April 11, 2017
2. Economic Report of the President 2011, and National Compensation Survey. U.S. Government Printing Office
3. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," Skoog, Ciecka and Krueger, Journal of Forensic Economics 22(2), 2011
4. The Bloomberg Interest Rate Schedule, bloomberg.com
5. Occupational Outlook Handbook

Appendix J

*Table VI: Sergeant Adam Egli Damages Model*

| Year | Age | Current Rate | Discount Factor | Loss | Present Value | Cumulative | Military Earnings | Additional Misc Military Pay | Fringes | Non-Military Earnings | Non-Military Fringes* | Military Retirement | Mitigation Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 36.8 | 0.07% | 0.9993 | ($44,841) | ($44,809) | -5.5% | $33,370 | $5,005 | $8,009 | $0 | $0 | $0 | ($91,225) |
| 2 | 37.8 | 0.20% | 0.9960 | ($45,962) | ($45,779) | -11.0% | $34,204 | $5,131 | $8,209 | $0 | $0 | $0 | ($93,506) |
| 3 | 38.8 | 0.38% | 0.9887 | ($30,101) | ($29,760) | -14.7% | $27,463 | $4,119 | $6,591 | $20,766 | $3,115 | $3,688 | ($95,843) |
| 4 | 39.8 | 0.56% | 0.9779 | $32,013 | $31,306 | -10.9% | $0 | $0 | $0 | $98,239 | $14,736 | $17,277 | ($98,239) |
| 5 | 40.8 | 0.74% | 0.9638 | $32,640 | $31,459 | -7.0% | $0 | $0 | $0 | $100,695 | $15,104 | $17,536 | ($100,695) |
| 6 | 41.8 | 0.84% | 0.9510 | $33,281 | $31,652 | -3.2% | $0 | $0 | $0 | $103,213 | $15,482 | $17,799 | ($103,213) |
| 7 | 42.8 | 0.94% | 0.9366 | $33,935 | $31,784 | 0.7% | $0 | $0 | $0 | $105,793 | $15,869 | $18,066 | ($105,793) |
| 8 | 43.8 | 1.04% | 0.9206 | $34,603 | $31,854 | 4.6% | $0 | $0 | $0 | $108,438 | $16,266 | $18,337 | ($108,438) |
| 9 | 44.8 | 1.14% | 0.9030 | $35,284 | $31,862 | 8.5% | $0 | $0 | $0 | $111,149 | $16,672 | $18,612 | ($111,149) |
| 10 | 45.8 | 1.24% | 0.8841 | $35,980 | $31,809 | 12.4% | $0 | $0 | $0 | $113,928 | $17,089 | $18,891 | ($113,928) |
| 11 | 46.8 | 1.27% | 0.8704 | $36,691 | $31,935 | 16.3% | $0 | $0 | $0 | $116,776 | $17,516 | $19,175 | ($116,776) |
| 12 | 47.8 | 1.31% | 0.8554 | $37,417 | $32,006 | 20.2% | $0 | $0 | $0 | $119,695 | $17,954 | $19,462 | ($119,695) |
| 13 | 48.8 | 1.34% | 0.8411 | $38,157 | $32,094 | 24.1% | $0 | $0 | $0 | $122,687 | $18,403 | $19,754 | ($122,687) |
| 14 | 49.8 | 1.37% | 0.8265 | $38,914 | $32,164 | 28.0% | $0 | $0 | $0 | $125,755 | $18,863 | $20,051 | ($125,755) |
| 15 | 50.8 | 1.41% | 0.8106 | $39,686 | $32,168 | 31.9% | $0 | $0 | $0 | $128,899 | $19,335 | $20,351 | ($128,899) |
| 16 | 51.8 | 1.44% | 0.7955 | $40,475 | $32,199 | 35.9% | $0 | $0 | $0 | $132,121 | $19,818 | $20,657 | ($132,121) |
| 17 | 52.8 | 1.47% | 0.7803 | $41,280 | $32,211 | 39.8% | $0 | $0 | $0 | $135,424 | $20,314 | $20,966 | ($135,424) |
| 18 | 53.8 | 1.50% | 0.7649 | $42,102 | $32,205 | 43.7% | $0 | $0 | $0 | $138,810 | $20,821 | $21,281 | ($138,810) |
| 19 | 54.8 | 1.54% | 0.7480 | $42,942 | $32,120 | 47.6% | $0 | $0 | $0 | $142,280 | $21,342 | $21,600 | ($142,280) |
| 20 | 55.8 | 1.57% | 0.7323 | $43,800 | $32,075 | 51.5% | $0 | $0 | $0 | $145,837 | $21,876 | $21,924 | ($145,837) |
| 21 | 56.8 | 1.60% | 0.7165 | $44,675 | $32,011 | 55.4% | $0 | $0 | $0 | $149,483 | $22,422 | $22,253 | ($149,483) |
| 22 | 57.8 | 1.64% | 0.6992 | $45,570 | $31,861 | 59.3% | $0 | $0 | $0 | $153,220 | $22,983 | $22,587 | ($153,220) |
| 23 | 58.8 | 1.67% | 0.6832 | $46,483 | $31,759 | 63.2% | $0 | $0 | $0 | $157,050 | $23,558 | $22,926 | ($157,050) |
| 24 | 59.8 | 1.70% | 0.6673 | $47,416 | $31,639 | 67.1% | $0 | $0 | $0 | $160,977 | $24,146 | $23,269 | ($160,977) |
| 25 | 60.8 | 1.74% | 0.6497 | $24,113 | $15,666 | 69.0% | $0 | $0 | $0 | $3,300 | $495 | $23,618 | ($3,300) |
| 26 | 61.8 | 1.77% | 0.6337 | $23,973 | $15,192 | 70.8% | $0 | $0 | $0 | $0 | $0 | $23,973 | $0 |
| 27 | 62.8 | 1.80% | 0.6177 | $24,332 | $15,031 | 72.7% | $0 | $0 | $0 | $0 | $0 | $24,332 | $0 |
| 28 | 63.8 | 1.83% | 0.6018 | $24,697 | $14,864 | 74.5% | $0 | $0 | $0 | $0 | $0 | $24,697 | $0 |
| 29 | 64.8 | 1.87% | 0.5843 | $25,068 | $14,648 | 76.3% | $0 | $0 | $0 | $0 | $0 | $25,068 | $0 |
| 30 | 65.8 | 1.90% | 0.5686 | $25,444 | $14,466 | 78.0% | $0 | $0 | $0 | $0 | $0 | $25,444 | $0 |
| 31 | 66.8 | 1.90% | 0.5580 | $25,825 | $14,409 | 79.8% | $0 | $0 | $0 | $0 | $0 | $25,825 | $0 |
| 32 | 67.8 | 1.90% | 0.5476 | $26,213 | $14,353 | 81.5% | $0 | $0 | $0 | $0 | $0 | $26,213 | $0 |
| 33 | 68.8 | 1.90% | 0.5373 | $26,606 | $14,297 | 83.3% | $0 | $0 | $0 | $0 | $0 | $26,606 | $0 |
| 34 | 69.8 | 1.90% | 0.5273 | $27,005 | $14,240 | 85.0% | $0 | $0 | $0 | $0 | $0 | $27,005 | $0 |
| 35 | 70.8 | 1.90% | 0.5175 | $27,410 | $14,185 | 86.7% | $0 | $0 | $0 | $0 | $0 | $27,410 | $0 |
| 36 | 71.8 | 1.90% | 0.5078 | $27,821 | $14,129 | 88.5% | $0 | $0 | $0 | $0 | $0 | $27,821 | $0 |
| 37 | 72.8 | 1.90% | 0.4984 | $28,239 | $14,073 | 90.2% | $0 | $0 | $0 | $0 | $0 | $28,239 | $0 |
| 38 | 73.8 | 1.90% | 0.4891 | $28,662 | $14,018 | 91.9% | $0 | $0 | $0 | $0 | $0 | $28,662 | $0 |
| 39 | 74.8 | 1.90% | 0.4800 | $29,092 | $13,963 | 93.6% | $0 | $0 | $0 | $0 | $0 | $29,092 | $0 |
| 40 | 75.8 | 1.90% | 0.4710 | $29,529 | $13,908 | 95.3% | $0 | $0 | $0 | $0 | $0 | $29,529 | $0 |
| 41 | 76.8 | 1.90% | 0.4622 | $29,972 | $13,854 | 97.0% | $0 | $0 | $0 | $0 | $0 | $29,972 | $0 |
| 42 | 77.8 | 1.90% | 0.4536 | $30,421 | $13,799 | 98.7% | $0 | $0 | $0 | $0 | $0 | $30,421 | $0 |
| 43 | 78.8 | 1.90% | 0.4452 | $24,702 | $10,996 | 100.0% | $0 | $0 | $0 | $0 | $0 | $24,702 | $0 |
| | | | Total | $1,211,566 | $819,915 | 100.0% | $95,037 | $14,256 | $22,809 | $2,694,533 | $404,180 | $935,092 | ($2,954,341) |

*Adjusted to reflect actual experience

**Solatium Plaintiffs Requested Awards – Prejudgment Interest Calculations**

| Plaintiff Name | Relationship | Servicemember Name | Date of Injury | Upward Departure (if any) | Solatium Award Total Request | Simple Interest % | Prejudgment Interest (Simple) |
|---|---|---|---|---|---|---|---|
| Dianne Pennington | Sibling | Allen, Howard | September 26, 2005 | $500,000 | $3,000,000 | 69.7% | $2,090,176 |
| D. Allen | Son | Allen, Howard | September 26, 2005 | $500,000 | $3,500,000 | 69.7% | $2,438,538 |
| Taylor Brown | Son | Brown, Scott | May 18, 2007 | $1,000,000 | $4,000,000 | 56.8% | $2,271,117 |
| Abigail Rose Cuka | Daughter | Cuka, Daniel | December 4, 2005 | -- | $3,000,000 | 74.7% | $2,240,799 |
| A.M. Cuka | Son | Cuka, Daniel | December 4, 2005 | -- | $3,000,000 | 74.7% | $2,240,799 |
| Melissa Kay Cuka | Spouse | Cuka, Daniel | December 4, 2005 | -- | $8,000,000 | 74.7% | $5,975,464 |
| Laura Russell Kennedy | Spouse | Edds, Jonathan | August 17, 2007 | -- | $8,000,000 | 54.8% | $4,383,022 |
| K. Egli | Daughter | Egli, Adam | July 31, 2007 | -- | $1,500,000 | 55.2% | $827,519 |
| B. Egli | Daughter | Egli, Adam | July 31, 2007 | -- | $1,500,000 | 55.2% | $827,519 |
| Danielle Egli | Spouse | Egli, Adam | July 31, 2007 | -- | $4,000,000 | 55.2% | $2,206,717 |
| Rachel Lambright | Spouse | Hancock, Jerral Steele | May 29, 2007 | $1,000,000 | $5,000,000 | 56.5% | $2,826,597 |
| LaNita Herlem | Spouse | Herlem, Bryant Anthony | April 28, 2006 | $2,000,000 | $10,000,000 | 65.2% | $6,522,589 |
| Kimberly Yarbarough | Parent | Mayo, Barry | March 5, 2007 | $500,000 | $5,500,000 | 58.4% | $3,212,565 |
| Timothy Merrill | Parent | Merrill, Jason L. | September 3, 2006 | -- | $5,000,000 | 62.5% | $3,123,100 |
| Wanda Sue Merrill | Parent | Merrill, Jason L. | September 3, 2006 | -- | $5,000,000 | 62.5% | $3,123,100 |
| Ashlea Lewis | Sibling | Merrill, Jason L. | September 3, 2006 | -- | $2,500,000 | 62.5% | $1,561,550 |
| Alyssa Merrill | Sibling | Merrill, Jason L. | September 3, 2006 | -- | $2,500,000 | 62.5% | $1,561,550 |
| Amber Piraneo | Sibling | Merrill, Jason L. | September 3, 2006 | -- | $2,500,000 | 62.5% | $1,561,550 |

| Plaintiff Name | Relationship | Servicemember Name | Date of Injury | Upward Departure (if any) | Solatium Award Total Request | Simple Interest % | Prejudgment Interest (Simple) |
|---|---|---|---|---|---|---|---|
| Velia A. Mesa | Daughter | Mesa, Rudy Guerrero | May 8, 2006 | -- | $3,000,000 | 63.5% | $1,905,419 |
| Lucy Rigby | Daughter | Mesa, Rudy Guerrero | May 8, 2006 | -- | $3,000,000 | 63.5% | $1,905,419 |
| Velia F. Mesa | Spouse | Mesa, Rudy Guerrero | May 8, 2006 | -- | $8,000,000 | 63.5% | $5,081,118 |
| Luis Aguilar | Step-son | Mesa, Rudy Guerrero | May 8, 2006 | -- | $3,000,000 | 63.5% | $1,905,419 |
| Manuel Aguilar | Step-son | Mesa, Rudy Guerrero | May 8, 2006 | -- | $3,000,000 | 63.5% | $1,905,419 |
| Monique Shantel Green Richard | Spouse | Richard, Joseph (III) | April 14, 2008 | $2,000,000 | $10,000,000 | 50.7% | $5,071,331 |
| Colleen Schlid | Parent | Schild, Richard | December 4, 2005 | -- | $5,000,000 | 74.7% | $3,734,665 |
| Tamara Stout | Step-Parent | Stout, Brandon | January 22, 2007 | -- | $5,000,000 | 59.4% | $2,968,590 |
| Corey Schlenker | Spouse | Thorne, William | August 24, 2006 | $2,000,000 | $10,000,000 | 62.7% | $6,266,100 |
| Melinda Igo | Parent | Wager, Michelle | January 22, 2007 | -- | $2,500,000 | 59.4% | $1,484,295 |
| Alicia Igo | Sibling | Wager, Michelle | January 22, 2007 | -- | $1,250,000 | 59.4% | $742,148 |
| Devin Igo | Sibling | Wager, Michelle | January 22, 2007 | -- | $1,250,000 | 59.4% | $742,148 |
| Ashley Lewis | Sibling | Wager, Michelle | January 22, 2007 | -- | $1,250,000 | 59.4% | $742,148 |
| Lyle Brooks | Parent | White, Lucas T. | November 6, 2006 | -- | $5,000,000 | 61.1% | $3,053,450 |
| Gina Wright | Parent | Young, Christopher D. | March 2, 2007 | -- | $5,000,000 | 58.5% | $2,923,868 |

**Pain and Suffering Requested Awards – Prejudgment Interest Calculations**

| Plaintiff | Date of Injury | Pain and Suffering Requested Amount | Simple Interest % | Prejudgment Interest (Simple) |
|---|---|---|---|---|
| Adam Egli | December 4, 2005 | $ 30,000,000.00 | 55.2% | $ 16,560,000.00 |
| Estate of Jason Merrill | September 3, 2006 | $18,000,000.00 | 62.5% | $11,243,160.00 |
| Estate of Joseph Richard III | April 14, 2008 | $18,000,000.00 | 50.7% | $9,128,395.00 |

Appendix L

# Exhibit 1(c)

Alberstone Declaration

# Donald L. Frankenfeld
## Economist/Financial Expert
Website: www.frankenfeld.com • 605.348.8441
Email: donlfrank@gmail.com

## PROFILE

Harvard- and Yale-trained economist Frankenfeld testified more than any other expert before the September 11th Victim Compensation Fund. With engagements balanced between plaintiff and defense, Frankenfeld testifies and consults on economic, financial and investment matters and serves as a FINRA securities arbitrator. He testified in a Mirapex MDL; and a Texas settlement hearing valuing $262 million (face value) in coupons. He consulted on a Microsoft California class action; and was retained by Disney/ABC in their "Pink Slime" defense. Ten percent of his time is pro bono.

## EDUCATION

Yale AB cum laude, Harvard Business School MBA, Harvard Kennedy School of Government MPA. Study at Harvard as a Bush Foundation Fellow included Advanced Torts, Economics and the Law, Strategy and Conflict, Negotiation, Venture Capital, Harvard Program on Negotiation workshop. Former associate member, New York Society of Security Analysts.

## CURRENT EXPERIENCE

### Frankenfeld Associates                                         1984 to Present
*Forensic economist, financial analyst and securities arbitrator.* Prepare detailed economic analyses. Extensive state and federal court experience. Experienced in mediation and negotiation. Court-appointed Receiver, Golden Hills Resort. Designated FINRA arbitrator. Subchapter V Trustee, U.S. Bankruptcy Court (North and South Dakota).

### FAI, Inc.                                                       1997 to 2014
*CEO* of Internet-based marketing and consulting firm with proprietary skills in virtual intelligence and database-driven websites. Developed first Internet-based voter contact and persuasion system. Principal speaker in multi-state seminar, "Using the Internet to Improve Your Legal Practice."

### Dakota Ventures, Incorporated (DVI)                            1991 to 2001
*Founder and CEO* of bank-sponsored venture fund providing equity to startups. *Managing general partner* of Frankenfeld Partners, organized to sponsor DVI.

## PAST EXPERIENCE

### E. F. Hutton                                                    1979 to 1987
*Direct Investment Marketing Manager* for California, Texas and Florida. Developed and presented public seminars and training sessions. Annually placed $50 million, traveled 150,000 miles. *National Direct Investment Manager* for fee-based Financial Planning Division; coordinated nationwide broker training. Also *Branch Office Manager, Registered Options Principal* and *Account Executive.*

### Prior
*Investment analyst/economist* for multi-billion dollar trust department; *senior securities analyst* for NYSE firm; *financial relations consultant; television station controller.*

## GOVERNMENT AND CIVIC PARTICIPATION

Chair and campaign manager, People for YES on #4 (ATT/Qwest, first-in-nation telecommunications deregulation, 1988). State Senator (1977-1984). Chair, tax committee (authored nationally significant interest rate reforms which caused CitiGroup to locate credit card headquarters in South Dakota); Co-chair, Republicans for Daschle (2004); Chair, NIX on SIX statewide issue campaign (2006). Co-chair, South Dakotans for Integrity, successful initiated measure for political reform (2016). Member, Rapid City Home Rule Committee.

Former board member: Rapid City Civic Center; Western Providers (PHO); Wellspring (adolescent counseling); South Dakota Investment Council ($6 billion fund); Children's Care Center; Monument Hospital; United Way of the Black Hills; Center for Restorative Justice; Equality South Dakota; Friends of Rapid City Parks. Volunteer financial advisor to St. Martin Monastery.

Frequent public speaker. Former reporter for Harvard Business School *Harbus News.*

*April 2021*

# Exhibit 2(a)

Alberstone Declaration

**CONFIDENTIAL**
The contents of this report may
not be divulged or released without
written permission from the client.

## PSYCHOLOGICAL EVALUTION

**Client Name:** Mr. Adam Egli          **Examiner:** Sarah Erb Kleiman, Ph.D.
**Date of Birth:** December 22, 1985    **Date of Evaluation:** October 22, 2021

## PURPOSE OF THE EVALUATION

Mr. Adam Egli is a 35-year-old, married, veteran of the United States Army who was deployed
to Iraq during Operation Iraqi Freedom (OIF). On July 31, 2007, Mr. Egli was in a vehicle that
was hit by an explosively-formed penetrator (EFP). As a result of the blast, Mr. Egli was
severely injured, three service members were killed, and several other service members sustained
injuries. The purpose of this psychological evaluation was 1) to determine whether Mr. Egli
meets the Diagnostic and Statistical Manual of Mental Disorders–Fifth Edition (DSM-5)
diagnostic criteria for Posttraumatic Stress Disorder (PTSD) as a consequence of his exposure to
this EFP blast and 2) if Mr. Egli met criteria for PTSD, to document the severity of his PTSD
symptoms and related psychosocial impairment.

## ASSESSMENT INSTRUMENTS AND PROCEDURES

Brief Inventory of Psychosocial Functioning (B-IPF)
Clinician-Administered PTSD Scale for DSM-5 – past month (CAPS-5)
PTSD Checklist for Diagnostic and Statistical Manual of Mental Disorders–Fifth Edition (PCL-5)
Review of Mr. Egli's Department of Veteran Affairs medical records

## CLINICAL HISTORY

Mr. Egli explained that prior to the EPF blast, he had never experienced significant mental health
symptoms and never needed or sought mental health treatment for any reason. After the EPF
blast and the subsequent onset of depression, anxiety, and PTSD symptoms, he sought mental
health treatment both through the VA and through community-based providers. Treatment
included hospitalization for suicidality, weekly supportive psychotherapy for approximately nine
months, several Eye Movement Desensitization and Reprocessing (EMDR) psychotherapy
sessions, and several psychiatric medications, which he took for approximate five years. Mr. Egli
reported that medication and psychotherapy were only somewhat effective, and that he
discontinued them due to medication side effects, difficulty tolerating anxiety associated with
psychotherapy, and financial strain of weekly psychotherapy co-pays.

## ASSESSMENT RESULTS

**Posttraumatic Stress Disorder**

The <u>CAPS-5</u> is a validated, widely-used, structured diagnostic interview for PTSD that corresponds to the DSM-5 PTSD criteria. It was developed by researchers at the National Center for PTSD and is considered the gold standard in PTSD assessment. The CAPS-5 is a 30-item interview that was utilized to assess both the presence and severity of each of Mr. Egli's PTSD symptoms, the onset and duration of symptoms, subjective distress of symptoms, impact of symptoms on social and occupational functioning, the overall severity of Mr. Egli's PTSD, and dissociative subtype symptoms. During the CAPS-5 interview, Mr. Egli was cooperative and forthcoming, readily provided relevant and thorough examples, appeared to understand the questions, and did not display evidence of exaggeration or minimization of symptoms. Therefore, the CAPS-5 interview conducted by this writer was a valid assessment of Mr. Egli's current PTSD status.

Results of the CAPS-5 interview indicated that Mr. Egli clearly meets the diagnostic criteria for PTSD. Mr. Egli endorsed a total of 12 clinically significant symptoms currently. His total current symptom severity score on the CAPS-5 was a 34, which reflects a severe overall PTSD symptom severity. Mr. Egli reported that he currently experiences intrusive memories of the blast, repetitive nightmares, avoidance of traumatic memories of the explosion, avoidance of reminders of the explosion, persistent negative beliefs about himself, others, and the world, frequent anhedonia, interpersonal estrangement from friends and family, dampened positive affect, irritable behavior, reckless and self-destructive behavior, hypervigilance, and significant sleep disturbance.

Mr. Egli reported that his PTSD symptoms began right after the EPF blast. Mr. Egli explained, "The EFP attack changed who I am as a person…I never really felt the same." His symptoms were at their worst during the several years after the EPF blast (2007-2011). Based on his extensive report of symptoms during that time, Mr. Egli's CAPS-5 total severity was a 57, which reflects very severe overall PTSD symptom severity. Mr. Egli reported that during those years, he was not able to cope with intrusive memories of the blast, was experiencing recurrent nightmares with more than an hour of sleep loss per episode, extreme anger and panic when reminded of the blast, significant alcohol use in order to try to avoid memories of the blast, avoiding "everything" that could remind him of the blast, extreme survivor's guilt, lack of interest in all activities, complete emotional numbness, anger outbursts that resulted in punching holes in the walls and withdrawal, being in a perpetual state of hypervigilance, inability to focus on school work, and significant sleep impairment. These symptoms resulted in significant academic, social, and occupational impairment. Although his symptoms have improved somewhat since that time, they continue to create a significant challenge for his day-to-day life and require significant effort to cope with.

The <u>PCL-5</u> is a validated and widely used 20-item self-report instrument that was also administered to assess Mr. Egli's PTSD symptom severity in accordance with the diagnostic criteria established by the DSM-5. Congruent with the results of the CAPS-5 interview, Mr. Egli's total PCL-5 score was a 53, which is well above the diagnostic threshold (33) for PTSD among OIF veterans and indicates a severe level of current PTSD symptom severity.

**Psychosocial Functioning**

The B-IPF is a 7-item self-report instrument that evaluates PTSD-related psychosocial functional impairment within the last 30 days across seven functional domains: romantic relationships, family relationships, work, friendships and socializing, parenting, education, and self-care. Items on the B-IPF are scored on a Likert scale from 0 (never) to 6 (always). The B-IPF was designed so that respondents complete only temporally relevant items – that is, participants are instructed to skip any item that is not currently relevant to them. The B-IPF is scored by summing the scored items to create a total score, dividing the total score by the maximum possible score based on the number of items scored, and multiplying by 100. Thus, the B-IPF represents an overall index of psychosocial functioning, with higher scores indicating poorer functional impairment and lower scores indicating better psychosocial functioning.

Mr. Egli's score on the B-IPF was 54, which indicates a severe level of PTSD-related psychosocial impairment. Specifically, Mr. Egli's responses indicate that he experiences significant impairment in his marital and family relationships and friendships, considerable impairment in his ability to complete work tasks, and some impairment in his ability to complete household tasks. This was echoed during the CAPS interview, when he reported that his PTSD symptoms make it difficult to connect with others and get along with his family. When asked about his relationships with family and friends, he explained that they are "almost non-existent". He also reported that work is much more difficult for him due to his PTSD symptoms because he finds it very uncomfortable to be around other people and it takes considerable effort to cope with his internal anxiety. Mr. Egli's peak PTSD symptoms between 2007-2011 also resulted in him dropping out of school and being unemployed for long periods of time.

**SUMMARY**

Mr. Adam Egli is 35-year-old veteran of the United States Army who experienced an EPF blast during his deployment to Iraq during Operation Iraqi Freedom. The purpose of this assessment was to obtain a current view of Mr. Egli's PTSD symptoms and resulting psychosocial impairment related to his exposure to the EFP blast. In service of this goal, Mr. Egli completed battery of psychological assessments including both self-report questionnaires (B-IPF, PCL-5) and structured diagnostic interviews (CAPS-5). The results of these instruments unanimously indicate that Mr. Egli unequivocally meets the diagnostic criteria for PTSD as listed in the Diagnostic and Statistical Manual of Mental Disorders–Fifth Edition. The results of these assessments reflect a severe symptom severity level that has resulted in chronic psychosocial impairment.

Mr. Egli's significant PTSD symptoms remain despite his engagement in psychological and pharmacological treatment for PTSD for approximately five years. Research evidence suggests that Mr. Egli could likely benefit from a full course of trauma-focused therapy, which is the gold-standard treatment for PTSD (e.g., Prolonged Exposure, Cognitive Processing Therapy). It should be noted though that many trauma survivors find these treatments challenging, with many dropping out of treatment before they are able to see the benefits of the protocol (dropout rates ranging from ~40% to ~60%). Additionally, choosing to engage in trauma-focused treatments can be very difficult for trauma survivors. With avoidance symptoms often conceptualized as

being at the core of PTSD, these exposure-based treatments, which require the trauma survivor to directly confront memories that the disorder itself is working to help them avoid, can be incredibly difficult.

Given his overall psychological presentation, it is substantially likely the case that Mr. Egli will need additional mental health care either to fully address his PTSD (to the degree that it is possible) or to help him manage existing PTSD symptoms.

All of the opinions and conclusions within this report are stated within a reasonable degree of psychological certainty.

*Sarah Kleiman*

_____
Sarah Erb Kleiman, Ph.D.
Licensed Clinical Psychologist
Rhode Island License #PS01531

Dr. Sarah Kleiman has conducted hundreds of assessments of PTSD among veterans at the Boston Veterans Affairs Medical Center and at the National Center for PTSD. She has authored and co-authored multiple publications in peer-reviewed academic journals and as well as several book chapters on the diagnostic assessment of PTSD. Dr. Kleiman provides psychotherapy, assessment, and consultant services across research and hospital settings. Additionally, Dr. Kleiman teaches undergraduate and graduate courses on PTSD at Harvard University.

# Exhibit 2(b)

Alberstone Declaration

**Sarah Erb Kleiman, Ph.D.**
Licensed Clinical Psychologist
Sarah.E.Kleiman@gmail.com

## EDUCATION

**George Mason University**                                                                                        2014
    Ph.D. Clinical Psychology
    Principal Advisor: Jerome Short, Ph.D.

**West Virginia University**                                                                                        2014
    Pre-Doctoral Internship

**George Mason University**                                                                                        2010
    M.A. Clinical Psychology
    Principal Advisor: Jerome Short, Ph.D.

**The College of William and Mary**                                                                                        2008
    B.A. Psychology, Music minor, *cum laude*

## PROFESSIONAL LICENSURE

Licensed Clinical Psychologist, State of Pennsylvania (PS019087)                    2020 – Present
Licensed Clinical Psychologist, State of New Jersey (35SI00605700)                2019 – Present
Licensed Clinical Psychologist, State of Rhode Island (PS01531)                        2015 - Present

## POST-TRAUMATIC STRESS DISORDER (PTSD) EXPERT CONSULTANT

**Lead PTSD Consultant** providing methodological expertise, clinical supervision, and data integrity oversight of the Clinician-Administered PTSD Scale for DSM-5 (CAPS-5) for the following studies and projects:

    *Facilitation of Extinction Retention and Reconsolidation Blockade by IV Allopregnanolone in PTSD*                    2021 – Present
        Boston University

    *Massed Cognitive Processing Therapy for Combat-Related PTSD*                    2019 – Present
        VA Boston Healthcare System / Fort Belvoir Community Hospital

    *Comparative Effectiveness of Trauma-Focused and Non-Trauma-Focused Treatment Strategies for PTSD among those* 2020 –Present
        *with Co-Occurring SUD;* University of Missouri-St. Louis & Missouri Institute of Mental Health

    *VA CAPS-5 Training Simulation*                    2019 – 2021
        National Center for PTSD

    *Neurosteroid Intervention for PTSD in Iraq/Afghanistan-Era Veterans*                    2019 - 2021
        Durham Veterans Medical Center

    *PTSD-TBI in Women Survivors of Intimate Partner Violence*                    2018 – 2020
        University of Missouri-St. Louis & Missouri Institute of Mental Health

**PTSD Consultant** providing CAPS-5 training sessions, CAPS-5 reliability reviews, and CAPS-5 remediation sessions, under the direction of Frank Weathers, Ph.D., for the following medication trials sponsored by pharmaceutical companies:

    *A Phase 3, Multicenter, Randomized, Double-blind Trial of Brexpiprazole as Combination Therapy With Sertraline*                    2019 – Present
        *in the Treatment of Adults With PTSD (OPDC 331-201-00071,331-201-00072)*
        Otsuka Pharmaceutical Development and Commercialization, Inc.

    *A Phase 2b Study of BNC210 Tablet Formulation in Adults With PTSD (ATTUNE 210.012)*                    2021 – Present
        Bionomics Limited BNC

*Safety and Efficacy of NYX-783 in Subjects With PTSD* (NYX-783)                                       2019 – 2020
    Aptinyx

*Phase 3 Clinical Trial of TNX-102 SL in patients with military-related PTSD*                          2016 – 2019
    Tonix Pharmaceuticals

**Senior Independent Rater and Lead PTSD Consultant** for all PTSD studies sponsored by Multidisciplinary Association for Psychedelic Studies since 2016, including:

*Multi-Site Open-Label Extension Study of MDMA-Assisted Psychotherapy for PTSD (MAPPUSX)*               2020 – Present

*Multi-Site Phase 3 Study of MDMA-Assisted Psychotherapy for PTSD (MAPP3)*                             2020 – Present

*Open Label Multi-Site Study of Safety and Effects of MDMA-assisted Psychotherapy for Treatment of PTSD With*   2019 - Present
    *Optional fMRI Sub-Study (MP-18)*

*Open-Label, Multi-Site Phase 2 Study of the Safety and Effect of Manualized MDMA-Assisted Psychotherapy for*   2017 – 2020
    *the Treatment of Severe PTSD (MAPP2)*

*Placebo-Controlled, Triple-Blind, Randomized Crossover Pilot Study of the Safety and Efficacy of Four Different Potencies*   2016 – 2018
    *of Smoked Marijuana in 76 Veterans with Chronic, Treatment-Resistant PTSD (MJP)*

*Phase 2 Open-Label Treatment Development Study of MDMA-Assisted Cognitive-Behavioral Conjoint Therapy in*   2016 – 2017
    *Dyads in which 1 Member has Chronic PTSD (MPVA-1)*

- Trained over 50 doctoral and masters level assessors, located in the United States, Israel, The Czech Republic, The Netherlands, Norway, and Germany, to conduct CAPS-5 and SCID-5-PD assessments.
- Led biweekly CAPS-5 reliability meetings for study assessors and provided on-going clinical training and supervision.
- Conducted over 250 reliability ratings of CAPS-5 and SCID-5-PD assessments.

**TEACHING EXPERIENCE**_____

**Harvard University**                                                                                 2014 – Present
Department of Psychology
<u>Course Instructor</u>: *Undergraduate Courses:*
- Psychological Challenges of Adolescence and Early Adulthood (PSYC980u), 3 semesters

Harvard Summer School and Harvard Extension School
<u>Course Instructor</u>: *Undergraduate and Graduate Courses:*
- The Psychology of Trauma and Posttraumatic Stress Disorder (PSYC E-1014, PSYC S-1014), 10 semesters

<u>Thesis Director</u> for Master of Liberal Arts (ALM) in Extension Studies at Harvard University
- Supervised ALM student's thesis "Multilingualism and Exposure to Traumatic Memories"              2021 – 2022

**George Mason University**, Department of Psychology                                                   2009 – 2013
<u>Graduate Teaching Instructor</u>: *Undergraduate Courses:*
- Therapeutic Communications (PSYC326), Course Instructor, 2 semesters
- Abnormal Psychology (PSYC325), Course Instructor, 2 semesters
- Social Psychology (PSYC 324), Course Instructor, 2 semesters
- Personality Psychology (PSYC231), Course Instructor, 1 semester

<u>Graduate Teaching Instructor</u>: *Graduate Courses:*
- Clinical Psychology Assessment Lab (PSYC810 and PSYC811), Teaching Assistant, 5 sections
  - Supervised first year graduate students' clinical interviews and practice assessments with volunteers by reviewing video-tapes and psychological reports and providing feedback. Taught the administration and interpretation of a

variety of intellectual, achievement, and social-emotional, and personality instruments, including the WAIS-IV, WISC-IV, WJ ACH-III, SCID I and II, MMPI, and PAI.

<u>Teaching Mentor</u>                                                                                              2009
- Mentored an M.A. Genetics Counseling graduate student in the University of Cincinnati's "Preparing Future Faculty" program. Supervised student lesson-planning and in-class presentation. Discussed teaching philosophy. Provided feedback on shadowing observation papers and teaching reflection papers.

**ADDITIONAL RESEARCH INVOLVEMENT**_____

**CAPS-5 Military Validation Project**
    Cincinnati VA Medical Center & Cincinnati Education & Research for Veterans Foundation, Inc.        2019 – Present
    <u>Independent Rater</u>
- Conducted reliability reviews of CAPS-5 interviews.

**Project VALOR (Veterans' After-Discharge Longitudinal Registry)**
    PIs: Brian Marx, Ph.D., Terrance Keane, Ph.D., Raymond Rosen, Ph.D. (National Center for PTSD)
    US Department of Defense, W81XWH-08-2-0102 and W81XWH-08-2-0100
    <u>Research Psychologist, Postdoctoral Research Fellow</u>                                          2014 – 2018
- Conducted over 300 SCID-5 PTSD and MDD assessments as a part of a longitudinal registry designed to assess the PTSD symptom trajectories among 1600 combat veterans.
- Analyzed data for publication in peer-reviewed scientific journals and for presentation at academic conferences.

**Comparative Effectiveness Research in Veterans with PTSD (CERV-PTSD)**
    Study Chairs: Paula Schnurr, Ph.D., Claudine Louis, Ph.D., Josef Ruzek, Ph.D., Kathleen Chard, Ph.D.
    US National Institutes of Health, VA Office of Research and Development
    <u>Research Psychologist, Postdoctoral Research Fellow</u>                                          2015 – 2018
- Conducted over 400 diagnostic assessments using the Clinician Administered PTSD Scale (CAPS-5) as an assessor for VA Cooperative Study CSP #591, a large multi-site clinical trial designed to compare the effectiveness of Cognitive Processing Therapy and Prolonged Exposure among 900 veterans.

**Written Exposure Therapy for PTSD: A randomized noninferiority trial**
    PI: Denise Sloan, Ph.D. (National Center for PTSD)
    US National Institutes of Health, R01MH095737-01
    <u>Postdoctoral Research Fellow</u>                                                              2015 – 2017
- Served as an interim project coordinator (01/2015 – 08/2015) and a study therapist (01/2015 – 06/2016) for a randomized controlled trial comparing Written Exposure Therapy to Cognitive Processing Therapy.

**Development and Evaluation of College Student Mentor (cs-Mentor)**
    Bill and Melinda Gates Foundation, District of Columbia College Success Foundation
    <u>Research Consultant</u>                                                                       2012 – 2014
- Designed weekly questionnaires assessing social functioning, academic behaviors, health behaviors, and university adjustment during the development phase of an online college student mentoring service.
- Collaborated with the evaluation team to complete feedback interviews, analyze outcome data, and write an evaluative report of pilot outcomes during the evaluation phase of cs-Mentor.

**The Importance of Roommate Relationships and Family of Origin Functioning**                     2012 – 2013
**in Students' Mental Health and College Adjustment Outcomes**
    <u>Doctoral Dissertation</u>
- Examined interpersonal systemic influences on college students' mental health, academic adjustment, and social adjustment to college through self-report measures with 110 pairs of college student roommates. Analyzed data and successfully defended dissertation. Published literature in the Journal of Student Affairs Research and Practice.

**Clinical Effectiveness of DBT-skills Therapy Group**

Clinician and Researcher                                                                                2011 – 2013
- Designed and implemented a 12-week DBT-skills group for women diagnosed with Binge Eating Disorder at the GMU departmental clinic. Conducted pre-, post-, and 1-year follow up assessments with participants.
- Analyzed clinical effectiveness data and published results in the *Journal of Cognitive Psychotherapy*.

**Alcohol, Suicide & HIV Prevention Program for Teens in Mental Health Treatment**

Grant 1R01AA016854, National Institute of Alcohol Abuse and Alcoholism                    2008 – 2009
PI: Christy Esposito-Smythers, Ph.D.
Graduate Research Assistant
- Assembled the electronic assessment batteries, trained undergraduate assistants, and assisted in the development of the intervention manual for a Stage I clinical trial of a cognitive behavioral preventative intervention.
- Co-facilitated five 2-day group cognitive behavioral therapy workshops targeting substance abuse, suicide, and HIV in sexually active adolescents receiving community mental health services, as a study therapist.

## CLINICAL EXPERIENCE_____

**PTSD Clinic, VA Boston Medical Center**

Postdoctoral Fellow and Licensed Hospital Credentialed Psychologist                          2014 – 2018
- Conducted trauma-focused individual and group psychotherapy, and diagnostic intake assessments utilizing evidenced-based treatment approaches, including Cognitive Processing Therapy and Prolonged Exposure Therapy.
- Provided weekly individual supervision to practicum students and doctoral interns as their primary supervisor.
- Earned Cognitive Processing Therapy certified provider status by completing all training requirements.
*Supervisors: Lisa Fisher, Ph.D., Denise Sloan, Ph.D.*

**Carruth Center for Psychological and Psychiatric Services, West Virginia University**

Doctoral Psychology Intern                                                                               2013 – 2014
- Conducted individual and group psychotherapy with caseload of ~16 weekly and biweekly clients.
- Conducted biweekly ADHD/LD comprehensive psychodiagnostic assessments.
- Provided weekly individual supervision to clinical and counseling doctoral externs.
- Staffed a walk-in crisis clinic 4-hrs/wk, including triage sessions, brief consultations, and crisis interventions.
- Provided 4 weeks of after-hour coverage for the Center's 24-hour telephone crisis line.
*Supervisors: Al Kasprowicz, Ph.D., Tandy McClung, Ed.D., T.Anne Hawkins, Ph.D., Daniel Long, Ph.D.*

**Counseling Center, American University**

Extern Psychotherapist                                                                                   2011 – 2012
- Provided individual therapy with a caseload of ~7 weekly clients.
- Co-facilitated an interpersonal process group.
- Conducted weekly intake assessments.
*Supervisors: Adrienne Simenhoff, Ph.D., Wanda Collins, Ph.D.*

**Center for Psychological Services, George Mason University**

Graduate Student Psychotherapist                                                                      2009 – 2011
- Provided individual therapy with a caseload of ~6 clients, including college students, adults from the community, couples, and adolescents.
- Designed, recruited for, and co-facilitated 4 structured therapy groups (3 of which were new to the Center).
- Conducted 5 ADHD/LD comprehensive assessments, and 2 mental health evaluations.
*Supervisors: James Maddux, Ph.D., Jerome Short, Ph.D., Robyn Mehlenbeck, Ph.D.*

Consultant Psychodiagnostic Examiner                                                    2011 – 2013
- Conducted over 40 comprehensive psychoeducational assessments, including diagnostic evaluations for ADHD, Learning Disorders, Personality Disorders, Mood and Anxiety Disorders, and Adjustment Disorder.
- Conducted 3 mental health evaluations and 4 adoption readiness evaluations.
*Supervisor: Angela Boone, Ph.D.*

Intake Coordinator and Clinical Records Specialist                                      2008 – 2010
- Conducted over 100 telephone intake interviews with therapy and assessment clients.
- Responsible for overseeing students' maintenance of clinical records, and ensuring HIPAA compliance.
*Supervisor: Lisa Meier, Ph.D.*

**Primary Care Behavioral Health, Washington DC VA Medical Center**                     2010 – 2010
Summer Graduate Student Extern
- Conducted and documented diagnostic intake interviews with Veterans to assess risk and determine appropriate placement for services throughout the VA Medical Center.
- Coordinated Veterans' care with social workers, psychologists, psychiatrists, nurses, and other medical staff.
*Supervisor: Neil Bien, Ph.D.*

**Cognitive Assessment Program, George Mason University**                              2009 – 2013
Consultant Psychodiagnostic Examiner
- Provided over 70 intellectual assessments (WISC-IV) for children ages 4-14 years-old as part of their application to private schools and/or Fairfax County's Advanced Academic Placement program.
*Supervisors: Joy Granetz, Ph.D., Dawna Thompson, Ph.D.*

**PUBLICATIONS**_____

Mitchell, J.M., Bogenschutz, M., Lilienstein, A., Harrison, C., **Kleiman, S.,** et al. (2021). MDMA-Assisted Therapy for Severe PTSD: A Randomized, Double-Blind, Placebo-Controlled Phase 3 Study, *Nature Medicine*, 27, 1025–1033

Bovin, M. J., Black, S. K., **Kleiman, S. E.,** Brown, M. E., Brown, L. G., Street, A. E., Rosen, R. C., Keane, T. M., & Marx, B. P. (2019). The impact of assessment modality and demographic characteristics on endorsement of military sexual trauma. *Women's Health Issues*, 29, 67-73.

Lee, D., **Kleiman, S.E.,** & Weathers, F.W. (2019). *Assessment of Trauma- and Stressor-Related Disorders.* In Sellbom, M. & Suhr, J. (Eds.), Cambridge Handbook of Clinical Assessment and Diagnosis.

Lee, D., **Kleiman, S.E.,** & Weathers, F.W. (2019). *Assessment, Diagnosis, and Cultural Manifestations of Anxiety and Related Disorders.* In B. Olatunji (Ed.), Handbook of Anxiety and Related Disorders.

**Kleiman, S.E.,** Bovin, M. J., Brown, M., Black, S. K., Rodriguez, P., Lunney, C. A., Weathers, F. W., Schnurr, P. P., Spira, J., Keane, T. M., & Marx, B. P. (2018). Psychometric properties of a brief measure of Posttraumatic Stress Disorder-related impairment: The Brief Inventory of Psychosocial Functioning.  *Psychological Services.*

Bovin, M. J., Black, S. K., Rodriguez,  P., Lunney, C. A., **Kleiman, S. E.,** Weathers, F. W., Schnurr, P. P., Spira, J., Keane, T. M., & Marx, B. P. (2018). Development and validation of a measure of PTSD-related functional impairment: The Inventory of Psychosocial Functioning. *Psychological Services, 15*(2), 216-229.

Green, J.D., Annunziata, A.J., **Kleiman, S.E.,** Bovin, M.J., Harwell, A.M., Ledoux, A.M., Black, S.K., Schnurr, P.P., Holowka, D.W., Rosen, R.C., Keane, T.M., & Marx, B.P. (2017). Examining the diagnostic utility of the DSM-5 PTSD symptoms among male and female returning veterans. *Depression and Anxiety, 34*(8), 752-760.

Green, J.D., Bovin, M.J., **Erb, S.E.**, Lachowicz, M., Rosen, R.C., Keane, T.M., & Marx, B.P. (2015). The effect of combat tactics and gender on PTSD prevalence rates: A comparison of Operation Iraqi Freedom deployment phases. *Psychological Trauma: Theory, Research, Practice, and Policy, 8*(5), 634-40.

**Erb, S.E.**, Renshaw, K.D., Short, J.S., & Pollard, J.W. (2014). The importance of college roommate relationships: A review and systemic conceptualization. *Journal of Student Affairs Research and Practice, 51*(1), 43-55.

**Erb, S.E.**, Farmer, A.S., & Mehlenbeck, R.S. (2013). A condensed dialectical behavior therapy skills group for singe eating disorder: Overcoming winter challenges. *Journal of Cognitive Psychotherapy, 27*(4), 338-358.

## CONFERENCE PRESENTATIONS_____

Bovin, M. J., Lee, D. J., Thompson-Hollands, J., Dutra, S. J., Kleiman, S. E., Moshier, S. J., Sloan, D. M., & Marx, B. P. (November 2018). *Understanding the concordance between the CAPS-5 and the PCL-5.* In B. P. Marx (Chair), Examining Similarities and Discrepancies in Outcomes Assessed by the CAPS-5 and PCL-5. Symposium to be presented at the 34th annual meeting of the International Society for Traumatic Stress Studies, Washington, DC.

Lee, D. J., Lee, L. O., Bovin, M. J., Moshier, S. J., Dutra, S. J., Kleiman, S. E., Rosen, R. C., Keane, T. K., & Marx, B. P. (2018, November). *Longitudinal posttraumatic stress disorder symptom trajectories among Operation Enduring Freedom and Operation Iraqi Freedom veterans.* Symposium to be presented at the 34th annual convention of the International Society for Traumatic Stress Studies, Washington, DC.

Moshier, S.J., Bovin, M.J., Kleiman, S.E., Lee, D.J., Sloan, D.M., Keane, T.M., Marx, B.P. (April, 2018). Performance of the PCL-5 relative to the CAPS-5 in the assessment of individual PTSD symptoms.  In B. Marx (chair)*, Understanding the nature and course of posttraumatic stress disorder symptoms: Implications of assessment and measurement strategies.* Symposium to be presented at the Anxiety and Depression Association of America 38th Annual Conference, Washington, DC.

*Strategies for Providing Effective Training in CBT with Diverse Populations.* Panel discussion with moderator **Kleiman, S.E.**, and panelists Asnaani, A., Beshai, S., Chapman, L.K., Muroff, J., Shipherd, J.C., & Williams, M.T., at the 2017 annual convention of Association for Behavioral and Cognitive Therapies, San Diego, CA.

**Kleiman, S.E.,** Parker-Guilbert, K., Moshier, S.J., Rosen, R.C., Marx, B.P. & Keane, T.M. (2017, November). *Exploring the association between race, religiosity, and posttraumatic growth in a sample of military veterans.* Poster presented at the 51st Annual Convention of the Association for Behavioral and Cognitive Therapies, San Diego, CA.

Pedersen, S.P., **Kleiman, S.E.,** Klein, A.B., Green, J.D., Harwell, A.M., Rosen, R.C., Keane, T.M., & Marx, B.P.  (2017, November). *Associations between PTSD severity and risky driving behaviors in male and female OEF/OIF veterans.* Poster presented at the 33rd Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

Rosen, R.C., Green, J.D., Bovin, M.J., **Kleiman, S.E.,** Moshier, S., Magnavita, M., Ranganathan, G., Trachtenberg, F., Marx, B.P., & Keane, T.M. (2017, August). *Optimizing enrollment, retention and successful data collection in large, observational studies in military populations: The Project VALOR Experience.* Poster presented at the 2017 Military Health System Research Symposium, Kissimmee, FL.

Moshier, S.J., **Kleiman, S.E.,** Pedersen, S. Brown, M., Parker-Guilbert, K., Seal, K., Trachtenberg, F., Magnavita, A., Rosen, R.C., Keane, T.M., & Marx, B.P. (2017, August). *Complementary and integrative health approaches: engagement and interest in veterans with posttraumatic stress.* Poster presented at the 2017 Military Health System Research Symposium, Kissimee, FL.

Moshier, S.J., Klein, A.B., **Kleiman, S.E.,** Parker-Guilbert, K., Harwell, A.M., Trachtenberg, F., Rosen, R.C., Keane, T.M., & Marx, B.P. (2017, April). *Treatment satisfaction and early termination in US veterans seeking treatment for PTSD.* To be presented in A. Asnaani (Chair), From RCTs to the clinic: Predictors, moderators, and other factors influencing naturalistic CBT outcomes for populations with anxiety disorders. Symposium at the Anxiety and Depression Association of America 37th Annual Conference, San Francisco, CA.

Harwell, A. M., Klein, A.B., **Erb, S. E.,** Green, J.D, Holowka, D.W., Bovin, M.J., Marx, B. P., Keane, T. M, & Rosen, R. C. (2016, October). *Wartime atrocity exposure and PTSD symptom severity among OEF/OIF veterans: Evaluating the role of gender.* Poster presented at the annual meeting of the Association for Behavioral and Cognitive Therapies (ABCT), New York, NY.

**Erb, S.E.,** Green, J.D., Bovin, M.J., Rosen, R.C., Keane, T.M., & Marx, B.P. (2015, November). *The effect of combat tactics and gender on PTSD prevalence rates: A comparison of Operation Iraqi Freedom deployment phases.* Poster presented at the 2015 annual conference of the Association of Cognitive and Behavioral Therapies, Chicago, IL.

Black, S.K., **Erb, S.,** Green, J., Bovin, M.J., Marx, B.P., & Sloan, D., (2015, November). *Alcohol consumption, Emotional Regulation and Reactivity in Sexual Re-victimization .* Symposium presentation at the 2015 annual conference of the Association of Cognitive and Behavioral Therapies, Chicago, IL.

**Erb, S.E.,** Short, J., Renshaw, K., Mehlenbeck, R., & Pollard, J. (2015, November) *Interpersonal influences on students' mental health and college adjustment using actor-partner interdependence models.* Poster presented at the 2015 annual conference of the Association of Cognitive and Behavioral Therapies, Chicago, IL.

Kearns, J., **Erb, S.E.,** Annunziata, A., Black, S., Marx, B., Rosen, R., & Keane, T.M. (2015, November). *DSM-5 posttraumatic stress disorder symptom clusters and psychosocial impairment.* Poster presented at the 2015 annual conference of the International Society for Traumatic Stress Studies, New Orleans, LA.

**Erb, S.E.,** Kearns, J., Bovin, M.J., Black, S., Annunziata, A., Marx, B., & Keane, T.M. (2015, November). *Psychometric properties of the Brief Inventory of Psychosocial Functioning.* Poster presented at the 2015 annual conference of the International Society for Traumatic Stress Studies, New Orleans, LA.

Bovin, M., Black, S.K., **Erb, S.,** Street, A., Marx, B.P., Rosen, R.C., & Keane, T.M. (2015, November). *Reports of military sexual trauma among returning Veterans: Who are we missing?* Poster presented at the 2015 annual conference of the International Society for Traumatic Stress Studies, New Orleans, LA.

Black, S.K., **Erb, S.,** Bovin, M.J., Green, J., Marx, B.P., Rosen, R.C., & Keane, T.M. (2015, November). *Utility of repeated screening for military sexual trauma.* Poster presented at the 2015 annual conference of the International Society for Traumatic Stress Studies, New Orleans, LA.

**Erb, S.,** Bovin, M.J., Black, S.K., Marx, B.P., Rosen, R.C., & Keane, T.M. (2015, November). *Implications of lower levels of social support in OIF/OEF veterans with military sexual trauma.* Poster presented at the 2015 annual conference of the International Society for Traumatic Stress Studies, New Orleans, LA.

**Erb, S.,** Bovin, M.J., Annunziata, A.J., Marx, B.P., Rosen, R.C., & Keane, T.M. (2015, August). *Psychotherapy utilization among OIF/OEF Veterans: Findings from Project VALOR.* Poster presented at the Military Health System Research Symposium, Ft. Lauderdale, FL.

**Erb, S,.** Machell. K., Kleiman, E., & Short, J. (2013, November). *Family dysfunction and adjustment to college: Implications for a cross-domain buffering effect.* Poster presented at the 47th Annual Convention of the Association for Behavioral and Cognitive Therapies, Nashville, TN.

Machell. K., **Erb, S,.** Kleiman, E., & Short, J. (2013, November). *Stress and depression among undergraduates: The role of roommate relationships and gender.* Poster presented at the 47th Annual Convention of the Association for Behavioral and Cognitive Therapies, Nashville, TN.

**Erb, S.,** Farmer, A., Wymard, K., & Mehlenbeck, R. (2012, November). *Adapting DBT skills for Binge Eating Disorder based on presenting concerns and concurrent events: A group case study.* Poster presented at the Renfrew Center Foundation Conference, Philadelphia, Pennsylvania.

**Erb, S,.** Kleiman, E., & Riskind, J. (2011, November). *Gender differences in rates of lifetime suicide attempts among stepchildren.* Poster presented at the 45th Annual Convention of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

**Erb, S.**, Kleiman, E., Riskind, J., & Short, J. (2011, November). *Parental relationship depth as a protective factor for depression and anxiety in stepchildren.* Poster presented at the 45th Annual Convention of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

Walsh, A., Esposito-Smythers, C., Weismoore, J., Miller, A., & **Erb, S**. (2011, November). *Factors associated with suicide attempts among a sample of homeless individuals.* Poster presented at the 45th Annual Convention of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

Perloe, A., Esposito-Smythers, C., Schaefer, K., MacNeil, L., & **Erb, S**. (2011, November). *Correlates of lethality of suicide attempts among hospitalized adolescents.* Poster presented at the 45th Annual Convention of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

**Erb, S.**, Savostyanova, A., & Martin, K. (2011, May). *Description of first meeting with stepmother predicts perceptions of support and conflict.* Poster presented at the Association for Psychological Science Annual Convention, Washington D.C.

**Erb, S**. (2010, October). *The role of parent and stepparent relationships in adolescent mental health: Implications for stepfamily wellness.* Paper presented at the Southeast Ecological Community Psychology Conference, Charlotte, North Carolina.

**Erb, S.,** Esposito-Smythers, C., Short, J., & Weismoore, J. (2009, November). *Clinical correlates of exposure to domestic violence within a sample of psychiatrically hospitalized adolescents.* Poster presented at the 43rd Annual Convention of the Association for Behavioral and Cognitive Therapies, New York.

**Erb, S**. (2008, April). *Self-concept incongruence: A predictor of self-esteem, social anxiety, and depression.* Poster presented at the University of Virginia Undergraduate Psychology Research Conference, Charlottesville, VA.

## ADDITIONAL CLINICAL TRAINING

VA Boston – Two Day Cognitive Processing Therapy for the Treatment of PTSD Workshop. (September 2014). Facilitated by Dr. Ellen Healy and Dr. Jennifer Wachen. Held at the Boston VA Medical Center.

Center for Deployment Psychology – Prolonged Exposure Therapy, 2 day intensive training. (June 2011). Facilitated by Dr. Paula Domenici and Dr. Ted Bonar. Held at George Mason University.

American Association for Suicidology – Recognizing and Responding to Suicide Risk: Essential Skills for Clinicians, 2 day workshop. (September 2010).  Held at the GMU Counseling and Psychological Services.

## INVITED PRESENTATIONS

| | |
|---|---|
| The Anxiety and Depression Association of America | 2018 |
| Webinar: *Learning how to market yourself using a cover letter* | |
| Bowdoin University | 2018 |
| Guest Lecturer: *Alternative Treatments for PTSD* | |
| Psychology Department Presentation: *Could MDMA-assisted psychotherapy cure PTSD? A trip through the history of psychedelics and PTSD treatment research* | |
| Audible Inc., documentary – *Strong Ending: A Journey from Combat to Comedy* | 2017 |
| Expert Commentator | |
| Bowdoin University | 2017 |
| University of Maryland, College Park | 2014 |
| Northern Virginia Licensed Professional Counselors | 2010 |

**EDITORIAL EXPERIENCE** _____

Ad-hoc reviewer for the following academic journals:
        Psychology of Violence
        Journal of Cognitive Psychotherapy

**HONORS / AWARDS**_____

| | |
|---|---|
| 2016 | Harvard University Bok Center Certificate of Distinction and Excellence in Teaching |
| 2015 | Harvard University Bok Center Certificate of Distinction and Excellence in Teaching |
| 2013 | Received a personal letter of commendation from GMU President Ángel Cabrera for outstanding clinical work at the GMU Center for Psychological Services |
| 2012 | Psychology Department Outstanding Graduate Teaching Instructor Award |
| 2008 – 2013 | George Mason University Graduate Fellowship; First through Fifth Years |
| 2008 – 2013 | George Mason University Graduate Research Travel Award; First through Sixth Years |
| 2009 | Academic Commendations, George Mason University |
| 2008 | College of William and Mary Swem Library Summer Research Fellowship |
| 2007 | College of William and Mary Student Research Travel Award |

**PROFESSIONAL AFFILIATIONS AND SERVICE**_____

| | |
|---|---|
| International Society for Traumatic Stress Studies | 2014 – Present |
| Association for Behavioral and Cognitive Therapies | 2009 – Present |
|     Member of Academic Training and Education Standards Committee | |
|     Chair of the Teaching Resources Subcommittee | 2018 – Present |
| Council of University Directors of Clinical Psychology | 2008 – 2014 |
|     GMU Clinical Psychology Program Student Liaison (2011-2013) | |
| Psi Chi National Honor Society | 2006 – 2008 |
|     William and Mary Chapter Vice President (2007-2008) | |

# Exhibit 2(c)

Alberstone Declaration

# Scott Beveridge, PhD, LCPC-S, CRC, CDMS, ABVE-D

November 7, 2021

**VOCATIONAL EVALUATION**

CLIENT: Adam Tyler Egli
DATE OF ASSESSMENT: 10/30/21& 11/2/21
DATE OF BIRTH: 12/22/85
AGE: 35
TEST RESULTS: SS: 107, R: >12.9 grade level, SC: >12.9 grade level, A: >12.9 grade level
REFERRAL SOURCE:  John Driscoll, Esq.
CASE: Diane Pennington, et al., v. Islamic Republic of Iran (1:19-CV-00796-JEB)

## PURPOSE OF EVALUATION:

The case of Mr. Adam Egli was referred by Mr. John Driscoll, attorney at law with the Driscoll Firm, PC, with a request that a Vocational Evaluation be performed to determine any impact on earning capacity and the ability of the plaintiff to engage in the competitive labor market, as well as to review and comment on the plaintiff expert's medical, psychological, and related opinions.

The vocational diagnostic interview and vocational testing appointments were held on October 30, 2021, and November 2, 2021. The initial appointment lasted approximately 2 hours and 15 minutes until Mr. Egli had to take a break. A second appointment was scheduled for November 2, 2021, to complete the psychometric testing and interview Mrs. Egli. The second appointment lasted about 1 hour. Mr. Egli complained of significant knee and back pain when working long hours in his current job and is still experiencing significant Post Traumatic Stress Disorder ("PTSD") symptoms over 14 years following his traumatic injury. Mr. Egli stated, "I get exhausted very easily now after my injuries and need to take breaks. Climbing stairs and prolonged standing and walking are very difficult." Mr. Egli wore a green jacket with a USA flag on the side and had some difficulty recalling events and during the evaluation. His wife Danielle was also interviewed to gain an understanding of how Mr. Egli's severe psychological conditions (e.g., PTSD, Depression, Anxiety, TBI, substance abuse) have negatively affected his family.

Mr. Egli attempted to answer my questions in an open manner and appeared to have some significant ongoing psychological symptoms. We discussed his ongoing PTSD symptoms and how they have affected his life (personally, professionally, academically) for the last 14 years. Mr. Egli has completed extensive orthopedic treatment for his left open patellar fracture with traumatic orthrotomy, residual shrapnel wounds to his face, neck and back, Traumatic Brain Injury ("TBI"), PTSD, Depression, Anxiety, Alcohol Abuse, Tinnitus and Hearing Impairment. Mr. Egli stated: "Since my injuries, I have problems with my concentration, and I easily become frustrated and angry. Unfortunately, I usually take it out on my wife and kids." Unfortunately, Mr. Egli has shrapnel retained in various parts of his body from the EFP blast according to the medical data and his self-report that frequently causes him pain.

During our clinical interview, Mr. Egli stated that he has had great problems with adjusting to his considerable PTSD symptoms. We also discussed how the related psychosocial impairment has negatively affected his family relationships (e.g., "It has taken a lot of therapy over the last few years to try and help heal relationships with my wife and family. It has been hard not to split up and it's been really tough for my daughters."). The psychological conditions have also affected

his friendships and occupational functioning. Mr. Egli has received treatment for PTSD following his orthopedic injuries and TBI. His behavior and personality changed after his multiple injuries, Mr. Egli no longer usually longer sleeps in the same bed as his wife due to PTSD nightmares, sudden movements and related issues. Mr. Egli stated: "Every single day it takes everything I have to deal with PTSD and not get into fights…" Mrs. Egli stated that Mr. Egli usually sleeps on the couch as he "wakes up in the middle of the night swinging, yelling, and swearing." This has caused a great strain on his familial life and marriage.

Mr. Egli's physical limitations and ongoing PTSD symptoms, TBI, Anxiety and Depression preclude his ability to work some competitive environments and will be discussed in detail later in this evaluation. His considerable PTSD symptoms, physical limitations, personality changes, angry outbursts and psychological conditions will be discussed in the testing and psychosocial sections of this Report. Mr. Egli was dressed casually for the vocational evaluation and had to take a break during the initial clinical interview. He was polite but was very guarded initially and gradually warmed up during the interview. They both stated at the beginning of the evaluation: "We hate doing things like this because it brings up a lot of bad feelings."

During the clinical interview and testing, Mr. Egli seemed to have some difficulty concentrating and completing the tests. Mr. Egli became frustrated during the testing, fatigued, and appeared to have trouble recalling recent events. When discussing the impact of his psychological symptoms on his family this seemed to upset both Mr. Egli and Danielle and after about two hours and 15 minutes, they could no longer continue, and the vocational evaluation appointment was terminated. A second vocational evaluation appointment was scheduled for November 2, 2021, to complete the evaluation. Thus, the results of this vocational evaluation are considered valid.

**DISCLOSURE AND INFORMED CONSENT:**

The Code of Professional Ethics for Rehabilitation Counselors (Commission on Rehabilitation Counselor Certification [CRCC], 2017) requires Certified Rehabilitation Counselors to engage in a verbal and written disclosure and informed consent process with the evaluee engaged in a forensic evaluation.

Standard F.1.b. "INFORMED CONSENT. Individuals being evaluated are informed in writing that the relationship is for the purpose of an evaluation and that a report of findings may be produced. Written consent for evaluations are obtained from those being evaluated or the individuals' legal representatives/guardians ... If written consent is not obtained, rehabilitation counselors document verbal consent and the reasons why obtaining written consent was not possible" (p. 15).

Therefore, the purpose of the evaluation was explained to the evaluee, as were the limits of confidentiality. No client-counselor relationship was established nor was one solicited. The professional disclosure and informed consent form were reviewed in detail, discussed, and the evaluee retained a copy for his records. This informed consent form was sent to his attorney Mr. John Driscoll, attorney at law with the Driscoll Firm, PC for review prior to the vocational evaluation. After reviewing and discussing the professional disclosure and informed consent form, Mr. Egli agreed with the forensic disclosure form and signed it. Mr. Egli and Danielle Egli both agreed to participate in the clinical interviews and then we began the first vocational evaluation appointment.

**RECORDS REVIEWED:**

I have evaluated Mr. Adam Tyler Egli for a Vocational Evaluation and have reviewed the following materials and medical records:

1. Medical records from the Department of Veterans Affairs;
2. Medical records from Landstuhl Regional Medical Center;
3. Medical records from Walter Reed National Medical Center;
4. Medical records from Madigan Army Medical Center;
5. Medical records from Tripler Army Medical Center;
6. Records from the Department of the Army Directorate of Human Resources;
7. Records from the Department of Veterans Affairs Records management Center;
8. Physical Evaluation Board Records;
9. Independent Medical Evaluation from Dr. Francis X. McGuigan;
10. Psychological Evaluation from Dr. Sarah Kleiman;
11. Declarations of the Plaintiffs (Adam Egli, Danielle Egli, individually and on behalf of the minor children);
12. Unofficial Transcript from Purdue University;
13. Resume of Adam Egli;
14. Labor Market data from the Department of Labor;
15. Labor Market data from the O*Net;
16. Labor Market data from the Bureau of Labor Statistics; and
17. Genogram of the Egli family's Educational and Vocational Attainment

**BACKGROUND INFORMATION:**

Mr. Adam Egli was seen for a Vocational Evaluation on October 30, 2021, and November 2, 2021, in order to establish vocational capacity considering his age, education, work experience and work impacting medical limitations. An extensive review of the medical, psychological, educational, personnel records, his resume, declarations, and related data was required to obtain additional information that was not available during the initial evaluation. Mr. Egli's concentration was somewhat impaired after a period of time due to his considerable PTSD and some TBI symptoms. He had difficulty remembering information (e.g., treatment following his traumatic injury). Mr. Egli discussed his ongoing PTSD symptoms, Anxiety, Depression, survivor's guilt, angry outbursts and how it affects his family (e.g., he struggles every day with PTSD symptoms, tries to avoid arguments with his wife, children, and co-workers when he frequently gets frustrated).

Mr. Egli discussed the significant changes in his personal and professional life following his injuries on July 31, 2007. Mr. Egli has problems remembering things and states he becomes very easily frustrated, depressed and angry. These issues will be discussed in detail later in this vocational evaluation. Mr. Egli also stated that he does not leave home often and no longer sees his friends much anymore. Unfortunately, after his multiple injuries, PTSD, TBI, Anxiety, Depression, and Substance Abuse, his behavior and personality changed. He also experiences chronic pain and PTSD nightmares frequently that affect his ability to sleep.

**EDUCATIONAL BACKGROUND:**

Mr. Egli grew up around the Phoenix, Arizona metropolitan area and attended the Northwest Community Christian School. He stated that he was an average student in high school (e.g.,

earned mostly B's and C's). Mr. Egli left school in the 12th grade as he got married about halfway through the school year and went to work to support his family. He passed the GED exam on his first attempt in June of 2004 while working full-time.

Mr. Egli joined the U.S. Army and completed Basic Training and Advanced Infantry Training at Ft. Benning, Georgia in 2004. He comes from a military family background as Danielle was in the U.S. Airforce as an E-4 Medic, his father-in-law Mr. Kris Stellings was a career member of the U.S. Army as a Colonel, his mother-in-law was an E-7 Master Sergeant, as were several other family members (e.g., grandparent "Grandpa Gullick" who served in the U.S. Marines for 20 years).

Following Mr. Egli's medical discharge from the U.S. Army, he attempted to complete a college degree at Purdue University. Mr. Egli stated that his psychological symptoms, mostly PTSD, Anxiety and Depression, interfered with his ability to successfully complete the college curriculum. He also felt that some of the lingering TBI symptoms affected his ability to concentrate and process new information. Mr. Egli claimed that was able to complete approximately 60 college credits in the General Liberal Arts program before the symptoms increased in severity and he was unable to continue. Mr. Egli stated: "I was fighting PTSD and Depression and I crawled into a shell and just had to leave school." Initially, Mr. Egli stated that he did well in college and made the Dean's List, but over time and as the courses became more difficult, he could no longer concentrate, focus, pass the tests and had to leave college.

However, when Mrs. Egli sent the unofficial transcript from Purdue University it showed that Mr. Egli was only able to complete and earn 27 academic credits and was given 8 credit hours for his "Active Military Duty" service. Mr. Egli did start off well in the Fall 2009 semester and earned an A+, A and A- for a GPA of 3.90. However, over time as his PTSD symptoms increased, the academic work became harder, his grades declined (e.g., D in Intro to Sociology, F in Business Development). His last two semesters at Purdue University in the Spring and Fall 2011 semesters he did not complete any credits, withdrew from all classes and had a GPA of 0.0.

For approximately six years, Mr. Egli attempted to focus on trying to work full-time to support his family and did not go back to college. In 2017, with his wife's support, Mr. Egli attempted to go back to college at Gwinnett College and was able to complete approximately 10 credits. Mr. Egli stated that he started slower and took about a half-course load, or two classes a semester, to try and not become overloaded like he did at Purdue. He was able to complete two semesters on a part-time basis and took three history classes and a business class until the fall 2018 semester ended. Again, he experienced the same difficulties and symptoms as he did at Purdue (e.g., PTSD, TBI, Anxiety, Depression) and left the program.

Mr. Egli was having great difficulty keeping up with his classes at Purdue and Gwinnett, required reasonable accommodations, and ultimately stopped attending due to several issues (e.g., PTSD symptoms, difficulty with the course work). Mr. Egli attempted one more time to try and complete a college degree and took a Management Certificate program at Notre Dame. He was able to complete the non-credit certificate program that lasted approximately 10 months, from September 2020 to July 2021, but did not earn any college credits. Mr. Egli stated he began to experience the same challenges as he did at Purdue and Gwinnett, but as the program was shorter in duration and he had some supports, he was able to compete the certificate program (that are not as academically demanding as an accredited college or university curriculum).

No transcripts from Northwest Community Christian School, Gwinnett College or Notre Dame were available for review. All of the above information was per Mr. Egli's limited self-report, his memory, resume, and from reviewing the available records (e.g., Unofficial Transcript from Purdue).

**VOCATIONAL BACKGROUND:**

Mr. Egli had a very limited vocational background at the time of his complex injures and was only 21 years old at the time of the EFP blast. His limited experience included working at a Quiznos as a sandwich maker and then rising to an Assistant Manager's position after he left high school to get married. Mr. Egli had some difficulty recalling specifics of his vocational history (e.g., duration of employment, time periods worked for each employer, earnings at each employer) and the above is a reconstruction of his work history with the available data, our clinical interviews, his resume, his wife's memory, and related records. Mr. Egli indicated that he worked at Quiznos from July 2003 until August 2004 when he enlisted in the U.S. Army.

Following his discharge from the U.S. Army, Mr. Egli attempted to complete a college degree at Purdue University and Gwinnett College but had difficulty despite accommodations and eventually stopped going due to his psychological conditions and symptoms increasing. Mr. Egli was very disappointed that he could never obtain a college degree after serving in the military. He stated: "I felt that I was discriminated against due to my PTSD. It was very frustrating for me."

After his medical discharge from the U.S. Army, Mr. Egli attempted to work full-time at the SAIA Freight Company and stated he had to leave several times when the pressure became too much for him to handle and his PTSD, Anxiety and Depression became worse. Mrs. Egli stated the reason he obtained this job was due to his father working for this employer. Mr. Egli first worked for SAIA in February 2012 as a Dock Worker and was earning approximately $16.00 per hour. He stated the physical nature of the work was very difficult for him, and caused a significant increase in his left knee pain. He worked in this position for approximately 6 months until August 2012 and he stopped working. He was unemployed for 6-7 months and was able to change duties to a Dock Supervisor in February 2013 (due to his father's connections according to Mrs. Egli). In this less physically demanding (but more intellectually challenging position), his orthopedic symptoms improved but his PTSD, TBI, Anxiety and Depression became worse. In this position, Mr. Egli was earning around $48,000 per year until November of 2016. Unfortunately, due to the stress in this position and the fact that he does not like supervising or interacting with people after his PTSD -supervision can be very difficult for me. It is really not my strong suit- he began to abuse substances (e.g., alcohol, pain medications). Mr. Egli was unemployed from November 2016 until June 2018.

Mr. Egli had difficulty providing his post-discharge employment history and the following is a reconstruction of his vocational background via his wife Danielle's memory, his self-report and resume (his dates were all incorrect and once his resume was sent by his wife the vocational history was revised). Mr. Egli stated that over the years he worked for SAIA Freight Company he "left and came back two to three times taking breaks" when the PTSD symptoms became intolerable. Mr. Egli became a City Dispatcher in 2013 and was earning around $62,000 a year in this position. In 2019 he became a Terminal Manager and is currently earning $115,000 a year. Unfortunately, it sounded like the pressure of his job is becoming intolerable again and he might have to leave this employer soon as he has several times in the past, when the stress increases his psychological symptoms, affects his familial relationships, he is unable to continue working and needs to take a break from work.

Mr. Egli stated that he has to "take breaks when my pain and PTSD symptoms get worse. I then take time off to recover from the pain. My wife thinks and is concerned that I am really overdoing it." He was not sure if he could continue working on a full-time basis due to the increase in his pain and PTSD symptoms but is going to try for his family.

During a private interview with Danielle Egli, she shared that Mr. Egli frequently states that he wants to quit his job and is angry. His current supervisor is a Marine Corps Veteran who provides accommodations, support, breaks as needed, and counsels him to continue working. Without this supportive supervisor, Mrs. Egli stated she did not think her husband would continue working.

No employment records were available for review from the above employers and all of this information was from Mr. Egli's limited self-report, his wife's Danielle's memory, clinical interview, resume, medical records, psychological records, declarations, and other available data at the time of writing this vocational evaluation.

**MEDICAL EVIDENCE:**

Medical evidence, self-report and the records indicate that Mr. Adam Egli was a 21-year-old United States Army Sergeant of the 3rd Brigade, 2nd Infantry Division, Bravo Company, 2nd Battalion, 3rd Infantry Regiment when he was injured by an Explosively Formed Penetrator (EFP) blast on July 31, 2007, while riding in an Infantry Carrier Vehicle (Stryker) in Bagdad. The EFP struck the side of his Stryker vehicle and killed Iraqi civilians (e.g., a young girl standing next to the Stryker). The blast killed three fellow Soldiers (Zachariah Gonzalez, Alfred Jairala, Charles Heinlein) and Mr. Egli had to lay next to a dead soldier for several hours. Five other service members were injured (e.g., Adam Dix, John Mullens). Mr. Egli sustained an open right patella fracture; multiple shrapnel wounds; a Traumatic Brain Injury (I); and barotrauma to the ear.

Mr. Egli was emergently transported to a Combat Support Hospital and to Balad Air Base. After an initial surgery to clean the knee wound at Balad, he was medically evacuated to Landstuhl Regional Medical Center in Germany. In Landstuhl during a surgical procedure, articular cartilage damage to the patella was found as well as damage to the patellar tendon and quadriceps muscle. Following a repeat surgical washout procedure on August 3, 2007, in Germany, Mr. Egli was transported to Walter Reed National Military Medical Center in Bethesda, Maryland.

Following stabilization of Mr. Egli's complex injuries, he returned to his duty station in Washington State and received ongoing care at Madigan Army Hospital. Due to recurrent infections caused by retained shrapnel, the wound was allowed to heal by secondary intention. As an outpatient he was followed by the orthopedic, family practice and psychiatric services.

Throughout the remainder of 2007 and all of 2008, he ambulated with assistive devices including a wheelchair, crutches, and a cane. He underwent another surgical procedure on the knee in 2008 due to a staphylococcus aureus infection in the knee due to retained shrapnel.

Mr. Egli's TBI screening test at the VA was positive. His TBI symptoms developed from exposure to multiple Improvised Explosive Device (IED) blasts with resulting concussions. There has been limited success in providing Mr. Egli with medical treatment for this TBI.

The U.S. Army medically retired Mr. Egli from active duty on June 10, 2009, after 4 years, 9 months, and 4 days of active duty.  His retirement was due to combat injuries sustained in Iraq. The Army awarded him a 40% disability.  His discharge conditions included left patellar fracture, residual scar due to shrapnel wounds, and TBI. The injury to his back, hearing and psychological conditions (e.g., PTSD) were not documented and considered for his first disability rating. His wife Danielle Egli later completed VA paperwork and his disability rating was increased to 70-80% according to her self-report.

Following his medical discharge from the U.S. Army, Mr. Egli's TBI symptoms worsened, and he developed profound PTSD.  He was treated for right temporal headaches. In 2010, Mr. Egli went to the VA Hospital at Crown Point, Indiana, with complaints consistent with untreated PTSD. He related symptoms of Depression, Anxiety, flashbacks, irritability, regret, fear, nightmares, uncontrollable anger, survivor's remorse and anhedonism. He was told he would receive a letter in a month which would give him instructions on how to make an appointment.  In the meantime, his symptoms worsened while waiting for an appointment and he went to a VA emergency room in Chicago, Illinois.

On April 27, 2011, Egli was admitted for PTSD and alcohol abuse.  He had Depressive symptoms and Suicidal Ideation.  He experienced "survivor's guilt," Anxiety, racing thoughts and frequent PTSD nightmares. He was haunted by memories of the death of his best friend; a girl who was killed by an EFP blast intended for his vehicle; and a period when he lay next to a deceased individual for hours. Mr. Egli was admitted to the hospital for four days of acute care.  On discharge, the doctors instructed him to follow-up with Crown Point VA.  The Crown Point Clinic recommended Sgt. Egli follow-up with a provider outside the VA system because of the lack of availability.

In addition to receiving intensive counseling, Mr. Egli was treated with Sertraline, Lorazepam, Escitalopram, Adderall, Citalopram and Lexapro. Despite these medications, he continued to experience Depression, Anxiety, flashbacks, irritability, regret, fear, nightmares, uncontrollable anger, guilt and anhedonism. The symptoms created such marital strife that he and his wife separated and contemplated divorce several times. Their two young daughters (Kyleigh, 16 years old: Brynn, 14 years old) also suffered from the marital instability and Mr. Egli's psychological problems. Both Adam and Danielle Egli received marital counseling and they reunited.

In August of 2012, Mr. Egli became unable to work due to instability in his knee and was unemployed for 6 months. He was seen multiple times at Crown Point for knee pain, weakness, and instability. The clinic referred him to the orthopedic service at the Chicago VA hospital. He was given a brace, anti-inflammatory medications, and a referral to physical therapy. These measures only partially alleviated his painful symptoms.

Mr. Egli's lingering psychological problems (e.g., PTSD, Anxiety, Depression) combined with the knee instability caused him to withdraw from his college program at Purdue University.

During the 2010s, Mr. Egli experienced pain in his face, neck and back due to retained shrapnel. The shrapnel injury to his back was documented in April of 2011. He also developed hearing loss and tinnitus. In 2016, Mr. Egli was admitted to a VA Medical Center and another surgery was performed on his knee to treat infection.

An Independent Medical Examination completed by Dr. Francis McGuigan on November 1, 2021, states:

**"Summary of Physical, Mental and Psychological Injuries:**

1. Left open patellar fracture with traumatic arthrotomy and post traumatic arthritis
2. Residual scarring face, neck and back from penetrating trauma
3. Residual loss of muscle from penetrating trauma
4. Residual loss of patellar tendon from penetrating trauma
5. Retained foreign bodies (Shrapnel) knee, back, neck and face
6. Traumatic Brain Injury
7. Post-Traumatic Stress Disorder
8. Depression
9. Anxiety
10. Alcohol Abuse
11. Tinnitus
12. Hearing Impairment…

Sgt. Egli sustained a severe lifetime disability due to his original injuries and the medical, psychological and surgical measures taken to correct them.  He has reached maximum medical improvement. His most severe injuries are post-traumatic arthritis of the knee, back pain, TBI, and PTSD.  His knee and back pain negatively impacted his educational and vocational opportunities for 14 years.

Sgt. Egli has had two operations on his knee since leaving the Military.  It is reasonably certain that he will need and have more such procedures.  He experiences pain that is 5 out 10 in severity. He takes naproxen for pain relief. He experiences night pain causing difficulties with sleep. He lost muscle mass and soft tissues in the area around the traumatic wound on his knee. He experiences weakness that causes instability.  His back pain is 6 on a scale of 10 in severity. His ability to participate in recreational sports is severely limited. He is also significantly limited in performing household chores such as lawn mowing, gutter-cleaning and any other activity that involves assuming a bent knee position. The knee swells daily. Climbing stairs is difficult.

Sgt. Egli's TBI and PTSD symptoms are moderate. Headaches regularly cause pain on a 5 out of 10 scale in severity and require pain medication. He has hearing loss. He experiences anxiety, depression and insomnia. Remaining focused on a task is difficult. He is taking Adderall to improve focus. He uses medical marijuana to control anxiety, depression and insomnia.  I would recommend an assessment of a qualified psychologist/psychiatrist and or an expert in the field of PTSD to comment on the effects of his PTSD and TBI on his psychological suffering and its impact on his personal and professional life."

## SUBSTANCE ABUSE BACKGROUND:

Mr. Egli never had any problems with substance abuse prior to the EFP blast and resulting physical and psychological injuries. He stated that as a young man he never really drank alcohol and did not use any street or prescribed drugs. However, following his traumatic injuries on July 31, 2007, and subsequent diagnoses of PTSD, Anxiety, Depression, and TBI, he began to use his prescription medications and alcohol to "self-medicate" and reduce his psychological symptoms. Mr. Egli was arrested for drinking and driving in 2007 and was charged with a DUI. He was sentenced to one year, all except two days were suspended and Mr. Egli spent two nights in jail. It got so bad that Mr. Egli was drinking approximately 10-18 beers a day in addition to taking several Percocets (up to 9 per day). An unnamed physician in Georgia refused to renew his pain

medications and stated to Mr. Egli that he was "abusing the system" when he frequently ran out of his narcotic pain medications.

Mr. Egli now uses medical marijuana at night to try and mitigate his PTSD and related psychological symptoms. He made the decision to stop taking narcotic pain medications and now only rarely drinks alcohol in "social situations" with his wife according to their self-report.

## PSYCHOLOGICAL EVIDENCE:

According to Mr. Egli's self-report and the VA medical records, he has received extensive treatment for PTSD. The records indicate that Mr. Egli has been diagnosed with PTSD and Depressive Disorder by VA providers and has sought long-term treatment for PTSD, Anxiety, Depression and Substance Abuse.

Mr. Egli had never experienced any mental health symptoms, and never needed or sought mental health treatment for any reason prior to the EFP blast and resulting trauma (e.g., three fellow soldiers were killed, a young girl outside the Stryker vehicle was killed, lying next to a dead soldier for several hours). After the EFP blast and the subsequent onset of Depression, Anxiety, and PTSD symptoms, Mr. Egli sought mental health treatment for the first time both through the VA and through community-based providers (e.g., Mr. Larry Pincus). The records indicate that his treatment included hospitalization for suicidality at the Chicago VA, weekly supportive psychotherapy for approximately nine months, several Eye Movement Desensitization and Reprocessing (EMDR) psychotherapy sessions, and several psychiatric medications, which he took for approximately five years.

Mr. Egli reported that medication and psychotherapy were only somewhat effective, and that he discontinued them due to medication side effects, difficulty tolerating Anxiety associated with psychotherapy, and financial strain of weekly psychotherapy co-pays. Mr. Egli stated that medical marijuana helped him stop drinking alcohol so much, helps with his sleep disturbance, irritability and get off his pain medications. He usually takes a few puffs before bedtime when the children are asleep.

Mr. Egli completed an Independent Psychological Evaluation with Dr. Sarah Kleiman. The evaluation dated October 22, 2021, states:

"Results of the CAPS-5 interview indicated that Mr. Egli clearly meets the diagnostic criteria for PTSD. Mr. Egli endorsed a total of 12 clinically significant symptoms currently. His total current symptom severity score on the CAPS-5 was a 34, which reflects a severe overall PTSD symptom severity. Mr. Egli reported that he currently experiences intrusive memories of the blast, repetitive nightmares, avoidance of traumatic memories of the explosion, avoidance of reminders of the explosion, persistent negative beliefs about himself, others, and the world, frequent anhedonia, interpersonal estrangement from friends and family, dampened positive affect, irritable behavior, reckless and self-destructive behavior, hypervigilance, and significant sleep disturbance.

Mr. Egli reported that his PTSD symptoms began right after the EPF blast. Mr. Egli explained: "The EFP attack changed who I am as a person...I never really felt the same." His symptoms were at their worse during the several years after the EPF blast (2007-2011). Based on his extensive report of symptoms during that time, Mr. Egli's CAPS-5 total severity was a 57, which reflects very severe overall PTSD symptom severity. Mr. Egli reported that during those years,

he was not able to cope with intrusive memories of the blast, was experiencing recurrent nightmares with more than an hour of sleep loss per episode, extreme anger, and panic when reminded of the blast, significant alcohol use to try to avoid memories of the blast, avoiding "everything" that could remind him of the blast, extreme survivor's guilt, lack of interest in all activities, complete emotional numbness, anger outbursts that resulted in punching holes in the walls and withdrawal, being in a perpetual state of hypervigilance, inability to focus on schoolwork, and significant sleep impairment. These symptoms resulted in significant academic, social, and occupational impairment. Although his symptoms have improved somewhat since that time, they continue to create a significant challenge for his day-to-day life and require significant effort to cope with.

The PCL-5 is a validated and widely used 20-item self-report instrument that was also administered to assess Mr. Egli's PTSD symptom severity in accordance with the diagnostic criteria established by the DSM-5. Congruent with the results of the CAPS-5 interview, Mr. Egli's total PCL-5 score was a 53, which is well above the diagnostic threshold (33) for PTSD among OIF veterans and indicates a severe level of current PTSD symptom severity….

Mr. Egli's score on the B-IPF was 54, which indicates a severe level of PTSD-related psychosocial impairment. Specifically, Mr. Egli's responses indicate that he experiences significant impairment in his marital and family relationships and friendships, considerable impairment in his ability to complete work tasks, and some impairment in his ability to complete household tasks. This was echoed during the CAPS interview when he reported that his PTSD symptoms make it difficult to connect with others and get along with his family. When asked about his relationships with family and friends, he explained that they are "almost non-existent." He also reported that work is much more difficult for him due to his PTSD symptoms because he finds it very uncomfortable to be around other people and it takes considerable effort to cope with his internal anxiety. Mr. Egli's peak PTSD symptoms between 2007-2011 also resulted in him dropping out of school and being unemployed for long periods of time.

**SUMMARY**

Mr. Adam Egli is 35-year-old veteran of the United States Army who experienced an EPF blast during his deployment to Iraq during Operation Iraqi Freedom. The purpose of this assessment was to obtain a current view of Mr. Egli's PTSD symptoms and resulting psychosocial impairment related to his exposure to the EFP blast. In service of this goal, Mr. Egli completed battery of psychological assessments including both self-report questionnaires (B-IPF, PCL-5) and structured diagnostic interviews (CAPS-5). The results of these instruments unanimously indicate that Mr. Egli unequivocally meets the diagnostic criteria for PTSD as listed in the Diagnostic and Statistical Manual of Mental Disorders–Fifth Edition. The results of these assessments reflect a severe symptom severity level that has resulted in chronic psychosocial impairment."

**<u>PSYCHOSOCIAL EVALUATION:</u>**

Mr. Egli is 35-year-old veteran of the United States Army who was deployed to Iraq during Operation Iraqi Freedom. The results of Dr. Kleiman's evaluation and PTSD assessment indicate that Mr. Egli currently meets the diagnostic criteria for PTSD as listed in the DSM-5. The results of Dr. Kleiman's Psychological Evaluation reflect a severe symptom severity level that has resulted in chronic psychosocial impairment 14 years after his injuries in Iraq.

Mr. Egli indicated that he feels like his personal, professional, and social life has been significantly negatively affected by his physical injuries and ongoing PTSD, Anxiety, Depression and TBI symptoms. Mr. Egli stated that he had great difficulty functioning and due to his symptoms and pain. He also indicated that due to his considerable PTSD symptoms and related issues, it has severely impacted his familial relationships (e.g., fights with his wife, problems with his three children, social withdrawal).  Mr. Egli stated during our clinical interview that following his injuries his familial relationships changed: "It has taken a lot of therapy to try and help heal the relationships with my family. Me and my wife have worked very hard not to split up and have almost divorced a few times. It has been the worst for my daughter Kyleigh since she is the oldest, she sees the fights and has trouble understanding what I have been dealing with."

The medical records and self-report indicate that Mr. Egli has suffered from considerable impairment in his daily functioning (e.g., he does not like to leave his home anymore, no longer sees his friends, does not see his family much anymore). During our clinical interviews he frequently became frustrated, irritable, angry and appears to have some difficulty concentrating when concepts become more complex.

During our clinical interviews, Mr. and Mrs. Egli shared some of their recent challenges with his PTSD and related psychological conditions. Approximately 6 months ago they almost started divorce proceedings during the COVID-19 lockdown. They indicated that Mr. Egli was working full-time, the stress increased, and she "was home 100% of the time with the children." Ms. Egli stated Adam was unable to sleep at night, had frequent PTSD nightmares, and because he was not sleeping, he would become "irritable and angry with us. We were growing apart and were miserable." This led to Mrs. Egli and the two oldest children starting counseling and taking the Celexa daily.

In a private interview with Mrs. Egli, she was able to share some examples of his PTSD symptoms, irritability, and angry outbursts. She stated that their marriage is extremely stressed and "he does nothing around the house. I fix the cars, do everything for the kids and he frequently screams and yells at everyone." Mrs. Egli provided an example of their oldest daughter who recently had a choir concert. After a brief period of time, Mr. Egli left the concert and "it tore her up inside. She can't wait to move out of the house due to his angry outbursts and both daughters tell me to divorce him." Mrs. Egli became emotional during our interview and stated she tries to explain to the children that due to his PTSD he gets very anxious around people, and it affects his behavior. I suggested that she explore "Give an hour," a pro bono clinical mental health program for veterans and their families where therapists provide free counseling services. Mrs. Egli stated that she would explore this and indicated: "I have been thinking about it, I am going to give him an ultimatum. Either we resume counseling, or we are getting a divorce."

It is very clear that Mr. Egli's psychological injuries have not only affected his relationship with his wife but also his children. His oldest daughter, Kyleigh, is 16 years old, attends weekly counseling sessions, and takes 20 mg of Celexa a day. His middle child, Brynn, is 14 years old. She has tried counseling for a while but stopped and takes 20 mg of Celexa a day. The youngest child, Torrin, is 12 years old, has not started counseling or any psychological medications. Mrs. Egli has also previously completed family and individual counseling and takes 10 mg of Celexa daily.

It is strongly recommended that Mr. Egli continue individual and family therapy with his wife (Danielle) and children (Kyleigh, Brynn, Torrin) to address his clinical mental health issues (e.g., PTSD, Depressive Disorder, Anxiety, TBI). Mr. Egli stated at the time of our clinical interviews

that he was considering therapy to work on some of these issues. It seems that counseling and therapy were helpful in the past to mitigate his PTSD symptoms.  Mr. Egli's mental health treatment will probably be required for the long-term due to his complex injuries, PTSD and resulting limitations (as well as family therapy to keep the family together).

## VOCATIONAL TESTING:

Mr. Egli was tested to establish his residual employment skills in addition to allowing this consultant an opportunity to make judgments about his work personality and motivation.

Intellectually, Mr. Egli demonstrated Average reasoning ability (SS: 107) on a non-verbal reasoning test (Average IQ range is from 90 to 109).  The test emphasizes an individual's ability to solve non-verbal problems and eliminates the requirement for academic skills.  The result indicates that he could learn new skills required either through a formal vocational training or college program, on-the-job training, or a vocational training program with accommodations. However, due to his ongoing PTSD symptoms, Anxiety, Depression, difficulty concentrating, and orthopedic injuries, efforts to rehabilitate him via a program of vocational rehabilitation would require assistive technology and reasonable accommodations for him to complete a college degree.

Mr. Egli indicated during our clinical interviews, after his multiple injuries he had significant difficulty concentrating, some problems with his memory, but worked extra hard to complete the vocational testing during our appointment. Mr. Egli was provided extra time and accommodations (e.g., two appointments to complete the testing, he had difficulty with the math test). As the math test became more complex, he had difficulty and had to re-read the questions several times to try and understand them. He then became frustrated and angry that he could not complete any more of the math test.

During the vocational testing, Mr. Egli appeared to put forth consistent effort, however he became frustrated and irritable at times during the testing. It appeared as the tests became more complex, he had additional difficulty concentrating and became frustrated. Overall, I believe that Mr. Egli completed the tests to the best of his ability and would not have completed the testing if ongoing support were not provided. I did my best to encourage and support Mr. Egli so he would complete the testing.

Mr. Egli demonstrated Average levels of academic achievement.  His reading was rated at the >12.9 grade level, which would be equal or superior to 66 out of 100 people within his age range (Standard Score 106).  Mr. Egli's sentence comprehension was rated at the >12.9 grade level, which would be equal or superior to 47 out of 100 people in his age range (Standard Score 99). His arithmetic skills were rated at >12.9 grade level, during an untimed administration, which would be equal or superior to 61 out of 100 people within his age range (Standard Score 104). Mr. Egli became a little frustrated during the sentence comprehension and math testing and it appears like his TBI has left him with some memory deficits. During the vocational testing, a good working relationship was eventually established and maintained throughout the evaluation. However, the results of this evaluation are felt to be reliable and valid for the vocational evaluation purposes.

Mr. Egli completed the Self-Directed Search an instrument created by Dr. John Holland. The Self-Directed Search (SDS) is a career interest test that asks questions about the individual's aspirations, activities, skills, and interests in different jobs. From the responses, the SDS produces

their personal three-letter Summary Code, which can used to find occupations and fields of study that match well with the individual's personality. The SDS is based on John Holland's theory that both people and working environments can be classified according to six basic types: Realistic, Investigative, Artistic, Social, Enterprising, and Conventional. These personality types are known together as RIASEC. More than 35 million people worldwide have used the SDS to discover the careers and fields of study that are likely to satisfy them. Individuals who are changing careers, college students and young adults frequently utilize the SDS to narrow down their educational focus, decide whether college or vocational school is the right path, choose majors and select occupations for exploration. The SDS generates a list of fields of study and occupations that can help the individual identify vocational objectives and goals.

Mr. Egli' SDS summary code was ERS (Enterprising – 41, Realistic – 40, Social – 36). His scores for the third Holland code were both 34 (Artistic, Conventional) compared to 36 for Social. Thus, his Holland code could also be considered ERA or ERC for vocational exploration. The summary code is a way of organizing information about people and jobs. It can be used to discover how the individual's pattern of interests, self-estimates, and competencies resembles the patterns of interests and competencies that occupations may demand. This way the summary code locates suitable groups of occupations to consider. A basic explanation of each personality and work environment is listed below:

**Enterprising (E)**

Enterprising individuals are energetic, ambitious, adventurous, sociable and self-confident. They enjoy activities that require them to persuade others, such as sales, and seek out leadership roles. They are invigorated by using their interpersonal, leadership and persuasive abilities to obtain organizational goals or economic gain but may avoid routine or systematic activities. They are often effective public speakers and are generally sociable but may be viewed as domineering. They view themselves as assertive, self-confident and skilled in leadership and speaking but lacking in scientific abilities. The preferred work environment of the enterprising type encourages them to engage in activities, such as leadership, management and selling, and rewards them through the attainment of money, power and status. Typical enterprising careers include salesperson, business executive and manager.

**Realistic (R)**

Realistic individuals are active and stable and enjoy hands-on or manual activities, such as building, mechanics, machinery operation and athletics. They prefer to work with things rather than ideas and people. They enjoy engaging in physical activity and often like being outdoors and working with plants and animals. People who fall into this category generally prefer to "learn by doing" in a practical, task-oriented setting, as opposed to spending extended periods of time in a classroom. Realistic types tend to communicate in a frank, direct manner and value material things. They perceive themselves as skilled in mechanical and physical activities but may be uncomfortable or less adept with human relations.  The preferred work environment of the realistic type fosters technical competencies and work that allows them to produce tangible results. Typical realistic careers include electrician, engineer, veterinarian and the military.

**Social (S)**

Social individuals are humanistic, idealistic, responsible and concerned with the welfare of others. They enjoy participating in-group activities and helping, training, healing, counseling or

13

developing others. They are generally focused on human relationships and enjoy social activities and solving interpersonal problems. Social types seek opportunities to work as part of a team, solve problems through discussions and utilize interpersonal skills but may avoid activities that involve systematic use of equipment or machines. Because they genuinely enjoy working with people, they communicate in a warm and tactful manner and can be persuasive. They view themselves as understanding, helpful, cheerful and skilled in teaching but lacking in mechanical ability. The preferred work environment of the social type encourages teamwork and allows for significant interaction with others. Typical social careers include teacher, counselor and social worker.

**Artistic (A)**

Artistic individuals are original, intuitive and imaginative and enjoy creative activities, such as composing or play in music, writing, drawing or painting and acting in or directing stage productions. They seek opportunities for self-expression through artistic creation. People who fall into this category prefer flexibility and ambiguity and have an aversion to convention and conformity. Artistic types are generally impulsive and emotional and tend to communicate in a very expressive and open manner. They value aesthetics and view themselves as creative, non-conforming and an appreciating or possessing musical, dramatic, artistic or writing abilities while lacking clerical or organizational skills. The preferred work environment of the artistic type fosters creative competencies and encourages originality and use of the imagination in a flexible, unstructured setting. Typical artistic careers include musician, reporter and interior decorator.

**Conventional (C)**

Conventional individuals are efficient, careful, conforming, organized and conscientious. They are comfortable working within an established chain of command and prefer carrying out well-defined instructions over assuming leadership roles. They prefer organized, systematic activities and have an aversion to ambiguity. They are skilled in and often enjoy maintaining and manipulating data, organizing schedules and operating office equipment. While they rarely seek leadership or "spotlight" roles, they are thorough, persistent and reliable in carrying out tasks. Conventional types view themselves as responsible, orderly and efficient, and possessing clerical, organizational and numerical abilities. They may also see themselves as unimaginative or lacking in creativity. The preferred work environment of the conventional type fosters organizational competencies, such as record keeping and data management, in a structured operation and places high value on conformity and dependability. Typical conventional careers include secretary, accountant and banker.

Below are a few occupations suggested for vocational exploration given Mr. Egli's background, results on his psychometric testing, and structured clinical interview. Unfortunately, most of these occupations appear to be beyond his physical and psychological capacity given his multiple injuries and medical diagnoses (e.g., left knee injury, back pain, PTSD, TBI, Anxiety, Depression, hearing impairment) and resulting limitations and significant deficits:

- Farm Labor Contractors (ERS)
- First-Line Supervisors of Firefighting and Prevention Workers (ERS)
- Police and Sheriff's Patrol Officers (ERS)
- Chefs and Head Cooks (ERA)
- Aircraft Cargo Handling Supervisors (ERC)
- First-Line Supervisors of Helpers, Laborers, and Material Movers (ERC)

14

- First-Line Supervisors of Landscaping, Lawn Service and Groundskeeping Workers (ERC)
- First-Line Supervisors of Production and Operating Workers (ERC)

## VOCATIONAL ANALYSIS:

While performing the majority of Mr. Adam Egli's prior work activity, he exhibited an occupationally significant combination of skills and abilities working as a United States Army Sergeant of the 3rd Brigade, 2nd Infantry Division, Bravo Company, 2nd Battalion, 3rd Infantry Regiment. Mr. Egli collected, evaluated, and prepared military operation and intelligence information for operations. He assisted superiors in organizing and operating patrol operations when deployed in field. Mr. Egli prepared operation maps, maintained situation maps, indicating location, strength, tactical deployment, and emplacements of friendly and enemy units. He received and recorded on situation maps pertinent information obtained from military intelligence and reconnaissance reports, using conventional signs and symbols. Mr. Egli prepared and maintained security operations journals, which contained briefs of important written, and oral messages received and sent, notations of periodic reports, orders, and specified matters that pertain to sections or units. Mr. Egli assisted superiors in preparing military security reports and special reports upon completion of operations.

The work is generally learned through a combination of basic training, advanced training and on-the-job training lasting anything beyond three months to and including six months (SVP = 4). The work is usually considered Medium in exertion (frequent lifting of 25 pounds with a maximum of up to 50 pounds). However, in certain conditions (e.g., battlefield) the physical exertion could rise to the Very Heavy level.

While performing the majority of Mr. Egli's current work activity, he exhibits an occupationally significant combination of skills and abilities working as a Truck Terminal Manager (O*Net 11-3071.00/DOT 184.167-110). In this position Mr. Egli directs and coordinates activities of terminal used by trucking concerns as intermediate freight distribution or shipping point. He reviews schedules to ascertain trucking concerns having freight consignments for terminal and shipments originating from terminal to plan activities. Mr. Egli assigns workers to specific duties, such as loading or unloading trucks, checking incoming and outgoing shipments against bills of ladings, and moving freight into and out of storage. He may occasionally hire terminal personnel or order workers from union dispatch office.

The work is generally learned through a combination of a four-year bachelor's degree, on-the-job training and work experience lasting anything beyond four years to and including ten years (SVP = 8). The work is usually considered Sedentary to Light in exertion (frequent lifting of a negligible weight to 10 pounds with a maximum of up to 20 pounds).

## VOCATIONAL REHABILITATION SERVICE RECOMMENDATIONS:

Mr. Egli has been diagnosed with the following severe and complex injuries left open patellar fracture with traumatic arthrotomy and post traumatic arthritis, residual scars due to shrapnel, face, neck and back, residual shrapnel wound with patellar tendon loss, retained foreign bodies (shrapnel) knee, back, neck and face, TBI, PTSD, Depression, Anxiety, Alcohol Abuse, Tinnitus and a Hearing Impairment.

Mr. Egli has been determined to be 70% permanently disabled by the Veterans Administration. He shared some of the challenges that he faces in life (e.g., mobility problems, ongoing chronic PTSD symptoms, Anxiety, Depression, some TBI symptoms, bad headaches, difficulty concentrating, prior Substance Abuse, marital discord), but was able to successfully complete the vocational testing for this evaluation (although it took two appointments to complete the clinical interviews and psychometric testing).

Dr. Francis McGuigan's Independent Medical Examination indicated: "Sgt. Egli is still married with two children. Because of his musculoskeletal and psychological injuries, it was difficult obtaining and maintaining employment over the last 14 years. He was unable to complete his college degree because of limitations imposed by his medical conditions. His disability negatively impacted his relationship with his wife and two children. It was the cause of alcohol abuse.

Sgt. Egli also has both moderate PTSD and mild TBI. These emotional and mental impairments are lifelong and permanent. Sleep impairment is an additional detractor. They further negatively impact his employment, his ability to enjoy normal activities of daily family life, and his personal development.

**D.  Future Medical Care, Procedures and Needs**

It is difficult to fully assess Sgt. Egli's future medical needs. It is obvious that he will require orthopedic and psychological care. He will require a left total knee replacement at some point in his life. The risk of infection and need for a revision will be higher than the average person undergoing the procedure. The normal revision rate of one to two percent per year would be increased at least twofold.

Sgt. Egli will require ongoing counseling and pharmacologic support for his TBI and PTSD. The TBI may cause early cognitive decline."

Dr. Kleiman, who evaluated Mr. Egli for PTSD, stated in her psychological evaluation: "Mr. Egli reported that during those years, he was not able to cope with intrusive memories of the blast, was experiencing recurrent nightmares with more than an hour of sleep loss per episode, extreme anger and panic when reminded of the blast, significant alcohol use in order to try to avoid memories of the blast, avoiding "everything" that could remind him of the blast, extreme survivor's guilt, lack of interest in all activities, complete emotional numbness, anger outbursts that resulted in punching holes in the walls and withdrawal, being in a perpetual state of hypervigilance, inability to focus on school work, and significant sleep impairment. These symptoms resulted in significant academic, social, and occupational impairment…

When asked about his relationships with family and friends, he explained that they are "almost non-existent." He also reported that work is much more difficult for him due to his PTSD symptoms because he finds it very uncomfortable to be around other people and it takes considerable effort to cope with his internal anxiety. Mr. Egli's peak PTSD symptoms between 2007-2011 also resulted in him dropping out of school and being unemployed for long periods of time."

It appears given the available medical and psychological data, efforts to provide vocational rehabilitation services would be difficult given his physical limitations, chronic and severe PTSD symptoms, some TBI symptoms, irritability, and ongoing psychological symptoms (e.g., Anxiety, Depression). I believe additional vocational rehabilitation efforts would not enable Mr. Egli to

maintain full-time gainful employment at another competitive employer given his complex injuries and deficits. He is very fortunate that he currently has an employer (via his father's long-term work with them and connections) and supervisor that is a Marine Corps Veteran who is understanding of his PTSD, angry outbursts, and is willing to provide significant accommodations. Most employers would not be so willing to accommodate his frequent desire to quit, take breaks as needed, and interpersonal estrangement.

## ANALYSIS OF EARNING CAPACITY:

Mr. Egli's earning capacity is evaluated using the RAPEL methodology (Weed, 1993, 2010, 2012), widely published in the rehabilitation counseling literature and the most widely used methodology for evaluation of earning capacity by rehabilitation counselors. This methodology considers labor market access, placeability, earnings, labor force participation and work life expectancy as well as the need for a rehabilitation plan to enhance these variables, if appropriate.

The relationship between educational attainment and earnings is well documented in human capital theory research and statistics compiled by the U.S. Government. In evaluating the earning capacity of an individual, the probabilities of alternate levels of educational attainment are foremost based on familial and demographic characteristics. There is strong evidence that parental characteristics have a strong relationship to the level of earnings and to the number of years of schooling ("Family Background and Labor Market Outcomes," BLS Research Papers, U.S. Department of Labor).

## MICHIGAN LABOR MARKET DATA:

If Mr. Egli did not have his numerous injuries and medical conditions (e.g., left open patellar fracture with traumatic arthrotomy and post traumatic arthritis, Post-Traumatic Stress Disorder, TBI, Depression, Anxiety, Alcohol Abuse, Tinnitus and a Hearing Impairment), and his subsequent resulting severe psychological limitations, he would be able to complete a four-year college degree and work in several occupations (e.g., Transportation Manager, Distribution Center Manager, Shipping Manager, Supply Chain Logistics manager, Warehouse Supervisor).

Mr. Egli is very fortunate that he was able to obtain a Terminal Manager's position via his father's connections with SAIA Freight Company (and allowed him to return after quitting several times). This occupation (O*Net 11-3071.00) usually requires a four-year college education according to the U.S. Department of Labor data. He is not a competitive candidate for similar positions given his current educational attainment, psychological conditions, and ongoing severe PTSD symptoms.

In the state of Michigan employment of Trucking Terminal Managers was 3,400 in 2018 (137,600 in the United States) and is projected to increase to 3,490 in 2028 (149,000 in the United States). There are 280 current projected openings in Michigan and employment is expected to increase by 3 percent from 2018 to 2028. This is currently a slower growing occupation across Michigan and across the United States growth is projected to be higher at 8%, which is faster than average growth. This is a labor market with limited opportunities to advance in Michigan but some opportunities to advance nationally. The median annual wages in Michigan were $99,770 or $47.97 per hour in 2020. The lowest 10 percent earned $58,310 or $28.04 per hour and the top 10 percent earned $155,750 or $74.88 per hour. Across the United States the median annual wages in were $96,390 or $46.34 per hour in 2020. The lowest 10 percent earned $56,970 or $27.39 per hour and the top 10 percent earned $164,140 or $78.91 per hour.

17

**LABOR FORCE PARTICPATION:**

Selection of worklife expectancy tables deferred to an economist and/or medical expert. However, there is nothing in the medical records reviewed, the conclusions of Drs. McGuigan, Kleiman or in this evaluation to suggest that Mr. Egli sustained any loss to worklife expectancy and labor force participation over his lifetime.

**DISCUSSION AND OPINIONS:**

Medical evidence, self-report and the records indicate on July 31, 2007, Mr. Egli was in a Stryker vehicle that was hit by an explosively formed penetrator (EFP). As a result of the EFP blast, Mr. Egli was severely injured, three service members and civilians were killed, and several other service members sustained serious injuries. Both Mr. and Mrs. Egli stated that every year around the anniversary of his injuries on July 31st his psychological symptoms increase and he "goes into a shell."

Dr. Francis McGuigan's IME report states that Mr. Egli has permanent physical and psychological limitations and sustained the following injuries: left open patellar fracture with traumatic arthrotomy and post traumatic arthritis, residual scars due to shrapnel, face, neck and back, residual shrapnel wound with patellar tendon loss, retained foreign bodies (shrapnel) knee, back, neck and face, TBI, PTSD, Depression, Anxiety, Alcohol Abuse, Tinnitus and a Hearing Impairment.

Dr. Francis McGuigan's November 1, 2021, IME states: "Because of his musculoskeletal and psychological injuries, it was difficult obtaining and maintaining employment over the last 14 years. He was unable to complete his college degree because of limitations imposed by his medical conditions. His disability negatively impacted his relationship with his wife and two children. It was the cause of alcohol abuse.

Sgt. Egli also has both moderate PTSD and mild TBI. These emotional and mental impairments are lifelong and permanent. Sleep impairment is an additional detractor. They further negatively impact his employment, his ability to enjoy normal activities of daily family life, and his personal development."

Dr. Francis McGuigan's IME also indicates that Mr. Egli will require a left total knee replacement in the future, ongoing orthopedic care (back and knee pain) and psychological treatment (e.g., counseling, family therapy, pharmacological) for this PTSD and TBI.

Psychologically, the records indicate that Mr. Egli exhibited symptoms of PTSD following his complex injuries and still has been experiencing PTSD symptoms the last 14 years. It appeared during our clinical interview, that Mr. Egli was showing severe signs of PTSD, some symptoms of TBI and he had difficulty concentrating and had some memory deficits. His multiple disabilities have severely affected his interaction with his family, friends and preclude his ability to work full-time in a competitive environment. It is strongly recommended that he resume his individual and family therapy to adjust to his complex disabilities and resulting limitations.

A Psychological Evaluation from Dr. Sarah Kleiman dated October 22, 2021, states:

"Mr. Egli completed battery of psychological assessments including both self-report questionnaires (B-IPF, PCL-5) and structured diagnostic interviews (CAPS-5). The results of

these instruments unanimously indicate that Mr. Egli unequivocally meets the diagnostic criteria for PTSD as listed in the Diagnostic and Statistical Manual of Mental Disorders–Fifth Edition. The results of these assessments reflect a severe symptom severity level that has resulted in chronic psychosocial impairment.

Mr. Egli's significant PTSD symptoms remain despite his engagement in psychological and pharmacological treatment for PTSD for approximately five years. Research evidence suggests that Mr. Egli could likely benefit from a full course of trauma-focused therapy, which is the gold standard treatment for PTSD (e.g., Prolonged Exposure, Cognitive Processing Therapy)."

Behaviorally, Mr. Egli had no previous problems with his behavior before his multiple injuries sustained in the EFP blast. In fact, he did very well in the U.S. Army, became a sergeant, and was planning on completing his college degree until his psychological symptoms increased and he quit school on two separate occasions (e.g., Purdue University, Gwinnett College). Unfortunately, following his physical disability, PTSD, TBI, Anxiety, Depression his behavior changed, and he got into confrontations with family members, co-workers, and friends. He no longer sees his friends, extended family members and does not like to go out of his home (to the children's activities, shopping, dinners). Mr. Egli' psychological conditions also negatively affected his familial relationships (e.g., he can not sleep in the same room as his wife due to PTSD flashbacks and nightmares, frequent outbursts of anger, estrangement with his wife and children).

Academically, Mr. Egli obtained his GED and attended Purdue University and Gwinnett College. However, each time at both programs his psychological symptoms increased as the academic work got harder, as time went on, he was unable to cope with the stress and he quit attending classes. Mr. Egli was having great difficulty keeping up with his classes, required several reasonable accommodations and ultimately stopped attending due to several issues (e.g., PTSD symptoms, some TBI symptoms, Anxiety, Depression, difficulty with the course work). It does not appear that Mr. Egli will be able to complete a college education that is normally required by employers for the type of work he currently does (e.g., Trucking Terminal Manager).

Vocationally, Mr. Egli is currently struggling to work full-time as a Terminal Manager for SAIA Freight and is earning approximately $115,000 a year. He obtained this job via his father's long-term connections with this employer. He also has a supervisor who is a Marine Corps Veteran who provides extensive accommodations and emotional support to keep him working. Since Mr. Egli sustained multiple injuries in the EFP blast, over the last several years as his physical and PTSD symptoms continued, he needs to take a time off and stops working "to recover." He has quit his current employer several times and they so far have accommodated his strange behavior. Mr. Egli has been rated by the Veterans Administration as 70% permanently disabled. Mr. Egli's PTSD symptoms have become so difficult for his family, Mrs. Egli is going to submit the new psychological evidence to obtain a 100% disability rating (as she did previously).

Mrs. Egli stated during our clinical interview, "He talks about quitting all the time in front of the kids and it is very upsetting to me and the children. His current boss is a Marine Corps Vet and is extremely supportive and talks him out of quitting all the time."

I believe that Mr. Egli in the long-term will be unable to work full-time given his complex injuries and chronic psychological symptoms. Given Mr. Egli's severe PTSD symptoms, frequent outbursts of anger, TBI symptoms, Anxiety, Depression, and physical limitations, I believe he would be able to maintain part-time employment over the long-term. After the two clinical interviews with Mr. and Mrs. Egli, it sounds like they are on the verge of a divorce (e.g., she is

19

going to give him an ultimatum to resume therapy or she will start divorce proceedings, her children frequently tell her to get a divorce, their oldest daughter, Kyleigh, who is 16 years old cannot wait to move out due to Mr. Egli's angry outbursts and verbal abuse). If something like a divorce occurs, Mr. Egli would likely resume his substance abuse, quit working all together, and never obtain another job like he has currently.

Mr. Egli is likely to experience a significant loss of earnings capacity as the medical and psychological evidence indicates that it would be almost impossible for him to maintain full-time competitive employment long-term given the facts of this case, his ongoing severe PTSD symptoms, and complex combination of orthopedic, cognitive and psychological issues.

In summary, the results of this vocational evaluation suggest that Mr. Egli is precluded from working full-time in a competitive environment given the combination of his complex orthopedic injuries and limitations, ongoing severe PTSD symptoms, TBI symptoms, Anxiety, Depression, memory deficits, impaired concentration, and substance abuse history.

Thank you for giving me the opportunity to provide this vocational evaluation of Mr. Egli's capacity to participate in the labor market. Opinions expressed in this report are based on all of the evidence available and research conducted at the time of its writing. If further data becomes available, I would be happy to supplement this report if my opinions are impacted. All of my opinions have been stated to a reasonable degree of rehabilitation counseling certainty. If you have any questions please feel free to contact me.

Scott Beveridge, PhD, LCPC-S, CRC, CDMS, ABVE-D
Associate Professor of Counseling

# Exhibit 2(d)

Alberstone Declaration

**Curriculum Vitae**

**SCOTT BEVERIDGE, Ph.D., LCPC, CRC, CDMS**
**The George Washington University**
**Department of Counseling and Human Development**
**2134 G Street, NW, Suite 318, Washington, DC 20052**
**beveridg@gwu.edu**
**(202) 994-2473**

## 1. Personal Information

### Education:

| | |
|---|---|
| 1999-2003 | University of Maryland<br>College Park, Maryland<br>Ph.D. - Counselor Education |
| 1999-2001 | University of Maryland<br>College Park, Maryland<br>Advanced Graduate Specialist - Rehabilitation Counseling |
| 1992-1994 | Towson University<br>Towson, Maryland<br>Master of Arts:  Psychology/Counseling Psychology |
| 1986-1990 | Towson University<br>Towson, Maryland<br>Bachelor of Science:  Economics & Business Administration |

### Professional Work Experience:

2017 to Present  The George Washington University
        Washington, DC

        **Associate Professor**

        Instruction of several Rehabilitation Counseling and Career
        Counseling courses both on campus, hybrid and online formats.
        Completion of research projects in collaboration with PhD
        candidates leading to peer-reviewed publications and paper
        presentations at national and international conferences.
        Participation in the Senate Education Policy Committee working
        on various important issues such as new standards for online
        courses, student retention policy, sexual harassment policy and
        related GWU matters

2015 to 2016          The George Washington University
                      Washington, DC

**Interim Program Coordinator for the Rehabilitation
Counseling Program**

Served as the Interim Program Coordinator and was responsible
for marketing and recruitment of new students. We had a
significant increase in enrollment from (8) students in the
Foundations of Rehabilitation Counseling to (18) students. I also
completed all of the CORE Accreditation reports, attended all
coordinator meetings, assisted students to obtain internship
placements and completed all of the academic advising for Dr.
Garcia's students when he was on sabbatical.

2010 to 2015          The George Washington University
                      Washington, DC

**Assistant Professor/Director of the Forensic Rehabilitation Program**

Duties include recruitment of graduate students, development of
new programs, counseling courses and concentrations (TBI,
Autism, Substance Abuse), methods of instruction, scheduling of
courses and administration of academic programs (Hybrid MA
grant). Developed and implemented the Forensic Rehabilitation
Counseling certificate program (2nd forensic program in the U.S.
and the only one to collaborate with law school faculty). In
addition to the above duties, instruction of several on campus,
distance, hybrid courses, and collaboration with faculty from
different departments and schools (Special Education, GW Law) to
operate academic programs. Supervision of research assistants
(funded and pro bono) working on several ongoing research
projects

2009 to 2010          The George Washington University
                      Washington, DC

**Assistant Professor/Program Director**
Duties included organizing the on campus interviews of all masters
counseling candidates, scheduling of counseling courses, directing
the counseling program faculty meetings, served as the chairperson
of the Technology Advisory Committee, development of a new
Forensic Rehabilitation Counseling certificate program, in addition
to the teaching and research duties listed below.

| | |
|---|---|
| 2007 to 2008 | The George Washington University<br>Washington, DC |

**Visiting Assistant Professor**
Duties included teaching undergraduate and graduate counseling courses, distance education courses (i.e., Blackboard), and establishing and maintaining relationships with human service, federal, and state agencies. Mentoring and advising of graduate students as well as serving as the faculty advisor to Chi Sigma Iota the National Counseling Honor Society.

| | |
|---|---|
| 2004 to 2007 | University of Maryland<br>College Park, Maryland |

**Research Associate Professor/Co-Director of Job Development & Job Placement Program**
Coordinated, developed and recruited for the Job Development & Job Placement Certificate Program. Duties included teaching undergraduate and graduate counseling courses, internship courses, distance education courses (e.g., Blackboard, Web CT), establishing and maintaining relationships with human service, federal, and state agencies. Mentored and advised graduate and doctoral candidates and pursued external sources of funding.

| | |
|---|---|
| 2004 to present | University Rehabilitation Services<br>College Park, Maryland |

**Private Practice/Pro bono service**
Providing rehabilitation and career counseling services to persons with disabilities to obtain gainful employment outcomes. Evaluation of vocational capacity in a comprehensive report with recommendations for rehabilitation services. Providing assessment, job placement and forensic rehabilitation services to clients in Maryland, Virginia, and Pennsylvania.

| | |
|---|---|
| 2004 | University of Maryland<br>College Park, Maryland |

**Research Associate Professor/Co-Director of CRP RCEP**
Developed and instructed distance education counseling courses. Duties as Co-Director of CRP RCEP (Community Rehabilitation Providers Rehabilitation Continuing Educational Program) for Federal Region III (MD, VA, DC, PA, DE, WV) included: assessment of training needs, developing educational curriculum, supervision of training staff, conducting research to improve

employment outcomes for persons with disabilities, building collaborative relationships with regional training institutions, community rehabilitation providers and federal, state and local human service/rehabilitation agencies.

1993-2004      Smolkin Vocational Services
Baltimore, Maryland

**Director of Assessment/Rehabilitation Supervisor**
Served as a vocational testing and evaluation specialist for private rehabilitation company serving workers' compensation, SSDI, and LTD cases. Evaluated client vocational capabilities, including transferable employment skills, academic skills, reasoning ability, vocational interests and manual dexterity. Reviewed and evaluated medically diagnosed physical, psychological and psychiatric limitations in a comprehensive vocational evaluation with recommendations for VR services. Supervised, administered and monitored case loads of rehabilitation counselors. Conducted employee orientation and professional development to improve vocational rehabilitation services and employment outcomes.

1989-1993      Smolkin Vocational Services
Baltimore, Maryland

**Vocational Rehabilitation Counselor**
Counseled and provided rehabilitation services for clients who have been disabled on the job.  Evaluated educational facilities for clients requiring retraining for a new vocation. Maintained contact with clients, employers, physicians, therapists, attorneys and family members as a means of coordinating total rehabilitation services.

**Internships:**

1994      Sinai Hospital-Vocational Services Program
Baltimore, Maryland

**Work Adjustment Training Counselor**
Counseled patients with disabilities receiving work adjustment training and rehabilitation services at Sinai Hospital.  Implemented a work adjustment study of Sinai's VSP patients and provided group and individual counseling for Sinai Hospital's patients with disabilities.

1993      Division of Rehabilitation Services (DORS)
Baltimore, Maryland

**Rehabilitation Counselor:**
Counseled clients involved in rehabilitation programs at the Maryland State Department of Education's Division of Rehabilitation Services (DORS). Completed training and worked in two different rehabilitation areas in rehabilitation administration and in the counseling department. Duties involved completing research to improve the rehabilitation outcomes for persons with disabilities and active counseling of clients participating in the DORS rehabilitation programs.

**Licensure and Certification:**

| | |
|---|---|
| 2014 | American Board of Vocational Experts – Diplomat (ABVE-D) |
| 2012 | Licensed Clinical Professional Counselor - Supervisor (LCPC-S) |
| 2002 | Licensed Clinical Professional Counselor (LCPC) |
| 1996 | Certified Disability Management Specialist (CDMS) |
| 1995 | Certified Rehabilitation Counselor (CRC) |

**Professional Associations:**

*Member of the Academy of Forensic Rehabilitation Research (AFRR)
*Member of the American Counseling Association (ACA)
*Member of International Association of Rehabilitation Professionals (IARP)
*Member of the National Rehabilitation Counseling Association
*Member of National Rehabilitation Association (NRA)
*Member of Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS)
*Member of Chi Sigma Iota- National Counseling Honor Society

**Leadership Positions:**

| | |
|---|---|
| 2014 to present | *Chair elect of Ethics Committee for the American Board of Vocational Experts (ABVE) |
| 2014 to present | *Chair elect of CORE's Commission for Accreditation and Standards |
| 2013 to present | *Editorial Board Member for the Journal of Rehabilitation Research, Policy and Education. |
| 2013 to present | *Editorial Board Member for the Australian Journal of Rehabilitation Counseling |

| | |
|---|---|
| 2013 to present | *Editorial Board Member for the International Association of Rehabilitation Professionals (IARP) |
| 2013 to present | *Member of the George Washington University's Senate Educational Policy Committee. |
| 2010 to present | *Commissioner for the Counsel on Rehabilitation Education (CORE) |
| 2010 to present | *University Liaison for the Academy of Forensic Rehabilitation Research (AFRR) |
| 2010 to present | *Editorial Board Member for the Journal of Forensic Rehabilitation Abstracts |
| 2006 to 2013 | *Editorial Board Member for the Journal of Applied Rehabilitation Counseling |
| 2000-2004 | *Member of the Maryland Workers' Compensation Commission Task Force and Legislative Committees |
| 2000-2001 | *President of Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS) |
| 1999-2000 | *President Elect of Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS) |
| 1998-1999 | *Member of the Maryland Workers' Compensation Commission Task Force revising COMAR Regulations |
| 1996-2001 | *Member of Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS) Legislative Committee |

## 2. Scholarly Activities and Research

### Teaching Positions:

| | |
|---|---|
| 2007 to present | The George Washington University Washington, DC |

CNSL 2376 Introduction to Rehabilitation Counseling
CNSL 6153 Counseling Interview Skills
CNSL 6154 Theories and Techniques of Counseling
CNSL 6155 Career Counseling
CNSL 6376 Foundations of Rehabilitation and Case Management

CNSL 6378 Disability Management and Psychosocial Rehabilitation
CNSL 6380 Job Placement and Supported Employment
CNSL 6381 Medical and Psychosocial Aspects of Disabilities
CNSL 6395 Foundations of Forensic Rehabilitation Counseling I
CNSL 6396 Foundations of Forensic Rehabilitation Counseling II

2004-2007          University of Maryland
                   College Park, Maryland

                   EDCP 310 Peer Counseling Theory and Skills
                   EDCP 460 Introduction to Rehabilitation Counseling
                   EDCP 499 Internship in Rehabilitation Counseling
                   EDCP 610 Professional Orientation
                   EDCP 619 Practicum in Counseling
                   EDCP 663 Rehabilitation and Treatment of Mental and Emotional
                            Disorders
                   EDCP 668 Job Development and Job Placement
                   EDCP 888 Internship in Rehabilitation Counseling

2001-2002          Teachers Assistant for EDCP 616 Counseling II: Theory and Practice
                   Teachers Assistant for EDCP 619 Practicum in Counseling

## Academic Awards:

2010          The George Washington University Service Excellence Committee
              nominated for the "Student Choice Award" recognizing my
              commitment to exceptional student service.

2011          The George Washington University Service Excellence Committee
              nominated for the "Collaboration Award" recognizing my
              commitment to exceptional collaboration between academic
              departments. This award relates to the new concentrations (TBI,
              Autism, Substance Abuse) for Rehabilitation Counseling students.
              This required collaboration between the Special Education and
              Disability Studies and Counseling and Human Development
              departments.

2012          Nominated for the International Association of Rehabilitation
              Professionals (IARP) "Outstanding Rehabilitation Educator of the
              Year" award to be awarded on October 27, 2012.

2013          The George Washington University Service Excellence Committee
              nominated and a finalist for the "Service Excellence Award for
              Faculty" recognizing my commitment to exceptional faculty
              service.

2015        The George Washington University Service Excellence Committee nominated and won the "Going the Extra Mile" (GEM) Award presented by President Knapp in July of 2015.

**Advising/Research Direction:**

Werth, C. (2005). Vocational rehabilitation for adults with mental illness at a one-stop center

Lepcha, R. (2006). Homeownership for people with disabilities: An informational program on achieving the American dream of homeownership.

Jennings, L. (2006). An exploration of treatment and counseling competencies for rehabilitation counselors and their attitudes toward people who are dully diagnosed.

Tuono, T. (2006). Motivational differences among students with learning disabilities and their effects on transition goal attainment.

Kingdom, S. (2006). The parent educational program for mothers who are in treatment for alcohol dependency.

Chu-Mei, L. (2006). A study of the job club group in the Virginia state vocational rehabilitation agency and exploring its new intervention for the future.

Ethridge, G. (2007). Career barriers and supports: Perceptions of consumers with disabilities.

Forster, C. (2007). A psychosocial program for individuals who are newly diagnosed with multiple sclerosis.

Sanchez, L. (2007). A peer support program for adults with mental illness.

Shane, M. & Del Toro, C. (2012). Current training needs of State-Federal rehabilitation counselors.

Karpen, S. & France, K. (2012). Importance and frequency ratings of ethical dilemmas experienced by forensic, private and public sector rehabilitation counselors.

Karpen, S. (2013). Online Distance Education: The JDJP program increases the earning capacity of under-represented rehabilitation counseling professionals.

## Articles and Publications:

Beveridge, S., & Durant, S. (2017) Critique of the American Community Survey as a Valid Instrument for Rehabilitation Counselors Estimating Future Earning Capacity. *Journal of Forensic Vocational Analysis,* 17, (1), 7-19.

Beveridge, S., & DiNardo, J. (2017) The International Association of Rehabilitation Professionals Salary Survey and Impressions of the CORE/CACREP Merger. *The Rehabilitation Professional,* 25, (2), 87-96.

Beveridge, S., Karpen, S., Chan, C., & Penrod, J. (2016). Application of the KVI-R to assess current training needs of private rehabilitation counselors, *Rehabilitation Counseling Bulletin,* 59 (4), 213-223.

Beveridge, S., Choi, J., & DiNardo, J., (2016). Application of the Knowledge Validation Inventory- Revised to Examine Individual and Regional Variation Training Needs of Rehabilitation Counselors. *Journal of Forensic Vocational Analysis,* 16, (2), 27-38.

McDaniel, R., Beveridge, S., & Chan, C., (2015). The impact of future technology on vocational evaluation, *Vocational Evaluation and Career Assessment and the Vocational Evaluation and Work Adjustment Journals Special Joint Issue,* 72-86.

Beveridge, S., Garcia, J., & Siblo, M. (2015). Comparison of ethical dilemmas across public and private sectors in rehabilitation counseling practice. *Rehabilitation Research, Policy and Education, 29* (3), 221-240.

Beveridge, S., Leconte, P., Shaine, M., Del Toro, C., & Penrod, J. (2015). Application of the KVI-R to assess current training needs of state-federal rehabilitation counselors. *Rehabilitation Research, Policy and Education, 29* (3), 241-260.

Beveridge, S., Karpen, S., Chan, C., & Penrod, J. (2015). Application of the KVI-R to assess current training needs of private rehabilitation counselors. *Rehabilitation Counseling Bulletin, 58* (4), 1-11.

Beveridge, S., Karpen, S., & Chan, C. (2015). Ethical considerations of an outcome based fee schedule for vocational rehabilitation consumers. *The Rehabilitation Professional, 23* (1), 11-22.

Beveridge, S. (2014). Longitudinal study of the State of Maryland's Division of Rehabilitation Services (DORS) vocational rehabilitation outcomes. *Journal of Forensic Vocational Analysis, 15* (2), 38-47.

Beveridge, S., Karpen, S., Hadjiyane, M., Weiss, B., & Liu, X. (2014). A mixed-methods case study of an online forensic rehabilitation counseling graduate certificate program. *The Rehabilitation Professional, 22* (3), 149-162.

Beveridge, S., Garcia, J., & Siblo, M. (2014). Comparison of ethical dilemmas across public and private sectors in rehabilitation counseling practice. *Rehabilitation Research, Policy and Education.*

Beveridge, S., Karpen, S. (2014). Online Distance Education: The JDJP program increases the earning capacity of under-represented rehabilitation counseling professionals. *Journal of Forensic Vocational Analysis, 15*(2), 18-24.

Beveridge, S., Karpen, S., & France, K. (2013). Importance and frequency ratings of ethical dilemmas experienced by forensic, private and public sector rehabilitation counselors. *The Rehabilitation Professional, 21*(2), 29-44.

Beveridge, S. (2011). George Washington University's forensic rehabilitation counseling program. *The Vocational Expert, 26*(1), 11.

Beveridge, S. (2011). American board of vocational experts program evaluation survey results. *Journal of Forensic Rehabilitation Abstracts*, 1(2), 124.

Beveridge, S. (2011). Understanding case law and using it to effectively make a point. *Journal of Forensic Rehabilitation Abstracts*, 1(2), 125.

Beveridge, S. (2011). Integrating the opinions of different experts in determining loss of earning capacity in personal injury cases. *Journal of Forensic Rehabilitation Abstracts,* 1(2), 125.

Beveridge, S. (2011). An approach to ergonomic intervention services:  Implications for case management. *Journal of Forensic Rehabilitation Abstracts,* 1(2), 126.

Beveridge, S. (2011). Retraining and job placement outcomes: A study in Maryland's worker's compensation system. *Journal of Forensic  Rehabilitation Abstracts,* 1(2), 126-127.

Schwallie-Giddis, P., & Beveridge, S. (2010). Don't expect complete rebound in jobs picture in short term. *Solutions Outlook 2010, 6 (2),* 58-59.

Beveridge, S. (2010). Forensic rehabilitation counseling at the George Washington University.  *The Rehabilitation Professional, 18(3).*

Beveridge, S. (2010). George Washington University's Forensic Rehabilitation Counseling Certificate Program. *The Experts' Express,* December 2010, 7.

Fabian, E., Beveridge, S., & Ethridge, G., (2009).  Differences in perceptions of career barriers and supports for people with disabilities by demographic, background and case status factors. *Journal of Rehabilitation, 75,* 41-49.

Beveridge, S., & Fabian, E. (2007). Vocational rehabilitation outcomes: A study on the relationship individualized plan for employment goals and employment outcomes. *Rehabilitation Counseling Bulletin, 50,* 238-246.

Beveridge, S., & Osia, K. (2007). Rehabilitation leadership and support: The defining edge of vocational goal congruency with employment outcomes. *Journal of Rehabilitation Administration, 31,* 77-89.

Beveridge, S. (2006). Public vocational rehabilitation outcomes: A study on the relationship between rehabilitation goals and employment outcomes. *The Rehabilitation Professional, 14,* 59-66.

Beveridge, S. (2005). Job Development and job placement for persons with disabilities. *Maryland's Workers' Compensation 101* (pp. 46-87). Eau Claire, WI: Lorman Educational Services.

Beveridge, S. (2004). Effective counseling techniques for vocational rehabilitation clients. *Workers' Compensation in Maryland* (pp. 51-89). Eau Claire, WI: Lorman Educational Services.

Beveridge, S. (2004). Ethics for vocational rehabilitation professionals. Beltsville, MD: BelJean Printing Company.

Beveridge, S. (2003). Counseling vocational rehabilitation clients with disabilities. *Workers' Compensation in Maryland* (pp. 57-92). Eau Claire, WI: Lorman Educational Services.

Beveridge, S. (2002). Retraining and job placement outcomes: A study in Maryland's workers' compensation system. *The Rehabilitation Professional, 10,* 50-57.

Beveridge, S., Craddock, S., Liesener, J., Stapleton, M., & Hershenson, D. (2002). Income: A framework for conceptualizing the career development of persons with disabilities. *Rehabilitation Counseling Bulletin, 45,* 195-206.

**Book Chapters:**

Hergenrather, K.C., McGuire-Kuletz, M., & Beveridge, S. (2015). Young adulthood and human development: Applications for persons with disabilities. In A. Sales (2nd ed.). *Human Growth Development Considerations for Rehabilitation Counselors*. Linn Creek, MO: Aspen Professional Services.

Beveridge, S., McDaniel, R., & Karpen, S. (2014). Forensic rehabilitation and case management. In D. Edwards (Ed.) *A Case Study Approach to Vocational Rehabilitation Counseling*. Linn Creek, MO: Aspen Professional Services.

Beveridge, S., & McDaniel, R. (2013). Forensic Rehabilitation. In D. Strauser  (2013). *Career Development, Employment, and Disability:  From Theory to Practice*. New York, NY: Springer Publishing.

Hergenrather, K.C., McGuire-Kuletz, M. Beveridge, S., Gitlin, D. J., & Barone, C. (2011). Young adulthood and human development: Applications for persons with disabilities. In A. Sales (Ed.) *Human Growth Development Considerations for Rehabilitation Counselors*. Linn Creek, MO: Aspen Professional Services.

## Selected Presentations:

Beveridge, S. (May, 2000). Maryland's Workers' Compensation Commission legislative update. Paper presented at the Annual Conference of the Chesapeake Association of Rehabilitation Professionals, Baltimore, MD.

Beveridge, S. (December, 2000). Comparison of workers' compensation laws. Workshop presented at the Annual Conference of the Virginia Association of Rehabilitation Professionals, Bethesda, MD.

Beveridge, S. (March, 2001). Vocational rehabilitation services in the private sector. Workshop presented at the University of Maryland, College Park, MD.

Beveridge, S. (May, 2001). Current issues in Maryland's vocational rehabilitation system. Paper presented at the Annual Conference of the Chesapeake Association of Rehabilitation Professionals, Baltimore, MD.

Beveridge, S. (June, 2001). Ethics workshop for vocational rehabilitation counselors. Workshop presented at the Annual Training Conference of the Maryland Workers' Compensation Commission

Beveridge, S. (December, 2001). From the exam room to the court room. Paper presented at the Annual Conference of the Virginia Association of Rehabilitation Professionals, Bethesda, MD.

Beveridge, S. (March, 2002). Retraining disabled workers. Paper presented at the University of Maryland's Graduate Research Day, College Park, MD.

Beveridge, S. (May, 2002). Vocational rehabilitation issues in the

private sector. Workshop presented to the U.S. Naval Academy's Fleet and Support Training Center, Annapolis, MD.

Beveridge, S. (October, 2002). Private vocational rehabilitation services in Maryland. Roundtable discussion at the University of Maryland, College Park, MD.

Beveridge, S. (April, 2003). Vocational rehabilitation outcomes: A study on the relationship between rehabilitation goals and employment outcomes. Paper presented at the Annual Conference of the Maryland Rehabilitation Association, Baltimore, MD.

Beveridge, S. (May, 2003). Vocational rehabilitation services provided in the private sector. Workshop presented to the U.S. Naval Academy's Fleet and Support Training Center, Annapolis, MD.

Beveridge, S. (June, 2003). Maryland's workers' compensation system. Workshop presented at the Lorman Education Services Program, Baltimore, MD.

Beveridge, S. (September, 2003). Vocational rehabilitation services provided in the private sector. Roundtable discussion at the University of Maryland,  College Park, MD.

Beveridge, S. (February, 2004). Ethics for vocational rehabilitation professionals. Workshop presented to the Department of Veterans Affairs, Washington, DC.

Beveridge, S. (May, 2004). Vocational rehabilitation services and employment outcomes. Workshop presented to the U.S. Naval  Academy's Fleet and Support Training Center, Annapolis, MD.

Beveridge, S. (May, 2004). Vocational rehabilitation services and employment outcomes. Paper presented at the Annual Conference of the International Association of Rehabilitation Professionals,  Scottsdale, AZ.

Beveridge, S. (June, 2004). Basic workers' compensation in Maryland. Workshop presented at the Lorman Education Services Program, Baltimore, MD.

Beveridge, S. (September, 2004). Vocational rehabilitation services and employment outcomes. Workshop presented at the University of Maryland, College Park, MD.

Beveridge, S. (November, 2004). Vocational rehabilitation services and employment outcomes. Workshop presented at the Annual Conference of the Maryland Rehabilitation Association, Baltimore, MD.

Beveridge, S., Fabian, E., & Ethridge, G. (March, 2005). Career barriers and supports for DORS consumers. Paper presented to the Maryland State Department of Education's Division of Rehabilitation Services, Leonardtown, MD.

Beveridge, S. (April, 2005). Ethics for vocational rehabilitation professionals. Workshop presented to the Maryland State Department of Education's Division of Rehabilitation Services, Baltimore, MD.

Beveridge, S. (June, 2005). Maryland's workers' compensation 101. Workshop presented at the Lorman Education Services Program, Baltimore, MD.

Beveridge, S. (September, 2005). Ethics for vocational rehabilitation professionals. Workshop presented at the Annual Conference of the Virginia Rehabilitation Association, Virginia Beach, VA.

Beveridge, S. (October, 2005). Job development and job placement in private vocational rehabilitation. Paper presented at the University of Maryland, College Park, MD.

Beveridge, S., Fabian, E., & Ethridge, G. (November, 2005). Career barriers and supports for DORS consumers. Paper presented at the Annual Conference of the Maryland Rehabilitation Association, Baltimore, MD.

Beveridge, S. (November, 2006). Ethics for vocational rehabilitation professionals. Workshop presented at the Annual Conference of the Maryland Rehabilitation Association, Ocean City, MD.

Beveridge, S., Fabian, E., & Ethridge, G. (November, 2006). Career barriers and the relationship to employment for DORS consumers. Paper presented at the Annual Conference of the Maryland Rehabilitation Association,

Ocean City, MD.

Beveridge, S. (2007). Ethics for Vocational Rehabilitation Professionals. Paper Presented to the Maryland Rehabilitation Association's Annual Conference, Baltimore, Maryland.

Beveridge, S. (2009). The JDJP program: An online educational approach for rehabilitation counselors. Paper presented to the National Council on Rehabilitation Education's 9th Annual Conference, San Antonio, Texas.

Beveridge, S. (2009). VR outcomes: The relationship between IPE goals, employment and job retention. Paper presented to the Maryland Division of Rehabilitation Services Annual Conference, Baltimore, Maryland.

Beveridge, S. (2009). VR outcomes: The relationship between IPE goals, employment and job retention. Paper presented to the National Council on Rehabilitation Education, Rehabilitation Services Administration and Council of State Administrators of Vocational Rehabilitation's Annual Conference, Washington, DC.

Beveridge, S., Garcia, J., & Siblo, M. (2010). Comparison of ethical dilemmas in the private-for-profit vs. public sectors of vocational rehabilitation. Paper presented to the National Council on Rehabilitation Education's 10th Annual Conference, Manhattan Beach, CA.

Beveridge, S. (2011). Forensics 101: Basic training for rehabilitation counselors and life care planners. Paper presented to the International Association of Rehabilitation Professionals (IARP) Annual conference, Las Vegas, NV.

Beveridge, S., Garcia, J., & Siblo, M. (2012). Ethical dilemmas: Are there differences between the public and private sectors? Paper presented to the National Rehabilitation Educators Conference (NCRE) Annual conference, San Francisco, CA.

Beveridge, S., Leconte, P., Del Toro, C., & Shanie, M. (2012, November). Current training needs of State-Federal rehabilitation counselors. Paper presented to the National Rehabilitation Educators Conference (NCRE) Annual conference, Arlington, VA.

Beveridge, S., Costantini, P., & Robinson, R. (2012, November)
Forensic 201: Methods, expert opinions and business issues.
Paper presented to the International Association of
Rehabilitation Professionals International Conference, San
Juan, Puerto Rico.

Beveridge, S., Karpen, S., & France, K. (2013, November).
Importance and frequency ratings of ethical dilemmas
experienced by forensic, private and public sector
rehabilitation counselors. Paper presented to International
Association of Rehabilitation Professionals Forensic
Conference, Charlestown, SC.

Beveridge, S., Karpen, S., & France, K. (2013, November).
Importance and frequency ratings of ethical dilemmas
experienced by forensic, private and public sector
rehabilitation counselors. Paper presented to International
Association of Rehabilitation Professionals Forensic
Conference, Charlestown, SC.

Beveridge, S. (2014, May). Ethical dilemmas in vocational
rehabilitation. Paper presented to the Joint Task Force on
Injured Workers' Rehabilitation (JTF) and the International
Association of Rehabilitation Professionals Chesapeake
Chapter Annual Conference, Baltimore, MD.

Beveridge, S. (2014, June). Ethical dilemmas in vocational
rehabilitation. Paper presented to the Joint Task Force on
Injured Workers' Rehabilitation (JTF) and the International
Association of Rehabilitation Professionals Chesapeake
Chapter Annual Conference, Baltimore, MD.

Beveridge, S. (2014, November). Forensic 201: Methods, expert
opinions, presentation and business issues. Paper presented
to the International Association of Rehabilitation
Professionals Annual Conference, San Diego, CA.

Beveridge, S. (2014, November). Current training needs of private
rehabilitation counselors. Paper presented to the
International Association of Rehabilitation Professionals
Annual Conference, San Diego, CA.

Beveridge, S. (2015, July). Ethical Dilemmas of a outcome based
fee schedule for workers' compensation rehabilitation

consumers. Paper presented to the Chesapeake Association of Rehabilitation Professionals, Baltimore, Maryland.

Beveridge, S. (2015, October). A mixed-method study on Ohio's outcome based fee schedule for vocational rehabilitation consumers. Paper presented to the International Association of Rehabilitation Professionals Annual Conference, Columbus, Ohio.

Beveridge, S. (2016, March). Psychometric instruments utilized by rehabilitation counselors for vocational assessment (N=229). Paper presented to the American Board of Vocational Experts (ABVE). Vancouver, Canada.

Beveridge, S. (2016, April) Psychometric instruments utilized by rehabilitation counselors for vocational assessment. Paper presented to the GWU 17th Annual Rehabilitation Counseling Symposium

## Contracts and Grants:

*The Region III Rehabilitation Continuing Education Program for Community Rehabilitation Personnel.* Instructional development, outreach, and continuing education grant, U.S. Department of Education, Rehabilitation Services Administration, 2000-2005 ($2,500,000) (Co-Director).

*Job Development & Job Placement.* Training and personnel preparation grant from the U.S. Department of Education, Rehabilitation Services Administration, 2003-2008 ($500,000) (Co-Director).

*Outcome Evaluation of the DORS Systems Change Grant.* Maryland State Department of Education, Department of Rehabilitation Services, 2004-2006 ($89,000) (Research Associate).

*Hybrid Rehabilitation Counseling MA Grant.* U.S. Department of Education, Rehabilitation Services Administration, 2010-2015 ($750,000) (Principal Investigator).

*GSEHD Research and Innovation Venture Capital Fund.* Research grant to assess the training needs of state-federal rehabilitation counselors in Federal Region III. The George Washington University, 2012 ($7.360) (Principal Investigator).

**Research:**

2009 to 2013      Ethical dilemmas: Are there differences between the public and private sectors? This study (N=141) examines the different ethical dilemmas that counselors face in the private-for-profit and public non-profit sectors. The manuscript is almost completed and will be submitted for publication in October 2012.

2011 to present      Ethical dilemmas: Are there differences between the public, private and forensic sectors? This study (N=425) examines the different ethical dilemmas that counselors face in the private-for-profit, public non-profit and forensic sectors. The manuscript is almost completed and will be submitted for publication in October 2012.

2003 to present      Longitudinal study of the State of Maryland's Division of Rehabilitation Services (DORS). This study (N=171) is a ten-year longitudinal evaluation of DORS rehabilitation success of obtaining and maintaining employment for persons with disabilities. The manuscript is in process and will be completed by January 2013.

2012 to present      Current training needs of the state-federal VR system. This study was approved by GW's IRB and we currently have a research team working on this project  (N=375). We surveyed the rehabilitation counselors in Federal Region III (MD, DC, VA, PA, DE, WV) and plan to utilize the findings for a future DOE grant proposal.  This research is a collaborative project between CNSL & SEDS departments funded by the GSEHD Research & Innovation Venture Capital Fund.

2007 to present      *Moving up the VR employment ladder: The Job Development and Job Placement (JDJP) Certificate Program.* This empirical study (N=35) examines the success of the online JDJP certificate program to assist professional counselors move up the VR career ladder.

2004 to 2007      Research on the State of Maryland's public vocational rehabilitation system (DORS) Systems Change Grant. This research is designed to monitor and improve the vocational rehabilitation employment outcomes for DORS clients. This goal will be obtained by evaluating the VR services provided and case management strategies utilized by DORS staff.

2002 to 2003

Doctoral dissertation research on the State of Maryland's public vocational rehabilitation system (DORS). This study, *Vocational rehabilitation outcomes: A study on the relationship between rehabilitation goals and employment outcomes* was the first study (N=171) that examined the relationship between the client's vocational rehabilitation goals and job satisfaction to the employment outcomes.

2002

*Retraining and job placement outcomes: A study in Maryland's workers' compensation system.* This empirical study examined the relationship between vocational rehabilitation services and training provided to the client and the job placement outcomes.

1999-2002

*Retraining Injured Workers.* This empirical study examined the most effective method of retraining an injured worker and returning the disabled client to suitable gainful employment.

1994

Research on Sinai Hospital's Vocational Services Program (VSP). This empirical study examined Sinai Hospital's work adjustment program, training and counseling methods utilized and the vocational rehabilitation employment outcome

**Peer Reviewed Publications 2015-2021:**

Beveridge, S., & Glickman, C., (2020). Longitudinal vocational rehabilitation outcomes for Maryland Division of Rehabilitation Services (DORS). *Journal of Forensic Vocational Analysis*, 19, (2), 15-26.

Beveridge, S., & Glickman, C., (2020). Daubert-Frye/Reed Study. *The Rehabilitation Professional.* 28, (2), 103-122.

Beveridge, S., & Glickman, C., (2019). Ethical concerns and clinical judgments related to the use of psychometric assessments for rehabilitation counselors. *Journal of Applied Rehabilitation Counseling*, 50, (4), 268-285.

Beveridge, S., Chan, C., DiNardo, J., & Glickman, C., (2019). Clinical judgment and the use of psychometric instruments for vocational assessment. *Rehabilitation Research, Policy and Education, 33* (2), 144-155.

Beveridge, S., Durant, S., & Penrod, J. (2019). Application of the KVI-R to assess the training needs for private and public state-federal rehabilitation counselors. *Rehabilitation Research, Policy and Education, 33* (2), 126-143.

Beveridge, S., & Glickman, C., (2019). Impressions of the CORE/CACREP merger and ABVE Salary Survey. *Journal of Forensic Vocational Analysis*, 19, (1), 69-81.

Kester, J., Beveridge, S., Flanagan, M., & Stella, J., (2019). Interdisciplinary professional development needs of transition professionals serving youth with autism spectrum disorders. *Journal of Rehabilitation,* 85, (1), 53-63.

Beveridge, S., & Durant, C. (2017). Critique of the American Community Survey as a valid instrument for estimating future earning capacity. *Journal of Forensic Vocational Analysis, 17* (1), 7-19.

Beveridge, S., & DiNardo, J. (2017). The International Association of Rehabilitation Professionals Salary Survey. *The Rehabilitation Professional, 25* (2), 1-12.

McDaniel, R., Beveridge, S., & Chan, C., (2016) The impact of future technology on vocational evaluation. *Vocational Evaluation and Career Assessment and the Vocational Evaluation and Work Adjustment Journals Special Joint Issue*, 72-86.

Beveridge, S., Appleyard, J., Choi, J., & DiNardo, J. (2016). Comparison of training needs across public and private sectors in rehabilitation counseling practice. *Journal of Forensic Vocational Analysis, 16* (2), 17-26.

Beveridge, S., Karpen, S., Chan, C., & Penrod, J. (2015). Application of the KVI-R to assess current training needs of private rehabilitation counselors. *Rehabilitation Counseling Bulletin, 58* (4), 1-11.

Beveridge, S., Garcia, J., & Siblo, M. (2015). Comparison of ethical dilemmas across public and private sectors in rehabilitation counseling practice. *Rehabilitation Research, Policy and Education, 29* (3), 221-240.

Beveridge, S., Karpen, S., & Chan, C. (2015). A mixed-method study on Ohio's outcome based fee schedule for vocational rehabilitation consumers. *The Rehabilitation Professional, 23* (1), 11-22.

Beveridge, S., Leconte, P., Shaine, M., Del Toro, C., & Penrod, J. (2015). Application of the Knowledge Validation Inventory-Revised to assess current training needs of state-federal rehabilitation counselors. *Rehabilitation Research, Policy and Education, 29* (3), 241-260.

**Manuscripts Under Review:**

Beveridge, S., Parker, M., & Pezzela, A. (2021, Under Review). Earning capacity for rehabilitation counselors and vocational experts. The survey participants included 524 members of IARP and ABVE who completed the online survey to provide the data to examine the average annual earnings, demographics and participants who experienced disabilities defined by the American Community Survey (ACS) during their career within the two national organizations. Results found that gender, education level, practice setting; licensure status and years in practice were statistically significant.

**Book Chapters & Book Reviews:**

Beveridge, S., McDaniel, R., & Glickman, C. (2020). Private Practice in Vocational Rehabilitation. In D. Strauser (2nd ed.). *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice – Chapter 20.* New York, NY: Springer Publishing.

Beveridge, S. (2016). Accessible Retirement, Book Review for the *Journal of Forensic Vocational Analysis*, 16 (3), 62-63.

Hergenrather, K.C., McGuire-Kuletz, M., & Beveridge, S. (2015). Young adulthood and human development: Applications for persons with disabilities. In A. Sales (2nd ed.). *Human Growth Development Considerations for Rehabilitation Counselors.* Linn Creek, MO: Aspen Professional Services.

**Presentations:**

Beveridge, S. (2020). Current earnings of rehabilitation counselors and vocational experts. *International Association of Rehabilitation Professionals Annual Conference.* Virtual conference due to COVID-19.

Beveridge, S., & Glickman, C. (2018). Impressions of the CORE/CACREP merger and ABVE Salary Survey. *American Board of Vocational Experts*, Tucson, Arizona.

Beveridge, S., & Glickman, C. (2017). The 2016 IARP Survey on Salary, Impressions of the CORE/CACREP Merger and the Economic Impact of Disability on Earning Capacity. *International Association of Rehabilitation Professionals Annual Conference.* St. Louis, Missouri.

Beveridge, S. (2016).  Psychometric Instruments Rehabilitation Counselors Utilize in Vocational Assessment. *Maryland Division of Rehabilitation Services (DORS) Annual Conference.* This research attempts to fill a gap in the rehabilitation counseling literature. To date there are no peer-reviewed articles examining what psychometric instruments rehabilitation counselors utilize for vocational assessment. The session participants were educated on the instruments that rehabilitation counselors utilize for vocational assessment and how counselors use their "clinical judgment" for evaluation. Baltimore, MD.

Beveridge, S. (2016). Psychometric instruments utilized by rehabilitation counselors for vocational assessment. *GWU's 17th Annual Rehabilitation Counseling Symposium*. Washington, DC.

Beveridge, S. (2016). Psychometric instruments utilized by rehabilitation counselors for vocational assessment (N=229). *American Board of Vocational Experts (ABVE).* Vancouver, Canada.

**Ongoing Research:**

Beveridge, S., (2021-2022). The International Association of Rehabilitation Professionals Longitudinal Salary Survey. This is a five-year longitudinal study examining the earning capacity of rehabilitation counselors and vocational experts. To be published in *The Rehabilitation Professional.*

Beveridge, S. (2002-2019).  Fifteen-year longitudinal study of the State of Maryland's Division of Rehabilitation Services (DORS) vocational rehabilitation employment outcomes. This mixed-methods study is currently in the data analysis phase and has (N=171) participants. DORS staff has collected the employment outcome data for SPSS and Atlas.ti analyses.

**New Leadership Positions:**

In 2015, I was elected the Chair of the Ethics Committee for the American Board of Vocational Experts (ABVE). This position is responsible for managing the ethics board and adjudicating any ethics complaints against ABVE members.

# Exhibit 3(a)

Alberstone Declaration

**Independent Medical Report on Sergeant Adam Tyler Egli**

**Date of Birth: December 22, 1985**

**Date of Injury: July 31, 2007**

### Introduction:

    In preparation of this Report, I reviewed the Declarations of Adam Egli and Danielle Egli; and medical records and radiographic images from Landstuhl Regional Medical Center; Walter Reed National Military Medical Center; Madigan Army Medical Center; Tripler Army Medical Center; the Department of the Army Directorate of Human Resources; and the Department of Veterans Affairs-Record Management Center. I did not personally examine Sergeant Adam Egli nor did I personally review his imaging studies.

### History of the Explosively-Formed Penetrator ("EFP") Blast Injury and Treatment:

    Adam Egli was a 21-year-old United States Army Sergeant of the 3rd Brigade, 2nd Infantry Division, Bravo Company, 2nd Battalion, 3rd Infantry Regiment when he was injured by an Explosively Formed Penetrator ("EFP") blast on 31 July 2007 while riding in an Infantry Carrier Vehicle (Stryker) in Bagdad.  The EFP struck the side of his vehicle.  The blast killed three Soldiers. Five other service members were injured.  Sgt. Egli sustained an open right patella fracture; multiple shrapnel wounds of the face, neck and back; a Traumatic Brain Injury ("TBI"); and barotrauma to the ear.

    Sgt. Egli was emergently transported to a Combat Support Hospital and to Balad Air Base.  After an initial surgery to clean the knee wound at Balad, he was medically evacuated to Landstuhl Regional Medical Center in Germany.  At that surgical procedure, articular cartilage damage to the patella was noted as well as damage to the patellar tendon and quadriceps muscle.  Following a repeat surgical washout procedure on August 3rd in Germany, Egli was transported to Walter Reed National Military Medical Center in Bethesda, Maryland.

    Following stabilization of his injuries, Sgt. Egli returned to his duty station in Washington State and received ongoing care at Madigan Army Hospital.  Due to recurrent infections caused by retained shrapnel, the wound was allowed to heal by secondary intention. As an outpatient he was followed by the orthopaedic, family practice and psychiatric services.

    Throughout the remainder of 2007 and all of 2008 he ambulated with assistive devices including a wheelchair, crutches and cane.  He underwent another surgical procedure on the knee in 2008 due to a staphylococcus aureus infection in the knee due to retained shrapnel.

Sgt. Egli's TBI screening test was positive. The TBI developed from exposure to multiple Improvised Explosive Device ("IED") blasts with resulting concussions.

The U.S. Army medically retired Sgt. Egli from active duty on June 10, 2009, after 4 years, 9 months, and 4 days of active duty.  His retirement was due to combat injuries sustained in Iraq. The Army awarded him a 40% disability.  His discharge conditions included left patellar fracture; residual scar due to gunshot wound; residual gunshot wound muscle; and TBI. The injury to his back and hearing were not documented. It should be noted that the injuries were not due to a gunshot wound, but rather were due to an "EFP" blast injury.

Following discharge, Sgt. Egli's TBI symptoms worsened, and he developed profound Post-Traumatic Stress Disorder ("PTSD").  He was treated for right temporal headaches. In 2010, Egli went to the VA Hospital at Crown Point, Indiana, with complaints consistent with untreated PTSD. He related symptoms of depression, anxiety, flashbacks, irritability, regret, fear, nightmares, uncontrollable anger, survivor's remorse and anhedonism. He was told he would receive a letter in a month which would give him instructions on how to make an appointment.  In the meantime, his symptoms worsened he went to a VA emergency room in Chicago, Illinois.

On April 27, 2011, Egli was admitted for PTSD and alcohol abuse.  He had depressive symptoms and suicidal ideation.  He experienced "survivor's guilt," anxiety, racing thoughts and nightmares. He was haunted by memories of the death of his best friend; a girl who was killed by an IED blast intended for his vehicle; and a period when he lay next to a deceased individual for hours. Sgt Egli was admitted to the hospital for four days of acute care.  On discharge, the doctors instructed him to follow-up with Crown Point VA.  The Crown Point Clinic recommended Sgt Egli follow-up with a provider outside the VA system because of the lack of availability and expertise.

In addition to receiving intensive counseling, Egli was treated with Sertraline, Lorazepam and Escitalopram, Adderall, Citalopram and Lexapro. Despite these medications, he continued to experience depression, anxiety, flashbacks, irritability, regret, fear, nightmares, uncontrollable anger, guilt and anhedonism. The symptoms created such marital strife that he and his wife separated and contemplated divorce. Their two young daughters also suffered from the marital instability and Sgt Egli's psychological problems. Both Adam and Danielle Egli received marital counseling and they reunited.

On June 7, 2011 the Veterans Administration awarded Sgt Egli an additional 30 percent disability for Post-Traumatic Stress Disorder.

In 2012, Egli became unable to work due to instability in his knee. He was seen multiple times at Crown Point for knee pain, weakness and instability. The clinic referred him to the orthopaedic service at the Chicago VA hospital. He was given a brace, anti-inflammatory medications, and a referral to physical therapy. These measures only partially alleviated his symptoms.

Egli's lingering psychological problems combined with the knee instability caused him to withdraw from his college program at Purdue University.

During the 2010s, Sgt Egli experienced pain in his face, neck and back due to retained shrapnel. The shrapnel injury to his back was documented in April of 2011. He also developed hearing loss and tinnitus. In 2016, Egli was admitted to a VA Medical Center and another surgery was performed on his knee to treat infection.

## Pertinent Imaging Studies:

- Radiographs of the knee performed on August 2, 2007 at Madigan AMC revealed multiple retained foreign bodies.

- Radiographs of the knee performed on February 12, 2008 at Madigan AMC revealed multiple retained foreign bodies and a defect in the medial patella.

- Computed Tomography scan of the left knee performed on February 12, 2008 revealed multiple retained foreign bodies and a defect in medial patella with bone fragmentation

- Radiographs of the Lumbar spine performed on April 7, 2011 revealed retained foreign bodies anterior to T11 and at the level of the spinous processes at L2-L3

- Radiographs of the knee performed on April 7, 2011 revealed multiple retained foreign bodies in the soft tissues about the knee.

## Summary of Physical and Psychological Injuries:

1. Left open patellar fracture with traumatic arthrotomy and post traumatic arthritis
2. Residual scarring face, neck and back from penetr4ating trauma
3. Residual loss of muscle from penetrating trauma
4. Residual loss of patellar tendon from penetrating trauma
5. Retained foreign bodies (Shrapnel) knee, back, neck and face
6. Traumatic Brain Injury
7. Post-Traumatic Stress Disorder
8. Depression
9. Anxiety
10. Alcohol Abuse
11. Tinnitus
12. Hearing Impairment

## Summary

I render the following opinions regarding the Explosively-Formed Penetrator ("EPF") blast injury sustained by Sergeant Adam Egli within a reasonable degree of medical certainty:

### A.  Causation

The physical and psychological injuries listed above and the past and future treatment and procedures required to address these injuries are all directly related to the Explosively-Formed Penetrator ("EPF") attack on Sergeant Adam Egli on July 31, 2007. There is no evidence from the review of his medical records that any pre-existing conditions were present prior to the blast that negatively influenced the impact of the injuries.

### B.  Permanency

The following physical injuries are permanent with little hope for further improvement:

Left open patellar fracture with traumatic arthrotomy and post traumatic arthritis;

Residual scar due to EFP blast, face, neck and back;

Residual gunshot with loss of muscle;

Residual wound due to EFP blast with patellar tendon loss;

Retained foreign bodies (Shrapnel) knee, back, neck and face;

Traumatic Brain Injury;

Post-Traumatic Stress Disorder;

Depression;

Anxiety;

Tinnitus; and

Hearing Impairment

Sgt Egli sustained a severe lifetime disability due to his original injuries and the medical, psychological and surgical measures taken to correct them.  He has reached maximum medical improvement. His most severe injuries are post-traumatic arthritis of the knee, back pain, TBI, and PTSD.  His knee and back pain negatively impacted his educational and vocational opportunities for 14 years.

Sgt. Egli has had two operations on his knee since leaving the Military.  It is reasonably certain that he will need and have more such procedures.  He experiences pain that is 5 out 10 in severity.  He takes Naproxen for pain relief. He experiences night pain causing difficulties with sleep. He lost muscle mass and soft tissues in the area around the traumatic wound on his knee. He experiences weakness that causes instability.  His back pain is 6 on a scale of 10 in severity. His ability to participate in recreational sports is severely limited. He is also significantly limited in performing household chores such as lawn mowing, gutter-cleaning and any other activity that involves assuming a bent knee position. The knee swells daily. Climbing stairs is difficult.

Sgt Egli's TBI and PTSD symptoms are moderate. Headaches regularly cause pain on a 5 out of 10 scale in severity and require pain medication. He has hearing loss. He experiences anxiety, depression and insomnia. Remaining focused on a task is difficult. He is taking Adderall to improve focus. He uses medical marijuana to control anxiety, depression and insomnia.  I would recommend an assessment of a qualified psychologist/psychiatrist and or an expert in the field of PTSD to comment on the effects of his PTSD and TBI on his psychological suffering and its impact on his personal and professional life.

## C.  Work, Physical and Emotional Restrictions on Work and Physical Activities

Sgt. Egli was married at the time of the injury.  He was right-hand dominant. He had no physical or mental limitations. He is now medically retired from the U.S. Army with a 40 percent disability.

Sgt. Egli is still married with two children. Because of his musculoskeletal and psychological injuries, it was difficult obtaining and maintaining employment over the last 14 years. He was unable to complete his college degree because of limitations imposed by his medical conditions. His disability negatively impacted his relationship with his wife and two children.  It was the cause of alcohol abuse.

Sgt. Egli also has both moderate PTSD and mild TBI.  These emotional and mental impairments are lifelong and permanent. Sleep impairment is an additional detractor. They further negatively impact his employment, his ability to enjoy normal activities of daily family life, and his personal development.

**D.  <u>Future Medical Care, Procedures and Needs</u>**

It is difficult to fully assess Sgt. Egli's future medical needs.  It is obvious that he will require orthopaedic and psychological care.  He will require a left total knee replacement at some point in his life.  The risk of infection and need for a revision will be higher than the average person undergoing the procedure.  The normal revision rate of one to two percent per year would be increased at least twofold.

Sgt Egli will require ongoing counseling and pharmacologic support for his TBI and PTSD.  The TBI may cause early cognitive decline.


Francis Xavier McGuigan, MD
Professor of Orthopaedic Surgery
Georgetown University
P: (301) 367-1348
fxm@georgetown.edu

1 November 2021

Date

# Exhibit 3(b)

Alberstone Declaration

**Independent Medical Report on Sergeant Joseph Avie Richard  III and Sergeant Jason Lynn Merrill**

**Date and Place of Injury Sergeant Joseph Richard: April 14, 2008, Baghdad, Iraq**

**Date and Place of Injury Sergeant Jason Merrill: September 7, 2006, Baghdad, Iraq**

**Introduction:**

In preparation of this Report, I reviewed the EOD Report; the Radio Comms Report; and the Certificate of Death relating to the April 14, 2008, Explosively Formed Penetrator ("EFP") attack involving Sgt. Joseph Richard.

In preparation of this Report, I reviewed the Radio Comms Report and the Certificate of Death involving Sgt. Jason Merrill.

**Review of Relevant Medical Literature Regarding Pain and Psychological Trauma of Patients Declared Clinically Dead and Those Undergoing Resuscitation:**

This is a relatively new and ongoing area of investigation.  Nerve cells in the brand and peripheral nervous system do not just "shut off" when a body's heart stops and respiration ceases. There is more likely than not some degree of brain activity following death for 2-10 minutes[1][2][3].  It is more likely than not that death due to acute trauma results in the brain perceiving pain and undergoing psychological stress associated with dying during this period.

There is solid scientific evidence that the brain functions in some capacity for up to 10 minutes following "death." The time for sensory nerves to cease transmitting impulses of pain, vibration, temperature is probably less, but there is basic science research that indicates transmission is still possible following complete anoxia.

Near death experiences ("NDE") after a patient is successfully resuscitated are reported by one in five cardiac arrest victims.[4]  Although many of these are positive experiences, there are a significant number that are negative[5].  It is likely trauma has a negative rather than positive

---

[1] https://www.spinalcord.com/blog/what-happens-to-the-brain-after-a-lack-of-oxygen
[2] https://pubmed.ncbi.nlm.nih.gov/28231862/
[3] https://www.news-medical.net/health/What-Happens-to-the-Brain-After-Death.aspx
[4] Greyson, Bruce (2014). "Chapter 12: Near-Death Experiences". In Cardeña, Etzel; Lynn, Steven Jay; Krippner, Stanley (eds.). Varieties of anomalous experience : examining the scientific evidence(Second ed.). Washington, D.C.: American Psychological Association. pp. 333–367. ISBN 978-1-4338-1529-4.
[5] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6173534/

effect on NDE experiences, since sensory perception of pain registered by the brain continues after loss of respiratory function[6789].

Additional evidence of noxious perceptions after "death," include: 1) practice patterns for anesthesia recommending patient sedation and analgesia during CPR efforts in hospitals because of negative experiences reported by patients who recovered;[10]  2) patients declared brain dead showing evidence of experiencing noxious stimuli during organ harvest,[11] including spasm and movement.[12]  This second example of such evidence has resulted in calls by anesthesiologists that harvests be performed under anesthesia.  The latter creates an ethical quandary.  If the person is dead, they cannot perceive pain and should not require analgesia.  If they are reacting, they are not dead and should not ethically undergo organ harvest. And the third example of such "perceptions" after "death" includes brain EEG recordings registering brain activity for several minutes in following unsuccessful resuscitation.[13]

Based on this data it is more likely than not that trauma victims experience pain and psychological trauma following clinical death for a period of time between two and 10 minutes. For patients undergoing resuscitative efforts, the pain and psychological trauma are experienced during the period of resuscitation and for an additional two to 10 minutes following cessation of resuscitative efforts.

**History of the Explosively-Formed Penetrator ("EFP") Blast Injury and Treatment:**

Both Sgts. Richard and Merrill were alive following the EFP attacks on their vehicles in Baghdad, Iraq. Both men died because of injuries sustained from the EFP explosions. Sgt Richard he was alive for approximately 75 minutes following the attack. He survived through the Medevac transport. The EOD report noted that he "died in a medical treatment facility." The time of death was recorded as 18:01. The time of the attack was 16:45.

---

[6] https://onlinelibrary.wiley.com/doi/10.1111/j.1748-1716.1991.tb09101.x
[7] https://pubmed.ncbi.nlm.nih.gov/19866686/
[8] https://onlinelibrary.wiley.com/doi/full/10.1002/brb3.347
[9] https://core.ac.uk/download/pdf/323074588.pdf
[10] https://www.ems1.com/ems-products/cpr-resuscitation/articles/sedate-cardiac-arrest-patients-who-attain-awareness-from-high-quality-cpr-SZmObIPSgekokpbf/
[11] https://associationofanaesthetists-publications.onlinelibrary.wiley.com/doi/full/10.1046/j.1365-2044.2000.055002105.x
[12] https://www.wsj.com/articles/SB10001424052970204603004577269910906351598
[13]https://pubmed.ncbi.nlm.nih.gov/28231862/

The character of an EFP attack must be understood to appreciate the extent of bodily injury sustained by these soldiers. EFPs consistently create a spectrum of bodily injures unprecedented in the history of warfare. Due to the directional nature of the explosion, the extreme kinetic energy of the projectiles, and the force of the blast pressure wave, EPFs induce severe Traumatic Brain Injuries ("TBIs"), devastating orthopedic injuries (amputations, burns, contaminated fragmented fractures and paralysis) and vital organ penetrating damage.

EFP explosions are routinely able to defeat the Up-Armored High Mobility Multipurpose Wheeled Vehicles ("HMMWV"), a very common Army tactical vehicle used by American Soldiers in post-Saddam Hussein Iraq. These vehicles were designed to withstand a 12 lb. land mine detonated beneath the vehicle and a 155 mm artillery shell blast directed at its sides.[14] Once the EFP enters the vehicle, its interior becomes part of the explosive device. Injuries are inflicted as the vehicle walls disintegrate into flying metal fragments that flay open limbs and act as backstops to personnel thrown about the inside, crushing and in some cases impaling and trapping limbs.  A combination of body armor and advanced medical care resulted in the survival of 20,000 casualties from Operation Enduring Freedom and Operation Iraqi Freedom.[15] A third of all troops serving during these conflicts may have sustained TBIs from these and similar explosions.[16]

During my treatment of U.S. Marines and Special Operations Navy SEALs injured in Iraq and Afghanistan from 2001 to 2006, I personally witnessed the gruesome injuries caused by this conflict. The First Battle of Fallujah produced predominately gunshot injuries that could be successfully treated.[17] As the war continued, the character of the injuries changed as Improvised Explosive Devices ("IEDs") and then EFPs became weapon of choice by guerrilla fighters. In 35 years of orthopaedic practice, I can recall only one orthopaedic trauma case that matched the level of magnitude of injuries to these military personnel. That one victim survived a 14-story fall.  Even that individual, however, did not sustain a traumatic amputation or massively contaminated open fractures typically seen in IED and EFP injuries. Any one of these war

---

[14] https://www.militaryfactory.com/armor/detail.php?armor_id=115
[15] https://dcas.dmdc.osd.mil/dcas/pages/report_sum_reason.xhtml
[16] https://www.nejm.org/doi/full/10.1056/nejmoa072972
[17] Keeling, J.J.; Gwinn, D.E.; Tintle, S.M.; Andersen, R.C. **and McGuigan F.X.**:  Short-Term Outcomes of Severe Open Wartime Tibia Fractures Treated with Ring External Fixation. J Bone Joint Surg. Vol 90-A(12); 2643-2651; Dec 2008

casualties would have been "the case of the month" at a major U.S. trauma center. Bethesda Naval Hospital saw as many as a dozen of these injuries in a single day.

The extent of the injuries in barely comprehensible. Some common injuries were: spinal cord injuries from the neck down, crushed pelvises, limbs with grossly contaminated highly fragmented bone injuries, traumatic amputations of the upper and lower extremities, third degree burns, degloving injuries, partial facial loss and ocular enucleation. All of these were accompanied by a peppering of the skin and muscles with foreign bodies measuring from a millimeter to several centimeters.

The description of these injuries is necessary to understand what Sgts. Richard and Merrill experienced as their lives ended.  The pain and psychological terror cannot be comprehended. I do know that the unimaginable suffering of Marines and Soldiers returning from Iraq and Afghanistan after blast injuries was not controlled with sedatives, oral and intravenous narcotics, anesthetic blocks or indwelling catheters.

## Summary

The following opinions regarding the EFP blast injuries sustained by and the resulting deaths of Sergeant Joseph Avie Richard III and Sergeant Jason Lynn Merrill are stated to be within a reasonable degree of medical probability. Both men suffered immense pain and psychological terror in the time following the EFP explosion till their demise. It is also likely that this continued after a pronouncement of death for several additional minutes.

Francis Xavier McGuigan, MD
Professor of Orthopaedic Surgery
Georgetown University
P: (301) 367-1348
fxm@georgetown.edu

# Exhibit 3(c)

Alberstone Declaration

**CURRICULUM VITAE**                    **FRANCIS XAVIER MCGUIGAN, M.D.**

**PERSONAL DATA**

Academic Position

Professor of Orthopaedic Surgery
Georgetown University Medical School
Washington, D.C. 20007
January 2009-

Staff Orthopaedic Surgeon
Medstar Georgetown University Hospital
Washington, DC 20007
September 2006-November 2020

Assistant Orthopaedic Residency Director
Georgetown University Medical School
Washington, D.C. 20007
January 2006-2011

Affiliate Director
Sports Medicine and Interventional Pain Fellowship
MedStar National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20007
August 2012-19

Instructor
MedStar Washington Hospital Center Podiatric Residency
MedStar National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20007
March 2012-2014

Staff Orthopaedic Surgeon
National Institute of Health
Mark O. Hatfield Clinical Research Center
Bethesda, MD 20892-1604

Associate Professor of Orthopaedic Surgery
Assistant Residency Director
Georgetown University Medical School
Washington, D.C. 20007
November 2006-January 2009

Research Coordinator
Orthopaedic Pathology Department
Armed Forces Institute of Pathology
6825 Sixteenth Street N.W.
Washington, D.C. 20306
September 2001-September 2006

Associate Professor of Surgery
Uniformed Services University of the Health Sciences
Bethesda, MD 20815
September 2002 - September 2006

**CONTACT INFORMATION**

E-mail:  f6x5m7@gmail.com
Cell:     (301) 367-1348
Mailing Address: 3633 Fulton St NW
                         Washington, DC 20007

**EDUCATION**

Fellowships

Foot & Ankle Surgery
Union Memorial Hospital
Baltimore, MD
January 1997 - July 1997

Fellowships

Adult Reconstructive Surgery
Thomas Jefferson University
Rothman Institute
800 Spruce Street
Philadelphia, PA  19107
September 1993 - September 1994

Residency

Department of Orthopaedic Surgery
Oakland Naval Hospital
Oakland, CA  94627-5000
August 1989 - August 1993

Internship

General Surgery
Oakland Naval Hospital
Oakland, CA  94627-5000
July 1986 - June 1987

Medical School

Georgetown University
Washington, D.C.
August 1982 - May 1986

Undergraduate

University of Virginia
Charlottesville, VA
 August 1978 - December 1981

**PRACTICE EXPERIENCE**

Department of Orthopaedic Surgery
National Naval Medical Center
8901 Wisconsin Avenue
Bethesda, Maryland 20889-5600
September 1994 – September 2006

Research Coordinator
Orthopaedic Pathology Department
Armed Forces Institute of Pathology
6825 Sixteenth Street N.W.
Washington, D.C. 20306
September 2001-September 2006

Medical Officer
Destroyer Squadron Fifteen
Yokosuka, Japan
August 1987 - August 1

**MILITARY SERVICE**     Commander
Medical Corps, USN (ret)
Active Duty: 1986 to 2006

**LICENSURE**     Maryland            D0056267
Virginia            0101226157
California            AO48649
Pennsylvania            MI032792T
District of Columbia     MD035881

**QUALIFICATIONS**     American Board of Orthopaedic Surgery, Certified through 2016

Advanced Trauma Life Support Instructor

AO (Arbeitsgemeinschaft für **O**steosynthesefragen)
Trauma Instructor

Advanced Wilderness Life Support Certified

**HONORS**

American Foot and Ankle Surgeons Overseas Fellow to Viet Nam          2008

Procalcitonin and Cytokine Expression Correlates with Wound
    Dehiscence in Wartime Extremity Injuries.
Winner, Washington Orthopaedic Society Resident Research Competition     2007
Winner, NNMC Resident Research Competition

Staff Research Award, National Naval Medical Center          2002, 2003

Fellow Research Award, Thomas Jefferson University          1994

Resident Research Award, Naval Hospital Oakland          1993

Best Teaching House staff, Naval Hospital Oakland          1992

Suma Cum Laude, University of Virginia          1981

Phi Beta Kappa, University of Virginia          1981

Echols Scholar, University of Virginia          1978-81

Eagle Scout, Boy Scouts of America          1973

**PROFESSIONAL SOCIETY MEMBERSHIPS**

AOTrauma North America        2012-Present

American Orthopaedic Foot & Ankle Society       1998 - present

American Academy of Orthopaedic Surgeons    1991 - present

American College of Surgeons-inactive

Society of Military Orthopaedic Surgeons-inactive

**PROFESSIONAL & RESEARCH APPOINTMENTS**

Foot & Ankle Consultant, DC United

Associate Investigator, #B06-064, Serum and Exudate Calcitonin Precursors as Predictors of
    Wound Infection and Dehiscence in Wartime Penetrating Injuries. $650,000 Grant

Orthopaedic Research and Education Foundation Grants:

    #1  Orthopaedic Surgery and Success in the Twenty-first Century American Healthcare System

    #2  Hark Lectureship Series

    #3  Journal of Bone and Joint Surgery Journal Club

Staff Orthopaedic Surgeon, National Institute of Health

Military LEAP Steering Committee

Peer Reviewer for Journal of Orthopaedic Research

Peer Reviewer for Journal of Orthopaedic Trauma

Peer Reviewer for Military Medicine

Principle Investigator, Study of the Treatment of Articular Repair (STAR)
    Am J Sports Medicine

Orthopaedic Consultant to the White House and Pentagon

Naval Representative, Department of Defense Orthopaedic Center of Excellence Project

Naval Representative, Department of Defense Chiropractic Demonstration Project

**ORTHOPAEDIC MEDICAL MISSIONS OVERSEAS**

Kenya        2009

Viet Nam     2008

**COMMUNITY VOLUNTEER WORK**

Spanish Catholic Center, Catholic Charities, 1618 Monroe St., NW, Washington, DC 20010

**PUBLICATIONS**

Daniel DM, **McGuigan, FX** and Nicholas Casscells, N., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures, Foot & Ankle Orthopaedics, 2(3)

Sherman, T; Marcels,J; Butler,A.; **McGuigan, F.X.:**First Metatarsalphalangeal Joint Arthroscopy for Osteochondral Lesions: The Journal of Arthrosocopy and Related Surgery: Arthrosocpy Techniques. 5(3) Pages, e513-e518; May 2016.

Fisk, J. R.; DeMuth, S.; Campbell, J.; DiBello, T.; Esquenazi, A.; Lin, R.S.; Malas, B.; **McGuigan, F.X.** and Fise, T.F.: Suggested Guidlines for the Prescription of Orthotic Services, Device Delivery, Education, and Follow-up Care: A Multidisciplinary White Paper: Military Medicine. 181(2), 11-17.

Sherman, T.; Casscells, N. and **McGuigan, F.X.:**Ankle Arthroscopy for Ankle Fractures. The Journal of Arthrosocpy and Related Surgery: Arthrosocpy Techniques. 4(1) Pages e75–e79; Feb2015.

Gwinn, D E.; Keeling, JJ.; Andersen, RC. and **McGuigan,FX**. Hydroxyapatite-coated External Fixation Pins in Severe Wartime Fractures: Risk Factors for Loosening. Current Orthopaedic Practice. 21(1):54-59; Jan/Feb 2010.

Gwinn, D.E.; Keeling, J.J. and **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Vol 16 (6): 458–462; Dec 2009.

Tintle, S.; Pinkos, K. A.; Andersen, R. C. and **McGuigan F.X**.:Use of Universal Split Leg Accessories for Operating Table Setup in Placement of Circular External Fixators. Journal of Surgical Orthopaedic Advances Winter 2009, Vol 18, No.4

Keeling, J.J.; Gwinn, D.E.; Tintle, S.M.; Andersen, R.C. **and McGuigan F.X.**:  Short-Term Outcomes of Severe Open Wartime Tibia Fractures Treated with Ring External Fixation. J Bone Joint Surg. Vol 90-A(12); 2643-2651; Dec 2008.

Gwinn, D.E., Keeling, J.J., Froehner, J.W., Andersen, R.C. and **McGuigan F.X.:** Perioperative Differences Between Bone Bridging and Non-bone Bridging Transtibial Amputations for Wartime Lower Extremity Trauma. Foot and Ankle International. Vol 29(8); 787-793; August 2008

Forsberg, J. A., Elster, E. A., Andersen R.C., Nylen, E., Brown, T. S., Rose, M.W., Stojadinovic, A., Becker, K. L. and **McGuigan, F.X**.: Correlation of Procalcitonin and Cytokine Expression with Dehiscence of Wartime Extremity Wounds. J Bone Joint Surg. Vol-90-A(3); 580-588; Mar 2008

Urbach, F., **McGuigan, F.X. ,** Neumann, J. W. and Ender, S.: Long-term Results After Arthroscopic Treatment of Synovial Chondromatosis of the Shoulder .  Arthroscopy: The Journal of Arthroscopic & Related Surgery , Volume 24(3); 318 - 323 D .

Kuhn, M. and **McGuigan, F.X. :** Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Arthroscopy: The Journal of Arthroscopic and Related Surgery. 22(6): e16. June 2006

**McGuigan, F.X. :** Skin Substitutes as Alternatives to Autografting in a Wartime Trauma Setting. JAAOS J Am Acad Orthop Surg. 14(10): S87-S89. Sept 2006

**McGuigan, F.X.**: Foot and Ankle Reconstruction After Blast Injuries. Foot Ankle Clin N A. 11(1) March 2006

**McGuigan, F.X.** and Aierstok, M.D.: Disorders of the AchillesTendon and Its Insertion. Curr Opinion Ortho. April 2005, Volume 16 (2); 65-72

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee.  J of Arthroplasty. 18(7); Oct 2003

**McGuigan, F.X.** and Bookout, C.B.: Intra-articular Fluid Volume and Restricted Motion in the Elbow. J Shoulder Elbow Surg.  12(5) Sept/Oct 2003

**McGuigan, F.X.** and Culp, R.W.:  Surgical Treatment of Intra-articular Fractures of the Trapezium. Journal of Hand Surgery. J Hand Surg [Am]. 27(4):697-703 Jul 2002

Schon, L. C., **McGuigan, F. X.**, Edwards, W. and Hoffman, J.:  Pedobarographic and Musculoskeletal Examination of Collegiate Dancers in Releve. Foot and Ankle International. Foot Ankle Int. 23(7):641-6. July 2002

Keisu, K.S.; Orozco, F.; Sharkey, P.F.; Hozack, W.J.; Rothman, R.H. and **McGuigan, F.X.**: Primary Cementless Total Hip Arthroplasty in Octogenarians. Two to Eleven-year Follow-up.  J Bone Joint Surg Am.Vol 83-A(3):359-63,  Mar 2001 (See J Bone Joint Surg Am. Vol 84(1), p100, Jan 2002.

Myerson, M.S.; Schon, L.C., **McGuigan, F.X.**; and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsalphalangeal Joint Using Bone Graft for Restoration of Length. Foot and Ankle International. Vol21, p 297-306, April 2000.

Helmers, S.W.; Sharkey, P.F.; and **McGuigan, F.X.:** Efficacy of  Irrigation for Removal of Particulate Debris After  Cemented Total Knee Arthroplasty.  Journal of Arthroplasty. Vol 14, No.5, p. 549-552, 1999

Norris, T.R.; Green, A.; **McGuigan, F.X.:**  Late Prosthetic Shoulder Arthroplasty for Displaced Proximal Humerus Fractures.  Journal of  Shoulder & Elbow Surgeons.  Vol. 4, p. 271-80, 1995

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.:  Predicting Quality of Life Outcome Following Total Joint Arthroplasty:  Limitations of the SF36 Health Status Questionaire.  Journal of Arthroplasty.  Vol. 10, Number 6, p. 742-747, December 1995

**McGuigan, F.X.:**  Simultaneous Trapezium and Bennett's Fractures.  Journal of Hand Surgery, 1993; 18A:944 (letter).

Culp, R.W.; **McGuigan, F.X.;** Turner, M.A.; Lichtman, D.M.; Osterman, A.L.; and H.R. McCarroll: Proximal Row Carpectomy:  A Multicenter Study.  Journal of Hand Surgery, 1993; 18A:19-25.

**McGuigan, F.X.;** Bonatus, T.; Forster, S,:  Spontaneous Femoral Shaft Fracture - Without Evidence of Stress or Pathologic Failure:  A Case Report and Review of the Literature. Contemporary Orthopaedics, 1989; 19:381-82

**BOOK CHAPTERS**

*Orthopaedic Surgery: Principles of Diagnosis and Treatment,* Edited by Brent Wiesel, Wudbhav Sankar, John Delahay, Sam Wiesel. Foot and Ankle, Chapter 19, pp 753-798, Benjamin Martin and **McGuigan, F.X.** Lippincott Williams & Wilkins 2011.

*Essentials of Orthopedic Surgery*, 4th edition (edited by Sam W. Wiesel and John N. Delahay) Skeletal Trauma, Chapter 2, pp 35-74. **McGuigan, F.X.** Springer 2010.

## SCIENTIFIC EXHIBITION

Dean DM, Casscells N and **McGuigan FX**., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures. American Academy of Orthopaedic Surgeons New Orleans, LA. March 2018.

Daniel DM, **McGuigan, FX** and Nicholas Casscells, N., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures, American Orthopaedic Foot and Ankle Surgeons. July 2017.

Sherman, T.; Casscells, N. and McGuigan, F.X.:Ankle Arthroscopy for Ankle Fracture**s.** American Academy of Orthopaedic Surgeons Meeting, San Diego, CA 2017

Forsberg J.A., Elster E.A., Stojadinovic, A., Andersen R.C., Nylén E.S., Becker, K.L., Brown, T.S., Rose, M., **McGuigan F.X.**, Cytokine Expression Correlates with Wound Dehiscence in Wartime Extremity Injuries. Academic Surgical Congress, Phoenix, AZ.   February 2007

Forsberg, J.A., Andersen, R.C., Nylen, E.S., Elster, E., Brown, T.S. and **McGuigan, F.X.,** Cytokine Expression Correlates with Wound Dehiscence in Wartime Extremity Injuries. Society of Military Orthopaedic Surgeons Honolulu, HI. December 2006.

Keeling, J.J. and **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Orthopaedic Research Society, San Francisco, CA. March 2004

Castro, T.L. and  **McGuigan, F.X.,** Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. Society of Military Orthopaedic Surgeons, Honolulu, HA. December 2003

Keeling, J.J. and  **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Society of Military Orthopaedic Surgeons, Honolulu, HA.  December 2003

Kuhn, M.A., Cumiskey, A.M., **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Orthopaedic Research Society, New Orleans, LA February 2003

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee. American Academy of Orthopaedic Surgeons, New Orleans, LA February 2003

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee. American Academy of Orthopaedic Surgeons, Dallas, TX  February 2002

Schon, L. C., **McGuigan, F. X.** , Edwards, W. and Hoffman, J.: Pedobarographic and Musculoskeletal Examination of Collegiate Dancers in Releve'. International Association for Dance Medicine & Science, Hertfordshire, England October 1999

McGuigan, E.A. and **McGuigan, F.X.:** Skeletal Manifestations of Burkitt Lymphoma. American Academy of Orthopaedic Surgeons. San Francisco, CA February 1997

McKay, P and **McGuigan, F.X.:** Pretraining Fitness and Graduation from Marine Officer Candidate School.  Society of Military Orthopaedic Surgeons.  San Diego, CA November 1996

Locke, J.S.; Alexander, C.E.; Sharkey, P.F.; and **McGuigan, F.X.:**  Intracompartmental Pressures in the Normal and Injured Hand.  Society of Military Orthopaedic Surgeons.  Hilton Head, S.C. November 1994

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and McCarroll, R.H.:  Fractures of the Trapezium. American Academy of Orthopaedic Surgeons, San Francisco, CA February 1993

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  American Academy of Orthopaedic Surgeons, San Francisco, CA February 1993

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and McCarroll, R.H.:  Fractures of the Trapezium. Ninth Combined Meeting of the Orthopaedic Associations of the English Speaking World. Toronto, Ontario, Canada June 1992

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  Ninth Combined Meeting of the Orthopaedic Associations of the English Speaking World.  Toronto, Ontario, Canada June 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.:  Fractures of the Trapezium. Orthopaedic Trauma Association.  Seattle, Washington October 1991


**PRESENTATIONS**

Dean, D.M.; Casscells, N.; Dean, R.S. and **McGuigan FX**., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures. American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, LA., March 2018.

Sherman, T.; **McGuigan, F.X.:** Intra-articular Findings Identified by Arthroscopy in the Setting of Acute Ankle Fractures,  American Academy of Orthopaedic Surgeons, Orlando, FL March 2016.

**McGuigan, F.X.:** A Surgeon's Perspective on Orthotics and Prosthetics,  American Orthotic & Prosthetic Association Meeting, Washington, DC, March 23, 2015.

**McGuigan, F.X.:** Treatment of Lisfranc Fractures: To Fuse or Not to Fuse. Howard University Medical Center,, Washington, DC, January 2, 2013.

**McGuigan, F.X.:** The Role of Arthroscopy in the Treatment of Ankle Fractures. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 15, 2012.

**McGuigan, F.X.:** Treatment of Lisfranc Fractures: To Fuse or Not to Fuse. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 15, 2012.

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 14, 2012.

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. Hoag Orthopedic Institute, Irvine, CA, October 25, 2011

**McGuigan, F. X.:** Forefoot and Midfoot Reconstruction Using Variable Angle Plates, 11th Annual Advancements in Foot & Ankle Surgery Seminar, Huntington Beach, CA, 14 September 2011.

**McGuigan, F.X.:** Forefoot and Midfoot Reconstruction. University of Utah, Salt Lake City, Utah, June 24, 2011

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. Washington Hospital Center, Washington, DC, 28 April 2011

**McGuigan, F.X.:** The Role of Negative Pressure Wound Therapy in the Team Approach to Limb Salvage. Diabetic Limb Salvage Conference, Washington, DC, 24 September 2009

**McGuigan, F.X.:** Neuropathic Bone Disease and Reconstruction Options in the Diabetic Foot. Diabetic Limb Salvage Conference, Washington, DC, 25 September 2009

**McGuigan, F.X.:** Wartime Injuries and Infections. Aga Kahn Hospital, Nairobi, Kenya, 24 April 2009

Keeling, J. J.; Andersen, R. C.; Forsberg, J. A.; Potter, B. K.; Gwinn, D. E.; Fleming, M.;. **McGuigan, F. X.;** Ficke, J. R.; and Pollak, A. N.: Transitional and Definitive Casualty Care: Current Experience and Future Directions.  HSS Alumni Association 90th Annual Meeting, New York, N.Y. November 2008.

**McGuigan, F.X.:** Advanced Internal Fixation For Diabetic Fractures. Diabetic Limb Salvage. Conference, Washington, DC, 20 September 2008

**McGuigan, F.X.:** Effective Utilization of External Fixation in the Lower Extremity. Diabetic Limb Salvage Conference, Washington, DC, 18 September 2008

**McGuigan, F.X.**: The Ertl Tibiofibular Bone Bridge Amputation. Combined American Vietnamese Meeting for Lower Extremity Injuries. Hanoi, Viet Nam, 24 May 2008.

Keeling, J.J.; Gwinn, D.E.; Tintle, S.M.; **McGuigan F.X.;** Andersen, R.C.:  Outcomes of Severe Open Wartime Tibia Fractures Treated with Ring External Fixation. 49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Gwinn, D.E.; Keeling, J.J.; Andersen, R.C.; **McGuigan F.X.:** Hydroxyapatite-coated External Fixator Pins in Severe Wartime Fractures. 49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Gwinn, D.E.; Keeling, J.J.; Froehner, J.W., Andersen, R.C., **McGuigan F.X.:** Perioperative Differences in Transtibial Amputation Techniques.  49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Kuhn, M.A. and **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Arthroscopy Association of North America, Hollywood, FL. May 2006

**McGuigan,F.X.:** Ring Fixator Treatment of Complex Foot and Ankle Injuries,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany, 24-26, April 2006.

**McGuigan,F.X.:** Treatment of Wartime Tibial Fractures with Ring Fixators,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany,

24-26 April 2006.

**McGuigan,F.X.:** Taylor Spatial Frame and Orthocad Software,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany, 24-26 April 2006.

**McGuigan, F.X.,** Wound Stabilization and Skin Substitutes in a Wartime Trauma Setting. AAOS Extremity War Injuries: State of the Art and Future Directions. Washington, DC. Jan 2006

**McGuigan, F.X.,** Treatment of Bone Defects Caused by Blast Injuries. Baltimore Limb Deformity Course, Baltimore, MD. Sep 2005.

Otto Ohm and **McGuigan, F.X.**, Anatomic Communication Between the Periarticular Structures of the Hindfoot. American Academy of Orthopaedic Surgeons. Washington, DC.  February 2005

Castro, T.L. and **McGuigan, F.X.**, Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. American Academy of Orthopaedic Surgeons. Washington, DC.  February 2005

Castro, T.L. and **McGuigan, F.X.**, Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. Society of Military Orthopaedic Surgeons. Honolulu, HA.  December 2003

Kuhn, M.A.; Cumiskey, A.M.; **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Society of Military Orthopaedic Surgeons. San Diego, CA December 2002

Myerson, M.S.; Schon, L.S.; **McGuigan, F. X.** and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsophalangeal Joint using Bone Graft for Restoration of Length. American Orthopaedic Foot and Ankle Society.  New Orleans, LA 1998

Myerson, M.S.; Schon, L.S.; **McGuigan, F. X.** and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsophalangeal Joint using Bone Graft for Restoration of Bone Loss. European Foot and Ankle Societies Congress, Paris, France October 1997

**McGuigan, F. X.:** Treatment of Acetabular Osteolysis. Crucial Decisions in Total Hip and Total Knee Arthroplasty. Bermuda, May 1997

**McGuigan, F. X.:** Treatment of Femoral Osteolysis. Crucial Decisions in Total Hip and Total Knee Arthroplasty. Bermuda, May 1997

Bookout, J. and **McGuigan, F.X.:** Intra-articular Fluid Volume and Range of Motion of the Elbow. American Academy of Orthopaedic Surgeons.  San Francisco, CA 1997

Bookout, J. and **McGuigan, F.X.:** Intra-articular Fluid Volume and Range of Motion of the Elbow. Society of Military Orthopaedic Surgeons.  San Diego, CA November 1996

**McGuigan, F.X.:** The Case for Cemented Acetabular Fixation.  Crucial Decisions in Total Hip and Total Knee Arthroplasty.  Bermuda, May 1996

**McGuigan, F.X.:** Patellar Resurfacing.  Crucial Decisions in Total Hip and Total Knee Arthroplasty.  Bermuda, May 1996

Bowen, R.A.; Booth, R.E.; and **McGuigan, F.X.:**  Two Stage Total Knee Arthroplasty for Septic Arthritis.  American Academy of Orthopaedic Surgeons, Orlando, FL  1995

**McGuigan, F.X.:**  Implant Standardizations in Total Hip Arthroplasty.  Crucial Decisions in Total Hip Arthroplasty.  Naples, FL  1995

**McGuigan, F.X.:**  Cemented Acetabular Cups in Total Hip Arthroplasty.  Crucial Decisions in Total Hip Arthroplasty.  Naples, FL  1995

Helmers, S.W.; Sharkey, P.F.; and **McGuigan, F.X.:**  The Efficacy of Pulse Lavage Irrigation after Component Implantation in Total Knee Arthroplasty.  Society of Military Orthopaedic Surgeons.  Hilton, Head, S.C.  November 1994

**McGuigan, F.X.;** and Sharkey, P.F.:  Quality of Life Outcome Following Total Hip Arthroplasty.  Society of Military Orthopaedic Surgeons.  Hilton Head, S.C.  November 1994

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and Taras, J.S.:  Fractures of the Trapezium - A Long Term Follow-up.  American Society for surgery of the Hand.  Cincinnati, OH October 1994

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.:  The Impact of Total Joint Arthroplasty on Quality of Life:  A Prospective Analysis.  Eastern Orthopaedic Association.  Southampton, Bermuda October 1994

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.:  The Impact of Total Joint Arthroplasty on Quality of Life:  A Prospective Analysis.  Association for Arthritic Hip and Knee Surgery.  Washington, D.C.  September 1994

**McGuigan, F.X.:**  Ceramic Bearing Surfaces in Total Hip Arthroplasty.  Crucial Decisions in Total Hip Arthroplasty.  Bermuda April 1994

**McGuigan, F.X.:**  Cemented Total Hip Arthroplasty.  Crucial Decisions in Total Hip Arthroplasty.  Bermuda April 1994

**McGuigan, F.X.;** and Sharkey, P.F.:  Quality of Life Outcome Following Total Hip Arthroplasty.  American Orthopaedic Association Resident's Conference.  Atlanta, GA March 1994

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  Jefferson Orthopaedic Society.  Philadelphia, PA November 1993

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  American Shoulder and Elbow Surgeons meeting.  San Francisco, CA February 1993

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  American Academy of Orthopaedic Surgeons.  San Francisco, CA February 1993

**McGuigan, F.X.;** and Hall, J.:  Basal Joint Arthrosis of the Thumb.  University of California, San Francisco Grand Rounds.  Kaiser Permanente Oakland Medical Center, Oakland, CA December 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.:  Fractures of the Trapezium.  American Orthopaedic Association Resident's Conference.  Ann Arbor, MI March 1992

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Cases of Failed Outcome in Complex Fractures of the Proximal Humerus.  American Orthopaedic Association Resident's Conference.  Ann Arbor, MI March 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.:  Fractures of the Trapezium. Society of Military Orthopaedic Surgeons.  El Paso, Texas November 1991

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Cases of Failed Outcome in Complex Fractures of the Proximal Humerus.  Society of Military Orthopaedic Surgeons.  El Paso, Texas November 1991

Norris, T.R.; **McGuigan, F.X.:**  Treatment of Three and Four Part Fractures of the Proximal Humerus.  American Society of Shoulder and Elbow Surgeons.  Anaheim, CA March 1991

**McGuigan, F.X.;** and Norris, T.R.:  Treatment of Three and Four Part Fractures of the Proximal Humerus.  University of California, San Francisco Grand Rounds. San Francisco, CA March 1991

**McGuigan, F.X.;** Culp, R.W.; Turner, M.A.; Lichtman, D.M.; Osterman, A.L.; and McCarroll, H.R.: Proximal Row Carpectomy:  A Multicenter Study.  American Society for Surgery of the Hand. Toronto, Ontario, Canada September 1990

# Exhibit 4(a)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,     )
           )
        Plaintiffs,     )
           )
v.           )     CAUSE NO.: 1:19-cv-00796
           )
ISLAMIC REPUBLIC OF IRAN,     )
           )
      Defendant.     )

## DECLARATION OF PLAINTIFF, DIANE PENNINGTON, INDIVIDUALLY AND ON BEHALF OF D.A., A MINOR

I, Diane Pennington, of \_\_\_\_, \_\_\_\_, this\_\_\_\_\_ day of December 2018, declare pursuant to 28

U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

I, Diane Pennington, am the sister of Howard Paul Allen and guardian to Howard Paul

Allen's son, Devlin Allen. Howard Paul Allen was born in Brooklyn, New York to Herbert B.

Allen and Barbara Susan (nee Shayer) on April 3, 1974.  I was 5 years old when he was born and

was his only sibling.

Our mother was diagnosed with Hodgkin's when Howard was less than a year old.  She

was told that she had 1 to 5 years to live.  Due to her illness and the medical treatment that was

needed, in March 1975, we moved to Arizona where our maternal grandparents lived so they

could assist in getting our mother to and from treatment.

In 1986, our mother passed away from the Hodgkin's.  Howard was 12 at this time.  I

was 17 and a senior in high school.  This was extremely hard on the entire family. Our father

remarried a year later.  Howard did not get along with our step-mom.  Our father finally divorced

this step-mom in 1991.

In 1992, my daughter, Kristina, was born and Howard was excited to be a young uncle. Howard also graduated from Paradise Valley High School in 1992.

After High School Howard enlisted in the Navy and was a cook.  He was married during this time to Alana Allen, but the marriage did not last, although their divorce was not final until 2004.  After the Navy, Howard worked as a customer service representative for several retail companies.

I am unsure as to what year it was that Howard joined the National Guard, however, I do know that he purposely joined a platoon that had recently returned from Iraq so he thought he would be safe and not have to go fight in the war.  The year Howard was deployed, was the end of his contract, but President Bush announced that no one was going to be allowed to be discharged, no matter where they were in their commitment.  Howard was deployed with the 860 which was a police brigade.  The family was under the impression that Howard had the job as a cook which is what he had in the Navy.  Until he was killed, the family had no idea that he was participating in police escorting of the Iraq police.  Or that he was an actual driver in these missions.

I was at work when I was advised that my brother had been killed in action.  One thing that was distressing and that I found out after the fellow soldier, Jeremiah who died 4 days later, was that he was so distressed about my brothers death that he called his parents and told them about the death, before we were even notified.  This was disturbing.  In addition, Jeremiah's family told us that they saw the individual who detonated the bomb, he was dancing as the bomb went off, but because of military rules, by the time they got approval to shoot this murderer, he had fled.  I don't understand why they couldn't have shot this individual immediately.

Not only did my father lose his wife too young, now he lost his son as well. We were down to a family of 2. My father is getting older, he is 79 and I am aware he won't be alive for much longer, and I will be the last person of my immediate family who is still alive.

My brother's death caused so much heartache as his now deceased widow was dealing with her own mental health issues and depression and pushed my father and I away. Only allowing us to see very little of my nephew who was all we had left of my brother. Until his widow, Patience Stevens-Allen reached out to me in early 2017, we were unaware of how bad her health was. Over the next 9 months, we spent more time with my nephew and tried to help Patience regain her strength. However, based on here chosen living conditions as well as poor choices she had previously made, she died in September 2017. At that time, I took guardianship of my nephew, Devlin Allen,

It has been extremely difficult due to the lack of parenting he had for the first 16 years of his life (before living with us). It is hard, emotionally as well as financially as I am not able to tap into any of the money that my nephew receives from social security or from the military. I am trying to get this changed, but in the meantime, my husband and I have been 100% supporting Devlin despite turning in receipts for reimbursement.

Patience Stevens-Allen received $750,000 from my brother's death which was supposed to provide for my nephew, Devlin Allen. However, she spent every penny of it in a couple of years leaving them living in poverty. That is the reason I have joined this class action suit, to hopefully provide Devlin with some sort of inheritance/legacy from his father's death. And reimbursement of the pain and suffering I have experienced since my brother was killed in action.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES

OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

*Diane Pennington*
_____
Diane Pennington
Individually and on behalf of
Delvin Allen, a minor

1/2/2019
_____
Date

# Exhibit 4(b)

Alberstone Declaration

CLERK OF THE SUPERIOR COURT
FILED
2-25-19   3:27PM
M. Solleau, Deputy

HOLDSWORTH LAW FIRM, P.C.
Michael L. Holdsworth #015802
3031 Dollar Mark Way, Suite B
Prescott, Arizona 86305
(928) 776-0300
inbox@holdsworthlawfirm.com (Court Responses Only)
Attorney for Counsel for Diane Pennington

SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

In the Matter of the Estate of

**HOWARD PAUL ALLEN,**

Deceased.

NO. ___PB2018-002369

**LETTERS OF PERSONAL REPRESENTATIVE**

Diane Pennington is hereby appointed as personal representative of this estate with bond.

Personal Representative shall have no right to possess estate assets beyond that necessary to

confirm title to rightful successors to the estate.

DATED: 2-25-19

Clerk of the Superior Court

By _____
Deputy Clerk

The foregoing instrument is a full, true and correct copy of
the original on file in this office.
I further certify that the Order/Statement appointing the
☑ Personal Representative      Guardian
    Conservator                Special Administrator
was signed on 12-28-18                       and that these
letters have not been revoked.
Attest    MAR 0 6 2019   20
JEFF FINE, Clerk of the Superior Court of the State of
Arizona, in and for the County of Maricopa.
By_____, Deputy



# Exhibit 5(a)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,      )
                                 )
        Plaintiffs,          )
                                 )
v.                               )     No.: 1:19-cv-00796
                                 )
ISLAMIC REPUBLIC OF IRAN,     )
                                 )
        Defendant.       )

## <u>DECLARATION OF PLAINTIFF, TAYLOR BROWN</u>

I, Taylor Brown, of  New Berlin, Wisconsin, this 21st day of December, 2018, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

My name is Taylor Brown and I was born on September 1, 1995. I am the son of Sergeant First Class Scott James Brown, who was born on April 16, 1974, and Kristen Leedom, who was born on January 13, 1976. Since I was the only child, my mom and I were the only ones in the household at time of my Father's attack. My Father's parents were Lynn Brown and Vernon Brown. They raised my Father in Brookfield, Wisconsin, along with his brother Mike Brown and sister Debbie Brown.

In March of 1998, when I was 3 years old, my Dad joined the Army in March 1998 and was currently assigned to the 1st Battalion, 325th Airborne Infantry Regiment, 2nd Brigade Combat Team, 82nd Airborne Division, based at Fort Bragg, North Carolina.

My Father had enlisted shortly after he graduated from Brookfield Central High School. Since my Mother and I lived in Wisconsin, I didn't see him for years because he was stationed in Fort Bragg and kept getting deployed all around the world. My Father ended up getting killed in action in Iraq, where he was awarded the Bronze Star Medal, the Purple Heart and the Army Commendation Medal.

He served in the Army for 10 years and his last rank was Sergeant first class (E7). There are a lot of traits that I loved about my dad, but some of them consisted of his passion to serve for this country, ability to bring others up and his heroism.

## THE EFFECTS THAT THE DECEASED SOLDIER'S PASSING HAVE HAD ON YOU AND OTHER FAMILY MEMBERS

My Father's death has greatly affected me in every way possible. I still have flash back of finding out that he was gone forever. It was May 17, 2007, which was my last day of my 5th grade year and I was sitting in the gymnasium watching an elementary school play. My teacher came up to me and said, "please follow me". I thought I was getting in trouble for something so my mind was puzzled.

I was then brought into a room, where my 5th grade teacher and my crying mom were sitting at a round table. Instantly, my body began to shake and become cold. My first thought is that my Father is gone, and I won't see him ever again. Time seemed to stop at that moment and I remember my mother balling her eyes out trying to tell me that my Father had been killed in Iraq. I screamed "NO!" and dropped to my knees. Everything after that was a blur.

For months, time seemed to have stopped and I was stuck in my head with horrible thoughts of sadness. I felt so alone, depressed, and angry that I would never see my Father again. I didn't want to be around anybody. I didn't want it to be real. I couldn't speak to anybody, let alone even think for myself. I felt like my heart was ripped out and I would never ever get it back. I had flash back of his smile and all the times we went camping, which just made me more sad because there will never be any more memories of my Father and me. For months, I was lost, and I couldn't find my way out of the of the hole that I was digging for myself. I simply didn't want to be alive. I wanted to be with my Father. I cannot explain what I truly felt on the day of finding out and the years of grief that I experienced. I don't think the grief will ever end.

My mother ended up filing for bankruptcy because she couldn't support me on her own. I ended up having to get a job and start buying my own food, clothes, and help support my mom to keep her house. It was financially a nightmare that will haunt me for the rest of my life. Seeing my mother do well for herself and suddenly everything changed within a matter of months, and life took almost everything away. This made grieving even harder because I didn't have to just worry about healing myself, I had to worry about healing my mom and helping her financially so that she could give me a roof under my head.

After a few years our family had entirely been broken apart. My mothers and I's relationship had been destroyed because we were both going through a hard time and she simply had to use all her energy to take care of her grief. I had to move in with my grandparents because my mother had fallen of the edge and she was taking me with her. The death of my Father really made life hard.

Every time I achieve something like graduating from High School, I think to myself I wish my dad was here to see me walk across that stage. I am about to graduate from college in May as a Manufacturing Engineer and one of my first thoughts is going to be, I wish my Father was here to see me walk across the stage. Seeing other people with their Mothers and Fathers supporting me breaks my heart because I never got that opportunity. I look at other people and I feel like I am entirely different than everybody because I didn't grow up with a Father.

I had to teach myself how to be a man, or what my perception of how to be a man. From the start, I was at a disadvantage. I cannot seem to be in a close relationship to anybody because I feel like I am going to lose them one day. There is not one day where I don't think of my dad and how much I miss him and love him. My life changed drastically on the day of finding out that my Father was gone forever, but I will never forget him and one day I will see him again.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


*Taylor Brown*
Taylor Brown                          ____12/21/2018_____
                                      Date

# Exhibit 5(b)

Alberstone Declaration

FILED
12-19-2018
Register in Probate
Waukesha County
2018PR000658

**BY THE COURT:**

**DATE SIGNED: December 19, 2018**

Electronically signed by Paul R. Nowakowski
Court Commissioner



---

| STATE OF WISCONSIN, CIRCUIT COURT, WAUKESHA | COUNTY |
|---|---|

IN THE MATTER OF THE ESTATE OF

☐ Amended

SCOTT JAMES BROWN
Name

**Letters of Special Administration**
**(Formal Administration)**

Case No. 16 PR 658

To:  TAYLOR J. BROWN

The decedent, with date of birth ▮▮▮, 1974 _____ and date of death May 18, 2007 _____,
was domiciled in Waukesha _____ County, State of Wisconsin _____.

You are granted
☒ only these specific powers: to sign Retainer Agreement to avoid Statute of Limitations expiring on December 31, 2018

☐ all the same powers, duties and liabilities as a personal representative.
☐ Except: _____

Other: No assets or income shall be disbursed without further order of the court. _____

*(COURT SEAL)*

| Form completed by: (Name) ATTY. HENRY HAYES CONTI | |
|---|---|
| Address P O Box 627 Green Lake, Wi. 54941 | |
| Telephone Number 1 920 858-4196 | Bar Number 1012583 |

# Exhibit 6(a)

Alberstone Declaration

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.    )
)
    Plaintiffs,    )
)
v.    )   **Case 1:19-cv-00796-JEB**
)
ISLAMIC REPUBLIC OF IRAN,    )   **Judge James E. Boasberg**
)
    Defendant.    )
)

### DECLARATION OF PLAINTIFF,

I, Melissa Cuka, of Yankton, SD, this _24ᵗʰ_ day of _April_, 2021, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Melissa Cuka. I was born on (Month) _September_ (Day) _12_, (Year) _1977_, in (city) ~~Yankton~~ _Tyndall_, (state) _SD_, United States of America, and am a United States Citizen. I am the widow of SSG Daniel Cuka.

On December 4, 2005, my husband was killed by an Explosively-Formed Penetrator, "EFP", device while deployed in Iraq. That experience was extremely traumatic for me, living through it once was already too much. At this time, I am unable to provide a written Declaration describing my experience. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. However, the process of writing down everything that my family and I went through in the wake of the attack is too painful. I tried on several occasions, but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided.  SSG Dan Cuka was an excellent soldier, committed to serving his Country, and truly loved his job. The attack on my husband caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


Melissa Cuka                          4-24-2021
                                      Date

# Exhibit 6(b)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.           )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )   Case 1:19-cv-00796-JEB
                                    )
ISLAMIC REPUBLIC OF IRAN,           )   Judge James E. Boasberg
                                    )
        Defendant.                  )
                                    )

## DECLARATION OF PLAINTIFF.

I, Abigail Cuka, of Yankton, SD, this 24th day of April, 2021, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Abigail Cuka. I was born on (Month) July ,(Day) 2t, (Year) 2000 , in (city) Yankton , (state) SD , United States of America, and am a United States Citizen. I am the son of SSG Daniel Cuka.

On December 4, 2005, my father was killed by an Explosively-Formed Penetrator, "EFP", device while deployed in Iraq. That experience was extremely traumatic for me, living through it once was already too much. At this time, I am unable to provide a written Declaration describing my experience. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. However, the process of writing down everything that my family and I went through in the wake of the attack is too painful. I tried on several occasions, but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided. SSG Dan Cuka was an excellent soldier,

committed to serving his Country, and truly loved his job. The attack on my husband caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____          04/24/2021
Abigail        Cuka               Date

# Exhibit 6(c)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.     )
                                     )
      **Plaintiffs,**         )
                                     )    **Case 1:19-cv-00796-JEB**
v.                         )
                                   )    **Judge James E. Boasberg**
**ISLAMIC REPUBLIC OF IRAN,**  )
                                   )
      **Defendant.**         )
                                   )

## DECLARATION OF PLAINTIFF,

I, Alexander Cuka, of Yankton, SD, this 24th day of April, 2021, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Alexander Cuka. I was born on (Month) August, (Day) 18th, (Year) 2003, in (city) Yankton, (state) SD, United States of America; and am a United States Citizen. I am the son of SSG Daniel Cuka.

On December 4, 2005, my father was killed by an Explosively-Formed Penetrator, "EFP", device while deployed in Iraq. That experience was extremely traumatic for me, living through it once was already too much. At this time, I am unable to provide a written Declaration describing my experience. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. However, the process of writing down everything that my family and I went through in the wake of the attack is too painful. I tried on several occasions, but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided. SSG Dan Cuka was an excellent soldier,

committed to serving his Country, and truly loved his job. The attack on my husband caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Alexander Cuka

4/24/2021

Date

# Exhibit 6(d)

Alberstone Declaration

# FILED

DEC – 7 2018

*[signature]* Judy L. Johnson
Yankton County Clerk of Courts
First Judicial Circuit Court of South Dak.

STATE OF SOUTH DAKOTA

COUNTY OF YANKTON

IN CIRCUIT COURT

FIRST JUDICIAL CIRCUIT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTATE OF DANIEL MICHAEL CUKA,
Deceased.

Pro. #18-46

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LETTERS OF PERSONAL REPRESENTATIVE

On the 4th day of December, 2018, Melissa Kay Cuka was appointed by this Court and qualified as personal representative of the estate Daniel Michael Cuka, Deceased.

These Letters are issued as evidence of the appointment, qualification, and authority of Daniel Michael Cuka to do and perform all acts authorized by law.

Issued on the 4th day of December, 2018.

BY THE COURT:

*[signature]*

Hon. David D. Knoff
Circuit Court Judge

ATTEST:

*[signature]* Jody Johnson
by Gleon

Clerk of Courts
(SEAL)



# FILED

**DEC - 7 2018**

STATE OF SOUTH DAKOTA )                                 IN CIRCUIT COURT

*Jody L Johnson* )SS

COUNTY OF YANKTON                                       FIRST JUDICIAL CIRCUIT
Yankton County Clerk of Courts
-t Judicial Circuit Court of South Da

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTATE OF DANIEL MICHAEL CUKA,                          Pro. #18-46
Deceased.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TESTACY, DETERMINATION OF HEIRS,
### and APPOINTMENT OF PERSONAL REPRESENTATIVE

Upon consideration of the petition for adjudication of testacy, determination of heirs and appointment of personal representative, the Court finds:

1. The required notice has been given or waived, venue in this County is proper, and these proceedings were commenced within the time prescribed by SDCL 29A-3-108.

2. Decedent died on December 4, 2005.

3. The Decedent was domiciled at the time of death in Yankton County, South Dakota

4. The Decedent died testate.

5. An original, duly executed, and apparently unrevoked Will dated April 2, 2005, is in this Clerk's possession.

5. Melissa Kay Cuka is entitled to appointment as Personal Representative.

6. The heirs of the Decedent are determined to be those listed on Exhibit A attached hereto.

IT IS ORDERED:

A. The findings are made a part of this Order.

B. The heirs of the Decedent are those listed on Exhibit A attached hereto.

C. Melissa Kay Cuka is formally appointed as Personal Representative of the Decedent's estate, and letters shall be issued to the Personal Representative to serve without bond.

Dated this 4ᵗʰ day of December, 2018.

BY THE COURT:

Hon. David D. Knoff
Circuit Court Judge

ATTEST:

Clerk of Courts
(SEAL)

**FILED**

DEC - 7 2018

*Judy L Johnson*

Yankton County Clerk of Courts
-1 Judicial Circuit Court of South Dak

EXHIBIT A

Melissa Kay Cuka
292 Baycliffe Drive
Yankton, SD 57078

Wife

Abigail Rose Cuka
292 Baycliffe Drive
Yankton, SD 57078

Daughter

Alexander Michael Cuka
292 Baycliffe Drive
Yankton, SD 57078

Son
Age 15 (Minor)

1

# Exhibit 7(a)

Alberstone Declaration

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.                )
                                        ) Case 1:19-cv-00796-JEB
        Plaintiffs,                     )
                                        ) Judge James E. Boasberg
v.                                      )
                                        )
ISLAMIC REPUBLIC OF IRAN,               )
                                        )
        Defendant.                      )
                                        )

### DECLARATION OF PLAINTIFF, LAURA RUSSELL KENNEDY

I, Laura Russell Kennedy, of Ellicott City, Maryland declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Laura Russell Kennedy. I was born February 23, 1983 in Jackson, TN and am a United States Citizen. I am the widow of Jonathan W. Edds who was killed in Iraq on August 17, 2007. I am also the Personal Representative of the Estate of Jonathan Edds. Jonathan was assigned to the HHC, 2nd Battalion, 69th Armored Regiment. Jonathan was born on January 18, 1983 in Hamilton, Ohio. We were married on July 2, 2005 in my hometown of Boone, NC. In addition to myself, he was also survived by his father and mother, Barry and Julie Edds, and two brothers, Joel and Josh Edds.

Jonathan (hereafter, John) met in the fall of 2003 when I was in my junior year at Abilene Christian University in Abilene, Texas and he was in his third year at the United States Military Academy (USMA) in West Point, New York. We were introduced by my uncle, Lt. Col. Michael Newton, who was a professor of law at USMA at the time and was one of John's faculty sponsors. After our initial meeting, we dated long distance between Texas and New York and

became engaged at the end of the summer of 2004. We also spent our year of engagement long distance as we both completed our respective bachelor degrees and were married the summer following our graduations. This period of dating and engagement was incredibly difficult with much sacrifice and emotional turbulence, but we were dedicated to each other through these difficulties with the end purpose of strengthening our relationship and starting a life together.

I delayed my graduate education for a year due to the uncertainty of John's military assignment. We jointly aimed to find an Army post that was within commuting distance to a pharmacy school where I could continue my educational and career goals. This led us to Fort Benning, GA and I subsequently applied and was accepted to Auburn University's School of Pharmacy in Auburn, AL and began in fall of 2006. So, it seemed like our sacrifices and plans were working toward a successful end where we could both pursue individual aspirations while living in the same location; something that we had not been able to do during most of the time up to that point. During the early part of our marriage, we got two dogs, bought a home in Phenix City, AL, developed friendships within our Army and church communities, and began to make plans for our future as a family.

As a young couple, we had many dreams about what the future might hold for us. John planned to stay in the Army for much of his career, at least 20 years. He aspired to be a leader that would build community amongst those he led and was committed to the mission of his unit. We often discussed of having children and he would fondly talked about the possibility of becoming a father in the future. Although I was committed to my education, I was also aware that his military assignments would take priority throughout our life together; a sacrifice that I was readily willing to make because our marriage took priority. When John was deployed to Iraq in March of 2007, I continued living in our Phenix City home and commuted to Auburn for my

course work. We spoke as often as possible during that time although communication was limited because of his rural Iraqi location. During this time, there were several fatalities in 2-69 (the battalion). John would express to me how these events increased his commitment to the mission and his fellow soldiers even more.

John was killed in action on August 17, 2007 when insurgents attacked his vehicle using an Explosively-Formed-Penetrator (EFP). I was notified of John's death the morning of August 18, 2007 as I was getting ready to leave for my commute to Auburn. He was laid to rest at the West Point Cemetery 10 days later.

## THE EFFECTS OF THE DEATH AND PASSING OF JONATHAN EDDS

John's death permanently changed the course of my life and the lives of many others. He was 24 years of age and we had just celebrated our second wedding anniversary; we were at the beginning of what we thought would be a long life together. His death robbed me of my husband, robbed his parents of their son, robbed his brothers of their sibling. Similarly, my parents and sister grieved deeply for years. The resonating effects of John's death seemed like a tidal wave of emotional distress felt by so many family and friends.

My loss was immeasurable. My best friend and partner in life was gone; our future dreams having children were demolished; I was left with the house in which all of these dreams were to be realized; I was a 24-year-old widow, which is a very isolating and undesirable position to find oneself in life. This led me to a place of deep depression, which I sought therapy services for years to come.

His death occurred on the first day of the fall semester of my second year of pharmacy school. I made the difficult decision to continue my educational endeavors (not taking time off) and attempt to continue on with the semester. With the assistance of dedicated professors

extending extra time, videoed lectures, and fellow student support, I was able to succeed. I felt isolated from my peers who could not begin to relate to my loss and new reality. I seldom sought to do activities outside of my course work. I abandoned my church community as I could not bring myself to be in the same building with all of the memories John and I had together there. I also sold our house and furniture John and I had purchased together because I could not live with the ghosts of our planned future.

During the remainder of my time in Auburn (until the spring of 2010), I required therapy sessions one to two times per week and was medically treated for depression and anxiety. I fear that without close attention to my mental health during that time, I, too, may not be here today. No matter how much time passes, John's death will forever be a loss that changed the course of my life and led me down a very dark path for a long time. Even in light of resilience of the human spirit and the persistence to carry on with a new "normal,,, the loss of John never becomes smaller and his memory remains with us. My only hope is that he is proud of the way I have continued.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Laura Russell Kennedy          10 25 2021

Laura Russell Kennedy                    Date

# Exhibit 7(b)

Alberstone Declaration

Approved, SCAO

JIS CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF St. Joseph | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>18-374     -DE |
|---|---|---|

Estate of   Jonathan Edds

TO:    Name and address
Laura Russell Kennedy

Telephone no.

You have been appointed and qualified as personal representative of the estate on 12/04/2018 . You are authorized
to perform all acts authorized by law unless exceptions are specified below.   Date
☐ Your authority is limited in the following way:
   ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your
      acceptance of appointment.
   ☐ Other restrictions or limitations are:

☐ These letters expire: _____ .
                          Date

12/04/2018
Date

_Dand C. Tomlinson_
Judge (formal proceedings)/Register (informal proceedings)          Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE   Hon. David C. Tomlinson (P28619)

Kurt M. Armstrong                          (P30322)
Attorney name (type or print)              Bar no.
511 Rennaissance Drive, Suite 110
Address
St. Joseph, Michigan 49085                 269-983-5777
City, state, zip                           Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these
letters are in full force and effect.

_____          _____
Date                              Deputy register

═══════════════════════════════════════════════════════════════════════
Do not write below this line - For court use only

St. Joseph County Probate Court
F I L E D

DEC   4 2018

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

**The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you.** See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after the first personal representative's appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of the first personal representative's appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate. [MCL 700.3703(4), MCL 700.3951(3), MCR 5.144, MCR 5.307, MCR 5.310]

**DUTY TO COMPLETE ADMINISTRATION OF ESTATE:** You must complete the administration of the estate and file appropriate closing papers with the court. Failure to do so may result in personal assessment of costs. [MCR 5.310]

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

---

### Additional Duties for Supervised Administration

If this is a supervised administration, in addition to the above reporting duties, you are also required to prepare and file with this court the following written reports or information.

**INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by that appraiser. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the personal representative. [MCL 700.3706, MCR 5.307, MCR 5.310(E)]

**ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date that your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

---

### Additional Duties for Unsupervised Administration

If this is an unsupervised administration, in addition to the above reporting duties, you are also required to prepare and provide to all interested persons the following written reports or information.

**INVENTORY:** You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). You are required within 91 days from the date your letters of authority are issued, to submit to the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706, MCR 5.307]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

Approved, SCAO

JIS CODE: RIO

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF St. Joseph | REGISTER'S STATEMENT | FILE NO.<br>: 18-374 -DE |
|---|---|---|

Estate of Jonathan Edds

1. An application has been filed requesting
   - ☑ informal probate of the will of the above named decedent.
   - ☑ the appointment of a personal representative.
   - ☐ the previously administered estate be reopened.
   - ☐ appointment of a successor personal representative.
2. Upon consideration of the application, I determine that all of the following are true:
   a. Venue is proper.
   b. The application is complete and made in accordance with MCL 700.3301 or MCR 5.312.
   c. The applicant appears to be an interested person.
   - ☑ d. An original, properly executed, and apparently unrevoked will dated December 7, 2006 _____ with codicil(s) dated _____ is in my possession.
     - ☐ An authenticated copy of the will and codicil(s) probated in _____ County _____ is offered for informal proceedings and documents establishing probate in another state are in my possession.
   e. The application is not within MCL 700.3304 or MCR 5.144.
   - ☐ f. A will to which the requested appointment relates has been formally or informally probated.
   - ☑ g. ☑ The person whose appointment is sought has priority to the appointment, with or without appropriate nomination and/or renunciation.
     - ☐ The applicant gave notice of his/her intention to seek an informal appointment to each person having a prior or equal right to an appointment not waived in writing and filed with the court.
   - ☐ h. There is good cause to reopen the previously administered estate and appoint a personal representative. The estate was not closed under supervised administration.
3. ☑ The will dated December 7, 2006 _____ with codicils dated _____ is admitted to informal probate.
4. ☐ Laura Russell Kennedy _____ is appointed
   - ☑ personal representative   ☐ special personal representative   ☐ successor personal representative
   of the decedent's estate and upon filing a statement of acceptance, letters shall issue to that personal representative
   - ☑ without bond.   ☐ upon filing a bond in the amount of $ _____ .
   After qualification, the personal representative shall comply with all relevant requirements under the law.
5. ☐ The application is denied because:
   - ☐ a personal representative has been appointed in this or another county of this state and continues to serve.
   - ☐ this or another will of the decedent has been the subject of a previous probate order.
   - ☐ the probate relates to one or more of a known series of testamentary instruments, the latest of which does not expressly revoke the earlier.
   - ☐ other: _____
6. ☐ The estate is reopened.   ☐ Letters of authority expire _____ .

12/04/2018
Date

Kurt M. Armstrong                    P30322
Attorney name (type or print)          Bar no.

511 Renaissance Drive, Suite 110
Address

Register  Hon. David C. Tomlinson (P28619)

St. Joseph, Michigan 49085          269-983-5777
City, state, zip                     Telephone no.

Do not write below this line - For court use only

St. Joseph County Probate Court
F I L E D
DEC   4 2018

PC 568  (9/05)  REGISTER'S STATEMENT

MCL 700.3302, MCL 700.3303, MCL 700.3304, MCL 700.3305, MCL 700.3308, MCL 700.3601,
MCR 5.309, MCR 5.312

# Exhibit 8(a)

Alberstone Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DIANE PENNINGTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:19-cv-00796-JEB |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>DECLARATION OF PLAINTIFF, ADAM EGLI</u>

I, Adam Tyler Egli, of Grosse Pointe Woods, MI, this 31st day of March, 2021, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## <u>BACKGROUND</u>

I, Adam Tyler Egli, was born on December 22, 1985, in Valparaiso, Indiana. I attended, but did not graduate from, Northwest Community Christian High School in Phoenix, Arizona. However, I did obtain my GED in 2004. I married my high school girlfriend, Danielle Cherie Egli, on January 1, 2004, when we were both 18-years-old. Danielle graduated from Northwest in 2003.

We have two children who were born as of the time my July 31, 2007, attack: Kyleigh (DOB: 2-21-2005) and Brynn (DOB: 1-16-2007). We currently reside in Grosse Pointe Woods, Michigan.

I enlisted in the U.S. Army on September 7, 2004. I was assigned to the 3rd Brigade, 2nd Infantry Division, Bravo Company, 2nd Battalion, 3rd Infantry Regiment out of Ft. Lewis, Washington. I was deployed for the only time to Iraq in June of 2006. During my 13 months or

so in Iraq, our Stryker Brigade Combat Team usually was moved around to "hot spots" in and around Baghdad.  His unit was known as "the tip of the spear" during The Surge, the United States' 2007 increase in the number of American troops in order to provide security to Baghdad and Al Anbar Governorate.  Right around January of 2007, my unit was transferred from Mozul to near Baghdad, where we stayed until the time of the attack.  I had reached the rank of Sergeant with an E-5 classification as of the date of the July 31, 2007, attack.

### THE JULY 31, 2007, EXPLOSIVELY FORMED PENETRATOR ("EFP") ATTACK

On July 31, 2007, I was riding in a Infantry Carrier Vehicle ("ICV") Stryker within a convoy of four such vehicles on a counter-mortar patrol in or very near Sadr City in Baghdad, when an array of EFPs detonated to the side of the Stryker vehicle, causing a massive explosion which killed three fellow Soldiers, all of whom were dear friends of mine, and which injured six Soldiers, including me.  I do not recall whether I remained conscious throughout the immediate post-attack time frame.

Before the attack, I was trained on and had observed the telltale signs of an EFP attack, including a copper discharge; round, circular entry points in the U.S. Army vehicles attacked, usually from a side entry point; and copper residue inside of the vehicle.  After the attack and after my injuries had stabilized, I researched and investigated the attack.  I confirmed that it was in fact an EFP attack based not only on the investigative reports I reviewed, but by the fact that I had, and still have, copper fragments inside of my body from the attack.

### THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED IN THE JULY 31, 2007, ATTACK

My post-attack course of treatment followed that of many U.S. Soldiers injured in post-Saddam Hussein Iraq from 2005 through 2011: first to a Combat Support Hospital ("CSH"); then

to Balad Air Base in Balad, Iraq; the to Landstuhl Regional Medical Center in Germany; and then to Walter Reed National Military Medical Center.

I was severely injured in the EFP attack.  By far and away, my most serious injuries were blast injuries to my left knee area.  I ruptured my quadriceps tendon and lost a piece of my patella (kneecap).  I have experienced a total of approximately six or seven surgeries to the left knee area, including debridements, or cleaning out procedures, a reconstruction of the left knee, and for taking out blast fragments.  I have lost the patellar tendon and a ligament in my left knee.

Even now almost 14 years after the attack, I still have residual disability associated with my left knee, including considerable steady pain which averages out to between a 3/10 and a 4/10 pain rating, with 0 being no pain and 10 being the worst pain I have ever experienced.  The pain levels will spike from time to time based upon activities and weather.  By my own choice, I have not taken narcotic or other prescribed pain medications for my left knee pain other than at or around the time frame of the initial attack and the six or seven surgeries on the left knee.  I do not like the way pain medications make me feel.  I plow through any pain or discomfort I experience on a daily basis in my left knee area to do the things I need to do to make a living and to carry on.

In early 2008, when we had the opportunity to have me rehabilitate in Hawaii, I experienced infectious issues which turned out to be diagnosed as a staph infection.  I had one of my surgical procedures during this time frame to remove blast fragments and the staph infection from the left knee area.

The most recent medical treatment I have experienced for the left knee situation was during the Holidays in 2016 when a shrapnel piece came to the surface in my left knee, thus

causing great pain.  I had to have an inpatient surgical procedure done then to remove the fragments.

The second major area of physical injuries from the attack is blast fragments which were blown into and remain inside my back.  All of the medical treatment for the shrapnel blast fragments occurred for the most part during the first months after the attack.  However, the fragments remain inside of me and produce pain and discomfort from time to time.

Other physical injuries sustained in the attack included concussion; traumatic brain injury ("TBI"); hearing loss; and tinnitus (ringing in the ears).  Similar to the blast fragments in my back, I have not had active medical treatment for these conditions since the first few months after the attack.

In my opinion as the affected Soldier and based upon my experiencing treatments since the attack date, I was diagnosed with and have the following emotional and/or psychological conditions: (1) depression; (2) anger outbursts; and (3) Post-Traumatic Stress Disorder ("PTSD"). Early on, the symptoms for these diagnoses included nightmares, sleeplessness, "survivors' remorse," and sudden anger outbursts.   By contrast, and with over 13 years having elapsed since the attack, the PTSD is now manifested by occasional nightmares; episodes of "seeing" someone---usually a fallen comrade---but who is really not there; and anger outbursts at Danielle and the kids, or at least in their presence or earshot.

Early on after I had returned to the States after the attack, I had major emotional flare-ups and lashed out against Danielle, the result of which was us separating for a while in the fall of 2007.  I was drowning my grief with alcohol and Danielle said she could not recognize me during this time frame when she looked me in the eyes.  I was in a downward spiral.  From shortly after the attack and to this day, I have had an on-again-off-again relationship with counseling for my

emotional and psychological injuries.  Danielle has coined the phrase "like a roller-coaster" for my on-again-off-again stints of counseling since shortly after the attack.  This description would also fit for my taking medications for mental health issues since the attack.

All in all, I would say that my anger outbursts and other mental health/psychological symptoms are more in check when I am receiving counseling and taking medications, even though I do not like the way medications seem to make me feel.  Currently, in early 2021 as I draft and sign my Declaration, I am not on any anti-depressants or other psychotropic medications.  I do not like the version of myself that emerges when I am on such medications.

In 2010 or so, I started being seen by Dr. Larry Pinkus, a professional therapist in Valparaiso, Indiana.  I credit him with saving my life from the mental health issues I experienced after and as a result of my attack.  His office accommodated me with giving me free counseling at times when we could not afford it.

Then, in approximately 2010 or 2011, I had to be admitted for at least three days into an institution because of suicidal ideations.  I was then having "survivors' remorse," feeling that since I had been in the gunner's position in the Stryker vehicle, I therefore should have seen the concealed EFP on the side of the road and therefore prevented the attack.  After discharge, I began going to counseling again.

In either 2016 or 2017, I was seeing a civilian doctor who was then prescribing medications for the mental health issues.  Something went wrong with the medications, resulting in some anger outbursts and flare-ups.  I lashed out at Danielle and apparently followed her out to her car and punched the car.  I say "apparently" because I do not even remember the episode.

### THE ECONOMIC AND FINANCIAL EFFECTS OF THE EFP ATTACK

I had no college experience before the attack.  When I was first deployed, it was my intention to take whatever steps were necessary for me to become a helicopter pilot and to max out on a 20-year Army career. After rehabbing from my major injuries in Hawaii in 2008, we moved back to my Grandma's farm in Indiana where Danielle, the two kids, and I lived for free from approximately 2009 through 2012.  During the time, I was taking college courses but not really making any money to speak of, although I would take some low-paying jobs from time to time.  My Grandma had to help us out financially from time to time during this time frame.  I had been doing very well in my classes, but when the anniversary date of the attack, July 31, would roll around, I would take a downward spiral.  Through my counseling and the passage of time, I have learned to handle the time frames around the anniversary date of the attack in a much more appropriate manner.

Our family moved near the Atlanta area in mid-2012 to live with my parents until March of 2013, when we received a windfall from a veterans' organization—a house and some financial assistance.

The Egli family financial situation was very precarious in the first 10 years or so after the attack.  In fact, there were times when we were on the borderline of being homeless but for the assistance of family members and veterans' organizations.  In the last two or three years, I have been very fortunate to achieve a position of manager of a freight/trucking company based out of Dearborn, Michigan, making a salary of $89,000.00 per year.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____   _____
Adam Egli            3/31/21
                   Date

# Exhibit 8(b)

Alberstone Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIANE PENNINGTON | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )     CAUSE NO.: 1:19-cv-00796-JEB |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## DECLARATION OF PLAINTIFF, DANIELLE EGLI, INDIVIDUALLY AND ON BEHALF OF KYLEIGH EGLI AND BRYNN EGLI, MINOR CHILDREN

I, Danielle Cherie Egli, individually and on behalf of my two minor children, Kyleigh Egli and Brynn Egli, of Grosse Pointe Woods, MI, this 31st day of March, 2021, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

I, Danielle Cherie Egli, am married to former Sergeant Adam Tyler Egli of the U.S. Army. I have always been a United States citizen. I attended and graduated from Northwest Community Christian High School in Phoenix, Arizona, in 2003. Adam obtained his GED in 2004. Adam and I were high school sweethearts. We were married on January 1, 2004, when we were both 18-years-old, and have remained married since that time. We have two children who were born as of the time of Adam's July 31, 2007, attack: Kyleigh (DOB: 2-21-2005) and Brynn (DOB: 1-16-2007). We currently reside in Grosse Pointe Woods, Michigan. Because Kyleigh and Brynn are minor children, I speak and declare on their behalf as well in this Declaration. Both Kyleigh and Brynn have always been U.S. citizens.

Adam first enlisted in the Army in September of 2004 and was deployed for the one and only time to Iraq in June of 2006. Adam had every intention of becoming a helicopter pilot and serving a full 20 years of Army service when he enlisted. At the time of his attack, Adam was a Sergeant with an E-5 classification.

## THE EFFECTS THAT THE EFP ATTACK AND THE RESULTING PHYSICAL AND PSYCHOLOGICAL INJURIES HAVE HAD ON ADAM EGLI AND HIS FAMILY

Adam was severely injured in an Explosively Formed Penetrator ("EFP") attack in Baghdad on July 31, 2007. Kyleigh was two years old and Brynn seven months old as of the date of Adam's attack. I was devastated when I received word of the attack. Although I had received updated medical updates regarding Adam's condition and injuries, and was assured eventually that none of his injuries was life-threatening, it was very stressful and intimidating to totally rely on faceless voices who would call from time to time with updates on my husband's condition.

Adam's left knee area blast injuries were by far and away the most serious of the physical injuries he sustained in the attack. Since the attack, Adam has undergone either six or seven surgical procedures to address: a cracked kneecap; loss of his patellar tendon; the need for multiple debridement (clean out) procedures; the need for a left knee reconstruction procedure; the removal of shrapnel fragments coming up to the surface of his left knee; loss of a left knee ligament; and a ruptured quadriceps tendon. Adam also experienced a serious staph infection in the left knee area in 2008, which required yet another surgical procedure to clean out, along with shrapnel fragments.

The second most serious physical injuries Adam sustained in the attack was blast fragments in his entire back area. In addition, Adam sustained a concussion, a traumatic brain injury ("TBI"), hearing loss, and tinnitus (ringing in the ears). Most of the medical treatment and attention he received for these conditions took place in the first few months after the attack.

During the second half of 2007 and most of 2008, Adam was in a major rehabilitation mode from his physical and psychological injuries.  For almost all of this period of time, Adam was unable to ambulate, or at least not ambulate without the assistance of a cane, crutches, or wheelchair.  I was his transportation to all medical and counseling appointments and pretty much ran and maintained our family unit during that time frame.

From my observations of my husband during the past 13 years since the attack, I know him to be in daily, constant pain and that he has developed a high tolerance for pain since the attack.  Adam will speak up when he is considerable, overwhelming pain.  I believe Adam to be partially disabled from the left knee injuries, but he does what he needs to do on a day-by-day basis to survive and maintain his current employment as a Terminal Manager for a freight/trucking company in Dearborn, Michigan.

Despite the multiple left knee area surgeries since the attack and the continuing pain he feels in his left knee area even to this day, Adam generally has refused to take narcotic or over-the-counter pain medications for his pain because he just does not like the effects they have on him.

With regard to psychological and emotional-related injuries, and from my perspective as Adam's wife and best friend, these injuries have been just as severe, if not more severe, than the physical ones.  Adam's major psychological and emotional injuries include Post-Traumatic Stress Disorder ("PTSD"), depression, and anger outbursts.  Early on, these symptoms manifested with nightmares, sleeplessness, major grief (he lost three dear friends in the EFP attack), and his lashing out at me and the kids, despite their being so very young.

Things got so bad in the early fall of 2007 that Adam asked me to leave the house we were then living in. Adam had been drinking heavily since getting back to the States after the

attack.  I could not recognize the man I had fallen in love with when I looked deep into his eyes during this time frame.  We separated for a while.  The kids and I left Washington State and moved all of the way to Texas to live with my mother temporarily.  For a while, I did not know what had happened or would happen to my marriage and to my family.  Adam was in a real tailspin. I returned home in November of 2007 because Adam had been given permission to rehabilitate in Hawaii in beginning in early 2008.

Then, in either 2010 or 2011, Adam felt so bad about himself that he was having suicidal ideations.  He was again feeling "survivors' remorse" for surviving the EFP attack when three of his best friends were killed.  I had to have him put in an institution for a few days for an evaluation after taking him to the closest Veteran's Administration Hospital, where the admitting personnel would not listen at all to my protests that my husband needed *immediate* help.

In approximately 2010, when we were living in northwest Indiana, Adam came about to be treated by a professional therapist named Dr. Larry Pinkus.  Adam credits Dr. Pinkus with literally saving his life with the type and kinds of counseling Pinkus rendered to him.  Pinkus' professional office provided free counseling for Adam during a time frame when we just could not afford it.

In approximately 2016 or 2017, there was some sort of mix-up with medications Adam was then taking for his psychological and depressive diagnoses.  His anger outbursts at me and the children suddenly increased. Adam followed me out to my car one evening.  He was screaming at me and punched the car.  He does not remember the episode to this day.

Adam has never really enjoyed nor been consistent with counseling and treatment for his psychological and emotional injuries sustained because of the attack.  I describe his approach to counseling and taking medications for his depression and PTSD as being on a roller-coaster.  It

has been my observations over these 13 years that Adam's anger outbursts and lashing out at me and the kids decrease when he is receiving counseling. Adam does receive present day but nevertheless intermittent counseling for his emotional/psychological injuries. He is not currently on any medications for these symptoms and injuries.

Early on after Adam returned to the States and began his rehabilitation from his physical and emotional injuries, he had the habit of relating perhaps too much of his Iraq experiences to me, such that I felt that I too had PTSD. He would tell me gruesome stories about what he saw and experienced in Iraq. I have received intermittent counseling over these years for my own emotional and psychological injuries, as have both kids. I do not believe I have received near enough counseling for what I have been through and continue to experience as we move forward in life. These 13 years since the attack have certainly taken their toll on me!

Kyleigh and Brynn have been detrimentally affected by being the recipient of or at least being present for many of Adam's anger outbursts and lashing out episodes. Those episodes alarm them. They both have been in tears over these years when they have been present for these loud outbursts. They tell me that Daddy is hard to talk with sometimes. They tell me that they are scared sometimes. Kyleigh, who is now 16-years-old, has just started her own emotional/psychological counseling in September of 2020. Brynn, however, was in counseling as early as her kindergarten year (approximately 2011 or 2012) for almost five to six months. I have been told by the counselors and believe myself that their Dad's anger outbursts and lashing out caused this anxiety and distress in the two children. Both kids have expressed to me that they wish they could have known their Daddy before his attack. It breaks my heart to hear them make such comments!

The financial ramifications of Adam's attack and the stress that comes with financial lack have been very real for our family since the attack.  Although in the last two to three years Adam has secured a Terminal Manager position with a freight/trucking company in Dearborn, Michigan, and currently makes a salary of $89,000.00, our family has been financially destitute during most of the 13 years since the attack, and at times we were literally bordering on homelessness but for the financial assistance of various family members or veterans' groups.  And with financial distress comes very real and palpable human stress, stress above and beyond the verbal anger outbursts and lashing out of Adam.

I would like to think that most of Adam's recovery from his physical injuries is in the rearview mirror, as he has for the most part adapted to his daily and constant left knee area pain and does what he needs to do to provide for our family.  I would also like to think that most of Adam's recovery from his psychological and emotional injuries is in the rearview mirror, however, I cannot be so sure.  The outbursts still occur from time to time and the kids and I still observe the effects of this attack on Adam's psyche occasionally.  We all love him and support him, but the effects have been devastating on the three of us as well.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Danielle Egli

31 March 2021

Date

# Exhibit 9(a)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUL MARTINEZ, et al.,                          )
                                                )
        Plaintiffs,                             )
                                                )
v.                                              )        No.: 1:16-cv-02193-EGS
                                                )
ISLAMIC REPUBLIC OF IRAN,                       )
                                                )
        Defendant.                              )

<u>**DECLARATION OF PLAINTIFF, JERRAL HANCOCK**</u>

I, Jerral Hancock, of Palmdale, California, this _____ day of _____, 2018, declare

pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

<u>**BACKGROUND**</u>

I, Jerral Steele Hancock, was born of May 29, 1986, of Stacie Tscherny and Steven Scott

Hancock, in Santa Monica, California.  My Father, Steven Scott Hancock, died in August of

2014.  My Father was never a part of my life or upbringing.  Instead, my Mother's current

husband, Dirrick Benjamin, has since 2003 consistently acted as a Father figure to me.  I have

two Sisters, Samantha Hancock (DOB: 8-9-1988) and Savannah Tscherny (DOB: 8-21-1999),

with whom I am very close.

I was married to Rachel Lambright at the time of my May 28, 2007, Explosively Formed

Penetrator ("EFP") attack.  We were married on December 26, 2004, just a day before I deployed

to Iraq.  We had two children as of the date of my EFP attack:  Julius (DOB: 4-27-2004) and

Anastasia (DOB: 5-2-2007).  Anastasia was born just 27 days before the EFP attack.  I had not

even met or seen her as of the date of the attack.  Rachel and I were divorced on July 26, 2012, in

large part because of the physical and emotional injuries I experienced in the EFP attack, as

described below.  My two children currently live with me and my current wife, Adriana, with my

Mother, Stacie, and her husband, Dirrick, in Palmdale, California, in two separate houses on the

same plat of land.  These houses were graciously donated and built for us by the Gary Sinese

Foundation.  I got married to Adriana in July of 2017.

I grew up in and around Culver City, California, and attended Culver City High School.

Although I did not graduate, I did take what is known as a proficiency test, which I understand is

not the same thing as a GED, and achieved this in 2002 when I was 16 years old.

I enlisted in the United States Army in October of 2004.  I left for Basic Training on

December 27, 2004, just one day after my first marriage to Rachel Lambright.  I deployed to Fort

Hood, Texas, on approximately October 28, 2006.  I was in the 1-8 Cavalry, Delta Company.  I

was an E4 (rank of Specialist) with a Military Occupational Specialty ("MOS") of "Tanker."   It

was my goal in originally enlisting in the Army to get into law enforcement and to possibly

become a sheriff.

### THE MAY 29, 2007 EXPLOSIVELY-FORM ATTACK

On May 29, 2007, I was on a classified mission in Iraq, riding in a tank in a convoy of

four tanks out on a patrol (kind of like a "police patrol" with tanks) near Baghdad as part of what

was known as "The Surge."  My Forward Operating Base ("FOB") at the time of the attack was

Rustamiyah.

Although I do not have any independent recollection of the EFP attack which occurred

near Sadr City, a part of Baghdad, and in fact do not have any memories of anything until seeing

my Mother stateside when waking up at Brooke Army Medical Center ("BAMC") in San

Antonio, Texas, in June of 2007, I have extensively researched the Sadr City attack in which I

was injured, including speaking with members of my unit who were involved in and survived the

attack, including William Amundson.  The date of the attack was both my 21st birthday and Memorial Day.  I was driving a 70-ton M-1 Abrams Main Battle Tank through the streets of Sadr City, where we had been briefed, trained and told that "Mahdi's Army", a regional Shia Proxy Group, was in control and had been the perpetrators of other EFP and other terror attacks on Coalition Forces.

Our tank was suddenly hit with an EFP array, thus blowing up the tank and setting it on fire.  Most, if not all, of the other occupants of my tank got out, and I could hear them working outside to try to get me out.  I was going into and out of consciousness and realized that I was literally on fire and that I was experiencing the most horrific pain I could ever imagine a human being experiencing.  I was later told that I was literally burning inside my burning tank for approximately 40 minutes.  I was later told that I was put into a medically-induced coma, which explains why I only woke up weeks later at BAMC.

## PHYSICAL AND EMOTIONAL INJURIES SUSTAINED IN THE MAY 29, 2007 EFP ATTACK

When I was finally pulled out of my burning tank, the men pulling on my left arm literally pulled it off at the elbow.   What was left of my left arm was badly burned.  I experienced at least three operative procedures over the next several days in efforts to save what was left of my left arm; however, these efforts were unsuccessful.  As is shown in Exhibits 1 and 2, eventually my left arm was fully amputated all of the way up to the left shoulder.  This complete amputation was done on May 30, 2007.  I cannot even have a prosthetic device attached to the left shoulder to attempt to gain any possible function on that side because there is no "stub" left onto which to attach a prosthetic device.

During the first few years after the EFP attack, I experienced and felt considerable "phantom pain" in the area where my entire left arm used to be.  I took Lyrica and Gabapentin

for this phantom pain, which I have been told by my health care providers is nerve-related pain. Over the years, this phantom pain has diminished somewhat, but certainly not near totally so. I still take Pregabalin (Lyrica) on a daily basis for the left arm and hand "phantom pain."

Multiple shrapnel fragments from the EFP exploded into my neck area and lodged against my cervical spinal cord, thus paralyzing me at the C6 level. I have no feeling in my body from the chest level of my body on down. I have been told by my health care providers that my paralysis is permanent and that it would be much too risky to attempt a surgery to remove or move the lodged shrapnel from against my spine. I also had broken cervical facets at the C5 and C6 levels of my cervical spine. And it was only after extensive effort on the part of my health care team, physical therapists and me while down at BAMC in 2007, and then out at the Veterans' Administration ("VA") VA Palo Alto Health Care System's Spinal Cord Injury and Disorders Center in the second half of 2007 and into early 2008 that I was and am able to move my right arm and hand. My health care providers have told me that even this limited movement is a medical miracle.

To this day and from the date of the EFP attack, I have been able to ambulate only with the assistance of a mechanized wheelchair. I am in a wheelchair 100% of the time if I want to get around anywhere. Although I can move my right arm and hand, I cannot, for example, propel myself in a manual wheelchair or use silverware to eat and feed myself with my right hand and fingers. Instead, I need to be fed by others on a day-in, day-out basis. Because of my paralysis, my Mother, Stacie, and my Step-Father, Dirrick, have to manually use their fingers to extract bowel movements from me on a routine basis. They also have to move me and bathe me on a regular basis. I am essentially totally dependent on others for most of my daily needs and daily activities of Life.

Since the EFP attack, and because of shrapnel fragments blown into my abdominal area, I have experienced severe infections and even sepsis in my abdominal area and then into my bloodstream.  My health care providers have, in multiple operations, removed approximately 16 inches of my intestine and bowel because those areas had become necrotic.  I have had a suprapubic catheter surgically inserted into my lower abdominal area (bladder) into which I urinate as needed.  I have been told by my healthcare providers that I will need this catheter for the rest of my Life.

I had severe second and third degree burns to my face, neck, head, upper limbs, trunk, and left thigh.  28% of my Total Body Surface Area ("TBSA") was severely burned, and I had a large open wound in my neck where the shrapnel blew up against my spinal cord.  Even my eyelids were severely burned.  Over the next weeks and months after eventually being transferred stateside, I underwent numerous grafting procedures to address the multiple second and third degree burns throughout my body.

I also had severe lacerations throughout my entire body from the EFP blast incident.  I also had an inferior vena cava filter ("IVC") filter implanted within to help prevent potentially life-threatening pulmonary emboli ("PEs") and/or deep vein throboli ("DVT") from developing.  I also had an intracranial pressure monitor ("ICP" monitor) implanted within the ventricle in my brain to monitor the increasing pressure on my brain caused by the EFP attack.

In the approximate one year or so after the EFP attack, I developed very serious pressure ulcers on my sacrum, scapular area, and other areas on my body, all of which became infected.  These wounds have redeveloped throughout the years since the EFP attack and have become infected on numerous occasions.  When these wounds develop and deteriorate in the areas mentioned, they are very painful.  I have even developed osteomyelitis from the infections from

these wounds.  In the past two years or so, I have not had any serious decubitus ulcers form on

my body, but I do have small ones develop from time to time on my buttocks, tailbone and

scapular (shoulder) areas.

In addition to the horrific pain and suffering I experienced at the time of the EFP attack in

my burning tank, I continued to experience almost indescribable physical and nerve pain for the

one-year period or so after the attack.  I was on every possible narcotic pain medication and

developed an addiction to opioids.  The pain medications included:  Fentanyl, MS Contin,

Methadone, Oxycontin, Oxycodone, Dilaudid, Toradol and Tramadol for my physical pain.

In the past two years or so, I have taken and am taking on a daily basis: Methadone HCL

(up to 80 milligrams per day with 10 milligram tablets) for pain; and hydromorphone (Dilaudid)

(8 milligram tablets at three tablets per day) for pain; Duloxetine HCC (Cymbalta) for peripheral

neuropathy; Tizanidine (4 milligram pill three times per day) for muscle spasm; Oxybutynin

Chloride (10 milligram tablet once per day) for bladder control; and Docusate N.A. (250

milligram capsule twice per day) for stool softener.  And, as mentioned above, I also take

Pregabalin (Lyrica) (two 150 milligram capsules per day) for the phantom pain in the area where

my left arm and hand would be but for the amputation.  And despite all of the pain, phantom

pain, and peripheral neuropathy medications noted above, I still experience severe pain and

discomfort on a daily basis in my body above the chest level, and in the area where my left arm

and hand would be.  I would rate the pain levels I experience on a daily, regular basis, and

despite taking the medications noted above, at a 6/10 level.

I was diagnosed with a traumatic brain injury ("TBI") and severe Post-Traumatic Stress

Disorder ("PTSD").  I had no prior history of emotional injuries prior to the EFP attack.  To say

the least, the TBI and PTSD have had a major and to-the-present devastating effect on my Life,

my personal relationships, my mood, and my attitude towards Life itself.  I had and still to this day have nightmares, insomnia, feelings of hopelessness and anger, break out into sudden sweats, have anxiety/panic attacks with shortness of breath, am distrustful of people, and even those very close to me, and do not like going out into public at all.  I have been on various medications, including Citalopram and Lorazepam for anxiety; Amitriptyline for depression; Prazosin for nightmares; Propranolol; and Ativan; Clonidine and Trazodone.

Throughout the years since the EFP attack, I have had periodic bouts with opioid pain medication addiction and have at times turned to illegal drugs to self-medicate the pain, both physically and emotionally.  Throughout these years, I have also had periods of time where I weeped uncontrollably, not knowing why and not being able to control it.  There have been many occasions where I have just felt like giving up.

During the past two or so years, I have been on Clonazepam (1/2 milligram tablet once per day, a reduced dosage because it was making me too tired) for depression and anxiety; Diazepam (5 milligram tablet four times per day) for anxiety and PTSD.  I have chosen not to engage in counseling or therapy as I get so mad and angry at my situation in Life and do not want to start talking about these issues with someone I do not even know.  Despite these medications, I still have periods of time where I feel worthless, overwhelmingly depressed, very angry, and very hopeless.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Jerral Hancock (Jan 4, 2019)

JERRAL HANCOCK

Jan 4, 2019

DATE

# HANCOCK JERRAL DECLARATION

Final Audit Report                                          2019-01-04

| | |
|---|---|
| Created: | 2019-01-04 |
| By: | Documents Driscoll (documents@thedriscollfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApzQhif-HwLL5WRmOPaR6mQ2smu0_ikKE |

## "HANCOCK JERRAL DECLARATION" History

📄 Document created by Documents Driscoll (documents@thedriscollfirm.com)
   2019-01-04 - 7:55:44 PM GMT- IP address: 71.14.246.226

📧 Document emailed to Jerral Hancock (dak2la@gmail.com) for signature
   2019-01-04 - 7:56:12 PM GMT

📄 Document viewed by Jerral Hancock (dak2la@gmail.com)
   2019-01-04 - 8:25:19 PM GMT- IP address: 66.249.84.214

✒ Document e-signed by Jerral Hancock (dak2la@gmail.com)
   Signature Date: 2019-01-04 - 8:27:14 PM GMT - Time Source: server- IP address: 104.173.90.77

✅ Signed document emailed to Jerral Hancock (dak2la@gmail.com) and Documents Driscoll
   (documents@thedriscollfirm.com)
   2019-01-04 - 8:27:14 PM GMT

Adobe Sign

# Exhibit 9(b)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.        )
                                    )   Case 1:19-cv-00796-JEB

     Plaintiffs,           )
                                      )   Judge James E. Boasberg

v.                              )
                                      )

ISLAMIC REPUBLIC OF IRAN,     )
                                      )

     Defendant.           )
                                      )

## DECLARATION OF PLAINTIFF, RACHEL LAMBRIGHT

     I, Rachel Lambright, of Keizer, Oregon, this 16th day of December, 2020, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

     My name is Rachel Lambright. I was born on August 1, 1983.  I have been a United States citizen my entire Life.  I am the ex-Wife of Jerral Hancock.  I met Jerral Hancock when he was 16, in 2002. We were together for 10 years. Our son, Julius, was born on April 27, 2004. Jerral thought the Military would be a good start to our future and being able to support our Family. We were young, happy and making Life work.  We were both excited about his new career and future.  He graduated boot camp in Kentucky. It was one of the best times of our Life. Jerral was my protector.

     We were then stationed in Texas. It was a lot of change and he was in the field a lot. We were doing really well prior to and when he was deployed to Iraq.  We got married on 12-26-2004, just one day before Jerral deployed for Iraq.  While in Iraq we talked and wrote as often as we could.

## THE MAY 29, 2007, EXPLOSIVELY-FORMED PENETRATOR ATTACK AND ITS AFTERMATH

I was attending a Memorial Day barbeque over at my mother-in-law, Stacie's, house in Lancaster, California.  Anastasia had been born just 27 days earlier (DOB: 5-2-2007).  All of the sudden, Stacie got off the phone screaming: "Jerral's been injured!!! Jerral's been injured!!!" I was devastated.  It broke me. I was stunned. It all seemed surreal. I had a very hard time dealing with the situation and accepting it.  Jerral had never even met Anastasia.  I flew to Texas with my mother-in-law and my baby. I had to leave Julius in California. Our Family was financially and emotionally broke to deal with the tragedy. It was hard for my Son to have me gone and know something had happened to his Father. It was hard missing and leaving him, but I needed to be there for Jerral.

Julius was scared when he came to BAMC to visit. He remembered his Father walking, playing, and having two arms. He went through some rough times dealing with it and developed behavior problems for which he had some counseling.

It was a hard transition when Jerral came home. He had both physical and emotional issues ongoing. His PTSD was quite bad. He belittled me, verbally abused me, took out his anger and frustration on me, and was overall very mean to. I had a hard time coping. I had some back pain and Jerral gave me some of his own pain meds. I quickly became addicted to them because I found they numbed the pain of everything happening to him and to our Family. Things got really bad. I would be passed out in the middle of doing laundry, and not remember how I had gotten to where I was when I woke up.  I regret this entire time.  I developed a dependency on these meds, and the addiction contributed to my behaviors, some of which I am not proud of.  The marriage

with Jerral was coming to a close.  We were formally divorced in Lancaster, California, in July of 2012, but the beginning of the end of the relationship was the EFP attack.

I was suddenly alone, my kids were with him, and I did not have the means to support them. It took me a long time to get back on my feet. I moved back to Oregon where I have Family, but was homeless for a long period of time.

I still love Jerral and always will. I wish we could still be friends. The EFP attack ruined our 10-year relationship and caused our divorce. It took away my raising my kids, kids I was never supposed to have due to the heart condition I was born with. I can never have more kids. We had plans we made together for all those years. We had plans for when he got out to buy a house, own and love dogs, and raise our kids together in an intact Family.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Rachel Lambright

12/16/2020

Date

# Exhibit 10(a)

Alberstone Declaration

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIANE PENNINGTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case 1:19-cv-00796-JEB** |
| **v.** | ) | **Judge James E. Boasberg** |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARARTION OF PLAINTIFF, LANITA LYNN HERLEM

I, LaNita Lynn Herlem, of Martinsville, VA this 23rd day of March 2021, declare

pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is LaNita Lynn Herlem. My date of birth is October 6, 1967. I reside in

Martinsville, VA. I am the surviving widow of SSG Bryant Anthony Herlem, deceased. We

were lawfully married on January 20, 1990. Bryant was born on August 6, 1968. He grew up in

Whittier, California and went to California High School in Whittier, where he graduated in 1986.

Bryant enlisted in the United States Army when he was only 17 years of age in 1986.

Bryant's first tour of duty in Iraq started on December 5, 2005. On April 28, 2006,

Bryant was killed when an "Explosively Formed Penetrator" device, otherwise known as an

"EFP", detonated yards away from where he was standing.

If you talk to anyone who knew Bryant growing up, they will tell you Bryant always wanted to be in the military, just like his maternal grandfather, a WWII veteran, who raised him. At the age of three, Bryant started carrying toy soldiers in his pockets and he never went anywhere without them. He spent a lot of his childhood dressed in camo and face paint playing "soldier" with his younger brother and cousin, playing with GI Joes, watching military movies, and found a sense of escape from his chaotic upbringing while quietly putting together models of military tanks, airplanes, and other vehicles (something he continued to do the rest of his life). It was no surprise to anyone when Bryant enlisted in the Army through the Delayed Entry Program while still a senior in high school.

He began his Army career as a Combat Engineer, serving in West Germany. In 1989, he reenlisted and was reassigned to Fort Ord, California. Shortly after arriving at Fort Ord in August 1989, his new roommate, Kevin Johnson, took him to meet some friends at the Defense Language Russian School located nearby at the Presidio of Monterey. I was on the pay phone in the hallway outside my barracks room and I will never forget looking down the hall and seeing my friend Kevin walking towards me with a tall handsome man. It wasn't love at first sight, but Bryant and I became instant friends. Our free weekends were usually spent together, a group of 6-7 friends at Santa Cruz beach or on the boardwalk, having fun. But even within a group, we often found ourselves sitting and talking together. In October, Bryant was going to the mall in Salinas to pick up an engagement ring for his girlfriend (high school sweetheart) and knew I wanted to go shopping for a Halloween costume, so he invited me. After he picked up the ring, he asked me to put it on so he could see how it looked. It fit perfectly and as he was holding my hand up to the sunlight, I heard a deep voice in my head say that ring was mine. It scared me, and I immediately took the ring off and gave it back to him. On Thanksgiving morning, I got a

call from Bryant asking if I wanted to have Thanksgiving dinner with him. He had the holiday weekend off from Air Assault school, and with everyone in his unit involved in a training exercise at Travis AFB, he was alone. As we sat eating steak at the Western Sizzlin, the only 2 people in the only restaurant we could find open, something clicked between us and we were inseparable after that. In December, he drove me to San Francisco to catch a flight home to Virginia for Christmas. We had already exchanged gifts the night before, but just as I was getting on the plane, he handed me a gift box saying he did not know if I wanted it, but he did not know what else to do with it except give it to me. After I was settled on the plane, I opened the gift. Inside was that ring. When I got back to California, nothing we did was logical. He never asked me to marry him and I never asked him to marry me, but a few weeks later we were standing in a little church on Fort Ord saying, "I do". We got married knowing in a few weeks I was moving to Texas for a year of training and probably on to West Germany for at least two years after that. In all honesty, neither one of us believed a marriage could last against that time and distance, but we somehow knew it was meant to be. After I went to Texas, I was placed on medical hold for a knee injury. With the wall falling in Germany, the Army started making major cuts on jobs with a Russian focus, and as a result, in November I was given a medical discharge and was on a plane back to California to be with my husband. From the moment I put that ring on, it seemed like Bryant and I were put on a path where we were meant to be.

In 1992, with the end of the Cold War and the Army downsizing, Bryant made the decision to leave the Army. We were trying to have a child and Bryant felt he could provide better for a family in the civilian world. With his enlistment nearly up, he volunteered to get out. We moved to Virginia, where he took a job in construction. He loved the work and had a natural talent for it, but it still never felt right. He missed the military and pretty much spent the next

five years trying to get back on active duty. He finished his Individual Ready Reserve time with the National Guard as infantry, then joined the Army Reserve and became a military policeman. Eventually, outside influences started affecting our marriage and we very nearly lost each other. While we were separated, Bryant finally found an Army recruiter willing to work with him and was able to go back on active duty. He came by my apartment, with orders in hand, and asked me to move to Fort Hood, TX, with him and try again. Going with him was the best decision I ever made. That was 1998, and the next 8 years were the best of our lives. We were so inn love that people often mistook us for newlyweds and I could not have asked for a better husband. The only missing piece to our happiness was a child.

Once we were settled at Fort Hood, I immediately started seeing a doctor about why I had not been able to get pregnant and found out my fallopian tubes were nearly blocked by scar tissue, likely caused by an infection I might have had during my teen years. I had surgery to clear them temporarily which gave us a short time window to hopefully get pregnant. It did not work and when I went back to see my doctor for a 6-month follow-up, I was told he had resigned and moved for family reasons. With no doctor to replace him, and a second surgery not being an option, I had to start over, this time at the infertility clinic at Lackland AFB, in San Antonio, TX. When he could, Bryant drove me the three hours to my doctor appointments. But just as I was close to be accepted into the infertility program, Bryant received orders to Korea. Going overseas meant everything was put on hold until he got back. A year later, Bryant left Korea, but he did not come back to Fort Hood. Instead, we were given orders to Fort Riley, KS. The Army hospitals did not have infertility programs at that time, so I had to start all over again with a civilian doctor. Looking back now I cannot remember exactly what happened with that doctor, just that I was very frustrated with how it was going and that I was not comfortable with him.

Bryant and I started talking about adoption but decided we would continue trying to have a child

of our own and if it did not happen by the time he retired from the military, then we would adopt.

Bryant was at his reenlistment period and after talking to some friends with infertility problems,

Bryant made the decision to not reenlist in the Army, but to get out and then go into the Air

Force, mostly because the Air Force did have infertility programs available. We moved back to

Texas and started talking to an Air Force recruiter. Everything looked good until Bryant took his

physical and found out he had lost a very small amount of hearing. The Air Force turned him

down and we appealed with a waiver since the hearing loss took place during his time in the

Army. The waiver was denied and still being within the 6-month window, Bryant reenlisted

with the Army. He was given a new MOS and spent several months at Fort Bliss training for his

new job. His first duty station upon graduating was another year in Korea. Bryant finally

returned to the states in October 2004, and we found ourselves back at Fort Hood, TX. Once

settled I went back to the doctor and began the process again to get into the infertility program.

By that time, I was 36 years old, and the tests were harder and more painful. I remember passing

out from the pain after getting an hysterosalpingogram. I was in the dressing room trying to put

my clothes back on and woke up to Bryant setting me on an examination table. Eventually we

did get an appointment with the infertility program back at Lackland AFB but after our first

appointment, Bryant's unit got orders to Iraq. With that, everything was once again put on hold

until Bryant got back home. Only Bryant never came home. I was notified of his death on

Friday, April 28, 2006. On Monday morning I called the infertility clinic at Lackland AFB and

asked them to remove our names from the program. Nadine Albrecht, the Family Readiness

Group leader with Bryant's unit, came by the house to check on me. As we waited for my CAO

(Casualty Assistance Officer) to come pick me up so I could begin the administrative process of

becoming a military widow, I told her about making that call. She started crying and I will never forget what she said... "Oh God! You didn't just lose your husband. You lost your children too!" And she was right. At 37, I lost any chance to ever have a child of my own and I knew I would never adopt without Bryant. As if I needed a reminder, Bryant's funeral was on May 12, 2006. I started my period that morning two weeks early. Over the next year, my menstrual cycle can best be described as erratic, usually coming every two weeks, and lasting nearly as long. After about a year, it barely came at all before disappearing completely. I hit menopause before turning 40.

My body was affected in other ways physically. Prior to Bryant's death, my internal clock was very consistent. I knew almost to the hour when my period would start. I followed a daily routine with my meals. I went to bed at the same time every night, slept 8 hours, and woke at the same time every morning. That all changed with Bryant's death. For the past 15 years, I have struggled with insomnia and feel lucky when I get 4-5 straight hours of sleep. Before I was rarely late for anything, but after losing Bryant, I was late for everything. Fifteen years later I still struggle to get anywhere on time. I have also gained a lot of weight. About a year after Bryant died, I was sitting in a Burger King drive-thru getting dinner and I wondered to myself if I was trying to commit suicide by Whopper. I did not know that was an actual thing at the time. Since Bryant's death I have gained 75 lbs. I jokingly say that I wear my grief on the outside for everyone to see. At least that is what I see when I look at myself in the mirror.

When I first started writing this Declaration in July 2019, that was as far as I got. Over the last nearly 2 years, I have tried several times to finish it, but it is a lot easier to explain how Bryant's death affected me physically than it is to describe the emotional toll it has had on me.

For the past 15 years I have built walls around the emotional pain caused by Bryant's death just so I can get through my days. The pain has not diminished. All it takes is something unexpected to happen, like having a dream about Bryant, and I am an emotional wreck for days. Just thinking about opening those old wounds has me in tears now. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it and I pray this Court is understanding of my situation. I just do not think that I can, and I do not think I have the words to adequately describe how hard these past 15 years have been without Bryant. I have worked hard to build the life I now have. I have a home, stability, and a strong support group. What I do not have is love, purpose and meaning. That is what Bryant was to me. He was my everything. I hope this Court can resolve my claim based on what I have been able to share about our life together. Bryant was a very good man and the best husband. He was an excellent Soldier, loved his country and those who fought alongside him. His loss has caused our family great physical, mental, emotional pain, and suffering. I appreciate the Court's time and hope to find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


LaNita Herlem                    23MAR2021
                                 Date

# Exhibit 10(b)

Alberstone Declaration

# Letters Of Administration

*Case Number*    25895

The State of Texas                    In County Court
County of Bell                        Bell County Texas


I,  Shelley Coston, Clerk of the County Court of Bell County, Texas, do hereby certify
that on December 28, 2018,

### LANITA L. HERLEM


was by said Court granted Letters of Independent Administration  upon the Estate of

### BRYANT ANTHONY HERLEM, Deceased

and that **LANITA L. HERLEM**  qualified as such **Independent
Administrator/Administratrix**  of said Estate on  December 28, 2018, as the law
requires, and that said appointment is still in full force and effect.

Witness my hand and seal of office at Belton,Texas on December 28, 2018.




Shelley Coston
**County Clerk of Bell County, Texas**
1201 Huey Road
Belton, Texas 76513

by _____ *Deputy*
LOPEZCY



## CERTIFICATE OF DEATH (OVERSEAS)
### Acte de décès   (D'Outre-Mer)

| NAME OF DECEASED (Last, First, Middle) Nom du décédé (Nom et prénoms | GRADE Grade | BRANCH OF SERVICE Arme | SOCIAL SECURITY NUMBER Numéro de l'assurance sociale |
|---|---|---|---|
| Herlem, Bryant Anthony | E-6 | Army | |

| ORGANIZATION Organisation | NATION (e.g. United States) Pays | DATE OF BIRTH Date de naissance | SEX Sexe |
|---|---|---|---|
| HHT, 8th Squadron 10th Cavalry, 4 BCT, 4ID, Fort Hood TX. | United States | 1968 | [X] MALE  [ ] FEMALE |

| | RACE Race | | | MARITAL STATUS   Etat Civil | | | RELIGION   Culte | |
|---|---|---|---|---|---|---|---|---|
| X | CAUCASOID   Caucasique | | | SINGLE   Célibataire | | DIVORCED Divorcé | PROTESTANT Protestant | OTHER (Specify) Autre (Spécifier) |
| | NEGROID   Nègrode | | X | MARRIED   Marié | | SEPARATED Séparé | CATHOLIC Catholique | |
| | OTHER (Specify) Autre (Spécifier) | | | WIDOWED   Veuf | | | JEWISH   Juif | |

| NAME OF NEXT OF KIN   Nom du plus proche parent | RELATIONSHIP TO DECEASED   Parenté du décédé avec le sus |
|---|---|
| Mrs. LaNita L. Herlem | Wife |

| STREET ADDRESS   Domicile à (Rue) | CITY OR TOWN OR STATE   (Include ZIP Code   Ville (Code postal compris) |
|---|---|
| | |

### MEDICAL STATEMENT   Déclaration médicale

| | CAUSE OF DEATH   (Enter only one cause per line) Cause du décès (N'indiquer qu'une cause par ligne) | INTERVAL BETWEEN ONSET AND DEATH Intervalle entre l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITION DIRECTLY LEADING TO DEATH [1] Maladie ou condition directement responsable de la mort | Blast and shrapnel injuries | Instantaneous |
| ANTECEDENT CAUSES | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | |
| Symptômes précurseurs de la mort. | UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | |

| OTHER SIGNIFICANT CONDITIONS [2] Autres conditions significatives [2] | |
|---|---|

| MODE OF DEATH Condition de décès | AUTOPSY PERFORMED   Autopsie effectuée | [X] YES   Oui   [ ] NO   Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES Circonstances de la mort suscitées par des causes extérieures |
|---|---|---|---|
| [ ] NATURAL   Mort naturelle | MAJOR FINDINGS OF AUTOPSY   Conclusions principales de l'autopsie | | |
| [ ] ACCIDENT   Mort accidentelle | | | |
| [ ] SUICIDE   Suicide | NAME OF PATHOLOGIST   Nom du pathologiste CPT Philip J. Berran, MD | | |
| [X] HOMICIDE   Homicide | SIGNATURE   Signature | DATE   Date 1 May 2006 | AVIATION ACCIDENT   Accident à Avion [ ] YES Oui   [X] NO Non |

| DATE OF DEATH   (day, month, year) Date de décès   (le jour, le mois, l'année) 28 April 2006 1123 | PLACE OF DEATH   Lieu du décès Baghdad  Iraq |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du défunt je conclus que le décès est survenu à l'heure indiquée et à, la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER   Nom du médecin militaire ou du médecin sanitaire Philip J. Berran | TITLE OR DEGREE   Titre ou diplôme Associate Medical Examiner |
|---|---|
| GRADE   Grade CPT | INSTALLATION OR ADDRESS   Installation ou adresse Dover AFB, Dover DE |
| DATE   Date 19 MAY 2006 | SIGNATURE   Signature |

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, act.
[2] State conditions contributing to the death, but not related to the disease or condition causing death.
[1] Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu'un arrêt du coeur, etc
[2] Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la condition qui a provoqué la mort.

**DD FORM 2064**, 1 APR 77   REPLACES DA FORM 3666, 1 JAN 72 AND DA FORM 3566-R(PAS), 28 SEP 76, WHICH ARE OBSOLETE.

*(REMOVE REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)*

## DISPOSITION OF REMAINS

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| CHRISTOPHER SCHULZE | GS-11 | E10000539 / DE | |

| INSTALLATION OR ADDRESS | DATE | SIGNATURE |
|---|---|---|
| 436 SVS/SVD 116 20th Street, Dover AFB DE 19902 | 23 May 06 | |

| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY |
|---|---|
| | |

| TYPE OF DISPOSITION | DATE OF DISPOSITION |
|---|---|
| | |

## REGISTRATION OF VITAL STATISTICS

| REGISTRY *(Town and Country)* | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |
| | | | |

| NAME OF FUNERAL DIRECTOR | ADDRESS |
|---|---|
| | |

SIGNATURE OF AUTHORIZED INDIVIDUAL

*DD FORM 2064, APR 1977 (BACK)*                              USAPA V1.00

# Exhibit 11(a)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANNE PENNINGTON, et al.,                    )
                                              )
    Plaintiffs,                              )
                                              )
v.                                            )    CAUSE NO.: 1:19-cv-00796
                                              )
ISLAMIC REPUBLIC OF IRAN,                     )
                                              )
    Defendant.                               )

## DECLARATION OF PLAINTIFF, TIM MERRILL

I, Tim Merrill, of Mesa, Arizona, this _18th_ day of _Aug_ , 2018, declare pursuant to

28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Tim Merrill, I am a United States national citizen. I am the father of Sgt.

Jason L. Merrill. My wife, Sue Merrill, and I had four children, with Jason being our second born

and our only son. Jason's older sister is Amber and he has two younger sisters, Ashlea and

Alyssa.

After graduating high school, Jason and his best friend Chris decided to join the Army

together. They did their basic training at Fort Knox Kentucky training to serve in the Army tank

corps. During basic training Jason qualified to serve overseas and requested to be stationed in

Germany. Jason was a fast learner and loved challenges. After his first 15-month deployment in

Iraq he was given permission to attend Army Air Assault School. Even though the dropout rate

of the Air Assault School is around 50 percent, he was not deterred and relished the challenge.

Jason successfully completed the course and was very proud of his Air Assault badge. During his

time in Germany, Jason was taking a few online college courses to get a jump on his education when he left the military.

At the time of his death, Jason was an E5 with a rank of Sargent. He was near the end of his fourth year of a 4-year enlistment and had already served one deployment in Iraq for 15-months. Since Jason's end of enlistment was just a couple of months after the scheduled start of his second deployment, he was given an option to stay in Germany and serve there until his enlistment ended.  However, Jason was a Sargent now and had his own troops he was training and responsible for and this was going to be their first deployment so he chose to deploy to Iraq a second time, so he could be there to help his troops get through their first deployment.

I admired Jason's leadership skills and his deep desire to help and protect those he loved. It was the same at home as in the Army, Jason was a person that people gravitated to and those close to him knew they could count on him.  If it was protecting his sisters on the school ground or protecting his brothers in arms in the Army, Jason was always willing to stand up and be counted on. Jason was a magnet that drew people together. When he would come home on leave it was just a matter of hours before all his friends were coming together again, even though they had all gone their different directions in life and mostly had not stayed in touch while he was gone. Jason was the glue and once he was home it was one big reunion until he left again.

I admired Jason's empathy for those in need. After his first deployment Jason came home on leave and announced that when his enlistment was up he was going to come home and go to school to be a pediatrician. His career choice surprised us a little, but he explained that the suffering he saw with the children in Iraq deeply touched him and in typical Jason fashion he wanted to do something that would help children.

Jason had three sisters and took his job as a brother very seriously. We always knew where Jason was in the house because the closest sister would be screaming because he was poking or tickling them. At times he was their tormentor and at others he was their protector or listener. I always knew that if Jason was with the girls when they were out, they would be safe.

When Jason was round 12 I bought ATVs and we started riding together. Some of the best times I remember were our annual Father and Son outing where we would load up the ATV and head up into the mountains to camp for a few days, ride, tell stories around the camp fire, toast marshmallows and just be guys together. After Jason joined the Army I started riding at the sand dunes in Yuma Arizona and became passionate about that activity. A couple of times when Jason was home on leave I asked him to come with me. Even though he did not get the appeal, and it would take 2 days out of his short leave time, he always agreed to come with me. I don't think he ever caught the dune riding fever, but he came with me anyway, so we could have father and son time together. I'm thankful he cared enough to do something with his dad and I'll always remember those trips.

## MY RECOLLECTION OF SEPTMBER 3, 2006

Sunday morning September 6, 2006 was a warm sunny beautiful Arizona day, the worst day of my life. Early Sunday morning Sue went down to the church house for a short meeting and Alyssa and I were home finishing getting ready for church service later that morning. The doorbell rang and when I got to the door I saw two Army officers in the dress uniforms. My heart sank and hurt more than I've ever experienced before, I've seen enough television shows to know what two guys in dress uniforms means. They asked for Jason's mom and I explained she was at a meeting at the church building and would be back in 30 to 45 minutes. They thanked me and said they would be back. I was stunned and just stood there watching them go back to their

car even though they did not confirm what I knew in my heart they were there to tell us. I shut the door and Alyssa, who was around 12 at the time, and I were left standing there flooded with hurt, emotions and uncertainty. Alyssa asked what they wanted, and I explained that they didn't say. I told her that it can't be good and tried to convince her, and myself, that they were just there to tell us Jason had been injured or something. The next hour or so was pure torture and ripped at my heart because I knew my son was dead even though I hadn't heard the words yet. The glimmer of hope that was left hanging by the lack of information burned a hole in me because I knew the hope was false.

Sue came home about 30 minutes later. Alyssa and I had decided not to say anything to her until the Army officers came back because we didn't know for sure what they had come to our house for and I didn't want to tell Sue and have her go through what I was going through. My insides were in a knot and the back of my head felt like it was going to explode because of the tension. Eventually the two officers came back and confirmed that Jason had been killed in Iraq earlier that morning.

I had to call my two daughters that did not live at home and tell them their brother had been killed. There wasn't a good way to ask them to just come over because I had something to tell them, I wanted to do it in person but that just wasn't going to work so I just told them on the phone and asked them to come over as soon as they could. The cries on the other end of the phone burned my soul because I knew it would be 30 to 60 minutes before I could hug them and try to give comfort. For me, the hurt just kept building because I was trying to deal with the death of my son and I was also trying to comfort my family, it was a hopeless and helpless feeling that pounded in me. Family and friends all came over as word spread and we hugged and tried to comfort each other until late into the night.

The next two weeks we were together as a family almost all the time as we tried to arrange Jason's funeral. It was good that we could lean on each other and share our love with each other to try to heal a little. I found that the time early in the morning when I was awake but not out of bed yet were the worst times for me. Lying in bed during those early quite times was filled with tears. I couldn't get out of bed as my mind raced about so many things. I tried not to think about it, but I couldn't stop thinking about the pain Jason suffered and it dug at me that my son had been hurt and I wasn't there to hold him and comfort him. I worried that he was afraid and in pain and I wondered if he knew how much damage his body had suffered and that he wasn't going to make it. I hope he was at peace and took comfort in knowing we all loved him. I'm thankful that some of his Army family was there for him and I hope he was comforted in having them with him.

A few days after we were notified about Jason's death we were informed that we would probably need to have a closed casket funeral. Jason had been killed in a violent explosion that went off right next to his door on the Humvee. This information almost sent his mom over the edge. She needed to see her son again and was committed to do so no matter what. I told her that it might not be something she wanted to have in her mind the rest of her life, but she said she didn't care, she had to see him. All of this was putting a tremendous strain on her and she had to go to her doctor to get something to help her. When Jason's body arrived here in town I asked our Army family resource officer if he would look first and we were blessed that Jason's head and face was not damaged, so we were all able to see him one last time.

After the funeral I returned to work in an attempt to keep my mind busy with my normal daily routine. I found that anytime I didn't keep my mind busy it was soon filled with thoughts of Jason and tears were soon to follow. For the next several months I shed a lot of tears on the drive

to and from work each day. The cemetery was on the way home from work I still frequently stop to tell him about my day. I still feel this overwhelming void in my life and I frequently think of all the things I will never be able to do with my son.

Over time I got to the point that I wouldn't cry with big drops of tears every time I thought about Jason and everything I've lost with him being gone. Even today, 11 years later, I frequently get tears when I think about him. I'm thankful that I've got to the point where most of time I can think of him and remember the good times and feel pride in the man he was, and not quite so much the intense pain of missing him. I'm sure I'm biased but I think Jason had the abilities and talents to have done something special with his life and I feel cheated that I won't get to see that.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Tim Merrill                       8-18-18
Tim Merrill                       Date

# Exhibit 11(b)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIANE PENNINGTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO.: 1:19-cv-00796** |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF PLAINTIFF, AMBER PIRANEO

I, Amber Piraneo, formerly Amber Merrill, of __(CITY)__, __(STATE)__, this *19th* day of *Aug*, 2018, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Amber Piraneo, formerly Amber Merrill. I am a United States national citizen. I am the oldest in a family of four children. Sgt. Jason L. Merrill was my younger brother, the second child of my parents. Jason and I were four years and a day apart in age. We have two younger sisters, Ashlea and Alyssa. We were raised by our parents, Tim and Sue Merrill. We were lucky enough grow up with our grandparents from both sides of the families living close by. Our Childhood was a normal one. We grew up in a neighborhood with many friends and close to our school.

My brother Jason attended school in Mesa, Arizona. Shortly, after graduating from high school he enlisted in the Army with his best friend Chris. Jason wanted to see the world and experience what others may not ever get to see or do in their lifetime. He wanted to get an

education and better himself in so many ways. Jason enlisted for 4 years and was stationed out of

Schweinfurt, Germany.  Jason reached the level of Sargent E5 at the time of his death.

My brother Jason was one of the kindest hearted people I had ever known. He was so

loved by all his family and friends. He was very protective of the people he loved and always

wanted to make sure everyone was safe and happy. Jason was the type of person that people were

drawn to. He was the glue that held so much together. Jason was the type of person that would

give you the shirt off his back, if you needed it. Even though he was 4 years younger than me,

you wouldn't have known it by the way he treated me. He was always there for me when I

needed him and protected me to no end. He was just like that; he just did it, without though,

without pause. I always admired that about him, I wish I was more like him in those ways.

My relationship with my brother was a pretty normal bother / sister relationship.  Like

most siblings we didn't always get along, we loved picking on each other and had cute but

annoying nicknames for each other. Most importantly though we loved each other more than

anything and wouldn't want it any other way.  As we grew older our relationship grew into a

more mature and supportive understanding. I saw Jason grow into the great man he became.

After joining the Army, he became disciplined and more mature than I have ever seen him. He

started planning for more of his life and figuring out what he really wanted to do with it. I

remember after he joined the Army, Jason would still always email me and call me, and because

of the time difference it would always be in the middle of the night. I could always talk to him

about anything, and we did. Those are treasured memories of mine now.

## MY RECOLLECTION OF SEPTMBER 3, 2006

I remember exactly what I was doing the day I got the news about my brother. Even after

all these years I still remember everything about that morning. My day started out as a normal

weekend day, but quickly turned into the worst day of my life. It was September 3, 2006, Labor

Day weekend. My dad called me, and I could tell something was wrong right away, by the tone

in his voice. He had asked me what I was doing and listened as I told him. After finishing what I

had to tell him, he told me I should come down to their house. When I asked him why, and what

was wrong, he told me Jason had been killed. Out of pure shock I dropped to the floor on my

knees and said "No" a couple of time and actually hung up the phone. My body went numb; I

just couldn't believe what I had just heard. After a short time, I called my dad back and kept

saying "Dad, no", somehow just wanting to wishing it away. I just couldn't wrap my brain

around it. Even knowing the dangers that my brother was under every day, I still wasn't prepared

to get that call.

    In the first days after Jason's death. I could not sleep, eat, or even go to work. I was in

disbelief of what had happened. There were so many people around us that were talking to us or

asking questions, paying their respects or bringing food and flowers.  Everyone coming together,

telling their stories about Jason, provided comfort in the short term. While we dealt with his final

arrangements and the first weeks and months after his death I went into a robot mode for a while.

Just getting done what I needed to get done. Anyone who has lost a love one knows how hard it

is to deal with. To be the one left behind and to have to let go. All you have left are your

memories and maybe a few of their old belongings. It is never easy.  Even though I had lots of

moments and memories with Jason it was still hard, because I assumed I would have a lot more.

    Even after all of these years, there are still so many tears and so much pain and hurt. Just

writing out the answers to these questions I have gone through a box of Kleenex. Thinking about

what my family and I have missed out on all of these years without Jason and what we will

continue to miss out on is beyond words, upsetting. I am now married and have two daughters.

Because Jason was taken away from us, I could not have my brother at my wedding. My daughters will never know their Uncle Jason. We will not be able to see what he would have become. We will not get to see him get married and have children of his own. We will not have him here for the holidays; our kids will not be able to grow up together. Even though it has gotten easier to continue on with my life without my brother, I will never stop grieving, because I will never stop loving him. The ache in my heart will always be there, but I will always treasure the memories I did have with him.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Amber Piraneo

Date 8/18/18

# Exhibit 11(c)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )        CAUSE NO.: 1:19-CV-00796
                                    )
ISLAMIC REPUBLIC OF IRAN,           )
                                    )
        Defendant.                  )

## DECLARATION OF PLAINTIFF, ALYSSA MERRILL

I, Alyssa Merrill, of   (CITY)  ,   (STATE)  , this _18th_ day of _Aug_ , 2018,

declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Alyssa Merrill. I am a United States national citizen. I am Jason's youngest

sister. My family consists of our parents, Tim and Sue Merrill and two my other sisters, Amber

and Ashlea. Jason was a Sergeant and was in the army for a little over four years before his

passing.

## TRAITS YOU ADMIRED ABOUT THE DECEASED SOLDIER

Jason was so outgoing and loving; it was hard not to like him. He was the bright light in

everyone's life and was the glue that kept all his friends together. Even after years of being gone

he would come home and all his friends would get together and catch up. Jason was such a bright

soul and would light up a room right as he entered it. He was always happy and you wouldn't

catch him without his signature ear to ear grin on his face. When Jason cared about someone he

would do anything in his power to help them and keep them happy and a smile on their face. He

was always thinking of others and would honestly take the shirt off his back to help a stranger out. Jason was such a great young man and had so many good traits I could rant about all day.

I am the youngest in the family, so I just wanted to hang out with my older siblings; therefore I was the annoying little gnat that wouldn't leave them alone. However, Jason was the only one that didn't get annoyed with me trying to hang out with him. Since Jason was older I couldn't always go and hang out with him and his friends because I was his little sister and I didn't fit in with all their activities. However, Jason constantly made sure I was taken care of and would take me out to lunch just to make me feel special. He was honestly the best big brother a girl could ask for and always had me laughing and smiling. Jason was my hero from day one and will continue to be until the day I die.

## MY RECOLLECTION OF SEPTMBER 3, 2006

I was actually the one that answered the door that day. I remember Jason saying one time if they send soldiers to the door it usually isn't a good sign. When they asked for my mom I just remember stating she wasn't there at the moment but would be back soon, but they could talk to my dad, they politely declined and said they would be back in thirty minutes when my mom got home. When I told my dad about what happened you could tell that he was worried, but he just told me to continue getting ready for church and don't tell mom anything because it will just worry her. I went into my parent's room to talk to my dad and when I saw him on his knees praying for Jason; I knew something wasn't right and I started losing hope for a good outcome. When I heard the doorbell again my whole body tensed up. The two soldiers were back, and I couldn't read them at all which only increased my anxiety. I remember my dog got out when they came again so I had to run outside to get her and the next thing you know I hear a blood curdling scream from my house. I just ran back to the house and when I came into the living

room the two soldiers were standing in front of my parents. My mom was balling on the floor

and tears were rolling down my dad's eyes and that is when I knew I lost not only my brother but

my best friend and hero.

I lost a piece of my heart with Jason's death and I just went numb. I never experienced

anything like it and don't ever want to again. Everything was moving around me a thousand

miles per minute but I just felt like I was stuck and couldn't move. I don't think I talked for days

after Jason's death, I just repeated questions like why and how this could happen in my head

over and over. I felt like I was stuck on the most horrifying roller coaster ride and was never

going to get off. He wasn't even supposed to be there, his time in the Army was almost over but

because Jason was such a dedicated man he said he couldn't leave his men behind, so he stayed

in and deploy to Iraq again. When I saw Jason's body things started getting real for me and it

finally hit me that he wasn't coming back. I was heartbroken all over again and completely lost it

on the funeral home's floor where my sister had to pick me up. Once a month or two passed and

I came slightly back to reality I was angry, and I just wanted anyone who did this to Jason to

suffer just like he did but a thousand times more. They took something so special from the world

and they got satisfaction from killing American soldiers and I was disgusted and just wanted

them off this earth, so they couldn't hurt anyone else. I didn't understand how this could happen

and why it had to happen to my brother, I was just in a continuous spiral of emotions: sadness,

hate, anger, confusion. I wanted off this horrifying ride, I just didn't know how to even start.

Finally, one day I just felt this undeniable strength and love around me, and I knew Jason was

right there with me and had given me strength to be the rock for my family.

It never gets easier and I still miss Jason every day. I still question how people could do

this to other people every day and have such a hateful heart. I want the people to pay for what

they did and not be able to do this to any other family. Jason's death destroyed everyone in my family and it still does to this day. Some days are harder than others and even almost twelve years later I still grieve for my brother.  I wish my brother was still around and I could have grown up with him and seen how he would have changed the world. I know Jason would have done great things and changed the world for the better because that was just the kind of guy he was. His great laugh and big smile will always be a memory I will never forget.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Alyssa Merrill

8/18/18
_____
Date

# Exhibit 11(d)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE PENNINGTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:19-cv-00796 |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
| Defendant. | ) |

DECLARATION OF PLAINTIFF, ASHLEA LEWIS

I, Ashlea Lewis, formerly Ashlea Merrill, of __(CITY)__ , __(STATE)__ , this _18th_ day

of _Aug_ , 2018, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury,

as follows:

BACKGROUND

My name is Ashlea Lewis. I am a United States national citizen. My brother is Sgt. Jason

L. Merrill. He enlisted into the U.S. Army in October 2002 to serve and protect his country right

out of high school. In the 4 years he served he became a Sergeant with an E5 ranking.

I am finding the task of preparing this declaration extremely difficult, I'm really not sure

how to begin. How can I possibly portray the tremendous amount of loss I feel when I think

about him?

I write with tears in my eyes as the pain of losing my brother is still very much present in

my life. Although I have learned to cope with this heart wrenching pain over the past 11 years

the best I can; it is and will always be there. He was my best friend in the whole world, the only

person I could without a doubt rely on to be by my side through anything. My life will never be

as good as it would have been with him in it. It will never be easier to miss him, it just becomes normal to live without a piece of my heart I guess. Jason is to this day, the best person I have ever had the pleasure of knowing, his smile would light up anyone's day and this world is a lot duller because he is not in it.

## MY RECOLLECTION OF SEPTMBER 3, 2006

It started out just a normal Sunday on the morning of September 3, 2006. I was at a friend's house when I received a phone call from my 11-year-old sister Alyssa giving me the worst news of my entire life, she was crying hysterically to the point I couldn't even understand what she was telling me. When I finally figured out she was saying Jason is dead, my knees became weak and I just collapsed to the floor screaming in front of my friends who then drove me to my parent's house. The next few days and weeks are mostly just a blur of overwhelming grief. I never knew such pain existed until my brother was taken from this earth at the age of 22. At first I was just numb, I didn't want to believe he was actually gone. I couldn't imagine a world where I would never again see his happy face or hear his infectious laugh.

Jason's funeral was on September 15, 2006. We had to bury my 22-year-old brother whom I always thought was invincible. I could no longer deny that this terrible thing had happened. There it was right in front of me, his body lying lifeless in a casket. I was in such a state of shock I barely remember speaking at his funeral. After that came a sense of overwhelming anger. I was angry at god for allowing this to happen to such a good man. I was angry at the people who murdered my brother and took him from us way to soon. I was angry at the whole world really. My doctor put me on medication, so I could regain some control of my emotions which I relied on for many years.

It has been 11 years since my brother's death. I was 18 when he passed; I am now 29 and

have two beautiful children. My son Jason is 6 and my daughter Peyton is 4, although I tell them all the time about their amazing uncle Jason it breaks my heart that they will never get to meet him. He would have been so proud of them. Sometimes I watch my kids play and laugh, making memories together like the ones I have of growing up with my brother and sisters. It makes my heart ache because I wish I could share these moments with my brother. I still think about him every day, I imagine where he would be, what he would be doing, what kind of man he would have become if his life wasn't cut so short. I'm sure it would be something amazing, unfortunately I will never know.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____        8-18-18
Ashlea Lewis                            _____
                                        Date

# Exhibit 11(e)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE PENNINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:19-cv-00796 |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PLAINTIFF, SUE MERRILL

I, Sue Merrill, of Mesa, Arizona, this 18th day of Aug, 2018, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Sue Merrill, I am a United States national citizen and the mother of Sgt. Jason L. Merrill. His father is Tim Merrill and his siblings are Amber, Ashlea and Alyssa. Jason was taking classes online to begin his education towards his goal to become a pediatrician. He loved children. Jason was a Sargent with a rating of E5.

Jason enlisted in October of 2002. He served in one tour in Iraq for 15-months and was at the beginning of his second tour with he was killed.

Jason was loved by everyone. He loved people, especially family and friends. He would help anyone in need. He would take his shirt right off his back to help anyone and he made friends easily. Jason helped two of his friends through college. His friends always called him the "glue" because if he wasn't around they wouldn't hang out together. As soon as Jason arrived home, his friends would all meet and have fun together. He had an infectious smile and laugh and

always worried about his sisters, parents and friends. Jason was the Johnson Elementary School soldier. He had attended Johnson School and every time he was home during the school year he would put his uniform on and go to the school to meet with the kids. He would eat lunch with his younger sister and visit his old teachers and the students. After Jason's death Johnson School built a memorial around the flag and called it the Sgt. Jason L Merrill veteran's memorial.

Jason was very close to his family and was always worried how we were doing. Our family was close and loved each other very much.

## MY RECOLLECTION OF SEPTMBER 3, 2006

I found out when two Army officers knocked on our door and told me my beautiful amazing son was killed. I was heartbroken by the news. I felt my heart was ripped from me. I was numb. There isn't a day goes by that I don't have this feeling. He will always remain in my heart and soul. He was my only son. I always feel the stress and grief with me. I had to go to the doctor and was put on medication to help relieve my anxiety, mental grief, stress and emotional anguish. He has been gone 11 years and it never gets easier. My family has all had their grief, stress, mental and emotional anguish. It has been hell for 11 years without him. He was a rock for the family. He is missed every single day. He is in our hearts constantly. He was such a joy and love in our family. Jason always told his men in the army "keep your gun up, your head down, and your loved ones always in your heart". He will always be remembered by his family and friends.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Sue Merrill

Date 8/18/18

# Exhibit 11(f)

Alberstone Declaration

CHRIS DEROSE, CLERK
BY _____ DEP
D. HILL, FILED
18 DEC 27 PM 3:31

**CERTIFIED COPY**

HOLDSWORTH LAW FIRM, P.C.
Michael L. Holdsworth #015802
3031 Dollar Mark Way, Suite B
Prescott, Arizona 86305
(928) 776-0300
inbox@holdsworthlawfirm.com (Court Responses Only)
Attorney for Counsel for Timothy R. Merrill

### SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| In the Matter of the Estate of<br><br>**JASON LYNN MERRILL,**<br><br><div align="right">Deceased.</div> | NO. _____ PB2018-002366<br><br>**LETTERS OF PERSONAL REPRESENTATIVE** |

     Timothy R. Merrill is hereby appointed as personal representative of this estate.  Personal

Representative shall have no right to possess estate assets beyond that necessary to confirm title

to rightful successors to the estate.

DATED: **DEC 27 2018**

*[SEAL OF THE SUPERIOR COURT, MARICOPA COUNTY, STATE OF ARIZONA]*

**CHRIS DEROSE, CLERK**
Clerk of the Superior Court

By _____
Deputy Clerk

**D. HILL**        **PROBATE SPECIALIST**

The foregoing instrument is a full, true and correct copy of
the original on file in this office.
I further certify that the Order/Statement appointing the
__X__ Personal Representative   ____ Guardian
____ Conservator   ____ Special Administrator
was signed on  12/27/18  and that these
letters have not been revoked.
Attest  December 27  20 18
CHRIS DEROSE, Clerk of the Superior Court of the State
of Arizona, in and for the County of Maricopa.
By_____, Deputy

CERTIFIED COPY

The foregoing instrument is a full, true and correct copy of
the original on file in this office.
I further certify that the order/statement/record, and that the
Presentence Report was
Certificate
Director
Classifier
was
letter sworn to has been revoked.
Attest.
CHRIS DeROSE, Clerk of the Superior Court
of Arizona in and for the County of Maricopa,
By _____ Deputy

## CERTIFICATE OF DEATH (OVERSEAS)
### Acte dé décès (D'Outre-Mer)

| NAME OF DECEASED (Last, First, Middle)<br>Nom du décédé (Nom et prénoms)<br>**Merrill, Jason, Lynn** | GRADE<br>Grade<br>**E05** | BRANCH OF SERVICE<br>Arme<br>**Army** | SOCIAL SECURITY NUMBER<br>Numéro de l'Assurance Social<br>▆▆▆▆▆ |
|---|---|---|---|
| ORGANIZATION Organisation<br>Company A, 1st Battalion, 26th Infantry, 2d BCT, (4ID), Wurzburg, Germany | NATION (e.g, United States)<br>Pays<br>**United States** | DATE OF BIRTH<br>Date de naissance<br>▆▆ 1984 | SEX Sexe<br>[X] MALE<br>[ ] FEMALE |

| RACE Race | | MARITAL STATUS État Civil | | | RELIGION Culte | |
|---|---|---|---|---|---|---|
| [X] CAUCASOID Caucasique | [X] SINGLE Célibataire | DIVORCED Divorcé | | PROTESTANT Protestant | OTHER (Specify) Autre (Spécifier) |
| NEGROID Negriode | MARRIED Marié | SEPARATED Séparé | | CATHOLIC Catholique | |
| OTHER (Specify) Autre (Spécifier) | WIDOWED Veuf | | | JEWISH Juif | |

| NAME OF NEXT OF KIN Nom du plus proche parent<br>**Mrs. Wanda S. Merrill** | RELATIONSHIP TO DECEASED Parenté du décédé avec le sus<br>**Mother** |
|---|---|
| STREET ADDRESS Domicilé à (Rue)<br>▆▆▆▆ | CITY OR TOWN OR STATE (Include ZIP Code) Ville (Code postal compris)<br>▆▆▆▆ |

### MEDICAL STATEMENT    Déclaration médicale

| | CAUSE OF DEATH (Enter only one cause per line)<br>Cause du décès (N'indiquer qu'une cause par ligne) | INTERVAL BETWEEN ONSET AND DEATH<br>Intervalle entre l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH [1]<br>Maladie ou condition directement responsable de la mort | Perforating ballistic injuries | Minutes |
| ANTECEDENT CAUSES<br>Symptômes précurseurs de la mort | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la cause primaire<br><br>UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la cause primaire | |

OTHER SIGNIFICANT CONDITIONS [2]<br>Autres conditions significatives

| MODE OF DEATH<br>Condition de décès | AUTOPSY PERFORMED Autopsie effectuée [X] YES Oui [ ] NO Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES<br>Circonstances de la mort suscitées par des causes extérieures |
|---|---|---|
| NATURAL Mort naturelle | MAJOR FINDINGS OF AUTOPSY Conclusions principales de l'autopsie | |
| ACCIDENT Mort accidentelle | | |
| SUICIDE Suicide | NAME OF PATHOLOGIST Nom du pathologiste<br>Jerry J. Hodge CAPT MC USN (FS) | |
| [X] HOMICIDE Homicide | SIGNATURE Signature | DATE Date<br>7 September 2006 | AVIATION ACCIDENT Accident à Avion<br>[ ] YES Oui [X] NO Non |

| DATE OF DEATH (day, month, year)<br>Date de décès (le jour, le mois, l'année)<br>3 September 2006 0619 | PLACE OF DEATH Lieu de décès<br>Baghdad Iraq |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du funtet je conclus que le décès est survenu à l'heure indiquée et à, la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER Nom du médicin militaire ou du médicin sanitaire<br>Jerry J. Hodge | TITLE OR DEGREE Titre ou diplôme<br>Deputy Medical Examiner |
|---|---|
| GRADE Grade<br>CAPT | INSTALLATION OR ADDRESS Installation ou adresse<br>Dover AFB, Dover DE |
| DATE Date<br>15 Sep †-06 | SIGNATURE Signature |

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, ect.
[2] State conditions contributing to the death, but not related to the disease or condition causing death.
[1] Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu'un arrêt du coeur, etc
[2] Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la condition qui a provoqué la mort

**DD** FORM 1 APR 77 **2064**    REPLACES DA FORM 3565, 1 JAN 72 AND DA FORM 3565-R(PAS), 26 SEP 75, WHICH ARE OBSOLETE.

# Exhibit 12(a)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,     )

                          )

     Plaintiffs,        )

                          )

v.                     )     No.: 1:19-cv-00796

                          )

ISLAMIC REPUBLIC OF IRAN,     )

                          )

     Defendant.       )

## DECLARATION OF PLAINTIFF, LUIS AGUILAR

I, Luis F. Aguilar, Jr., of Newburgh, Indiana, this 12 day of September, 2020, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

My name Luis F. Aguilar, Jr. My date of birth is October 9, 1965. I am one of four surviving children of our father Rudy G Mesa and I was a United States citizen as of the time my father was killed in Iraq. My father was born August 12, 1949. He went to High School in San Antonio, Texas and graduated in 1967. He enlisted in the Army from 1967 to 1970 and from 1974 to 1992. Rudy was 17 years old when he joined the U.S. Army.

My father served 21 years in the Military and retired in 1992 as Sargent First Class. During those 21 years, Rudy served two tours in Vietnam and received several medals and commendations, including a Bronze Star, a Meritorious Service Medal, an Army Commendation Medal, an Army Achievement Medal, and the Vietnam Service Medal with seven service stars.

After retiring from the Army my father continued to serve his country and local community at the Bexar County Sheriff's Department in San Antonio, Texas for one year before joining the San Marcos Police Department also in Texas in 1994. Rudy served the San Marcos

1

Police Department for 12 years and retired on March 25, 2006. The San Marcos Police Department became his second family and my father enjoyed serving the surrounding community.

Prior to March 25 retirement date my father had conversations with SMPD Police Sergeant Dunn about childhood dreams of being a soldier, a cop and a teacher. This is where he shared that being a teacher was all that was left to do. This is what led my father to the decision to retire from the SMPD and join DynCorp Inc. to head to Iraq to teach and train Iraqi Police Officers to become good cops. But, it's undeniable his first love was serving the military in any capacity possible and this was all a part of that. DynCorp worked closely with the Military in Iraq. We would find out a little over a month later that our father was killed by a roadside bomb.

Over the years of my father's career it was evident that he had the respect and admiration of his coworkers, friends, and family. It's was always nice to hear that over the years both as an adolescent and as a grown adult making my own way through life. He was always dedicated to his family and friends but made great efforts to serve his community through programs in place made available by the Military and SMPD.

One day in May of 2006, I was woken up out of my sleep after coming off my third shift by a phone call from my sister hysterical and crying saying our father had been killed in Iraq by a roadside bomb. I tried to calm her, but I was in shock and disbelief from the words I was hearing. It was difficult to think or even believe I would never get to see or speak to my father again.

From that morning on I somehow made flight arrangements to make my way home to San Marcos, Texas. Looking back today the funeral and the ceremony celebrating my father was a blur. At the time I was numb and just trying to cope and absorb all that had taken place. There

2

hasn't been a day that I haven't thought about or missed my Dad. As a child that lived 18 hours away, I visited my parents once a year for three to four weeks at thanksgiving. As I was getting closer to retirement, I believed that soon I would be able to make up for the lost time over the years as an adult without realizing that there are no guarantees in life. This was a life lesson I learned the hard way.

For me personally it has made his death extremely difficult to accept and am always reminded of our relationship and time spent together being cut short. The way in which he was killed adds to the heartache and acceptance as far as moving forward and trying to reflect on the positive memories we did share.

It is also difficult thinking of my Mom and the incomprehensible heartache and suffering that she has had to endure and live with after learning of our father's death. I thank God for my Mom's strong faith in God as my father's loss has left and continues to leave a void in all our lives.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


_____          9-12-2020
Luis F. Aguilar                          Date

# Exhibit 12(b)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE PENNINGTON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v | § | CAUSE NO.: 1:19-cv-00796 |
| | § | |
| ISLAMIC REPUBLIC OF IRAN, | § | |
| | § | |
| Defendant, | § | |

### DECLARATION OF PLAINTIFF, Velia Fabela Mesa

I, Velia F. Mesa, of Converse, Texas, this 13th day of November 2018, declare

Pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Velia Fabela Mesa. I was born on April 14, 1947. I reside in Converse, Texas. I am the surviving widow of Rudy G. Mesa, deceased. We were lawfully married on May 29, 1973. Rudy was born on August 12, 1949. Rudy grew up in San Antonio Texas and went to Brackenridge High School in San Antonio, where he graduated in 1966. He had enlisted in the Army when he was only 17 years of age and made two tours to Vietnam before the age of 21.

Rudy's first tour of duty in Iraq started on March 2006. On May 8, 2006, Rudy was killed when an Improvised Explosive Device (IED) went off on the vehicle he was riding on that day. We found out later that it was not an IED but rather an Explosively Formed Penetrator device (EFP) that detonated resulting in his death.

If you talk to anyone who knew Rudy, they would tell you that he was born to be in the military. He grew up with five siblings besides himself and lost his mom when he was 18 years old due to complications with Lupus. I met Rudy at a carnival in San Antonio when he was 20n years old. He had just returned from his second tour in Vietnam. We continue to date for another year before we were married on May 29, 1973. At the time we met, I was a single

mother raising two boys, Luis 5years old and Manuel 4 years old, which Rudy took to parenting very well. Before we knew it my boys were calling him dad and we were a very happy family. Two years later, we had a little girl we named Lucy after his mother. Rudy was so happy to have his baby girl. With a growing family, Rudy decided to go back into the Army. He figured that the Army would be the best choice to be able to support his family. Rudy was a very hard worker up to the day that EFP took his life. He was very proud of his family and in 1974 we had another daughter, Velia Anita Mesa, in which her birth completed our family. While I was pregnant with Velia Anita, Rudy was given orders for the first tour to Germany. He ended up going ahead of the family and me and the kids later joined him. We completed two tours to Germany while Rudy was in the service and we both enjoyed travelling. As the kids got older we continued to travel with the Army.

After Germany we were stationed in Ft Knox Kentucky for six years and after receiving orders to go overseas, our oldest son, Luis, ended up staying behind to attend college in Indiana and ended up marrying and making Indiana his home. Our second son, Manuel, also graduated while we were in Ft Knox and ended up leaving to attend school in California. That left us with both of our daughters, Lucy and Velia Anita, for our second tour to Germany. Rudy retired from the Army in 1994 in Ft Sill, Oklahoma. This would also be where both of our daughters graduated as well.

After retiring, we moved back to San Antonio Texas and Rudy went to work with the Bexar County Sheriff's office for a short time before being offered a job with the San Marcos Police Department. He worked as a police officer for 12 years and retired from the police department in 2006 to pursue a career as an International Police Liaison Officer (IPLO). With the war in Iraq escalating, Rudy felt compelled to go and train police officers and maybe the young GI's could come home sooner. He told me "there's too many young soldiers being killed, maybe I can help to bring the other's home sooner."

Rudy left in March 2006 and was killed on May 8, 2006, after being there for no more than two months. I talked to Rudy every night before going to bed and we were very happy and he kept reassuring me he would be home real soon and that he would retire for real when he returned. We all begged him not to go but I guess he already had it in his heart. He told me that he had to go. Our world was turned upside down when we received the news that he had been killed by an IED which turned out to be an EFP on May 8, 2006. We were notified by the San

Marcos Police Chief and I will never forget that terrible day.  We never had closure because we had to have a closed casket. It broke our hearts and tore our family apart but we know that one day our Lord Jesus Christ will bring us all back together again.  We live for that day!!

 I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

BY  _____

# Exhibit 12(c)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE PENNINGTON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v | § | CAUSE NO.: 1:19-cv-00796 |
| | § | |
| ISLAMIC REPUBLIC OF IRAN, | § | |
| | § | |
| Defendant, | § | |

### DECLARATION OF PLAINTIFF, Lucy Anne Mesa Rigby

I, Lucy Anne Mesa Rigby, of Converse, Texas, this 14th day of November 2018, declare

Pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Lucy Anne Mesa Rigby. I was born on December 2, 1971. I am one of four

children of Rudy G Mesa. Our family growing up included my parents, my older half-brothers

and my little sister. As far back as I can remember, we were Army Brats. My dad's first duty

station was Ft Hood Texas; however, I was very young and do not recall much of our time there.

After Ft Hood, my dad was sent overseas to Manheim Germany. He went ahead of his family

leaving my mother to travel across the world to Germany with all four of us ranging from ages

eleven to two. I must say, soldiers take care of each other as family and so it was on our long

route to Germany. The GIs on the plane helped entertain us while mom tended to my baby

sister. She was a toddler. We were more than a handful for mom.

Our next duty station was were many of my childhood memories began. We moved to Ft

Knox Kentucky and stayed there for six years. This was the longest we lived in one place while

in the Army. Both of my brothers graduated in Ft Knox and ended up moving to pursue their

education and my sister and I were headed back to Germany with my parents for our second tour

to Germany. We were stationed in Aschaffenburg, lived an hour away in Obernburg and went to

school in Hanau. My sister and I created our high school memories during this tour to Germany.

Life was great. My parents took us to venture throughout Germany so we gained so much appreciation for other cultures.

Our last duty station was Ft. Sill Oklahoma. Both my sister and I graduated in Oklahoma. I graduated in 1990 and moved to San Antonio to attend the University of Texas at San Antonio. My parents and my little sister remained at Ft Sill for several more years. My time at UTSA was short-lived as my grades suffered from being homesick. My family has always been so close knit and missing my family had taken its toll. My father drove from Ft Sill to San Antonio to pick me up after my last semester and as always gave me the pep talk that things would be okay and that he was still proud of me. My parents have always been my biggest cheerleaders. My father was my confidante. Whenever I was fussing about my mother you see me and her are so alike we bumped heads at times and she was our disciplinarian being my father was away with training and special assignments in the Army. My dad would sit me down and explain to me the sacrifices made and he would always push me to talk things through with mom. He would always do that with all of us kids. My dad lost his mother at an early age and he instilled in us that life should never be taken for granted and that we should always cherish family and more so we should cherish and appreciate our mom.

In 2001, at the age of 29 I married and shortly after gave birth to my first child, Xavier James Rigby. All the life advice given to me by my dad regarding family now had full meaning. Being a mom gave me insight as to the sacrifices made by my parents for the love of their children. Seven months after Xavier was born our Country suffered the worst terror attack on America- the bombing of the twin towers. September 11, 2001 is a date that I will never forget. I was so overwhelmed and engrossed in the news every day after coming home from work that my dad felt compelled to write me a letter to apologize for the pain I was experiencing. He explained to me that our Great Nation was under attack and that we would have to support the troops being sent to fight the war on terror. As a military brat, I was a sheltered child and it pained him to see me in the state I was in. I had my little baby so of course this attack affected me in ways not seen. I worried for him because in my heart I knew life as a citizen of the U.S. life would be different. Little did I know this would change the path of our lives forever.

Almost two years after experiencing great joy in the birth of my son and enormous pain with the attack on our Nation, I gave birth to a beautiful baby girl, Gabriella Alexis Rigby. Unfortunately my marriage did not last. I divorced and I became a single mom of a two year old

and a six month old. I moved into my parent's home in San Marcos Texas with both kids in tow. My dad was a San Marcos Police Officer and my mom had retired after working throughout my dad's military career. Boy did my kids fully thrive and never felt the effects of divorce nor did they have a clue of the cruelty in the world. They were loved and well taken care of with my parents support and nurturing.

In 2006 my father sat us down and informed us that he with my mother's support would be heading to Iraq to fight the war on terror. He was going as a civilian to train the Iraqi police officers. Of course we did not want him to go but knew that his heart was set on it. He told me that he never forgot the soldiers that supported him during both of his tours during the war in Vietnam and he felt it necessary to give back and to support the young troops being sent to fight the war in Iraq. I will never forget the night before he was to fly out. He sat each one of us down and spent personal time with each of us. I can still see him sitting there with each one of my babies. My heart has never recovered from seeing him with tears in his eyes talking with my babies. My kids adored their grandpa and for them it was just another special time with grandpa. They had no clue the danger their grandpa was headed to.

On May 8, 2006 our lives were changed forever. I was at work in Austin when I received the awful news of my father's death. I drove home to San Marcos calling everyone I knew wishing they would tell me it was not true. When I arrived home, the priest was waiting for me and in that moment I knew it was true. My father cared so much for us that he had made arrangements with the San Marcos PD in the event he was KIA. Just like military life, police officers also take care of their comrades as their own. We never needed for anything because the police officers took care of everything in fulfillment of my father's wishes. At my father's funeral, strangers would approach us and share what an honorable man my father was and the experiences they encountered with my dad. Police officers shared the impact my father had not only on their careers but also on their lives. My father has always been my hero and during this time I learned that he had the same effect on other people as well. A scholarship has been establish in his honor for anyone entering into the criminal justice field.

Well, I must say it does not get better with time. You see, the loss of my father not only affected me but it effected my children. We talk about him often and remember him as if her were still with us. My greatest pain is that my father was robbed of the joy of seeing his grandbabies grow up. He baptized my son and was not there to witness him making his First

Communion, his Confirmation and shortly his graduation. My son will be graduating with an Associates from college before receiving his high school diploma this year with Honors. My son is the Salutatorian of his graduating class. My daughter is a Starlite for the Judson High School dance team. Every game night we stand proud as we recite the Star Spangled Banner honoring my father and all the soldiers that have fought the great fight. She was grandpa's little "butterbowl" queen. My father would be so proud of his grandbabies. I can process you this, my heart will be broken the day each of them walk across that stage for graduation because I want so much for my father to be alive to witness how the love and nurturing he provided to my babies made them the young adults they are today.

I live my life to the fullest because I would never want the loss of my dad to be in vain. He told us every day that life is not promised. It's not easy but I try my hardest and I make sure that my kids never forget his sacrifice. Life has been difficult but I know things happen for a reason. I have been lived with my mother ever since the loss of my father. We have shared tears as well as laughter when we talk of my dad. We talk about him often. The grief never goes away. I have internalized my grief and I believe this has had an impact on my health. I keep going because I know that was his last wishes for us. I know that we will meet again.

I DECLARE UNDER PENALTIES F PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____          11/14/18
                                   _____
                                            DATE

# Exhibit 12(d)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,                    §
                                             §
         Plaintiffs,                         §
              v                              §          CAUSE NO.: 1:19-cv-00796
                                             §
ISLAMIC REPUBLIC OF IRAN,                    §
                                             §
         Defendant,                          §

### DECLARATION OF PLAINTIFF, Velia Anita Mesa

I, Velia Anita Mesa, of Converse, Texas, this 28th day of November 2018, declare Pursuant to

28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Velia Anita Mesa I was born on November 9, 1974 in San Antonio, Texas.  I am the youngest

of four; I'm the baby of the family.  My parents raised us to be a very loving and tight knit family. My

father, Rudy G. Mesa, was a firm believer in God, Country and Family. My dad joined the Army when I

was born and when he retired he joined the San Marcos Police Department.  His heart was dedicated to

helping people, so when the opportunity arose to go to Iraq to help, he eagerly volunteered.  As a close

family it was hard for us to accept but we saw his determination to go and help the people of the war

torn country gain some kind of law and order.  He said that he felt it was something he had to do and he

felt he had the training for it since he had been a Soldier and a Police Officer.  He assured us he would

only be gone for a year, and then he would be back home with us.  He was only in Iraq for a month when

our world was literally blown apart.  On May 8, 2006 our hearts were destroyed.  My father was in an

Army convoy near Rustamiyah, Iraq, en route to the police station where he was training, when an IED

killed him, a young soldier and injured 3 other soldiers.  My world was forever changed that day.

When my parents were pregnant with me my father decided the best way to support his family was to re-enlist in the Army; he had previously served 2 tours of duty in Vietnam. I was born while my father was away at basic training. He named me after my mother when he was informed about my birth.

All I ever knew was military life. My whole world was my parents, brothers and sister. We were a solid unit that could handle anything together. I led a blessed life filled with family and love. My first 11 years of life were with a complete family. In 1986 my father got orders for us to go back to Germany but this time my brothers, who had already graduated, were not going to be traveling with us. It was hard to move on without them but we knew that they would be okay. From then on it was just my sister, me and our parents.

I gravitated more towards my father, I am a daddy's girl. I was eager to learn from him and hear his stories. I have always tried to emulate my father. His honor, integrity, compassion, and love for family and God were always something to be admired. He has always been my biggest hero and fan. He taught us that we could achieve anything we set our mind to. He instilled a sense of pride in me. I could be proud of who I am and the things I accomplish in life without any doubt of his support and love. My parents have always been very supportive. I knew that they would always be there for me but that was taken away from me with one phone call.

I was living in Seguin, Texas when my sister called me saying that she thinks our father was killed. The information had been kind of sketchy in the beginning. My father had set it up that DynCorp would inform the San Marcos Police Department and they would inform our family should anything happen to him in Iraq. The officers were having trouble locating my mother and had reached out to my extended family in San Antonio. My cousin then called my sister with minimal information and my sister called to tell me. I felt like my whole world collapsed at that moment. I cried, was scared and angry all

at the same time. I punched a hole in my wall to try and divert my pain into something physical instead of emotional. I got into my truck to get to my mom as fast as possible so I could find out if it was true. Had my father really been killed, was my hero really gone? When I pulled up to my parents' house the police chief, our Priest, and police officers were in the house, I knew at that moment that it was true. My father was never coming home. I saw my mother and rushed to her, seeing the pain she was in and feeling like I had been punched with an awful truth caused me to fall to my knees and become violently sick to my stomach. I was rushed to the bathroom. After that I felt empty, physically and emotionally. I honestly don't think I have ever recovered from that.

We had to wait a long painful month before we would receive my father home. We were told the explosion was so bad that we had to wait for DNA testing to confirm his remains. During that time we had to try and explain to my nephew and niece who were 5 and 4 that their grandpa wouldn't be coming home. They didn't fully understand but my nephew ended up getting sick from grief and my niece had a fear of police officers for a while because she just remembers them bringing bad news. They were robbed of his love and learning so many things from him. My father was robbed from seeing his grandchildren and great grandchildren grow up. We couldn't even see my father for one last goodbye. Due to the injuries we had to have a closed casket. My closure was stolen from me. I felt that if I could just see him it would help me accept his death. As it is I feel like maybe he wasn't killed and is still working in Iraq. The lack of closure leaves me waiting for him to return to us.

My security was stolen from me. I have never been the same since his death. I have my life before my father was killed and my mere existence since his death. My Spirit was broken and my emotional and physical health has suffered ever since then. I have been diagnosed with depression, PTSD and anxiety; I have to take medication to help me through. I have also been diagnosed with fibromyalgia which was brought on due to significant psychological stress. I live every day in pain. There

is no cure for my diagnosis.  My life has been forever changed since my father was stolen from us.

Although it has been 12 years since his death I can still feel the pain as if it just happened.  No amount of

time will ever diminish the hole that was left in my heart and our family.


I DECLARE UNDER PENALTIES F PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

11.28.18
DATE

# Exhibit 12(e)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON et al.,                §
                                        §
          Plaintiffs,                   §
               v                        §          CAUSE NO.: 1:19-cv-00796
                                        §
ISLAMIC REPUBLIC OF IRAN,               §
                                        §
          Defendant,                    §

### DECLARATION OF PLAINTIFF, Manuel Fabela Aguilar

I, Manuel Fabela Aguilar, of San Antonio, Texas, this 27th day of November 2018, declare

Pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Manuel Fabela Aguilar. I was born on September 23, 1966. I am one of four children of Rudy G. Mesa. My dad came into my life when I was five years old. He raised me us as if we were all his children even though me and my older brother already had a father. Truth is me and my siblings knew no different. Before joining the military, my dad worked hard in different trades but realized early on that with four children he really needed to find a stable job with benefits to support his family. My dad was always dedicated to his family. I was in elementary school when my dad enlisted into the Army. We travelled with my dad as his dependents and in 1985 I graduated from Ft. Knox High School in Kentucky. Me and my older brother both graduated in Kentucky. In 1986, my dad was given Military Orders to report to Aschaffenburg Germany. My parents along with my little sisters ended up leaving me and my older brother behind as they fulfilled my father's military orders. Before they left the United States, my parent's seen me off to Los Angeles to fulfill my dreams knowing that I would be okay because my birth father would be near.

As an adult and after having my own children, I came to realize the sacrifice my dad made. My dad was always there for me and when my parents moved back from Germany, I moved my family to San Antonio closer to my parents. All three of my children were very close to my dad. He helped mentor them and he would spend hours talking to them simply teaching them to appreciate life.

When my dad left to Iraq to train police officers, we thought he would only be gone a few months and then come home. Never did I think he would die over there fighting. It left a big hole in my heart and the hearts of my family. There is so many things I wanted to say to him, like "I love you", " I am proud of you" and most of all "Thanks for everything you have done for me."

The way he died in an explosion, left us with no physical body to view, to say bye to or to touch him. It left me feeling for a long time that he would show up one day. That maybe they made a mistake. It's like he is still over there doing his job and we are still waiting for him to return. It's hard mentally on holidays, Father's Day and his birthday. I miss him every day of my life.

I DECLARE UNDER PENALTIES F PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____          11-28-2018
                                                            DATE

# Exhibit 12(f)

Alberstone Declaration

# Letter of Administration

No. 10,371

THE STATE OF TEXAS                    IN COUNTY COURT

AT LAW

COUNTY OF CALDWELL                CALDWELL COUNTY, TEXAS

I, CAROL HOLCOMB, Clerk of the County Court of Caldwell County, Texas,

do hereby certify that on the

5th day of February, 2019

VELIA FABELA MESA

was duly granted by said Court Letters of Administration

upon the Estate of RUDY GUERRERO MESA, Deceased,

that she qualified as Administrator

-

of said Estate on the

7th day of February, 2019

as the law requires and that said appointment is in full force and effect.

**Given under my hand and seal of office at Lockhart, Texas, February 7, 2019**

CAROL HOLCOMB
County Clerk, Caldwell County, Texas

By: *Sharon Williams*
Deputy Clerk

**CERTIFICATE OF DEATH (OVERSEAS)**
**Acte dé décès (D'Outre-Mer)**

| NAME OF DECEASED (Last, First, Middle)<br>Nom du décédé (Nom et prénoms)<br>**Mesa, Rudy, Guerrero** | GRADE<br>Grade<br>**Civilian** | BRANCH OF SERVICE<br>Arme | SOCIAL SECURITY NUMBER<br>Numéro de l'Assurance Social |
|---|---|---|---|

| ORGANIZATION    Organisation<br>**IPLO** | NATION (e.g. United States)<br>Pays<br>**United States** | DATE OF BIRTH<br>Date de naissance<br>█████ 1949 | SEX    Saxe<br>[X] MALE<br>[ ] FEMALE |
|---|---|---|---|

| RACE    Race | MARITAL STATUS    État Civil | RELIGION    Culte |
|---|---|---|

| X | CAUCASOID | Caucasique | | SINGLE | Célibataire | | DIVORCED<br>Divorcé | PROTESTANT<br>Protestant | OTHER (Specify)<br>Autre (Spécifier) |
|---|---|---|---|---|---|---|---|---|---|
| | NEGROID | Negroïde | X | MARRIED | Marié | | SEPARATED<br>Séparé | CATHOLIC<br>Catholique | |
| | OTHER (Specify)<br>Autre (Spécifier) | | | WIDOWED | Veuf | | | JEWISH    Juif | |

| NAME OF NEXT OF KIN    Nom du plus procha parent<br>**Velia Mesa** | RELATIONSHIP TO DECEASED    Parenté du décédé avec le sus<br>**Wife** |
|---|---|

| STREET ADDRESS    Domicile à (Rue) | CITY OR TOWN OR STATE    (include ZIP Code    Ville (Code postal compris) |
|---|---|

**MEDICAL STATEMENT    Déclaration médicale**

| | CAUSE OF DEATH    (Enter only one cause per line)<br>Cause du décès (N'indiquer qu'une cause par ligne) | | INTERVAL BETWEEN<br>ONSET AND DEATH<br>Intervale entre<br>l'attaque et le décès |
|---|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH [1]<br>Maladie ou condition directement responsable de la mort. | | **Blast injuries** | |
| ANTECEDENT<br>CAUSES<br>Symptômes<br>précurseurs de<br>la mort. | MORBID CONDITION, IF ANY, LEADING TO<br>PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |
| | UNDERLYING CAUSE, IF ANY, GIVING RISE<br>TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |

OTHER SIGNIFICANT CONDITIONS [2]

Autres conditions significatives [2]

| MODE OF DEATH<br>Condition de décès | AUTOPSY PERFORMED    Autopsie effectuée    [X] YES  Oui    [ ] NO  Non | CIRCUMSTANCES SURROUNDING<br>DEATH DUE TO EXTERNAL CAUSES<br>Circonstances de la mort suscitées par des<br>causes extérieures |
|---|---|---|
| | NATURAL<br>Mort naturelle | MAJOR FINDINGS OF AUTOPSY    Conclusions principales de l'autopsie | |
| | ACCIDENT<br>Mort accidentelle | | |
| | SUICIDE<br>Suicide | NAME OF PATHOLOGIST    Nom du pathologiste<br>**Scott A. Luzi, MD, CDR, MC, USNR** | |
| X | HOMICIDE<br>Homicide | SIGNATURE  Signature    X *Scott A Luzi* | DATE  Date<br>**12 May 2006** | AVIATION ACCIDENT    Accident à Avion<br>[ ] YES Oui    [X] NO Non |

| DATE OF DEATH    (day, month, year)<br>Date de décès    (le jour, le mois, l'année)<br>**8 May 2006 1100** | PLACE OF DEATH  Lieu de décès<br>**Baghdad  Iraq** |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du dé funtel je conclus que le décès est survenu à l'heure indiquée et à, la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER    Nom du médicin militaire ou du médicin sanitaire<br>**Scott A. Luzi** | TITLE OR DEGREE    Titre ou diplôme<br>**Deputy Medical Examiner** |
|---|---|

| GRADE    Grade<br>**CDR** | INSTALLATION OR ADDRESS    Installation ou adresse<br>**Dover AFB, Dover DE** |
|---|---|

| DATE    Date<br>**3omay06** | SIGNATURE    Signature    X *Scott A Luzi* |
|---|---|

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, ect.
[2] State conditions contributing to the death, but not related to the disease or condition causing death.
[1] Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu'un arrêt du coeur, etc
[2] Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la condition qui a provoqué la mort.

**DD** FORM<br>1 APR 77 **2064**    REPLACES DA FORM 3565, 1 JAN 72 AND DA FORM 3595-R(PAS), 26 SEP 75, WHICH IS OBSOLETE.

*(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)*

**DISPOSITON OF REMAINS**

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| INSTALLATION OR ADDRESS | DATE | SIGNATURE | |
| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY | | |
| TYPE OF DISPOSTION | DATE OF DISPOSTION | | |

**REGISTRATION OF VITAL STATISTICS**

| REGISTRY  *(Town and Country)* | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |
| NAME OF FUNERAL DIRECTOR | ADDRESS | | |
| SIGNATURE OF AUTHORIZED INDIVIDUAL | | | |

**DD FORM 2064, APR 1977 (BACK)**                                                   USAPA V1.00

I certify that this is a true and accurate copy of the original document.

Subscribed and sworn before me, Thelma D. Edmunds, a notary, authorized under
10 U.S.C. 1044a

THELMA D. EDMUNDS
Notary

# Exhibit 13(a)

Alberstone Declaration

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.      )
                                  )

       Plaintiffs,          )

                                  )

v.                             )   Case 1:19-cv-00796-JEB

                                  )

ISLAMIC REPUBLIC OF IRAN,    )   Judge James E. Boasberg

                                  )

       Defendant.         )

                                  )

## DECLARATION OF PLAINTIFF, MONIQUE RICHARD

I, Monique Richard, of Youngsville, LA this _____ day of January 2021, declare

pursuant to 28 U.S.C. 1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Monique Richard. I was born July 20th, 1981 and currently live in

Youngsville, LA. I am a United States citizen. I am the surviving widow of Joseph A.

Richard III. We were legally married on June 22nd, 2002. Joseph was born January 1st,

1981. He grew up in Grand Prairie, LA and a 1999 graduate of Sacred Heart High School

in Ville Platte, LA.

Joseph enlisted in the military shortly after we married. Like most married

couples, we started out with very little and got by month by month. After meeting and

talking with a recruiter, he became set on joining the ARMY as a combat engineer. He

had a knack for remembering details or statistics about anything, especially football. This

job would become like second nature to him. He could take apart his gun and put it back

together without fail. He could memorize the ins and outs about military vehicles, tactics,

protocols, operations, etc. to a "T". He absolutely loved his job and ultimately found his

calling when he enlisted. He had plans to become a career soldier and I supported him without a doubt.

Joseph enlisted in the Unites States ARMY on January 2, 2003 and completed basic training in Fort Leonard Wood, MO. His first tour of duty was May 2003-April 2004 with the 588th Engineer Battalion, 4th Infantry Division, Fort Hood TX. His second tour was December 2005-November 2006 with Echo Company 1-67 Armor Regiment in Fort Hood TX. We were reassigned to Alpha Company, 10th Mountain Division in Fort Polk, LA. This was an exciting time for us since we got the chance to be closer to family. Unfortunately, he was sent on another tour shortly after our move in November 2007.

It seems like saying he was my best friend and I loved him instantly is such a cliché, but it honestly is the truth. From the moment I met him, he always made me smile and made me feel like the most important person. I never doubted his commitment or love for me. He was funny and loved to make people laugh. Best of all, he was truly a genuine person. He always kept his word and wanted to help anyone he could.

When your spouse enlists, you automatically become accustomed to the chance of facing worse case scenarios. You must prepare for them because in their line of work there are so many unknown factors. Our last deployment started like any other. We waited at the facility until the call for final goodbyes were made. We waited outside in the cold and rain to wave, blow kisses, and watch as the white busses pulled out of the parking lot with our hearts.

My sweet husband died on April 14th in Baghdad Iraq of wounds he sustained when his vehicle encountered an improvised explosive device that was hidden beneath concrete. I remember the day I got the dreaded knock on my door. There will never be

any amount of time that can erase something so tragic. It is forever embedded in my memory and my heart. I lost my best friend. There is a hole in my heart that will never heal because when it comes to losing a love so strong, no amount of time can ever be enough to mend it. A piece of my heart went to Heaven that day. Losing him was the most horrific thing I have ever gone through in my life.

Being in military and serving 5 years with a total of 3 deployments didn't give us the opportunity to start a family. After our second tour, we really wanted to be parents but it never happened for us. I know deep down he would have been a great dad. It is one of the things I still, to this day, wish we had the chance to experience together. At the time of his death, his sister had 5 children. He adored his nieces and nephews. His middle sibling (brother) died in an auto accident after high school so it was just Joseph and his sister. His death left a huge hole in his family. Joseph's sister was the only sibling left and his nieces and nephews no longer had uncles to grow up with on this side of the family. That's a lot for a family to cope with.

Joseph was awarded several Distinguished Service medals, to include the Bronze star and the Purple Heart. I wish I could truly portray with words the pride he carried when wearing his uniform. He was a soldier through and through. He was proud to show his unconditional love for his country and his family. There is no doubt in my mind that he would have done great things. He had so much more life to live!

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE

UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND

CORRECT.


_Monique Richard_                _1 | 13 | 2021_
Monique Richard                  Date

# Exhibit 13(b)

Alberstone Declaration

FILED

2008 AUG 20  PM 4: 21

CLERK OF COURT
BEAUREGARD PARISH

NO. P-2008-0131 _____ : **36TH JUDICIAL DISTRICT COURT**

**SUCCESSION**        480489        : **PARISH OF BEAUREGARD**

**OF**

**JOSEPH AVIE RICHARD, III**     :    **STATE OF LOUISIANA**

**FILED:** August 20, 208     :

_____
**DEPUTY CLERK OF COURT**

**JUDGMENT OF POSSESSION**

CONSIDERING the Petition for Possession and the record of these proceedings, satisfactory proof having been submitted to this Court that there is no necessity for an administration of this Succession, and finding that Decedent, JOSEPH AVIE RICHARD, III, died after June 30, 2004, the law and evidence entitling Petitioner, MONIQUE SHANTEL GREEN RICHARD, born Green, to the relief prayed for, and for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED, in accordance with La. R.S. 47:2401, La. R.S. 47:2426 and La. Code of Civil Procedure Article 2951 C(1)(a), that no inheritance taxes are levied against the Estate of Decedent, JOSEPH AVIE RICHARD, III, and the filing of an Inheritance Tax Return with the Secretary of the Department of Revenue is not required.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, in accordance with Article 889 of the Louisiana Civil Code, that Petitioner, MONIQUE SHANTEL GREEN RICHARD, is hereby declared to be the owner and sent into possession of Decedent's undivided one-half (1/2) interest in and to the community property existing between Petitioner, MONIQUE SHANTEL GREEN RICHARD, and Decedent, JOSEPH AVIE RICHARD, III, this property being more particularly described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioner, MONIQUE SHANTEL GREEN RICHARD, as the surviving spouse of Decedent, JOSEPH AVIE RICHARD, III, is hereby recognized as the owner of an undivided one-half (1/2) interest in and to the community property existing between Petitioner and Decedent, this property being more particularly described below.

*IT IS FURTHER ORDERED, ADJUDGED AND DEGREED that the Estate of Decedent, JOSEPH AVIE RICHARD, III, is hereby comprised of the following described property:*

I.   **IMMOVABLE PROPERTY:**

> **COMMUNITY IMMOVABLE PROPERTY OF DECEDENT, JOSEPH AVIE RICHARD, III, AND PETITIONER, MONIQUE SHANTEL GREEN RICHARD:** *(Decedent's ownership being recognized as an undivided one-half (1/2) interest in the property described below)*
>
> > **Situated in the Parish of Beauregard, State of Louisiana to-wit:**



**part of the** ████ a subdivision of a ███████ as per duly recorded plat thereof, recorded under Instrument File No. ████

> **TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS SITUATED THEREON.**

II.   **COMMUNITY MOVABLE PROPERTY OF DECEDENT, JOSEPH AVIE RICHARD, III, AND PETITIONER, MONIQUE SHANTEL GREEN RICHARD:**

*(Decedent's ownership being recognized as an undivided one-half (1/2) interest in the property described below)*

A. One (1) 2003 Mitsubishi vehicle bearing VIN ███████████

B. One (1) 2004 Hyundai vehicle bearing VIN No. ██████████

*IT IS FINALLY ORDERED, ADJUDGED AND DECREED that all banks, trust companies, insurance companies and all other persons, partnerships, unincorporated associations or corporations having on deposit or in their possession or under their control any money, credits, stocks, dividends, bonds or other property depending upon or belonging to the Estate of Decedent, JOSEPH AVIE RICHARD, III, are hereby required to deliver the property to Petitioner,*

MONIQUE SHANTEL GREEN RICHARD, the surviving spouse of Decedent, JOSEPH

AVIE RICHARD, III, in accordance with the terms and conditions of this Judgment.

JUDGMENT   READ   AND   SIGNED   on   the   20   day   of

_____, 2008, in Chambers, in DeRidder, Beauregard Parish,

Louisiana.

_____
DISTRICT JUDGE

Filed _____
By: _____
Deputy Clerk of Court

## CERTIFICATE OF DEATH (OVERSEAS)
### Acte de décès (D'Outre-Mer)

| NAME OF DECEASED (Last, First, Middle) Nom du décédé (Nom et prénoms) | GRADE Grade | BRANCH OF SERVICE Arme | SOCIAL SECURITY NUMBER Numéro de l'Assurance Social |
|---|---|---|---|
| Richard, Joseph, Avie III | E05 | Army | |

| ORGANIZATION Organisation | NATION (e.g. United States) Pays | DATE OF BIRTH Date de naissance | SEX Sexe |
|---|---|---|---|
| Company A, 4th Brigade Special Troop Battalion, 4 BCT, Fort Polk, LA | United States | 1981 | X MALE ☐ FEMALE |

| RACE   Race | | MARITAL STATUS   État Civil | | RELIGION   Culte | |
|---|---|---|---|---|---|
| X CAUCASOID   Caucasique | | SINGLE   Célibataire | DIVORCED Divorcé | PROTESTANT Protestant | OTHER (Specify) Autre (Spécifier) |
| NEGROID   Negriode | X | MARRIED   Marié | SEPARATED Séparé | CATHOLIC Catholique | |
| OTHER (Specify) Autre (Spécifier) | | WIDOWED   Veuf | | JEWISH   Juif | |

| NAME OF NEXT OF KIN        Nom du plus proche parent | RELATIONSHIP TO DECEASED        Parenté du décédé avec le sus |
|---|---|
| Mrs. Monique S. Richard | Wife |

| STREET ADDRESS        Domicile à (Rue) | CITY OR TOWN OR STATE        (Include ZIP Code)        Ville (Code postal compris) |
|---|---|
| | |

### MEDICAL STATEMENT        Déclaration médicale

| | CAUSE OF DEATH   (Enter only one cause per line) Cause du décès (N'indiquer qu'une cause par ligne) | INTERVAL BETWEEN ONSET AND DEATH Intervalle entre l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH Maladie ou condition directement responsable de la mort. | Blast fragmentation injuries | Minutes |
| ANTECEDENT CAUSES | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE Condition morbide, s'il y a lieu. menant à la cause primaire | |
| Symptômes précurseurs de la mort. | UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE Condition morbide, s'il y a lieu. menant à la cause primaire | |
| OTHER SIGNIFICANT CONDITIONS Autres conditions significatives | | |

| MODE OF DEATH Condition de décès | AUTOPSY PERFORMED   Autopsie effectuée   X YES Oui   ☐ NO Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES Circonstances de la mort suscitées par des causes extérieures |
|---|---|---|
| NATURAL Mort naturelle | MAJOR FINDINGS OF AUTOPSY   Conclusions principales de l'autopsie | |
| ACCIDENT Mort accidentelle | | |
| SUICIDE Suicide | NAME OF PATHOLOGIST   Nom du pathologiste Edward A. Reedy, CDR, MC, USN | |
| X HOMICIDE Homicide | SIGNATURE   EDWARD A REEDY   DATE Date 17 April 2008 | AVIATION ACCIDENT   Accident à Avion ☐ YES Oui   X NO Non |

| DATE OF DEATH   (day, month, year) Date de décès        (le jour, le mois, l'année) | PLACE OF DEATH   Lieu de décès |
|---|---|
| 14 April 2008 1801 | Baghdad  Iraq |

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du défunt je conclus que le décès est survenu à l'heure indiquée et à la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER   Nom du médicin militaire ou du médicin sanitaire | TITLE OR DEGREE   Titre ou diplôme |
|---|---|
| Edward A. Reedy | Deputy Medical Examiner |

| GRADE   Grade | INSTALLATION OR ADDRESS   Installation ou adresse |
|---|---|
| CDR | Dover AFB, Dover DE |

STATE OF LOUISIANA
PARISH OF BEAUREGARD

CLERK OF COURT

I HEREBY CERTIFY that the within and foregoing is a true and correct copy of the original act, filed for record in this office, this 20 day of August A.D. 2008 bearing file No. 480489 and recorded in SCLRU. book 804 Page _____
IN TESTIMONY WHEREOF, witness my official signature and seal of office at DeRidder, Beauregard, LA this 30 day of August A.D. 2008 .

CLERK OF COURT AND EX-OFFICIO RECORDER

# Exhibit 14(a)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUL MARTINEZ, et al.,      )
                                  )
      Plaintiffs,        )
                                  )
v.                            )     CAUSE NO.: 1:16-CV-02193-EGS
                                  )
ISLAMIC REPUBLIC OF IRAN,      )
                                  )
      Defendant.       )

## DECLARATION OF PLAINTIFF, BROOKS THOMAS SCHILD

I, Brooks Thomas Schild, of Yankton, South Dakota, this ${26}$ day of $Dec$, 2018,

declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Brooks Thomas Schild. I was born on October 8, 1963 in Yankton, South

Dakota. I currently live at 2004 Elm St. Yankton, South Dakota. I have been a citizen and

resident of the United States my entire Life. I am the son of Ewald (deceased) and Colleen

Schild, who had 10 children: Pat (deceased), Diane, Chuck, Jeff, Brad, Denise, Lori, Bruce,

Brooks, and Richard. My twin brother, Bruce and I, were just 23 months older than Richard.

Rich was always hanging around us when we were young. He was the proverbial little Brother.

We loved him very much. In 1990, I joined the Iowa Army National Guard (1/168th Infantry)

and a year after, Rich joined the South Dakota Army National Guard in Yankton (C-1/147th FA).

We both moved up through the ranks and in 2000, I left the Iowa Guard and moved back to

Yankton with my Family. My wife's name is Joan and my kids are Blake, Jordan, and Clara

born in 1988, 1990, and 1994, respectively.

In 2004, Richard came to me and said that he thought his Charlie Battery would be deployed to Iraq and that they needed a platoon sergeant. I tried to join the unit immediately but by the time I was re-enlisted, a Soldier took over the Platoon Sergeant position. I enlisted as a Section Leader. I thought that I would go overseas with him to look after him in Iraq. We received our notice for deployment and on June 14, 2005, Rich and I left for Fort Dix, New Jersey, for our 16-month deployment. Rich was in 1st Platoon as the Platoon Sergeant and I was in 2nd Platoon as the 2nd Squad Leader. On October 7, 2005, we landed overseas to start our deployment. Our Forward Operating Base ("FOB") was FOB Rustamiyah in eastern Baghdad. Rich and I stayed in the same building, but in separate rooms. We saw each other daily. As a Platoon Sergeant, Rich didn't usually go out on missions. He stayed behind to take care of the administrative functions of the Platoon. He was killed on his 7th mission outside the FOB.

On November 29. 2005, we had to change where Soldiers slept in the barracks and I moved into Rich's room. It was great bunking with Rich. We talked every day, ate together, discussed what we would do if one of us didn't make it home, and kept up on each other's Family. On Sunday, December 4, 2005, Rich woke up early, as he always did. We ate, then I put on some church music since we both were going to be out on missions that day. I talked to him about the sermon I heard on Wednesday from Chaplain Keogh. It was from Ephesians, 10:20, dealing with "putting on God's suit of armor…" We got ready for our mission and at 1240 hours, my squad was next to his squad in the staging area. We had a 1245 starting point ("SP"), and my squad was ready to SP when a radio in my rear truck went down. I radioed in to our Tactical Operations Center ("TOC") and they gave the go-ahead for Rich's squad to go in my place. I would leave at his SP of 1300 hours.

Rich took the place of a Tank Commander ("TC"), who oversaw the High Mobility Multi-Purpose Vehicle ("HUMVEE") in the convoy. The TC was going on leave and Rich wanted to ensure his crew would be okay without him. Rich took the place of the gunner who took the TC position. They rolled out of Rustamiyah before 1300 hours and proceeded down Route Pluto to an Iraqi Police ("IP") checkpoint. My squad staged at the gate, ready to SP. We heard over the radio that "Voodoo 1-2" was hit (the name of his squad). I got permission to move to the attack scene which was just under two miles away. As we rolled into the attack area, we observed two HUMVEES on fire. I directed my lead truck to secure the northernmost HUMVEE while my HUMVEE went to the southern HUMVEE and I positioned my third truck to the south for security.

When we arrived, two Bradley Fighting Vehicles from the 3rd Infantry positioned themselves near each HUMVEE. My HUMVEE took a position to the west to protect the rescue crew from direct fire coming from a building to the west. If you look at the attack video that Hezbollah posted, which is Exhibit 1, you will see my HUMVEE pull up next to the Bradley. The video originally shows the attack. It shows Rich's HUMVEE getting hit from a multiple array, Explosively Formed Projectile ("EFP"). A United States Police Officer serving as an Iraqi Police Liaison Officer ("IPLO") was thrown from the vehicle as it flew over the median. After the HUMVEE came to a rest, you can see Richard's dead body being drug by his Soldiers away from the burning vehicle. Shortly after, Sergeant Allen Kokesh's body was drug from the burning vehicle. You can see a Soldier placing a tourniquet on his left leg. Allen received major lung burns and a 2.5-inch diameter hole in his left lower leg (Sergeant Kokesh died two months later at Brooke Army Medical Center in Texas from these injuries).

I helped load Allen into the Bradley. We received a call from my first vehicle that they needed help and the Soldiers on the scene of Rich's HUMVEE stated they had the situation under control. After I left, they loaded my Brother's body into the Bradley. The Bradley immediately left for FOB Rustamiyah and the Troop Medical Center ("TMC"). When we arrived at the northern HUMVEE which was also on fire, I helped secure and then load Sergeant Corey Briest into that Bradley. Corey received shrapnel in the head. He still suffers from a severe traumatic brain injury ("TBI"). Corey lives in Yankton, South Dakota, with his wife and two children. He is 100% disabled and cannot see, walk alone, or take care of himself.

After loading Sergeant Briest into the HUMVEE, one of my Soldiers reported that Staff Sergeant ("SSG") Dan Cuka was still trapped in the burning HUMVEE. As we arrived at the right rear door, the entire vehicle was on fire. We threw fire blankets on SSG Cuka and used all our extinguishers. As it turned out, SSG Cuka was killed immediately by the second multiple array EFP, but of course we did not know that at the time. As we worked to remove his door to get him out (doors were battle-locked), the fire intensified. The metal of the HUMVEE was on fire. Tires exploded, and a thick smoke covered the HUMVEE as I removed the right door. When I tried to pull SSG Cuka out, his seatbelt was still on. His M16 rounds on his vest were cooking off as 50 caliber machine gun rounds flew around the HUMVEE. As I reached for my Gerber to cut his seatbelt, two fragmentary grenades cooked off and threw me and another Soldier to the ground. I was saved by SSG Cuka's body. A Captain from the 3rd Infantry Division came and pulled me away from the HUMVEE. I sat and watched SSG Cuka burn. Fire encompassed his entire body. Flames were coming out of his eyes. I see that today as if it were yesterday.

After the fire was put out, I covered SSG Cuka's body (what was left of it) with my poncho. My squad was called back to FOB Rustamiyah. I took two Soldiers and the IPLO to the TMC. When I arrived there, I asked where my little Brother was? At the time, the Soldiers on scene had enough foresight to keep me away from Rich's body. They told me he was already evacuated. After the doctors and nurses fumbled for a bit, my Commander, First Sergeant and Chaplain walked in. I immediately knew why they were there. They told me Rich was dead. After a few minutes, they lead me to the morgue. I entered and there was Richard, lying on a tray in a black body bag, half unzipped. When I bent down---it was the second shelf from the floor---I hugged Rich. He was still warm. I cried. I said the Lord's Prayer. I told him it would be okay. I promised him that I would look after his Family and take him home.

Later that evening, we loaded Rich and Dan into a Blackhawk helicopter. They were being taken to Baghdad International Airport's (BIAP) morgue in preparation for transport back home. At 0300 hours on December 5th, the FOB opened communications and allowed me to call home. My wife told me that Rich's wife, Kay, had already been notified by two Casualty Officers. Kay's daughter, Keely, while Kay was talking to the Casualty Officers, called my wife, Joan, and advised her that Rich was dead. Joan got on the phone, talked to Kay and then called my Family. She told my Brother Bruce to go to my Mom's house because Rich was killed, and someone would be going there. Bruce notified the rest of my Family and went to my Mother's house.

I was taken to BIAP and then flew to Kuwait, Germany, Baltimore, and finally ended up in Philadelphia to wait for Rich's body to be prepared by mortuary affairs at Dover Air Force Base. On December 12, I was taken to Dover to escort Rich back to Yankton. I sat there from 4 a.m. when I left until later that afternoon. Five other Solders were escorted out of there before

me. I was the last. They loaded Rich into a black Suburban. He was in his coffin, in a wooden crate. The driver made small talk with me and when I told him I was escorting my Brother home and that we had always talked about touring Washington, D.C., but we wouldn't be able to do that anymore. As a respectful gesture, the driver took us through D.C., past all of the memorials, monuments and Arlington National Cemetery, on the way to Dulles for our flight.

Rich and I arrived in Yankton at 0100 hours. It was a foggy, icy, desolate night. We had a South Dakota State Trooper escort from Sioux Falls to Yankton. As we entered Yankton county, a Sherriff joined our convoy. At the Yankton city limits, a city police car joined us. There wasn't one single car on the road. No one to welcome Rich home. We turned the corner to the mortuary and there were three more police cars. They helped me carry Rich's coffin into the funeral home where I had to inspect Rich in front of the mortician to ensure he was still in good condition from travelling. Army mortuary affairs doesn't put makeup on Soldiers. Rich was white (a base coat). He was turning black on some of his limbs and face (decomposing). He was seeping fluids from his wrist.

We buried Rich with a public funeral, I went back to Iraq for the final 9 months of deployment and returned to Yankton on September 22, 2006. I can tell you that I think of Richard every single day. I miss him daily. When you hear people who talk about traumatic events, they sometimes say they close their eyes and see all of the horror. I don't. I see it when my eyes are open. I see it always. I see Allen lying on the ground with a fist sized hole in his leg and his eyes rolled back in his head with contact lenses burned onto them. I see all the fire, the explosions. I see Dan Cuka burning. I see the flames coming out of his eyes. I see what was left of his body when I covered him with my poncho. I still smell the burning vehicles and the smell of flesh burning.

I see the horror in the eyes of my Soldiers.  I see my little Brother lying in the morgue and the looks of the faces of all my Family when I brought him home.  These things I see daily, eyes open.  They are images that never go away.  They have changed my Life and the Life of my Family forevermore.  I'm not the man that my wife married and not the Father that I was to my kids.  I can't explain it.  I try to be the fun, loving, husband and Father.  I seem to always be on alert.  I don't trust people like I used to.  I feel like there is always a threat to my Family and me. I miss Rich.  I miss the man I was.  I guess they say I have a new normal.  I wish I could have the old normal.

I know from the military reports of the attack on December 4, 2005, on my brother in Eastern Baghdad, that Iran was credited for engineering the EFP's that killed my brother, Dan Cuka, and eventually Allen Kokesh, and permanently wounding Corey Briest.  I hope that somehow, some way, Iran can be held accountable for this act.    I have many details of this attack and of my brother Richard that I would be willing to talk about anytime.  Thank you for your time.

In order to better have the Court get to know my Brother, Richard Schild, and my Family Members supporting his claims here, I tender to the Court the following Exhibits:

Exhibit 1---A photograph of me (on the left) and Rich (on the right) in Iraq.

Exhibit 2---A photograph of me (on the left) and Rich (on the right) in Iraq.

Exhibit 3---A photograph of the Schild Brothers.  Rich is 2nd from the left.

Exhibit 4---A photograph of Rich's HUMVEE on fire after the EFP attack on December 4, 2005.

Exhibit 5---A photograph of Kay, Keely, and Koby, Rich's immediate Family.

Exhibit 6---A photograph of Kay, Rich, Keely, and Koby Schild.

Exhibit 7---A photograph of Rich (on the left) and Brooks (on the right) in Iraq.

Exhibit 8---A photograph from Rich's funeral

Exhibit 9---A video from Rich's birthday celebration dated November 29, 2005

Exhibit 10---A copy of Rich's Certificate of Death

Exhibit 11---Video published by Kata'ib Hezbollah of the EFP attack which killed Rich Schild on December 4, 2005

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____          _____
Brooks Schild                            Date





11/15/2005













**CERTIFICATE OF DEATH** *(OVERSEAS)*
Acte dé décès (D'Outre-Mer)

| NAME OF DECEASED *(Last, First, Middle)*<br>Nom du décédé (Nom et prénoms)<br><br>Schild, Richard, Lee | GRADE<br>Grado<br><br>E-7 | BRANCH OF SERVICE<br>Arme<br><br>Army NG | SOCIAL SECURITY NUMBER<br>Numéro de l'Assurance Social |
|---|---|---|---|
| ORGANIZATION   Organisation<br><br>Battery C, 1st Bn, 147th Field Artillery, 49th<br>MP Bde (3 COSCOM), Yankton, SD | NATION *(e.g. United States)*<br>Pays<br><br>United States | DATE OF BIRTH<br>Date de naissance<br><br>November<br>1965 | SEX  Sexe<br><br>[X] MALE<br><br>[ ] FEMALE |

| | RACE   Race | | MARITAL STATUS   État Civil | | | RELIGION   Culte | |
|---|---|---|---|---|---|---|---|
| X | CAUCASOID   Caucasique | | SINGLE   Célibataire | | DIVORCED<br>Divorcé | PROTESTANT<br>Protestant | OTHER (Specify)<br>Autre (Spécifier) |
| | NEGROID   Negrique | X | MARRIED   Marié | | SEPARATED<br>Séparé | CATHOLIC<br>Catholique | |
| | OTHER (Specify)<br>Autre (Spécifier) | | WIDOWED   Veuf | | | JEWISH   Juif | |

| NAME OF NEXT OF KIN   Nom du plus proche parent<br><br>Mrs. Kayleen M. Schild | RELATIONSHIP TO DECEASED<br>Wife |
|---|---|
| STREET ADDRESS   Domicilié à (Rue) | CITY OR TOWN OR STATE   *(include ZIP Code*   Ville (Code postal compris) |

**MEDICAL STATEMENT**   Déclaration médicale

| | CAUSE OF DEATH   (Enter only one cause per line)<br>Cause du décès (N'indiquer qu'une cause par ligne) | | INTERVAL BETWEEN<br>ONSET AND DEATH<br>Intervalle entre<br>l'attaque et le décès |
|---|---|---|---|
| DISEASE OR CONDITION DIRECTLY LEADING TO DEATH   †<br>Maladie ou condition directement responsable de la mort. | Projectile shrapnel injuries due to blast | | Minutes |
| ANTECEDENT<br>CAUSES | MORBID CONDITION, IF ANY, LEADING TO<br>PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |
| Symptômes<br>précurseurs de<br>la mort. | UNDERLYING CAUSE, IF ANY, GIVING RISE<br>TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |
| OTHER SIGNIFICANT CONDITIONS<br>Autres conditions significatives | | | |

| MODE OF DEATH<br>Condition de décès | AUTOPSY PERFORMED   Autopsie effectuée   [X] YES Oui  [ ] NO Non | CIRCUMSTANCES SURROUNDING<br>DEATH DUE TO EXTERNAL CAUSES<br>Circonstances de la mort suscitées par des<br>causes extérieures |
|---|---|---|
| [ ] NATURAL<br>Mort naturelle | MAJOR FINDINGS OF AUTOPSY   Conclusions principales de l'autopsie | |
| [ ] ACCIDENT<br>Mort accidentelle | | |
| [ ] SUICIDE<br>Suicide | NAME OF PATHOLOGIST   Nom du pathologiste<br>Edward A. Reedy, LCDR, MC, N | |
| [X] HOMICIDE<br>Homicide | SIGNATURE   Signature | DATE   Date<br>9 December 2005 | AVIATION ACCIDENT   Accident n Avion<br>[ ] YES Oui   [X] NO Non |

| DATE OF DEATH   *(day, month, year)*<br>Date de décès   (le jour, le mois, l'année)<br>4 December 2005 1315 | PLACE OF DEATH   Lieu du décès<br>Baghdad  Iraq |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du dé funtet je conclus que le décès est survenu à l'heure indiquée et à. la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER   Nom du médicin militaire ou du médicin sanitaire<br>Edward A. Reedy | TITLE OR DEGREE   Titre ou diplômé<br>Associate Medical Examiner |
|---|---|
| GRADE   Grade<br>LCDR | INSTALLATION OR ADDRESS   Installation ou adresse<br>Dover AFB, Dover DE |
| DATE   Date | SIGNATURE   Signature |

1  State disease, injury or complication which caused death, but not more of dying such as heart (failure etc.
2  State conditions contributing to the death, but not related to the disease or condition causing death.
1  Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu'un arrêt du coeur, etc
2  Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la condition qui a provoqué la mort.

**DD** FORM 2064
1 APR 77

REPLACES DA FORM 3595, 1 JAN 72 AND DA FORM 3565-R(PAS), 26 SEP 75, WHICH ARE OBSOLETE.

*(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)*

**DISPOSITON OF REMAINS**

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| DANIEL GREEK | GS-11 | 7041 / MO | |

| INSTALLATION OR ADDRESS | DATE | SIGNATURE |
|---|---|---|
| 436 SVS/SVD<br>116 26th Street, Dover AFB DE 19902 | 29 Dec 05 | |

| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY |
|---|---|
| | |

| TYPE OF DISPOSITION | DATE OF DISPOSTION |
|---|---|
| | |

**REGISTRATION OF VITAL STATISTICS**

| REGISTRY  *(Town and Country)* | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |
| NAME OF FUNERAL DIRECTOR | ADDRESS | | |
| | | | |

SIGNATURE OF AUTHORIZED INDIVIDUAL

**DD FORM 2064, APR 1977 (BACK)**                                    USAPA V1.00

# Exhibit 14(b)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAUL MARTINEZ, et al.,                    )
                                          )
      Plaintiffs,                   )
                                          )
v.                                        )    CAUSE NO.: 1:16-CV-02193-EGS
                                          )
ISLAMIC REPUBLIC OF IRAN,                 )
                                          )
      Defendant.                    )

## <u>DECLARATION OF PLAINTIFF, COLLEEN FRANCIS SCHILD</u>

I, Colleen Francis Schild, of Yankton, South Dakota, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## <u>BACKGROUND</u>

My name is Colleen Francis Schild. My DOB is: 11-03-1927. My current address is 111 Murphy Lane, Yankton, South Dakota 57078. I have throughout my entire Life been a citizen and resident of the United States. I am Richard Schild's Mother. Before Richard went overseas, I was very close to him. He used to come in to my house with his two kids almost every Saturday morning. We would talk and visit while the kids played. After his death on December 4, 2005, I hardly got to see the kids. It is difficult for them and me when we are together because of the sorrow we feel about Richard. That would not be the case if Richard were alive.

When they lived in Tabor, South Dakota, whenever I drove that way I'd call him and we'd meet at his house and we would eat lunch together and watch "Days of Our Lives." I was a Tupperware manager and went his way many times. Richard was a good son, dad, and husband.

He loved spending time with his Family.  It is hard for me to write this letter.  I miss him so much.

Richard was the baby of our Family of ten kids.  It's very hard to lose one of your children.  I miss him very much to this day.  I have his picture beside my bed so I can say good morning and good night to him every day.   Now after he is gone, I miss his stopping to see me, helping me with anything that needed done.  He was a good son.

I think about Richard every day.  It makes me cry.  I wish he were still here to visit me.  I don't know how to tell you how bad I feel about losing him.  It breaks my heart.  He was my baby, even at 40 years old.  I love him.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_Colleen Schild_      _December 26, 2018_

Colleen Schild        Date

# Exhibit 15(a)

Alberstone Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DIANE PENNINGTON, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 1:19-cv-00796-JEB |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT DECLARATION OF PLAINTIFFS WILLIAM STOUT AND TAMARA STOUT

We, William Stout and Tamara Stout, of Temple, GA, this _____ day of January, 2021,

declare pursuant to 28 U.S.C. 1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

I, William G. Stout, was born on February 21, 1964. I am a United States Citizen. I am

Brandon L. Stout's father. I, Tamara Stout, was born on _____. I am a United States

Citizen. I am Brandon L. Stout's step-mother. Brandon L. Stout was born on December 7, 1983

in Grand Rapids. He had a large extended family. Brandon had a total of 7 siblings when he was

killed in action.

Brandon was a young man full of life, and determination. He grew up in the country

where he loved to hunt, fish, golf and enjoy the outdoors. He was one of the friendliest, good

natured people one could ever encounter. He was a devote follower of his religion and could

often be found attending services or reading scriptures.

Brandon was Assigned to the 144th Military Police 210th Military Police Battalion Army

National Guard from Owosso, Michigan then volunteered to go with the 46th Military Police

Company, 759th MP Battalion from Kingsford, Michigan. He was assigned to the 2nd Platoon

"Raptors." He served in the platoon as both a gunner and driver and was an invaluable member of the platoon's PTT mission.

Army SPC Brandon Lee Stout died January 22, 2007, of wounds suffered when an Explosively Formed Penetrator, also known as EFP, detonated near his military vehicle in Baghdad, Iraq. He died one week before his tour in Iraq was to have ended.

Brandon's faith was an important part of his life, and he hoped to pursue a vocation in ministry. He felt called to serve his country and joined the Army National Guard in June 2003. In 2005 he was deployed with the 1776th Military Police Company to Mississippi and Louisiana for nearly two months as part of the Hurricane Katrina response. Brandon trained at Fort Dix, NJ beginning in July 2006 and was deployed to Baghdad on October 1, 2006. He earned his promotion to Specialist in December of 2006.

We were comforted with the fact that our son believed in what he was doing in Iraq. "He knew it was his job and he was proud to serve." "He didn't complain. He didn't try to get out of it. He was very proud to wanted to go and serve his country." Our family considers him a role model and a hero. He was dedicated to serving his country, was steadfast in his faith and deeply loved his wife and family. SPC Brandon Lee Stout was 23 years old when he was killed.

He was working with TSA at the Gerald R. Ford International Airport in Grand Rapids, MI when he was called to active duty. He explained to us that he felt it was his duty, but more than that, it was something he felt "led" to do so that his 2 younger brothers would not have to join the service. We were very supportive of his decision. We were proud of the fact that even though the news reports were that Iraq was very dangerous, Brandon was ready and willing to volunteer to serve. We felt this spoke of his integrity and character. He attended Basic Training at Ft. Leonardwood, Missouri where he graduated with honors in March 2004. Some of the

awards he was most proud of included the Humanitarian Service Medal, The Louisiana

Emergency Service Medal and his Expert Weapons Qualification Badge.

### THE EFFECTS OF THE DEATH AND PASSING OF BRANDON

At 10:30pm Monday, January 22, 2007 we received a call from Adam telling us of

Brandon's passing. Brandon was the first soldier killed that the government came out and

explained to the public what an EFP was.

These were our first steps through the rest of our life without Brandon. When Brandon

was killed by the IED/EFP it robbed him of his future.

We buried Brandon on February 5, 2007. We would never hear his voice again. We

would never see his smile again. We would never feel his strong loving hugs again. When

Brandon was killed a little piece of his entire extended family died along with him. It is as if the

EFP that killed him took a piece of us also.

He will be remembered for his remarkable personality, his devotion to his family and his

dedication to the Soldiers he served with. He was an exceptional Soldier and irreplaceable

friend.

On January 22, 2021, it will be 14 years since Brandon was killed. The grief, stress and

emotional drain is just as full today as it was on January 22, 2007. Thinking thru the process of

writing this Declaration has been emotional. It has stirred afresh and anew rawness of the

emotions of losing my oldest son. We were a large extended family but kept in contact regularly.

We still are, with the exception of a large hole that the death of our oldest son Brandon has left.

It has affected the entire family.

WE DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

William G. Stout                          01/13/2021
                                          Date

Tamara Stout                              01/13/2021
                                          Date

# Exhibit 15(b)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,                 )
                                          )
              Plaintiffs,                 )
                                          )
v.                                        )        No.: 1:19-cv-00796-JEB
                                          )
ISLAMIC REPUBLIC OF IRAN,                 )
                                          )
              Defendant.                  )

**SUPPLEMENTAL DECLARATION OF PLAINTIFF, TAMARA STOUT**

I, Tamara Stout, of Temple, Georgia, on the undersigned date, declare pursuant to 28

U.S.C. §1746 and subject to the penalties of perjury, as follows:

**BACKGROUND**

My name is Tamara Stout. I am the step-mother of Brandon Stout who was killed in

action in Iraq on January 22, 2007.

When I met Brandon, he was just about to be five years old. He and I had a relationship

that was lighthearted and had little to no drama. One thing that has always been on my mind is

the day he explained to me how proud he was to be born on a special day, December 7th. He

knew when he was very young that on that date in 1941 Pearl Harbor was attacked.

1

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


_____
Tamara Stout


_____
10/23/2021
Date

# Exhibit 16(a)

## Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE PENNINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:19-cv-00796-JEB |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF PLAINTIFF, COREY SCHLENKER</u>**

I, Corey Schlenker, of Sioux Falls, South Dakota, this 29<u>TH</u> day of December 2018, declare

pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

**<u>BACKGROUND</u>**

My name is Corey Schlenker, formally known as Corey Thorne.  My date of birth is

February 26, 1981.  I reside in Sioux Falls, South Dakota.  I am the surviving spouse of PFC

William E. Thorne, deceased.  When I first met Willy in September 2000, it was love at first

sight.  He was the love of my life.  We were lawfully married on November 10, 2001 and resided

in Hospers, Iowa until we both enlisted in the Army.  Willy was born on December 21,

1979.  The military had his birthday listed as December 22, 1979.

Willy grew up in Rock Valley, Iowa, and went to Rock Valley High School in Rock

Valley, Iowa where he graduated.  Willy went to college at Western Iowa Tech in Sioux City,

Iowa for 3 years where he studied Police Science.  We wanted to adopt a child together after his

initial term was finished and we would both save our bonuses to accomplish that together.  In

August 2005, Willy joined the US Army as a Calvary Scout.  He did his BCT and AIT training at

Fort Knox, Kentucky.  After graduating, he went to his duty station at Fort Hood, Texas.

In February 2006, he deployed to Iraq with Troop C, 1st Squadron, 10th Cavalry, 2nd BCT, from Fort Hood, Texas.  On August 24, 2006, the Humvee he was driving was hit by a roadside bomb that detonated underneath it.  The impact flipped the Humvee over, and he was killed instantly from the blast and shrapnel injuries he received.  Willy was an outstanding soldier who strongly believed in what he was called to do.  We both planned on finishing our terms of enlistment, and make some of our dreams come true.

The bomb that killed him ended all of our dreams, ended our marriage, and caused me excruciating psychological pain.  I have had countless counseling appointments and appointments with a psychiatrist that continue to this day.  I have been prescribed and continue to take countless various medications to help me with my depression, anxiety, sleep, and other issues.  Because of all the stress, I have been diagnosed with fibromyalgia and suffer other chronic pains that I deal with on a daily basis.

I miss my husband more than words can explain.  He didn't deserve this.  He was such a funny man that was full of life and he had his whole life in front of him.  He did not get the chance to have children and be a dad.  His death has made this world shine less brightly.  All I have left now are memories, that are fading with time.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Corey
Schlenker
Corey Schlenker

29 Dec 2018

Date

# Exhibit 16(b)

Alberstone Declaration

IN THE IOWA DISTRICT COURT FOR SIOUX COUNTY

| IN THE MATTER OF THE ESTATE OF | Probate No. ESPR0_____ |
| --- | --- |
| WILLIAM E. THORNE,<br>Deceased | ORDER FOR SMALL ESTATE<br>ADMINISTRATION AND<br>APPOINTING PERSONAL REPRESENTATIVE |

NOW, on this date, the Petition for Small Estate Administration was heard by the Court. The evidence being seen and heard in the manner provided by law, it is found:

1. That the facts stated in the Petition for Small Estate Administration appear to be true.

2. The Decedent died intestate.

3. The petitioner is a proper person to make such application.

4. Good cause has been shown for the administration of the estate of William E. Thorne as a Small Estate and for the appointment of Personal Representative for the estate.

5. That Corey Schlenker f/k/a Corey Thorne is suitable and qualified to act as Personal Representative of the estate.

6. Distributees have waived in writing the statutory requirement that a bond be filed by the Personal Representative and the Court finds that the interests of the creditors will not be prejudiced.

IT IS THEREFORE ORDERED THAT:

1. That Corey Schlenker f/k/a Corey Thorne is appointed as Representative of this small estate.

2. No bond shall be required.



State of Iowa Courts

**Type:**  OTHER ORDER

| **Case Number** | **Case Title** |
| --- | --- |
| ESPR019907 | IN THE MATTER OF THE ESTATE OF WILLIAM E. THORNE |

So Ordered

_Jeffrey A. Neary, District Court Judge,_
_Third Judicial District of Iowa_

Electronically signed on 2018-12-07 11:33:06     page 2 of 2

IN THE IOWA DISTRICT COURT FOR SIOUX COUNTY

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF | Probate No. ESPR0_____ |
| WILLIAM E. THORNE,<br>Deceased | ORDER APPOINTING<br>OUT-OF-STATE PERSONAL<br>REPRESENTATIVE |

     NOW, on this day, the above entitled matter comes on for hearing on the Application for Appointment of Out of State Personal Representative, and the evidence being seen and heard in the manner provided by law, it is found that the Personal Representative hereinafter named is qualified to act in such capacity.  The Court further finds that Corey Schlenker f/k/a Corey Thorne  should be appointed as Out of State Personal Representative of the Estate of William E. Thorne, deceased, and to serve without bond as requested by the distributees of the deceased.

     IT IS THEREFORE ORDERED AND ADJUDGED that Corey Schlenker is appointed as Out-Of-State Personal Representative herein without bond.

E-FILED  2018 DEC 07 11:33 AM SIOUX - CLERK OF DISTRICT COURT



State of Iowa Courts

**Type:**                OTHER ORDER

**Case Number**          **Case Title**
ESPR019907               IN THE MATTER OF THE ESTATE OF WILLIAM E. THORNE

So Ordered

Jeffrey A. Neary, District Court Judge,
Third Judicial District of Iowa

Electronically signed on 2018-12-07 11:33:28     page 2 of 2

# Exhibit 17(a)

Alberstone Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUL MARTINEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    No.: 1:16-cv-02193-EGS |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF, MICHELLE WAGER

I, Michelle Marie (Rudzitis) Wager, of Linden, Michigan, this ___9th___ day of ___Oct.___,

2018, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Michelle (Rudzitis)Wager.  I was born of Melinda and Thomas Roldan on

May 26, 1975, in Farmington Hills, Michigan. I grew up in the Westland, Michigan, area where

I graduated from the John Glenn High School in 1993.  I grew up with my sisters, Ashley (DOB:9-

9-87) and Alicia (DOB:10-9-92) and, and my brother, Devin (DOB:10-9-92).

Between my high school graduation in 1993 and my initial enlistment into the Michigan

Army National Guard in July of 1999, I had various jobs around the Grayling, Michigan, area,

including bartending, waitressing, working at a local brewery, and some secretarial work as well.

Between the time I enlisted in the Michigan Army National Guard and my first and only

deployment to Iraq in July of 2006, I was a "combat Military Police" in the National Guard on

an essentially full-time basis at Camp Grayling, Michigan.  This was referred to as "Active Duty

Special Work", or its acronym "ADSW."  When I enlisted in the Army National Guard, and even

during my deployment in Iraq, when I re-enlisted for an additional six-year period, it was my intention to remain in the Army for a full 20-year term.

## THE JANUARY 22, 2007 EFP BLAST INCIDENT

I deployed to Iraq in July of 2006, and spent two months of training at Fort Dix before actually arriving in Iraq. I deployed with the 46th Military Police Company, Michigan National Guard, 89th Battalion, Lansing, Michigan. I only spent approximately four months in Iraq before I was very seriously injured, and almost died, in an EFP blast attack on January 22, 2007. I was 31 years old as of the date of this attack. At approximately 5:33 p.m. on January 22, 2007, I was the Team Leader and a passenger in the right front seat of a High Mobility Multi-Purpose Wheeled Vehicle ("HUMVEE"), which was the fifth vehicle of a six-vehicle convoy traveling along what was referred to as "Route Pluto" from the Baghdad International Airport, just outside of Baghdad, Iraq. Army Specialist Brandon Stout was driving the HUMVEE, while gunner and Army Specialist Derek Gagne rode as a passenger as well. There was an Iraqi interpreter nicknamed "Kevin" riding as the fourth occupant. Suddenly, our HUMVEE was hit from the right side by an array of EFPS.

Specialist Stout and Kevin were killed instantly. Specialist Gagne was very seriously injured. I was in and out of consciousness, in unbearable pain, the worst pain I could ever imagine, and thinking about my Family. I apparently lost consciousness for about 30 minutes or so at the scene due to significant blood loss. I was apparently essentially dead at the scene but was resuscitated at the scene and thereafter evacuated to the 28th CHCS South Military Hospital in Baghdad, Iraq. I was in a state of hemorrhagic shock, meaning that I had lost greater than 20% of my blood supply and my heart could not pump a sufficient amount of blood throughout my body. When I arrived there, I had minimal blood pressure and only a carotid pulse.

I was transferred to Landstuhl Regional Medical Center in Landstuhl, Germany, on January 24, 2007, and eventually was transferred stateside to Walter Reed Army Medical Center on January 26, 2007.

## PHYSICAL INJURIES SUSTAINED IN THE BLAST INCIDENT

I had an above-the-knee guillotine amputation of my left leg on the same day of the blast incident.  I also sustained a major fracture of my right femur.  I was told that my right femur literally was shattered into powder.  I had very limited sensation in my entire right leg, foot, and toes at that time.  I was diagnosed with a comminuted intertrochanteric fracture of the right femur with multiple fragment wounds to the right leg.  I had a major chunk of my right upper leg and part of my right buttocks blown away in the blast incident.  I also had a significant chunk of the area above my right ankle blown away.   My left lung collapsed.  I had shrapnel fragments blown into both of my legs as well.  Finally, I suffered from hearing loss.

Since the blast incident of January 22, 2007, I have gone through eight (8) surgeries to my left leg and stump area above what was my left knee.  I have experienced considerable and very painful heterotopic ossification, or abnormal bone growth in the soft tissue of my left stub area.  I have undergone radiation treatment as well in that area to try to stop the abnormal bone growth.  One of my surgeries to my left leg and stump area was for this heterotopic ossification.  In addition to these symptoms, I also experienced a distinctly different "phantom pain" in what would have been my left leg as well.

By April or so of 2007, I was fitted with my first prosthetic device for my left stump at Walter Reed Army Medical Center.  All told, I have had four or five prosthetic devices for my left stump since the blast incident.  For the past several years, I have been seeing a prosthetist named "Fran" at Stakosa Prosthetics in Okemos, Michigan.  Throughout these years, I have

experienced many complications and difficulties with my left stub and the prosthetic devices, including especially issues of non-fitting, but also including altered and painful gait or walking issues, frequent needs for adjustments to the device, sores and cellulitis developing on the stub because of the rubbing of the device, and the like.  Throughout these years, the pattern has been an ill-fitting prosthetic device with follow-up appointments for fittings, readjustments, modifications, and repairs.

As to my right leg and right hip, the right leg was supposed to be amputated as well, however, the health care providers were able to put it back together again with internally placed hardware.  I also have arthritis and bursitis in my right hip. I experienced the very same severe pain and discomfort from heterotopic ossification on the right femur and especially the right hip areas, just as I had on the left stub area.   I understand from my health care providers that I have a titanium rod in my right leg where by fibula bone would be and a pin drilled into my right hip. I have lost almost one inch of my height in the process of going through the left below-the-knee amputation and the placement of the metallic hardware into my right leg and hip.  It was noted in my medical records in November of 2008 that I had an incomplete paralysis of the right leg with posterior tibial nerve damage, with burning pain.  I was told that this was neuropathic pain, a residual of a peroneal nerve injury in my right foot area.

Prior to the EFP blast incident, I had no prior medical history of low back pain or bilateral hip pain.  In November of 2008, I was determined to have a gait disorder.  After this incident, and to the present, I have experienced very severe low back pain and bilateral hip pain issues, with the right hip pain by far exceeding the left hip pain.  For years, the Veterans' Administration ("VA") would only recommend physical therapy and other conservative treatment for the above symptoms.  This was despite the fact that for almost nine years after the blast incident, I would

experience lumbar spasms of such an intense nature that my body would seize up, including my fingers.  Finally, in August of 2016, Dr. Douglas Geiger of Michigan Bone & Spine in Ypsilanti, Michigan, performed a low back surgery at what I was told to be the L4-L5 levels of my lumbar spine.  Dr. Geiger related to me that I had herniated discs at those levels of my back.  He told me that perhaps I had sustained back fractures at those levels at the time of the blast incident, but that for whatever reasons these purported fractures were not addressed at that time.

Since being fitted for my first prosthetic in April of 2007, I would estimate that I use it 50% of the time and use a wheelchair 50% of the time to get around on a day-in/day-out basis. In the early years after the blast incident, I would use crutches and canes to help me ambulate and get around, along with a wheelchair.  In the past several years, I use the wheelchair almost half of the time because of my low back pain and bilateral hip pain symptoms.  Those low back pain and bilateral hip symptoms are literally always present, 24/7.

As far as medications are concerned, for almost four-and-a-half years after the blast incident, I was on approximately 23 or so medications for my pain symptoms and my psychological injuries (described below).  Over time, it seemed like my body built up an immunity to the many medications I took regularly.  Finally, in approximately 2011, I decided I could no longer live with the effects that these many medications were having on my thoughts, mood, and behaviors.  I tried then to cut down considerably on the number of pills and medications I was taking per day.  My dentist had related to me then that I had some teeth rotting because of effects from taking so many medications.

Due to the blast attack, I have struggled with infertility. The shock from the blood loss caused my body, at 34-years-old, to go into a menopausal state. In 2011, I was told my menopausal state was "corrected" but I would have irregular cycles, if any at all. In 2012 a fertility

doctor determined my egg supply had diminished to such an extent that any eggs left were not healthy or viable. My only chance of getting pregnant was through In vitro fertilization "IVF" with donor eggs.

I had my first child, Wesley, who was born on September 6, 2017. I had to stop taking my Narco, a narcotic pain medication which is a combination of acetaminophen and hydrocodone, during a long period of time when I was nursing. This stopping of pain medications resulted in a substantial increase in my pain and discomfort on a constant basis. Even with regular Narco medication being taken, which I resumed after my nursing of my child, my pain level is approximately a 9/10 on a regular, constant basis. In addition to the Narco being taken, I take Tramadol 300 mg on a daily basis.

With respect to pain and discomfort issues, it has now been over 11 years since the blast incident. I have, as mentioned above, been on many pain medications throughout those years. And yet constant pain and discomfort, from a number of sources, has been a part of my Life since that incident. Just to itemize here, the pain sources, as far as I, the patient, am concerned, include the phantom pain form what would be the left stub area; the neuropathic, or nerve-related pain from the extremely damaged right leg that the health care providers were able to put back together; the low back pain which has developed because of my use of the prosthetic device and the loss of height associated with my right leg surgery and implant of metallic hardware; and my right hip area pain which I relate to the same causes.

## BRAIN-RELATED AND EMOTIONAL INJURIES SUSTAINED IN THE BLAST INCIDENT

In addition to my major orthopedic injuries to both of my legs, I was diagnosed with a traumatic brain injury ("TBI") and a post-concussive disorder. I was also diagnosed with major depression, post-traumatic stress disorder ("PTSD"), cognitive disorder, adjustment disorder,

anxiety, sleep disturbance, easy agitation, and irritability.   When these symptoms and diagnoses were combined with the effects of the many medications I was taking within the first two years after the blast incident, I was a lost soul and actually became homeless for a period of time.  By late 2009, I had suicidal ideations and spent seven days in a suicide ward in Traverse City. Prior to the blast incident, I had no prior history of any mental or emotional health issues, and not never been treated for any of the symptoms and diagnoses noted above.

With counseling, the passage of time, and hard work on my part, I have been weaned off of anti-depressant medications, but for almost five years after the blast incident I was on at least two anti-depressant medications.  Despite taking these medications, I was still suffering from all of the symptoms and emotional findings noted above, and in fact as the patient here, I felt that the combination of taking at times 23 pills per day in that almost five-year period after the blast incident left me sluggish, lethargic, feeling "doped up", and in a world of my own.  Thankfully, things have improved since then!

## EMPLOYMENT AND DISABILITY-RELATED ISSUES

I was honorably discharged from the United States Army in 2009 with a finding that I was 100% disabled.  This evaluation included, to my knowledge, the PTSD and other emotional injuries described above.

I had an E5 classification at the time of the blast incident.  I have not been gainfully employed since the blast incident because of the physical and emotional injuries I sustained in the blast incident, and largely because of the extreme and constant pain and discomfort I

experience as a result of those injuries, and, I believe, because of the effects that the medications I still take for my physical have on my abilities to function on a day-in-day-out basis.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND ACCURATE

_Michelle Marie Wager_
Michelle Marie Wager

_9 Oct 2018_
Date

# Exhibit 17(b)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.     )
                                   )
       Plaintiffs,          )
                                   )    Case 1:19-cv-00796-JEB
v.                              )
                                   )    Judge James E. Boasberg
ISLAMIC REPUBLIC OF IRAN,   )
                                   )
       Defendant.       )
                                   )

## **DECLARATION OF PLAINTIFF, ALICIA IGO**

I, Alicia Igo, of Amelia, OH, this 20th day of January 2020, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## **BACKGROUND**

My name is Alicia Igo. I was born on October 9th 1992, in Nashville, TN, United States of America, and am a United States Citizen. I am the sister of Michelle Wager.

On January 22nd, 2007, my sister was injured by an Explosively-Formed Penetrator, "EFP", device while deployed in Iraq. That experience was extremely traumatic for me. Living through it once was already too much. I've worked very hard to move on from that difficult time in my life, and I am unable to provide a written Declaration describing my experience. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. However, the process of writing down everything that my family and I went through in the wake of the attack is too painful. I tried on several occasions, but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided.  Michelle was an excellent soldier, committed to serving her Country, and truly loved her job. The attack on my sister caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


Alicia Igo

Alicia Igo

January 15th, 2021

Date

# Exhibit 17(c)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.      )
                                   )
        Plaintiffs,       )
                                   )    Case 1:19-cv-00796-JEB
v.                              )
                                 )    Judge James E. Boasberg
ISLAMIC REPUBLIC OF IRAN,   )
                                 )
        Defendant.      )
                                 )

## DECLARATION OF PLAINTIFF, ASHLEY LEWIS

I, Ashley Lewis, of Canfield, OH this 20th day of January 2020, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Ashley Lewis. I was born on August 9th, 1987, in Detroit, MI, United States of America, and am a United States Citizen. I am the sister of Michelle Wager.

On January 22nd, 2007, my sister was injured by an Explosively-Formed Penetrator, "EFP", device while deployed in Iraq. That experience was extremely traumatic for me, living through it once was already too much. I've worked very hard to move on from that difficult time in my life, and I am unable to provide a written Declaration describing my experience. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. However, the process of writing down everything that my family and I went through in the wake of the attack is too painful. I tried on several occasions, but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided.  Michelle was an excellent soldier, committed to serving her Country, and truly loved her job. The attack on my sister caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


_Ashley Lewis_                          January 15th, 2021
Ashley Lewis                            Date

# Exhibit 17(d)

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.            )
                                    )
     Plaintiffs,               )
                                    )
                                    )   Case 1:19-cv-00796-JEB
v.                                  )
                                    )   Judge James E. Boasberg
ISLAMIC REPUBLIC OF IRAN,           )
                                    )
     Defendant.                )
                                    )

## DECLARATION OF PLAINTIFF, DEVIN IGO

I, Devin Igo, of Batavia, OH this 20th day of January 2020, declare pursuant to 28 U.S.C.

§1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Devin Igo. I was born on October 9th, 1992, in Nashville, TN, United States

of America, and am a United States Citizen. I am the brother of Michelle Wager.

On January 22nd, 2007, my sister was injured by an Explosively-Formed Penetrator,

"EFP", device while deployed in Iraq. That experience was extremely traumatic for me. Living

through it once was already too much. I've worked very hard to move on from that difficult time

in my life, and I am unable to provide a written Declaration describing my experience. My

attorneys have advised me that my Declaration is an important aspect of my claim, and I have

made every possible effort to complete it. However, the process of writing down everything that

my family and I went through in the wake of the attack is too painful. I tried on several occasions,

but the process brought up too many memories I do not want to revisit.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the other evidence provided.  Michelle was an excellent soldier, committed to serving her Country, and truly loved her job. The attack on my sister caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


_____                    January 15th, 2021
Devin Igo                                          Date

# Exhibit 17(e)

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.          )
                                  )
        Plaintiffs,               )
                                  )
                                  )   Case 1:19-cv-00796-JEB
v.                                )
                                  )   Judge James E. Boasberg
ISLAMIC REPUBLIC OF IRAN,         )
                                  )
        Defendant.                )
                                  )

## DECLARATION OF PLAINTIFF, MELINDA IGO

I, Melinda Igo, of Amelia, Ohio this _12th_ day of January 2021, declare pursuant to 28

U.S.C. 1746 and subject to the penalties of perjury, as follows:

### BACKGROUND

My name is Melinda Igo. I was born on June 20, 1955. I am a United States Citizen. My

daughter's name is Michelle Wager (Rudzitis). She was born on May 26, 1975. Her father's

name is Thomas Roldan. We were only married for 3 years and then divorced when Michelle

was 2 ½ years old. I then remarried to her stepfather, David Kramer and he raised her as if she

were his own.

In 1986, I had lost my job with General Motors in Detroit, MI. Dave and I divorced when

she was 8. I then moved to Ohio and Michelle moved with me. She had lived with me for a

couple of years, then decided to move back to Michigan and live with Dad, Dave Kramer. All

her friends were back there in Michigan, so I made the difficult decision to let her move back up

there.

Michelle was born and raised in Redford, Michigan. She attended John Glen High School

and graduated in 1993. She did some college but never got a degree. In July 1999, she enlisted in

the Army National Guard and left for Boot Camp in January 2000. Michelle did 5 months of training at Ft. Leonard Wood in Missouri. She graduated as a Private from her training in May of 2000 as Military Police. Before she was medically retired for her injuries, she was promoted to staff sergeant.

After the September attacks on the twin towers and the Pentagon, her unit was deployed to Washington DC and stayed at Ft. Meyers while they did security at the Pentagon for a year. I was more than worried about her wellbeing. As a parent these are normal feelings to have but my fears never went away. I was always so happy and relieved when she was able to call me.

Michelle served proudly from 1999-2009. Once she was injured and was medically retired, it was a total of 6 years of service. Before the horrific incident in Iraq, she reenlisted while over in Iraq for another 6 years of service. One month after she reenlisted, her HUMVEE was hit with a very large EFP (Explosive Formed Projectile). The military had stated that the EFP they were hit with was big enough to take out a tank. The explosion killed 2 people in the vehicle instantly, and severely wounded her and Derek Gagne who was their gunner.

Michelle is a one-of-a-kind daughter. She fears nothing and will give you the shirt off her and the last dollar to her name. She is very outgoing, lovable person and loves to have fun. She always gets together with her friends and family. Michelle loves to put on holiday parties, always happy, and full of life. She has always been an outdoor person and enjoys fishing, loved to go boating and anything that had to do with the outside world. She was a great dancer and had done since she was a little girl, until she lost her leg.

On the night of January 22nd, 2007, I received a phone call. When I answered the phone, the voice on the other end said: "Hello Ms. Igo how are you this evening?" I said, "well I'm fine, how are you?" Then he said: "Have you heard from your daughter lately?" My heart and the air I

breathe went straight to the floor. The first thing I thought was that she was MIA. He then told me that she was in a horrible accident and was in a comma. He told me she had severe injuries to her legs. So, then he gave me a couple of phone numbers to call to find out exactly what happened.

My other two children came into my room as I was crying and the first thing, they asked me was, "what happened to sis?" I had to stay strong for them so they would not get to upset. I just told them that she had been in an accident.

The next day I got a phone call from Michelle. She told me that she had lost her left leg, and her right leg was severely injured. I will neve be able to explain the feeling I felt to hear her voice. They had told me in that horrific call that she was in a coma, they failed to explain that it was a medically induced coma. Once she was stabilized, she was flown to Landstuhl, Germany where she stayed for about 4 days before she was flown to Walter Reed in Washington DC.

A month before the blast she had called me just to talk. I remember her telling me she was ok, but her biggest fear was not dying… It was coming home missing a limb. One month later her vehicle was hit with a double stacked EFP. Her driver Brandon Stout was killed instantly as well as their interpreter, and Derek Gagne was severely wounded. As a single Mom at the time, I felt so dead inside knowing my daughter had been so severely injured and that she had died 3 times, but the medics and doctors were able to stabilize her.

A couple days after she had made it to Walter Reed, my niece and I drove down there. That was the longest drive I have ever experienced. Seeing her lay in the hospital bed in ICU with the bottom half of her body missing was beyond devastating.

They originally wanted to take her right leg at the hip because the bone had been blown in to dust and they felt there was no way to save it. But another surgeon came thru with the idea

to place a rod in her leg and attach it with screws in her hip and leave it to see what happened. Fortunately, the bone sort of fused around the rod, and her leg was saved. The injuries she suffered(s) are as follows: she has severe PTSD, left leg amputated above the knee, right leg salvage with a rod and screws, a large part of her right outer thigh and buttocks is gone, she has never damage to her lower right leg and a large chunk of her front right ankle is gone, her whole lower body is full of shrapnel and debris, and she had some lower vertebrae fractures.

The first 3 months at Walter Reed, she had surgery almost every other day. She was pumped so full of many pain meds that she was asleep most of the time. To see Michelle in that bed just so broken really took a toll on me. I went thru a bad depression and did not want to deal with life in general. Her sisters and brother also went thru a traumatic time in their lives. They just never seemed happy or wanted to do anything fun or hang out with friends.

While Michelle was in the hospital, I feel like she never got over the sock of what happened. Still to this day, I do not think she is over it/ The survivors' guilt is unbearable for her. She was always so heavily medicated that I feel it took all her emotions away which made it difficult for her to cope.

After she got home from Walter Reed, life was very hard on her. People always starring at her and kids, even adults pointing at her and saying things. She had a boyfriend of four years that she lived with after coming home. He was verbally abusive to her, and it took a toll on their relationship. So, she moved into her own place January 2008. All the pain medication she took daily made her a totally different person. She was mean, hateful, and just hated the world. Seeing her like this just broke my heart and killed me inside because Michelle was such a loveable and outgoing person. Seeing her always drugged up and mean and moody was a very hard thing for, as her mom, and for her siblings to see. In January 2011, Michelle had enough of the pills she

was on. She was taking 23 prescribed pills a day and did not want to be on them anymore. Michelle went to the Hines VA hospital in Chicago to be monitored while getting off all the pills. Thankfully after getting of everything, her old self started coming thru and she has been much happier since.

Michelle used to fall down a lot because she was not used to her prosthetic and it would just tear my insides out from sadness for her. Throughout the years of walking on a not a well-adjusted prosthetic, her spine became very crooked. With the injuries already to her spine, this caused more issues for her and unbearable pain.

After years of dealing with the VA, and them unsuccessfully helping her, she sought out civilian doctors to help with her back. On November 8,2018, she went in for anterior spinal fusion surgery (L4, L5, S1).

They cut her abdomen open to get to her spine. It was a four-hour surgery that carries at least 6-8 months of strict limitations with total healing time of 12-18 months. She cannot bend, twist, of lift anything over 3 pounds. This poses a huge problem for her carting for her 15-month-old son as well as caring for herself. As a mother, not to be able to care for her child normally has be extremely devastating for her. Knowing this surgery was going to be difficult for her and her husband Bryan, I took 6 weeks off work to help until her husband could get FMLA from work.

A week and a half after her surgery, she had been experiencing pain and other complications from the spinal surgery and was rushed by ambulance to the local hospital. There they did a CT scam, and found that Michelle had a blood clot that measures 1/3 the length of her body starting at the belly button, going thru the pelvis area, and down the length of her amputated leg. This was life threatening situation, and her surgeons from the other hospital

requested she be transported down there to be cared for by her surgical and vascular team. There they took her into surgery to remove the clot. What was supposed to be 1-2 hours ended up taking them 4 ½ hours. She now has three permanent stents and a cage to hopefully catch a new forming clot. She spent four days in the hospital and being observed before they released her.

She now must always worry about someone in the home to care for her and her son. She cannot pick him up or play with him or frankly do much anything because of her restrictions. By the grace of god, I hope this is the end of Michelle's 11 years of hell.

In 2014 she met the love of her life. In 2015 they married. Bryan is a wonderful man and loves her with his whole heart and soul. Due to Michelle's injuries, she lost her egg supply and was told she could only conceive thru IVF with donor eggs. In 2016, my youngest daughter, Michelle's sister, donated her eggs to them and successfully became pregnant in December 2016. Wesley David Wager was born on September 6, 2017.

This has been a very long, devastating road for Michele and her whole family. She has been to hell and back and still stayed strong. Michelle has been amazing thru this hell of a life she was dealt. I praise all the men and women who fought and continue to fight for our country, and I pray they all stay safe and come home soon.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


*Melinda Igo*
Mindy Igo

January 12, 2021
Date

# Exhibit 18

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,       )
                                )
       Plaintiffs,         )
                                )
v.                           )     No.: 1:19-cv-00796-JEB
                                )
ISLAMIC REPUBLIC OF IRAN,    )
                                )
       Defendant.       )

## JOINT DECLARATION OF JULIA & LYLE BROOKS

We, Julia and Lyle Brooks, of Ronan, Montana, this 17th day of March, 2020, declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

We are Julia and Lyle Brooks, parents of Sergeant Lucas T. White, who was killed in action on November 6, 2006. Both Lyle and I were United States citizens at the time of the terrorist attack which killed our son.

Lucas was born on August 8, 1978, and lived most of his life in White Swan, Washington, where he graduated from high school in 1996. Lucas later moved to Moses Lake, Washington, where he enlisted in the United States Army in 2001. Lucas felt he was always born to be a soldier. He wanted to enlist so badly that he bought special soles for his shoes to create arches on his feet, because he was flat-footed. Lucas was to ship to boot camp on September 13, 2001. However, due to the terrorist attacks on the World Trade Center, he was delayed a few days. He left for Fort Benning, Georgia, on Sept 16, 2001.

Lucas' first tour of duty took him to Afghanistan in mid-2003. He was deployed with the 10th Mountain Division from Fort Drum, New York.

Upon his return from Afghanistan in April of 2004, Lucas came home for leave.  A few days before he was to return to New York, he gathered my friends and family, got down on one knee, and asked Jennifer to be his wife.

Lucas re-enlisted several times during his five-year Army career.  He definitely planned on making the Military his life and working career, and he fully intended to dedicate his life to service in the United States Army.  Lucas was meant to be a soldier!

Jennifer moved to New York on September 1, 2004, and they were married two days later, on September 3, 2004.  Shortly thereafter, Lucas re-enlisted and we received orders for Fort Lewis, Washington.  We were excited for them to be coming home where our family was.

Lucas was deployed to Iraq with the Stryker Brigade on June 29, 2006.  After four months of deployment, and on November 6, 2006, Lucas was killed after his vehicle was struck by an Explosively Forced Penetrator ("EFP").  Lucas was killed just three weeks shy from being ranked Staff Sargent and coming home for Christmas.  He had an E-5 classification at the time of his death.

While on active duty, Lucas received the Army Good Conduct medal. Upon his death, Lucas was awarded a Purple Heart, Bronze Star and Army Commendation medal for his role in Operation Enduring Freedom and Operation Iraqi Freedom.  There is absolutely no doubt Lucas would have spent his entire life in the Military, given the chance. He actually did spend his entire adult life in the Military.

WE DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


*Julia Brooks*
Julia Brooks

03 - 17 - 20
Date


*Lyle Brooks*
Lyle Brooks

3-17-20
Date

# Exhibit 19

Alberstone Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.,          )
                                   )
            Plaintiffs,            )
                                   )
v.                                 )     No.: 1:19-cv-00796-JEB
                                   )
ISLAMIC REPUBLIC OF IRAN,          )
                                   )
            Defendant.             )

## DECLARATION OF PLAINTIFF, GINA WRIGHT

I, Gina Wright, of Gardena, California, on the undersigned date, declare pursuant to 28

U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Gina Wright. I am the Mother of Christopher D. Young who was killed in

action in Iraq on March 2, 2007.

Christopher was my only child. He was a wonderful son. He never gave me any

problems. When he was young, he went to school, did his homework, and did his chores all

without me ever having to ask or nag him. He lived with me for his entire life before joining the

Army when he was 20 years old. I did not want him to join because I could not bear the thought

of him being sent into Iraq at that time. However, Christopher felt that he had to go.

I was asked to prepare a heartfelt statement regarding the loss of my son. I struggled for

many years after his passing. I could not think much of the time and I even started stuttering for a

while when I spoke. I would cry all of the time. It was also hard to take care of myself during the

time after he was killed.

1

All I can say is that there are no words to express how I feel. I feel like I died that day with my son. This March it will be 15 years since he was murdered in Iraq, but I am still re-living the pain from losing him in March of 2007. While I have been able to heal a little bit after all of these years, I still have bad days where all I can do is sit and cry thinking about Christopher. This time of the year is especially hard because his birthday is September 30th.

I hope this helps the Court understand the pain and grief I have been overcome by the past 14 years.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


_Gina B. Wright_

Gina Wright


_10 / 1 / 21_

Date

# Exhibit 20

Alberstone Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE PENNINGTON, et al.                      )
      Plaintiffs,                                 )   Case 1:19-cv-00796-JEB
                                              )
v.                                            )   Judge James E. Boasberg
                                              )
ISLAMIC REPUBLIC OF IRAN,                     )
      Defendant.                                  )
                                              )

## DECLARATION OF PLAINTIFF, KIMBERLY YARBROUGH

I, Kimberly Yarbrough, of Liberty Hill, Texas declare pursuant to 28 U.S.C. §1746 and subject to the penalties of perjury, as follows:

## BACKGROUND

My name is Kimberly Yarbrough of Liberty Hill, Texas. I am the Mother of Pvt. Barry Wayne Mayo, who was killed in Baqubah, Iraq on March 5, 2007. He was only 21 years old. Barry was assigned to the 1st Squadron, 12th Calvary Regiment, 3rd Brigade, 1st Calvary Division. Barry was born on February 20, 1986, in New Albany, Mississippi.

That experience was extremely traumatic for me, living through it once was already too much. My attorneys have advised me that my Declaration is an important aspect of my claim, and I have made every possible effort to complete it. The process of writing down everything that my family and I went through in the wake of the attack is very painful.

I pray this Court is understanding of how distressing this process is and is able to resolve my claim based on the my statements provided. Pvt. Barry Mayo ("Barry") was an excellent soldier, committed to serving his Country, and truly loved his job. I have been told many times

by many of his commanding officers that he was "the one they all fought for" to have as their driver, radio operator and escort. They have also informed me that he did everything right and that is the reason that his face had no damage, other than burns from the explosion and sun exposure. Thankfully, for me and my family, Barry's face was intact, otherwise. The assigned Casualty Assistance Officer / Escort that was provided to me in Mississippi (a National Guard Soldier) had told me and my family that Barry's face and head had been completely destroyed and he would be in a "head wrap" in his casket. This uncaring and uneducated man then proceeded to pull a picture of a deceased soldier in such quoted head wrap and showed to me, my husband, my mother, my father, and my 2 sisters, their husbands, and my brother. The amount of anguish and blood curdling screams from me, my mother and my father are sounds that I would not wish for anyone to ever be a witness to. This was all done after this "Man" called me and directed me and my family to gather immediately for news update regarding the Arrival of Barry's body. My husband had taken me, my two sisters, and a couple of my nieces to the mall in Tupelo, MS because I was not able to get a dress for my son's funeral services. My husband thought that if I had my sisters, they could help me with this awful task. Even though, I have missing pieces of my memory from the early days of Barry being killed, I still have vivid memories of having to tell the store clerks what "occasion" I was buying a dress for. Each time, I would burst into uncontrollable tears and have to tell them, "I have to get a dress because my son was just killed in Iraq and I have to have a nice dress for his funeral". I also remember the tears running down the faces of these kind-hearted ladies and them going above and beyond to make sure that I did in fact have a dress that was suitable for this "occasion". Because we are from a small town in Mississippi, Barry's death had been reported on the local Tupelo, MS news and on the local Memphis, TN news, so they were aware of Barry being killed. The story of

Barry's death was also in the local Tupelo newspaper. They just had no clue that " Barry's Momma" would be in those stores to have to get a dress. I would never wish for anyone to have to go to the store to purchase a dress for their own child's funeral. It is not a pleasant task at all. It is emotionally draining and something that a "Momma" should never, ever have to experience.

Going back to the before I was notified, I would like to let you know that I had just spoken to Barry on the phone the day before the "notification". He called me from Iraq to check in, let me know that he was good, and to tell me that He loved me. He had also asked for me to call his bank and have all of his paperwork sent to my address in Texas, since I was the one handling all of his banking and personal business. He had also asked for me to purchase and send to him in Iraq a new pair of Nike High Top Basketball shoes, Size 12. He told me that the pair he had with him were getting worn and that he would like to have a new pair. Barry loved to play basketball and also loved shooting pool. This was the final time that I ever got to hear my son's beautiful voice and his precious laugh. That was on a Sunday. I was actually at my niece's birthday party when Barry called me. I stepped outside to take his call and was fortunate and Blessed to be able to have a much longer phone conversation than usual. He laughed and said that he was the one on phone duty, so he was going to talk to me until somebody kicked him off the phones! (Apparently, at that time in Iraq, phone calls were a limited luxury for some Soldiers and there was a station set up to provide phones for the Soldiers to be able to make phone calls to their families). So, this particular day was the best phone call with Barry. He was happy and told me he was doing well. He also thanked me for the care packages I had been sending. This added thank you was funny because one of his Battle Buddies came up beside him and "hollered" in the phone, "Hey Mom, We Love You. Thank you for all the great care packages you keep sending

us!" (Added note about care packages: Barry had told me after the first care package that I sent

him in Iraq that he had shared it with all of his Battle Buddies. When I asked if there had been

enough candy, coffee, and other things to share, Barry replied, "Momma, it's all good. I share

everything I get with them"). After that conversation, when I would send care packages, I always

made sure there was more than enough to share. The light-hearted part of the care packages is

that The Post Office and I became very familiar with each other. Every time I showed up at the

Post Office, The Postal workers would smile and say, "It's package time again, huh?". After

Barry was killed in Iraq by the I.E.D., I was in the Post Office (much later down the line) and

sending Christmas packages to my family. There was a lady there sending a package to her

Soldier, I had to leave the Post Office, go outside, and gather myself after looking longingly at

her, wishing I still had my Barry and could send him packages. I burst into sobbing tears and had

to go to my car to call my husband who consoled me before I was able to go back inside and mail

my packages. The Post Office has now become very emotionally distressing for me, as I have

the memories of going there during happier times to make sure that "My Baby" had all the good

treats, plenty of baby wipes and Q-Tips, and whatever candy and other items I could stuff into a

box. It was always so wonderful when he would call and say, "Hey, Momma, I got your box!".


Regarding Barry's love for basketball and shooting pool, I have his personal Pool Stick

in his carrying case. I also have one of the basketballs I had purchased for him. We actually

played basketball together. This was always super fun. Barry would always start letting me win

and would eventually tell me, "Ok, Momma, it's time to get real, You know You Can't Beat Me

in Basketball". He would then proceed to show off and yes, beat his Momma at basketball. One

time, he asked if I wanted to play "Street Ball". Not knowing what this was, I said ok. He then

started laughing at me and told me it was basically no rules, no fouls, and anything goes.  Bless His Heart, he would play just rough enough to get me out of breath before he would again start laughing and tell me I could not beat him.

I am the Momma who made sure My Baby had deliveries from The Easter Bunny, Santa and any other holiday character needed.  I have sent care packages with Christmas Stockings and lots of candy to Barry and his Battle Buddies.  The Easter Bunny has delivered Easter Candy to Iraq for them as well.  Once, Barry was on the phone with me and knew I was getting ready to send the package.  It was getting close to Easter time.  Barry told me, "Ok, Momma, Make Sure that the Easter Bunny sends me Almond Joys and Skittles".   After I started laughing, he said, "why are you laughing? You know I'm serious".  He then started laughing too.  Yes, The Easter Bunny did make sure Barry got Almond Joy Candy Bars and Skittles candy!  This is still one of my favorite memories.  Now, as one of my "new traditions", I make sure and have Almond Joy and Skittles for all holidays and make sure and remind everyone that we are eating these in honor of Barry.

Now, getting back to the Notification.  That was on a Monday (March 05, 2007 – I absolutely Hate that Date!).  I had started a new job as a Nurse Manager at a Skilled Rehab Facility.  I was on the first day of orientation and HR dealings.  Later in the day, my phone began to ring.  It was Barry's step mother.  She and I have not been close so I let her call go to voice mail.  She called again and asked for my current address.  I asked her if it was about Barry and told her that I had talked to him "yesterday" and I was supposed to be contacting the bank.  So I asked her if some bank papers had came in for him.  She replied that yes, that was the reason for

her call and her need for my address. She continued to call and I was at work, so I turned my phone off. At the end of my shift, I turned my phone back on and was surprised to have multiple missed calls from her. Again, she and I had never had a close relationship and so I was concerned as to why she had called so many times. I called her back and she told me that I needed to talk to "Alton" ( Barry's Daddy). This also was a strange thing, as we had been divorced for many years and were not on a "send each other Christmas Cards" sort of relationship. Alton asked me where I was and I told him I was just leaving work. He told me that I needed to go straight home. I told him that I had to contact the bank and go get some new basketball shoes for Barry, and then I would go home. He then started asking me where was "Robert" ( my current husband). This was extremely bizarre and so I asked Alton why he was asking. He would only say, "Kim, you just need to call Robert and you need to go home". Again, I told Alton that I had to go and get the Shoes for Barry and that I had other errands to run and that if he (Alton) needed something, he needed to spit it out and quit wasting my time. He repeated again, "Kim, I'm telling you that you need to go home right now". Having been divorced for many years, having just worked a full Nurse Shift, and not really having the "warm fuzzies" for this man, I replied, "The last time I checked, we are divorced and You No Longer get to tell me where to go and when to be there, so what do you want?" I again told him that I had to go and get the basketball shoes for Barry so that I could get them to the Post Office "tomorrow" as I had told Barry I would. It was a very strange phone call and he again told me to go home. He said, "Kim, Just Please Call Robert and Go Home". I finally lost my cool with him and told him he had wasted enough of my time and to tell my right now what was going on. So I started asking questions. "IS Something wrong with somebody? Is Andy ok? (Andy is our second son). Has Andy gotten into some trouble or had a wreck or something? Had something happened to his parents? Alton would just keep

answering, "No, Kim. Stop asking questions, Just Please Call Robert and GO Home Right Now. Please Kim". ( Funny enough, the man had never said Please ever in our relationship, so I was starting to think something was up, but had no clue what was going on). So I said, "if Andy is ok and nothing is wrong, why is it that you feel the need to tell me to call my husband and go home?" Alton finally lost his composure and yelled cryingly at me, "Oh My God, Kim, They Killed Him!"

Me: "Killed Who? What are you Talking about?"

Alton: " BARRY ! They Killed Barry!"

ME: "You know, this is just like you and her. You know I am happy and now she wants to start her old jealousy stuff and stir up things. Why, Why, Why would you do this? And Why would you tell me they Killed Barry? Ya'll are (Insert Vulgar words here) !"

Alton: "Oh My God, Kim, I am so so sorry! Please, Please Just call Robert and go home. The Army people have to come and see you!"

I then began to scream uncontrollably and saying, "Oh My God, Alton, I can't Drive! I don't know where I am. Oh My God, What Do I DO?"

Alton asked me where I was. All I could say is, "I don't know, I just started a new job and just pulled out onto the road". The next thing that I remember happening was that for some weird reason, I could not even figure out how to drive my vehicle and was crying, sobbing, screaming and saying, "please help me".

Alton told me to pullover off the road and to call Robert right away. He (I am guessing here) was probably grasping at thin air as to what to do. I told him, "Look, that's the new place I just started working at" (as if he could see through the phone). He told me to go back into work and have somebody help me. I do not remember parking my car or even getting back into the

building. What I do remember is that I was standing in an office crying, screaming, and sobbing uncontrollably when a lady came into the office. (I am guessing she may have been the receptionist, but do not have a clue, as my mind had gone into total absence of normality and I was in full blown shock). She was asking what was happening with me. I could not speak at all! All I could do was continue to sob, cry and scream. Thankfully, she recognized me as the "new Nurse Manager" and told me to hang on. She called the HR guy, Eric (who I had spent the better part to the day with doing new job HR things). Eric came to where I was and started asking what had happened. Again, I still could not even speak! He grabbed my arm and led me to his office. He kept asking me what had happened, but I could still only cry, scream, and sob. I was sniffling snot and he offered me a box of Tissues. I was sitting in the HR man's office of my brand new Manager Job and was blowing my nose into the tissues and just throwing them on the floor. Eric was a very sharp man. He told me, "Ok, Miss Kim. I know something has happened because when I saw you just a little bit ago, you were smiling and happy to be here. You don't look that happy to be here right now. Did one of the staff people do something to you?"

I still could not speak but was beginning to go in and out of touch with reality. I shook m head for no, blew my nose and threw another snotty tissue in his floor. He continued to ask questions to try and figure out what was wrong with me.

I finally came back to reality just long enough to start yelling at him, "They Killed Him! They Killed Him! Oh My God, They Killed Him!"

Eric asked me, "They Killed Who? Kim, Who was Killed?"

I could still not fully process information and just started screaming again, " They Killed Him".

Eric looked at me and kept trying to find out what I was referring to.

I finally screamed at him, "They Killed My Son!"

Eric: "Kim, Who Killed your Son?"

Me: " Those –(Insert Very Explicit Vulgar word) Iraq people".

Eric, "Oh my God, Kim.  When did this happen?"

Me: "I am not sure that it really happened at all.  My Ex-Husband just called and told me this, but his wife is a trouble maker, so it's probably just another one of her stunts".

Eric: " Ok, Kim.  We need to call your husband to help us out here.  What is his phone number?"  (Guessing here also, but Eric probably didn't file through my HR file because there was "this Nurse in his office who was off the charts in some kind of absolute crazy distress! ).

Me: "I don't know his number.  WE just had our phone numbers changed because we joined our phone plans.  AT&T were keeping both of our numbers active until I could talk to Barry in Iraq and make sure that Barry had my new phone number.  Hey, Did you know that Barry called me from the Atlanta Airport and told me he had my new phone number and it was ok to go ahead and change."

Eric: " Kim, Is Barry your son?"

Me: " yes, Barry is my Baby Boy.  He is in Iraq with the Army right now.  I just talked to him on the phone yesterday and  I have to go and buy new basketball shoes for him today.  Is this new job orientation stuff going to take much longer?  I really need to go to the store and get Barry some Basketball Shoes".

Eric: "Miss Kim, I think we are done with orientation.  Where is your husband?"

Me: " he's at work".

Eric: : ok, where does he work?"

Me: "He's a Federal Agent.  You remember, I told you that earlier!"

Eric: (I am sure just playing along hoping I was going to give our some sort of helpful information soon).  " Hey, Kim, By the way, what did you tell me was his phone number?"

Me: " I don't know.  We just switched our numbers and Barry called me from Atlanta Airport and told me that he has my new phone number, so we turned off the old numbers.  I gotta go to the store and get Barry some Basketball Shoes".

Eric: " Ok , Kim, I need to call your husband.  Can you tell me his name?"

Me: " Robert Yarbrough, he's a federal agent."

Eric: " yeah, I know Robert is a federal agent, you told me and we talked about that.  What's Robert's phone number?"

Me:  " Oh!  Do you need to call Robert?"

Eric: "Yes, I need to call Robert".

Me: "Oh, you didn't tell me you know Robert."

Eric: "yes, you've told me about Robert.  What's his new phone number?"

Me: " I don't know.  I told you I've gotta go buy Basketball Shoes for Barry".

Eric: " Ok, Kim. How do you call Robert when you want to talk to him?"

Me: " Really, Eric??? Duhhh!  I  call him on my phone!"  ( I guess when you are in and out of reality, you kind of expect that everybody else is too.  I don't know.  I just know, My brain and my emotions at that time were going about as fast as they could and I had no idea where I was or what was going on).

Eric: " Ok, Kim. Where is Your Phone?  Is it in your purse?"

Me: " No , I keep my phone in the pocket of my Scrub Jacket".

Eric:  "Kim, Is it ok if I look in your pocket?"

Me:  "Why?  Are you looking for something?"

Eric: " Yes."

Me:  " Ok, well I've got some gum and candy.  I've got cigarettes.  Do you need to go and smoke?"

Eric:  "yeah, we will go smoke in just a minute.  I need to call Robert first."

Me again getting excited because my HR guy knows Robert!

Me: " Oh, you know Robert?" Oh yeah, you said you were gonna call him."

Eric: " Yes, Kim.  IS this Your Phone? And can I open it up to get Robert's number?"

Me:  " yeah, you said you were gonna call Robert.  How long has it been since ya'll talked?"

Eric finally got my phone out of my pocket and asked some questions about something that I don't remember.  He got Robert's phone number out of my phone and called Robert.

I remember these words, " Hello, Robert. This is Eric McDougal.  I'm the HR person here where your wife just started work.  I have to tell you there has been a tragedy and your wife is very emotional and crying.  You need to come and get her right now."

I am guessing Robert was asking Eric questions because I remember something about " said her son was killed in Iraq".

The next thing I remember is sitting in a courtyard smoking a cigarette, drinking a soda and talking to my new boss.  I remember telling her, " Oh, By the Way, I think I probably need to call in sick for tomorrow.  My Son was Killed and I don't think I can come to work tomorrow".

This sweet lady just reached over, put her hand on mine and told me that it was ok and I didn't need to worry about calling in.

So I asked her why.

She told me that Eric had let her know that I was not coming to work and that it was ok. All I needed to do was just drink my soda.

A few minutes later, my younger son, Andy called me. I told my boss and Eric, " Shhhhhh!!!! It's Andy! I don't want him to think anything is wrong!"

Andy started screaming, "Momma! Momma! Momma! Barry! Barry! Barry!"

Andy could not function or have a conversation either. He was also crying uncontrollably.

All I could say to Andy was , " I know, Baby. I know".

I don't even remember how the call ended or how my phone got back in my pocket.

The next thing you know, My Crazy brain kicked in and I asked Eric, " I thought you said Robert was coming. What's taking him so long? Ya'll sure are keeping this new orientation stuff dragging out!"

Eric: " I don't know what's taking him so long. Do you want me to call him again?"

Me: " How about you just tell me why he's not "running Blue Lights".

Eric: " Why would he be running Blue Lights?"

Me: " I told you he's a federal agent and he has blue lights on his undercover car".

Eric: " That's right. I will call him again." Eric then told my new boss he was just about here. Eric then tells me that Robert is here.

Me: " Oh, Robert cane to see us at work? That's pretty cool. Did he bring us lunch or something or was he just checking out criminals near by?" ( Eric really needs extra stars in his crown!).

The next thing that I remember was Robert kissing me and saying, "Hey, Baby.  How are You?"

He asked about Barry and asked who had told me he got killed.

He then took my phone, called Barry's daddy.  I am assuming he confirmed that Barry had been killed."

I then remember Robert calling my Daddy.

I heard Robert say, " Hey, Roger, It's Robert.  I guess our suspicions were right.  Yes, Sir, I'm here at her work with her now.  Yes, Sir, She's not doing too good right now.  I'll call you back after I get her home."

I remember Robert and Eric trying to find out where I parked.  I started crying again and telling them that I couldn't remember where I parked.  Eric told Robert to not worry about my car and that it could stay there as long as we needed it to. Robert told Eric that him and his brother would come back later for my car.

I remember telling Robert that he needed to call my Aunt Gere (Pronounced "Jerry") and tell her and not to tell my Momma because I didn't think she needed to be told about Barry if she was by herself.  I don't know what calls were made or who they were made to.

When Robert and I were pulling into our driveway at home, his Mom and Dad and his brother Chris and his wife Chandra were all standing in our yard.  I was asking Robert if we were having a cook out.

My Momma called Robert as he was trying to get me out of the truck.  He asked me if I could talk to my Momma.  All I could do is reach for the phone.  I could hear my Momma crying and sobbing but trying not to.  I told her, " Momma, they Killed my Baby.  Here!  Talk to Robert, I can't talk.  I think we are having a cookout over here. "

I was forced to sit at my home for hours until I could be "Officially Notified" By the Army people.

In my best guess, I think that this is probably when I went into extreme emotional state and denial among many other mixed emotions. The Army Casualty Notification Officers had to come to my house and Notify me in Person. By this time, it had slipped out by my ex-husband and I was already in an emotional whirlwind when they arrived. There were 3 of them dressed in Class A Uniforms (the dress Suits). One of them had a First Calvary Patch on his sleeve. Barry was with the 1st Cav. I kept asking him if he knew Barry. I kept coming in and out of reality and could not focus on what they were telling me. I kept telling them that they were wrong and I had just talked to Barry. At one point in time, I grabbed one of these 3 men by the front of his shirt and started to shake him and told him that he was lying to me and to get off of my property. My husband had been standing beside me. At some point, he had moved to behind me and had his arms wrapped around me. I was later told that I had let out a blood curdling scream and collapsed. Thankfully, Robert was there to catch me. I kept going into and out of reality. At one point, the Clergy member of the Notification team was sitting on my back porch with me. I don't remember why or what we were doing there, except that I was asking him if he smoked.

After this nightmare of an ordeal, we were informed that there would be a Casualty Assistant officer helping us with Barry's arrangements and we would need to sign some paperwork. Sergeant "T." arrived the next day. By this time, I had spoken incoherently on the phone with my Uncle, who is a Command Sgt. Major, Retired. He spoke with Robert and decided he needed to be with us. He was living just about an hour and a half away from us at that time.

He was there to support me. He was asking me during the signing of multitudes of paper, "Sweetheart, do you understand what you are signing and what it all means?"

Of course, I had no idea and again began telling them that they were all wrong and had made a mistake. My Uncle assured me there was no way a mistake like that would be made with " The United States Army". I became unable to be consoled again. I believe it reached a point to where my Uncle and my Husband were telling me to sign papers and giving a nod to the Casualty Officer, meaning I was not able to comprehend and to just get the papers signed. We had to wait for several days before we could leave our home and go to Mississippi to be with my family and await the arrival of Barry's body. ( I do believe this is probably the first time ever that I have used the words "Barry's Body" and just typing those words instills great anxiety and grief within me). Apparently Soldiers can fly along to Iraq, but as it turns out, The U.S. Government likes to have a plane full of bodies before they will send our Babies home to us. So then you are there, in an unexplainable amount of grief, agony, and all kinds of other emotions, just waiting to hear if your son is coming to his home town area by plane that specific day. For everyday that is a no, extends the anxiety, fear, and emotional distress. You are finally notified last minute of the expected arrival time of the plane coming from Dover, Delaware ( home of Mortuary Affairs for The United States Army). There is no reason that I should even have to consider knowing what this town is. No reason whatsoever. That being said, the plane finally came back to the National Guard Plane Lot in Tupelo, MS. Tupelo is the nearest city to our small town. It's about a 45 minute – one hour drive, depending on traffic. So my family is there – waiting on the plane – knowing what will happen when the plane lands. All of us are very well past emotional and just trying to get by from moment to moment. I am still having the in and out of reality moments at that time.

The plane finally landed, and a Soldier ( "Escort") came off the plane first dressed in Class A's,  Then, a casket with a United States Flag draped over it appeared.  This was my son in that casket.  It was a terrible thing to see and even as bad to have to go back to that memory to write this declaration.

The next day, we had to go the Funeral Home and Identify Barry.  They would only allow me and my husband, Robert.  And also allowed Alton and his wife.  Our son, Andy decided he would like for me, his dad, and himself to be the first to go tother and do the ID.  Then, My Husband and I were left alone in this room with my Baby Boy lying in a casket in full Military Dress Uniform.  I could smell the yucky shampoo they had washed his hair in.  My husband did not like the way his hair had been fixed, but I reminded my husband that Barry's hair always looked like that when he woke up.

I then had to let my Momma and Daddy, my 2 sisters, and my brother know that none of them or my ex-husband's family would be allowed to see Barry until the next day.  The next day is when official "viewing" would begin.   I had to assure my Momma that Barry ( her first born grandson) looked like himself, other that there was no right arm in his sleeve and that they had laid the white glove at the end of the sleeve with no arm.  Barry's right arm had been amputated in the explosion, among many other injuries.  So I had to see this for myself and had to explain all of this to my family.

We had to  the Soldiers do their "parade detail since viewing started".  If you don't know what that is, let me explain.  This is where the Soldiers are in complete unisom with their movements and carry a gun to watch over the Fallen Soldier.  Again, no reason I should have to know this, but I do.   Anyway, they march in, take their places and stand watch.  There is a big display when it is time for them to change out watch duty.

As the Funeral Services were proceeding, I had some Military of Very High Rank bow down on one knee to present me with a Gold Star Pin "On Behalf of a Grateful Nation". He then made same presentation to my son, Andy, and then to Barry's Daddy. All of us were on the front row of the services. More of the services continued. I remember hearing, "This concludes" and then I heard the Soldiers yell their commands to close the casket. I began to scream and cry. My husband was trying to console me. Andy was trying to console me. My Momma and Daddy were reaching from the pew behind me to help console me. I screamed, " No ! No! No!".

The next thing I remember is being driven to the small church cemetery. I can also assure you that you never want to witness the In Person Sound of a 21 Gun Salute and the Playing of "Taps" on the bugle. You will shake violently at each and every one of the 21 firings of the guns.

To this day, I become very emotionally distraught when even seeing this on a movie. I become distraught at the sound of "Taps" and the playing of Our National Anthem. Seeing U.S. Flags flying can also cause my eyes to tear.


I can list so many wonderful things about my beautiful son, Barry, his laugh, and his big blue eyes. I would rather send picture of my beautiful son for everyone to see what a handsome young man was taken from his Momma and from his family. I could tell you about the times I showed up on base at Fort Hood with animal character birthday plates because that was all I could find and seeing Soldiers and My Son enjoying Chocolate Birthday cake in the barracks. The time I had to use the restroom and there were no Ladies Rooms in the Barracks. So Barry said, "Come on Momma.". He went into the bathroom and made sure it was empty. A few walked down the hall and asked if ok and her told them. "Yeah, Momma has to use the bathroom", so they all stood guard so that I was safe and not disturbed. The last weekend before Barry deployed, Robert and

I went to Fort Hood and spent the weekend with Barry. We went out to eat, We went to his favorite Pool House and Shot Pool with him. I have a beautiful picture of that Blue Eyed baby stretched out over the pool shot to make that shot!

There are many other memories of the blonde curls Barry had as a baby, when he first learned to talk, first walked and all of those childhood landmarks. However, I will just say that I have been robbed of my Son. I have also been robbed of having grandchildren. I am 53 years old and cry when I see ladies near my age with their grandchildren. I have great amounts of love to share but no grandchildren to share that love with. That is the sad reality of your son being Killed in Iraq.

These are some of the many effects that have been caused by the death of my son in Iraq. I require having a therapist and medication management. At times it is hard for me to hold a job, because sometimes the anxiety and depression causes me to not be able to function at the correct level. I will oversleep or sleep too much. I may be distracted and not have good focus.

The attack that killed my son caused our entire family tremendous physical, mental and emotional pain and suffering. I appreciate the Court's time, and am hopeful that we will find some peace following the conclusion of this lawsuit.

I DECLARE UNDER PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____     10/7/2021
Kimberly Yarbrough                          Date

# Exhibit 21(a)

Alberstone Declaration

**U.S. Military Casualties - Operation Iraqi Freedom (OIF) Names of Fallen**
(As of February 4, 2021)

| Service | Component | Name (Last, First MI) | Rank | Pay Grade | Date of Death (yyyymmdd) | Age | Gender | Home of Record City | Home of Record County | Home of Record State | Home of Record Country | Unit | Incident Geographic Code | Casualty Geographic Code | Casualty Country | City of Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARINE CORPS | ACTIVE DUTY | ABAD, ROBERTO | CPL | E04 | 20040806 | 22 | MALE | BELL GARDENS | LOS ANGELES | CA | US | WPNS CO, BLT 1/4, 11TH MEU, CAMP PENDLETON, CA | IZ | IZ | IRAQ | NAJAF |
| NAVY | ACTIVE DUTY | ACEVEDO, JOSEPH | CDR | O05 | 20030613 | 46 | MALE | BRONX | BRONX | NY | US | NAVSUPPACT BAHRAIN | BA | BA | BAHRAIN | MANAMA |
| ARMY | ACTIVE DUTY | ACEVEDOAPONTE, RAMON ANTONIO | SFC | E07 | 20051026 | 51 | MALE | WATERTOWN | JEFFERSON | NY | US | HHC, 3D COMBAT SUPPORT BATTALION, TF BAGHDAD, FORT STEWART, GA | IZ | IZ | IRAQ | RUSTAMIYAH |
| ARMY | ACTIVE DUTY | ACKLIN, MICHAEL DEWAYNE II | SGT | E05 | 20031115 | 25 | MALE | LOUISVILLE | JEFFERSON | KY | US | BATTERY C, 1ST BATTALION, 320TH FIELD ARTILLERY REGIMENT, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | ACOSTA, GENARO | SPC | E04 | 20031112 | 26 | MALE | FAIR OAKS | MULTIPLE | CA | US | BATTERY B, 1ST BATTALION, 44TH AIR DEFENSE ARTILLERY, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ACOSTA, STEVEN | PFC | E03 | 20031026 | 19 | MALE | CALEXICO | IMPERIAL | CA | US | COMPANY C, 3D BATTALION, 67TH ARMOR REGIMENT, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAQUBAH |
| ARMY | ACTIVE DUTY | ADAIR, JAMES LEE | SPC | E03 | 20070609 | 26 | MALE | CARTHAGE | PANOLA | TX | US | COMPANY B, 1ST BATTALION, 26TH INFANTRY, 4 BCT, FORT RILEY, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ADAMOUSKI, JAMES FRANCIS | CPT | O03 | 20030402 | 29 | MALE | SPRINGFIELD | FAIRFAX | VA | US | COMPANY B, 2D BATTALION/3D AVIATION REGIMENT, HUNTER ARMY AIRFIELD, GA 31409 | IZ | IZ | IRAQ | KARBALA |
| NATIONAL GUARD | ACTIVE DUTY | ADAMS, ALGERNON | PV2 | E02 | 20031026 | 36 | MALE | GRANTEVILLE | AIKEN | SC | US | COMPANY C, 122ND ENGINEER BATTALION, GRANTEVILLE, SC 29829 | IZ | IZ | IRAQ | ST MERE |
| ARMY | ACTIVE DUTY | ADAMS, BRANDON EDWIN | SGT | E05 | 20040919 | 22 | MALE | HOLLIDAYSBURG | BLAIR | PA | US | B CO, 1ST BN, 32D INF, 10TH MTN DIV (L), FORT DRUM, NY | IZ | US | UNITED STATES | WASHINGTON |
| NATIONAL GUARD | ACTIVE DUTY | ADAMS, BRENT ALLEN | SFC | E07 | 20051201 | 40 | MALE | WEST VIEW | | PA | US | HHC, 2D BRIGADE, 28TH INFANTRY DIVISION, (2 MEF), WASHINGTON, PA | IZ | IZ | IRAQ | RAMADI |
| ARMY | ACTIVE DUTY | ADAMS, CLARENCE III | SPC | E04 | 20040907 | 28 | MALE | RICHMOND | RICHMOND (CITY) | VA | US | A COMPANY, 91ST ENGINEER BATTALION, (1 CAVALRY DIVISION), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| NATIONAL GUARD | ACTIVE DUTY | ADAMS, LEONARD WADE | SSG | E06 | 20050124 | 42 | MALE | MOORESVILLE | IREDELL | NC | US | HHC, 105TH MILITARY POLICE BATTALION, (XVIII AIRBORNE CORPS), FORT BRAGG, NC | IZ | IZ | IRAQ | CAMP BUCCA |
| MARINE CORPS | ACTIVE DUTY | ADAMS, MARK PHILLIP | SGT | E05 | 20051015 | 24 | MALE | MORRISVILLE | | NC | US | II MACE (WPNS CO, 2D BN, 6TH MAR, RCT-8, 2D MAR DIV), CAMP LEJEUNE, NC | IZ | IZ | IRAQ | SAQLAWIYAH |
| ARMY | RESERVE | ADAMS, MICHAEL ROBERT | 1LT | O02 | 20040316 | 24 | MALE | SEATTLE | KING | WA | US | A TROOP, 1ST SQUADRON, 3RD ARMORED CAVALRY REGIMENT, FORT CARSON, CO 80913 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | ADAMS, MICHAEL SCOTT | PV2 | E02 | 20030821 | 20 | MALE | SPARTANBURG | SPARTANBURG | SC | US | COMPANY C, 1ST BATTALION, 35TH ARMORED REGIMENT, APO AE 09034 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | ADAMS, ROGER LEEROY JR | SGT | E05 | 20090629 | 36 | MALE | JACKSONVILLE | ONSLOW | NC | US | COMPANY A, 1ST BATTALION, 120TH INFANTRY, WHITEVILLE, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ADAMS, SHAWN GALEN | SGT | E05 | 20070722 | 21 | MALE | DIXON | SOLANO | CA | US | COMPANY A, 3D BATTALION, 509TH INFANTRY, 4 BCT, FORT RICHARDSON, AK | IZ | IZ | IRAQ | OWASET |
| NAVY | RESERVE | ADAMS, THOMAS MULLEN | LT | O03 | 20030522 | 27 | MALE | LA MESA | SAN DIEGO | CA | US | 849 SQUADRON, A FLIGHT, RNAS CULDROSE, HELSTON, CORNWALL, UNITED KINGDOM | 6R | 6R | ARABIAN SEA | NORTHERN ARABIAN GULF |
| ARMY | ACTIVE DUTY | ADCOCK, SHANE TIMOTHY | CPT | O03 | 20061011 | 27 | MALE | MECHANICSVILLE | HANOVER | VA | US | HHB, 3D BATTALION, 7TH FIELD ARTILLERY, 3 BCT, SCHOFIELD BARRACKS, HAWAII | IZ | IZ | IRAQ | HAWIJAH |
| ARMY | ACTIVE DUTY | ADDISON, JAMAAL RASHARD | SPC | E04 | 20030323 | 22 | MALE | COWENS | ROCKDALE | GA | US | V CORPS 507 MAINT FORT BLISS TX 79916 | IZ | IZ | IRAQ | AL-SAMAWRAH |
| ARMY | ACTIVE DUTY | ADKINS, DUSTIN MATTHEW | SGT | E04 | 20061204 | 22 | MALE | FINGER | MCNAIRY | TN | US | GROUP SUPPORT BATTALION, 5TH SPECIAL FORCES GROUP, FORT CAMPBELL, KY | IZ | IZ | IRAQ | HADITHA DAM |
| MARINE CORPS | RESERVE | ADLE, PATRICK RYAN | LCPL | E03 | 20040629 | 21 | MALE | BEL AIR | HARFORD | MD | US | DET 3, ENGINEER SUPPORT CO, 6TH ESB, (I MEF), 4TH FSSG, FOLSOM, PA | IZ | IZ | IRAQ | CAMP CUERVO |
| ARMY | ACTIVE DUTY | ADLESPERGER, CHRISTOPHER SCOTT | LCPL | E03 | 20041209 | 20 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | K CO, 3D BN, 5TH MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | AGAMI, DANIEL JAY | SPC | E03 | 20070621 | 25 | MALE | COCONUT CREEK | BROWARD | FL | US | COMPANY C, 1ST BATTALION, 26TH INFANTRY, SCHWEINFURT, GM | IZ | IZ | IRAQ | ADHAMIYAH |
| ARMY | ACTIVE DUTY | AGNO, RANDY SUYAT | SSG | E05 | 20090508 | 29 | MALE | PEARL CITY | HONOLULU | HI | US | COMPANY E, 325TH BRIGADE SUPPORT BATTALION, 3 BCT, SCHOFIELD BARRACKS, HI | IZ | US | UNITED STATES | WASHINGTON |
| MARINE CORPS | ACTIVE DUTY | AGUILAR, ANDRES JR | CPL | E04 | 20060402 | 21 | MALE | VICTORIA | VICTORIA | TX | US | COMPANY B, 9TH MAR, (1 MEF FWD), 3D MAR DIV, MCB KANEOHE BAY, HI | IZ | IZ | IRAQ | ASR URANIUM |
| MARINE CORPS | ACTIVE DUTY | AGUIRRE, ANTHONY | LCPL | E03 | 20070226 | 20 | MALE | CHANNELVIEW | HARRIS | TX | US | G CO, 2D BN, 3D MAR, (TF 2/3, RCT-2, II MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | HAQLANIYAH |
| ARMY | ACTIVE DUTY | AGUIRRE, NATHANIEL AARON | CPL | E04 | 20061022 | 21 | MALE | CARROLLTON | DALLAS | TX | US | HHC, 1ST BATTALION, 22D INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | AHEARN, JAMES MICHAEL | MAJ | O04 | 20070705 | 43 | MALE | CONCORD | CONTRA COSTA | CA | US | COMPANY B, 96TH CIVIL AFFAIRS BATTALION, 95TH CIVIL AFFAIRS BRIGADE, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | AHLQUIST, CLINTON WAYNE | SGT | E05 | 20070220 | 23 | MALE | CREEDE | | CO | US | F CO, 2D BN, 4TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | AILES, JERAMY ALAN | LCPL | E03 | 20041115 | 22 | MALE | GILROY | SANTA CLARA | CA | US | K CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | AITKEN, TRISTAN NEIL | CPT | O03 | 20030404 | 31 | MALE | SAVANNAH | CHATHAM | GA | US | HHB 1ST BATTALION, 41ST FIELD ARTILLERY, FORT STEWART, GEORGIA 31314 | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | AKERS, SPENCER CLARK | SGT | E05 | 20051208 | 35 | MALE | TRAVERSE CITY | GRAND TRAVERSE | MI | US | COMPANY B, 1ST BATTALION, 125TH INFANTRY (II MEF), SAGINAW, MI | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| ARMY | ACTIVE DUTY | AKIN, JAMES CHRISTOPHER | SGT | E05 | 20070603 | 23 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | BATTERY B, 1ST BATTALION, 37TH FIELD ARTILLERY, 3 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | THANIA |
| NATIONAL GUARD | ACTIVE DUTY | AKINTADE, SEGUN FREDERICK | SPC | E04 | 20041028 | 34 | MALE | BROOKLYN | | NY | US | A COMPANY, 3RD BN, 108TH INFANTRY (I ID), WHITEHALL, NEW YORK 12887 | IZ | IZ | IRAQ | ABD ALLAH |
| MARINE CORPS | ACTIVE DUTY | ALANIZ, PAUL CHRISTOPHER | CAPT | O03 | 20050128 | 32 | MALE | CORPUS CHRISTI | MULTIPLE | TX | US | HMH 361, MAG 16, 3D MAW MCAS, MIRAMAR, CA | IZ | IZ | IRAQ | KOREAN VILLAGE |
| ARMY | ACTIVE DUTY | ALARCON, IVAN VARGAS | SSG | E05 | 20051117 | 23 | MALE | JEROME | JEROME | ID | US | 473D QUARTERMASTER COMPANY, (BNC-I) HUNTER ARMY AIRFIELD, GA | IZ | IZ | IRAQ | TAL AFAR |
| ARMY | ACTIVE DUTY | ALBRAK, OMAR MOHAMMED JR | SPC | E04 | 20090509 | 20 | MALE | CHICAGO | COOK | IL | US | SPECIAL OPERATIONS COMMAND CENTRAL, MACDILL AFB, FL | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | ALBRECHT, JESSE BRYON | SPC | E08 | 20070517 | 31 | MALE | HAGER CITY | | WI | US | COMPANY F, 337TH BRIGADE SUPPORT BATTALION, 4 BCT, FORT RICHARDSON, AK | IZ | IZ | IRAQ | ISKANDARIYA |
| ARMY | ACTIVE DUTY | ALCANTARA, JUAN MARIEL | CPL | E04 | 20070806 | 22 | MALE | NEW YORK | NEW YORK | NY | US | COMPANY B, 1ST BATTALION, 23D INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAQUBAH |
| MARINE CORPS | ACTIVE DUTY | ALCOZER, CHRISTOPHER MICHAEL | PFC | E02 | 20051119 | 21 | MALE | ELMHURST | DU PAGE | IL | US | COMPANY C, 2D BATTALION, 1ST INFANTRY (TF FREEDOM), FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | MOSUL |
| NAVY | ACTIVE DUTY | ALDAY, ZACHARY MATTHEW | HN | E02 | 20060909 | 22 | MALE | DONALDSONVILL | | GA | US | 1ST BN, 7TH MAR, RCT-7, I MEF FWD | IZ | IZ | IRAQ | AL QAIM |
| MARINE CORPS | ACTIVE DUTY | ALDRICH, NICKALOUS NEIL | LCPL | E03 | 20040627 | 21 | MALE | AUSTIN | MULTIPLE | TX | US | G CO, 2D BN, 4TH MAR, 1-1 ID 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | ALEX, EUGENE HENRY ELI | SSG | E06 | 20060902 | 32 | MALE | BAY CITY | BAY | MI | US | HHC, 4TH SQUADRON, 14TH CAVALRY, 172D SBCT (4 ID), FORT WAINWRIGHT, AK | IZ | GM | GERMANY | LANDSTUHL |
| ARMY | ACTIVE DUTY | ALEXANDER, GEORGE THOMAS JR | SSG | E06 | 20051022 | 34 | MALE | CLANTON | CHILTON | AL | US | COMPANY A, 1ST BATTALION, 15TH INFANTRY (TF LIBERTY), FORT BENNING, GA | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| ARMY | ACTIVE DUTY | ALEXANDER, MATTHEW LEE | CPL | E04 | 20070506 | 21 | MALE | GRETNA | | NE | US | COMPANY A, 1ST BATTALION, 20TH INFANTRY, 3 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALEXEEV, ALEXANDRE ALEXANDROVICH | SPC | E03 | 20070526 | 23 | MALE | WILMINGTON | LOS ANGELES | CA | US | TROOP A, 6TH SQUADRON, 9TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | ABU SAYDA |
| ARMY | ACTIVE DUTY | ALFONSO, CARLO ESCOTO | CPL | E04 | 20080826 | 23 | MALE | SPOKANE | SPOKANE | WA | US | COMPANY A, 40TH ENGINEER BATTALION, BAUMHOLDER, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | ALFORD, MARCUS RAY SR | CPT | O03 | 20100221 | 28 | MALE | KNOXVILLE | KNOX | TN | US | C CO, 1-230 CAV, 25 CAB (TASK ORG TO USD-N) | IZ | IZ | IRAQ | COB Q-WEST |
| ARMY | NATIONAL GUARD | ALGER, TRACY LYNN | 2LT | O01 | 20071101 | 30 | FEMALE | NEW AUBURN | MULTIPLE | WI | US | COMPANY F, 426TH BRIGADE SUPPORT BATTALION, 3 BCT, 101ST AIRBORNE DIVISION, FORT CAMPBELL, KY | IZ | IZ | IRAQ | SHUBAYSHEN |
| ARMY | NATIONAL GUARD | ALGRIM, WILSON ANDREW | SPC | E04 | 20061223 | 21 | MALE | HOWELL | LIVINGSTON | MI | US | COMPANY E, 125TH INFANTRY, (69 MP BDE), BIG RAPIDS, MI | IZ | IZ | IRAQ | SALMAN PAK |
| ARMY | ACTIVE DUTY | ALI, AZHAR | SPC | E04 | 20050302 | 27 | MALE | FLUSHING | QUEENS | NY | US | HHC, 1ST BATTALION, 69TH INFANTRY REGIMENT, 42D ID, (TF LIBERTY), NEW YORK, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALICEA RIVERA, RAFAEL ANGEL | SSG | E06 | 20080205 | 30 | MALE | BAYAMON | BAYAMON | PR | US | COMPANY E, 307TH BRIGADE SUPPORT BATTALION, 1 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | TALLIL |
| ARMY | ACTIVE DUTY | ALLBAUGH, JEREMY DAVID | CPL | E04 | 20070705 | 21 | MALE | LUTHER | OKLAHOMA | OK | US | HQ CO, 1ST BN, 4TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL QAIM |
| ARMY | ACTIVE DUTY | ALLCOTT, JACOB HAMILTON | PFC | E02 | 20060622 | 21 | MALE | CALDWELL | CANYON | ID | US | COMPANY B, 1ST BATTALION, 67TH ARMOR, 2 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALLEMAN, MICHEAL BOYD | CPL | E04 | 20090323 | 31 | MALE | LOGAN | CACHE | UT | US | TROOP A, 5TH SQUADRON, 1ST CAVALRY, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | ALLEN, AARON MICHAEL | CPL | E04 | 20061114 | 24 | MALE | BUELLTON | | CA | US | 1ST BN, 4TH MAR, (RCT-1, I MEF FWD), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | ALLEN, CHAD MICHAEL | SGT | E05 | 20070208 | 25 | MALE | MAPLE LAKE | WRIGHT | MN | US | A CO, 2D LAR BN, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AN NAHIYAH |
| ARMY | ACTIVE DUTY | ALLEN, CHARLES DONALD | SSG | E05 | 20070104 | 28 | MALE | WASILLA | MATANUSKA-SUSITNA BOROUGH | AK | US | 296TH MEDICAL COMPANY, BRIGADE SUPPORT BATTALION, 3 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| **ARMY** | **NATIONAL GUARD** | **ALLEN, HOWARD PAUL** | **SGT** | **E05** | **20050926** | **31** | **MALE** | **MESA** | **MARICOPA** | **AZ** | **US** | **860TH MILITARY POLICE COMPANY (MNC-I), PHOENIX, AZ** | **IZ** | **IZ** | **IRAQ** | **BAGHDAD** |
| ARMY | ACTIVE DUTY | ALLEN, JOHN EDWARD | SPC | E04 | 20070317 | 25 | MALE | PALMDALE | LOS ANGELES | CA | US | TROOP A, 2D SQUADRON, 12TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALLEN, LONNIE CALVIN JR | SGT | E05 | 20060516 | 26 | MALE | BELLEVUE | SARPY | NE | US | COMPANY B, 2D BATTALION, 1ST INFANTRY, 1ST BCT, 25TH ID, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | ALLEN, LOUIS EDWIN | 1LT | O02 | 20050608 | 34 | MALE | MILFORD | PIKE | PA | US | HHC, 42D INFANTRY DIVISION, TROY, NY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | ALLEN, RONALD DEAN JR | SPC | E04 | 20030825 | 22 | MALE | MITCHELL | LAWRENCE | IN | US | C DETACHMENT 522D PERSONNEL SERVICE BATTALION, FORT CARSON, CO 80913 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ALLEN, TERRENCE PATRICK | CPL | E04 | 20070915 | 21 | MALE | PENNSAUKEN | CAMDEN | NJ | US | WPNS CO, 1ST BN, 2D MAR, RCT-2, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL ASAD |
| ARMY | NATIONAL GUARD | ALLERS, WILLIAM ALAN III | SSG | E06 | 20050920 | 28 | MALE | LEITCHFIELD | GRAYSON | KY | US | 617TH MILITARY POLICE COMPANY, RICHMOND, KY | IZ | IZ | IRAQ | AL MIQDADIYAH |
| ARMY | NATIONAL GUARD | ALLGOOD, BRIAN DUANE | COL | O06 | 20070120 | 46 | MALE | ALTUS | JACKSON | OK | US | HHC, 30TH MEDICAL BRIGADE, V CORPS, HEIDELBERG, GM | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ALLISON, GLENN RICHARD | SGT | E05 | 20031218 | 24 | MALE | PITTSFIELD | BERKSHIRE | MA | US | COMPANY C, 2D BATTALION, 11TH INFANTRY REGIMENT, FORT DRUM, NY 13602 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALLMAN, DANIEL JOSEPH II | SGT | E05 | 20061113 | 20 | MALE | CANON | FRANKLIN | GA | US | HHC, 1ST BATTALION, 26TH INFANTRY, SCHWEINFURT, GM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ALLMON, JEREMY OLIN | SPC | E04 | 20050206 | 22 | MALE | CLEBURNE | JOHNSON | TX | US | C CO, 3D BN, 8TH CAVALRY, 1ST CAVALRY DIVISION, (TF BAGHDAD), FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ALLOWAY, WILLIAM ELLIOTT | SGT | E05 | 20070313 | 24 | MALE | ARDMORE | CARTER | OK | US | BATTERY A, 2ND BN, 8TH FIELD ARTILLERY, 4TH BCT (25ID), FORT RICHARDSON, AK | IZ | IZ | IRAQ | KIRKUK |
| MARINE CORPS | ACTIVE DUTY | ALLRED, MICHAEL JACOB | CPL | E03 | 20040906 | 22 | MALE | HYDE PARK | CACHE | UT | US | F CO, 2D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |

| Branch | Status | Name | Rank | Grade | Date | Age | Sex | City | County | State | Country | Unit | | | Theater | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | BROWN, HARRISON | SSG | E06 | 20070408 | 31 | MALE | PRICHARD | MOBILE | AL | US | COMPANY B, 2D BATTALION, 69TH ARMOR, 3 BCT, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BROWN, HENRY LEVON | SGT | E04 | 20030408 | 22 | MALE | NATCHEZ | ADAMS | MS | US | HHC 1ST BATTALION 64TH ARMOR, FORT STEWART, GEORGIA 31314 | IZ | IZ | IRAQ | IRAQ |
| MARINE CORPS | ACTIVE DUTY | BROWN, JAMES ERIC | LCPL | E03 | 20061102 | 20 | MALE | OWENSVILLE | GIBSON | IN | US | I CO, 3D BN, 2D MAR. (RCT-5, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | HABBANIYAH |
| ARMY | ACTIVE DUTY | BROWN, JASON LOGAN | SSG | E06 | 20080417 | 29 | MALE | MAGNOLIA | MONTGOMERY | TX | US | COMPANY B, 3D BATTALION, 5TH SPECIAL FORCES GROUP, FORT CAMPBELL, KY | IZ | IZ | IRAQ | SAMA VILLAGE |
| ARMY | ACTIVE DUTY | BROWN, JEFFREY SCOTT | SGT | E05 | 20060810 | 25 | MALE | TRINITY CENTER | | CA | US | 62D MEDICAL COMPANY, AIR AMBULANCE, FORT RILEY, KS | IZ | IZ | IRAQ | RUTBAH |
| ARMY | ACTIVE DUTY | BROWN, JEREMY ALEXANDER | SSG | E06 | 20050703 | 26 | MALE | MABSCOTT | RALEIGH | WV | US | 66TH MILITARY INTELLIGENCE COMPANY, FORT CARSON, CO | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | BROWN, JOHN ELI | PFC | E03 | 20030414 | 21 | MALE | TROY | PIKE | AL | US | HHB 2D BATTALION 44TH AIR DEFENSE ARTILLERY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | BROWN, JOHN GARY | SFC | E06 | 20070120 | 43 | MALE | LITTLE ROCK | PULASKI | AR | US | COMPANY B, 1ST BATTALION, 185TH AVIATION, CAMP ROBINSON, NORTH LITTLE ROCK, AR | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BROWN, JOSHUA DAVID | SPC | E03 | 20070603 | 26 | MALE | DEARBORN HEIGHTS | WAYNE | MI | US | COMPANY A, 1ST BATTALION, 18TH INFANTRY, SCHWEINFURT, GM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BROWN, KEVIN RAY | SSG | E06 | 20070925 | 38 | MALE | HARRAH | OKLAHOMA | OK | US | TROOP A, 6TH SQUADRON, 9TH CAVALRY, 3 HBCT, FORT HOOD, TX | IZ | IZ | IRAQ | MUQDADIYAH |
| MARINE CORPS | ACTIVE DUTY | BROWN, KYLE W | PFC | E02 | 20060107 | 22 | MALE | NEWPORT NEWS | NEWPORT NEWS (CITY) | VA | US | E CO, 2D BN, 6TH MAR, RCT-8, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | BROWN, LARRY KENYATTA | SPC | E04 | 20030406 | 22 | MALE | JACKSON | HINDS | MS | US | COMPANY C, 1ST BATTALION, 41ST INFANTRY, FORT RILEY, KANSAS 66442 | IZ | IZ | IRAQ | IRAQ |
| ARMY | NATIONAL GUARD | BROWN, LERANDO JUNIOR | SGT | E04 | 20080315 | 27 | MALE | GULFPORT | HARRISON | MS | US | 288TH ENGINEER COMPANY, 223D ENGINEER BATTALION, HOUSTON, MS | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | BROWN, LUNSFORD BERNARD | SPC | E04 | 20030920 | 27 | MALE | CREEDMOOR | GRANVILLE | NC | US | COMPANY A 302ND MI BN APO AE 09702 | IZ | IZ | IRAQ | ABU GHRAIB |
| NAVY | ACTIVE DUTY | BROWN, MENELEK MARTEL | PO2 | E05 | 20080103 | 24 | MALE | EASTPOINT | | GA | US | USS HOPPER (DDG 70) | 6R | 6R | ARABIAN SEA | |
| ARMY | ACTIVE DUTY | BROWN, MICHEAL DEAN | SPC | E04 | 20071016 | 20 | MALE | WILLIAMSBURG | | KS | US | HHC, 1ST AVIATION BATTALION, 1ST AVIATION BRIGADE, FORT RILEY, KS | GM | GERMANY | LANDSTUHL | |
| ARMY | NATIONAL GUARD | BROWN, NATHAN PATRICK | PFC | E03 | 20040411 | 21 | MALE | GLENS FALLS | WARREN | NY | US | C COMPANY, 2ND BATTALION, 108TH INFANTRY REGIMENT, GLOVERSVILLE, NY 12078 | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | BROWN, NICHOLAS PAUL | CPL | E04 | 20070122 | 24 | MALE | HUBER HEIGHTS | MONTGOMERY | OH | US | COMPANY D, 2ND SQUADRON, 7TH CAVALRY, FORT BLISS, TX | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | BROWN, OLIVER J | SPC | E04 | 20050928 | 19 | MALE | ATHENS | BRADFORD | PA | US | COMPANY B, 1ST BATTALION, 109TH INFANTRY, (2 MEF), WILLIAMSPORT, PA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | BROWN, PHILIP DORMAN | SPC | E04 | 20040508 | 21 | MALE | JAMESTOWN | STUTSMAN | ND | US | B COMPANY, 141ST COMBAT ENGINEER BATTALION, JAMESTOWN, ND 58402 | IZ | IZ | IRAQ | BALAD |
| **ARMY** | **ACTIVE DUTY** | **BROWN, SCOTT JAMES** | **SFC** | **E07** | **20070518** | **33** | **MALE** | **WINDSOR** | **WELD** | **CO** | **US** | **COMPANY A, 1ST BATTALION, 325TH INFANTRY, 2 BCT, FORT BRAGG, NC** | **IZ** | **IZ** | **IRAQ** | **BAGHDAD** |
| ARMY | ACTIVE DUTY | BROWN, THOMAS JOSEPH | 1LT | O02 | 20080923 | 26 | MALE | BURKE | FAIRFAX | VA | US | COMPANY A, 2-6TH IN, 2 BCT, 1 AD (TASK ORG TO MND-B), | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | BROWN, TIMMY RAY JR | PFC | E03 | 20030612 | 21 | MALE | CONWAY | BEAVER | PA | US | COMPANY D 510TH MILITARY INTELLIGENCE BATTALION (LRSD), FORT BRAGG, NC 28310 | IZ | IZ | IRAQ | TAJI |
| ARMY | NATIONAL GUARD | BROWN, TIMOTHY DARWIN | SPC | E04 | 20051104 | 23 | MALE | CEDAR SPRINGS | KENT | MI | US | COMPANY B, 1ST BATTALION, 125TH INFANTRY, (2 MEF), SAGINAW, MI | IZ | IZ | IRAQ | TAQADDUM |
| MARINE CORPS | ACTIVE DUTY | BROWN, TIMOTHY WAYNE | LCPL | E03 | 20061114 | 21 | MALE | SACRAMENTO | SACRAMENTO | CA | US | E CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, MCBH KANEOHE BAY, HI | IZ | IZ | IRAQ | HADITHAH |
| ARMY | RESERVE | BROWN, TYLER HALL | 1LT | O02 | 20040915 | 26 | MALE | ATLANTA | FULTON | GA | US | C COMPANY, 1ST BATTALION, 6TH INFANTRY, 2D INFANTRY DIVISION, APO AP 96224 (CAMP HOVEY, KOREA) | IZ | IZ | IRAQ | TAQADDUM |
| ARMY | ACTIVE DUTY | BROWN, WILLIAM EDWARD | SGT | E05 | 20070623 | 25 | MALE | PHIL CAMPBELL | FRANKLIN | AL | US | COMPANY C, 2D BATTALION, 227TH AVIATION, FORT CARSON, CO | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | BROWN-WEEKS, ARI DANIEL | SPC | E03 | 20070910 | 23 | MALE | ABINGDON | | MD | US | TROOP C, 1ST SQUADRON, 73D CAVALRY, 2 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | BROWNFIELD, ANDREW DAVID | CPL | E04 | 20040316 | 24 | MALE | CLINTON | SUMMIT | OH | US | MWSS-374, MWSG-37, 3D MAW, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | BROWNING, BRIAN ANTHONY | SPC | E03 | 20070206 | 20 | MALE | ASTORIA | CLATSOP | OR | US | CO B, 4TH BATTALION, 31ST INFANTRY REGIMENT, 2 BCT, (1CD), FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | BROZOVICH, DANIEL ANTHONY | SFC | E07 | 20061018 | 42 | MALE | GREENVILLE | MERCER | PA | US | BATTERY C, 1ST BATTALION, 213TH AIR DEFENSE ARTILLERY, SPRING CITY, PA | IZ | IZ | IRAQ | ASHRAF |
| ARMY | ACTIVE DUTY | BRUCE, TRAVIS ROBERT | CPL | E04 | 20050323 | 22 | MALE | BYRON | OLMSTED | MN | US | 170TH MILITARY POLICE COMPANY, (42D MILITARY POLICE BRIGADE), FORT LEWIS WA | IZ | IZ | IRAQ | BAGHDAD |
| NAVY | ACTIVE DUTY | BRUCKENTHAL, NATHAN B | OC3 | E04 | 20040425 | 24 | MALE | SMITHTOWN | SUFFOLK | NY | US | LEDET 403 | 6R | 6R | ARABIAN SEA | |
| MARINE CORPS | ACTIVE DUTY | BRUNS, CEDRIC EUGENE | LCPL | E03 | 20030509 | 22 | MALE | VANCOUVER | CLARK | WA | US | ENGRCO, 6TH ENGRSPTBN, 4TH FSSG, EUGENE, OR | KU | KU | KUWAIT | CAMP COYOTE |
| ARMY | NATIONAL GUARD | BRUNSON, JACQUES EARL | SPC | E03 | 20050724 | 30 | MALE | AMERICUS | SUMTER | GA | US | COMPANY A, 2D BATTALION, 121ST INFANTRY, 48TH BCT, (TF BAGHDAD), VALDOSTA, GA | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | BRYAN, BENJAMIN SAXON | LCPL | E03 | 20041113 | 23 | MALE | LUMBERTON | ROBESON | NC | US | I CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | BRYANT, JAMEL ANTWON | SPC | E03 | 20080927 | 22 | MALE | BELLEVILLE | ST CLAIR | IL | US | HHC, 40TH ENGINEER BATTALION, 2 BCT, SMITH BARRACKS, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BRYANT, JACK JR | SGT | E05 | 20041120 | 23 | MALE | DALE CITY | PRINCE WILLIAM | VA | US | A BATTERY, 1ST BATTALION, 6TH FIELD ARTILLERY, 1ST INFANTRY DIVISION, APO AE 09112 | IZ | IZ | IRAQ | MUQDADIYA |
| ARMY | RESERVE | BRYANT, TODD JASON | 1LT | O01 | 20031031 | 23 | MALE | RIVERSIDE | RIVERSIDE | CA | US | COMPANY C, 1ST BATTALION, 34TH ARMOR REGIMENT, FORT RILEY, KS 66442 | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | BUBB, DANIEL SCOTT RESNER | LCPL | E03 | 20051017 | 19 | MALE | GROTTOES | ROCKINGHAM | VA | US | A CO, 1ST LAR BN, (RCT-2, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | KOREAN VILLAGE |
| ARMY | ACTIVE DUTY | BUCHAN, RAYMOND RICHARD | SFC | E07 | 20070701 | 33 | MALE | JOHNSTOWN | CAMBRIA | PA | US | COMPANY B, 1ST BATTALION, 16TH INFANTRY, SCHWEINFURT, GM | IZ | IZ | IRAQ | TA MEEM |
| ARMY | ACTIVE DUTY | BUCKLEW, ERNEST GLENN | SSG | E05 | 20031102 | 33 | MALE | ENON VALLEY | LAWRENCE | PA | US | HHT SUPPORT SQD 3D ACR, FORT CARSON, CO 80913 | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | RESERVE | BUCKLEY, ROY RUSSELL | SPC | E04 | 20030422 | 24 | MALE | MERRILLVILLE | LAKE | IN | US | 685TH TRANSPORTATION COMPANY, HOBART, IN 46342 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BUCKLEY, RYAN JAMES | CPL | E04 | 20080623 | 21 | MALE | NOKOMIS | MONTGOMERY | IL | US | COMPANY B, 2D BATTALION, 506TH INFANTRY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BUCKLIN, BROCK LYLE | CPL | E04 | 20060531 | 28 | MALE | GRAND RAPIDS | KENT | MI | US | HHC, 1ST BATTALION, 68TH ARMOR, FORT CARSON, COLORADO | IZ | IZ | IRAQ | BALAD |
| ARMY | NATIONAL GUARD | BUECHE, PAUL JOSEPH | SPC | E04 | 20031021 | 19 | MALE | DAPHNE | BALDWIN | AL | US | COMPANY E 131ST AVIATION BATTALION, BIRMINGHAM, AL 35217 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | BUEHRING, CHARLES HENRY | LTC | O05 | 20031026 | 40 | MALE | FAYETTEVILLE | CUMBERLAND | NC | US | COALITION PROVISIONAL AUTHORITY - STRATEGIC COMMUNICATION, DOHA, KUWAIT | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BUENO-GALDOS, CHRISTIAN ENRIQUE | SSG | E05 | 20090511 | 25 | MALE | PATERSON | PASSAIC | NJ | US | HEADQUARTERS, HEADQUARTERS COMPANY, 3D BATTALION, 66TH ARMOR, GRAFENWOEHR, GM | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | BUERSTETTA, RICHARD ALLEN | LCPL | E03 | 20061023 | 20 | MALE | FRANKLIN | WILLIAMSON | TN | US | DET A, I CO, 3D BN, 24TH MAR, 4TH MAR DIV, NASHVILLE, TN | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | BUESING, BRIAN RORY | LCPL | E03 | 20030323 | 20 | MALE | CEDAR KEY | LEVY | FL | US | HQSVCCO, 1ST BN, 2D MARDIV, 2D MEB, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AN NASIRIYAH |
| ARMY | ACTIVE DUTY | BUFORD, TRAVIS WAYNE | SPC | E03 | 20070223 | 23 | MALE | GALVESTON | GALVESTON | TX | US | COMPANY D, 1ST BATTALION, 8TH INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | RAMADI |
| ARMY | ACTIVE DUTY | BUGGS, GEORGE EDWARD | SSG | E05 | 20030323 | 31 | MALE | BARNWELL | BARNWELL | SC | US | HHC 2D FORWARD SUPPORT BATTALION FORT STEWART GA 31314 | IZ | IZ | IRAQ | AN NASIRIYAH |
| ARMY | NATIONAL GUARD | BUIE, JIMMY DALE | CPL | E04 | 20050104 | 43 | MALE | FLORAL | INDEPENDENCE | AR | US | B CO, 3D BN, 153D INFANTRY, 39TH INFANTRY BRIGADE, (TF BAGHDAD), BATESVILLE, AR | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BUNCH, JOSHUA ISAAC | SPC | E04 | 20040806 | 23 | MALE | HATTIESBURG | FORREST | MS | US | B COMPANY, 91ST ENGINEER BATTALION (1 CAV), FORT HOOD TX, 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BUNDA, CHRISTOPHER | SSG | E06 | 20040210 | 29 | MALE | BREMERTON | KITSAP | WA | US | B CO, 2D BATTALION, 3RD INFANTRY REGIMENT, FORT LEWIS, WA 98433 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | BURBANK, MICHAEL LEE | SSG | E06 | 20041011 | 34 | MALE | BREMERTON | KITSAP | WA | US | B TROOP, 1ST SQUADRON, 14TH CAVALRY, 2D INFANTRY DIVISION, FORT LEWIS, WA 98433 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | BURDICK, RICHARD ALAN | SSG | E06 | 20031210 | 24 | MALE | NATIONAL CITY | SAN DIEGO | CA | US | COMPANY C 3D BATTALION 502D INFANTRY REGIMENT, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | NATIONAL GUARD | BURGE, JERRY CLARK JR | SSG | E06 | 20070404 | 39 | MALE | CARRIERE | PEARL RIVER | MS | US | CO E, 2-6 CAV, 1 BCT, 1 CD, | IZ | IZ | IRAQ | TAJI |
| MARINE CORPS | ACTIVE DUTY | BURGER, DALE ALAN JR | CPL | E04 | 20041114 | 21 | MALE | BEL AIR | HARFORD | MD | US | I CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | NATIONAL GUARD | BURGESS, ALAN JOSEPH | SPC | E04 | 20041015 | 24 | MALE | LANDAFF | GRAFTON | NH | US | HHB, 2ND BATTALION, 197TH FIELD ARTILLERY, XVIII ABN CORPS, BERLIN, NH 09640 | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | RESERVE | BURGESS, BRYAN K | SGT | E05 | 20061109 | 35 | MALE | GARDEN CITY | WYANDOTTE | KS | US | WPNS CO, 1ST BN, 24TH MAR, (RCT-5, I MEF FWD), 4TH MAR DIV, PERRYSBURG, OH | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | BURGESS, JEFFREY CHARLES | LCPL | E03 | 20040325 | 20 | MALE | PLYMOUTH | PLYMOUTH | MA | US | MWSS-373, MWSG-37, 3D MAW, MCAS MIRAMAR, SAN DIEGO, CA | IZ | IZ | IRAQ | AL FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | BURGESS, RYAN JOHN | LCPL | E03 | 20061201 | 21 | MALE | SANFORD | MIDLAND | MI | US | I CO, 3D BN, 4TH MAR, (RCT-7, I MEF FWD), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AD DULUIYAH |
| ARMY | ACTIVE DUTY | BURKART, ARMER NATHAN | SPC | E04 | 20050426 | 22 | MALE | ROCKVILLE | MONTGOMERY | MD | US | TROOP B, 1ST SQUADRON, 75TH CAVALRY, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BURKE, TIMOTHY ROBERT | SPC | E04 | 20060104 | 24 | MALE | HOLLYWOOD | BROWARD | FL | US | TROOP B, 7TH SQUADRON, 10TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | BURKETT, DONALD ALLEN | SPC | E04 | 20080510 | 24 | MALE | COMANCHE | COMANCHE | TX | US | TROOP F, 2D SQUADRON, 3 ACR, FORT HOOD, TX | IZ | IZ | IRAQ | BALAD RUZ |
| MARINE CORPS | ACTIVE DUTY | BURKETT, TAMARIO DEMETRICE | LCPL | E03 | 20030323 | 21 | MALE | BUFFALO | ERIE | NY | US | HQSVCCO, 1ST BN, 2D MARDIV, 2D MEB, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AN NASIRIYAH |
| ARMY | ACTIVE DUTY | BURKHARDT, TRAVIS LEE | SGT | E05 | 20080906 | 26 | MALE | EDINA | KNOX | MO | US | 170TH MILITARY POLICE COMPANY, FORT LEWIS, WA 98433 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | BURKS, PETER H | 2LT | O01 | 20071114 | 26 | MALE | DALLAS | DALLAS | TX | US | TROOP F, 4TH SQUADRON, 2D CAVALRY, VILSECK, GM | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | BURNS, KYLE WAYNE | LCPL | E03 | 20041120 | 20 | MALE | LARAMIE | ALBANY | WY | US | 3D BN, 1ST MAR, (RCT-1), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL FALLUJAH |
| ARMY | ACTIVE DUTY | BURRESS, RICHARD BENJAMIN | SPC | E04 | 20080119 | 25 | MALE | NAPLES | COLLIER | FL | US | C CO, 2ND BATTALION, 504TH INFANTRY, 1 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | AL JABOUR |
| ARMY | ACTIVE DUTY | BURRI, ERIC TODD | SPC | E03 | 20050607 | 21 | MALE | WYOMING | KENT | MI | US | 623D QUARTERMASTER COMPANY, 1ST COSCOM, (MND-I), FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | BURRIDGE, DAVID PAUL | PFC | E02 | 20040906 | 19 | MALE | LAFAYETTE | LAFAYETTE | LA | US | F CO, 2D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | BURRIS, JEREMY WADE | LCPL | E03 | 20071008 | 22 | MALE | TACOMA | PIERCE | WA | US | WPNS CO, 2D BN, 4TH MAR, RCT-2, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL QAIM |
| ARMY | ACTIVE DUTY | BURROW, JOSHUA CAIN | PV2 | E02 | 20061128 | 20 | MALE | BOSSIER CITY | BOSSIER | LA | US | TROOP E, 1ST SQUADRON, 8TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | | | Theater | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | CRAIG, CLAY ALLEN | SSG | E06 | 2008/04/29 | 22 | MALE | MESQUITE | MULTIPLE | TX | US | TROOP C, 1ST SQUADRON, 75TH CAVALRY, 2 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CRAIG, JAMES EDWARD | SGT | E05 | 2008/01/26 | 26 | MALE | HOLLYWOOD | LOS ANGELES | CA | US | COMPANY B, 1ST BATTALION, 8TH INFANTRY, 3 BCT, FORT CARSON, CO | IZ | IZ | IRAQ | MOSUL |
| AIR FORCE | ACTIVE DUTY | CRATE, CASEY J | SSGT | E05 | 2005/05/30 | 26 | MALE | SPANAWAY | PIERCE | WA | US | 23RD SPECIAL TACTICS SQUADRON, HURLBURT FIELD, FL | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | CRAVER, JOHNNY KEITH | 2LT | O01 | 2006/10/13 | 37 | MALE | MCKINNEY | COLLIN | TX | US | COMPANY B, 1ST BATTALION, 22D INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | CREAGER, TIMOTHY RYAN | LCPL | E03 | 2004/07/01 | 21 | MALE | MILLINGTON | SHELBY | TN | US | D CO, 2D LAR BN, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | CREAMEAN, TYLER LOREN | SPC | E04 | 2005/05/22 | 21 | MALE | JACKSONVILLE | PULASKI | AR | US | COMPANY A, 73D ENGINEER COMPANY, 1ST BCT, 25TH ID, (MNF-NW), FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | CREED, MATTHEW WALLACE | CPL | E04 | 2006/10/22 | 23 | MALE | COVINA | LOS ANGELES | CA | US | HHC, 1ST BATTALION, 22D INFANTRY, 2 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | 28TH CSH, BAGHDAD |
| ARMY | ACTIVE DUTY | CREIGHTON, SHAWN ROSS | CPL | E04 | 2008/04/06 | 21 | MALE | WINDSOR | BERTIE | NC | US | TROOP B, 4TH SQUADRON, 14TH CAVALRY, 172D SBCT, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | RAWAH |
| ARMY | ACTIVE DUTY | CREIGHTON-WELDON, MICHAEL RUSSELL | PFC | E03 | 2003/03/29 | 20 | MALE | PALM BAY | BREVARD | FL | US | COMPANY A, 2D BATTALION, 7TH INFANTRY REGIMENT, FORT STEWART, GA 31313 | IZ | IZ | IRAQ | OBJ RAIDER |
| MARINE CORPS | RESERVE | CROCKER, RICARDO ANTONIO | MAJ | O04 | 2005/05/26 | 39 | MALE | MISSION VIEJO | ORANGE | CA | US | I MACE, (DET 5TH CAG, II MEF), I MEF, CAMP PENDLETON, CA | IZ | IZ | IRAQ | HADITHAH |
| ARMY | ACTIVE DUTY | CROCKETT, MICHAEL TYRON | SGT | E05 | 2003/07/14 | 27 | MALE | SOPERTON | TREUTLEN | GA | US | COMPANY B, 3D BATTALION, 7TH INFANTRY, FORT STEWART, GA 31314 | IZ | IZ | IRAQ | DOGWOOD |
| ARMY | ACTIVE DUTY | CROCKETT, RICKY LEON | SFC | E06 | 2004/01/12 | 37 | MALE | BROXTON | COFFEE | GA | US | COMPANY D 51ST SIGNAL BN,35TH SIGNAL BDE (AIRBORNE), FORT BRAGG, NC 28307 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CROFT, DAVID ANDREW JR | SGT | E04 | 2010/01/05 | 22 | MALE | PLANT CITY | HILLSBOROUGH | FL | US | TROOP B, 1ST SQUADRON, 7TH CAVALRY, 1 BCT, FORT HOOD, TEXAS | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | CROMBIE, DAVID NICHOLAS | PFC | E02 | 2006/06/07 | 19 | MALE | FLAGSTAFF | COCONINO | AZ | US | COMPANY B, 2D BATTALION, 6TH INFANTRY, 2 BCT, (1 MEF), BAUMHOLDER, GERMANY | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | CRONKHITE, BRUD JOSEPH | SGT | E05 | 2004/05/14 | 22 | MALE | SPRING VALLEY | SAN DIEGO | CA | US | C COMPANY 1ST BATTALION, 37TH ARMOR REGIMENT (1 AD) FRIEDBERG, GERMANY 09074 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CROOKSTON, DUNCAN CHARLES | CPL | E03 | 2008/01/25 | 19 | MALE | DENVER | DENVER | CO | US | COMPANY C, 2D BATTALION, 16TH INFANTRY, 4 BCT, FORT RILEY, KS | IZ | US | UNITED STATES | SAN ANTONIO |
| ARMY | ACTIVE DUTY | CROSS, KENNETH MICHAEL | CPL | E04 | 2006/08/27 | 21 | MALE | SUPERIOR | DOUGLAS | WI | US | COMPANY C, 1ST BATTALION, 23D INFANTRY, 3D SBCT, (4ID), FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CROUCH, WILLIAM JARED | CPL | E04 | 2007/06/02 | 21 | MALE | ZACHARY | EAST BATON ROUGE | LA | US | TROOP A, 2D SQUADRON, 1ST CAVALRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | AL HADID |
| ARMY | ACTIVE DUTY | CROW, WILLIAM WAYNE JR | SGT | E05 | 2007/06/06 | 28 | MALE | FINDLAY | HANCOCK | OH | US | COMPANY A, 2D BATTALION, 16TH INFANTRY, 4 BCT, FORT RILEY, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | CROWE, TERRENCE K | LTC | O05 | 2005/08/07 | 44 | MALE | GRAND ISLAND | ERIE | NY | US | DETACHMENT 3, 4TH BRIGADE, 98TH DIVISION, (MNF-NW), LODI, NJ | IZ | IZ | IRAQ | TAL AFAR |
| AIR FORCE | ACTIVE DUTY | CROWELL, THOMAS ALFRED | MSGT | E07 | 2007/11/01 | 36 | MALE | NEOSHO | NEWTON | MO | US | DETACHMENT 301, 3RD FIELD INVESTIGATIONS REGION, SCOTT AFB, IL | IZ | IZ | IRAQ | ORION |
| MARINE CORPS | ACTIVE DUTY | CROWLEY, KYLE DUANNE | LCPL | E03 | 2004/04/06 | 18 | MALE | SAN RAMON | CONTRA COSTA | CA | US | E CO, 2D BN, 4TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | CRUMPLER, ADAM JOHNSON | LCPL | E03 | 2005/06/18 | 19 | MALE | CHARLESTON | KANAWHA | WV | US | K CO, 3D BN, 2D MAR, (RCT-2), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | KARABILAH |
| ARMY | ACTIVE DUTY | CRUTCHFIELD, MICHAEL JACOB | SPC | E04 | 2006/12/23 | 21 | MALE | STOCKTON | SAN JOAQUIN | CA | US | BATTERY C, 3D BATTALION, 4TH AIR DEFENSE ARTILLERY, (13 SC), FORT BRAGG, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | CUARESMA, SIRLOU CIACHO | SGT | E04 | 2006/06/21 | 25 | MALE | CHICAGO | COOK | IL | US | 66TH ENGINEER COMPANY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY NATIONAL GUARD | ACTIVE DUTY | CUBERT, CLINTON WAYNE | MSG | E08 | 2006/04/16 | 38 | MALE | LAWRENCEBURG | ANDERSON | KY | US | 2113 TRANSPORTATION COMPANY, PADUCAH, KY | IZ | US | UNITED STATES | LEXINGTON |
| ARMY | ACTIVE DUTY | CUELLAR, BACILIO EMILIO | SGT | E05 | 2007/05/30 | 24 | MALE | ODESSA | ECTOR | TX | US | COMPANY C, 1ST BATTALION, 16TH INFANTRY, SCHWEINFURT, GM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CUERVO, REY DAVID | PV2 | E02 | 2003/12/26 | 24 | MALE | LAGUNA VISTA | CAMERON | TX | US | HHT-1ST BATTALION 2ND ARMORED CAVALRY REGIMENT, FORT POLK, LA 71459 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY NATIONAL GUARD | ACTIVE DUTY | CUKA, DANIEL MICHAEL | SSG | E06 | 2005/12/04 | 27 | MALE | YANKTON | YANKTON | SD | US | BATTERY C, 1ST BN, 147TH FIELD ARTILLERY, 49TH MP BDE (1 COSCOM), YANKTON, SD | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CULBERTSON, RUSSELL GRANT III | CPL | E04 | 2006/10/17 | 22 | MALE | AMITY | WASHINGTON | PA | US | COMPANY C, 1ST BATTALION, 22D INFANTRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY NATIONAL GUARD | ACTIVE DUTY | CULVER, RONALD WAYNE JR | MAJ | O04 | 2010/05/24 | 44 | MALE | SHREVEPORT | MULTIPLE | LA | US | HHT, 2D SQUADRON, 108TH CAVALRY REGIMENT, 256 IBCT, SHREVEPORT, LA | IZ | IZ | IRAQ | NUMANIYAH |
| ARMY | ACTIVE DUTY | CUMING, KEVIN ALEXANDER | SPC | E03 | 2004/08/21 | 22 | MALE | WHITE PLAINS | WESTCHESTER | NY | US | HHT, 1ST SQUADRON, 7TH ARMORED CAVALRY REGIMENT, (1CD), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CUMMINGS, BRANDEN CHARLES | PFC | E03 | 2007/02/14 | 20 | MALE | TITUSVILLE | BREVARD | FL | US | TROOP A, 1ST SQUADRON, 12TH CAVALRY, 3 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAQUBAH |
| MARINE CORPS | ACTIVE DUTY | CUMMINGS, RYAN J | CPL | E04 | 2006/06/03 | 22 | MALE | STREAMWOOD | COOK | IL | US | B CO, 1ST BN, 1ST MAR, (RCT-5, I MEF FWD), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | CUNNINGHAM, DANIEL FRANCIS JR | SPC | E04 | 2003/04/04 | 33 | MALE | LEWISTON | ANDROSCOGGIN | ME | US | C BATTERY 1ST BATTALION 41ST FIELD ARTILLERY, FORT STEWART, GEORGIA 31314 | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | CUNNINGHAM, DARREN JAMES | SSG | E06 | 2004/09/30 | 40 | MALE | GROTON | MIDDLESEX | MA | US | HHC, 69TH MILITARY POLICE BRIGADE, III CORPS, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | CUNNINGHAM, TIMOTHY WAYNE | 1LT | O02 | 2008/04/23 | 26 | MALE | ALVIN | BRAZORIA | TX | US | TROOP C, 1ST SQUADRON, 32D CAVALRY, 1 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BALAD |
| ARMY NATIONAL GUARD | ACTIVE DUTY | CURRAN, CARL FRANCIS II | SGT | E04 | 2004/05/17 | 22 | MALE | UNION CITY | ERIE | PA | US | BATTERY C, 1ST BATTALION/107TH FIELD ARTILLERY, OIL CITY, PA 16301 | IZ | IZ | IRAQ | AL KARMAH |
| ARMY | ACTIVE DUTY | CURTIN, MICHAEL EDWARD | SPC | E04 | 2003/03/29 | 23 | MALE | HOWELL | MONMOUTH | NJ | US | COMPANY A, 2D BN, 7TH INFANTRY REGT, FORT STEWART, GA 31314 | IZ | IZ | IRAQ | OBJ RAIDER |
| ARMY | ACTIVE DUTY | CUTCHALL, CHRISTOPHER ERIC | SSG | E06 | 2003/09/29 | 30 | MALE | MCCONNELLSBURG | FULTON | PA | US | TROOP D 2D BATTALION 4TH CAVALRY REGIMENT, FORT RILEY, KS 66442 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | CUTTER, BRIAN KENNETH | PFC | E02 | 2004/05/13 | 19 | MALE | RIVERSIDE | RIVERSIDE | CA | US | B CO, 3D AAV BN, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | DACLAN, EDGAR POTAYRE JR | SPC | E04 | 2004/09/10 | 24 | MALE | CYPRESS | ORANGE | CA | US | COMPANY C, 1ST BATTALION, 18TH INFANTRY, 1ST INFANTRY DIVISION, APO AE 09226 SCHWEINFURT, GERMANY | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | DAGGETT, JOHN KYLE | SGT | E05 | 2008/05/15 | 21 | MALE | PHOENIX | MARICOPA | AZ | US | COMPANY B, 1ST BATTALION, 14TH INFANTRY, 2 BCT, SCHOFIELD BARRACKS, HI | IZ | US | UNITED STATES | HALIFAX |
| ARMY | ACTIVE DUTY | DAGOSTINO, ANTHONY DOMENIC | PFC | E03 | 2003/11/02 | 20 | MALE | WATERBURY | NEW HAVEN | CT | US | 313TH SIGNAL COMPANY, (TROPO), 16TH SIGNAL BRIGADE, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | AL FALLUJAH |
| ARMY | ACTIVE DUTY | DAHL, JOEL ANTHONY | SGT | E04 | 2007/06/23 | 21 | MALE | LOS LUNAS | VALENCIA | NM | US | HHC, 2D BATTALION, 23D INFANTRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAILY, MARK JENNINGS | 2LT | O01 | 2007/01/15 | 23 | MALE | IRVINE | ORANGE | CA | US | TROOP C, 2D SQUADRON, 7TH CAVALRY, FORT BLISS, TX | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | DALESSIO, GREGORY T | CPT | O03 | 2008/06/23 | 30 | MALE | CHERRY LANE | | NJ | US | HHC, 2D BATTALION, 6TH INFANTRY, 2 BCT, BAUMHOLDER, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DALLAM, RYAN SCOTT | SPC | E04 | 2007/04/06 | 24 | MALE | NORMAN | CLEVELAND | OK | US | HHC, 1ST BATTALION, 18TH INFANTRY, 2 BCT, SCHWEINFURT, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DALLAS, ERNEST WAYNE JR | SPC | E03 | 2005/07/24 | 21 | MALE | DENTON | DENTON | TX | US | TROOP K, 3D SQUADRON, 3D ACR, (TF BAGHDAD), FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | DALLEY, NATHAN STEPHEN | CPT | O03 | 2003/11/17 | 27 | MALE | KAYSVILLE | DAVIS | UT | US | HHC 2ND BRIGADE 1ST ARMOR DIVISION, APO AE 09081 | IZ | IZ | IRAQ | BIAP |
| MARINE CORPS | ACTIVE DUTY | DAMERON, JOEL PRESTON | SSGT | E05 | 2005/10/30 | 27 | MALE | ELLABELL | | GA | US | 8TH ESB, 2D FSSG, (G CO, II MEF), 2D MLG, (FWD), CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | DAMPIER, GRANT ALLEN | SPC | E03 | 2006/05/15 | 25 | MALE | MERRILL | LINCOLN | WI | US | COMPANY B, 1ST BATTALION, 8TH INFANTRY, 3 BCT (1ID), FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAN, COREY ALAN | SGT | E04 | 2006/03/13 | 22 | MALE | NORWAY | OXFORD | ME | US | COMPANY D, 1ST BATTALION, 506TH INFANTRY, 4TH BCT, (1 INF), FORT CAMPBELL, KY | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | DANG, ANDREW STEVEN | LCPL | E03 | 2004/03/22 | 20 | MALE | FOSTER CITY | SAN MATEO | CA | US | 1ST CEB, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DANIEL, JASON BRENT | CPL | E04 | 2006/04/23 | 21 | MALE | FORT WORTH | | TX | US | HHT, 7TH SQUADRON, 10TH CAVALRY, 1ST BCT (4 ID), FORT HOOD, TX | IZ | IZ | IRAQ | HAMD AL RAJAJ |
| ARMY | ACTIVE DUTY | DANIELS, DANNY BRUCE II | SPC | E04 | 2004/07/20 | 23 | MALE | VARNEY | MINGO | WV | US | 630TH MP CO, V CORPS, BAMBERG, GE APO AE 09139 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DANTZLER, TOREY JONTEAL | PFC | E03 | 2004/07/22 | 22 | MALE | COLUMBIA | CALDWELL | LA | US | 66TH TRANSPORTATION CO, KAISERSLAUTERN, GE APO AE 09227 | IZ | IZ | IRAQ | SAMARRA |
| NAVY | ACTIVE DUTY | DARGA, PAUL JOHN | CPO | E07 | 2006/08/22 | 34 | MALE | ALPENA | ALPENA | MI | US | EOD MOBILE UNIT 2, VIRGINIA BEACH, VA | IZ | IZ | IRAQ | MSR URANIUM |
| ARMY | ACTIVE DUTY | DARLING, NORMAN | PFC | E03 | 2004/04/29 | 29 | MALE | ROCKLAND | PLYMOUTH | MA | US | C BTRY, 4TH BN, 27TH FIELD ARTILLERY, (1AD), APO AE 09034 BAUMHOLDER, GE) | IZ | IZ | IRAQ | BAGHDAD |
| AIR FORCE | ACTIVE DUTY | DAS, ERIC BRUCE | CAPT | O03 | 2003/04/07 | 30 | MALE | AMARILLO | | TX | US | 333D FIGHTER SQUADRON, SEYMOUR-JOHNSON AFB, NC | IZ | IZ | IRAQ | |
| NAVY | ACTIVE DUTY | DAUGHERTY, STEVEN PHILLIP | PO2 | E05 | 2007/07/06 | 28 | MALE | BARSTOW | SAN BERNARDINO | CA | US | NIOC NORFOLK/NSWG DAM NECK, VIRGINIA BEACH, VA | IZ | IZ | IRAQ | SADR |
| ARMY | ACTIVE DUTY | DAUL, ANDREW PATRICK | SPC | E04 | 2006/12/19 | 21 | MALE | BRIGHTON | LIVINGSTON | MI | US | COMPANY A, 1ST BATTALION, 37TH ARMOR, GIESSEN, GM | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | DAVENPORT, JAMES RAY | LCPL | E03 | 2006/11/22 | 20 | MALE | DANVILLE | HENDRICKS | IN | US | G CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | HAQLANIYAH |
| MARINE CORPS | RESERVE | DAVEY, SEAMUS MACLEAN | CPL | E04 | 2005/10/21 | 25 | MALE | LOWVILLE | LEWIS | NY | US | DET 4TH RECON CO, (2D FORCE RECON, RCT-2, 2D MAR DIV), 4TH MAR DIV, RENO, NV | IZ | IZ | IRAQ | ALBU HYATT |
| MARINE CORPS | RESERVE | DAVIS, WESLEY GRAHAM | LCPL | E03 | 2005/06/11 | 20 | MALE | DUBLIN | FRANKLIN | OH | US | L CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, COLUMBUS, OH | IZ | IZ | IRAQ | KARABILAH |
| ARMY | ACTIVE DUTY | DAVIES, SHAWN MICHAEL | SPC | E04 | 2004/07/08 | 22 | MALE | ALIQUIPPA | BEAVER | PA | US | C BATTERY, 4TH BN, 5TH AIR DEFENSE ARTILLERY, 1ST CAVALRY DIV, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY NATIONAL GUARD | ACTIVE DUTY | DAVILA, JESSE | SGT | E04 | 2006/02/20 | 29 | MALE | GREENSBURG | KIOWA | KS | US | COMPANY A, 2D BATTALION, 137TH FIELD ARTILLERY, (4ID), LAWRENCE, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAVIS, ANTHONY DEE | SGT | E05 | 2006/01/06 | 28 | MALE | DAYTONA BEACH | VOLUSIA | FL | US | HHC, 1ST BATTALION, 75TH INFANTRY, HUNTER ARMY AIRFIELD, SAVANNAH, GA | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | DAVIS, ANTHONY JEROME JR | SPC | E04 | 2005/04/23 | 22 | MALE | LONG BEACH | LOS ANGELES | CA | US | COMPANY B, 1ST BATTALION, 24TH INFANTRY REGIMENT, 25TH INFANTRY DIVISION, FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | DAVIS, ANTHONY | MSG | E08 | 2008/11/25 | 43 | MALE | BALTIMORE | BALTIMORE (CITY) | MD | US | MILITARY TRANSITION TEAM, 1ST BRIGADE, 1ST INFANTRY DIVISION, FORT RILEY, KS | IZ | IZ | IRAQ | NINEVA PROVINCE |
| ARMY | ACTIVE DUTY | DAVIS, BRAD ANTHONY | CPL | E04 | 2009/04/22 | 21 | MALE | GARFIELD HEIGHTS | CUYAHOGA | OH | US | COMPANY F, 62D SUPPORT BATTALION, 3 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAVIS, BRANDON LEE | PV1 | E02 | 2004/03/31 | 20 | MALE | CUMBERLAND | ALLEGHENY | MD | US | B COMPANY, 1ST ENGINEER BATTALION (1ST ID), FORT RILEY, KS 66442 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAVIS, CARLETTA SHERITTA | SPC | E05 | 2007/11/05 | 34 | FEMALE | ANCHORAGE | ANCHORAGE | AK | US | COMPANY C, 10TH BRIGADE SUPPORT BATTALION, 1 BCT, FORT DRUM, NY | IZ | IZ | IRAQ | TAL AL-ADHAB |
| ARMY | ACTIVE DUTY | DAVIS, CHRIS | SGT | E05 | 2007/06/23 | 35 | MALE | LUBBOCK | LUBBOCK | TX | US | COMPANY D, 2D BATTALION, 8TH CAVALRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | MUALAMEEN |
| ARMY | ACTIVE DUTY | DAVIS, CRAIG | SSG | E06 | 2004/01/08 | 37 | MALE | OPELOUSAS | ST LANDRY | LA | US | 6330TH TRANSPORTATION COMPANY, 142ND CORPS SUPPORT BN, FORT POLK, LA 71459 | IZ | IZ | IRAQ | FALLUJAH |
| ARMY NATIONAL GUARD | ACTIVE DUTY | DAVIS, DARYL ANTHONY | SGT | E04 | 2004/11/29 | 20 | MALE | ORLANDO | ORANGE | FL | US | 144TH TRANSPORTATION COMPANY, 13TH CORPS SUPPORT COMMAND, MARIANNA, FL | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DAVIS, DAVID JOSEPH | SGT | E05 | 2006/09/17 | 32 | MALE | MOUNT AIRY | | MD | US | HHC, 4TH SQUADRON, 14TH CAVALRY, 172D SBCT, (4ID), FORT RICHARDSON, AK | IZ | IZ | IRAQ | BAGHDAD |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | | | Theater | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | DURAN, JOAN JOSE | SSG | E05 | 20070610 | 24 | MALE | ROXBURY | SUFFOLK | MA | US | TROOP C, 5TH SQUADRON, 73D CAVALRY, FORT BRAGG, NC | IZ | IZ | IRAQ | BAQUBAH |
| ARMY | ACTIVE DUTY | DURBIN, JERRY MICHEAL JR | SSG | E06 | 20060125 | 26 | MALE | SPRING | HARRIS | TX | US | CO B, 2D BN, 502D INF, 2D BCT (TF BAND OF BROTHERS), FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | DURBIN, WESLEY ROY | SGT | E05 | 20080914 | 26 | MALE | HURST | TARRANT | TX | US | COMPANY A, 3D BATTALION, 7TH INFANTRY, 4 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | JURF AS SUHKR |
| ARMY | ACTIVE DUTY | DUSENBERY, WILLIAM DAVID | SPC | E04 | 20031115 | 30 | MALE | LAKE ZURICH | LAKE | IL | US | COMPANY C 4TH BATTALION 101ST AVIATION REGIMENT, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | RESERVE | DVORIN, SETH JEREMY | 2LT | O01 | 20040203 | 24 | MALE | PENNINGTON | MERCER | NJ | US | B BATTERY, 3RD BATTALION, 62D AIR DEFENSE ARTILLERY, FORT DRUM, NY 13602 | IZ | IZ | IRAQ | ISKANDARIYAH |
| NAVY | RESERVE | DWELLEY, JASON BOSLEY | PO2 | E05 | 20040430 | 31 | MALE | APOPKA | ORANGE | FL | US | NAVAL MOBILE CONSTRUCTION BATTALION FOURTEEN, JACKSONVILLE, FL | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | RESERVE | DYER, CHRISTOPHER JENKINS | LCPL | E03 | 20050803 | 19 | MALE | HAMILTON | BUTLER | OH | US | L CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, COLUMBUS, OH | IZ | IZ | IRAQ | BARWANAH |
| ARMY | ACTIVE DUTY | DYKEMAN, PHILIP JEREMIAH | CAPT | O03 | 20080626 | 38 | MALE | BROCKPORT | MONROE | NY | US | H&S CO, 2D BN, 3D MAR, (RCT-1, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | KARMAH |
| ARMY | ACTIVE DUTY | DYKMAN, SCOTT DOUGLAS | SGT | E04 | 20061220 | 27 | MALE | HELENA | LEWIS AND CLARK | MT | US | COMPANY A, 1ST BATTALION, 501ST INFANTRY, FORT RICHARDSON, AK | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | EACHO, DONALD WAYNE | SFC | E07 | 20051004 | 38 | MALE | BLACK CREEK | OUTAGAMIE | WI | US | HHC, 1ST BATTALION, 9TH INFANTRY, 2D INFANTRY DIVISION, (1 MEF), FORT CARSON, CO | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | EAKES, LANCE OLIVER | SGT | E04 | 20080418 | 25 | MALE | APEX | WAKE | NC | US | 1132D MP COMPANY, 95TH MP BATTALION, 18TH MP BRIGADE, ROCKY MOUNT, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | EASON, CARL ALLEN | SPC | E04 | 20061023 | 29 | MALE | LOVELADY | | TX | US | HHB, 4TH BATTALION, 27TH FIELD ARTILLERY, BAUMHOLDER, GM | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | RESERVE | EATON, RICHARD SELDEN JR | SSG | E06 | 20030812 | 37 | MALE | GUILFORD | NEW HAVEN | CT | US | COMPANY B, 323RD MILITARY INTELLIGENCE BATTALION, FORT MEADE, MD 20755 | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | EBERT, BLAIN MATTHEW | SPC | E04 | 20041122 | 22 | MALE | WASHTUCNA | ADAMS | WA | US | A BATTERY, 4TH BATTALION, 5TH AIR DEFENSE ARTILLERY, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | EBERT, CHRISTOPHER STEPHEN | CPL | E04 | 20040917 | 21 | MALE | MOORESBORO | CLEVELAND | NC | US | F CO, 2D BN, 2D MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | ECHOLS, THOMAS PAINE | LCPL | E03 | 20061204 | 20 | MALE | SHEPHERDSVILLE | BULLITT | KY | US | A CO, 1ST BN, 6TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ECKERT, GARY ANDREW JR | SGT | E05 | 20050508 | 24 | MALE | MAUMEE | LUCAS | OH | US | COMPANY C, 863D ENGINEER COMBAT HEAVY BN, (CFLCC), MONCLOVA, OH | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | ECKFIELD, ROBERT FRANKLIN JR | CPL | E03 | 20051027 | 23 | MALE | CLEVELAND | CUYAHOGA | OH | US | G CO, 2D BN, 6TH MAR, (RCT-8), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | ECKHARDT, CHRISTOPHER MICHAEL | PFC | E03 | 20060503 | 19 | MALE | PHOENIX | MARICOPA | AZ | US | BATTERY B, 4TH BATTALION, 42D FIELD ARTILLERY, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ECKHART, WILLIAM CODY | SGT | E05 | 20040610 | 25 | MALE | ROCKSPRINGS | EDWARDS | TX | US | F TROOP, 1ST SQUADRON +3TH CAVALRY, APO AE 09122 (SCHWEINFURT, GE) | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | EDDS, JONATHAN W | 1LT | O02 | 20070817 | 24 | MALE | WHITE PIGEON | ST JOSEPH | MI | US | HHC, 2D BATTALION, 69TH ARMOR, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | EDENS, WILLIAM ANTHONY | 1LT | O02 | 20050428 | 29 | MALE | COLUMBIA | BOONE | MO | US | COMPANY A, 1ST BN, 5TH INFANTRY, 1ST BCT, 25TH DIMINI-NNS, FORT LEWIS, WA | IZ | IZ | IRAQ | TAL AFAR |
| MARINE CORPS | ACTIVE DUTY | EDGE, JAMES COURTNEY | CAPT | O03 | 20050614 | 31 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | B CO, 1ST BN, 5TH MAR, (2 BCT, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | EDGERTON, MARSHALL LANE | SPC | E04 | 20031211 | 27 | MALE | ROCKY FACE | WHITFIELD | GA | US | COMPANY A, 82ND SIGNAL BATTALION, FORT BRAGG, NC 28310 | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | EDINGER, BENJAMIN CHARLES | SGT | E05 | 20041123 | 24 | MALE | GREEN BAY | BROWN | WI | US | 2D FORCE RECON, II MHG (ATTACHED TO 1ST MAR DIV), CAMP LEJEUNE, NC | IZ | US | UNITED STATES | BETHESDA |
| ARMY | NATIONAL GUARD | EDMUNDSON, CHAD ALLEN | SPC | E04 | 20090527 | 20 | MALE | WILLIAMSBURG | MULTIPLE | PA | US | COMPANY B, 2ND BATTALION, 112TH INFANTRY, ALTOONA, PA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | EDMUNDSON, PHILLIP CHARLES | CPL | E04 | 20050601 | 22 | MALE | WILSON | WILSON | NC | US | CO A, 1ST BN, 9TH INF, 2ID, (2MEF), FORT CARSON, CO | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | EDWARDS, AMOS COLLINS JR | SFC | E06 | 20060217 | 41 | MALE | SAVANNAH | CHATHAM | GA | US | BATTERY B, 1ST BN, 118TH FIELD ARTILLERY, SAVANNAH, GA | IZ | IZ | IRAQ | RUTBAH |
| MARINE CORPS | ACTIVE DUTY | EDWARDS, CHASE AUSTIN | PFC | E02 | 20060406 | 19 | MALE | LAKE CHARLES | CALCASIEU | LA | US | WPNS CO, 3DBN, 6THMAR, (2-28 BCT, I MEF FWD), 2DMAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | EDWARDS, CORRY ARDEL | CW2 | W01 | 20080617 | 36 | MALE | KENNEDALE | TARRANT | TX | US | COMPANY B, 2D BATTALION, 149TH AVIATION, GRAND PRAIRIE, TX | IZ | IZ | IRAQ | TALLIL |
| ARMY | ACTIVE DUTY | EDWARDS, MARK OSCAR | SFC | E06 | 20050609 | 40 | MALE | UNICOI | UNICOI | TN | US | COMPANY H, 2D SQUADRON, 278TH ARMORED CAVALRY, (4) ID, ERWIN, TN | IZ | IZ | IRAQ | TUZ |
| ARMY | NATIONAL GUARD | EDWARDS, MICHAEL IGNATIUS | SPC | E04 | 20060107 | 26 | MALE | FAIRBANKS | FAIRBANKS NORTH STAR | AK | US | COMPANY B, 1ST BN, 207TH AVIATION, (TF BAND OF BROTHERS) FORT RICHARDSON, AK | IZ | IZ | IRAQ | ZIMBAR MOUNTAIN |
| ARMY | ACTIVE DUTY | EDWARDS, SHAWN CHRISTOPHER | PFC | E03 | 20040423 | 20 | MALE | BENSENVILLE | COOK | IL | US | B COMPANY, 1/151T SIGNAL BATTALION (1ST ID) APO AE 09036, KITZINGEN, GERMANY | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | EDWARDS, WILLIAM LAWRENCE | SPC | E03 | 20070811 | 23 | MALE | HOUSTON | HARRIS | TX | US | COMPANY B, 1ST BATTALION, 30TH INFANTRY, FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | EGAN, MICHAEL | SGT | E05 | 20050919 | 36 | MALE | PHILADELPHIA | PHILADELPHIA | PA | US | HHT, 1ST SQUADRON, 104TH CAVALRY, (2 MEF), PHILADELPHIA, PA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | EGGERS, KYLE ANDREW | SSG | E06 | 20041205 | 27 | MALE | EULESS | TARRANT | TX | US | D CO, 1ST BN, 506TH INFANTRY, 2D ID, APO AP 96251 (CAMP GREAVES) | IZ | IZ | IRAQ | HABBANIYAH |
| ARMY | ACTIVE DUTY | EGGLESTON, CODY JOEL | PFC | E03 | 20081024 | 21 | MALE | EUGENE | LANE | OR | US | COMPANY C, 1ST BATTALION, 5TH INFANTRY, FORT WAINWRIGHT, AK | IZ | US | UNITED STATES | BETHESDA |
| ARMY | ACTIVE DUTY | EHLE, JEREMY WAYNE | PFC | E03 | 20060402 | 19 | MALE | RICHMOND | RICHMOND (CITY) | VA | US | COMPANY A, 1ST BATTALION, 36TH INFANTRY, FRIEDBERG, GM | IZ | GM | GERMANY | LANDSTUHL |
| ARMY | ACTIVE DUTY | EHNEY, ROBERT WILLIAM | SGT | E05 | 20060423 | 26 | MALE | LEXINGTON | FAYETTE | KY | US | TROOP C, 7TH SQUADRON, 10TH CAVALRY, 1ST BCT (4 ID), FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | EHRLICH, ANDREW CHRISTOPHER | SPC | E04 | 20041018 | 21 | MALE | MESA | MARICOPA | AZ | US | 2D BN, 2D INFANTRY, 1ST INFANTRY DIVISION, VILSECK, GERMANY | IZ | IZ | IRAQ | NORMANDY |
| ARMY | RESERVE | EISENHAUER, WYATT DALE | PFC | E03 | 20050519 | 26 | MALE | PINCKNEYVILLE | PERRY | IL | US | HHC, 2D BN, 70TH ARMOR, 1ST ARMORED DIVISION (TF BAGHDAD), FORT RILEY, KS | IZ | IZ | IRAQ | MAHMUDIYAH |
| ARMY | ACTIVE DUTY | EL AZZOUZI, FARID | CPL | E03 | 20070614 | 26 | MALE | PATERSON | PASSAIC | NJ | US | COMPANY B, 2D BATTALION, 35TH INFANTRY, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | ELANDT, AARON CUTLER | SGT | E05 | 20040530 | 23 | MALE | LOWELL | KENT | MI | US | HHC, 1ST BATTALION, 6TH INFANTRY REGIMENT, 1ST ARMORED DIVISION, APO AE 09034 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELIAS, ELIAS GEORGE | SPC | E04 | 20061223 | 27 | MALE | GLENDORA | LOS ANGELES | CA | US | HHT, 3D SQUADRON, 61ST CAVALRY, 2 BCT, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELIZALDE, ADRIAN MARCOS | SFC | E07 | 20070623 | 30 | MALE | NORTH BEND | COOS | OR | US | COMPANY C, 2D BATTALION, 1ST SPECIAL FORCES GROUP, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELLEDGE, MICHAEL DUANE | SSG | E06 | 20060517 | 41 | MALE | BROWNSBURG | HENDRICKS | IN | US | COMPANY C, 1ST BATTALION, 66TH ARMOR, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELLENBURG, KEVIN JAMES | PFC | E03 | 20061101 | 20 | MALE | MIDDLEBURG | CLAY | FL | US | COMPANY B, 1ST BATTALION, 22D INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELLIOTT, TERRY JOE | GYSGT | E07 | 20070201 | 34 | MALE | MIDDLETON | HARDEMAN | TN | US | WPNS CO, 3D BN, 3D MAR, (RCT-2, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | ALBU HYATT |
| ARMY | ACTIVE DUTY | ELLIS, JAMES DARREN | SSG | E06 | 20061002 | 25 | MALE | VALDOSTA | LOWNDES | GA | US | TROOP A, 7TH SQUADRON, 10TH CAVALRY REGIMENT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ELLIS, JESSICA ANN | CPL | E04 | 20080511 | 24 | FEMALE | BEND | DESCHUTES | OR | US | HHC, 2D SPECIAL TROOPS BATTALION, 2 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ELLIS, JOSEPH JOHN | SGTMAJ | E09 | 20070207 | 40 | MALE | ASHLAND | ASHLAND | OH | US | H&S CO, 2D BN, 4TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | BARWANAH |
| MARINE CORPS | ACTIVE DUTY | ELLSWORTH, JUSTIN MARK | LCPL | E03 | 20041113 | 20 | MALE | MOUNT PLEASANT | ISABELLA | MI | US | 7TH ESB, (CSSB-1, CSSG-11), 1ST FSSG, CAMP PENDLETON, CA | IZ | IZ | IRAQ | SOUTHEAST OF FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | ELROD, NATHAN ROSS | LCPL | E03 | 20061021 | 20 | MALE | SALISBURY | ROWAN | NC | US | WPNS CO, 1ST BN, 6TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | ELROD, STEVEN RAY | SPC | E04 | 20070910 | 20 | MALE | HOPE MILLS | CUMBERLAND | NC | US | TROOP C, 1ST SQUADRON, 73D CAVALRY, 2 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | EMANUEL, WILLIAM RIVER IV | SPC | E04 | 20040708 | 19 | MALE | STOCKTON | SAN JOAQUIN | CA | US | HHC, 1ST BATTALION, 26TH INFANTRY, SCHWEINFURT, GERMANY | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | EMARD, JONATHAN DAVID ARTHUR | SPC | E04 | 20080604 | 20 | MALE | MESQUITE | MULTIPLE | TX | US | COMPANY A, 1ST BATTALION, 87TH INFANTRY, 1BCT, FORT DRUM, NY | IZ | IZ | IRAQ | TIKRIT |
| NAVY | ACTIVE DUTY | EMERICK, DANIEL DAVID ARTHUR | PO3 | E03 | 20070102 | 21 | MALE | KENT | PORTAGE | OH | US | 1ST MARINE LOGISTICS GROUP | IZ | IZ | IRAQ | IRAQ |
| ARMY | ACTIVE DUTY | EMERSON, MATTHEW J | CPL | E04 | 20070919 | 20 | MALE | GRANDVIEW | YAKIMA | WA | US | TROOP D, 2D SQUADRON, 7TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | IZ | IRAQ | NINEWAH PROVINCE |
| ARMY | ACTIVE DUTY | EMERY, BLAIR WILLIAM | SGT | E04 | 20071130 | 24 | MALE | LEE | PENOBSCOT | ME | US | 571ST MILITARY POLICE COMPANY, 97TH MP BN, 89TH MP BDE, FORT LEWIS, WA | IZ | IZ | IRAQ | LSAA |
| ARMY | NATIONAL GUARD | EMMERT, WILLIAM ERIC | 1LT | O02 | 20060224 | 36 | MALE | LINCOLN | | TN | US | 269TH MP CO/ 607TH MP BN/ 8TH MP BDE | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | EMOLO, EBE FIRMIN | SPC | E04 | 20070407 | 33 | MALE | GREENSBORO | GUILFORD | NC | US | COMPANY D, 82D BRIGADE SUPPORT BATTALION, 3 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | ZAGANIYAH |
| MARINE CORPS | ACTIVE DUTY | EMUL, ADAM QUITUGUA | LCPL | E03 | 20070129 | 19 | MALE | VANCOUVER | CLARK | WA | US | L CO, 3D BN, 4TH MAR, 1ST MAR DIV, MCAGCC TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | ENDLICH, CORY MICHAEL | SGT | E04 | 20070608 | 23 | MALE | MASSILLON | STARK | OH | US | TROOP B, 2D SQUADRON, 1ST CAVALRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ENGEL, MARK EUGENE | LCPL | E03 | 20040721 | 21 | MALE | GRAND JUNCTION | MESA | CO | US | D CO, 2D LAR BN, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| ARMY | NATIONAL GUARD | ENGELDRUM, CHRISTIAN PHILIP | SSG | E06 | 20041129 | 39 | MALE | BRONX | BRONX | NY | US | 1ST BATTALION, 111TH TRAINING SUPPORT BATTALION, 2D BN, 69TH INFANTRY, NEW YORK, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ENGEMAN, JOHN WILLIAM | CW4 | W04 | 20060514 | 45 | MALE | EAST NORTH PORT | | NY | US | 1ST BATTALION, 212TH AVIATION, FORT RUCKER, AL | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ENGLISH, SHAWN LEVI | CPT | O03 | 20061203 | 35 | MALE | WESTERVILLE | DELAWARE | OH | US | CO D, 577TH ENGINEER BATTALION, 1ST ENGINEER BRIGADE, FORT LEONARD WOOD, MO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ENGSTROM, ANDREW TRAVIS | PFC | E03 | 20070704 | 22 | MALE | SLATON | LUBBOCK | TX | US | HHB, 1ST BATTALION 82D FIELD ARTILLERY REGIMENT, 1ST BCT, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ENOS, PETER GERALD | SGT | E04 | 20040409 | 24 | MALE | SOUTH DARTMOUTH | BRISTOL | MA | US | HHB, 1ST BATTALION +7TH FIELD ARTILLERY (1ST ID) APO AE 09033 (SCHWEINFURT, GE) | IZ | IZ | IRAQ | BAQUBAH |
| MARINE CORPS | RESERVE | ERDY, NICHOLAS BRANDON | LCPL | E03 | 20050511 | 21 | MALE | WILLIAMSBURG | CLERMONT | OH | US | L CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, COLUMBUS OH | IZ | IZ | IRAQ | KARABILAH |
| MARINE CORPS | ACTIVE DUTY | ESCALANTE, BRIAN ANWAR | LCPL | E03 | 20070217 | 25 | MALE | DODGE CITY | FORD | KS | US | H&S CO, 3D BN, 4TH MAR, 1ST MAR DIV, MCAGCC TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ASAD |
| MARINE CORPS | ACTIVE DUTY | ESCKELSON, CHRISTOPHER EDWIN | LCPL | E03 | 20070322 | 22 | MALE | VASSAR | TUSCOLA | MI | US | B CO, 1ST BN, 24TH MAR, (RCT-5, I MEF FWD), SAGINAW, MI | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | ESCOBAR, SERGIO HERNANDEZ | LCPL | E03 | 20051009 | 18 | MALE | PASADENA | LOS ANGELES | CA | US | I CO, 3D BN, 7TH MAR (2-28 BCT, 2D MAR DIV) 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | ESCOBEDO, JOSE REFUGIO JR | SGT | E05 | 20090519 | 32 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | 177 FA, 1-2 IN, 172D INF (DUR NM) 2NDBN 200 | IZ | IZ | IRAQ | IRAQ |
| ARMY | NATIONAL GUARD | ESPIN, DANIEL MARCUS | SGT | E05 | 20070615 | 43 | MALE | NEWTOWN | FAIRFIELD | CT | US | DET 1, CO B, 250TH SIGNAL BATTALION | IZ | IZ | IRAQ | TALLIL |
| AIR FORCE | ACTIVE DUTY | ESPAILLAT, PEDRO IGNACIO | SRA | E04 | 20040616 | 20 | MALE | COLUMBIA | | SC | US | 4TH AIRCRAFT MAINTENANCE SQUADRON, SEYMOUR JOHNSON AFB, NC | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | ESPARZA-GUTIERREZ, ANALAURA | PFC | E03 | 20030101 | 21 | FEMALE | HOUSTON | HARRIS | TX | US | COMPANY A, 4TH FORWARD SUPPORT BATTALION (4 ID) FORT HOOD, TEXAS 76544 | IZ | IZ | IRAQ | TIKRIT |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | | | Location | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | HART, JOHN DANIEL | PFC | E03 | 2003/10/18 | 20 | MALE | BEDFORD | MIDDLESEX | MA | US | COMPANY C, 1ST BATTALION 508TH INFANTRY, APO AE 09630 | IZ | IZ | IRAQ | TAZA |
| ARMY | ACTIVE DUTY | HART, NATHANIEL JR | SSG | E05 | 2003/07/26 | 29 | MALE | VALDOSTA | LOWNDES | GA | US | 260TH QUARTERMASTER, 416TH TRANSPORTATION, 3 ID, HUNTER ARMY AIRFIELD, GA 31409 | IZ | IZ | IRAQ | TALLIL |
| ARMY | ACTIVE DUTY | HARTFORD, JUSTIN PAUL | PV2 | E02 | 2009/05/08 | 21 | MALE | ELMIRA | CHEMUNG | NY | US | 699TH MAINTENANCE COMPANY, COMBAT SUPPORT BATTALION, FORT IRWIN, CA | IZ | IZ | IRAQ | JOINT BASE BALAD |
| ARMY | ACTIVE DUTY | HARTGE, NICHOLAS SCOTT | SPC | E03 | 2007/05/14 | 20 | MALE | ROME CITY | NOBLE | IN | US | COMPANY C, 1ST BATTALION, 26TH INFANTRY, 2 BCT, LEONARD BARRACKS, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HARTING, ADAM JAMES | SPC | E04 | 2005/07/25 | 21 | MALE | PORTAGE | PORTER | IN | US | COMPANY A, 3D BATTALION, 69TH ARMOR, 3ID, (TF LIBERTY), FORT STEWART, GA | IZ | IZ | IRAQ | SAMARRA |
| ARMY | RESERVE | HARTING, RALPH JOHN III | CPT | O03 | 2005/04/29 | 28 | MALE | WEST BLOOMFIELD | OAKLAND | MI | US | TROOP E, 2D SQUADRON,11TH ARMORED CAVALRY, (2 MEF), FORT IRWIN, CA 92310 | IZ | IZ | IRAQ | DIYARAH |
| ARMY | ACTIVE DUTY | HARTLEY, JARED DOUGLAS | SPC | E04 | 2005/07/15 | 22 | MALE | NEWKIRK | KAY | OK | US | HHD, 126TH FORWARD SUPPORT BATTALION, 1AD, (TF BAGHDAD), FORT RILEY, KS | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | HARTLEY, JEFFERY LEE | SSG | E06 | 2008/04/06 | 25 | MALE | HEMPSTEAD | WALLER | TX | US | HHB, 1ST BATTALION, 10TH FIELD ARTILLERY, 3 BCT, FORT BENNING, GA | IZ | IZ | IRAQ | KHARGULIAH |
| ARMY | RESERVE | HARTMAN, DAVID ALAN | SFC | E07 | 2004/07/17 | 41 | MALE | AKRON | TUSCOLA | MI | US | 401ST TRANS CO, 135 NORTH, WASHINGTON AVENUE, BATTLE CREEK, MI 49017-3000 | IZ | IZ | IRAQ | BAYJI |
| ARMY | ACTIVE DUTY | HARTMAN, JENNIFER MARIE | SGT | E05 | 2006/09/14 | 21 | FEMALE | NEW RINGGOLD | SCHUYLKILL | PA | US | COMPANY E, 4TH SUPPORT BATTALION, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HARTMAN, JOHN LEROY JR | SSG | E06 | 2006/11/30 | 39 | MALE | TAMPA | HILLSBOROUGH | FL | US | BATTERY B, 9TH FIELD ARTILLERY, FORT STEWART, GA | IZ | IZ | IRAQ | SHAABUR |
| ARMY | ACTIVE DUTY | HARTMAN, JONATHAN NICHOLAS | SGT | E05 | 2004/04/17 | 27 | MALE | JACKSONVILLE | DUVAL | FL | US | CO A, 2D BATTALION, 37TH ARMOR REGIMENT (1ST AD), APO AE 09074 (FRIEDBERG, GE) | IZ | IZ | IRAQ | DIWANIYAH |
| ARMY | ACTIVE DUTY | HARTWICK, MICHAEL LEE JR | CW3 | W03 | 2006/04/01 | 37 | MALE | ORRICK | RAY | MO | US | HHC, 4TH BATTALION, 4TH AVIATION, AVIATION BRIGADE, 4 ID, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HASLIP, TRAVIS FREDERICK | PFC | E03 | 2007/05/19 | 20 | MALE | OOLTEWAH | HAMILTON | TN | US | COMPANY A, 1ST BATTALION, 5TH CAVALRY, 2 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HASSE, DONALD JAY | SGT | E04 | 2005/11/29 | 28 | MALE | WICHITA FALLS | MULTIPLE | TX | US | COMPANY A, 1ST BATTALION, 13TH ARMOR (TF BAGHDAD), FORT RILEY, KS | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | HASTINGS, MATTHEW DISHONGH | SPC | E04 | 2009/08/17 | 23 | MALE | CLAREMORE | ROGERS | OK | US | 502ND MEDICAL LOGISTICS COMPANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | HATTABER, STEPHEN CLARENCE | SSG | E06 | 2003/12/25 | 43 | MALE | GWINN | MARQUETTE | MI | US | 652ND ENGINEER COMPANY, ELLSWORTH, WI 54011 | IZ | IZ | IRAQ | BAQUBA |
| ARMY | ACTIVE DUTY | HAUNERT, BRANDEN PATRICK | PV2 | E02 | 2008/05/16 | 21 | MALE | CINCINNATI | HAMILTON | OH | US | HHC, 2D BATTALION, 327TH INFANTRY, 1ST BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | HAUPT, RYAN EUGENE | SSG | E06 | 2006/10/17 | 24 | MALE | PHOENIX | MARICOPA | AZ | US | HHC, 1ST BATTALION, 68TH ARMOR, FORT CARSON, CO | IZ | IZ | IRAQ | BAQUBAH |
| AIR FORCE | ACTIVE DUTY | HAUSE, BRIAN PAUL | SSGT | E05 | 2008/10/23 | 29 | MALE | STOYSTOWN | SOMERSET | PA | US | 20TH EQUIPMENT MAINTENANCE SQUADRON, SHAW AFB, SC | IZ | IZ | IRAQ | JOINT BASE BALAD |
| ARMY | ACTIVE DUTY | HAWK EAGLE, SHELDON RAY | PFC | E03 | 2003/11/15 | 21 | MALE | GRAND FORKS | GRAND FORKS | ND | US | COMPANY C, 1ST BN, 320TH FIELD ARTILLERY REGIMENT, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HAWKINS, GENE ANTHONY | SGT | E05 | 2006/10/12 | 24 | MALE | ORLANDO | ORANGE | FL | US | COMPANY A, 14TH ENGINEER BATTALION, 555TH ENGINEER GROUP, FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HAWKINS, OMER THOMAS II | SSG | E06 | 2004/10/14 | 31 | MALE | CHERRY FORK | ADAMS | OH | US | HHC, 44TH ENGINEER BATTALION, 2D INFANTRY DIVISION (1ST MEF), APO AP 96224 | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | HAWN, ASBURY FRED II | SSG | E06 | 2005/08/14 | 35 | MALE | LEBANON | WILSON | TN | US | TROOP I, 3D SQUADRON, 278TH ACR (TF LIBERTY), MCMINNVILLE, TN | IZ | IZ | IRAQ | TUZ |
| ARMY | RESERVE | HAY, DENNIS PATRICK | CW2 | W02 | 2005/08/29 | 32 | MALE | VALDOSTA | LOWNDES | GA | US | TROOP F, 4TH SQUADRON, 3D ARMORED CAVALRY, (TF BAGHDAD), FORT CARSON, CO | IZ | IZ | IRAQ | TAL AFAR |
| ARMY | ACTIVE DUTY | HAYES, ERIK WAYNE | SPC | E04 | 2004/11/29 | 24 | MALE | CASCADE | WASHINGTON | MD | US | HHC, 2 BN, 2D INF, 1ST INF DIV, APO AE 09112, (VILSECK, GE) | IZ | IZ | IRAQ | AL MIQDADIYAH |
| ARMY | ACTIVE DUTY | HAYES, JAMES FREDERICK | MSG | E07 | 2005/11/06 | 48 | MALE | BARSTOW | SAN BERNARDINO | CA | US | BATTERY A, 1ST BATTALION, 320TH FIELD ARTILLERY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | NATIONAL GUARD | HAYES, MICHAEL RAY | SPC | E03 | 2005/06/14 | 29 | MALE | MORGANTOWN | BUTLER | KY | US | 617TH MILITARY POLICE COMPANY, RICHMOND, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HAYES, WILLIAM STEPHEN III | SPC | E04 | 2006/02/05 | 23 | MALE | SAINT TAMMANY | | LA | US | CO C, 1ST BN, 22D INF REG, 2D BCT (101ST), 4 ID, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | HAYNES, BRYANT JAMAL | PFC | E03 | 2010/06/26 | 21 | MALE | MONROE | OUACHITA | LA | US | COMPANY B, 199TH SUPPORT BATTALION, 1ST BRIGADE COMBAT TEAM, ALEXANDRIA, LA | IZ | IZ | IRAQ | AD DIWANIYAH |
| ARMY | ACTIVE DUTY | HAYNES, SCHUYLER BONTECOU | SFC | E07 | 2006/11/15 | 40 | MALE | NEW YORK | NEW YORK | NY | US | HHC, 1ST BATTALION, 12TH CAVALRY REGIMENT, 3 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HAYSLETT, TIMOTHY LAWRENCE | SGT | E05 | 2003/11/15 | 26 | MALE | NEWVILLE | CUMBERLAND | PA | US | HHC 1ST BATTALION 37TH ARMOR, APO AE 09081 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | HAZELGROVE, BRIAN DAVID | CW2 | W02 | 2004/01/24 | 29 | MALE | FT RUCKER | MULTIPLE | AL | US | 3RD BATTALION, 17TH CAVALRY, 10TH MOUNTAIN DIVISION, FORT DRUM, NY 13602 | IZ | IZ | IRAQ | MOSUL |
| ARMY | RESERVE | HAZLEHOOD, JOSHUA LEE | SPC | E04 | 2009/06/25 | 22 | MALE | MANVEL | BRAZORIA | TX | US | 614TH TRANSPORTATION COMPANY, HOUSTON, TX | KU | KU | KUWAIT | ARIFJAN |
| ARMY | ACTIVE DUTY | HEATH, DAVID MICHAEL | SGT | E05 | 2004/08/16 | 30 | MALE | LA PORTE | LA PORTE | IN | US | B COMPANY, 1ST BATTALION, 41ST INFANTRY (1AD), FT. RILEY, KS 66442 | IZ | IZ | IRAQ | SADR CITY |
| ARMY | ACTIVE DUTY | HEBERT, ANTHONY DAVID | SPC | E03 | 2007/06/21 | 19 | MALE | LAKE CITY | WABASHA | MN | US | COMPANY C, 1ST BATTALION, 26TH INFANTRY, SCHWEINFURT, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HEBERT, JUSTIN WILLIAM | SPC | E04 | 2003/08/01 | 20 | MALE | ARLINGTON | SNOHOMISH | WA | US | BATTERY D 319TH FIELD ARTILLERY, 173D AIRBORNE BRIGADE, APO AE 09630 | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | HECKER, WILLIAM FREDER III | MAJ | O04 | 2006/01/05 | 37 | MALE | SAINT LOUIS | | MO | US | HHB, 3D BATTALION, 16TH FIELD ARTILLERY, 4ID, (TF BAGHDAD), FORT HOOD, TX | IZ | IZ | IRAQ | AN NAJAF |
| ARMY | ACTIVE DUTY | HEFFELFINGER, MATTHEW CLAYTON | CW2 | W02 | 2009/11/08 | 29 | MALE | KIMBERLY | TWIN FALLS | ID | US | A TROOP, 2D SQUADRON, 6TH CAVALRY REGIMENT, 25TH COMBAT AVIATION BRIGADE | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | HEFLIN, CHRISTOPHER TODD | SGT | E05 | 2004/11/16 | 26 | MALE | PADUCAH | MCCRACKEN | KY | US | HQBN, IA CO, 3D BN, 1ST MAR, RCT-1, 1ST MARDIV), 2D MARDIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | HEIDELBERG, DAMIAN LAQUASHA | PFC | E03 | 2003/11/15 | 21 | MALE | BATESVILLE | PANOLA | MS | US | HHC 1ST BATTALION 187TH INFANTRY, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HEIDTMAN, KEITH NEIL | 1LT | O02 | 2007/05/26 | 24 | MALE | NORWICH | NEW LONDON | CT | US | TROOP B, 2D SQUADRON, 6TH CAVALRY, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | SOUTHWEST OF MUQDADIYAH |
| ARMY | ACTIVE DUTY | HEIGHTER, RAHEEN TYSON | SPC | E03 | 2003/07/24 | 22 | MALE | BAY SHORE | SUFFOLK | NY | US | HHC, 2ND BATTALION, 320TH FIELD ARTILLERY BATTALION, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | AL HAVID |
| ARMY | ACTIVE DUTY | HEINES, JEREMY MICHAEL | SPC | E04 | 2004/06/26 | 25 | MALE | NEW ORLEANS | ORLEANS | LA | US | COMPANY C, 1ST SQUADRON, 9TH CAVALRY, (1 CAV) FORT HOOD, TX 76546 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HEINLEIN, CHARLES THOMAS JR | SPC | E03 | 2007/07/31 | 23 | MALE | HEMLOCK | SAGINAW | MI | US | COMPANY B, 2D BATTALION, 3D INFANTRY, 3 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | HELDT, ERIK RYAN | LCPL | E03 | 2005/06/16 | 26 | MALE | HERMANN | GASCONADE | MO | US | C CO, 1ST BN, 6TH MAR, (2-BCT, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | HELLERMAN, BRIAN RICHARD | SSG | E06 | 2003/08/07 | 35 | MALE | FREEPORT | STEARNS | MN | US | COMPANY C 2ND BN 325TH PARACHUTE INF REG, FORT BRAGG, NC 28307 | IZ | IZ | IRAQ | BAGHDAD |
| AIR FORCE | ACTIVE DUTY | HELTON, JOSEPH DENNIS JR | 1STLT | O02 | 2009/09/08 | 24 | MALE | MONROE | WALTON | GA | US | 6TH SECURITY FORCES SQUADRON, MACDILL AFB, FL | IZ | IZ | IRAQ | NEAR FOB FALCON |
| ARMY | NATIONAL GUARD | HELTZEL, PAUL MARTIN | SGT | E05 | 2005/03/15 | 39 | MALE | BATON ROUGE | EAST BATON ROUGE | LA | US | COMPANY B, 2ND BATTALION, 156TH INFANTRY (MECH), 256TH INFANTRY BRIGADE, V CORPS, NEW IBERIA, LA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | HEMINGWAY, TERRY WAYNE | SSG | E06 | 2003/04/10 | 39 | MALE | WILLINGBORO | BURLINGTON | NJ | US | COMPANY C 1ST BATTALION 15TH INFANTRY, FORT BENNING, GA 31905 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENDERSON, ASHLEY LANE | 1LT | O02 | 2006/09/19 | 23 | FEMALE | BELLE MEAD | | NJ | US | 548TH MILITARY POLICE COMPANY, 709TH MILITARY POLICE BATTALION, FORT STEWART, GA | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | HENDERSON, MATTHEW CHARLES | CPL | E04 | 2004/05/26 | 25 | MALE | LINCOLN | LANCASTER | NE | US | 1ST CEB, 2D BN, 7TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | RESERVE | HENDERSON, MILES PARKER | CW2 | W02 | 2006/11/06 | 24 | MALE | AMARILLO | MULTIPLE | TX | US | COMPANY A, 1ST BATTALION, 82D AVIATION, FORT BRAGG, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | NATIONAL GUARD | HENDERSON, ROBERT LEWIS II | 1LT | O02 | 2004/04/17 | 33 | MALE | ALVATON | WARREN | KY | US | DETACHMENT 1, 2123RD TRANSPORTATION COMPANY, RICHMOND, KY 40475 | IZ | IZ | IRAQ | DIWANIYAH |
| ARMY | NATIONAL GUARD | HENDRICKSON, KENNETH WAYNE | SSG | E06 | 2004/01/24 | 41 | MALE | BISMARCK | BURLEIGH | ND | US | 957TH ENGINEER COMPANY (MULTIROLE), 3d INFANTRY DIVISION, BISMARCK, ND 58502 | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | NATIONAL GUARD | HENDRICKSON, ROBERT TAYLOR | SPC | E04 | 2005/02/01 | 24 | MALE | BROKEN BOW | MCCURTAIN | OK | US | COMPANY C, 2D BATTALION, 5TH INFANTRY, 1ST CAVALRY DIVISION, FORT HOOD, TX 76545 | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | HENDRIX, JASON RUSSELL | SSG | E06 | 2005/02/16 | 28 | MALE | CLAREMORE | ROGERS | OK | US | C CO, 1ST BN, 9TH INFANTRY, 2D INFANTRY DIVISION (1 MEF), FORT CARSON, CO | IZ | IZ | IRAQ | TAQUDDUM |
| ARMY | ACTIVE DUTY | HENKES, RICHARD JOSEPH II | SFC | E07 | 2006/09/03 | 32 | MALE | MILWAUKEE | CLACKAMAS | OR | US | COMPANY C, 2D BATTALION, 3D INFANTRY, 3 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENLEY, MELVIN LEE JR | SPC | E04 | 2007/11/21 | 26 | MALE | JACKSON | HINDS | MS | US | COMPANY B, 603D AVIATION SUPPORT BATTALION, 3D CAB, FORT STEWART, GA | IZ | IZ | IRAQ | CAMP STRIKER |
| ARMY | ACTIVE DUTY | HENNESSY, JACK TAFT | SGT | E05 | 2004/10/01 | 21 | MALE | NAPERVILLE | DU PAGE | IL | US | C COMPANY, 1ST BATTALION, 9TH INFANTRY, 1 CAVALRY DIVISION, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENRY, CHASSAN SANDU | SPC | E03 | 2005/02/25 | 20 | MALE | WEST PALM BEACH | PALM BEACH | FL | US | A COMPANY, 1ST BATTALION, 8TH INFANTRY, 2D INFANTRY DIVISION (1 MEF), FORT CARSON, CO | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | HENRY, GARY MICHAEL | SGT | E05 | 2008/08/04 | 34 | MALE | INDIANAPOLIS | MARION | IN | US | 38TH MILITARY POLICE COMPANY, 38TH MP BATTALION, 38TH MP BRIGADE, DANVILLE, IN | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENRY, JOSHUA JUSTICE | SPC | E04 | 2004/09/20 | 21 | MALE | AVONMORE | | PA | US | A BATTERY, 1ST BATTALION, 7TH FIELD ARTILLERY, 1ST INFANTRY DIVISION, APO AE 09033 (SCHWEINFURT, GE) | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | HENRY, LORNE EVAN JR | CPL | E04 | 2007/02/27 | 21 | MALE | NIAGARA FALLS | NIAGARA | NY | US | COMPANY A, 2D BRIGADE SPECIAL TROOPS BATTALION, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENRY, RAYMOND LAMAR | SPC | E04 | 2006/04/25 | 21 | MALE | ANAHEIM | ORANGE | CA | US | COMPANY C, 1ST BATTALION, 17TH INFANTRY, 172D SBCT, 1ST AG, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HENSEL, SHAWN DAVID | CPL | E03 | 2007/08/14 | 20 | MALE | LOGANSPORT | CASS | IN | US | COMPANY B, 2D BATTALION, 23D INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HENSON, CLAYTON WELCH | PFC | E03 | 2004/04/17 | 20 | MALE | STANTON | MARTIN | TX | US | A TROOP, 1ST SQUADRON, 2D ARMORED CAVALRY REGIMENT, FORT POLK, LA 71459 | IZ | IZ | IRAQ | DIWANIYAH |
| ARMY | ACTIVE DUTY | HENTHORN, JEFFREY STEWART | SPC | E04 | 2005/02/08 | 25 | MALE | CHOCTAW | OKLAHOMA | OK | US | 24TH TRANSPORTATION COMPANY, FORT RILEY, KS | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | HEREDIA, JOSEPH JAVIER | CPL | E04 | 2004/11/20 | 22 | MALE | SANTA MARIA | | CA | US | H&S CO, 3D BN, 5TH MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | GM | GERMANY | HOMBURG |
| ARMY | ACTIVE DUTY | HEREDIA, MARISOL | SPC | E04 | 2007/09/07 | 19 | FEMALE | EL MONTE | LOS ANGELES | CA | US | COMPANY G, 15TH BRIGADE SUPPORT BATTALION, 2 BCT, FORT HOOD, TX | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| ARMY | ACTIVE DUTY | HERINGES, DAVID ALLEN | SPC | E04 | 2007/08/24 | 36 | MALE | TAMPA | HILLSBOROUGH | FL | US | 82 CS, 1-503 PIR, 3-82 AB, (TASK ORG TO 25 ID) | IZ | IZ | IRAQ | 398 CSH AT TIKRIT |
| ARMY | ACTIVE DUTY | HERLEM, BRYANT ANTHONY | SPC | E06 | 2006/04/28 | 37 | MALE | COPPERAS COVE | CORYELL | TX | US | HHT, 6TH SQUADRON, 10TH CAVALRY, 4 BCT, 4ID, FORT HOOD, TX | IZ | IZ | IRAQ | TALL AFAR |
| ARMY | NATIONAL GUARD | HERMANSON, MICHAEL LAYNE | SPC | E04 | 2008/05/24 | 21 | MALE | FARGO | CASS | ND | US | COMPANY A, 164TH ENGINEER COMBAT BATTALION, MINOT, ND | IZ | IZ | IRAQ | AL ABAYACHI |
| ARMY | ACTIVE DUTY | HERNANDEZ, ARMANDO | SPC | E04 | 2004/08/01 | 22 | MALE | HESPERIA | SAN BERNARDINO | CA | US | B TROOP, 1ST SQDN, 4TH CAV REGT, 1ID, APO AE 09326, (SCHWEINFURT, GERMANY) | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HERNANDEZ, ERIC JAMES | SGT | E05 | 2007/12/04 | 26 | MALE | WEST MILFORD | PASSAIC | NJ | US | HHC, 1ST BATTALION, 327TH INFANTRY, 1 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | HERNANDEZ, FRANK BUDTAMANTE | SGT | E05 | 2005/02/17 | 21 | MALE | PHOENIX | MARICOPA | AZ | US | C TROOP, 2D SQD, 14TH CAV, 25TH ID (MULTI-NATIONAL CORPS I), FORT LEWIS, WA | IZ | IZ | IRAQ | TAL AFAR |
| ARMY | ACTIVE DUTY | HERNANDEZ, IRVING JR | SGT | E05 | 2008/07/12 | 28 | MALE | NEW YORK | NEW YORK | NY | US | COMPANY B, 1ST BATTALION, 17TH INFANTRY, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | HERNANDEZ, JASON JOHN | CPL | E04 | 2007/09/07 | 21 | MALE | STREETSBORO | PORTAGE | OH | US | TROOP A, 1ST SQUADRON, 5TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | IZ | IRAQ | MOSUL |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | Loc1 | Loc2 | Region | Place |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARINE CORPS | ACTIVE DUTY | MAY, DONALD CHARLES JR | SSGT | E06 | 2003/03/25 | 31 | MALE | RICHMOND | RICHMOND (CITY) | VA | US | 1ST TANK BN, 1ST MARDIV, MCAGCC, TWENTYNINE PALMS, CA 92278 | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | MAY, PATRICK WIGGS | PFC | E03 | 2008/09/02 | 22 | MALE | JAMESTOWN | CHAUTAUQUA | NY | US | COMPANY B, DIVISION SPECIAL TROOPS BATTALION, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | MAYBIN, DANNY EDWARD | MSG | E08 | 2008/06/07 | 47 | MALE | COLUMBIA | RICHLAND | SC | US | HEADQUARTERS, U.S. FORCES COMMAND, FORT MCPHERSON, GA | KU | IZ | CAMP ARIFJAN, KUWAIT CITY | |
| ARMY | ACTIVE DUTY | MAYEK, JOSEPH PATRICK | PFC | E03 | 2003/04/14 | 20 | MALE | ROCK SPRINGS | SWEETWATER | WY | US | COMPANY C (D BATTALION 6TH INFANTRY, APO AE 09034 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MAYHAN, RYAN LEE | LCPL | E03 | 2006/12/21 | 25 | MALE | HAWTHORNE | LOS ANGELES | CA | US | I CO, 3D BN, 4TH MAR, (RCT 7, I MEF FWD), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AH NAHIYAH |
| MARINE CORPS | ACTIVE DUTY | MAYNARD, CHAD BRYANT | LCPL | E03 | 2005/06/15 | 19 | MALE | MONTROSE | MONTROSE | CO | US | B CO, 1-66 AR, 1 BCT, 4 ID (ATTACHED TO 4 BCT, 10 MTN) (TASK ORG) | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | MAYNE, KENNETH WILLIAM | SSG | E05 | 2008/06/04 | 29 | MALE | FORT BENNING | | GA | US | B CO, 1-66 AR, 1 BCT, 4 ID (ATTACHED TO 4 BCT, 10 MTN) (TASK ORG) | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MAYNE, MICHAEL LEE | CPL | E04 | 2009/02/23 | 21 | MALE | BURLINGTON FLATS | OTSEGO | NY | US | TROOP A, 5TH SQUADRON, 1ST CAVALRY, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | BALAD |
| **ARMY** | **ACTIVE DUTY** | **MAYO, BARRY WAYNE** | **PV2** | **E02** | **2007/10/05** | **21** | **MALE** | **EORU** | | **MS** | **US** | **BATTERY B, 2D BATTALION, 82D FIELD ARTILLERY, 3 BCT, FORT HOOD, TX** | **IZ** | **IZ** | **IRAQ** | **BAQUBAH** |
| MARINE CORPS | ACTIVE DUTY | MAYORGA, PABLO VINICIO | CPL | E04 | 2006/04/15 | 33 | MALE | MARGATE | BROWARD | FL | US | 2D TANK BN, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | MAZZARELLA, ANTHONY MICHAEL | PFC | E03 | 2005/07/05 | 22 | MALE | BLUE SPRINGS | JACKSON | MO | US | COMPANY B, 1ST BATTALION, 15TH ARMOR, (TF BAGHDAD), FORT RILEY, KS | IZ | IZ | IRAQ | TAJI |
| MARINE CORPS | ACTIVE DUTY | MCANULTY, BRIAN PATRICK | MSGT | E08 | 2006/12/11 | 39 | MALE | VICKSBURG | WARREN | MS | US | HPNS CO, 3D BN, 4TH MAR, 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | MCARN, MONTREL SHANTE | CPL | E04 | 2007/02/19 | 21 | MALE | RAEFORD | HOKE | NC | US | 2D SQUADRON, 6TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCBETH, MORGANNE MARIE | SPC | E04 | 2010/07/02 | 19 | FEMALE | FREDRICKSBURG | | VA | US | HHC, 1ST SPECIAL TROOPS BATTALION, 1ST BRIGADE COMBAT TEAM, FORT BRAGG, NC | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | MCBRIDE, ZACHARY WADE | SGT | E04 | 2008/01/09 | 20 | MALE | BEND | DESCHUTES | OR | US | HHT, 3D SQUADRON, 2D CAVALRY, VILSECK, GERMANY | IZ | IZ | IRAQ | SINSIL |
| ARMY | NATIONAL GUARD | MCCAFFREY, PATRICK RYAN SR | SGT | E05 | 2004/06/22 | 34 | MALE | TRACY | SAN JOAQUIN | CA | US | COMPANY A, 579TH ENGINEER BATTALION, PETALUMA, CA 94433 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | MCCALL, DANIEL LEE | SGT | E05 | 2007/10/30 | 24 | MALE | PACE | SANTA ROSA | FL | US | COMPANY A, 1ST BATTALION, 15TH INFANTRY, 3 BCT, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCCANDLESS, RODNEY LYNN | SPC | E03 | 2007/04/07 | 21 | MALE | CAMDEN | OUACHITA | AR | US | COMPANY D, 82D BRIGADE SUPPORT BATTALION, FORT BRAGG, NC | IZ | IZ | IRAQ | ZAGANIYAH |
| ARMY | ACTIVE DUTY | MCCANTS, MARQUIS JERMAINE | CPL | E04 | 2007/05/18 | 23 | MALE | SAN ANTONIO | BEXAR | TX | US | HHC, 1ST BATTALION, 326TH INFANTRY, 2 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | MCCARTHY, CHRISTOPHER DOLLETE | SPC | E04 | 2008/06/01 | 28 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | US HEADQUARTERS JOINT FORCES COMMAND, NORFOLK, VA | IZ | IZ | IRAQ | CAMP RAMADI |
| ARMY | ACTIVE DUTY | MCCARTHY, JOSEPH CHRISTOPHER | CPL | E04 | 2004/09/06 | 21 | MALE | CONCHO | APACHE | AZ | US | F CO, 2D BN, 1ST MAR, RCT-1, 1ST MARDIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | MCCAUGHN, RYAN THOMAS | LCPL | E03 | 2006/11/07 | 19 | MALE | MANCHESTER | HILLSBOROUGH | NH | US | C CO, 1ST BN, 6TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | MCCAULEY, RYAN MICHAEL | SPC | E03 | 2004/08/05 | 20 | MALE | LEWISVILLE | MULTIPLE | TX | US | A COMPANY, 2D BATTALION, 5TH CAVALRY, 1ST CAVALRY DIVISION, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | MCCAULLEY, RANDY DONALD | SPC | E06 | 2006/03/23 | 44 | MALE | INDIANA | INDIANA | PA | US | COMPANY A, 1ST BATTALION, 110TH INFANTRY, INDIANA, PA | IZ | IZ | IRAQ | TAQADDUM |
| ARMY | ACTIVE DUTY | MCCLEERY, JEREMIAH PAUL | SPC | E04 | 2009/05/02 | 24 | MALE | PORTOLA | PLUMAS | CA | US | HHC, 1ST BATTALION, 12TH CAVALRY, 3 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | MCCLOUD, CHRISTOPHER MICHAEL | PFC | E02 | 2007/09/14 | 24 | MALE | MALAKOFF | HENDERSON | TX | US | TROOP B, 6TH SQUADRON, 9TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | FOB NORMANDY |
| MARINE CORPS | ACTIVE DUTY | MCCLOUD, JOSEPH TRANE | LTCOL | O04 | 2006/12/04 | 39 | MALE | GROSSE POINTE PARK | WAYNE | MI | US | H&S CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | HADITHAH DAM |
| MARINE CORPS | RESERVE | MCCLUNG, MEGAN MALIA | MAJ | O04 | 2006/12/06 | 34 | FEMALE | COUPEVILLE | ISLAND | WA | US | I MEF HEADQUARTERS GROUP, (I MEF FWD), I MEF, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | MCCONNELL, DANIEL JAMES | SPC | E04 | 2004/11/16 | 27 | MALE | DULUTH | ST LOUIS | MN | US | COMPANY C, 1ST BN, 27TH INFANTRY, 25TH INFANTRY DIV, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | KIRKUK |
| MARINE CORPS | RESERVE | MCCORMICK, BRAD PRESTON | CPL | E04 | 2004/08/19 | 23 | MALE | ALLONS | OVERTON | TN | US | I CO, 3D BN, 24TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | MCCORMICK, CLINTON TYLER | PFC | E02 | 2006/12/27 | 20 | MALE | JACKSONVILLE | DUVAL | FL | US | COMPANY A, 2D BSTB, 2D INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MCCORMICK, DAVID PHILLIP | CPL | E04 | 2008/04/28 | 26 | MALE | FRESNO | FORT BEND | TX | US | HHT, 1ST SQUADRON, 75TH CAVALRY, 2 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCCOY, GREGORY WILLIAM GUY | SSG | E05 | 2006/11/08 | 26 | MALE | WEBBERVILLE | | MI | US | 410 MP CO, 372 MP BN, (89 MP BDE), FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCCOY, STEVE AARON | SGT | E05 | 2008/06/10 | 23 | MALE | MOULTRIE | COLQUITT | GA | US | COMPANY C, 64TH ARMOR, 4TH BCT, 3RD INF DIV, FORT STEWART, GA | IZ | US | UNITED STATES | SAN ANTONIO |
| MARINE CORPS | ACTIVE DUTY | MCCRACKIN, CHRISTOPHER MATTHEW | LCPL | E03 | 2005/11/15 | 20 | MALE | LIVERPOOL | | TX | US | F CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | MCCRAE, ERIK SCOTT | 1LT | O02 | 2004/06/04 | 25 | MALE | TIGARD | WASHINGTON | OR | US | D COMPANY, 2D BATTALION, 162D INFANTRY, COOS BAY, OR | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCCRAY, CHRISTOPHER | PFC | E03 | 2008/10/14 | 23 | MALE | COLUMBIA | MARION | MS | US | A CO, 1-21 IN, 2 BCT, 25 ID (TASK ORG TO 4 ID) | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | MCCUNE, DONALD ROY II | SPC | E04 | 2004/06/05 | 20 | MALE | YPLSILANTI | WASHTENAW | MI | US | COMPANY C, 1ST BATTALION, 161ST INFANTRY, MOSES LAKE, WA | IZ | GM | GERMANY | LANDSTUHL |
| ARMY | ACTIVE DUTY | MCCUNE, SEAN PATRICK | PFC | E02 | 2009/01/11 | 20 | MALE | EULESS | TARRANT | TX | US | COMPANY A, 2ND BATTALION, 35TH INFANTRY REGIMENT, 3 BCT, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | MCCURDY, RYAN STANLEY | LCPL | E03 | 2006/01/05 | 20 | MALE | BATON ROUGE | EAST BATON ROUGE | LA | US | HQ CO, RCT 6, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | MCDANIEL, JUCTIN RICHARD PAT | PFC | E03 | 2007/12/17 | 19 | MALE | ANDOVER | MERRIMACK | NH | US | 536TH MAINTENANCE COMPANY, 524TH CSSB, 45TH SB, 8 TSC, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCDAVID, ROBERT TAYLOR III | CPL | E04 | 2008/03/10 | 29 | MALE | STARKVILLE | OKTIBBEHA | MS | US | | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCDONALD, SEAN KARL | SPC | E04 | 2007/03/25 | 21 | MALE | ROSEMOUNT | DAKOTA | MN | US | COMPANY A, 9TH ENGINEER BATTALION, 2 BCT, LEONARD BARRACKS, GM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | MCDONOUGH, BRYAN THOMAS | SGT | E04 | 2006/12/02 | 22 | MALE | MAPLEWOOD | RAMSEY | MN | US | COMPANY B, 2D BATTALION, 136TH INFANTRY, (1 MEF), CROOKSTON, MN | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | RESERVE | MCDOUGLE, RICHARD GENE | SFC | E07 | 2012/01/10 | 49 | MALE | CONNELLSVILLE | FAYETTE | PA | US | COMPANY B, WARRIOR TRANSITION BRIGADE, NORTHERN REGIONAL MEDICAL COMMAND, WTC, BETHESDA, MD | KU | US | UNITED STATES | CONNELLSVILLE |
| ARMY | ACTIVE DUTY | MCDOWELL, ROBERT MATTHEW | SGT | E04 | 2007/04/01 | 30 | MALE | DEER PARK | HARRIS | TX | US | HHC, SPECIAL TROOPS BATTALION, 2 BCT, 10TH INFANTRY, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| AIR FORCE | ACTIVE DUTY | MCELROY, BRIAN | SSGT | E05 | 2008/01/22 | 28 | MALE | SAN ANTONIO | BEXAR | TX | US | 3RD SECURITY FORCES SQUADRON, ELMENDORF AIR FORCE BASE, AK | IZ | IZ | IRAQ | NEAR TAJI |
| ARMY | ACTIVE DUTY | MCELVEEN, ANTHONY THOMAS | CPL | E04 | 2005/12/01 | 21 | MALE | LITTLE FALLS | MORRISON | MN | US | F CO, 2D BN, 7TH MAR, (RCT-6, 2D MAR DIV), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | MCFALL, THOMAS MICHAEL | SSG | E06 | 2007/05/28 | 36 | MALE | GLENDORA | LOS ANGELES | CA | US | COMPANY B, 1ST BATTALION, 38TH INFANTRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCFARLANE, DWAYNE JAMES JR | SPC | E04 | 2005/01/09 | 20 | MALE | CASS LAKE | | MN | US | HHC, 2D BN, 15TH FA, (TF BAGHDAD), 10TH MTN DIV, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCFARLANE, JACKIE LEWIS JR | CW2 | W02 | 2007/08/14 | 30 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | COMPANY B, 1ST BATTALION, 52D AVIATION, FORT WAINWRIGHT, AK | IZ | IZ | IRAQ | TAQQADUM |
| ARMY | ACTIVE DUTY | MCGAUGH, DUSTIN KNIGHT | SPC | E04 | 2003/09/30 | 20 | MALE | DERBY | SEDGWICK | KS | US | HHB 17TH FIELD ARTILLERY BRIGADE, FORT SILL, OK 73503 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | MCGEE, JOHN EDWARD | SSG | E05 | 2005/05/02 | 36 | MALE | COLUMBUS | MUSCOGEE | GA | US | 210 1ST TRANSPORTATION COMPANY, 10TH CSB, 122D CSG (1 CORP), CAMDEN, AL | IZ | IZ | IRAQ | AD DIWANIYAH |
| ARMY | ACTIVE DUTY | MCGEOGH, HOLLY JEANNE | SPC | E03 | 2004/01/31 | 19 | FEMALE | TAYLOR | WAYNE | MI | US | COMPANY A, 4TH FSB, 4TH INFANTRY DIVISION, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | MCGHEE, RYAN CASEY | CPL | E04 | 2009/05/13 | 21 | MALE | FREDERICKSBURG | FREDERICKSBURG (CITY) | VA | US | COMPANY D, 3D BATTALION, 75TH RANGER REGIMENT, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCGILL, ARTHUR RAYMOND | SGT | E05 | 2005/07/19 | 36 | MALE | GRAVETTE | BENTON | AR | US | BATTERY B, 1ST BATTALION, 9TH FIELD ARTILLERY, 3 ID, (TF BAGHDAD), FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCGINNIS, BRIAN DANIEL | SGT | E05 | 2003/03/30 | 23 | MALE | ST. GEORGE | | DE | US | HMLA-169, MAG-39, MCAS CAMP PENDLETON, CA | IZ | IZ | IRAQ | NEAR JALIBAH AIR BASE |
| ARMY | ACTIVE DUTY | MCGINNIS, RICKY LEE | 1SG | E08 | 2006/10/26 | 42 | MALE | HAMILTON | BUTLER | OH | US | TROOP A, 6TH SQUADRON, 8TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | MCGINNIS, ROSS ANDREW | SPC | E03 | 2006/12/04 | 19 | MALE | KNOX | CLARION | PA | US | COMPANY C, 1ST BATTALION, 26TH INFANTRY, 2 BCT, SCHWEINFURT, GM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCGLOTHIN, MICHAEL ANTHONY | SPC | E04 | 2004/04/17 | 21 | MALE | MILWAUKEE | MILWAUKEE | WI | US | C COMPANY, 115TH FORWARD SUPPORT BATTALION (1ST CAV) FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MCGLOTHLIN, DONALD RYAN | 1STLT | O01 | 2005/11/16 | 26 | MALE | LEBANON | RUSSELL | VA | US | F CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | UBAYDI |
| ARMY | ACTIVE DUTY | MCGOVERN, TIMOTHY IAN | CPT | O03 | 2007/10/31 | 28 | MALE | SAINT ROBERT | | MO | US | TROOP E, 2D SQUADRON, 7TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | MCGOWAN, STEPHEN MICHAEL | CPL | E04 | 2005/03/04 | 26 | MALE | NEWARK | NEW CASTLE | DE | US | HHC, 1ST BATTALION, 9TH INFANTRY, 2D INFANTRY DIVISION, (1 MEF) FORT CARSON, CO | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | MCGUIRE, DANIEL AARON CARPENTER | PFC | E02 | 2008/08/14 | 19 | MALE | MASHPEE | BARNSTABLE | MA | US | 3D BN, 6TH MAR, (RCT-1, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | MCHALE, JAMES ALLEN | SGT | E05 | 2008/07/31 | 31 | MALE | FAIRFIELD | TETON | MT | US | COMPANY A, 8TH ENGINEER BATTALION, 2BCT, SMITH BARRACKS, GM | IZ | US | UNITED STATES | WASHINGTON DC |
| ARMY | NATIONAL GUARD | MCHALFFEY, JEREMY WAYNE | SPC | E04 | 2005/01/04 | 28 | MALE | MABLEVALE | | AR | US | HHC, 39TH INFANTRY BRIGADE, (TF BAGHDAD), LITTLE ROCK, AR | IZ | IZ | IRAQ | BAGHDAD |
| NAVY | RESERVE | MCHUGH, SCOTT RONALD | PO2 | E05 | 2004/05/02 | 33 | MALE | BOCA RATON | PALM BEACH | FL | US | NAVAL MOBILE CONSTRUCTION BATTALION FOURTEEN, JACKSONVILLE, FL | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | MCILVAINE, JAMES RYAN | SGT | E05 | 2009/04/30 | 26 | MALE | ONLEY | | MD | US | 1ST BN, 7TH MAR, (RCT-3, II MEF FWD), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | CAMP BAHARIA |
| NAVY | ACTIVE DUTY | MCINTOSH, ERIC ALAN | SSGT | E06 | 2006/04/02 | 29 | MALE | TRAFFORD | WESTMORELAND | PA | US | K CO, 3D BN, 6TH MAR, (RCT-5, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| NAVY | ACTIVE DUTY | MCINTOSH, JOSHUA DWAYNE | HN | E03 | 2003/06/26 | 22 | MALE | KINGMAN | MOHAVE | AZ | US | HPNS CO 3RD BN 7TH MAR, 1ST MARDIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | KARBALA |
| ARMY | ACTIVE DUTY | MCINTOSH, SCOTT ALEXANDER | CPL | E04 | 2008/03/10 | 26 | MALE | CHAPARRAL | DONA ANA | NM | US | COMPANY D, 1ST BATTALION, 64TH ARMOR, 2 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCKEEVER, DAVID MATTHEW | SGT | E04 | 2004/04/06 | 25 | MALE | BUFFALO | ERIE | NY | US | B BATTERY, 2D BATTALION / 3D FIELD ARTILLERY (1ST BCT, FORT BLISS), APO AE 09361 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | MCKENNA, JOHN JAMES IV | CAPT | O03 | 2006/08/16 | 30 | MALE | BROOKLYN | | NY | US | HHC, 2ND BN, 4TH MAR, (RCT-5, 2D MAR DIV, 4 MEB FWD), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | NATIONAL GUARD | MCKINLEY, ERIC SCOTT | SPC | E04 | 2004/06/13 | 24 | MALE | CORVALLIS | BENTON | OR | US | B COMPANY, 2ND BN, 162ND INFANTRY REGIMENT, (1 CAV) CORVALLIS, OR 97330-2599 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | MCKINLEY, ROBERT LEON | PV2 | E02 | 2003/07/07 | 23 | MALE | KOKOMO | HOWARD | IN | US | HHC 1ST BRIGADE 101 AIR ASSAULT DIVISION, FORT CAMPBELL, KY 42223 | IZ | GM | GERMANY | HOMBERG |
| ARMY | ACTIVE DUTY | MCKINNEY, JEFFREY RAY | 1SG | E08 | 2007/07/11 | 40 | MALE | GARLAND | DALLAS | TX | US | HHC, 1ST BN, 18TH INFANTRY, 2 BCT, (4 INF DIV) SCHWEINFURT, GM | IZ | IZ | IRAQ | ADHAMIYAH |
| ARMY | ACTIVE DUTY | MCKINZIE, ANTOINE JAY | CPL | E04 | 2006/03/21 | 25 | MALE | INDIANAPOLIS | MARION | IN | US | B BATTERY, 4TH BATTALION, 27TH FIELD ARTILLERY, BAUMHOLDER, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MCKISKI, ADAM THOMAS | CPL | E04 | 2008/08/07 | 21 | MALE | CHERRY VALLEY | WINNEBAGO | IL | US | 1ST MAINTENANCE BN, CLR-15, 1ST MLG, CAMP PENDLETON, CA | IZ | IZ | IRAQ | KARMAH |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Ctry | | Ctry2 | CtryName | Unit | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIR FORCE | ACTIVE DUTY | MCKNIGHT, OMAR JAMES | SRA | E04 | 2009/01/18 | 22 | MALE | MARRERO | JEFFERSON | LA | US | | IZ | IRAQ | 6TH SECURITY FORCES SQUADRON, MACDILL AFB, FL | JOINT BASE BALAD |
| ARMY | NATIONAL GUARD | MCLAUGHLIN, MICHAEL ERICH | LTC | O05 | 2006/01/05 | 44 | MALE | MERCER | MERCER | PA | US | | IZ | IRAQ | HHC, 2D BRIGADE COMBAT TEAM, 28TH INFANTRY DIVISION, (2 MEF) WASHINGTON, PA | AR RAMADI |
| ARMY | NATIONAL GUARD | MCLAUGHLIN, SCOTT PAUL | SGT | E04 | 2005/09/22 | 29 | MALE | HARDWICK | CALEDONIA | VT | US | | IZ | IRAQ | HHC, 1ST BATTALION, 172D ARMOR REGIMENT, (2 MEF), ST. ALBANS, VT | AR RAMADI |
| ARMY | ACTIVE DUTY | MCLEAD, GARRETT IAN | SGT | E04 | 2007/06/22 | 23 | MALE | ROCKPORT | ARANSAS | TX | US | | IZ | IRAQ | HHC, 2D BATTALION, 30TH INFANTRY, 3 BCT, SCHOFIELD BARRACKS, HI | MULTAKA |
| MARINE CORPS | ACTIVE DUTY | MCLEESE, JUSTIN DANIEL | LCPL | E03 | 2004/11/13 | 19 | MALE | COVINGTON | ST TAMMANY | LA | US | | IZ | IRAQ | I CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | FALLUJAH |
| ARMY | ACTIVE DUTY | MCLYMAN, ERIN LEIGH | PFC | E02 | 2010/03/13 | 26 | FEMALE | FEDERAL WAY | KING | WA | US | | IZ | IRAQ | COMPANY B, 296TH BRIGADE SUPPORT BN, 3D STRYKER BCT, 2 ID, FORT LEWIS, WA | BALAD |
| ARMY | ACTIVE DUTY | MCMAHAN, DON STEVEN | SSG | E06 | 2004/04/09 | 31 | MALE | NASHVILLE | DAVIDSON | TN | US | | IZ | IRAQ | 1/94TH FA, 1AD, BAUMHOLDER, GE | BAGHDAD |
| ARMY | ACTIVE DUTY | MCMAHON, GRAHAM MARTIN | CPL | E04 | 2007/09/19 | 22 | MALE | CORVALLIS | BENTON | OR | US | | IZ | IRAQ | COMPANY C, 4TH BATTALION, 9TH INFANTRY, FORT LEWIS, WA | BALAD |
| ARMY | ACTIVE DUTY | MCMILLAN, JACOB GERALD | SSG | E06 | 2006/12/20 | 25 | MALE | LAFAYETTE | LAFAYETTE | LA | US | | IZ | IRAQ | COMPANY A, 1ST BATTALION, 501ST INFANTRY, FORT RICHARDSON, AK | BAGHDAD |
| ARMY | ACTIVE DUTY | MCMILLAN, WILLIAM LLOYD III | CPL | E04 | 2008/07/06 | 22 | MALE | LEXINGTON | FAYETTE | KY | US | | IZ | IRAQ | HHC, 1ST BATTALION, 21ST INFANTRY, 2 BCT, SCHOFIELD BARRACKS, HI | BAGHDAD |
| ARMY | NATIONAL GUARD | MCMILLIN, HEATH ALLYN | SGT | E05 | 2003/07/27 | 29 | MALE | CANANDAIGUA | ONTARIO | NY | US | | IZ | IRAQ | 105TH MILITARY POLICE COMPANY, 27 MASTEN AVENUE, BUFFALO, NY 14204 | BAGHDAD |
| ARMY | NATIONAL GUARD | MCMULLEN, MICHAEL JOSEPH | SSG | E06 | 2006/01/10 | 20 | MALE | SALISBURY | WICOMICO | MD | US | | US | UNITED STATES | 243D ENGINEER COMPANY, REISTERSTOWN, MD | WASHINGTON |
| ARMY | NATIONAL GUARD | MCNAIL, ROBERT ALLEN | SGT | E04 | 2005/02/11 | 30 | MALE | BREMERTON | KITSAP | WA | US | | IZ | IRAQ | COMPANY B, 152TH ENGINEER BATTALION, LUCEDALE, MS | BAGHDAD |
| ARMY | NATIONAL GUARD | MCNARY, ROBBIE DEAN | MSG | E07 | 2005/03/31 | 42 | MALE | LEWISTOWN | FERGUS | MT | US | | IZ | IRAQ | COMPANY C, 1ST BATTALION, 163D INFANTRY, (42ND INF DIV), LEWISTOWN, MONTANA | HAWIJA |
| ARMY | RESERVE | MCNAUGHTON, JAMES DENNIS | SSG | E06 | 2005/08/02 | 27 | MALE | MIDDLE VILLAGE | OTSEGO | NY | US | | IZ | IRAQ | HHD, 306TH MILITARY POLICE BATTALION, UNIONDALE, NY | BAGHDAD |
| ARMY | NATIONAL GUARD | MCNEAL, JEREMIAH EMMANUEL | SSG | E05 | 2008/04/06 | 23 | MALE | NORFOLK | NORFOLK (CITY) | VA | US | | IZ | IRAQ | 237TH ENGINEER COMPANY, WEST POINT, VA | BAGHDAD |
| ARMY | ACTIVE DUTY | MCNEILL, PHILLIP DAVID | SGT | E05 | 2007/01/20 | 22 | MALE | SUNRISE | BROWARD | FL | US | | IZ | IRAQ | HHC, 3D BATTALION, 505TH INFANTRY, 4 BCT, FORT RICHARDSON, AK | KARMAH |
| ARMY | ACTIVE DUTY | MCNULTY, MICHAEL LOUIS | MSG | E07 | 2005/06/17 | 36 | MALE | KNOXVILLE | KNOX | TN | US | | IZ | IRAQ | HQ, UNITED STATES ARMY SPECIAL OPERATIONS COMMAND, FORT BRAGG, NC | AL QAIM |
| ARMY | ACTIVE DUTY | MCPEEK, ALAN EUGENE | SPC | E04 | 2007/02/02 | 20 | MALE | TUCSON | PIMA | AZ | US | | IZ | IRAQ | 1, 14TH ENGINEER BATTALION, GIESSEN, GERMANY | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | MCPHILLIPS, BRIAN MICHAEL | 1STLT | O02 | 2003/04/04 | 25 | MALE | PEMBROKE | PLYMOUTH | MA | US | | IZ | IRAQ | 2D TANK BN, 2D MARDIV, CAMP LEJEUNE, NC | |
| MARINE CORPS | ACTIVE DUTY | MCRAE, JAMES HEATH | CPL | E04 | 2007/07/24 | 22 | MALE | SPRINGTOWN | | TX | US | | IZ | IRAQ | H&S CO, 3D MAINT BN, CLR-35, 3D MLG, OKINAWA, JAPAN | RUSHDIYAH |
| NAVY | ACTIVE DUTY | MCRILL, ROBERT RICHARD | PO1 | E06 | 2007/07/06 | 42 | MALE | MIAMI | DADE | FL | US | | IZ | IRAQ | CNSWG TWO, LITTLE CREEK, VA | SADR CITY |
| ARMY | ACTIVE DUTY | MCSHAN, CLARENCE DOUGLAS | SFC | E07 | 2006/06/08 | 31 | MALE | MERIDIAN | LAUDERDALE | MS | US | | IZ | IRAQ | COMPANY B, 2D BATTALION, 502D INFANTRY, 4 ID, FORT CAMPBELL, KY | AR RAMADI |
| NAVY | ACTIVE DUTY | MCSWEEN, JOSEPH ADAM | PO1 | E06 | 2007/04/06 | 26 | MALE | VALDOSTA | LOWNDES | GA | US | | IZ | IRAQ | EXPLOSIVE ORDNANCE DISPOSAL MOBILE UNIT 11, WHIDBEY ISLAND, WA | HAWIJAH |
| ARMY | RESERVE | MCVEY, OTIE JOSEPH | SFC | E07 | 2004/11/07 | 53 | MALE | OAK HILL | FAYETTE | WV | US | | US | UNITED STATES | 706TH TRANSPORTATION COMPANY, 475 QUARTERMASTER GROUP, KENTON, OH | BECKLEY |
| MARINE CORPS | ACTIVE DUTY | MCVICKER, DANIEL MORGAN | LCPL | E03 | 2005/10/06 | 20 | MALE | ALLIANCE | MULTIPLE | OH | US | | IZ | IRAQ | CSSD 21, (CLB-2), CHERRY POINT, NC | AL QAIM |
| ARMY | ACTIVE DUTY | MEDDERS, MICHAEL J | CPT | O03 | 2008/09/24 | 25 | MALE | EAD | | OH | US | | IZ | IRAQ | HHT, 2D SQUADRON, 3 ACR, FORT HOOD, TX | BAQUBAH |
| MARINE CORPS | ACTIVE DUTY | MEDELLIN, JESUS MARTIN ANTONIO | CPL | E04 | 2003/04/07 | 21 | MALE | FORT WORTH | | TX | US | | IZ | IRAQ | 3D AABN, 1ST MARDIV, CAMP PENDLETON, CA | |
| MARINE CORPS | ACTIVE DUTY | MEDINA, BRIAN ANTHONY | LCPL | E03 | 2004/11/12 | 20 | MALE | WOODBRIDGE | PRINCE WILLIAM | VA | US | | IZ | IRAQ | B CO, 1ST BN, 3D MAR, RCT-7, 1ST MAR DIV, CAMP PENDLETON, CA | FALLUJAH |
| ARMY | ACTIVE DUTY | MEDINA, IRVING | SPC | E04 | 2003/11/14 | 22 | MALE | MIDDLETOWN | MULTIPLE | NY | US | | IZ | IRAQ | SERVICE BATTERY 4TH BATTALION 1ST FIELD ARTILLERY, FORT RILEY, KS 66442 | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MEDLICOTT, MATTHEW SAUER | LCPL | E03 | 2007/06/25 | 21 | MALE | HOUSTON | HARRIS | TX | US | | IZ | IRAQ | C CO, 1ST BN, 1ST MAR, (RCT-6, II MEF FWD), 1ST MAR DIV, CAMP PENDLETON, CA | TAQQADUM |
| ARMY | ACTIVE DUTY | MEDLIN, JEAN PAUL | SGT | E05 | 2007/05/19 | 27 | MALE | PELHAM | SHELBY | AL | US | | IZ | IRAQ | COMPANY A, 1ST BATTALION, 5TH CAVALRY, 2 BCT, FORT HOOD, TX | BAGHDAD |
| ARMY | ACTIVE DUTY | MEEUWSEN, WILLIAM BENJAMIN | SGT | E05 | 2005/11/23 | 24 | MALE | KINGWOOD | MULTIPLE | TX | US | | IZ | IRAQ | COMPANY A, 2D BATTALION, 502D INFANTRY (TF BAGHDAD), FORT CAMPBELL, KY | RAMADI |
| ARMY | ACTIVE DUTY | MEJIA, BENJAMIN ENRIQUE | SGT | E04 | 2006/05/31 | 25 | MALE | SALEM | ESSEX | MA | US | | IZ | IRAQ | COMPANY D, 4TH SQUADRON, 14TH CAVALRY, FORT WAINWRIGHT, ALASKA | BAGHDAD |
| ARMY | NATIONAL GUARD | MEJIA, BOBBY II | SPC | E04 | 2006/12/23 | 20 | MALE | SAGINAW | SAGINAW | MI | US | | IZ | IRAQ | COMPANY E, 1ST BATTALION, 125TH INFANTRY, BIG RAPIDS, MI | SALMAN PAK |
| ARMY | ACTIVE DUTY | MEJIAS, DAVID ALFONSO | SSG | E06 | 2007/04/01 | 26 | MALE | SAN JUAN | SAN JUAN | PR | US | | IZ | IRAQ | HHC, SPECIAL TROOPS BATTALION, 2ND BRIGADE COMBAT TEAM, (1/25), FORT DRUM, NY | BAGHDAD |
| ARMY | NATIONAL GUARD | MELCHER, MARK WILLIAM | SPC | E04 | 2006/04/15 | 34 | MALE | PITTSBURGH | ALLEGHENY | PA | US | | IZ | IRAQ | CO A, 1ST BATTALION, 109TH INFANTRY, 2D BCT, 28TH ID, (1 MEF), HONESDALE, PA | TAQADDUM |
| ARMY | ACTIVE DUTY | MELE, JOHN WILLIAM | SGT | E05 | 2007/09/14 | 25 | MALE | BUNNELL | | FL | US | | IZ | IRAQ | COMPANY E, 1ST BATTALION, 30TH INFANTRY, FORT STEWART, GA | ARAB JABOUR |
| MARINE CORPS | ACTIVE DUTY | MELIA, ANTHONY CHARLES | LCPL | E03 | 2007/01/27 | 20 | MALE | THOUSAND OAKS | VENTURA | CA | US | | IZ | IRAQ | F CO, 2D BN, 4TH MAR, 1ST MAR DIV, MCB CAMP PENDLETON, CA | FALLUJAH |
| ARMY | ACTIVE DUTY | MELLEN, CASEY LEE | CPL | E04 | 2006/09/25 | 21 | MALE | HUACHUCA CITY | COCHISE | AZ | US | | IZ | IRAQ | HHC, 5TH BATTALION, 20TH INFANTRY REGIMENT, (25TH ID), FORT LEWIS, WA | BALAD |
| ARMY | ACTIVE DUTY | MELO, JULIAN S | SSG | E06 | 2004/12/21 | 47 | MALE | BROOKLYN | | NY | US | | IZ | IRAQ | HHC, 1ST BATTALION, 5TH INFANTRY, 25TH INFANTRY DIVISION, FORT LEWIS, WA | MOSUL |
| ARMY | NATIONAL GUARD | MELSON, JACOB EUGENE | SPC | E04 | 2006/01/07 | 22 | MALE | WASILLA | MATANUSKA-SUSITNA BOROUGH | AK | US | | IZ | IRAQ | CO B,1ST BN, 207TH AVIATION, FORT RICHARDSON, AK | ZAMBAR MOUNTAIN |
| ARMY | NATIONAL GUARD | MELTON, KENNETH ALAN | SPC | E04 | 2004/04/25 | 30 | MALE | PLEASANT PLAINS | INDEPENDENCE | AR | US | | IZ | IRAQ | CO B, 3RD BN/153RD INFANTRY REGIMENT, BATESVILLE, AR 72501-8843 | BAGHDAD |
| ARMY | ACTIVE DUTY | MELUAT, JAYGEE | CPL | E04 | 2004/09/13 | 24 | MALE | TAMUNG | | GU | US | | IZ | IRAQ | A CO, 3D AA BN, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | MELVIN, TRACY LEE | SSG | E06 | 2006/06/06 | 31 | MALE | SEATTLE | KING | WA | US | | IZ | IRAQ | COMPANY A, 2D BATTALION, 6TH INFANTRY, (I MEF), BAUMHOLDER, GERMANY | AR RAMADI |
| ARMY | ACTIVE DUTY | MENA, RALPH JR | SGT | E05 | 2010/05/03 | 27 | MALE | HUTCHINSON | RENO | KS | US | | IZ | IRAQ | COMPANY A, 72D SIGNAL BATTALION (FWD), 7TH SIGNAL BDE, TAYLOR BARRACKS, GERMANY | TIKRIT |
| ARMY | NATIONAL GUARD | MENCHACA, KRISTIAN | PFC | E03 | 2006/06/19 | 23 | MALE | SAN MARCOS | HAYS | TX | US | | IZ | IRAQ | COMPANY B, 1ST BATTALION, 502D INFANTRY, FORT CAMPBELL, KY | |
| NAVY | ACTIVE DUTY | MENDEZ ACEVES, FERNANDO ALEJANDRO | PO3 | E04 | 2004/04/08 | 27 | MALE | PONCE | PONCE | PR | US | | IZ | IRAQ | NAVMEDCEN SD, 1ST MARDIV DET, SAN DIEGO, CA | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | MENDEZ RUIZ, DAVID ALBERT | LCPL | E03 | 2005/11/12 | 20 | MALE | CLEVELAND | CUYAHOGA | OH | US | | IZ | IRAQ | WPNS CO, 2D BN, 7TH MAR (RCT-8, 2D MARDIV) 1ST MARDIV, TWENTYNINE PALM, CA | FALLUJAH |
| ARMY | NATIONAL GUARD | MENDEZ SANCHEZ, ANTONIO | PFC | E03 | 2005/11/11 | 22 | MALE | RINCON | RINCON | PR | US | | IZ | IRAQ | 40TH TRANSPORTATION COMPANY, FORT LEWIS, WA | BAGHDAD |
| ARMY | NATIONAL GUARD | MENDEZ, BOBBY | 1SG | E08 | 2006/04/27 | 38 | MALE | BROOKLYN | | NY | US | | IZ | IRAQ | COMPANY A, 2D SPECIAL TROOPS BATTALION, 4TH ARMOR, 2D BCT, 4 ID, FORT HOOD, TX | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | MENDOZA, ANTONIO | CPL | E04 | 2005/06/03 | 21 | MALE | SANTA ANA | | CA | US | | US | UNITED STATES | 1 BRTY, 2ND BN, (5TH BN), 11TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | SAN ANTONIO |
| MARINE CORPS | ACTIVE DUTY | MENDOZA, RAMON JUAN JR | MAJ | O04 | 2005/11/14 | 37 | MALE | COLUMBUS | MULTIPLE | OH | US | | IZ | IRAQ | E CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | NEW UBAYDI |
| ARMY | NATIONAL GUARD | MENKE, JONATHAN D | SPC | E04 | 2008/06/04 | 22 | MALE | MADISON | JEFFERSON | IN | US | | IZ | IRAQ | 38TH MILITARY POLICE COMPANY, DANVILLE, IN | BAGHDAD |
| ARMY | ACTIVE DUTY | MENNEMEYER, STEVEN PAUL | SGT | E05 | 2006/08/09 | 26 | MALE | GRANITE CITY | MADISON | IL | US | | IZ | IRAQ | 82D MEDICAL COMPANY, AIR AMBULANCE, FORT RILEY, KS 66442 | RUTBAH |
| MARINE CORPS | ACTIVE DUTY | MENUSA, JOSEPH | GYSGT | E07 | 2003/03/27 | 33 | MALE | SAN JOSE | SANTA CLARA | CA | US | | IZ | IRAQ | 1ST CEB, 1ST MARDIV, CAMP PENDLETON, CA | |
| ARMY | ACTIVE DUTY | MENYWEATHER, EDDIE EUGENE | SSG | E06 | 2003/11/23 | 35 | MALE | LOS ANGELES | LOS ANGELES | CA | US | | IZ | IRAQ | COMPANY C 588TH ENGINEER BATTALION, FORT HOOD, TX 76544 | |
| ARMY | ACTIVE DUTY | MERCADO VELAZQUEZ, ANGEL DAVID | SSG | E06 | 2006/09/01 | 24 | MALE | SABANA GRANDE | SABANA GRANDE | PR | US | | IZ | IRAQ | HHC, 1ST BATTALION, 325TH INFANTRY, 2 BCT, FORT BRAGG, NC | YUSIFIYAH |
| MARINE CORPS | ACTIVE DUTY | MERCADO, GIL | SPC | E04 | 2003/04/13 | 25 | MALE | PATERSON | PASSAIC | NJ | US | | IZ | IRAQ | HHC, 3D BATTALION, 187TH INFANTRY, FORT CAMPBELL, KENTUCKY | |
| MARINE CORPS | ACTIVE DUTY | MERCADO, RAUL | LCPL | E03 | 2006/01/07 | 21 | MALE | MONROVIA | LOS ANGELES | CA | US | | IZ | IRAQ | 2D MAINT BN, (CLB-8), 2D MLG, CAMP LEJEUNE, NC | ASR CHICAGO, NEAR FALLUJAH |
| ARMY | ACTIVE DUTY | MERCEDES SAEZ, SERGIO ANTONIO | SPC | E04 | 2006/02/05 | 23 | MALE | NEW YORK | NEW YORK | NY | US | | IZ | IRAQ | COMPANY D, 2D BATTALION, 502D INFANTRY, 2D BCT, 4 ID, FORT CAMPBELL, KY | BAGHDAD |
| ARMY | ACTIVE DUTY | MERCER, CHAD MICHAEL | SSG | E06 | 2005/06/30 | 25 | MALE | WAYCROSS | WARE | GA | US | | IZ | IRAQ | COMPANY B, 2D BATTALION, 121ST INFANTRY (TF BAGHDAD), FITZGERALD, GA | 86TH CSH, BAGHDAD |
| ARMY | NATIONAL GUARD | MERCHANT, CHRISTOPHER SCOTT | SPC | E04 | 2006/03/01 | 32 | MALE | HARDWICK | CALEDONIA | VT | US | | IZ | IRAQ | COMPANY A, 3D BATTALION, 172D INFANTRY, (2 MEF), JERICHO, VT | AR RAMADI |
| ARMY | NATIONAL GUARD | MERCK, DENNIS PAUL | SSG | E06 | 2005/10/20 | 38 | MALE | EVANS | COLUMBIA | GA | US | | IZ | IRAQ | COMPANY B, 878TH ENGINEER BATTALION, AUGUSTA, GA | CAMP STRYKER |
| ARMY | ACTIVE DUTY | MERILA, MICHAEL MATTHEW | SGT | E04 | 2004/02/16 | 23 | MALE | SIERRA VISTA | COCHISE | AZ | US | | IZ | IRAQ | HHT 1ST SQUADRON 10TH CAVALRY REGIMENT, FORT LEWIS, WA 98433 | MOSUL |
| ARMY | ACTIVE DUTY | MERLO, IVAN ERNESTO | SPC | E03 | 2008/01/08 | 19 | MALE | SAN MARCOS | SAN DIEGO | CA | US | | IZ | IRAQ | COMPANY A, 2D BATTALION, 327TH INFANTRY, 1 BCT, FORT CAMPBELL, KY | SAMARRA |
| **ARMY** | **ACTIVE DUTY** | **MERRILL, JASON LYNN** | **SGT** | **E05** | **2006/09/03** | **22** | **MALE** | **MESA** | **MARICOPA** | **AZ** | **US** | | **IZ** | **IRAQ** | **COMPANY A, 1ST BATTALION, 26TH INFANTRY, 2D BCT, 1 ID, SCHWEINFURT, GERMANY** | **BAGHDAD** |
| ARMY | ACTIVE DUTY | MERVILLE, CHRISTOPHER ANDREW | SGT | E04 | 2004/10/12 | 26 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | | IZ | IRAQ | A BATTERY, 2D BATTALION, 17TH FIELD ARTILLERY, 2D INFANTRY DIVISION, CAMP HOVEY, KOREA | BAGHDAD |
| ARMY | ACTIVE DUTY | MESSER, CHRISTOPHER PAUL | SGT | E05 | 2006/12/27 | 28 | MALE | PETERSBURG | MONROE | MI | US | | IZ | IRAQ | WEAPONS COMPANY, 4TH BATTALION, 31ST INFANTRY, FORT DRUM, NY | BAGHDAD |
| ARMY | ACTIVE DUTY | MESSER, SCOTT ANTHONY | PFC | E03 | 2006/02/02 | 26 | MALE | ASHLAND | BOYD | KY | US | | IZ | IRAQ | TROOP B, 1ST SQUADRON, 32D CAVALRY, 1ST BCT, FORT CAMPBELL, KY | ASHRAF |
| ARMY | NATIONAL GUARD | MESSMER, NICOLAS EDWARD | SPC | E03 | 2005/05/06 | 20 | MALE | FRANKLIN | WARREN | OH | US | | IZ | IRAQ | COMPANY B, 1ST BATTALION, 506TH INFANTRY, (2MEF), FORT CARSON, CO | AL KHALIDIYAH |
| ARMY | ACTIVE DUTY | METCALF, SCOTT JOSEPH | SGT | E05 | 2008/10/29 | 36 | MALE | CLARKSVILLE | MONTGOMERY | TN | US | | IZ | IRAQ | HHT, 1ST SQUADRON, 32ND CAVALRY REGIMENT, 1ST BCT, FORT CAMPBELL, KY | BALAD |
| ARMY | NATIONAL GUARD | METHVIN, DANIEL KEITH | SGT | E05 | 2003/07/26 | 22 | MALE | BELTON | BELL | TX | US | | IZ | IRAQ | HHC 1ST BATTALION 67TH ARMOR, FORT HOOD, TX 76544 | |
| ARMY | NATIONAL GUARD | METTILLE, MICHAEL CHARLES | SGM | E09 | 2007/02/01 | 44 | MALE | WEST SAINT PAUL | | MN | US | | IZ | IRAQ | 134TH BRIGADE SUPPORT BATTALION, CAMP RIPLEY, MN | MOSUL |
| ARMY | ACTIVE DUTY | MEYER, BRANDON ABBOTT | SGT | E05 | 2008/01/08 | 20 | MALE | ORANGE | ORANGE | CA | US | | IZ | IRAQ | COMPANY B, 1ST BATTALION, 8TH INFANTRY REGIMENT, 3 BCT, FORT CARSON, CO | MOSUL |
| ARMY | NATIONAL GUARD | MEYER, HARRISON JAMES | PFC | E03 | 2004/11/26 | 20 | MALE | WORTHINGTON | FRANKLIN | OH | US | | IZ | IRAQ | HHC, 1ST BATTALION, 503RD INFANTRY, 2D ID, APO AP 96257, (CAMP HOVEY KOREA) | AR RAMADI |
| ARMY | ACTIVE DUTY | MEYER, JASON MICHAEL | PFC | E03 | 2003/04/08 | 23 | MALE | SWARTZ CREEK | GENESEE | MI | US | | IZ | IRAQ | COMPANY B 11TH ENGINEER BATTALION, FORT STEWART, GA 31314 | |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | | | Theater | Unit/Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARINE CORPS | ACTIVE DUTY | REYNOSO, YADIR GUMERCINDO | SGT | E05 | 2004/08/05 | 27 | MALE | WAPATO | YAKIMA | WA | US | IZ | IZ | IRAQ | NAJAF |
| ARMY | ACTIVE DUTY | RHETT, JAMAL MAURICE | SGT | E04 | 2010/08/15 | 24 | MALE | PALMYRA | BURLINGTON | NJ | US | IZ | IZ | IRAQ | BA QUBAH |
| ARMY | ACTIVE DUTY | RICE, DAVID LEE | SPC | E04 | 2005/04/26 | 22 | MALE | SIOUX CITY | WOODBURY | IA | US | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | RICE, DEMETRIUS LAMONT | CPL | E04 | 2004/07/14 | 24 | MALE | ORTONVILLE | BIG STONE | MN | US | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | RICHARD, JOSEPH AVIE III | SGT | E05 | 2008/04/14 | 27 | MALE | SAINT MARTINVILLE | | LA | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | RICHARDSON, BRYAN JAMES | CPL | E04 | 2005/03/25 | 23 | MALE | SUMMERSVILLE | NICHOLAS | WV | US | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | RICHARDSON, STEPHEN KARL | SPC | E03 | 2007/03/20 | 22 | MALE | BRIDGEPORT | FAIRFIELD | CT | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RICHARDSON, WILLIAM DEAN | CPL | E04 | 2005/04/03 | 23 | MALE | MORENO VALLEY | RIVERSIDE | CA | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | RICHARDSON, WILLIAM DOUGLAS | SSGT | E06 | 2005/11/30 | 30 | MALE | HARRIS | HARRIS | TX | US | IZ | IZ | IRAQ | AL TAQADDUM AIR BASE |
| ARMY | ACTIVE DUTY | RICO, ARIEL | SGT | E05 | 2003/11/28 | 25 | MALE | EL PASO | EL PASO | TX | US | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | RIDGLEY, KENNETH LEVI | SGT | E05 | 2005/03/30 | 30 | MALE | OLNEY | RICHLAND | IL | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | RIDLEN, JEREMY LEON | SPC | E04 | 2004/05/23 | 23 | MALE | MAROA | MACON | IL | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RIECKHOFF, ROBERT MICHAEL | SPC | E04 | 2010/03/16 | 26 | MALE | APPLETON | MULTIPLE | WI | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | RIEDEL, ANDREW GERALD | LCPL | E03 | 2004/10/30 | 19 | MALE | NORTHGLENN | ADAMS | CO | US | IZ | IZ | IRAQ | ZAIDON |
| ARMY | ACTIVE DUTY | RIEHL, NICHOLAS EMERSON | PFC | E03 | 2007/04/27 | 21 | MALE | SHIOCTON | OUTAGAME | WI | US | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | NATIONAL GUARD | RIEKENA, JAMES DANIEL | SGT | E04 | 2007/01/14 | 22 | MALE | REDMOND | KING | WA | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | RIES, DAVID GEORGE | SSGT | E06 | 2004/11/08 | 29 | MALE | VANCOUVER | CLARK | WA | US | IZ | IZ | IRAQ | WEST OF FALLUJAH |
| ARMY | NATIONAL GUARD | RIEWER, GREG NINERD | SGT | E05 | 2007/03/23 | 30 | MALE | FRAZEE | BECKER | MN | US | IZ | IZ | IRAQ | HABBANIYAH |
| ARMY | ACTIVE DUTY | RIGGS, WESLEY ROBERT | PFC | E02 | 2005/05/17 | 19 | MALE | BAYTOWN | HARRIS | TX | US | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | RIMES, GARRYWESLEY TAN | CPL | E04 | 2005/04/01 | 30 | MALE | SANTA MARIA | SANTA BARBARA | CA | US | IZ | IZ | IRAQ | RAMADI |
| ARMY | ACTIVE DUTY | RINCON, DIEGO FERNANDO | PFC | E03 | 2003/03/29 | 19 | MALE | CONYERS | ROCKDALE | GA | US | IZ | IZ | IRAQ | VIC OBJ RAIDERS |
| ARMY | ACTIVE DUTY | RING, MICHELLE RAYLENE | CPL | E04 | 2007/07/05 | 26 | FEMALE | MARTIN | WEAKLEY | TN | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | RINTAMAKI, STEVEN ARNOLD | CPL | E04 | 2004/09/16 | 21 | MALE | LYNNWOOD | SNOHOMISH | WA | US | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | RIORDAN, DANIEL PATRICK | 1LT | O02 | 2007/06/23 | 24 | MALE | SAINT LOUIS | | MO | US | IZ | IZ | IRAQ | TAJI |
| MARINE CORPS | ACTIVE DUTY | RIOS, DUANE ROY | SGT | E05 | 2003/04/04 | 25 | MALE | HAMMOND | | IN | US | IZ | IZ | IRAQ | |
| ARMY | NATIONAL GUARD | RIOS, HERNANDO | PFC | E03 | 2005/06/08 | 29 | MALE | QUEENS | QUEENS | NY | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | RIPPETOE, RUSSELL BRIAN | CPT | O03 | 2003/04/03 | 27 | MALE | ARVADA | ADAMS | CO | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RISNER, HENRY CECIL | SPC | E03 | 2004/08/18 | 26 | MALE | GOLDEN | | CO | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RITZBERG, BRIAN EUGENE | SPC | E04 | 2007/04/02 | 24 | MALE | LONG ISLAND CITY | QUEENS | NY | US | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | RIVADENEIRA, JONATHAN | CPL | E04 | 2007/09/14 | 22 | MALE | JACKSON HEIGHTS | QUEENS | NY | US | IZ | IZ | IRAQ | FOB NORMANDY |
| ARMY | ACTIVE DUTY | RIVERA, DANIEL JOSE | PFC | E03 | 2009/10/18 | 22 | MALE | ROCHESTER | MONROE | NY | US | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | RIVERA, JOSE ANTONIO | SFC | E07 | 2003/11/05 | 34 | MALE | BAYAMON | BAYAMON | PR | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RIVERA, MICHAEL DANIEL | SPC | E04 | 2007/03/07 | 22 | MALE | BROOKLYN | | NY | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | RIVERA-SANTIAGO, GREGORY | SSG | E06 | 2007/09/10 | 26 | MALE | ST. CROIX | | VI | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | RIVERA-VARGAS, MILTON | SSG | E06 | 2005/12/08 | 55 | MALE | BOQUERON | CABO ROJO | PR | US | IZ | IZ | IRAQ | KALSU |
| ARMY | ACTIVE DUTY | RIVERASERRANO, JOSE ANTONIO | SPC | E04 | 2004/12/27 | 26 | MALE | MAYAGUEZ | | PR | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | RIVERO, JOHN TRAVIS | CPL | E04 | 2003/04/17 | 23 | MALE | TAMPA | HILLSBOROUGH | FL | US | IZ | IZ | IRAQ | H1 AIRFIELD |
| ARMY | ACTIVE DUTY | RIVERS, FRANK KEVIN JR | SPC | E04 | 2004/04/14 | 23 | MALE | WOODBRIDGE | PRINCE WILLIAM | VA | US | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | RIVIERE, CHRISTOPHER THOMAS | PFC | E02 | 2006/08/26 | 21 | MALE | COOPER CITY | | FL | US | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | ROARK, TIMOTHY JAMES | SSG | E06 | 2005/10/02 | 28 | MALE | HOUSTON | HARRIS | TX | US | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | ROBBINS, THOMAS DOUGLAS | SSG | E05 | 2004/02/09 | 27 | MALE | SCHENECTADY | SCHENECTADY | NY | US | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | ROBBINS, TODD JAMES | SGT | E05 | 2003/04/03 | 33 | MALE | HART | OCEANA | MI | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | ROBBINS, WILLIAM TERRY | SSG | E06 | 2005/02/11 | 31 | MALE | NORTH LITTLE ROCK | PULASKI | AR | US | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ROBERGE, JONATHAN RICHARD | PFC | E03 | 2009/02/09 | 22 | MALE | LEOMINSTER | | MA | US | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | ROBERTS, ALLEN CHRISTIAN | CPL | E04 | 2007/11/28 | 21 | MALE | ARCOLA | DOUGLAS | IL | US | IZ | IZ | IRAQ | AL ASAD |
| MARINE CORPS | ACTIVE DUTY | ROBERTS, ANTHONY PAUL | LCPL | E03 | 2004/04/08 | 18 | MALE | BEAR | NEW CASTLE | DE | US | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | ROBERTS, BOB WILLIAM | LCPL | E03 | 2004/05/17 | 30 | MALE | NEWPORT | LINCOLN | OR | US | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | ROBERTS, DEREK TILLMAN | SGT | E04 | 2007/06/14 | 24 | MALE | GOLD RIVER | | CA | US | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | ROBERTS, ROBERT DUANE | CPL | E04 | 2003/11/22 | 21 | MALE | WINTER PARK | ORANGE | FL | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | ROBERTS, TREVOR ANDREW | LCPL | E03 | 2007/03/25 | 21 | MALE | OKLAHOMA CITY | MULTIPLE | OK | US | IZ | IZ | IRAQ | HIT |
| MARINE CORPS | ACTIVE DUTY | ROBERTSON, MICHAEL TREMAIN | SGT | E05 | 2005/10/25 | 28 | MALE | HOUSTON | HARRIS | TX | US | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| ARMY | NATIONAL GUARD | ROBINSON, JEREMIAH WAYNE | CPL | E04 | 2005/10/06 | 20 | MALE | MESA | MARICOPA | AZ | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ROBLES, LIZBETH | SGT | E04 | 2005/03/01 | 31 | FEMALE | VEGA BAJA | VEGA BAJA | PR | US | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | ROBSKY, JOSEPH EDWIN JR | SSG | E06 | 2003/09/10 | 31 | MALE | CLAVERACK | COLUMBIA | NY | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ROCHA, MOSES DANIEL | SGT | E05 | 2004/08/05 | 33 | MALE | ROSWELL | | NM | US | IZ | IZ | IRAQ | NAJAF |
| MARINE CORPS | RESERVE | ROCK, NATHANIEL SHAE | SGT | E05 | 2005/06/01 | 26 | MALE | TORONTO | JEFFERSON | OH | US | IZ | IZ | IRAQ | HADITHAH |
| ARMY | ACTIVE DUTY | ROCKHOLD, MARLIN TYRONE | PFC | E03 | 2003/05/08 | 23 | MALE | HAMILTON | BUTLER | OH | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ROCKHOLT, RICKY WILLIAM JR | SPC | E03 | 2005/04/28 | 28 | MALE | WINSTON | DOUGLAS | OR | US | IZ | IZ | IRAQ | TAL AFAR |
| NAVY | ACTIVE DUTY | RODDY, DAVID SEAN | PO2 | E05 | 2006/06/16 | 32 | MALE | ABERDEEN | HARFORD | MD | US | IZ | IZ | IRAQ | HADITHA |
| ARMY | ACTIVE DUTY | RODDY, MALCOLM DALE | SSG | E06 | 2004/06/08 | 44 | MALE | TRENTON | | SC | US | IZ | US | UNITED STATES | PHILADELPHIA |
| ARMY | ACTIVE DUTY | RODE, JOHN DAVID | SGT | E05 | 2007/02/14 | 24 | MALE | PINEVILLE | MECKLENBURG | NC | US | IZ | IZ | IRAQ | BAQUBAH |
| ARMY | ACTIVE DUTY | RODRIGUEZ CONTRERAS, LUIS DENNIS | SGT | E05 | 2007/03/02 | 22 | MALE | ALLENTOWN | LEHIGH | PA | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | RODRIGUEZ VELASCO, JUAN RODRIGUEZ | LCPL | E03 | 2005/01/13 | 23 | MALE | EL CENIZO | | TX | US | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | RODRIGUEZ, DOMINIC NATHANIEL | SPC | E04 | 2007/06/22 | 23 | MALE | KLAMATH FALLS | KLAMATH | OR | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | RODRIGUEZ, JAIME JR | SPC | E03 | 2007/07/18 | 19 | MALE | OXNARD | VENTURA | CA | US | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | RODRIGUEZ, JOSEPH EDWARD | SSG | E06 | 2005/01/28 | 25 | MALE | LAS CRUCES | DONA ANA | NM | US | IZ | IZ | IRAQ | CO B, 6TH ENGINEER BATTALION, 1ST CAVALRY DIVISION (TF BAGHDAD), FORT HOOD, TX |
| ARMY | ACTIVE DUTY | RODRIGUEZ, MICHAEL JOEL | SPC | E03 | 2007/05/26 | 25 | MALE | SANTO DOMINGO | | | DR | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | RODRIGUEZ, RICARDO XAVIER | SGT | E05 | 2007/10/04 | 23 | MALE | CHICAGO | | IL | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | RODRIGUEZ, ROBERT MARCUS | PFC | E03 | 2005/03/25 | 21 | MALE | ARECIBO | ARECIBO | PR | US | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | RODRIGUEZ, ROBERT THOMAS | SGT | E05 | 2005/10/18 | 21 | MALE | QUEENS | QUEENS | NY | US | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | ROEHL, GEORGE RONALD | PFC | E03 | 2006/04/11 | 21 | MALE | MANCHESTER | HILLSBOROUGH | NH | US | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ROGERS, ALAN GREG | MAJ | O04 | 2008/01/27 | 40 | MALE | HAMPTON | | FL | US | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ROGERS, GREGORY SCOTT | SGT | E05 | 2006/04/09 | 42 | MALE | ERIE | | PA | US | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | ROGERS, JEFFRY ALAN | CPL | E04 | 2005/11/09 | 21 | MALE | OKLAHOMA CITY | MULTIPLE | OK | US | IZ | IZ | IRAQ | UBAYDI |
| ARMY | ACTIVE DUTY | ROGERS, MICHAEL ANTHONY | SSG | E06 | 2005/11/16 | 23 | MALE | WHITE SULPHUR SPRINGS | | MT | US | IZ | IZ | IRAQ | FOB HAMMER |
| ARMY | ACTIVE DUTY | ROGERS, NICHOLAS KEITH | SFC | E07 | 2009/07/27 | 33 | MALE | DELTONA | VOLUSIA | FL | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ROGERS, PHILIP GERARD | SGT | E04 | 2006/10/22 | 23 | MALE | GRESHAM | MULTNOMAH | OR | US | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | ROJAS, JONATHAN | SGT | E05 | 2006/10/03 | 27 | MALE | HAMMOND | LAKE | IN | US | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ROJAS, KENNY DWAYNE | SPC | E03 | 2005/10/29 | 21 | MALE | PEMBROKE PINES | BROWARD | FL | US | IZ | IZ | IRAQ | BAYJI |

43

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | | | Theater | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | SALINAS, ERIC DOMINGO | SPC | E04 | 2007/08/02 | 25 | MALE | HOUSTON | HARRIS | TX | US | COMPANY A, 2D BATTALION, 3D INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SALTER, RICHARD MATTHEW | CW4 | W04 | 2005/12/26 | 44 | MALE | CYPRESS | HARRIS | TX | US | COMPANY A, 1ST BATTALION, 4TH AVIATION, AVIATION BRIGADE, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | SALTZ, EDWARD MATTHEW | CPT | O02 | 2003/12/22 | 27 | MALE | BIGFORK | FLATHEAD | MT | US | 2ND BATTALION, 3RD FIELD ARTILLERY, APO AE  09045 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SAM, SOLOMON T | SSG | E05 | 2008/12/04 | 26 | MALE | MAJURO | | | RM | 523D ENGINEER COMPANY, 84TH BATTALION, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | SAMMIS, BENJAMIN WILSON | CAPT | O03 | 2003/04/05 | 29 | MALE | REHOBOTH | BRISTOL | MA | US | HMLA-267, MAG-39, 3D MAW, MCAS CAMP PENDLETON, CA | IZ | IZ | IRAQ | ALI AZIZIYAL |
| ARMY | ACTIVE DUTY | SAMPLER, SONNY GENE | SPC | E04 | 2004/07/08 | 23 | MALE | OKLAHOMA CITY | MULTIPLE | OK | US | HHC, 1ST BATTALION, 26 INFANTRY REGIMENT (1ID), SCHWEINFURT, GE | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | SAMS, JOEY TYRONE II | PFC | E03 | 2007/03/21 | 22 | MALE | SPARTANBURG | SPARTANBURG | SC | US | COMPANY B, 1ST BATTALION, 15TH INFANTRY, 3D BCT, FORT BENNING, GA | KU | KU | KUWAIT | CAMP BUEHRING |
| ARMY | ACTIVE DUTY | SAMSON, DENNIS KENNETH JR | SPC | E04 | 2006/07/24 | 24 | MALE | HESPERIA | OCEANA | MI | US | COMPANY B, 1ST BATTALION, 506TH INFANTRY (I MEF), FORT CAMPBELL, KY | IZ | IZ | IRAQ | TAQQADUM |
| ARMY | ACTIVE DUTY | SAMSON, MARKO MATO | SPC | E04 | 2009/05/31 | 30 | MALE | COLUMBUS | MULTIPLE | OH | US | COMPANY A, 277TH AVIATION SUPPORT BATTALION, 10TH CAB, FORT DRUM, NY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | SAMTEN, TENZIN LOBSANG | SPC | E03 | 2008/03/12 | 33 | MALE | PRESCOTT | YAVAPAI | AZ | US | HHC, 7TH SUSTAINMENT BRIGADE, FORT EUSTIS, VA | IZ | IZ | IRAQ | TALLIL |
| MARINE CORPS | ACTIVE DUTY | SAMUELS, PRINCESS CRYSTAL | SGT | E05 | 2007/08/15 | 22 | FEMALE | MITCHELLVILLE | PRINCE GEORGE'S | MD | US | HHC, 1ST BRIGADE COMBAT TEAM, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | SANCHEZ, ALBERTO VIRRUETA | SSG | E06 | 2006/06/24 | 33 | MALE | HOUSTON | HARRIS | TX | US | COMPANY B, 1ST BATTALION, 68TH ARMOR, 3 BCT, (101ST AA), FORT CARSON, CO | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | SANCHEZ, EFRAIN JR | LCPL | E03 | 2005/07/17 | 26 | MALE | PORT CHESTER | WESTCHESTER | NY | US | COMM CO, HQ BN, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | SANCHEZ, EMILIAN DAMIAN | LCPL | E03 | 2007/01/21 | 20 | MALE | SANTA ANA PUEBLO | | NM | US | E CO, 2D BN, 4TH MAR, 1ST MAR DIV, MCB CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ASAD |
| MARINE CORPS | ACTIVE DUTY | SANCHEZ, ENRIQUE CARLOS | PFC | E02 | 2006/07/27 | 21 | MALE | GARNER | WAKE | NC | US | WPNS CO, 3D BN, 8TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | SANCHEZ, OSCAR | PFC | E03 | 2004/12/29 | 19 | MALE | MODESTO | STANISLAUS | CA | US | C COMPANY, 1ST BATTALION, 24TH INFANTRY REGIMENT (25TH ID), FORT LEWIS WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | SANCHEZ, PAUL TIMOTHY | SGT | E05 | 2007/01/14 | 32 | MALE | IRVING | DALLAS | TX | US | 543D MP COMPANY, 52D MP BATTALION, 89TH MP BRIGADE, FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SANDERS, CHRISTOPHER ALAN | SGT | E05 | 2008/01/09 | 22 | MALE | ROSWELL | CHAVES | NM | US | HHT, 3D SQUADRON, 2D CAVALRY, VILSECK, GERMANY | IZ | IZ | IRAQ | SINSIL |
| ARMY | ACTIVE DUTY | SANDERS, GREGORY PAUL | SPC | E04 | 2003/03/24 | 19 | MALE | HOBART | LAKE | IN | US | COMPANY B, 3D BATTALION, 69TH ARMOR, FORT STEWART, GA 31314 | IZ | IZ | IRAQ | OBJ RAMS |
| ARMY | ACTIVE DUTY | SANDERS, JUSTIN TROY GADEL | PV2 | E02 | 2007/08/29 | 22 | MALE | WATSON | | LA | US | TROOP A, 2D SQUADRON, 6TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | SANDERS, RONNIE LEE | SSG | E06 | 2007/02/03 | 26 | MALE | THIBODAUX | LAFOURCHE | LA | US | COMPANY A, 407TH SUPPORT BATTALION, 2D BCT, (1 CD), FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SANDERS, RYAN TRAVIS | 1LT | O01 | 2006/06/04 | 27 | MALE | COLLEGE STATION | BRAZOS | TX | US | COMPANY D, 1ST BATTALION, 66TH ARMOR REGIMENT, 1ST BCT, 4 ID, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | SANDOVAL FLORES, FELIPE DEJESUS | LCPL | E03 | 2006/04/02 | 20 | MALE | LOS ANGELES | LOS ANGELES | CA | US | 1ST TSB, 1ST MLG, (1LB-7, I MEF FWD), CAMP PENDLETON, CA | IZ | IZ | IRAQ | ASR URANIUM |
| MARINE CORPS | ACTIVE DUTY | SANDOVAL, FRANK MICHAEL | SGT | E05 | 2007/06/18 | 27 | MALE | YUMA | YUMA | AZ | US | BATTERY A, 2D BATTALION, 5TH FIELD ARTILLERY, FORT SILL, OK | IZ | US | UNITED STATES | PALO ALTO |
| MARINE CORPS | ACTIVE DUTY | SANDOVAL, LEROY JR | PFC | E02 | 2004/03/26 | 21 | MALE | HOUSTON | HARRIS | TX | US | F CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | SANDRI, MATTHEW JOSEPH | SGT | E04 | 2004/03/20 | 24 | MALE | SHAMOKIN | NORTHUMBERLA ND | PA | US | A COMPANY, 62ND FORWARD SUPPORT BATTALION, FORT BRAGG NC 28310 | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | SANDVICK MONROE, JEREMY SCOTT | LCPL | E03 | 2006/10/08 | 20 | MALE | CHINOOK | BLAINE | MT | US | E CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, MCBH KANEOHE BAY, HI | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | SANFORD, BARRY SR | SFC | E06 | 2003/07/07 | 46 | MALE | AURORA | ADAMS | CO | US | HHC 101ST COMBAT SUPPORT GROUP, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | SANTEE, DANIEL JOHN | LCPL | E03 | 2007/04/14 | 21 | MALE | MISSION VIEJO | ORANGE | CA | US | CLR-27, (2D MAINT BN, 2D MLG FWD), 2D MLG, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | SANTINI, ED | SGT | E05 | 2007/03/17 | 25 | MALE | TOA BAJA | TOA BAJA | PR | US | TROOP A, 2D SQUADRON, 12TH CAVALRY REGIMENT, FORT BLISS, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | SANTORIELLO, NEIL ANTHONY | 1LT | O02 | 2004/08/13 | 24 | MALE | VERONA | ALLEGHENY | PA | US | A COMPANY, 1ST BATTALION, 34TH ARMOR, FORT RILEY, KANSAS 66442 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | SANTOS, FERNANDO | SSG | E06 | 2007/08/02 | 29 | MALE | SAN ANTONIO | BEXAR | TX | US | COMPANY A, 2D BATTALION, 3D INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | SANTOS, ISAIAS ENRIQUE | CW2 | W02 | 2005/12/26 | 28 | MALE | ANCON | | | PM | COMPANY A, 1ST BATTALION, 4TH AVIATION, AVIATION BRIGADE, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SANTOS, JEREMIAH SOHAM | CPL | E04 | 2006/06/15 | 21 | MALE | MINOT | WARD | ND | US | COMPANY B, 2D BATTALION, 8TH INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | 10TH CSH, BAGHDAD |
| ARMY | ACTIVE DUTY | SANTOS, JONATHAN JOSE | CPL | E04 | 2004/10/15 | 22 | MALE | BELLINGHAM | WHATCOM | WA | US | B CO, 9TH PSYCHOLOGICAL OPERATIONS BN,4TH PSYOP GROUP, FORT BRAGG, NC 28307 | IZ | IZ | IRAQ | KARABILAH |
| ARMY | ACTIVE DUTY | SANTOS, LUIS DANIEL | CPL | E04 | 2008/06/08 | 20 | MALE | RIALTO | SAN BERNARDINO | CA | US | HHC, 1ST BATTALION, 68TH ARMORED REGIMENT, FORT CARSON, CO | IZ | IZ | IRAQ | BURITZ |
| ARMY | ACTIVE DUTY | SAPP, BRANDON ROBERT | PFC | E03 | 2004/08/15 | 21 | MALE | LAKE WORTH | PALM BEACH | FL | US | A TROOP, 2ND BATTALION, 7TH CAVALRY (1CD), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | NAJAF |
| ARMY | ACTIVE DUTY | SARANDREA, JESSICA YVETTE | SPC | E03 | 2009/03/03 | 22 | FEMALE | MIAMI | DADE | FL | US | HHC, 3BSTB, 3HBCT, 1ST CAVALRY DIVISION, FT. HOOD, TX | IZ | IZ | IRAQ | MOSUL |
| NAVY | ACTIVE DUTY | SARE, CHARLES OTTO | HN | E03 | 2006/10/23 | 23 | MALE | HEMET | RIVERSIDE | CA | US | NACC FTH MC U DT | IZ | IZ | IRAQ | SADAH |
| ARMY | RESERVE | SARNO, CAMERON BRYAN | SSG | E06 | 2003/09/01 | 43 | MALE | LAS VEGAS | CLARK | NV | US | 257TH TRANSPORTATION COMPANY, LAS VEGAS, NEVADA 89104 | KU | KU | KUWAIT | KUWAIT CITY |
| AIR FORCE | ACTIVE DUTY | SATHER, SCOTT DOUGLAS | SSG | E05 | 2003/04/08 | 29 | MALE | CLIO | GENESEE | MI | US | 24TH SPECIAL TACTICS SQUADRON, POPE AFB, NC | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | SAUCEDA, OSCAR JR | PV2 | E02 | 2007/05/22 | 21 | MALE | DEL RIO | VAL VERDE | TX | US | COMPANY D, 1ST BATTALION, 26TH INFANTRY, 4 BCT, FORT RILEY, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SAUSTO, ANTHONY JONATHAN | PFC | E02 | 2007/05/10 | 22 | MALE | LAKE HAVASU CITY | MOHAVE | AZ | US | COMPANY A, 1ST BATTALION, 38TH INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | SAVAGE, JEREMIAH EDWARD | LCPL | E03 | 2004/05/12 | 21 | MALE | LIVINGSTON | OVERTON | TN | US | 2D BN, 4TH MAR, (1-1 ID), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | SAVAGE, JOHN JARED | SGT | E05 | 2008/12/04 | 26 | MALE | WEATHERFORD | PARKER | TX | US | 103D ENGINEER COMPANY, 94TH ENGINEER BATTALION, FORT LEONARD WOOD, MO | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | SAXTON, STEPHEN PATRICK | SGT | E04 | 2005/05/03 | 24 | MALE | TEMECULA | RIVERSIDE | CA | US | AIR DEFENSE ARTILLERY, 1ST BATTALION, 3D ACR, (TF BAGHDAD), FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SAYLES, PHILLIP NICHOLAS | SPC | E04 | 2005/05/28 | 26 | MALE | JACKSONVILLE | PULASKI | AR | US | CO B,1ST BN, 24 INF, 25TH INF DIV (MNF-NW), FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | NATIONAL GUARD | SAYLOR, PAUL ANTHONY | SGT | E04 | 2005/08/15 | 21 | MALE | NORCROSS | GWINNETT | GA | US | HHC, 1ST BATTALION, 108TH ARMOR (TF BAGHDAD), CALHOUN, GA | IZ | IZ | IRAQ | AL MAHMUDIYAH |
| MARINE CORPS | ACTIVE DUTY | SCARBOROUGH, MICHAEL PHILIP | LCPL | E03 | 2004/10/30 | 28 | MALE | WASHINGTON | WILKES | GA | US | B CO, 1ST BN, 3D MAR, (RCT-7, 1ST MAR DIV), 3D MAR DIV, MCBH KANEOHE BAY, HI | IZ | IZ | IRAQ | ZAIDON |
| ARMY | ACTIVE DUTY | SCATES, WILLIAM DANIEL | SSG | E06 | 2007/08/11 | 31 | MALE | OKLAHOMA CITY | MULTIPLE | OK | US | COMPANY B, 1ST BATTALION, 30TH INFANTRY, 2 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | ARAB JABOUR |
| ARMY | ACTIVE DUTY | SCHAEFER, DAVID ALLEN JR | SPC | E04 | 2009/05/16 | 27 | MALE | BELLEVILLE | ST CLAIR | IL | US | COMPANY C, 1ST BATTALION, 2D INFANTRY, SCHWEINFURT, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SCHALL, KENNETH JOHN | SGT | E05 | 2005/05/22 | 22 | MALE | PEORIA | MARICOPA | AZ | US | CO A, 2D BN, 70TH ARMOR, 1ST ARMORED DIV (TF BAGHDAD), FORT RILEY, KS | IZ | IZ | IRAQ | YUSAFIYAH |
| ARMY | ACTIVE DUTY | SCHAMBERG, KURT DANIEL | SGT | E04 | 2005/05/20 | 26 | MALE | EUCLID | CUYAHOGA | OH | US | CO C, 2D BN, 14TH INF, 10TH MTN DIV, (TF BAGHDAD), FORT DRUM, NY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | SCHEETZ, ROBERT CHARLES JR | CPT | O03 | 2004/05/31 | 31 | MALE | DOTHAN | HOUSTON | AL | US | HHC, 1ST BATTALION, 8TH INFANTRY REGIMENT, APO AE 09034 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | SCHEIBNER, DANIEL EDWARD | SPC | E04 | 2007/08/30 | 40 | MALE | MUSKEGON | MUSKEGON | MI | US | BATTERY C, 2D BATTALION, 12TH FIELD ARTILLERY, FORT LEWIS, WA | IZ | IZ | IRAQ | AL NOOR |
| ARMY | NATIONAL GUARD | SCHEILE, DANIEL RONALD | SFC | E06 | 2005/09/24 | 37 | MALE | ANTIOCH | CONTRA COSTA | CA | US | COMPANY D, 1ST BATTALION, 184TH INFANTRY, (TF BAGHDAD), MERCED, CA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SCHELBERT, JENS EDUARD | SSG | E06 | 2005/10/01 | 31 | MALE | NEW ORLEANS | ORLEANS | LA | US | HHC, 2D BATTALION, 69TH ARMOR, (2 MEF), FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | SCHERER, CHRISTOPHER GEORGE | CPL | E04 | 2007/07/21 | 21 | MALE | EAST NORTHPORT | SUFFOLK | NY | US | A CO, 1ST CEB, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | TAQQADUM |
| MARINE CORPS | ACTIVE DUTY | SCHERRY, DANIEL ROCCO | LCPL | E03 | 2007/04/16 | 20 | MALE | ROCKY RIVER | CUYAHOGA | OH | US | WPNS CO, 1ST BN, 2D MAR, (2 MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL ASAD |
| ARMY | ACTIVE DUTY | SCHEUERMAN, JASON DREW | PFC | E03 | 2005/07/30 | 20 | MALE | LYNCHBURG | LYNCHBURG (CITY) | VA | US | HHC, 1ST BATTALION, 30TH INFANTRY, 3D ID, FORT BENNING, GA | IZ | IZ | IRAQ | MUQDADIYAH |
| MARINE CORPS | ACTIVE DUTY | SCHIAVONI, NICHOLAS DAVID | LCPL | E03 | 2005/11/15 | 26 | MALE | HAVERHILL | ESSEX | MA | US | COMPANY C, 2D BN, 2D MAR, (RCT-8, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL KARMAH |
| **ARMY** | **NATIONAL GUARD** | **SCHILD, RICHARD LEE** | **SFC** | **E07** | **2005/12/04** | **40** | **MALE** | **TABOR** | | **SD** | **US** | **BATTERY C, 1ST BN, 147TH FIELD ARTILLERY, 40TH MP BDE (I COSCOM), YANKTON, SD** | **IZ** | **IZ** | **IRAQ** | **BAGHDAD** |
| ARMY | ACTIVE DUTY | SCHILLER, JONATHAN ERIC | CPL | E04 | 2006/12/31 | 20 | MALE | OTTUMWA | WAPELLO | IA | US | C COMPANY, 2-505TH COMBAT SUPPORT BATTALION, FORT HOOD, TEXAS | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | SCHILLER, RHETT WILLIAM | CPT | O03 | 2006/11/16 | 26 | MALE | WATERFORD | RACINE | WI | US | TROOP C, 5TH SQUADRON, 73D CAVALRY, (2-82 FORT BRAGG, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | NATIONAL GUARD | SCHMIDT, JOHN TAYLOR III | SGT | E05 | 2005/05/11 | 21 | MALE | BROOKFIELD | FAIRFIELD | CT | US | I-102, 3D BN, 6TH MAR, (RCT-7, 1ST MAR DIV), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | US | UNITED STATES | SAN ANTONIO |
| ARMY | ACTIVE DUTY | SCHMIDT, JUSTIN BRYAN | SPC | E04 | 2004/06/29 | 23 | MALE | BRADENTON | MANATEE | FL | US | C BATTERY, 4TH BN, 27TH FIELD ARTILLERY, 1AD, APO AE 09034 (BAUMHOLDER, GE) | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SCHMIDT, PETER WILLIAM | CPL | E04 | 2007/11/13 | 30 | MALE | EUREKA | HUMBOLDT | CA | US | COMPANY D, 2D BATTALION, 23D INFANTRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | BUHRIZ |
| ARMY | ACTIVE DUTY | SCHMIDT, RONALD ANDREW | SPC | E04 | 2008/08/03 | 18 | MALE | NEWTON | HARVEY | KS | US | BATTERY C, 1ST BATTALION, 161ST FIELD ARTILLERY, KINGMAN, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | SCHMIT, JOSHUA ANDREW | SGT | E05 | 2007/04/14 | 26 | MALE | WILLMAR | KANDIYOHI | MN | US | 1461ST TRANSPORTATION COMPANY, BOONE, NC | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | SCHMITZ, JOSHUA MARK | CPL | E04 | 2006/12/26 | 21 | MALE | SPRINGFIELD | HAMPDEN | MA | US | L CO, 3D BN, 2D MAR, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL JAZEERA |
| ARMY | NATIONAL GUARD | SCHMUECKER, JACOB STEVEN | SGT | E05 | 2007/07/21 | 27 | MALE | ATKINSON | | NE | US | 755TH RECONNAISSANCE AND SURVEILLANCE COMPANY, O'NEILL, NE | IZ | IZ | IRAQ | BALAD |
| ARMY | NATIONAL GUARD | SCHMUNK, JEREMIAH WESLEY | SPC | E04 | 2004/07/09 | 20 | MALE | RICHLAND | BENTON | WA | US | C CO, 1ST BN, 161ST INF REG, 81ST SEP AR MD BDE, WA NG 98837 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | SCHNEIDER, MATTHEW EVAN | SPC | E04 | 2008/08/28 | 23 | MALE | GRIFTON | COOS | NH | US | COMPANY A, 1-61ST CAVALRY REGIMENT, 4 BCT, WIESBADEN, GM | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | SCHNEIDER, SEAN MICHAEL | PFC | E03 | 2004/03/29 | 22 | MALE | JANESVILLE | ROCK | WI | US | A CO, 115TH FORWARD SUPPORT BATTALION, (1ST CAV DIV), FORT HOOD, TX | IZ | IZ | IRAQ | DIWANIYAH |
| NAVY | ACTIVE DUTY | SCHNELL, SHAYNA ANN | SA | E02 | 2007/10/01 | 19 | FEMALE | TELL CITY | PERRY | IN | US | NAVAL SECURITY FORCE, MANAMA, BAHRAIN | AE | AE | BAHRAIN | DUBAI |
| ARMY | ACTIVE DUTY | SCHOBER, ANTHONY JASON | SGT | E05 | 2007/05/12 | 23 | MALE | RENO | WASHOE | NV | US | TROOP A, 1ST SQUADRON, 40TH CAVALRY, 4 BCT, (25 ID), FORT RICHARDSON, AK | IZ | IZ | IRAQ | AL TAQA |
| ARMY | ACTIVE DUTY | SCHOCKMEL, COLLIN RYAN | SPC | E03 | 2007/01/16 | 19 | MALE | RICHWOOD | | TX | US | COMPANY C, 1ST BATTALION, 8TH INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SCHOFF, BRIAN JAMES | CPL | E03 | 2006/01/28 | 22 | MALE | MANCHESTER | COFFEE | TN | US | HHC, 2D BATTALION, 506TH INFANTRY, 4TH BCT, 4ID, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |

| ARMY | NATIONAL GUARD | SPILLERS, WILLIAM CURTIS | SFC | E07 | 2007/02/17 | 39 | MALE | JACKSON | HINDS | MS | US | 230TH FINANCE DETACHMENT, 15TH FINANCE BATTALION, 13TH FINANCE GROUP, JACKSON, MS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | SPINK, TREVOR LAWSON JR | SSGT | E06 | 2004/07/10 | 36 | MALE | FARMINGTON | ST FRANCOIS | MO | US | HQ CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | SPIVEY, CURTIS ROBERT | SPC | E04 | 2007/04/02 | 25 | MALE | CHULA VISTA | SAN DIEGO | CA | US | TROOP B, 1ST SQUADRON, 10TH CAVALRY, FORT HOOD, TX | IZ | US | UNITED STATES | SAN DIEGO |
| ARMY | ACTIVE DUTY | SPLINTER, CHRISTOPHER JON | MAJ | O04 | 2003/12/24 | 43 | MALE | PLATTEVILLE | GRANT | WI | US | HHC, 4TH ENGINEER BATTALION, FORT LEONARD WOOD, MO 65473 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | SPOHN, CLIFFORD ADAMS III | CPL | E04 | 2007/04/09 | 21 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | COMPANY B, 3D BATTALION, 509TH INFANTRY, 4 BCT, FORT RICHARDSON, AK | IZ | IZ | IRAQ | KARMAH |
| ARMY | ACTIVE DUTY | SPRAYBERRY, MARVIN ROSS III | SSG | E05 | 2004/05/03 | 24 | MALE | TEHACHAPI | KERN | CA | US | HHC, 2D BN, 2D INF, ATTACHED TO F TROOP, 4TH ARMOR BN, APO AE  09112, VILSECK, GE | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | SPRINGER, LANCE CRAIG II | SGT | E04 | 2007/03/23 | 23 | MALE | FORT WORTH | | TX | US | HHT, 1ST SQUADRON, 40TH CAVALRY, 4TH BRIGADE COMBAT TEAM, FORT RICHARDSON, AK | IZ | IZ | IRAQ | BAGHDAD |
| NAVY | ACTIVE DUTY | SPRINGLE, CHARLES KEITH SR | CDR | O05 | 2009/05/11 | 52 | MALE | CHARLESTON | HALIFAX | NC | US | 55TH MEDICAL COMPANY | IZ | IZ | IRAQ | CAMP LIBERTY |
| ARMY | ACTIVE DUTY | SPRY, BRYAN NICHOLAS | PFC | E02 | 2004/02/14 | 19 | MALE | CHESTERTOWN | | MD | US | CO. D, 1ST BATTALION, 504TH PARACHUTE INFANTRY REGIMENT, FORT BRAGG, N.C. 28310 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | SQUIRES, BRAD DUANE | CPL | E04 | 2005/06/09 | 26 | MALE | MIDDLEBURG HEIGHTS | CUYAHOGA | OH | US | WPNS CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, AKRON, OH | IZ | IZ | IRAQ | HAQLANIYAH |
| ARMY | ACTIVE DUTY | SQUIRES, SHANNON LEE | CPL | E04 | 2006/08/28 | 25 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | BATTERY A, 3D BATTALION, 321ST FIELD ARTILLERY, FORT BRAGG, NC | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| MARINE CORPS | ACTIVE DUTY | ST GERMAIN, BRIAN ROBERT | CPL | E04 | 2006/04/02 | 22 | MALE | WARWICK | KENT | RI | US | 7TH ESB, CLB-5, CLR-1, (CLB-7, I MEF FWD), 1ST MLG, CAMP PENDLETON, CA | IZ | IZ | IRAQ | ASR URANIUM |
| ARMY | ACTIVE DUTY | ST JOHN, JON BAILEY II | SPC | E03 | 2007/01/27 | 25 | MALE | NEENAH | WINNEBAGO | WI | US | HHT, 2D SQUADRON, 8TH CAVALRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STAATS, DAVID ROGER | SSG | E06 | 2006/12/16 | 30 | MALE | PUEBLO | PUEBLO | CO | US | TROOP C, 1ST SQUADRON, 7TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | STACEY, JEREMY LEON | CPL | E04 | 2007/07/05 | 23 | MALE | BISMARCK | | AR | US | COMPANY C, 2D BATTALION, 12TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STACK, MICHAEL BOYD | SGM | E09 | 2004/04/11 | 48 | MALE | LAKE CITY | FLORENCE | SC | US | C CO, 2D BATTALION (STH SPECIAL FORCES GROUP, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | STACY, STEVEN ANTHONY | LCPL | E03 | 2007/07/05 | 23 | MALE | COOS BAY | COOS | OR | US | L CO, 3D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL TAQADDUM |
| ARMY | ACTIVE DUTY | STAHL, NATHAN EUGENE | PFC | E03 | 2004/09/21 | 20 | MALE | HIGHLAND | MULTIPLE | IN | US | C COMPANY, 2ND BATTALION, 75TH RANGER REGIMENT, FORT LEWIS, WA | IZ | IZ | IRAQ | RAMADI |
| MARINE CORPS | ACTIVE DUTY | STAHLMAN, MICHAEL ROSS | COL | O06 | 2008/10/05 | 45 | MALE | CHEVY CHASE | MONTGOMERY | MD | US | HQ BN, (G-9, I MEF FWD), MCAGCC, TWENTYNINE PALMS, CA | IZ | US | UNITED STATES | BETHESDA |
| MARINE CORPS | ACTIVE DUTY | STALVEY, JOHN ROBERT | CPL | E04 | 2005/10/03 | 22 | MALE | CONROE | MONTGOMERY | TX | US | WPNS CO, 3D BN, 6TH MAR, (RCT-2), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | KARABILAH |
| ARMY | ACTIVE DUTY | STANCIEL, GEORGE | SGT | E07 | 2008/08/19 | 40 | MALE | GREENWOOD | LEFLORE | MS | US | 370TH ENGINEER COMPANY, 54TH BATTALION, 20TH BRIGADE, BAMBERG, GERMANY | IZ | IZ | IRAQ | FOB GARY OWEN |
| ARMY | ACTIVE DUTY | STANLEY, MATTHEW JOSEPH | CPL | E04 | 2006/12/16 | 22 | MALE | WOLFEBORO FALLS | | NH | US | TROOP C, 1ST SQUADRON, 7TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | STANLEY, ROBERT MARSHALL | SSG | E06 | 2007/03/05 | 27 | MALE | SPOTSYLVANIA | SPOTSYLVANIA | VA | US | COMPANY C, 2ND BATTALION, 505TH INFANTRY, FORT BRAGG, NC | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | STANTON, KENNY FRANCES JR | CPL | E03 | 2006/10/13 | 20 | MALE | HEMET | RIVERSIDE | CA | US | 57TH MILITARY POLICE COMPANY, 3720 MILITARY POLICE BATTALION, YONG SAN, KOREA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STANTON, SETH MICHAEL | PFC | E03 | 2006/12/17 | 19 | MALE | COLORADO SPRINGS | EL PASO | CO | US | TROOP C, 1ST SQUADRON, 7TH CAVALRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | STARCEVICH, LUCAS VINCENT | SPC | E03 | 2007/04/16 | 35 | MALE | CANTON | FULTON | IL | US | COMPANY C, 1ST BATTALION, 16TH INFANTRY, CONN BARRACKS, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STARKOVICH, SHAWN VINCENT | LCPL | E03 | 2007/07/16 | 20 | MALE | ARLINGTON | SNOHOMISH | WA | US | H&S CO, 3D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL HABBANIYAH |
| MARINE CORPS | ACTIVE DUTY | STARR, JEFFREY BRIAN | CPL | E04 | 2005/05/30 | 22 | MALE | SNOHOMISH | SNOHOMISH | WA | US | B CO, 1ST BN, 5TH MAR, (2 BCT, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | RAMADI |
| MARINE CORPS | ACTIVE DUTY | STARR, MICHAEL LENARD JR | LCPL | E03 | 2005/01/26 | 21 | MALE | BALTIMORE | BALTIMORE (CITY) | MD | US | C CO, 1ST BN, 3D MAR, 31ST MEU, 1ST MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | KOREAN VILLAGE |
| ARMY | ACTIVE DUTY | STEFFENEY, ERIC MATTHEW | SSG | E06 | 2005/02/23 | 28 | MALE | WATERLOO | BLACK HAWK | IA | US | 18TH ORDNANCE COMPANY, 184TH ORDNANCE BATTALION, 52ND ORDNANCE GROUP, FORT BRAGG, NC | IZ | IZ | IRAQ | TUZ |
| ARMY | ACTIVE DUTY | STEINBACHER, NICHOLAS PAUL | SPC | E04 | 2006/12/10 | 22 | MALE | LA CRESCENTA | LOS ANGELES | CA | US | COMPANY B, 2ND BATTALION, 5TH INFANTRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | STELMAT, DAVID SAMUEL JR | SGT | E04 | 2008/03/22 | 27 | MALE | LITTLETON | GRAFTON | NH | US | 237TH MILITARY POLICE COMPANY, COMBAT SUPPORT (FORWARD), PLYMOUTH, NH | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STENROOS, DEREK THOMAS | SGT | E04 | 2007/11/05 | 24 | MALE | NORTH POLE | FAIRBANKS NORTH STAR | AK | US | HHC, 1ST BRIGADE SPECIAL TROOPS BATTALION, 1 BCT, FORT DRUM, NY | IZ | IZ | IRAQ | TAL AL-ADAHAB |
| ARMY | ACTIVE DUTY | STEPHENS, BLAKE CHRISTOPHER | SGT | E04 | 2007/05/08 | 25 | MALE | POCATELLO | BANNOCK | ID | US | HHT, 3D BRIGADE, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STEPHENS, JOHN SCOTT | SFC | E07 | 2007/03/15 | 41 | MALE | SAN ANTONIO | BEXAR | TX | US | HHC, 1ST INFANTRY BRIGADE, FORT RILEY, KS | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | STERN, ANDREW KARL | 1STLT | O02 | 2004/09/16 | 24 | MALE | GERMANTOWN | SHELBY | TN | US | B CO, 1ST TNK BN, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | STEVENS, ANDY ALLEN | SGT | E05 | 2005/12/01 | 29 | MALE | TOMAH | MONROE | WI | US | F CO, 2D BN, 7TH MAR, (RCT-8, 2D MAR DIV), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | STEVENS, JOSEPH WILLIAM | SSG | E06 | 2005/01/24 | 26 | MALE | SACRAMENTO | SACRAMENTO | CA | US | A CO, 2D BN, 2D INFANTRY, 1ST INFANTRY DIVISION, (TF DANGER), VILSECK, GERMANY | IZ | IZ | IRAQ | MOHAMMED SACRAN |
| ARMY | ACTIVE DUTY | STEVENS, RANDY LEE | SPC | E04 | 2005/04/16 | 21 | MALE | SWARTZ CREEK | GENESEE | MI | US | BATTERY A, 2D BATTALION,17TH FIELD ARTILLERY, (2 MEF) FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STEVENSON, JEFFERY SCOTT | LCPL | E03 | 2008/07/13 | 20 | MALE | NEWTON | SUSSEX | NJ | US | 7TH ESB (-), (220 NCR, I MEF FWD), 1ST MLG, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL TAQADDUM |
| ARMY | ACTIVE DUTY | STEVER, ROBERT ANTHONY | SSG | E06 | 2003/04/08 | 36 | MALE | PENDLETON | UMATILLA | OR | US | HHC 3D BATTALION, 15TH INFANTRY, FORT STEWART, GA 31314 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | STEWART, CARLA JANE | SPC | E04 | 2007/01/28 | 37 | FEMALE | GLENDALE | LOS ANGELES | CA | US | 250TH TRANSPORTATION COMPANY, 1387TH TRANSPORTATION TERMINAL BRIGADE, EL MONTE, CA | IZ | IZ | IRAQ | LSA ADDER, 28TH CSH |
| MARINE CORPS | RESERVE | STEWART, DAVID STEPHEN | CPL | E04 | 2005/08/03 | 24 | MALE | WASHINGTON | ST LANDRY | LA | US | 3D PLT, A CO, 4TH AA BN, (RCT-2, 2D MAR DIV), 4TH MAR DIV, GULFPORT, MS | IZ | IZ | IRAQ | BARWANAH |
| MARINE CORPS | ACTIVE DUTY | STEWART, IAN WESLEY | CPL | E04 | 2004/12/12 | 21 | MALE | LAKE HUGHES | LOS ANGELES | CA | US | K CO, 3D BN, 5TH MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | STEWART, JAMES DOUGLAS | SGT | E05 | 2005/06/21 | 29 | MALE | CHATTANOOGA | HAMILTON | TN | US | 57TH TRANSPORTATION COMPANY, 10TH MTN DIV (MNC-I), FORT DRUM, NY | IZ | IZ | IRAQ | AR RUTBAH |
| MARINE CORPS | ACTIVE DUTY | STICKLEN, JOSHUA CONARD | CPL | E04 | 2006/12/03 | 24 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | H&S CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | HADITHAH DAM |
| MARINE CORPS | ACTIVE DUTY | STINSON, SHANE MIKEL | PFC | E02 | 2007/06/23 | 23 | MALE | FULLERTON | ORANGE | CA | US | COMPANY D, 2D BATTALION, 69TH ARMOR, FORT BENNING, GA | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | STOCK, JOHN CHRISTIAN | SSGT | E06 | 2007/09/06 | 26 | MALE | LONGVIEW | GREGG | TX | US | B CO, 3D AA BN, (TF 1/3, RCT-2, II MEF FWD), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | ALBU HYATT |
| ARMY | NATIONAL GUARD | STOKELY, MICHAEL JAMES | SGT | E04 | 2005/08/16 | 23 | MALE | SHARPSBURG | COWETA | GA | US | TROOP E, 108TH CAVALRY, 48TH BCT (TF BAGHDAD), GRIFFIN, GA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STOKES, SEAN ANDREW | CPL | E04 | 2007/07/30 | 24 | MALE | ROSEVILLE | PLACER | CA | US | H&S CO, 3D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | TAQQADUM |
| ARMY | RESERVE | STONE, DOUGLAS CAMERON | SFC | E07 | 2007/03/11 | 49 | MALE | TAYLORSVILLE | | UT | US | 3RD BATTALION, 2ND BRIGADE, MTT, SALT LAKE CITY, UT | IZ | IZ | IRAQ | TALLAFAR |
| AIR FORCE | ACTIVE DUTY | STONE, GREGORY LEWIS | MAJ | O04 | 2003/03/25 | 40 | MALE | BOISE | ADA | ID | US | 124TH AIR SUPPORT OPERATIONS SQUADRON, IDAHO AIR NATIONAL GUARD, BOISE, ID | KU | KU | KUWAIT | CAMP UDARI |
| ARMY | ACTIVE DUTY | STONE, MARK ALLEN | SGT | E05 | 2008/06/28 | 22 | MALE | BUCHANAN DAM | | TX | US | COMPANY F, 64TH BSB, 4TH BCT, 10TH MTN (TASK ORG TO 4TH ID), FORT POLK, LA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | STONE, SAMUEL DONALD | PFC | E03 | 2009/05/31 | 20 | MALE | PORT ORCHARD | KITSAP | WA | US | TROOP C, 1ST SQUADRON, 303RD CAVALRY, BREMERTON, WA | IZ | IZ | IRAQ | BASRA |
| ARMY | ACTIVE DUTY | STOREY, CLINT JOSEPH | SSG | E06 | 2006/06/04 | 30 | MALE | ENID | GARFIELD | OK | US | HHC, 1ST BATTALION, 1 BCT (I MEF), FRIEDBERG, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STOTTLEMYER, TRAVIS MARTIN | LCPL | E03 | 2008/08/17 | 20 | MALE | FAITH | MONTGOMERY | PA | US | 3D FAST CO, MCSF, NORFOLK, VA | BA | BA | BAHRAIN | MANAMA |
| ARMY | NATIONAL GUARD | STOUT, BRANDON L | SPC | E04 | 2007/01/22 | 23 | MALE | GRAND RAPIDS | KENT | MI | US | 46TH MILITARY POLICE COMPANY, KINGSFORD, MI | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | STOVALL, MATTHEW RYAN | 1LT | O02 | 2004/08/22 | 25 | MALE | HORN LAKE | DESOTO | MS | US | 367TH MAINTENANCE CO, 298TH CORPS SUPPORT BATTALION, PHILADELPHIA, MS | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | STOVER, MICHAEL DAVID | PV2 | E02 | 2006/06/03 | 43 | MALE | MANSFIELD | RICHLAND | OH | US | MWSS-371, MWSG-37, (MWSS-374, I MEF FWD), 3D MAW, MCAS YUMA, AZ | IZ | IZ | IRAQ | AL TAQADDUM |
| ARMY | ACTIVE DUTY | STRADER, MORGAN WILLIAM | SGT | E05 | 2004/11/12 | 23 | MALE | CROSSVILLE | | TN | US | K CO, 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | STRAIN, ADAM JAMES | LCPL | E03 | 2005/08/03 | 20 | MALE | SMARTSVILLE | | CA | US | CO A, 2D LAR, 6TH MAR, (2 BCT, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | ALASAD |
| ARMY | ACTIVE DUTY | STRANGE, WILLIAM RODRIGUES III | PV2 | E03 | 2004/04/02 | 19 | MALE | ADRIAN | EMANUEL | GA | US | A CO, 264TH ENGINEER BATTALION, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STRASSEL, THOMAS KYLE | PFC | E03 | 2007/01/09 | 20 | MALE | CLEARWATER | PINELLAS | FL | US | HHC, 1ST BATTALION, 23RD INFANTRY, 1 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | NATIONAL GUARD | STRAUB, JESSE WAYNE | SGT | E05 | 2005/07/05 | 24 | MALE | EVANSVILLE | VANDERBURGH | IN | US | B CO, 3RD BATTALION, 335TH INFANTRY, (TF 256), JENNINGS, LA | IZ | IZ | IRAQ | HADITHAH |
| MARINE CORPS | NATIONAL GUARD | STRECKFUSS, KIRK ALLEN | SPC | E04 | 2003/12/08 | 23 | MALE | BEAVER DAM | DODGE | WI | US | COMPANY C, 2ND BATTALION, 127TH INFANTRY, BEAVER DAM, WI | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | STREIB, FRANK | CPL | E03 | 2005/05/19 | 23 | MALE | MIDLOTHIAN | | TX | US | B CO, 1ST BN, 5TH CAV, 2D BCT, 1ST CAV DIV, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | STRICKLAND, THOMAS JAMES | SFC | E07 | 2005/08/15 | 27 | MALE | DOUGLASVILLE | DOUGLAS | GA | US | HHC, 1ST BATTALION, 121ST INFANTRY, (48TH BCT), LAWRENCEVILLE, GA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STRINGER, DAVID JAMES | PFC | E02 | 2008/06/09 | 22 | MALE | COLDWATER | | OH | US | 2D LAR BN, (2 BCT, 2D MAR DIV), RCT-8, 1ST MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | STROM, JEREMY | CPL | E04 | 2007/06/12 | 29 | MALE | WACO | MCLENNAN | TX | US | COMPANY D, 2D BATTALION, 69TH ARMOR, FORT BENNING, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | STRONG, JOSEPH EDWARD III | SSG | E06 | 2004/02/06 | 43 | MALE | FOUNTAIN | EL PASO | CO | US | WPNS CO, 2D BN, 136TH INFANTRY, (1 BCT, 34TH ID), RAPID CITY, SD | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STRONG, JOSEPH RYAN | LCPL | E03 | 2007/09/06 | 21 | MALE | STEUBENVILLE | JEFFERSON | OH | US | HHC, 5TH BATTALION, 82ND FA REGIMENT, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STRONG, JOSEPH ALLEN | SGT | E05 | 2006/10/04 | 24 | MALE | | | | US | 6TH SQUADRON, 9TH CAVALRY REGIMENT, 3 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | STUBENHOFER, MARK NORMAN | CPT | O03 | 2004/12/07 | 30 | MALE | SPRINGFIELD | FAIRFAX | VA | US | HHC, 1ST BATTALION, 41ST INFANTRY, 1 BCT, FORT RILEY, KS | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | STUDER, MATTHEW JOHN | SGT | E05 | 2008/01/22 | 20 | MALE | MEDINA | MEDINA | OH | US | 2ND STRYKER CAVALRY REGIMENT, VILSECK, GERMANY | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | STURDY, BRANDON CHAUNCEY | PFC | E02 | 2004/05/13 | 19 | MALE | URBANDALE | POLK | IA | US | F CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | STURGES, WILLIAM RANDOLPH JR | PFC | E03 | 2004/01/24 | 24 | MALE | SPRING CHURCH | ARMSTRONG | PA | US | COMPANY B, 1ST BATTALION, 13TH CAVALRY REGIMENT, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | KHALDIYAH |
| ARMY | ACTIVE DUTY | STURINO, PAUL JOSEPH | SPC | E04 | 2003/09/22 | 21 | MALE | RICE LAKE | BARRON | WI | US | BATTERY B, 2ND BN, 320TH FIELD ARTILLERY REGIMENT, FORT CAMPBELL, KY 42223 | IZ | IZ | IRAQ | QUEST |
| ARMY | ACTIVE DUTY | SUAREZ DEL SOLAR, JESUS ALBERTO | LCPL | E03 | 2003/03/27 | 20 | MALE | ESCONDIDO | SAN DIEGO | CA | US | 1ST LAR BN, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | DIWANIYAH |
| ARMY | ACTIVE DUTY | SUAREZ-GONZALEZ, ROGER ARMANDO | PFC | E03 | 2006/12/04 | 22 | MALE | MIAMI | DADE | FL | US | COMPANY C, 2D BATTALION, 8TH INFANTRY, 2 BCT, FORT CARSON, CO | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | SUELL, JOSEPH DEWAYNE | SGT | E04 | 2003/06/16 | 24 | MALE | LUFKIN | ANGELINA | TX | US | 4TH SQUADRON, 3D ACR, FORT CARSON, CO | IZ | IZ | IRAQ | BALAD |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | Svc1 | Svc2 | Svc Country | Svc City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARINE CORPS | ACTIVE DUTY | TETRAULT, JASON ANDREW | LCPL | E03 | 2003/07/09 | 20 | MALE | MORENO VALLEY | RIVERSIDE | CA | US | HQCO, 7TH MAR, 1ST MARDIV, TWENTYNINE PALMS, CA | KU | KU | KUWAIT | |
| ARMY | ACTIVE DUTY | TEXTOR, DAVID WILLIAM | SSG | E06 | 2008/07/15 | 27 | MALE | ROANOKE | ROANOKE (CITY) | VA | US | COMPANY A, 3D BATTALION, 1ST SPECIAL FORCES GROUP, FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | THACKER, NATHAN ZIRIAX | PV2 | E01 | 2007/10/12 | 18 | MALE | GREENBRIER | FAULKNER | AR | US | COMPANY D, 2D BATTALION, 22D INFANTRY, 1 BCT, FORT DRUM, NY | IZ | IZ | IRAQ | KIRKUK |
| NAVY | RESERVE | THARP, JERRY ALLEN | PO1 | E06 | 2006/07/12 | 44 | MALE | MUSCATINE | MUSCATINE | IA | US | NAV MOB CONST BATT 25, FORT MCCOY, WI | IZ | IZ | IRAQ | AL ANBAR |
| ARMY | ACTIVE DUTY | THARP, SEAN DOUGLAS | PFC | E02 | 2006/03/28 | 21 | MALE | ORLANDO | ORANGE | FL | US | COMPANY B, 1ST BATTALION, 22D INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | THEOBALD, STEVE M | SGT | E05 | 2010/06/04 | 53 | MALE | GOOSE CREEK | BERKELEY | SC | US | 267TH TRANSPORTATION COMPANY, UNITED STATES ARMY RESERVE, LIVINGSTON, AL | KU | KU | KUWAIT | KUWAIT CITY |
| ARMY | ACTIVE DUTY | THIBEAULT, JORDAN PETER PAUL | PV2 | E02 | 2008/09/05 | 22 | MALE | SOUTH JORDAN | SALT LAKE | UT | US | HHC, 1ST BATTALION, 8TH INFANTRY, 2 BCT, SMITH BARRACKS, GERMANY | IZ | IZ | IRAQ | FOB HAMMER |
| ARMY | ACTIVE DUTY | THIBODEAUX, JOSEPH CLARENCE III | CPL | E04 | 2004/09/01 | 24 | MALE | LAFAYETTE | LAFAYETTE | LA | US | HHC, 2D BATTALION, 20TH INFANTRY DIVISION (1 ID) SCHOFIELD BARRACKS, HI 96857 | IZ | IZ | IRAQ | HAWIJAH |
| ARMY | NATIONAL GUARD | THIGPEN, THOMAS RUEL SR | MSG | E08 | 2004/03/16 | 52 | MALE | AUGUSTA | RICHMOND | GA | US | HHC, 1131ST SIGNAL BATTALION, 201 PERIMETER ROAD, GREENVILLE, SC 29605 | KU | KU | KUWAIT | KUWAIT CITY |
| ARMY | ACTIVE DUTY | THIRY, JESSE LEE | CPL | E04 | 2004/04/05 | 23 | MALE | CASCO | KEWAUNEE | WI | US | 1ST BN, 5TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | THOMAS, BRYAN MATTHEW | PFC | E03 | 2008/06/23 | 22 | MALE | LAKE CHARLES | CALCASIEU | LA | US | HHC, 2D BATTALION, 6TH INFANTRY, 2 BCT, BAUMHOLDER, GERMANY | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | THOMAS, BRYAN RICHARD | PFC | E03 | 2008/09/04 | 22 | MALE | BATTLE CREEK | CALHOUN | MI | US | COMPANY B, 1ST BATTALION, 66TH ARMOR, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THOMAS, CARL | SGT | E05 | 2004/09/13 | 29 | MALE | PHOENIX | MARICOPA | AZ | US | HHC, 1ST BATTALION, 12TH CAVALRY REGIMENT, 1ST CAVALRY DIVISION, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | THOMAS, JOHN FRANK | SGT | E04 | 2005/07/24 | 33 | MALE | VALDOSTA | | GA | US | COMPANY A, 2D BATTALION, 121ST INFANTRY, (TF BAGHDAD), VALDOSTA, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THOMAS, KENDALL | SSG | E06 | 2004/04/26 | 36 | MALE | ST THOMAS | ST THOMAS | VI | US | C BATTERY, 3RD BATTALION, 82 FIELD ARTILLERY (1ST CAV), FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THOMAS, KYLE GREGORY | SPC | E04 | 2003/09/25 | 23 | MALE | TOPEKA | SHAWNEE | KS | US | COMPANY A 2D BATTALION 503D INFANTRY, APO AE 09630 | IZ | IZ | IRAQ | KIRKUK |
| ARMY | NATIONAL GUARD | THOMAS, SEAN MICHAEL | MSG | E07 | 2007/03/27 | 33 | MALE | HARRISBURG | DAUPHIN | PA | US | 28TH DIVISION SUPPORT COMMAND, HARRISBURG, PA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | THOMASON, PAUL WILLIAM III | SGT | E04 | 2005/03/20 | 37 | MALE | TALBOTT | JEFFERSON | TN | US | G TROOP, 2D SQUADRON, 278TH ARMORED CAV, (42D INF DIV), GREENVILLE, TN | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | THOMPSON, ANTHONY ORLANDO | SSG | E05 | 2003/09/18 | 26 | MALE | ORANGEBURG | ORANGEBURG | SC | US | HHB 4TH BATTALION, 42D FIELD ARTILLERY, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | TIKRIT |
| NAVY | ACTIVE DUTY | THOMPSON, CHRISTOPHER WORTH | PO3 | E04 | 2005/10/21 | 25 | MALE | N. WILKESBORO | | NC | US | E CO 2NDBN 2NDMAR RCT 8 2NDMARDIV | IZ | IZ | IRAQ | ZAIDON |
| ARMY | ACTIVE DUTY | THOMPSON, JACOB MARTIN | SSG | E06 | 2007/06/06 | 28 | MALE | NORTH MANKATO | NICOLLET | MN | US | COMPANY B, 1ST BATTALION, 23D INFANTRY, FORT LEWIS, WA | IZ | IZ | IRAQ | BAQUBAH |
| ARMY | RESERVE | THOMPSON, JARRETT BENNETT | SGT | E05 | 2003/09/07 | 27 | MALE | DOVER | KENT | DE | US | 946TH TRANSPORTATION COMPANY, LEWES, DE 19958 | IZ | US | UNITED STATES | WASHINGTON |
| MARINE CORPS | ACTIVE DUTY | THOMPSON, LANCE MCGREGOR | CPL | E04 | 2004/11/15 | 21 | MALE | UPLAND | | IN | US | HIPNS CO, 2D BN, 5TH MAR, 2 BCT, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | NATIONAL GUARD | THOMPSON, MICHAEL E | CPL | E04 | 2008/09/17 | 23 | MALE | HARRAH | OKLAHOMA | OK | US | DETACHMENT 1, COMPANY B, 2D BATTALION, 149TH AVIATION, LEXINGTON, OK | IZ | IZ | IRAQ | TALLIL |
| ARMY | ACTIVE DUTY | THOMPSON, NILS GEORGE | PFC | E03 | 2005/08/04 | 19 | MALE | CONFLUENCE | SOMERSET | PA | US | COMPANY C, 1ST BATTALION, 24TH INFANTRY (TF LIBERTY), FORT LEWIS, WA | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | THOMPSON, STEPHEN SCOTT | CPL | E04 | 2009/02/14 | 23 | MALE | TULSA | TULSA | OK | US | HHC, 1ST BATTALION, 22D INFANTRY, 1ST BRIGADE COMBAT TEAM, 4 ID, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THORNE, WILLIAM EDGERTON | PFC | E03 | 2008/06/24 | 26 | MALE | HOSPERS | SIOUX | IA | US | TROOP C, 1ST SQUADRON, 10TH CAVALRY, 2 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | THORNSBERRY, JONATHAN BRETT | LCPL | E03 | 2006/10/25 | 22 | MALE | MCDOWELL | FLOYD | KY | US | L CO, 3D BN, 24TH MAR, 4TH MAR DIV, JOHNSON CITY, TX | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | THORNSBURY, DUANE ANTHONY | SFC | E07 | 2008/09/12 | 30 | MALE | BRIDGEPORT | HARRISON | WV | US | COMPANY A, 2D BATTALION, 10TH SPECIAL FORCES GROUP, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THORNTON, JOHN JOSHUA | LCPL | E03 | 2006/02/25 | 22 | MALE | PHOENIX | MARICOPA | AZ | US | K CO, 3D BN, 7TH MAR (2-28 BCT, 2D MARDIV) 1ST MARDIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | THORNTON, ROBERT CECIL JR | SSG | E06 | 2004/06/23 | 35 | MALE | RAINBOW CITY | ETOWAH | AL | US | C TROOP, 1ST SQUADRON, 7TH CAVALRY (1CD), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | THORNTON, STEVEN WILLIAM | MAJ | O04 | 2005/04/16 | 46 | MALE | STEILACOOM | PIERCE | WA | US | USA, TOBYHANNA ARMY DEPOT, PA W/DUTY US ARMY CMD, FORT MONMOUTH, NJ | KU | KU | KUWAIT | CAMP ARIFJAN |
| ARMY | ACTIVE DUTY | THORSEN, BRANDON TYLER | SPC | E03 | 2007/09/15 | 22 | MALE | TRENTON | GILCHRIST | FL | US | TROOP A, 2D SQUADRON, 12TH CAVALRY, 4 BCT, FORT BLISS, TX | IZ | GM | GERMANY | LRMC |
| ARMY | ACTIVE DUTY | THRASHER, ROBERT BROOKS | SGT | E05 | 2007/02/11 | 23 | MALE | FOLSOM | SACRAMENTO | CA | US | TROOP D, 2D SQUADRON, 13TH CAVALRY, FORT BLISS, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | TIAI, FRANK FAGA | SSG | E06 | 2005/07/17 | 45 | MALE | PAGO PAGO | EASTERN | AS | US | COMPANY B, 100TH INFANTRY BATTALION, 442D INFANTRY (1 CC), PAGO PAGO, AS | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | TIFFNER, BENJAMIN DAVID | CPT | O03 | 2007/11/07 | 31 | MALE | PIGEON | | WV | US | COMPANY C, 5TH BATTALION, 5TH SPECIAL FORCES GROUP, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TIJERINA, JAMES RODNEY | SGT | E05 | 2007/02/07 | 26 | MALE | BEASLEY | | TX | US | HMM-364, MAG-39, 3D MAW, CAMP PENDLETON, CA | IZ | IZ | IRAQ | KARMAH |
| MARINE CORPS | ACTIVE DUTY | TILLERY, JESSE DANIEL | LCPL | E03 | 2006/12/02 | 19 | MALE | VESPER | | WI | US | B CO, 2D AA BN, (RCT-5, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | TILLERY, JOSHUA MICHAEL | CW2 | W02 | 2009/01/26 | 31 | MALE | BEAVERTON | | OR | US | TROOP B, 6TH SQUADRON, 6TH CAVALRY, FORT DRUM, NY | IZ | IZ | IRAQ | KIRKUK |
| MARINE CORPS | ACTIVE DUTY | TIMBERMAN, HARRY HOYT | LCPL | E03 | 2007/03/17 | 20 | MALE | MINONG | WASHBURN | WI | US | G CO, 2D BN, 7TH MAR, (RCT-6, II MEF FWD), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | RESERVE | TIME, TINA SAFAIRA | SGT | E05 | 2004/12/13 | 22 | FEMALE | TUCSON | PIMA | AZ | US | 208TH TRANSPORTATION COMPANY, TUCSON, AZ | IZ | IZ | IRAQ | CEDAR |
| ARMY | NATIONAL GUARD | TIMMERMAN, JASON GARY | 1LT | O02 | 2005/02/21 | 24 | MALE | TRACY | LYON | MN | US | C BATTERY, 1ST BATTALION, 151ST FIELD ARTILLERY, 34TH INFANTRY DIVISION, III CORPS, MORRIS, MN | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | TIMOTEO, HUMBERTO FONSECADAS | SSG | E05 | 2004/06/05 | 25 | MALE | NEWARK | ESSEX | NJ | US | BATTERY B, 3D BATTALION, 112TH FIELD ARTILLERY, MORRISTOWN, NJ | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TINNEL, JEREMY LEE | LCPL | E03 | 2007/07/01 | 20 | MALE | MECHANICSVILLE | HANOVER | VA | US | CO C, 1ST BN, 2D MAR, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | ALBU HYATT |
| ARMY | ACTIVE DUTY | TINNELL, PATRICK ALLAN | SPC | E03 | 2006/04/19 | 25 | MALE | LAKE HAVASU CITY | MOHAVE | AZ | US | COMPANY C, 1ST BATTALION, 187TH INFANTRY, 3D BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | AS SINIYAH |
| ARMY | ACTIVE DUTY | TINSLEY, DOUGLAS LOGAN | SPC | E04 | 2006/12/26 | 21 | MALE | CHESTER | CHESTER | SC | US | HHC, 3D BATTALION, 509TH INFANTRY, 4 BCT, (25 ID), FORT RICHARDSON, AK | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TIPTON, JOHN EDGAR | CPT | O03 | 2004/05/02 | 32 | MALE | ST CLAIRSVILLE | BEDFORD | OH | US | HHC, 1ST BATTALION, 16TH INFANTRY (1ID), FORT RILEY, KS 66442 | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | TIRADOR, AMY CATHERINE | SSG | E06 | 2009/11/04 | 29 | FEMALE | ALBANY | ALBANY | NY | US | 209TH MILITARY INTELLIGENCE COMPANY, 3RD BRIGADE COMBAT TEAM, 2 ID, FORT LEWIS, WA | IZ | IZ | IRAQ | FOB CALDWELL |
| ARMY | ACTIVE DUTY | TITCOMB, JOSHUA KULE | PFC | E03 | 2004/09/29 | 20 | MALE | SOMERSET | PULASKI | KY | US | A COMPANY, 2D BATTALION, 72D ARMOR, 2D INFANTRY DIVISION (CAMP CASEY, KOREA) | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | TITUS, BRANDON THOMAS | SPC | E04 | 2004/06/17 | 20 | MALE | BOISE | ADA | ID | US | B COMPANY, 2D BATTALION, 14TH INFANTRY (10MTN), FORT DRUM, NY 13602 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TOBIASON, JOHN JOSEPH | SFC | E07 | 2007/11/28 | 42 | MALE | BLOOMINGTON | HENNEPIN | MN | US | HHD, 15TH PERSONNEL SERVICES BATTALION, 3RD PERSONNEL GROUP, FT. MCCOY, WI | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | TOBLER, BRANDON SCOTT | SPC | E04 | 2003/03/22 | 19 | MALE | PORTLAND | MULTNOMAH | OR | US | 671ST ENGINEER COMPANY DETACHMENT 2, PORTLAND, OR 97217-7399 | KU | KU | KUWAIT | CAMP VIRGINIA |
| ARMY | ACTIVE DUTY | TOCZYLOWSKI, JEFFERY PHILLIP | MAJ | O03 | 2005/11/04 | 30 | MALE | AMBLER | MONTGOMERY | PA | US | 1ST BN, 10TH SFG (SPECIAL OPERATIONS COMMAND CENTRAL) STUTTGART, GERMANY | IZ | IZ | IRAQ | AL QAIM |
| ARMY | ACTIVE DUTY | TODACHEENE, LEE DUANE | SGT | E05 | 2004/04/06 | 29 | MALE | FARMINGTON | SAN JUAN | NM | US | HHC, 1ST BATTALION / 77TH ARMORED (1ST ID), APO AE 09326 (SCHWEINFURT, GE) | IZ | IZ | IRAQ | ANACONDA |
| ARMY | ACTIVE DUTY | TODD, BENJAMIN HARRIS | CW2 | W02 | 2009/01/26 | 29 | MALE | COLVILLE | STEVENS | WA | US | TROOP B, 6TH SQUADRON, 6TH CAVALRY, FORT DRUM, NY | IZ | IZ | IRAQ | KIRKUK |
| MARINE CORPS | RESERVE | TODD, JOHN HARRISON III | CPL | E04 | 2004/06/29 | 24 | MALE | BRIDGEPORT | MONTGOMERY | PA | US | BRIDGE CO B, 6TH ESB, 4TH FSSG, FOLSOM, PA | IZ | IZ | IRAQ | CAMP FALLUJAH |
| ARMY | ACTIVE DUTY | TOLEDOPULIDO, VICTOR HUGO | CPL | E04 | 2007/05/23 | 22 | MALE | HANFORD | KINGS | CA | US | HHT, 3D SQUADRON, 1ST CAVALRY, FORT BENNING, GA | IZ | IZ | IRAQ | NAHRAWAN |
| ARMY | ACTIVE DUTY | TOLLEFSON, BENJAMIN BRYAN | PFC | E03 | 2008/12/31 | 22 | MALE | CONCORD | CONTRA COSTA | CA | US | HHC, 2DBRIGADE, SPECIAL TROOP BATTALION, FORT RILEY, KS | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | TOLLEFSON, JOHN OLIVER | SPC | E04 | 2005/07/27 | 22 | MALE | FOND DU LAC | FOND DU LAC | WI | US | 417TH MILITARY POLICE COMPANY, FORT HOOD, TX | IZ | IZ | IRAQ | ASHRAF |
| ARMY | ACTIVE DUTY | TOLLETT, NORMAN LANE | SGT | E04 | 2007/04/08 | 30 | MALE | COLUMBUS | MUSCOGEE | GA | US | COMPANY C, 1ST BATTALION, 504TH INFANTRY, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | TOMCI, JOSEPH ANTHONY | CPL | E04 | 2006/06/02 | 21 | MALE | STOW | SUMMIT | OH | US | L CO, 3D BN, 8TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | TOMCZAK, ZACHARY BLAISE | SSG | E06 | 2007/09/25 | 24 | MALE | HURON | BEADLE | SD | US | COMPANY B, 2D BATTALION, 325TH INFANTRY, FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | TOMKO, NICHOLAS ALLEN | SGT | E05 | 2003/11/09 | 24 | MALE | MCKEES ROCKS | ALLEGHENY | PA | US | 307TH MILITARY POLICE COMPANY 18TH MP BRIGADE, NEW KENSINGTON, PA 15068 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | TONEY, TIMOTHY | MSGT | E08 | 2004/03/27 | 37 | MALE | NEW YORK | NEW YORK | NY | US | COMM CO, HQBN, 1ST MAR DIV, CAMP PENDLETON, CA | KU | KU | KUWAIT | CAMP WOLVERINE |
| ARMY | ACTIVE DUTY | TOOMALATAI, DAVID TIPO | PFC | E03 | 2007/01/27 | 19 | MALE | LONG BEACH | LOS ANGELES | CA | US | HHC, 2D SQUADRON, 8TH CAV, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | TORRENCE, JOSHUA LOUIS | LCPL | E03 | 2005/02/14 | 20 | MALE | LEXINGTON | LEXINGTON | SC | US | D CO, 2D AA BN, (RCT-1, 1ST MAR DIV), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | TORRES, DANIEL | SGT | E05 | 2005/02/04 | 23 | MALE | FORT WORTH | | TX | US | COMPANY B, 2ND BATTALION, 7TH INFANTRY DIVISION (42 ID TF), FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TORRES, GEORGE DANIEL | LCPL | E02 | 2004/04/11 | 23 | MALE | LONG BEACH | LOS ANGELES | CA | US | B CO, 1ST BN, 5TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | 31ST COMBAT SUPPORT HOSPITAL |
| MARINE CORPS | ACTIVE DUTY | TORRES, MICHAEL STEVEN | LCPL | E03 | 2004/07/05 | 21 | MALE | EL PASO | EL PASO | TX | US | K CO, 3D BN, 7TH MAR, RCT 7, 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | TORRES, OMAR ERNESTO | PFC | E03 | 2007/08/22 | 20 | MALE | CHICAGO | COOK | IL | US | COMPANY B, 1ST BATTALION, 15TH INFANTRY, FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | TORRES, RICHARD | 2LT | O01 | 2003/10/06 | 25 | MALE | CLARKSVILLE | MONTGOMERY | TN | US | COMPANY B, 1ST BATTALION, 32D INFANTRY, FORT DRUM, NY 13602 | IZ | IZ | IRAQ | ISKANDARIYAH |
| MARINE CORPS | RESERVE | TORRES, TEODORO | SPC | E04 | 2006/05/05 | 24 | MALE | LAS VEGAS | CLARK | NV | US | COMPANY B, 490TH CIVIL AFFAIRS BATTALION, ABILENE, TX | IZ | IZ | IRAQ | RAMADI |
| MARINE CORPS | ACTIVE DUTY | TORREZ, ELIAS III | LCPL | E03 | 2004/04/09 | 21 | MALE | VERIBEST | TOM GREEN | TX | US | WPNS CO, 3D BN, 7TH MAR, RCT-7, 1ST MARDIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | TOSTO, MICHAEL LEE | SGT | E05 | 2003/06/17 | 24 | MALE | APEX | WAKE | NC | US | HHB, 1ST BATTALION 39TH FIELD ARTILLERY, FORT SILL, OK 73503 | KU | KU | KUWAIT | CAMP WOLF |
| ARMY | NATIONAL GUARD | TOTH, ERIC L | SPC | E04 | 2005/03/30 | 21 | MALE | EDMONTON | METCALFE | KY | US | BATTERY A, 1ST BATTALION, 623D FIELD ARTILLERY, TOMPKINSVILLE, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TOUSHA, SHAUN PAUL | SGT | E05 | 2007/12/03 | 30 | MALE | HULL | LIBERTY | TX | US | COMPANY F, 1ST BATTALION, 26TH INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | TOWNES, MICHAEL LOPEZ | SSG | E06 | 2007/09/16 | 29 | MALE | LAS VEGAS | CLARK | NV | US | COMPANY E, 4TH BATTALION, 227TH AVIATION, 1 ACB, FORT HOOD, TX | IZ | IZ | IRAQ | BALAD |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARINE CORPS | RESERVE | WELLS, CHARLES GARY JR | WO | W01 | 2005/03/30 | 32 | MALE | MONTGOMERY | MONTGOMERY | AL | US | MT CO A, 6TH MT BN, (CLB-2, 1ST FSSG FWD), 4TH FSSG, ORLANDO, FL | IZ | IZ | IRAQ | ASR TIN |
| MARINE CORPS | ACTIVE DUTY | WELLS, LARRY LLOYD | LCPL | E03 | 2004/06/06 | 22 | MALE | MT. HERMON | | LA | US | C CO, BLT 1/4, 11TH MEU, CAMP PENDLETON, CA | IZ | IZ | IRAQ | NAJAF |
| MARINE CORPS | ACTIVE DUTY | WELLS, LONNY DION | SGT | E05 | 2004/11/09 | 29 | MALE | VANDERGRIFT | WESTMORELAND | PA | US | B CO, 1ST BN, 8TH MAR, RCT-7, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | RESERVE | WELLS, STEPHEN MICHAEL | CW2 | W02 | 2004/02/25 | 29 | MALE | NORTH EGREMONT | BERKSHIRE | MA | US | HHT 4TH SQUADRON, 3D ARMORED CAVALRY REGIMENT FORT CARSON, CO 80913 | IZ | IZ | IRAQ | HABBANIYAH |
| ARMY | NATIONAL GUARD | WENDLING, MICHAEL J | SPC | E04 | 2005/09/26 | 20 | MALE | MAYVILLE | | WI | US | COMPANY C, 2D BATTALION, 127TH INFANTRY (MNC), FOND DU LAC, WI | IZ | IZ | IRAQ | SHAIBAH |
| ARMY | ACTIVE DUTY | WENGER, ADAM MCKANEY | SGT | E04 | 2008/11/05 | 27 | MALE | WATERFORD | OAKLAND | MI | US | BATTERY B, 1ST BATTALION, 76TH FIELD ARTILLERY, 4 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | TUNNIS |
| ARMY | RESERVE | WENTZ, BRAD ARNOLD | SGT | E05 | 2005/05/20 | 21 | MALE | GLADWIN | GLADWIN | MI | US | 160TH TRANSPORTATION COMPANY, (MNC-I), BAY CITY, MI | IZ | IZ | IRAQ | BALAD |
| ARMY | NATIONAL GUARD | WENTZ, CODY LEE | SPC | E04 | 2004/11/04 | 21 | MALE | WILLISTON | WILLIAMS | ND | US | A COMPANY, 141ST ENGINEER BATTALION, (1ID), WILLISTON, ND 58413 | IZ | IZ | IRAQ | TAMPA |
| ARMY | NATIONAL GUARD | WERNER, EARL DELMER | SGT | E05 | 2009/06/26 | 38 | MALE | MONDOVI | BUFFALO | WI | US | COMPANY B, 61ST SPECIAL TROOPS BATTALION, PORTLAND, OR | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | RESERVE | WERNER, RAYMOND MITCHELL | PV2 | E02 | 2007/02/08 | 21 | MALE | BOISE | ADA | ID | US | COMPANY A, 321ST ENGINEER BATTALION, BOISE, ID | IZ | IZ | IRAQ | KARMAH |
| ARMY | NATIONAL GUARD | WERSINGER, JEFFREY MATTISON | SPC | E04 | 2003/07/06 | 22 | MALE | GAINESVILLE | ALACHUA | FL | US | COMPANY C 2ND BATTALION 124TH INFANTRY REGIMENT, ORLANDO, FL 32856 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | WERTISH, JAMES DAVID | SPC | E04 | 2009/07/16 | 20 | MALE | OLIVIA | RENVILLE | MN | US | 34TH MILITARY POLICE COMPANY, STILLWATER, MN | IZ | IZ | IRAQ | BASRAH |
| ARMY | ACTIVE DUTY | WESLEY, CHRISTOPHER JUDE RIVERA | SPC | E04 | 2003/12/08 | 26 | MALE | PORTLAND | MULTNOMAH | OR | US | COMPANY B, 1ST BATTALION, 23RD INFANTRY REGIMENT, FORT LEWIS, WA 98433 | IZ | IZ | IRAQ | AD DULUYAH |
| ARMY | ACTIVE DUTY | WESSEL, KEVIN SCOTT KANA | SPC | E03 | 2005/04/19 | 20 | MALE | NEWPORT | LINCOLN | OR | US | CO A, 3D BN, 7TH INF, 3D INF DIV (TF BAGHDAD), FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WEST, BOBBY RUSSELL | CPL | E04 | 2006/05/30 | 23 | MALE | BEEBE | WHITE | AR | US | COMPANY B, 1ST BATTALION, 22D INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WEST, CHRISTOPHER JOHN LEE | CPL | E04 | 2008/02/04 | 26 | MALE | ARLINGTON | TARRANT | TX | US | HHT, 1ST SQUADRON, 73D CAVALRY, 2 BCT, FORT BRAGG, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | WEST, JAMES GARY | SSG | E05 | 2004/07/11 | 34 | MALE | WATERTOWN | JEFFERSON | NY | US | HHB, 1ST BATTALION, 94TH FIELD ARTILLERY REGT., 1ST ARMORED DIV., APO AE 09034 | IZ | IZ | IRAQ | AL HILLAH |
| ARMY | ACTIVE DUTY | WEST, JASON MICHAEL | CPT | O03 | 2006/07/24 | 28 | MALE | PITTSBURGH | ALLEGHENY | PA | US | HHC, 1ST BATTALION, 37TH ARMOR ( I MEF), FRIEDBERG, GERMANY | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | WEST, JEROMY DAVID | LCPL | E03 | 2006/11/25 | 20 | MALE | AGUANGA | | CA | US | WPNS CO, 2D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MAR DIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | ALBU HAYATT |
| ARMY | ACTIVE DUTY | WEST, KILE GRANT | 1LT | O01 | 2007/05/26 | 23 | MALE | PASADENA | HARRIS | TX | US | TROOP A, 6TH SQUADRON, 9TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | ABU SAYDA |
| ARMY | ACTIVE DUTY | WEST, LAURENT JEROME | SSG | E06 | 2008/03/11 | 32 | MALE | SOUTHPORT | BRUNSWICK | NC | US | | IZ | IZ | IRAQ | KISHKISHKA |
| MARINE CORPS | ACTIVE DUTY | WEST, PHILLIP GORDON | LCPL | E03 | 2004/11/19 | 19 | MALE | AMERICAN CANYON | NAPA | CA | US | I CO 3D BN, 1ST MAR, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | WEST, ROBERT HODGE | MSG | E07 | 2006/05/14 | 37 | MALE | ELYRIA | LORAIN | OH | US | 1ST BATTALION, 312TH INFANTRY REGIMENT, 30TH ESB (4 ID), FORT BRAGG, NC | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WEST, THEODORE MITCHELL | PFC | E03 | 2006/11/29 | 23 | MALE | RICHMOND | MADISON | KY | US | COMPANY B, 2D BATTALION, 5TH INFANTRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | WESTBROOK, MARSHALL ALAN | SGT | E04 | 2005/10/01 | 43 | MALE | FARMINGTON | SAN JUAN | NM | US | 126TH MILITARY POLICE COMPANY (III CORPS) ALBUQUERQUE, NM | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WESTHUSING, THEODORE SCOTT | COL | O05 | 2005/06/05 | 44 | MALE | DALLAS | DALLAS | TX | US | MULTINATIONAL TRANSITIONAL SECURITY COMMAND - IRAQ (MNF-I), BAGHDAD, IRAQ | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | WETHERBEE, ALEXANDER EDMUND | 1STLT | O02 | 2004/09/12 | 27 | MALE | FAIRFAX | FAIRFAX (CITY) | VA | US | A CO, 3D AA BN, RCT-1, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | WHEELER, DONALD LAVERNE JR | SPC | E04 | 2003/10/13 | 22 | MALE | CONCORD | JACKSON | MI | US | COMPANY A 1ST BATTALION 22ND INFANTRY, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | WHEELOUS, DEXTER EUGENE | SFC | E07 | 2006/12/25 | 37 | MALE | ATLANTA | FULTON | GA | US | 842 MTT (TACON TO 1-501 IN, 4 BCT, 25 ID) (TASK ORG TO 1 CD) | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WHETSTONE, MASON DOUGLAS | SGT | E05 | 2003/07/17 | 30 | MALE | DAYTONA BEACH | VOLUSIA | FL | US | 3D BATTALION 58TH AVIATION (FORWARD) V CORPS, APO AE 09165 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WHISENHUNT, JERALD ALLEN | SFC | E06 | 2008/02/08 | 32 | MALE | ORRICK | RAY | MO | US | COMPANY B, 1ST BATTALION, 21ST INFANTRY, 2 BCT, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | WHITAKER, MARQUIS ANTOINE | PFC | E03 | 2004/04/28 | 20 | MALE | COLUMBUS | MUSCOGEE | GA | US | HHT, 2D ARMORED CAVALRY REGIMENT, FORT POLK LA 71459 | IZ | IZ | IRAQ | TIGRIS RIVER |
| MARINE CORPS | ACTIVE DUTY | WHITE, AARON DEAN | SSGT | E06 | 2003/05/19 | 27 | MALE | SHAWNEE | POTTAWATOMIE | OK | US | HMM-364, MAG-39, 3D MAW, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL HILLAH |
| ARMY | ACTIVE DUTY | WHITE, ANTHONY JAMES | PV2 | E02 | 2007/03/25 | 21 | MALE | COLUMBIA | RICHLAND | SC | US | COMPANY D, 82D BRIGADE SUPPORT BATTALION, 3 BCT (25 ID), FORT DRUM, NY | IZ | IZ | IRAQ | BAQUBAH |
| MARINE CORPS | ACTIVE DUTY | WHITE, CHRISTOPHER NEAL | PFC | E02 | 2006/06/20 | 23 | MALE | SOUTHPORT | BRUNSWICK | NC | US | WPNS CO, 1ST BN, 1ST MAR (RCT-5, I MEF FWD) 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL KARMAH |
| ARMY | NATIONAL GUARD | WHITE, DELMAR | SSG | E06 | 2007/09/02 | 37 | MALE | LEXINGTON | FAYETTE | KY | US | COMPANY B, 2D BATTALION, 138TH FIELD ARTILLERY, FRANKFORT, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WHITE, DEWAYNE LENELL | PV2 | E01 | 2007/12/04 | 27 | MALE | COUNTRY CLUB HILLS | COOK | IL | US | HHC, 1ST BATTALION, 327TH INFANTRY, 1 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAYJI |
| ARMY | ACTIVE DUTY | WHITE, DOONEHEY ABINES | SPC | E04 | 2007/05/29 | 26 | MALE | MIRITAS | | CA | US | COMPANY B, 2D BATTALION, 5TH CAVALRY, 1 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | WHITE, LUCAS TIMOTHY | SPC | E04 | 2006/11/06 | 28 | MALE | MOSES LAKE | GRANT | WA | US | COMPANY A, 1ST BATTALION, 23RD INFANTRY, (3 BCT), FORT LEWIS WA. | IZ | IZ | IRAQ | BAGHDAD |
| NAVY | ACTIVE DUTY | WHITE, NATHAN DENNIS | LT | O03 | 2003/04/02 | 30 | MALE | MESA | MARICOPA | AZ | US | VFA-195, ATSUGI, JAPAN | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WHITE, RAYMOND LOYA | SPC | E04 | 2004/11/12 | 22 | MALE | ELWOOD | MADISON | IN | US | HHC, 1ST BN, 6TH CAVALRY REGIMENT, 1ST CAVALRY DIVISION, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | WHITE, STEPHEN JEROME | SFC | E07 | 2006/01/05 | 39 | MALE | TALLADEGA | TALLADEGA | AL | US | HHB, 3D BATTALION, 16TH FIELD ARTILLERY, 4ID, (TF BAGHDAD), FORT HOOD, TX | IZ | IZ | IRAQ | AN NAJAF |
| ARMY | ACTIVE DUTY | WHITE, STEVEN WAYNE | SSG | E05 | 2003/08/13 | 29 | MALE | LAWTON | COMANCHE | OK | US | HHB, 4TH BATTALION, 42D FIELD ARTILLERY, FORT HOOD, TEXAS 76544 | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | WHITE, WILLIAM WAYNE | LCPL | E03 | 2003/03/29 | 24 | MALE | BROOKLYN | | NY | US | 3RD ASLT AMPHIB BN, 1ST MARDIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | |
| ARMY | ACTIVE DUTY | WHITEHEAD, SHAUN JEFFREY | SSG | E06 | 2008/04/24 | 24 | MALE | COMMERCE | JACKSON | GA | US | COMPANY A, 2D BATTALION, 502D INFANTRY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | WHITEHOUSE, JASON DANIEL | SGT | E05 | 2006/11/02 | 27 | MALE | PHOENIX | MARICOPA | AZ | US | 2D INTEL BN, (4TH RECON, RCT-7, I MEF FWD), II MEF, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | HIT |
| ARMY | ACTIVE DUTY | WHITENER, JOEY DWIGHT | PFC | E03 | 2003/11/15 | 19 | MALE | NEBO | MCDOWELL | NC | US | C BATTERY 1ST BN 320TH FIELD ARTILLERY REGIMENT, FORT CAMPBELL, KENTUCKY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | WHITHAM, CHASE RYAN | SPC | E04 | 2004/05/08 | 21 | MALE | HARRISBURG | LINN | OR | US | HHC, 2D BATTALION, 5TH CAVALRY, FORT LEWIS, WA 98433 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | WHITING, JUSTIN RYAN | SSG | E06 | 2008/01/19 | 27 | MALE | HANCOCK | | NY | US | COMPANY B, 3D BATTALION, 5TH SPECIAL FORCES GROUP, FORT CAMPBELL, KY | IZ | IZ | IRAQ | MOSUL |
| MARINE CORPS | ACTIVE DUTY | WHITLEY, DION MARIO | LCPL | E03 | 2005/06/15 | 21 | MALE | ALTADENA | LOS ANGELES | CA | US | A CO, 1ST BN, 5TH MAR, (2-BCT, 2D MAR DIV), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AR RAMADI |
| ARMY | ACTIVE DUTY | WHITWORTH, DONTE JAMAL | CPL | E04 | 2009/02/28 | 21 | MALE | NOBLESVILLE | HAMILTON | IN | US | CLC-16, CLR-15, 1ST MLG, (II MEF FWD), MCAS YUMA, AZ | IZ | IZ | IRAQ | CAMP AL TAQADDUM |
| MARINE CORPS | ACTIVE DUTY | WHYTE, NICHOLAS JOHAN | LCPL | E03 | 2006/06/21 | 21 | MALE | BROOKLYN | | NY | US | WPNS CO, 3D BN, 8TH MAR, (1-1 AD, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | RESERVE | WICHLACZ, TRAVIS MICHAEL | LCPL | E03 | 2005/02/05 | 22 | MALE | WEST BEND | WASHINGTON | WI | US | F CO, 2D BN, 24TH MAR, (1ST MAR DIV), 4TH MAR DIV, MILWAUKEE, WI | IZ | IZ | IRAQ | MAHMUD RAMIZ |
| ARMY | ACTIVE DUTY | WIDNER, VERNON RALPH | CPL | E04 | 2005/11/17 | 34 | MALE | REDLANDS | SAN BERNARDINO | CA | US | CO A, 3D SPECIAL TROOPS BATTALION, (TF BAND OF BROTHERS), FORT CAMPBELL, KY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | NATIONAL GUARD | WIEGAND, LEE ALLEN | SPC | E04 | 2005/09/28 | 20 | MALE | HALLSTEAD | SUSQUEHANNA | PA | US | COMPANY B, 1ST BATTALION, 109TH INFANTRY (2 MEF), WILLIAMSPORT, PA | IZ | IZ | IRAQ | AR RAMADI |
| AIR FORCE | ACTIVE DUTY | WIEGER, DAVID ALAN | SSGT | E05 | 2007/11/01 | 28 | MALE | NORTH HUNTINGDON | WESTMORELAND | PA | US | DETACHMENT 303, 3D FIELD INVESTIGATION, TRAVIS AFB, CA | IZ | IZ | IRAQ | ORION |
| NAVY | RESERVE | WIENER, JEFFREY LOUIS | PO2 | E04 | 2005/05/07 | 31 | MALE | LOUISVILLE | JEFFERSON | KY | US | 2ND MAR DIV FMF LANT CAMP LEJEUNE, NC | IZ | IZ | IRAQ | HADITHAH |
| AIR FORCE | ACTIVE DUTY | WIENS, KORY DUANE | PFC | E03 | 2007/07/06 | 20 | MALE | INDEPENDENCE | POLK | OR | US | 94TH ENGINEER DETACHMENT (K-9), 1ST BRIGADE, FORT LEONARD WOOD, MO | IZ | IZ | IRAQ | MUHAMMAD SATH |
| ARMY | ACTIVE DUTY | WIESEMANN, MICHAEL JOSEPH | SPC | E04 | 2004/05/29 | 20 | MALE | NORTH JUDSON | STARKE | IN | US | TROOP C, 1ST BATTALION, 14TH ARMOR, (3/2 IN BDE STRYKER), FORT LEWIS, WA | IZ | IZ | IRAQ | QUYARRAH |
| MARINE CORPS | RESERVE | WIGGINS, MICHAEL JOSEF | SSG | E06 | 2007/01/23 | 26 | MALE | CLEVELAND | CUYAHOGA | OH | US | HHD, 79TH ORDNANCE BATTALION, FORT SAM HOUSTON, TX | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | WIGHTMAN, WILLIAM BRETT | LCPL | E03 | 2005/08/03 | 22 | MALE | CLINTON | SUMMIT | OH | US | L CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, COLUMBUS, OH | IZ | IZ | IRAQ | BARWANAH |
| ARMY | NATIONAL GUARD | WILCOX, CARLOS E IV | SPC | E04 | 2009/07/16 | 27 | MALE | COTTAGE GROVE | WASHINGTON | MN | US | 34TH MILITARY POLICE COMPANY, STILLWATER, MN | IZ | IZ | IRAQ | BASRAH |
| MARINE CORPS | ACTIVE DUTY | WILFONG, JOSHUA SHANE | CPL | E04 | 2004/04/30 | 22 | MALE | WALKER | WOOD | WV | US | 2D CEB, 2D MAR DIV, CAMP LEJEUNE, NC (ATTACHED TO 1ST MAR DIV) | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | WILHELM, KEFFER PRESCOT | PV2 | E02 | 2009/06/04 | 19 | MALE | PLYMOUTH | HURON | OH | US | B TRP, 2ND SQUADRON, 12TH CAVALRY, 4 BCT, 1ST ARMORED DIVISION (TASK ORG MND-N), FORT BLISS, TX | IZ | IZ | IRAQ | FOB HUNTER/ MYSAN PROVINCE |
| ARMY | ACTIVE DUTY | WILKERSON, CHARLES SCOTT | SGT | E04 | 2005/05/22 | 30 | MALE | KANSAS CITY | MULTIPLE | MO | US | TROOP A, 3D SQUADRON, 3TH CAVALRY, 4 BCT, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WILKEY, DAVID ANTHONY JR | PFC | E03 | 2007/06/18 | 22 | MALE | ELKHART | ELKHART | IN | US | COMPANY C, 1ST BATTALION, 28TH INFANTRY, FORT RILEY, KS | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | WILKINS, CHARLES LANGDON III | 1LT | O02 | 2004/08/20 | 38 | MALE | COLUMBUS | MULTIPLE | GA | US | A COMPANY, 216TH ENGINEER BATTALION, CHILLICOTHE, OH 45601 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | WILKUS, ERIC RYAN | PFC | E03 | 2006/12/25 | 20 | MALE | HAMILTON | MULTIPLE | NJ | US | 57TH MP CO, 92D MP BN, 89TH MP BDE, SCHOFIELD BARRACKS, HI | IZ | GM | GERMANY | LANDSTUHL |
| ARMY | ACTIVE DUTY | WILLETT, GARY DE | SGT | E05 | 2008/02/08 | 34 | MALE | ALAMOGORDO | OTERO | NM | US | COMPANY B, 1ST BATTALION, 21ST INFANTRY, 2 BCT, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | WILLEY, CHEYENNE CHRISTOPHER | SGT | E05 | 2005/12/23 | 36 | MALE | FREMONT | ALAMEDA | CA | US | 351ST CIVIL AFFAIRS BATTALION, MOUNTAIN VIEW, CA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | RESERVE | WILLIAMS, ANDRE LEWIS | CPL | E04 | 2005/07/28 | 23 | MALE | GALLOWAY | FRANKLIN | OH | US | L CO, 3D BN, 25TH MAR, (RCT-2, 2D MAR DIV), 4TH MAR DIV, COLUMBUS, OH | IZ | IZ | IRAQ | CYKLA VILLAGE |
| MARINE CORPS | ACTIVE DUTY | WILLIAMS, ARTHUR CHARLES IV | SSG | E05 | 2004/12/08 | 31 | MALE | EDGEWATER | VOLUSIA | FL | US | C CO, 4TH ENG BN, 2D INFANTRY DIVISION, (1ST MARINE EXPEDITIONARY FORCE) | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | WILLIAMS, BENJAMIN CHARLES | SSGT | E06 | 2006/06/20 | 30 | MALE | ORANGE | ORANGE | TX | US | WPNS CO, 1ST BN, 1ST MAR (RCT-5, I MEF FWD) 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL KARMAH |
| ARMY | NATIONAL GUARD | WILLIAMS, BRAND THELONIUS | SSG | E06 | 2009/11/22 | 25 | MALE | SPRINGFIELD | MULTIPLE | NJ | US | BATTERY B, 1ST BATTALION, 5TH FIELD ARTILLERY, 3RD BCT, FORT BENNING, GA | IZ | IZ | IRAQ | NUMMANIYAH |
| MARINE CORPS | ACTIVE DUTY | WILLIAMS, CHRISTIAN BAUTISTA | CPL | E03 | 2006/07/29 | 27 | MALE | WINTER HAVEN | POLK | FL | US | D CO, 3D LAR BN, (RCT-7, I MEF FWD), 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | RAWAH |
| ARMY | ACTIVE DUTY | WILLIAMS, CLINT ELBRE | SGT | E05 | 2006/09/14 | 24 | MALE | KINGSTON | MARSHALL | OK | US | TROOP A, 1ST SQUADRON, 7TH CAVALRY, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | NATIONAL GUARD | WILLIAMS, DAVID BLAKELEY | SGT | E05 | 2008/03/22 | 26 | MALE | TARBORO | EDGECOMBE | NC | US | 1132D MP COMPANY, 65TH MP BATTALION, 18TH MP BRIGADE, ROCKY MOUNT, NC | IZ | IZ | IRAQ | BAGHDAD |

| Branch | Status | Name | Rank | Grade | Date | Age | Gender | City | County | State | Country | Unit | | | Theater | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARMY | ACTIVE DUTY | WORKMAN, DUSTIN LEE II | CPL | E04 | 20070628 | 19 | MALE | GREENWOOD | | NE | US | COMPANY B, 2D BATTALION, 12TH INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WORRELL, CHRISTOPHER DUANE | SSG | E06 | 20100422 | 35 | MALE | VIRGINIA BEACH | VIRGINIA BEACH (CITY) | VA | US | A CO, 702 BSB, 4/2 ID (USD-C) | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WORRELL, MATTHEW WADE | MAJ | O04 | 20080514 | 34 | MALE | LEWISVILLE | MULTIPLE | TX | US | CO B, 1ST BN, 160TH SPECIAL OPERATIONS AVIATION REGIMENT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | YUSUFIYAH |
| ARMY | ACTIVE DUTY | WORSTER, JAMES ROBERT | SGT | E05 | 20060918 | 24 | MALE | BROADVIEW HEIGHTS | | OH | US | COMPANY A, 10TH COMBAT SUPPORT HOSPITAL, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WORTHINGTON, ROBERT ADRIAN | PFC | E02 | 20070522 | 19 | MALE | JACKSON | BUTTS | GA | US | COMPANY B, 4TH BATTALION, 9TH INFANTRY, 4 BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | TAJI |
| ARMY | NATIONAL GUARD | WOSIKA, JAMES MATTHEW JR | SSG | E05 | 20070109 | 24 | MALE | SAINT PAUL | | MN | US | COMPANY B, 2D BATTALION, 136TH INFANTRY, CROOKSTON, MN | IZ | IZ | IRAQ | CAMP FALLUJAH |
| ARMY | RESERVE | WREN, THOMAS ALVIN | LTC | O05 | 20051105 | 44 | MALE | LORTON | FAIRFAX | VA | US | HEADQUARTERS, 80TH DIVISION (MNC-I), RICHMOND, VA | IZ | IZ | IRAQ | TALLIL |
| ARMY | NATIONAL GUARD | WRIGHT, BRIAN ALBERT | SPC | E04 | 20051206 | 19 | MALE | KEENSBURG | WABASH | IL | US | 135TH ENGINEER COMPANY, 876TH ENGINEER BATTALION, (2 MEF), LAWRENCEVILLE, IL | IZ | IZ | IRAQ | RAMADI |
| ARMY | RESERVE | WRIGHT, DARRICK DARRYL | CPT | O03 | 20080917 | 37 | MALE | NASHVILLE | DAVIDSON | TN | US | HHC, 626TH ENGINEER BRIGADE, MONTGOMERY, AL | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | WRIGHT, GREGORY ANTHONY | SGT | E05 | 20070113 | 28 | MALE | BOSTON | SUFFOLK | MA | US | 72D ENGINEER MOBILITY AUGMENTATION, FORT RILEY, KS | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | WRIGHT, JAMES CHRISTOPHER | SPC | E04 | 20030918 | 27 | MALE | MORGAN | | TX | US | HHB 4TH BATTALION 42D FIELD ARTILLERY, FORT HOOD, TX | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | WRIGHT, JASON GRAHAM | PFC | E03 | 20031208 | 19 | MALE | LUZERNE | OSCODA | MI | US | HHC, 1ST BATTALION, 502D INFANTRY REGIMENT, FORT CAMPBELL, KENTUCKY 42223 | IZ | IZ | IRAQ | MOSUL |
| ARMY | NATIONAL GUARD | WRIGHT, THOMAS GEORGE | SGT | E05 | 20070514 | 38 | MALE | HOLLY | OAKLAND | MI | US | 46TH MILITARY POLICE COMPANY, KINGSFORD, MI | IZ | GM | GERMANY | IN FLIGHT IRAQ-RAMSTEIN |
| ARMY | NATIONAL GUARD | WROBLEWSKI, JOHN THOMAS | 2NDLT | O01 | 20040406 | 25 | MALE | OAK RIDGE | MULTIPLE | NJ | US | E CO, 2D BN, 4TH MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | RESERVE | WULLENWABER, LUKE CHARLES | CPT | O02 | 20041116 | 24 | MALE | LEWISTON | NEZ PERCE | ID | US | A CO, 1ST BN, 558TH INF, 2D INF DIV (CAMP GREAVES, KOREA) APO AP 96215 | IZ | IZ | IRAQ | KHALADIYAH |
| MARINE CORPS | RESERVE | WYATT, DANIEL RICHARD | LCPL | E03 | 20041012 | 22 | MALE | CALEDONIA | | WI | US | F CO, 2D BN, 24TH MAR, (24TH MEU), 1ST MAR DIV), 4TH MAR DIV, MILWAUKEE, WI | IZ | IZ | IRAQ | YUSIFIYAH |
| MARINE CORPS | ACTIVE DUTY | WYATT, MATTHEW ALAN | CPL | E04 | 20041203 | 21 | MALE | MILLSTADT | ST CLAIR | IL | US | 5THBN, 10THMAR, (TF NAHA, 31ST MEU, 31ST MARDIV), 2D MARDIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | KOREAN VILLAGE |
| MARINE CORPS | ACTIVE DUTY | WYATT, STEPHEN EUGENE | PFC | E03 | 20031013 | 19 | MALE | KILGORE | MULTIPLE | TX | US | C BATTERY 1ST BATTALION 17TH FIELD ARTILLERY BRIGADE, FORT SILL, OK 73503 | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | YAHUDAH, BENYAHMIN BEN | SPC | E04 | 20050713 | 24 | MALE | BOGART | CLARKE | GA | US | HHC, 1ST BATTALION, 64TH ARMOR, 3 ID, (TF BAGHDAD) FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | YALE, JONATHAN TYLER | CPL | E04 | 20080422 | 21 | MALE | BURKEVILLE | | VA | US | WPNS CO, 2D BN, 8TH MAR, (RCT-1, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | BALAD |
| ARMY | ACTIVE DUTY | YANCEY, DUSTIN ALLAN | SPC | E03 | 20051104 | 22 | MALE | GOOSE CREEK | BERKELEY | SC | US | COMPANY B, 26TH COMBAT SUPPORT BATTALION, (TF BAGHDAD), FORT STEWART, GA | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | YARBROUGH, MICHAEL JOE | SGT | E05 | 20070906 | 24 | MALE | MALVERN | HOT SPRING | AR | US | B CO, 3D AA BN, (TF 1/3, RCT-2, II MEF FWD), 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | ALBU HYATT |
| ARMY | ACTIVE DUTY | YASHINSKI, MICHAEL EMERSON | SGT | E05 | 20031204 | 24 | MALE | MONUMENT | | CO | US | 501ST FORWARD SUPPORT COMPANY, APO AE 09168, VICENZA, ITALY | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | YATES, MICHAEL EDWARD JR | SPC | E03 | 20090511 | 19 | MALE | FEDERALBURG | CAROLINE | MD | US | HHC, 3RD BATTALION, 66TH ARMOR, GRAFENWOEHR, GM | IZ | IZ | IRAQ | WHITMORE TMC |
| ARMY | ACTIVE DUTY | YATES, KYLE III | CPL | E04 | 20060316 | 22 | MALE | LAKE ODESSA | IONA | MI | US | CO B, 3D BN, 187TH INF BN, 3 BCT, 101ST AIRBORNE DIVISION, FORT CAMPBELL, KY | IZ | IZ | IRAQ | SAMARRA |
| ARMY | ACTIVE DUTY | YAUCH, WILLIAM CHRISTOPHER | CPL | E04 | 20100611 | 23 | MALE | BATESVILLE | INDEPENDENCE | AR | US | COMPANY B, 5TH BATTALION, 20TH INFANTRY, 3D STRYKER BCT, FORT LEWIS, WA | IZ | IZ | IRAQ | JALULA |
| ARMY | ACTIVE DUTY | YAZZIE, CLIFTON JERROD | SGT | E04 | 20060120 | 23 | MALE | FRUITLAND | SAN JUAN | NM | US | COMPANY C, 1ST BATTALION, 327TH INFANTRY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | KIRKUK |
| ARMY | ACTIVE DUTY | YBARRA, HENRY III | SSG | E05 | 20030911 | 32 | MALE | AUSTIN | MULTIPLE | TX | US | TROOP D 6TH BN 6TH CAVALRY, APO AE 09789 | IZ | IZ | IRAQ | BALAD |
| MARINE CORPS | ACTIVE DUTY | YEARBY, HATAKYUKAKEYU MARTIN | LCPL | E03 | 20060514 | 21 | MALE | OVERBROOK | LOVE | OK | US | 3D BN, 3D MAR, (RCT-7, I MEF FWD), 3D MARDIV, KANEOHE BAY, HI | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | YEPSEN, LUKE CARNEY | LCPL | E03 | 20061214 | 20 | MALE | KINGWOOD | MULTIPLE | TX | US | H&S CO, 1ST TANK BN, 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | FALLUJAH |
| ARMY | ACTIVE DUTY | YOAKUM, KEITH | CW4 | W04 | 20070202 | 41 | MALE | HEMET | RIVERSIDE | CA | US | COMPANY A, 1ST BATTALION, 227TH AVIATION, 1 ACB, (1 CD), FORT HOOD, TX | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | YOEMANS, JUSTIN RAY | PV2 | E02 | 20041106 | 20 | MALE | EUFAULA | BARBOUR | AL | US | BATTERY A, 4TH BATTALION, 5TH AIR DEFENSE ARTILLERY REGIMENT, (1 CAV), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | YOHN, JAMES MICHAEL SR | SPC | E03 | 20080625 | 25 | MALE | HIGHSPIRE | DAUPHIN | PA | US | TROOP A, 1ST SQUADRON, 3 ACR, FORT HOOD, TX 76544 | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | YOLKIN, VIKTAR VLADIMIROVICH | SPC | E04 | 20050104 | 24 | MALE | SPRING BRANCH | | TX | US | A CO, 2D BN, 2D INFANTRY, 1ST ID (TF DANGER), VILSECK, GERMANY | IZ | IZ | IRAQ | MOHAMMED SACRAN |
| ARMY | ACTIVE DUTY | YOST, ANTHONY RAY CHARLES | MSG | E08 | 20051119 | 39 | MALE | FLINT | GENESEE | MI | US | COMPANY B, 3D BATTALION, 3D SPECIAL FORCES GROUP, (SOCENT), FORT BRAGG, NC | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | YOUMANS, JOSHUA VERNON | SGT | E05 | 20060501 | 26 | MALE | FLUSHING | GENESEE | MI | US | COMPANY B, 1ST BATTALION, 125TH INFANTRY (2 MEF), SAGINAW, MI | IZ | US | UNITED STATES | FORT SAM HOUSTON |
| MARINE CORPS | ACTIVE DUTY | YOUMANS, RODRICKA ANTWAN | LCPL | E02 | 20040706 | 22 | MALE | ALLENDALE | ALLENDALE | SC | US | D CO, 2D LAR BN, RCT-1, 1ST MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | NATIONAL GUARD | YOUNG, CHRISTOPHER DWAYNE | SPC | E04 | 20070302 | 20 | MALE | LOS ANGELES | LOS ANGELES | CA | US | CO C, 3RD BN, 160TH INF, 33RD MP BN, 16TH MP BDE (ABN) SAN DIEGO, CA | IZ | IZ | IRAQ | CAMP ARIFJAN |
| ARMY | ACTIVE DUTY | YOUNG, DONALD MICHAEL | SPC | E04 | 20070808 | 19 | MALE | HELENA | LEWIS AND CLARK | MT | US | COMPANY B, 1ST BATTALION, 5TH CAVALRY, 2 BCT, FORT HOOD, TX | IZ | IZ | IRAQ | CAMP STRIKER |
| ARMY | ACTIVE DUTY | YOUNG, JOHN JOSEPH | SPC | E04 | 20070921 | 24 | MALE | SAVANNAH | CHATHAM | GA | US | COMPANY D, 2D BATTALION, 14TH INFANTRY, FORT DRUM, NY | IZ | IZ | IRAQ | CAMP STRIKER |
| ARMY | ACTIVE DUTY | YOUNG, JOSHUA ANTHONY RICHARD | PFC | E02 | 20080128 | 21 | MALE | RIDDLE | DOUGLAS | OR | US | COMPANY B, 1ST BATTALION, 8TH INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | YOUNG, RYAN CLINT | SGT | E05 | 20031202 | 21 | MALE | CORONA | RIVERSIDE | CA | US | COMPANY A, 1ST BATTALION, 16TH INFANTRY, FORT RILEY, KS 66442 | IZ | US | UNITED STATES | WASHINGTON |
| ARMY | ACTIVE DUTY | YOUNGBLOOD, KELLY DAVID | PFC | E03 | 20070218 | 19 | MALE | MESA | MARICOPA | AZ | US | COMPANY D, 3D BATTALION, 69TH ARMOR, FORT STEWART, GA | IZ | IZ | IRAQ | RAMADI |
| NAVY | ACTIVE DUTY | YOUNGBLOOD, TRAVIS LEVY | PO3 | E04 | 20050721 | 26 | MALE | SURRENCY | APPLING | GA | US | NAVAL HOSPITAL GREAT LAKES, IL | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ZABIERIK, ANDREW JONATHAN | LCPL | E03 | 20040521 | 25 | MALE | CHELMSFORD | MIDDLESEX | MA | US | F CO, 2D BN, 2D MAR, RCT-7, 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | ZAMORA, JESSE MARIA | CPL | E04 | 20060203 | 22 | MALE | LAS CRUCES | DONA ANA | NM | US | CO B, 1ST BN, 187TH INFANTRY, 3D BCT, (TF BAND OF BROTHERS), FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAYJI |
| ARMY | ACTIVE DUTY | ZAMORA, JOSE | CPL | E04 | 20060806 | 24 | MALE | SUNLAND | | CA | US | COMPANY A, SPECIAL TROOPS BATTALION, (2 BCT), FORT CAMPBELL, KY | IZ | IZ | IRAQ | TIKRIT |
| ARMY | ACTIVE DUTY | ZANGARA, NICHOLAS JOHN | SPC | E04 | 20040724 | 21 | MALE | PHILADELPHIA | PHILADELPHIA | PA | US | C BATTERY, 1ST BATTALION, 7TH FIELD ARTILLERY, SCHWEINFURT, GE APO AE 09033 | IZ | IZ | IRAQ | TIKRIT |
| MARINE CORPS | ACTIVE DUTY | ZANUTTO, ADAM OLIVER | CPL | E04 | 20061206 | 26 | MALE | CALIENTE | | CA | US | I CO, 3D BN, 7TH MAR, (2-28 BCT, 2D MARDIV), 1ST MARDIV, TWENTYNINE PALMS, CA | IZ | US | UNITED STATES | NNMC BETHESDA |
| MARINE CORPS | ACTIVE DUTY | ZAPADKA, STEPHEN GAGE | SPC | E04 | 20061224 | 19 | MALE | BROKEN ARROW | TULSA | OK | US | COMPANY B, 2D BATTALION, 14TH FIELD ARTILLERY, FORT CARSON, CO | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZAPATA, MARK ANTHONY | SPC | E04 | 20040815 | 27 | MALE | EDINBURG | HIDALGO | TX | US | COMPANY C, 4TH CAVALRY (1CD), FORT HOOD, TX 76544 | IZ | IZ | IRAQ | AN NAJAF |
| ARMY | ACTIVE DUTY | ZAPFE, WILLIAM ANDREW | SFC | E06 | 20070619 | 35 | MALE | CONSTANTINE | | KY | US | COMPANY E, 1ST BATTALION, 30TH INFANTRY, 2 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | MUHAMMAD AL ALI |
| MARINE CORPS | ACTIVE DUTY | ZAPP, THOMAS JAN | LCPL | E03 | 20041108 | 20 | MALE | HOUSTON | HARRIS | TX | US | 2D SUP BN, (CSSB-1, CSSG-11, 1ST FSSG), 2D FSSG, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | WEST OF FALLUJAH |
| ARMY | ACTIVE DUTY | ZAUNER, MICKEY EDWARD | SFC | E07 | 20050109 | 27 | MALE | BROOKLYN PARK | HENNEPIN | MN | US | HQ, U.S ARMY SPECIAL OPERATIONS COMMAND, FORT BRAGG, NC | IZ | IZ | IRAQ | MOSUL |
| ARMY | ACTIVE DUTY | ZAWAYDEH, ANGELO AKRAM | PFC | E03 | 20060315 | 19 | MALE | SAN BRUNO | SAN MATEO | CA | US | CO C, 2D BN, 502D INF, 2D BCT, 101ST AIRBORNE DIV, (AASLT), CAMP CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZAYAS, EDGARDO | CPL | E04 | 20060828 | 29 | MALE | DORCHESTER | SUFFOLK | MA | US | TROOP C, 1ST SQUADRON, 61ST CAVALRY, FORT CAMPBELL, KY | IZ | IZ | IRAQ | JISR DIYALA |
| ARMY | ACTIVE DUTY | ZEIGLER, KENNETH EUGENE II | PFC | E03 | 20050512 | 22 | MALE | DILLSBURG | YORK | PA | US | CO B, 1ST BN, 64TH ARMOR, 3D INF DIV (TF BAGHDAD), FORT STEWART, GA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZEIGLER, KEVIN LEE | SSG | E06 | 20060812 | 31 | MALE | OVERLAND PARK | JOHNSON | KS | US | TROOP C, 1ST SQUADRON, 10TH CAVALRY, 2D BCT, FORT HOOD, TX | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZEIMER, MATTHEW THOMAS | PV2 | E02 | 20070202 | 18 | MALE | GLENDIVE | DAWSON | MT | US | HHC, 3D BATTALION, 69TH ARMOR, 1 BCT, FORT STEWART, GA | IZ | IZ | IRAQ | AR RAMADI |
| MARINE CORPS | ACTIVE DUTY | ZEMBIEC, DOUGLAS ALEXANDER | MAJ | O04 | 20070511 | 34 | MALE | ALBUQUERQUE | BERNALILLO | NM | US | CO A, HQ BN, MARINE CORPS BASE, QUANTICO, VA | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZIESKE, BENJAMIN THOMAS | PFC | E03 | 20060503 | 20 | MALE | CONCORD | CONTRA COSTA | CA | US | HHC, 1ST BATTALION, 327TH INFANTRY, 1 BCT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | KIRKUK |
| NAVY | ACTIVE DUTY | ZILBERMAN, MIROSLAV STEVEN | LT | O03 | 20100331 | 31 | MALE | COLUMBUS | MULTIPLE | OH | US | VAW 121 | 6R | 6R | ARABIAN SEA | |
| ARMY | ACTIVE DUTY | ZILINSKI, DENNIS WILLIAM II | 1LT | O01 | 20051119 | 23 | MALE | FREEHOLD | MONMOUTH | NJ | US | COMPANY B, 1ST BATTALION, 187TH INFANTRY (TF TIGER), FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAYJI |
| ARMY | ACTIVE DUTY | ZIMMER, NICHOLAUS EUGENE | SPC | E03 | 20040530 | 20 | MALE | COLUMBUS | MULTIPLE | OH | US | C CO, 2D BN, 37TH ARMOR REGIMENT, 1ST ARMORED DIVISION (FRIEDBERG, GE) | IZ | IZ | IRAQ | BAGHDAD |
| MARINE CORPS | ACTIVE DUTY | ZIMMERMAN, CHRISTOPHER MICHAEL | SSGT | E06 | 20060920 | 28 | MALE | STEPHENVILLE | ERATH | TX | US | B CO, 2D RECON BN, (RCT-5, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | ZAIDON |
| MARINE CORPS | ACTIVE DUTY | ZIMMERMAN, LUKE JAMES | SGT | E05 | 20060702 | 24 | MALE | LUXEMBURG | KEWAUNEE | WI | US | K CO, 3D BN, 2D MAR, (RCT-5, I MEF FWD), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | TAQADDUM |
| MARINE CORPS | ACTIVE DUTY | ZIMMERMAN, TRAVIS CLYDE | PFC | E02 | 20060422 | 19 | MALE | NEW BERLINVILLE | | PA | US | 2D BN, 502D INFANTRY, 2D BRIGADE, 101ST AIR ASSAULT, FORT CAMPBELL, KY | IZ | IZ | IRAQ | BAGHDAD |
| ARMY | ACTIVE DUTY | ZINNY, CHRISTOPHER EDWARD | PFC | E04 | 20050131 | 27 | MALE | GLENVIEW | COOK | IL | US | A CO, 1ST BN, 2D MAR, (BLT 1/2, 24TH MEU), 2D MAR DIV, CAMP LEJEUNE, NC | IZ | IZ | IRAQ | MUSAYYIB |
| ARMY | ACTIVE DUTY | ZINDARS, MATTHEW ROSS | CPL | E04 | 20070724 | 21 | MALE | WATERTOWN | MULTIPLE | WI | US | A CO, 1ST BN, 26TH INF, 2 BCT, 1ST ID, CAMP PENDLETON, CA | IZ | IZ | IRAQ | RUSHDIYAH |
| ARMY | ACTIVE DUTY | ZOLKOWSKI, NICHOLAS LEE | CPL | E04 | 20041114 | 22 | MALE | TOWSON | BALTIMORE | MD | US | B CO, 1ST BN, 8TH INFANTRY, FORT CARSON, CO | IZ | IZ | IRAQ | FALLUJAH |
| MARINE CORPS | ACTIVE DUTY | ZOOK, IAN THOMAS | CPL | E04 | 20040712 | 24 | MALE | PORT ST LUCIE | ST LUCIE | FL | US | WPNS CO, 1ST BN, 7TH MAR, RCT-7, 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | ZORN, RYAN LEE | SSG | E06 | 20091116 | 35 | MALE | UPTON | WESTON | WY | US | PORT OF ENTRY TRANSITION TEAM, 3D SQDN, 1ST CAVALRY REGIMENT, FORT STEWART, GA | IZ | IZ | IRAQ | TALL AFAR |
| MARINE CORPS | ACTIVE DUTY | ZOUCHA, BRENT BASIL | LCPL | E03 | 20050609 | 19 | MALE | CLARKS | | NE | US | WPNS CO, 1STBN, 5THMAR, (RCT-7, I MEF FWD), 1ST MARDIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL QAIM |
| MARINE CORPS | ACTIVE DUTY | ZUBOWSKI, SCOTT ALAN | LCPL | E03 | 20051112 | 20 | MALE | MANCHESTER | | IN | US | WPNS CO, 2D BN, 7TH MAR, 1ST MAR DIV, TWENTYNINE PALMS, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| MARINE CORPS | ACTIVE DUTY | ZURHEIDE, ROBERT PAUL JR | LCPL | E03 | 20040425 | 20 | MALE | TUCSON | PIMA | AZ | US | E CO, 2D BN, 1ST MAR, 1ST MAR DIV, CAMP PENDLETON, CA | IZ | IZ | IRAQ | AL ANBAR PROVINCE |
| ARMY | ACTIVE DUTY | ZYLA, MICHAEL SHANE | SSG | E06 | 20051213 | 32 | MALE | ELGIN | | OK | US | COMPANY A, 2D BATTALION, 70TH ARMOR, 3D BCT, FORT RILEY, KS | IZ | IZ | IRAQ | TAJI |
| ARMY | ACTIVE DUTY | ZYLMAN, CASEY PHILIP | CPL | E04 | 20070525 | 22 | MALE | COLEMAN | MIDLAND | MI | US | TROOP A, 3D SQUADRON, 4TH CAVALRY, 3 BCT, SCHOFIELD BARRACKS, HI | IZ | IZ | IRAQ | MOSUL |

*Off Navy totals include one Coast Guard death.*

# Exhibit 22

Alberstone Declaration

Case 1:19-cv-00198-JEB Document 34-2 Filed 11/15/21 Page 410 of 438



## INITIAL REPORT

- **AT 1645C**, MND-B, 4/10 MTN REPORTED AN IED ATTACK IN NEW BAGHDAD.

- 4/10 MTN REPORTED AN IED ATTACK ON A MOUNTED PATROL IN NEW BAGHDAD.

- THIS ATTACK RESULTED IN 3X CF WIA.

- 3X CF WIA WERE MEDEVACED TO THE 86TH CSH.

- BDA: <span style="color:red">1X CF KIA, 2X CF WIA</span>

- ASSESSMENT: THIS IS THE 10TH IED ATTACK WITHIN 1 km OF THIS EVENT IN THE PAST 30 DAYS. THIS ATTACK WAS LIKELY CONDUCTED BY SGC. SGC HAVE BEEN ATTACKING CF/ISF AT AN ELEVATED RATE SINCE 25 MAR 08. THIS ATTACK WAS LIKELY INTENDED TO LIMIT CF LINES OF COMMUNICATION IN NEW BAGHDAD AND FACILITATE SGC FREEDOM OF MOVEMENT INTO SADR CITY.

WHO: MND-B, 4/10 MTN

WHAT: CF CASUALTIES

WHEN: 14 1645C APR 08

WHERE: 38SMB5320093300 (NEW BAGHDAD)

MNC-I CCIR #: 6

MNF-I CCIR #: 6

NOTIFICATION IN JOC: 14 1909C APR 08

CIDNE #: 20080414164538SMB5320093300

**MND-B**

 **1X CF KIA, 2X CF WIA**

**IED ATTACK ON 4/10 MTN IN NEW BAGHDAD**



USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

APPROVED FOR RELEASE



SECRET//REL TO USA,MCFI//20180921

N

SECRET//REL TO USA, AUS, CAN, GBR//20180414




# JTF TROY MND BAGHDAD
# (761 EOD CO: Team 3 )

**1.** **2/4 BSTB** / **Sapper 2-6** / (b)(3) 130b, (b)(6)

**2.** **141645CAPR08**, **Post Blast (EFP)**, **38S MB  52373 93540**, **No-named**, **NW**

DATE TIME GROUP        TYPE OF REPORT         MGRS  GRID LOCATION              MSR       DIRECTION OF TVL

**3.** **SIGACT# 20080414164538SMB5320093300**          **CCIR# FFIR 6**

**4. CF:** KIA 1 WIA 2 // **LN:** KIA 0 WIA 0 // **IA/IP/NP:** KIA 0 WIA 0 // **E:** KIA 0 WIA 0

**5. Post Blast (EFP)**

| # | Type | Interval Distance | Distance from IED Site | CREW Type | CREW Status | Additional Armor | PIR Defeat | Other Sign. Equip. |
|---|------|-------------------|------------------------|-----------|-------------|------------------|------------|---------------------|
| (b)(1)1.4g | | | | | | | | |

APPROVED FOR RELEASE

SECRET//REL TO USA, AUS, CAN, GBR//20180414

VER 2 20080307




# Narrative / Background

2/4/BSTB RCP with embedded EOD reported the third vehicle of a seven vehicle convoy was struck by an IED from the right side of the road while traveling Northwest on no-named road.  One CF KIA, two CF WIA, and one RG-31 damaged.  RCP was clearing the route for a CLP element going to JSS Oubaidy.  IED detonation occurred at 1645 hrs from the right side of the road.  The detonation was approximately 10 meters to the right of the RG-31.  The IED was hidden behind a wall and elevated about 1.5 meters off the ground.  After the detonation the RCP utilized it's assets to recover the RG-31 back to JSS Oubaidy.

APPROVED FOR RELEASE

Steady Hand, Heart, and Soul

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

0920 2/26/19
VER 2 20080307

SECRET//REL TO USA, AUS, CAN, GBR//20180414

# Conclusion




Team assessed vehicle at JSS Oubaidy and found the strike to be consistent with a four array 8 to 10" copper lined EFP.  Team identified four strike points that penetrated the armor around the TC's door.  All four slugs penetrated the cab area which resulted in a catastrophic hit. No initiation system was found and the team spent minimal time at the blast seat due to recent hostile activities in the area.

Steady Hand, Heart, and Soul

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

0921 2/26/19

**VER 2 20080307**

SECRET//REL TO USA, AUS, CAN, GBR//20180414



SECRET//REL TO USA, AUS, CAN, GBR//20180414

# Aerial / Map View of site



## TIMELINE
## NOTIFICATIONS

| | |
|---|---|
| **Task Force:** | **141645CAPR08** |
| **EOD Team:** | **141645CAPR08** |
| **EOD Departs:** | **141645CAPR08** |
| **EOD On Scene:** | **141645CAPR08** |
| **EOD MC:** | **150000CAPR08** |

**ANOMOLIES:**

**N**

**EFP Detonation
38S MB 52373 93540**

**Direction of Travel**

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

0922 3/26/19

SECRET//REL TO USA, AUS, CAN, GBR//20180414

**VER 2 20080307**



SECRET//REL TO USA, AUS, CAN, GBR//20180314

# SCENE DIAGRAM



**Direction of Travel**

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

0923 2/26/19

VER 2 20080307

# Cardinal Views





UNCLASSIFIED // FOUO

N    E

W    S

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

APPROVED FOR RELEASE

UNCLASSIFIED // FOUO

0924 2/26/19

VER 2 20080307

# Blast Seat




UNCLASSIFIED // ~~FOUO~~



USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

UNCLASSIFIED // ~~FOUO~~

0925 2/26/19

VER 2 20080307



SECRET//REL TO USA, AUS, CAN, GBR//20180114

# RG-31 Damage



SECRET//REL TO USA, AUS, CAN, GBR//20180114

(b)(1)1.4g

SECRET//REL TO USA, AUS, CAN, GBR//20180114

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

0926 2/26/19

SECRET//REL TO USA, AUS, CAN, GBR//20180114

**VER 2 20080307**

# RG-31 Damage



SECRET//REL TO USA, AUS, CAN, GBR//20180414

(b)(1)1.4g

(b)(1)1.4g

APPROVED FOR RELEASE

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)



# RG-31



SECRET//REL TO USA, AUS, CAN, GBR//20180414

(b)(1)1.4g

APPROVED FOR RELEASE

(b)(1)1.4g

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-945)

SECRET//REL TO USA, AUS, CAN, GBR//20180414

0928 2/26/19

VER 2 20080307

# RG-31





THE RELIABLE ONE

SECRET//REL TO USA, AUS, CAN, GBR//20180414

SECRET//REL TO USA, AUS, CAN, GBR//20180414

APPROVED FOR RELEASE

(b)(1)1.4g

(b)(1)1.4g

(b)(1)1.4g

(b)(1)1.4g

(b)(1)1.4g

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

SECRET//REL TO USA, AUS, CAN, GBR//20180414

SECRET//REL TO USA, AUS, CAN, GBR//20180414

0929 2/26/19

VER 2 20080307

Report Source: CIDNE by CREW EF-S

| CREW Report Theater: ROAR |
|---|

| Classification: | | Releasability: | |
|---|---|---|---|

| CREW Event Analysis |
|---|

| Title: | CREW-2011050121150291-CREW EFS | DTG Event: | 14 Apr 2008 16:45 |
|---|---|---|---|
| Tracking Number: | CREW-2008041416453 8SMB5320093300 | Sigact Number: | 4D90FFE4-E640-699A-FE0E45052303E9F6 |
| Unit: | CREW EF-S | Group: | CREW EF-S |
| Priority Questions: | USF Casualties | | |

| POC Data |
|---|

| Originator Name: | Engineer (b)(3) 130b, (b)(6) | SIPR Email: | (b)(3) 130b, (b)(6) |
|---|---|---|---|
| Position: | | SVoIP: | |
| Division: | | DSN: | |

| Alibis/Anomolies |
|---|

| Comments: | |
|---|---|
| Remarks: | |

| Vehicle 1 |
|---|

| Type: | Buffalo | Number Of Vehicles: | 7 |
|---|---|---|---|
| Crew System: | (b)(1)1.4g | Bumper Number: | |
| Rhino Status: | Down/On | Convoy Position: | 1 |
| Summary: | n/a | | |

| Crew Analysis |
|---|

| Log File 1: | Correct | Log File 2: | Correct |
|---|---|---|---|
| Assessed Crew Status: | On | Loadset: | Current/Correct |
| Crew Analysis | | | |
| Analyst Comments: | | | |

| Vehicle 2 |
|---|

| Type: | Husky/Meerkat | Number Of Vehicles: | 7 |
|---|---|---|---|
| Crew System: | (b)(1)1.4g | Bumper Number: | |
| Rhino Status: | Down/On | Convoy Position: | 2 |
| Summary: | n/a | | |

| Crew Analysis |
|---|

| Log File 1: | Correct | Log File 2: | Correct |
|---|---|---|---|
| Assessed Crew Status: | On | Loadset: | Current/Correct |
| Crew Analysis | | | |
| Analyst Comments: | | | |

| Vehicle 3 |
|---|

| Type: | | Number Of Vehicles: | |
|---|---|---|---|

APPROVED FOR RELEASE

| | | | |
|---|---|---|---|
| **Crew System:** | RG-31/MRAP (b)(1)1.4g | **Bumper Number:** | 7 |
| **Rhino Status:** | Down/On | **Convoy Position:** | 3 |
| **Summary:** | vehicle #3 HIT | | |

| **Crew Analysis** | | | |
|---|---|---|---|
| **Log File 1:** | Correct | **Log File 2:** | Correct |
| **Assessed Crew Status:** | On | **Loadset:** | Current/Correct |
| **Crew Analysis** | | | |
| **Analyst Comments:** | | | |

| **Vehicle 4** | | | |
|---|---|---|---|
| **Type:** | M1114/HMMWV | **Number Of Vehicles:** | 7 |
| **Crew System:** | (b)(1)1.4g | **Bumper Number:** | |
| **Rhino Status:** | Down/On | **Convoy Position:** | 4 |
| **Summary:** | n/a | | |

| **Crew Analysis** | | | |
|---|---|---|---|
| **Log File 1:** | Correct | **Log File 2:** | Correct |
| **Assessed Crew Status:** | On | **Loadset:** | Current/Correct |
| **Crew Analysis** | | | |
| **Analyst Comments:** | | | |

| **Vehicle 5** | | | |
|---|---|---|---|
| **Type:** | Other | **Number Of Vehicles:** | 7 |
| **Crew System:** | (b)(1)1.4g | **Bumper Number:** | |
| **Rhino Status:** | Down/On | **Convoy Position:** | 5 |
| **Summary:** | n/a | | |

| **Crew Analysis** | | | |
|---|---|---|---|
| **Log File 1:** | Correct | **Log File 2:** | Correct |
| **Assessed Crew Status:** | On | **Loadset:** | Current/Correct |
| **Crew Analysis** | | | |
| **Analyst Comments:** | | | |

| | | | |
|---|---|---|---|
| **Time Of Incident:** | 09:15:29 | **Fratricide:** | |
| **Convoy Speed:** | | **Convoy Location:** | |
| **Convoy Spacing:** | | | |

**Event Analysis:**

APPROVED FOR RELEASE

Report Source: Not Provided by MND-BAGHDAD

| SIGACT Report Theater: ROAR | |
| --- | --- |

**** SIGACT CLOSED
****

| | |
| --- | --- |
| **Title:** | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 4/10 MTN : 1 CF KIA 2 CF WIA |

| | | | |
| --- | --- | --- | --- |
| **Tracking Number:** | 20080414164538SMB5320093300 | **Report Precedence:** | Flash |
| **Classification:** | ▬▬▬ | **Releasability:** | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| **Reporting Unit Name:** | MND-BAGHDAD SIGACT MANAGER | **Report Source:** | Coalition |
| **Report URL:** | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=4D90FFE4-E640-699A-FE0E45052303E9F6 | | |

| SPOT Report | |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| **Unit Name Involved:** | 4/10 MTN | **Call Sign:** | SAPPER 22 |
| **Type Of Involved Unit:** | CF | **Involved Unit Activity:** | Mounted Patrol |
| **Incident Reported By:** | Coalition Forces | **Battlespace Lead:** | Coalition |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2008-04-14 16:45 | **DTG Updated (Zulu Time):** | 2008-04-15 22:50 |

| Location | |
| --- | --- |

(S//REL TO USA, FGX, FIN, KNT, IRKS, NATO)

| | | | |
| --- | --- | --- | --- |
| **MGRS:** | 38SMB5320093300 | | ☐ Coords Unknown |
| **AOR:** | USCENTCOM | **Province:** | Baghdad |
| **Region:** | IRAQ | **District:** | Adhamiya |
| **Country:** | IRAQ | **City:** | BAGHDAD |
| | | **Village:** | Ritz Carlton Hotel Complex |

| Events | |
| --- | --- |

(S//REL TO USA, FGX, FIN, KNT, IRKS, NATO)

| | | | |
| --- | --- | --- | --- |
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Directional IED |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | | **How Device Was Found:** | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

| Associated Organizations | |
| --- | --- |

| SIGACT Summary | |
| --- | --- |

**Summary:** (S//REL TO USA, FGX, FIN, KNT, IRKS, NATO) MND-B SIGACT 4 (141812)

USCENTCOM FOIA# 18-0007 Joseph Richard (Bates# 918-946)

APPROVED FOR RELEASE

MND-B CCIR # 1
MNC-I CCIR # 6

MND-B EVENT 20 (141811)

UNIT: 4/10MTN

WHO: SAPPER 26

WHAT: EFP STRIKE

CLOSEST ISF/SoI CP(s): NP CP 5
CP NUMBER: NP CP 5
UNIT: 2-8-2 NP
GRID LOCATION: MB 52400 93500
DISTANCE AND DIRECTION: 1000M NORTHEAST

WHERE: MB 532 933

WHEN: 141645APR08

TIMELINE:

1645: SAPPER 22 EFP CONTACT. 3 X US WIA [(b)(3) 130b, (b)(6)] WITH ABDOMINAL SHRAPNEL WOUNDS, [(b)(3) 130b, (b)(6)] WITH SHRAPNEL TO HIP AND BUTTOCKS, AND BR [(b)(3) 130b, (b)(6)] WHO IS RTD).

1705: 9 LINE SENT UP. CASEVAC SP TO JSS OUBAIDY.

1709: CASEVAC ARRIVES AT OUBAIDY WITH 3 CASUALTIES.

1715: MEDEVAC 7 MINUTES FROM PICKUP SITE.

1721: MEDEVAC WHEELS DOWN AT OUBAIDY.

1729: MEDEVAC WHEELS UP FROM OUBAIDY.

1732: WHEELS DOWN AT CSH.

1930: CSH INFORMS THAT 1 X US WIA HAS DOW.

EOD ASSESSMENT:

S-2 ASSESSMENT-
THIS IED ATTACK CAN BE ATTRIBUTED TO THE ORFALI CELL IN M573 TO CUT OFF OUR LINES OF COMMUNICATION AND TO FACILITATE THEIR FREEDOM OF MOVEMENT INTO SADR CITY.

SUMMARY:

1 X EFP STRIKE
1 X US DOW
2 X US WIA [(b)(3) 130b, (b)(6)]
1 X DMG (1 X RG31 SHRAPNEL PUNCTURED THE ARMOR OF PASSENGER SIDE DOOR. AWAITING MAINTENANCE ASSESSMENT BEFORE BEING SENT TO MAINTECH

///CLOSED///

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

APPROVED FOR RELEASE



Requirements

Capture Details

Casualty Details

(S//REL TO USA, FGY, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | [b)(3) 130b, (b)(6)] | | |
| **Casualty Count** | **Force Type:** CF | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** Coalition | **Casualty Type:** | KIA |
| | **Nationality:** UNITED STATES | **Service:** | Not Reported |
| | **Category:** Priority | **Position:** | Unknown |
| | **Group:** Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | Chest |

(S//REL TO USA, FGY, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | [b)(3) 130b, (b)(6)] | | |
| **Casualty Count** | **Force Type:** CF | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** Coalition | **Casualty Type:** | WIA |
| | **Nationality:** UNITED STATES | **Service:** | Not Reported |
| | **Category:** Priority | **Position:** | Unknown |
| | **Group:** Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | Chest |

(S//...)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | [b)(3) 130b, (b)(6)] | | |
| **Casualty Count** | **Force Type:** CF | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** Coalition | **Casualty Type:** | WIA |
| | **Nationality:** UNITED STATES | **Service:** | Not Reported |
| | **Category:** RTD | **Position:** | Unknown |
| | **Group:** Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |

APPROVED FOR RELEASE



| | | | |
|---|---|---|---|
| **Comments:** | Not Reported | | |
| **Wound Points:** | None Reported | | |

| **Target(s) of Attack** | | | |
|---|---|---|---|
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Coalition | **Details:** | Patrol |
| **Nationality:** | UNITED STATES | **Sect:** | Not Reported |
| | | **Status:** | |
| | Wounded | | |
| **Description:** | | SUMMARY: | |
| | | 1 X IED STRIKE | |
| | | 1 X US KIA(DOW) | |
| | 2 X US WIA (b)(3) 130b, (b)(6) | | |
| | | 0 X DMG | |

**DRUGREP Details**

Show

**Evidence Report Details**

APPROVED FOR RELEASE

From:     Terlaje
To:       MND-C-G1Casualty[EX:/O=ORGANIZATION/OU=3DIV/CN=RECIPIENTS/CN=3ID-G1CASUALTY]; (b)(3) 130b, (b)(6)
(b)(3) 130b, (b)(6)

Subject:    [U] (FOUO) Casualty Report - INIT - Richard, Joseph - Incident Date/Time: 2008/04/14 16:45
Date:      Tuesday, March 27, 2018 10:32:29 AM

Classification: UNCLASSIFIED

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type: INIT

Casualty Type: Hostile

Casualty Status: VSI ILL/INJURY

Casualty Category: Wounded In Action

Report Number: 08-053-1-BSTB

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(3) 130b, (b)(6)

Last Name: Richard

APPROVED FOR RELEASE

First Name:  Joseph

Middle Name:  Avie

Suffix:  III

Service:  United States Army

Military Rank:  SGT

Military Unit of Assignment:  4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)

Military UIC:  WJKBA0

Date/Time of Incident (New/Old):  20080414/1645

Inflicting Force:  Enemy Forces

Incident City:  Baghdad

Incident Country:  Iraq

Circumstance:  Soldier was in the vicinity of MB 53200 93300 when the vehicle was struck by an IED.

Diagnosis Info:  Soldier sustained a gunshot wound to the right hip. Soldier is VSI per Dr. [b)(3) 130b, (b)(6)] MD, 86th CSH.

    Body Armor:  Eye Protector / Ballistic Laser Protective Spectacles

    Body Armor:  Helmet / Personal Armor System-Ground Troops

    Body Armor:  Vest / Personal Armor System-Ground Troops

    Progress Report:  Report Date: 200804141836 Hospital: 86th CSH City: Baghdad Country: IZ Status: Very Seriously Injured Medical Progress: Condition Remains The Same (Stale)

Grid:  MB 53200 93300

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

Birth Date: [b)(6)]

Birth State:  LA

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  White

Religious Preference:  Roman Catholic Church

DMOS/AFSC:  21B

PMOS:  21B

PEBD:  20030102

BASD/ADBD:  20030102

HOR City:  St Martinville

HOR State:  LA

HOR Country:  United States

Remarks:  Will SUPP as information becomes available.  POC for this report is [(b)(3) 130b, (b)(6)]  4 ID Casualty Ops @ [b)(6)]  POC for 4-10th MTN is [(b)(3) 130b, (b)(6)]  Soldier is a member of MND-B Task Force Baghdad.

Software Version:  DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

~~FOR OFFICIAL USE ONLY~~

<DF40SQLSECTION>

<DFSQLBEGIN>
INSERT INTO CAS_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CREATED_FROM,
CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR,
CAS_INIT_RPT_NR, CAS_CASE_CLS_DT, CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB,
CAS_CAT_CD, SPC_INT, SPC_CAT, TERR_ACT, CAS_PRVS_STAT_CD, CAS_PRVS_CAT_CD,
MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD, PERS_CAT_CD,
IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE,
IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF,
CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD,
BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD,
HOSP_NM, HOSP_CY_NM, HOSP_ST, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX,
DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NR, SGLI_DT,
CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD,
CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD,
EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM,
IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD,
CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT,
OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB,
HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT,
CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD,
VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD,
SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD,
IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT,
RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR )
SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), (SELECT
MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), '', 'FULL', 'DCIPSFwd', '200804141718', 'DCIPSFwd',
'200804141837', 'I', '08-053-1-BSTB', '', '', '', 'H', 'V', 'W', 'N', 'N', '', 'V', '', '', '', 'R', 'A', 'C', [(b)(3) 130b, (b)(6)] '', 'Richard',
'Joseph', 'Avie', 'III', 'SGT', 'E', '', 'M', 'CR', 'A', '21B', '', '', '', '4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)',
'WJKBA0', '20030102', '20030102', [b)(6)] '', 'LA', 'US', '', '', '', '', '', '', 'Soldier sustained a gunshot wound to
the right hip. Soldier is VSI per Dr. [(b)(3) 130b, (b)(6)] MD, 86th CSH.', '', '', '', '', '', '', 'St Martinville', 'LA', 'US', '',
'', 'Y', 'E', '', '', '', '', '', '', '', '', '', '', 'PDY', '', '', '200804141645', '', 'Baghdad', '', 'IZ', '', '', '', '', '', 'Soldier was in the
vicinity of MB 53200 93300 when the vehicle was struck by an IED.', '', 'Will SUPP as information becomes
available.  POC for this report is [(b)(3) 130b, (b)(6)] 4 ID Casualty Ops @ [b)(6)] POC for 4-10th MTN is [b)(6)]

(b)(3) 130b, (b)(6) Soldier is a member of MND-B Task Force

Baghdad.', '', '', '', '', '', '', 'I', '', 'MB 53200 93300', '', '', '', 'US', '21B', '', '', '', '', '', '', '' FROM DF_CASUALTY <DFSQLEND>

<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) FROM DF_CASUALTY), '1', 'H', 'PAS', '', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM DF_PERS_PROTECT <DFSQLEND> <DFSQLBEGIN> INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) FROM DF_CASUALTY), '2', 'E', 'BLP', '', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM DF_PERS_PROTECT <DFSQLEND> <DFSQLBEGIN> INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) FROM DF_CASUALTY), '3', 'V', 'PAS', '', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM DF_PERS_PROTECT <DFSQLEND>

<DFSQLBEGIN>
INSERT INTO DF_PROG_RPT( CAS_RPT_ID, CAS_PROG_SEQ_NR, CAS_RPT_MSG_DT, CAS_INJ_STAT_CD, CAS_MED_PROG_CD, CAS_MED_STAT_TX, DOC_RCPT_DT, ORGANIZATION_NM, ORG_ADDR_CITY_NM, ORG_ADDR_CTRY_CD, ORG_ADR_STATE_AB, HS_LIAISON_TX, RESP_CAS_AREA_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_CAS_RPT_MSG_DT ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) FROM DF_CASUALTY), '1', '200804141836', 'VSI', 'D', '', '', '86th CSH', 'Baghdad', 'IZ', '', '', '', 'DCIPSFwd', '200804141836', 'DCIPSFwd', '200804141838', '', '', '' FROM DF_PROG_RPT <DFSQLEND>

<ORASQLBEGIN>
INSERT INTO DF_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR, CAS_INIT_RPT_NR, CAS_CASE_CLS_DT, CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD, SPC_INT, SPC_CAT, TERR_ACT, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD, PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM, INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE, IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF, CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD, BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD, HOSP_NM, HOSP_CY_NM, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX, DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NR, SGLI_DT, CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD, CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD, EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM, IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD, CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT, OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB, HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT, CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD, VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD, SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD, IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT, RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR ) VALUES ( cas_rpt_id.nextval, cas_rpt_id.nextval, '', 'DCIPSFwd', TO_DATE('14-apr-2008 1718', 'dd-mon-yyyy

0939 2/26/19

hh24:mi'), 'DCIPSFwd', TO_DATE('14-apr-2008 1837', 'dd-mon-yyyy hh24:mi'), 'I', '08-053-1-BSTB', '', null, '', 'H',
'V', 'W', 'N', 'N', '', '', '', 'R', 'A', 'C', [b)(3) 130b, (b)(6)] '', 'Richard', 'Joseph', 'Avie', 'III', 'SGT', 'E', '', 'M', 'CR', 'A', '21B', '',
'', '', '', '4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)', 'WJKBA0', TO_DATE('02-jan-2003 0000', 'dd-mon-yyyy
hh24:mi'), TO_DATE('02-jan-2003 0000', 'dd-mon-yyyy hh24:mi'), TO_DATE[b)(6)]            0000', 'dd-mon-yyyy
hh24:mi'), '', 'LA', 'US', '', '', '', '', '', '', 'Soldier sustained a gunshot wound to the right hip. Soldier is VSI per Dr.
[b)(3) 130b, (b)(6)]            , MD, 86th CSH.', '', null, null, '', null, '', 'St Martinville', 'LA', 'US', '', '', 'Y', 'E', null, null, null, '',
'', '', '', '', '', '', 'PDY', null, null, TO_DATE('14-apr-2008 1645', 'dd-mon-yyyy hh24:mi'), null, 'Baghdad', '', 'IZ', '',
null, null, '', null, 'Soldier was in the vicinity of MB 53200 93300 when the vehicle was struck by an IED.', '', 'Will
SUPP as information becomes available.  POC for this report is [b)(3) 130b, (b)(6)] 4 ID Casualty Ops @ [b)(6)]
POC for 4-10th MTN is [b)(3) 130b, (b)(6)]                                                   Soldier is a member of
MND-B Task Force Baghdad.', '', '', '', '', '', '', 'I', '', 'MB 53200 93300', '', '', '', 'US', '21B', '', null, null, '', '', '', '')
<ORASQLEND>


<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 1, 'H', 'PAS', '',
'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 2, 'E', 'BLP', '',
'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 3, 'V', 'PAS', '',
'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>


<ORASQLBEGIN>
INSERT INTO DF_PROG_RPT( CAS_RPT_ID, CAS_PROG_SEQ_NR, CAS_RPT_MSG_DT,
CAS_INJ_STAT_CD, CAS_MED_PROG_CD, CAS_MED_STAT_TX, DOC_RCPT_DT,
ORGANIZATION_NM, ORG_ADDR_CITY_NM, ORG_ADDR_CTRY_CD, ORG_ADR_STATE_AB,
HS_LIAISON_TX, RESP_CAS_AREA_CD, CR_DTTM, LMD_USER_ID, LMD_DTTM,
DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_CAS_RPT_MSG_DT ) VALUES (
cas_rpt_id.currval, 1, TO_DATE('14-apr-2008 1836', 'dd-mon-yyyy hh24:mi'), 'VSI', 'D', '', null, '86th CSH',
'Baghdad', 'IZ', '', '', '', 'DCIPSFwd', TO_DATE('14-apr-2008 1836', 'dd-mon-yyyy hh24:mi'), 'DCIPSFwd',
TO_DATE('14-apr-2008 1838', 'dd-mon-yyyy hh24:mi'), '', '', '')
<ORASQLEND>


<SQL>
INSERT INTO DCIPSFWD( RPT_TYP_TBD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD,
CAS_RPT_NR, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD,
PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, IND_UNIFD_SVC_CD, SVC_MBR_RANK_CD, ORGU_NME, CAS_BENE_STAT_CD,
CAS_DT, OLD_CAS_DT, CAS_INF_FC_TP_CD, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD,
IND_DEATH_DT, CAS_DTH_FAC_TYP_CD, IND_DTH_CITY_NM, IND_DTH_STA_CD,
IND_DTH_CTRY_CD, CAS_RM_IM_RCVRY_CD, DIAGNOSIS_TX, CAS_PROC_INFO_TX_CIRC,
CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, CAS_CASE_CLS_DT_TBD, SPARE05, HOSP_NM,
HOSP_CY_NM, HOSP_CTRY, HOSP_ST, PROGNOSIS_TX, CAS_PROGNOSIS_CD_TBD ) VALUES ( 'INIT',
'H', 'V', 'W', '08-053-1-BSTB', '', '', 'R', 'A', 'C', [b)(3) 130b, (b)(6)] '', 'Richard', 'Joseph', 'Avie', 'III', 'A', 'SGT', '4 BSTB, 4

BCT, 10 MTN (TASK ORG TO 4ID)', 'PDY', '200804141645', '', 'E', 'Baghdad', '', 'IZ', '', '', '', '', '', '', 'Soldier sustained a gunshot wound to the right hip. Soldier is VSI per Dr. [(b)(3) 130b, (b)(6)] MD, 86th CSH.', 'Soldier was in the vicinity of MB 53200 93300 when the vehicle was struck by an IED.', '', 'Will SUPP as information becomes available.  POC for this report is [(b)(3) 130b, (b)(6)] 4 ID Casualty Ops @[(b)(6)] POC for 4-10th MTN is [(b)(6)] [(b)(3) 130b, (b)(6)] Soldier is a member of MND-B Task Force Baghdad.', '', 'DCIPSFwd', '86th CSH', 'Baghdad', 'IZ', '', '', 'D')
<END>

Classification:  UNCLASSIFIED

If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

From:  (b)(3) 130b, (b)(6)
To:

Subject:   [U] (FOUO) Casualty Report - STACH - Richard, Joseph - Incident Date/Time: 2008/04/14 16:45
Date:      Tuesday, March 27, 2018 10:31:16 AM

Classification: UNCLASSIFIED

~~FOR OFFICIAL USE ONLY~~

~~THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.~~

*******************************************************
     DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*******************************************************

*******************************************************
**********     CASUALTY REPORT     ************
*******************************************************

Report Type:  STACH

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Died of Wounds

Report Number:  08-1244

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(3) 130b, (b)(6)

Last Name:  Richard

APPROVED FOR RELEASE

0942 2/26/19

First Name:  Joseph

Middle Name:  Avie

Suffix:  III

Service:  United States Army

Military Rank:  SGT

Military Unit of Assignment:  4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)

Military UIC:  WJKBA0

Date/Time of Incident (New/Old):  20080414/1645

Inflicting Force:  Enemy Forces

Incident City:  Baghdad

Incident Country:  Iraq

Circumstance:  Soldier was in the vicinity of MB 53200 93300 when the vehicle was struck by an IED.  The Field Grade Reviewer for this report is [b)(3) 130b, (b)(6)] 4-10 MTN BDE S1.

Died in/out of Medical Facility Treatment:  Died In A Medical Treatment Facility

Date/Time of Death:  20080414/1801

Place of Death City:  Baghdad

Place of Death Country:  Iraq

Cause of Death:  Exsaguination.

Vehicle Group:  MINE PROTECTED CLEARANCE VEHICLE

Vehicle Type:  Mine Protected Utility Vehicle/Rapid Deployable (MUV-R)

Vehicle Owner:  US Government

Position in Vehicle:  Passenger

Investigation Required:  Investigation Required

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

Birth Date:  [b)(6)]

Birth State:  LA

Race:  White

Religious Preference:  Roman Catholic Church

DMOS/AFSC:  21B

Remarks:  Injury Update: Soldier received major traumatic shrapnel wounds to lower back side of the body, per: [b)(3) 130b, (b)(6)] 86th CSH MD.  Soldier was pronounced deceased by [b)(3) 130b, (b)(6)] 86th CSH MD.  Soldier was positively identified by [b)(3) 130b, (b)(6)] 86th CSH by means of visual identification and ID Card.  Religious Rites was given by [b)(3) 130b, (b)(6)], 86th CSH Chaplain.  POC for this report is [b)(3) 130b, (b)(6)] [b)(3) 130b], 4 ID Casualty Ops @ [b)(6)], POC for 4-10th MTN is [b)(3) 130b, (b)(6)] [b)(3) 130b, (b)(6)] Soldier is a member of MND-B Task Force Baghdad.

Software Version:  DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

~~FOR OFFICIAL USE ONLY~~

<DF40SQLSECTION>

<DFSQLBEGIN>
INSERT INTO DF_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CREATED_FROM,
CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR,
CAS_INIT_RPT_NR, CAS_CASE_CLS_DT, CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB,
CAS_CAT_CD, SPC_INT, SPC_CAT, TERR_ACT, CAS_PRVS_STAT_CD, CAS_PRVS_CAT_CD,
MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD, PERS_CAT_CD,
IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE,
IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF,
CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD,
BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD,
HOSP_NM, HOSP_CY_NM, HOSP_ST, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX,
DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NR, SGLI_DT,
CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD,
CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD,
EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM,
IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD,
CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT,
OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB,
HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT,
CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD,
VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD,
SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD,
IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT,
RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR )
SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), (SELECT
MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), '', 'FULL', 'DCIPSFwd', '200804142010', 'DCIPSFwd',
'200804142026', 'H', '08-1244', '08-053-1-BSTB', '', '', 'H', 'D', 'R', 'N', 'N', '', 'V', 'W', '', '', 'R', 'A', 'C', [b)(3) 130b, (b)(6)] ',
'Richard', 'Joseph', 'Avie', 'III', 'SGT', 'E', '', '', 'CR', 'A', '21B', '', '', '', '', '4 BSTB, 4 BCT, 10 MTN (TASK ORG TO
4ID)', 'WJKBA0', '', '', [b)(6)] '', 'LA', '', '', '', '', '', '', '', '', '', '', '', 'M', '', '', '', '', '', 'Y', 'E', '', '', '200804141801',
'', 'Baghdad', '', 'IZ', 'G', 'H', 'A', 'PDY', '', '', '200804141645', '', 'Baghdad', '', 'IZ', '', '', '', '', 'Soldier was in the
vicinity of MB 53200 93300 when the vehicle was struck by an IED.  The Field Grade Reviewer for this report is
[b)(3) 130b, (b)(6)] 4-10 MTN BDE S1.', 'Exsaguination.', 'Injury Update: Soldier received major traumatic
shrapnel wounds to lower back side of the body, per: [b)(3) 130b, (b)(6)] 86th CSH MD.  Soldier was pronounced
deceased by [b)(3) 130b, (b)(6)] 86th CSH MD.  Soldier was positively identified by [b)(3) 130b, (b)(6)] 86th
CSH by means of visual identification and ID Card.  Religious Rites was given by [b)(3) 130b, (b)(6)] 86th CSH
Chaplain.  POC for this report is [b)(3) 130b, (b)(6)] 4 ID Casualty Ops @ [b)(6)] POC for 4-10th MTN is
[b)(3) 130b, (b)(6)] Soldier is a member of MND-B Task Force
Baghdad.', 'MPCV', '1439', '', '', '', '', 'H', '', '', '', '', '', '', '', '', '', '', 'Y', '', '' FROM DF_CASUALTY <DFSQLEND>

<ORASQLBEGIN>
INSERT INTO DF_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CR_USER_ID, CR_DTTM,
LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR, CAS_INIT_RPT_NR, CAS_CASE_CLS_DT,
CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD, SPC_INT, SPC_CAT,
TERR_ACT, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD,
PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE,
IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF,
CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD,
BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD,
HOSP_NM, HOSP_CY_NM, HOSP_ST, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX,
DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NR, SGLI_DT,
CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD,
CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD,
EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM,
IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD,
CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT,
OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB,
HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT,
CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD,
VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD,
SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD,
IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT,
RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR )
VALUES ( cas_rpt_id.nextval, cas_rpt_id.nextval, ", 'DCIPSFwd', TO_DATE('14-apr-2008 2010', 'dd-mon-yyyy
hh24:mi'), 'DCIPSFwd', TO_DATE('14-apr-2008 2026', 'dd-mon-yyyy hh24:mi'), 'H', '08-1244', '08-053-1-BSTB',
null, ", 'H', 'D', 'R', 'N', 'N', ", ", ", 'R', 'A', 'C', b)(3) 130b, ", 'Richard', 'Joseph', 'Avie', 'III', 'SGT', 'E', ", ", 'CR', 'A',
'21B', ", ", ", ", '4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)', 'WJKBA0', null, null, TO_DATE(b)(6)
0000', 'dd-mon-yyyy hh24:mi'), ", 'LA', ", ", ", ", ", ", ", ", null, null, ", null, 'M', ", ", ", ", ", 'Y', 'E', null, null,
TO_DATE('14-apr-2008 1801', 'dd-mon-yyyy hh24:mi'), ", 'Baghdad', ", 'IZ', 'G', 'H', 'A', 'PDY', null, null,
TO_DATE('14-apr-2008 1645', 'dd-mon-yyyy hh24:mi'), null, 'Baghdad', ", 'IZ', ", null, null, ", null, 'Soldier was in
the vicinity of MB 53200 93300 when the vehicle was struck by an IED. The Field Grade Reviewer for this report
is b)(3) 130b, (b)(6) 4-10 MTN BDE S1.', 'Exsaguination.', 'Injury Update: Soldier received major traumatic
shrapnel wounds to lower back side of the body, per: b)(3) 130b, (b)(6), 86th CSH MD.  Soldier was pronounced
deceased by b)(3) 130b, (b)(6) 86th CSH MD.  Soldier was positively identified by b)(3) 130b, (b)(6) 86th
CSH by means of visual identification and ID Card.  Religious Rites was given by b)(3) 130b, (b)(6) 86th CSH
Chaplain.  POC for this report is b)(3) 130b, (b)(6) 4 ID Casualty Ops @ b)(6) POC for 4-10th MTN is
b)(3) 130b, (b)(6) Soldier is a member of MND-B Task Force
Baghdad.', 'MPCV', '1439', ", ", ", ", 'H', ", ", ", ", ", ", ", ", null, null, ", 'Y', ", ") <ORASQLEND>


<SQL>
INSERT INTO DCIPSFWD( RPT_TYP_TBD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD,
CAS_RPT_NR, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD,
PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, IND_UNIFD_SVC_CD, SVC_MBR_RANK_CD, ORGU_NME, CAS_BENE_STAT_CD,
CAS_DT, OLD_CAS_DT, CAS_INF_FC_TP_CD, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD,
IND_DEATH_DT, CAS_DTH_FAC_TYP_CD, IND_DTH_CITY_NM, IND_DTH_STA_CD,
IND_DTH_CTRY_CD, CAS_RM_IM_RCVRY_CD, DIAGNOSIS_TX, CAS_PROC_INFO_TX_CIRC,

CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, CAS_CASE_CLS_DT_TBD, SPARE05, HOSP_NM, HOSP_CY_NM, HOSP_CTRY, HOSP_ST, PROGNOSIS_TX, CAS_PROGNOSIS_CD_TBD ) VALUES ( 'STACH', 'H', 'D', 'R', '08-1244', '', '', 'R', 'A', 'C', [b)(3) 130b, (b)(6)] '', 'Richard', 'Joseph', 'Avie', 'III', 'A', 'SGT', '4 BSTB, 4 BCT, 10 MTN (TASK ORG TO 4ID)', 'PDY', '200804141645', '', 'E', 'Baghdad', '', 'IZ', '200804141801', 'M', 'Baghdad', '', 'IZ', 'Y', '', 'Soldier was in the vicinity of MB 53200 93300 when the vehicle was struck by an IED. The Field Grade Reviewer for this report is [b)(3) 130b, (b)(6)]   4-10 MTN BDE S1.', 'Exsaguination.', 'Injury Update: Soldier received major traumatic shrapnel wounds to lower back side of the body, per: [b)(3) 130b, (b)(6)] 86th CSH MD.  Soldier was pronounced deceased by [b)(3) 130b, (b)(6)]   86th CSH MD.  Soldier was positively identified by [b)(3) 130b, (b)(6)]   86th CSH by means of visual identification and ID Card.  Religious Rites was given by [b)(3) 130b, (b)(6)]   86th CSH Chaplain.  POC for this report is [b)(3) 130b, (b)(6)]   4 ID Casualty Ops @ [b)(6)]   POC for 4-10th MTN is [b)(3) 130b, (b)(6)]   Soldier is a member of MND-B Task Force Baghdad.', '', 'DCIPSFwd', '', '', '', '', '', '')
<END>

Classification:  UNCLASSIFIED

If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program," DoD Directive 5230.9 "Clearance of DoD Information for Public Release," and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.