

May 17, 2022

**VIA ECF and FedEx**  7768 8321 0010

Office of the Clerk
**Attn: Angela D. Caesar**
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

*Re: Diane Pennington, et al. v. Islamic Republic of Iran*
     *Case Number: 1:19-cv-00796-JEB*

Dear Ms. Caesar:

    We write in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. §1608(a)(3) and (e), to effect service of the Default Judgment the Court entered in favor of Plaintiffs on May 3, 2022 [Doc. 60], on the Defendant, Islamic Republic of Iran.

    Service of the Default Judgment could not be made on Iran pursuant to 28 U.S.C. §1608(a)(1) because Plaintiffs have no "special arrangement for service" with Iran. Service also could not be made under 28 U.S.C. §1608(a)(2) because there is no "applicable international convention on service of judicial documents." Therefore, Plaintiffs respectfully request that service of the Court's Default Judgment [Doc. 60] be effected through your office pursuant to 28 U.S.C. §1608(a)(3).

    In accordance with 28 U.S.C. §1608(a)(3), I have enclosed: 1) two copies of the Default Judgment [Doc. 60] with two translations into Farsi.  Please take the necessary steps to dispatch these materials to effect service on Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. § 1608(a)(3), by using the enclosed USPS package and shipping label.

    The below address should be used to dispatch the above documents to the Minister of Foreign Affairs at the Ministry of Foreign Affairs of Iran:

    **Hossein Amir-Abdollahian**
    **Minister of Foreign Affairs**
    Ministry of Foreign Affairs
    Imam Khomeini St
    Iman Khomeini Sq
    Tehran, Iran
    P.O. Box 1136914811

211 N. Broadway, 40th Floor,
St. Louis, Missouri 63102
(p) 314-932-3232 (f) 314-932-3233

John J. Driscoll`*†`
Christopher J. Quinn`^*`
Paul W. Johnson`^*`

www.thedriscollfirm.com
*Licensed in Illinois  ^Licensed in Missouri  †Licensed in Minnesota

If you have any questions or require additional information for this process, please contact my paralegal, Tiffany Kelly, at (314) 328-2201.

Very truly yours,

John J. Driscoll
The Driscoll Firm, LLC

JJD/tlk
Enc.