

June 23, 2022

Via CM/ECF AND Federal Express: 777207827903

Office of the Clerk
**Attn: Angela D. Caesar**
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

*Re:  Diane Pennington, et al. v. Islamic Republic of Iran*
*Cause No.: 19-cv-00796-JEB*

Dear Ms. Caesar:

      We write in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. §1608(a)(4), to effect service in this matter on the Defendant, Islamic Republic of Iran.

      Service on Iran under 28 U.S.C. §1608(a)(4) is warranted here. Defendant, Islamic Republic of Iran, and the United States do not have any special arrangement for service of process pursuant to 28 U.S.C. §1608(a)(l), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. §1608(a)(2). Moreover, as required by 28 U.S.C. §1608(a)(3), service was attempted through mailing via United States Postal Service in this matter [ECF 62 and 63].  However, 30 days has elapsed without confirmation of service. To the best knowledge of Plaintiffs' counsel, there is no other United States courier company which currently delivers parcels and packages to the Islamic Republic of Iran.  The Attorney Manual for Service of Process on a Foreign Defendant published by this Court specifically notes:

> The countries of Iran and Iraq have not objected to service by mail. However, many attempts at service by mail or courier are unsuccessful. Therefore, it is okay for an attorney to request service directly through diplomatic channels (28 U.S.C. § 1608(a)(4) without attempting service under any other provisions first.

Here, of course, Plaintiffs first attempted (a)(3) service via USPS, only for 30 days to elapse without confirmed service. Plaintiffs thus turn to (a)(4).

      In accordance with 28 U.S.C. §1608(a)(4), I have enclosed: (1) two copies of the Order [ECF 60] with two translations into Farsi; and Cashier Check 0083926623 in the amount of $2,275.00 made Payable to U.S. Embassy Bern. Please take the necessary steps to dispatch these

1311 Avenida Juan Ponce De León
6th Floor
San Juan, Puerto Rico 00907
(p) 314-222-2605 (f) 314-932-3233

John J. Driscoll *ˆ=+
Laura S. Nazario Lameiro +
Leah F. Walsh <

www.thedriscollfirm.com
*Licensed in Illinois ˆLicensed in Missouri =Licensed in Minnesota +Licensed in Puerto Rico <Licensed in Connecticut

materials to effect service on Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4).

The below address should be used to dispatch the above documents to the Director of Special Consular Services:

**U.S. Department of State**
**Attn: Jared Hess**
CA/OCS/L, SA-17, 10th Floor
2200 C. Street N.W.
Washington, DC 20522-1710
Telephone: 202-485-6224

Once the Court has completed processing the documents, we request that the documents be sent to the above address via FedEx. We have enclosed a pre-addressed FedEx envelope, a cover letter addressed to the State Department and a money order to cover the State Department fees.

If you have any questions or require additional information for this process, please contact my paralegal, Tiffany Kelly, at (314) 328-2221.

Very truly yours,

John J. Driscoll
The Driscoll Firm, LLC

JJD/tlk
Enc.
CC: Baron & Budd